**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **Terri E. Baker,** | ) |
| | ) |
| **Silo Baker,** | ) |
| | ) |
| **Joshua Snider,** | ) |
| | ) **Case No. 2:21-CV-2210** |
| **T.M. Snider,** | ) |
| | ) |
| **CarrieAnn Baumgarten,** | ) |
| | ) |
| **E.B.,** | ) |
| | ) |
| **J.B.,** | ) |
| | ) |
| **Rebecca Campbell,** | ) |
| | ) |
| **C.A.C.,** | ) |
| | ) |
| **C.C.,** | ) |
| | ) |
| **D.C.,** | ) |
| | ) |
| **M.C.,** | ) |
| | ) |
| **R.C.,** | ) |
| | ) |
| **Julie Myrick,** | ) |
| | ) |
| **R.F.,** | ) |
| | ) |
| **L.P.,** | ) |
| | ) |
| **Holly J. Rook,** | ) |
| | ) |
| **C.W.C.,** | ) |
| | ) |
| **C.C.,** | ) |
| | ) |
| **Matthew Couch,** | ) |
| | ) |
| **J.C.** | ) |
| | ) |
| **G.C.** | ) |
| | ) |

| | |
|---|---|
| **Laura Klingensmith,** | ) |
| | ) |
| **K.K.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
|     **v.** | ) |
| | ) |
| **Blue Valley Board of Education,** | ) |
| | ) |
| **Amy Tysseling** | ) |
| *In official capacity*, | ) |
| **Mike Seitz** | ) |
| *In official capacity,* | ) |
| **Stacy Obringer-Varhall** | ) |
| *In official capacity*, | ) |
| **Tom Mitchell** | ) |
| *In official capacity,* | ) |
| **Patrick Hurley** | ) |
| *In official capacity,* | ) |
| **Jodie Dietz** | ) |
| *In official capacity,* | ) |
| **Michele Benjamin** | ) |
| *In official capacity*, | ) |
| | ) |
| **Blue Valley School District USD 229,** | ) |
| | ) |
| **Brian Daley** | ) |
| *Individually and in his official capacity as* | ) |
| *records custodian of Blue Valley,* | ) |
| | ) |
| **Olathe Public Schools USD 233,** | ) |
| | ) |
| **Olathe Board of Education,** | ) |
| | ) |
| **Joe Beveridge** | ) |
| *In official capacity,* | ) |
| **Brad Boyd** | ) |
| *In official capacity,* | ) |
| **LeEtta Felter** | ) |
| *In official capacity,* | ) |
| **Brian Geary** | ) |
| *In official capacity,* | ) |
| **Brent McCune** | ) |
| *In official capacity,* | ) |
| **Kristin Schultz** | ) |

WA 16535901.1

| | |
|---|---|
| *In official capacity,* | ) |
| **Shannon Wickliffe** | ) |
| *In official capacity,* | ) |
| | ) |
| **The Board of Commissioners of Johnson County, Kansas,** | ) ) |
| | ) |
| **Johnson County Department of Health and Environment,** | ) ) |
| | ) |
| **Sanmi Areola** | ) |
| *In official capacity* | ) |
| | ) |
| **Tenth Judicial District** | ) |
| | ) |
| **Laura Brewer** | ) |
| *In official capacity as Records Custodian* | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF REMOVAL

Defendants Blue Valley Unified School District No. 229, Blue Valley Board of Education, Amy Tysseling in her official capacity, Mike Seitz in his official capacity, Stacy Obringer-Varhall in her official capacity, Tom Mitchell in his official capacity, Patrick Hurley in his official capacity, Jodie Dietz in her official capacity, and Michele Benjamin in her official capacity (collectively, "Blue Valley Defendants") and Defendants Olathe Public Schools U.S.D. 233, Olathe Board of Education, Joe Beveridge in his official capacity, Brad Boyd in his official capacity, LeEtta Felter in her official capacity, Brian Geary in his official capacity, Brent McCune in his official capacity, Kristin Schultz in her official capacity, and Shannon Wickliffe in his official capacity (collectively "Olathe Defendants") hereby file their Notice of Removal of the above-captioned case to this Court.

In support of this notice, Blue Valley Defendants and Olathe Defendants state as follows:

1. Blue Valley Defendants and Olathe Defendants are named as defendants in Case No. 21CV01942, *Baker, et. al. v. Blue Valley Board of Education, et.al.*, filed in the District Court of Johnson County, Kansas (the "State Court Action").

2. The petition in the State Court Action was filed with the Clerk of the District Court of Johnson County on or about May 3, 2021.

3. Blue Valley Defendants and Olathe Defendants received notice of the State Court Action on May 3, 2021. Plaintiffs have not formally served Blue Valley Defendants or Olathe Defendants. To the best of their collective knowledge, the only defendant that Plaintiffs have formally served is the Tenth Judicial District, which occurred on May 5, 2021.

4. Undersigned counsel has conferred with counsel for the Tenth Judicial District and Johnson County regarding removal of this action. The Tenth Judicial District and Johnson County have confirmed their consent for removal.

5. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders in the State Court Action are attached hereto as **Exhibit A**.

6. In the State Court Action, Plaintiffs allege that Blue Valley Defendants and Olathe Defendants have violated the U.S. Constitution's equal protection guarantee.

7. Any civil action is removable if the plaintiff could have originally brought the action in federal court. *See* 28 U.S.C. § 1441(a).

8. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 because Plaintiffs allege the Blue Valley Defendants and Olathe Defendants violated the United States Constitution.

9. This Court has supplemental jurisdiction over Plaintiffs' claims against Blue Valley Defendants and Olathe Defendants under state law pursuant to 28 U.S.C. § 1367 because those claims are part of the same case or controversy as Plaintiffs' U.S. constitutional claims.

10. Pursuant to 28 U.S.C. § 1441, this cause may be removed from the District Court of Johnson County, Kansas to the United States District Court for the District of Kansas.

11. Blue Valley Defendants and Olathe Defendants have not yet been served with formal process. The State Court Action was filed only three days ago, which is less than 30 days before the filing of this Notice of Removal. This Notice of Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

12. By this Notice of Removal, Blue Valley Defendants and Olathe Defendants do not waive any defenses, jurisdictional or otherwise, which they may possess. Nor do these defendants concede that Plaintiffs have stated any claim against them for which relief may be granted.

13. Blue Valley Defendants and Olathe Defendants do not demand a jury trial at this time.

14. Blue Valley Defendants and Olathe Defendants hereby designate the place of trial for the above captioned matter as Kansas City, Kansas (500 State Ave., Kansas City, KS 66101).

WHEREFORE, in accordance with the authorities set forth above Blue Valley Defendants and Olathe Defendants hereby remove this action from the District Court of Johnson County, Kansas, to the United States District Court for the District of Kansas.

Dated: May 6, 2021.

**SPENCER FANE LLP**

s/ Stephanie Lovett-Bowman

| | |
|---|---|
| W. Joseph Hatley | KS #12929 |
| Stephanie Lovett-Bowman | KS #24842 |
| Angus Dwyer | KS #26995 |

1000 Walnut Street, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216 (Fax)
jhatley@spencerfane.com
slovettbowman@spencerfane.com
adwyer@spencerfane.com

*Attorneys for Defendants Blue Valley U.S.D. 229 and Blue Valley Board of Education*

**NORRIS KEPLINGER HICKS & WELDER, LLC**

s/ Michael G. Norris

Michael G. Norris, #07247
mnorris@nkfirm.com
Courtney McCray, #28347
cmccray@nkfirm.com
9225 Indian Creek Parkway
32 Corporate Woods, Suite 750
Overland Park, Kansa 66210
(913) 663-2000
(913) 663-2006 (Fax)

*Attorneys for Defendants Unified School District No. 233, Johnson County, Kansas and Olathe Board of Education*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed electronically with the United States District Court for the District of Kansas via the CM/ECF system, with notice of case activity generated and sent electronically on this 6th day of May, 2021, to all counsel of record.

It was also emailed and mailed by first class mail to Plaintiffs' counsel:

Linus Baker
6732 W. 185th Terrace
Stilwell, Kansas 66085-8922
linusbaker@prodigy.net

                                        s/ Stephanie Lovett-Bowman
                                        *Attorneys for Defendants Blue Valley U.S.D.*
                                        *229 and Blue Valley Board of Education*

WA 16535901.1