# Exhibit A-1

5/5/2021                                                    CASE HISTORY (ROA)

| Case | 21CV01942 | Caption | BAKER ET AL vs. BLUE VALLEY SCHOOL DISTRICT USD 229 ET / |
|------|-----------|---------|----------------------------------------------------------|
| Chapter | 60 | Nature | OTHER MISCELLANEOUS-TERM |
| Status | TERMINATED | Judge | DAVID W HAUBER |
| Division | 7 | | |

| Search | Case History (ROA) | Plaintiff/Defendant | Court Events | Other Cases | Documents |

Sort By Ascending Order   Sort by Descending Order      Print Friendly      E-File On Case

| 05/05/2021 | FILE STAMP 05/05/21, VERIFIED MOTION TO DISMISS PETITION | DOC(23) |
|------------|----------------------------------------------------------|---------|
| 05/05/2021 | ELECTRONIC ENTRY OF APPEARANCE BY ANDREW D HOLDER AS A DEFENSE ATTORNEY FOR BOARD OF COMMISSIONERS OF JOHNSON COUNTY, KANSAS; JOHNSON COUNTY DEPARTMENT OF HEALTH AND ENVIRONMENT; SANMI AREOLA | |
| 05/05/2021 | FILE STAMP 05/05/21, VERIFIED AMENDED ANSWER OF NAMED DEFENDANTS OLATHE PUBLIC SCHOOLS USD 233 AND OLATHE BOARD OF EDUCATION | DOC(22) |
| 05/05/2021 | ELECTRONIC ENTRY OF APPEARANCE BY CHARLES E BRANSON AS A DEFENSE ATTORNEY FOR LAURA BREWER; TENTH JUDICIAL DISTRICT | |
| 05/05/2021 | <******* Bench Notes *********> MAY 6TH HEARING LIVE STREAMED ON YOUTUBE - HTTPS://WWW.YOUTUBE.COM/CHANNEL/ UCSA QWJEZG9WKMNXNFZ ZEG | |
| 05/05/2021 | FILE STAMP 05/05/21, PLAINTIFFS SECOND EXHIBIT | DOC(21) |
| 05/05/2021 | FILE STAMP 05/05/21, PLAINTIFF'S EXHIBIT | DOC(20) |
| 05/05/2021 | FILE STAMP 05/05/21, ENTRY OF APPEARANCE | DOC(19) |
| 05/05/2021 | FILE STAMP 05/05/21, ENTRY OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL | DOC(18) |
| 05/05/2021 | FILE STAMP 05/04/21, BLUE VALLEY DEFENDANTS JOINT ANSWER TO PLAINTIFFS PETITION FOR LEGAL AND EQUITABLE RELIEF UNDER 2021 SENATE BILL 40 | DOC(17) |
| 05/04/2021 | ELECTRONIC ENTRY OF APPEARANCE BY EMILY ROSE TUNG AS A DEFENSE ATTORNEY FOR OLATHE PUBLIC SCHOOLS USD 233; OLATHE PUBLIC SCHOOLS BOARD OF EDUCATION | |
| 05/04/2021 | FILE STAMP 05/04/21, BLUE VALLEY DEFENDANTS JOINT ANSWER TO PLAINTIFFS PETITION FOR LEGAL AND EQUITABLE RELIEF UNDER 2021 SENATE BILL 40 | DOC(16) |
| 05/04/2021 | FILE STAMP 05/04/21, VERIFIED ANSWER OF NAMED DEFENDANTS OLATHE PUBLIC SCHOOLS USD 233 AND OLATHE BOARD OF EDUCATION | DOC(15) |
| 05/04/2021 | Defense Attorney NORRIS, MICHAEL G assigned on 05/04/21 | |
| 05/04/2021 | FILE STAMP 05/04/21, SECOND BRIEF IN SUPPORT OF SB 40 RELIEF | DOC(14) |
| 05/04/2021 | ELECTRONIC ENTRY OF APPEARANCE BY ANGUS W DWYER AS | |

| | | |
|---|---|---|
| | A DEFENSE ATTORNEY FOR BLUE VALLEY SCHOOL DISTRICT USD 229; BLUE VALLEY BOARD OF EDUCATION; BRIAN DALEY; AMY TYSSELING; MIKE SEITZIS; STACY OBRINGER-VARHALL; TOM MITCHELL; PATRICK HURLEY; JODIE DIETZ; MICHELE BENJAMIN | |
| 05/04/2021 | ELECTRONIC ENTRY OF APPEARANCE BY STEPHANIE LOVETT-BOWMAN AS A DEFENSE ATTORNEY FOR BLUE VALLEY SCHOOL DISTRICT USD 229; BLUE VALLEY BOARD OF EDUCATION; BRIAN DALEY; AMY TYSSELING; MIKE SEITZIS; STACY OBRINGER-VARHALL; TOM MITCHELL; PATRICK HURLEY; JODIE DIETZ; MICHELE BENJAMIN | |
| 05/04/2021 | ELECTRONIC ENTRY OF APPEARANCE BY W JOSEPH HATLEY AS A DEFENSE ATTORNEY FOR BLUE VALLEY SCHOOL DISTRICT USD 229; BLUE VALLEY BOARD OF EDUCATION; BRIAN DALEY; AMY TYSSELING; MIKE SEITZIS; STACY OBRINGER-VARHALL; TOM MITCHELL; PATRICK HURLEY; JODIE DIETZ; MICHELE BENJAMIN | |
| 05/03/2021 | FILE STAMP 05/03/21, ORDER | DOC(13) |
| 05/03/2021 | SCHED. OTHER on 05/06/21,02:30pm,Div 7 | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "TENTH JUDICIAL DISTRICT" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "SANMI AREOLA" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "JOHNSON COUNTY DEPARTMENT OF HEALTH AND ENVIRONMENT" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "BOARD OF COMMISSIONERS OF JOHNSON COUNTY, KANSAS" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "JOE BEVERIDGE" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "OLATHE PUBLIC SCHOOLS BOARD OF EDUCATION" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "OLATHE PUBLIC SCHOOLS USD 233" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "AMY TYSSELING" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "LAURA BREWER" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "BLUE VALLEY BOARD OF EDUCATION" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "BLUE VALLEY SCHOOL DISTRICT USD 229" E/S | |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(12) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE | DOC(11) |

| | | |
|---|---|---|
| | INSTRUCTION FORM | |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(10) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(9) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(8) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(7) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(6) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(5) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(4) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(3) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(2) |
| 05/03/2021 | FILE STAMP 05/03/21, VERIFIED PETITION FOR LEGAL AND EQUITABLE RELIEF INCLUDING LEGAL AND EQUITABLE RELIEF UNDER 2021 SENATE BILL 40 | DOC(1) |
| 05/03/2021 | JUDGE DAVID W HAUBER ASSIGNED TO CASE | |
| 05/03/2021 | NEW CASE E-FILED; BAKER VS BLUE VALLEY SCHOOL DISTRICT USD 229; FILING FEE $196.50; PAID BY BAKER, LINUS L, RECEIPTED AMOUNT $196.50, E-PAYMENT NO: 98252227 | |

21CV01942
Div7

# IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

Terri E. Baker
*
Silo Baker
*
Joshua Snider
*
T.M. Snider
*
CarrieAnn Baumgarten
*
E.B.
*
J.B.
*
Rebecca Campbell
*
C.A.C.,
*
C.C.
*
D.C.
*
M.C.
*
R.C.
*
Julie Myrick
*
R.F.
*
L.P.
*
Holly J. Rook
*
C.W.C.
*
C.C.
*
Matthew Couch
*
J.C.
*
G.C.
*
Laura Klingensmith
*
K.K.

    Plaintiffs,

Case No.

**2021 SB 40 Counts**
Contained in this Petition
Supreme Court Administrative Order
2021-RL-032

vs.

**Blue Valley Board of Education**
*

Amy Tysseling,
*In official capacity*
Mike Seitz,
*In official capacity*
Stacy Obringer-Varhall,
*In official capacity*
Tom Mitchell,
*In official capacity*
Patrick Hurley,
*In official capacity*
Jodie Dietz,
*In official capacity*
Michele Benjamin,
*In official capacity*
*

**Blue Valley School District  USD 229**
*

**Brian Daley**
*Individually and in his official capacity as records custodian of Blue Valley*
*

**Olathe Public Schools USD 233**
*

**Olathe Board of Education**
*

Joe Beveridge
*In official capacity*
Brad Boyd
*In official capacity*
LeEtta Felter
*In official capacity*
Brian Geary
*In official capacity*
Brent McCune
*In official capacity*
Kristin Schultz
*In official capacity*
Shannon Wickliffe
*In official capacity*

*

**The Board of Commissioners of Johnson County, Kansas**
*

**Johnson County Department of Health and Environment**
*

Sanmi Areola
*In official capacity*

2

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

<div>

*
**Tenth Judicial District**
*
Laura Brewer
*In official capacity as Records Custodian*

</div>

Defendants.

## Verified Petition for Legal and Equitable Relief
### *Including*
## Legal and Equitable Relief Under 2021 Senate Bill 40

The plaintiffs jointly state the following:

### Overview of SB40 and Relief

This petition complies with Supreme Court Administrative Order 2021-RL-032. The petitioners have not filed any other SB40 actions involving a common question of law or fact. The other information is set out in greater detail below. Each SB40 petitioner seeks legal and equitable relief as set forth in this petition. Further relief is stated as follows:

***

**1.** That only each school board, and not the Johnson County Health and Environment, has the authority, as stated in SB40, to determine whether a student can attend school or otherwise must quarantine away from school after a defined exposure to a student tested positive with Covid-19: enjoin Johnson County from exercising authority over school attendance and otherwise sending quarantine letters to parents of school aged children mandating the student not attend school.

3

**2.** That each school be required to uniformly follow each board policy rather than having arbitrary school by school *ad hoc* applications regarding mask wearing by students and parents;

**3.** That each school, and specifically Blue Valley, be required to follow Blue Valley's Navigating Change policy which allows students to be exempted from wearing a mask when it "inhibits a student's ability to participate in the educational process or is disruptive to the educational environment";

**4.** That no defendant school board has the authority under SB40 to deny any these parents or any parent or student a first or second or any sequential request for a SB40 hearing (which they have both done to these plaintiffs);

**5.** That each school board be enjoined from employing a "hearing officer" or utilize the procedures each board used with these plaintiffs and in not providing that the hearing be conducted by a quorum of the school board;

**6.** That each school board be enjoined from directing or otherwise suggesting that parents should attempt to obtain other kinds of exemptions prior to or in conjunction with a parent's SB40 grievance;

**7.** That the Court declare that the procedures used by each board were contrary to the SB40 legislative mandate; that the rules adopted by Blue Valley providing unlimited access by Blue Valley's or OBE's attorney with the Board while denying altogether the parent or her attorney the same access is contrary to the SB40 legislative mandate; that the arbitrary time limitation of 30 minutes is unfair; and that a parent or her

4

attorney must be provided a full opportunity to reasonably present the grievance utilizing witnesses and evidence;

**8.** That each school board must timely notify each grievant of when the Board will meet to hear and decide the grievance;

**9.** That each day that a school requires a student to wear a mask is "an action taken" by a board of education.

**10.** That the SB 40 language is an as-applied challenge by each parent or student regarding any action, order, or policy of the school board;

**11.** That the SB40 language "shall grant the request for relief unless the court finds the action taken, order issued or policy adopted by the board of education is narrowly tailored to respond to the state of disaster emergency and uses the least restrictive means to achieve such purpose" means the burden to demonstrate the narrowly tailored and least restrictive means requirement, as applied to the particular student, is upon each defendant school board;

**12.** That each school of each student allow each respective student to personally attend in the 2021 school year and without being required to first obtain or try to obtain a medical necessity exemption or some other exemption;

**13.** That each school of each student allow each respective student to personally attend school without a mask for the 2022 school year;

5

**14.** That certain plaintiffs who were denied their SB40 grievance but who later incurred the time and expense of obtaining a medical exemption request money damages.

**15.** That certain plaintiffs who were denied their SB40 grievance and have been damaged by the denial of an education or a proper education for their children be compensated monetarily for expenses related to educational rehabilitation, along with present and future educational costs for their respective students.

<div align="center">***</div>

Pursuant to 2021-RL-032, the plaintiffs have joined other causes of action as 2021-RL-032 "should be read in conjunction with other applicable rules, statutes, and Supreme Court Administrative Orders" which prohibit claim splitting and otherwise require the joining of all causes now possessed in one suit.

SB40 is an "as applied" challenge to a school board's Covid-19 actions and policies. SB40 is not a "last resort" remedy requiring a parent to purportedly exhaust other avenues to obtain relief. A parent, student, or employee, are the parties "aggrieved" under SB40 and each only has standing to assert his or her rights. SB40 is not a facial challenge but instead a case by case analysis as to each student whether the school board can still meet its goal of hindering the spread of the Covid-19 virus while providing in-person schooling to a grievant's child without requiring that particular student to wear a mask.

<div align="center">6</div>

The Blue Valley Board of Education rescinded the Johnson County gating criteria for the 2020-2021 school year on August 20, 2020, and then adopted the Kansas State Department of Education Navigating Change 2020 gating criteria utilizing local district data where available.

Using that gating criteria and their own respective policies, the defendant school boards, Olathe and Blue Valley, currently provide individualized exemptions to all students regarding mask wearing. Each board will admit that its own respective mask policy gives them discretion to allow more than one student to attend school without a mask while requiring another student in the same class to wear a mask. According to these boards, they can both provide individualized mask exemptions while meeting their goal of hindering the spread of the Covid-19 virus while providing an in person education to every student.

But according to the school boards, the Covid-19 virus knows why a student is not wearing a mask – if the student is not wearing a mask for so-called non-medical reasons, Covid-19 will purportedly spread more easily than not wearing a mask because of a "medical necessity." This arbitrary application of individualized mask exemptions has no basis in science.

In this case these boards will not argue that they cannot provide individualized exemptions to each of students of the grievant parents while still meeting their goal of hindering the spread of Covid-19 in the educational in person learning environment. Instead, these boards will argue that each parent is arguing for a broad facial challenge to all mask requirements for all students – which no parent or student has standing

7

to do so under SB40. Nevertheless, the boards contend that a SB40 claim is not an individualized exemption claim for one student: rather that SB40 is a one-size-fits-all kind of class-action – that one parent's grievance for her student is actually a grievance made on behalf of all students. This is not what SB40 states and these boards, even under their own emergency Covid-19 policies, now give themselves the discretion to provide for individualized exemptions for not only medical reasons but when it "inhibits a student's ability to participate in the educational process." As applied to each plaintiff student, these boards cannot demonstrate that requiring these plaintiff students to wear a mask is the least restrictive means available to either to still accomplish their Covid-19 / in person educational goals – particularly when that goal is currently met in allowing the same students an individualized mask exemption anyway. They can and are both meeting their in-person-education-hindering-Covid-19 goal by providing individualized exemptions which currently allow for an unlimited number of students to attend school without a mask.

## PARTIES

1. Joshua Snider is a resident of Johnson County Kansas, resides in the Olathe School district, and is the parent of T.M. Snider, a student at Canyon Creek Elementary in the Olathe School district.

2. T.M. Snider is the son of Joshua Snider.

3. The Olathe School Board denied his grievance on April 12, 2021.

8

4. Mr. Snider filed a second grievance with the Olathe School Board who refused to provide a hearing for that grievance.

5. CarrieAnn Baumgarten is a resident of Johnson County Kansas, resides in the Olathe School district, and is the parent of E.B. and J.B., students in the Olathe School district. In addition to SB40 relief, CarrieAnn seeks injunctive relief to require the Olathe School Board to provider her a hearing conducted at a meeting of the school board on her second SB40 grievance regarding quarantining her son.

6. E.B. and J.B. are children of CarrieAnn Baumgarten.

7. Olathe School Board denied her grievance on April 19, 2021.

8. Julie Myrick is a resident of Johnson County Kansas, resides in the Blue Valley School district.

9. R.F. and L.P. are children of Julie Myrick and students in the Blue Valley school system.

18. Julie Myrick's grievances were denied by the Blue Valley School Board on April 13, 2021.

10. Rebecca Campbell is a resident of Johnson County Kansas, resides in the Blue Valley School district.

11. C.A.C., C.C., D.C., M.C., and R.C. are children of Rebecca Campbell.

12. Rebecca Campbell's grievance was denied by the Blue Valley School Board on April 27, 2021.

13. Rebecca Campbell's children are classified as special needs students by Blue Valley pursuant to K.S.A. 72-3403 et. seq.

9

14. Holly J. Rook is a resident of Johnson County Kansas, resides in the Blue Valley School district.

15. C.W.C. and C.C are children of Holly Rock and attend the Blue Valley School Sunrise.

16. Holly Rook's SB 40 grievances were denied by the Blue Valley School Board on April 21, 2021.

17. Matthew Couch is a resident of Johnson County Kansas, resides in the Blue Valley School district.

18. G.C. and J.C. are children of Matthew Couch and attend the Blue Valley School Sunrise.

19. Mathew Couch's SB 40 grievances were heard by Zoom conference on May 3, 2021. Couch was not provided a SB40 hearing conducted by a quorum of the Blue Valley School Board and, in addition to SB40, relief, seeks injunctive relief against Blue Valley to require a SB40 hearing conducted by a quorum of the Blue Valley School Board.

20. Laura Klingensmith is a resident of Johnson County Kansas, resides in the Blue Valley School district.

21. K.K. is the child of Laura Klingensmith and attends a Blue Valley school.

22. Klingensmith's SB 40 grievance was denied by the Blue Valley School Board on April 13, 2021.

23. Terri E. Baker is a resident of Johnson County Kansas, resides in the Blue Valley School district, and is a parent of her six year old son Silo

10

(pseudonym) who was and is enrolled in the Blue Valley School district (student number 10140955) as a special needs child pursuant to K.S.A. 72-3403 et seq.

24. Terri's SB 40 grievance was denied by the Blue Valley School Board on April 13, 2021.  Terri filed a second grievance which the Blue Valley School Board refused to conduct a hearing upon.

25. Silo was given an Individual Education Program (IEP) by the Blue Valley United School District on or about 4/27/2020, and it remains in effect until Blue Valley changes or eliminates it.

26. Blue Valley School District USD 229 is a school district in Johnson County Kansas.

27. Brian Daley is an employee of Blue Valley and the records custodian designated by Blue Valley.

28. Blue Valley Board of Education is the board of education for Blue Valley School District USD 229.

29. Amy Tysseling is a board member of the Blue Valley Board of Education.

30. Mike Seitzis a board member of the Blue Valley Board of Education.

31. Stacy Obringer-Varhall is a board member of the Blue Valley Board of Education.

32. Tom Mitchell is a board member of the Blue Valley Board of Education.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

33. Patrick Hurley is a board member of the Blue Valley Board of Education.

34. Jodie Dietz is a board member of the Blue Valley Board of Education.

35. Michele Benjamin is a board member of the Blue Valley Board of Education.

36. Olathe Public Schools USD 233 is a school district in Johnson County Kansas.

37. Olathe Public Schools Board of Education is the board of education for the Olathe Public Schools USD 233.

38. Joe Beveridge is a board member of the Olathe Public Schools Board of Education.

39. Brad Boyd is a board member of the Olathe Public Schools Board of Education.

40. LeEtta Felter is a board member of the Olathe Public Schools Board of Education.

41. Brian Geary is a board member of the Olathe Public Schools Board of Education.

42. Brent McCune is a board member of the Olathe Public Schools Board of Education.

43. Kristin Schultz is a board member of the Olathe Public Schools Board of Education.

44. Shannon Wickliffe is a board member of the Olathe Public Schools Board of Education.

12

45. The Board of Commissioners of Johnson County, Kansas (the "County Board") is the legislative authority with administrative oversight of the Johnson County Department of Health and Environment. The County Board has legal authority to sue and be sued.

46. Johnson County Department of Health and Environment is a department of Johnson County. Sanmi Areola is the director of the Johnson County Department of Health and Environment and is sued in his official capacity.

47. The Tenth Judicial District is a creation of the Kansas Constitution, which provides that the state be divided into judicial districts and that each judicial district have at least one district judge. There are 31 judicial districts in the state of Kansas.

48. Laura Brewer is the records custodian for the Tenth Judicial District.

## 2021 SB 40

49. The Kansas Senate finalized SB 40 on March 25, 2021.

50. SB 40 states in part that a local board of education in the only entity with authority to "take any action, issue any order or adopt any policy made or taken in response to" the Covid-19 health emergency that affects the operation of any school or attendance center of any school.

51. One example is an action or policy that "mandates any action by any students or employees of a school district while on school property."

52. SB 40 states in part that "a student or the parent or guardian of a student aggrieved by an action taken, order issued or policy adopted by

13

the board of education of a school district pursuant to subsection (a)(1)... may request a hearing by such board of education to contest such action, order or policy within 30 days after the action was taken, order was issued or policy was adopted by the board of education."

53. SB 40 provides that any parent or student "aggrieved" by the decision of a Board of Education "may file a civil action in the district court of the county in which such party resides or in the district court of Shawnee county, Kansas, within 30 days after such decision is issued by the board."

54. SB 40 states that "the court shall conduct a hearing within 72 hours after receipt of a petition in any such action. The court shall grant the request for relief unless the court finds the action taken, order issued or policy adopted by the board of education is narrowly tailored to respond to the state of disaster emergency and uses the least restrictive means to achieve such purpose."

55. All of the plaintiffs submitted grievances to each respective defendant Board of Education and are now aggrieved by the decisions of each Board of Education as defined under SB 40.

56. Each of the plaintiffs have timely filed their respective SB40 claims in this Court of which this Court now has jurisdiction.

## School Policies on Masks

57. The Kansas Department of Education (KSDE) published "Navigating Change: Kansas Guide to Learning and School Safety Operations." The Navigating Change Operations did not provide requirements or contain

14

mandates but instead provided guidance: "suggestions" and "best practices." In the prefatory letter from Dr. Randy Watson, he described it as a "guidance provides multiple options in order to help facilitate district-level discussions as contingency plans are developed." See attached Navigation Change Policy.

**58.** The Blue Valley School District adopted the KSDE Navigating Change guidance policy as its own policy regarding mask wearing by students.  The Olathe School Board referred to the KDHE guidelines which also refer to the Navigating Change policy but  is unknown what written policy the Olathe School Board has adopted regarding student masking.

**59.** The Navigating Change policy on masks provides for individualized exemptions and does not require 100% participation of all students.  In fact, the Navigating Change policy does not require any student to wear a mask – it only suggests "best practices."  Moreover, the Navigating Change policy does not require mask wearing at all but that the school "strongly encourage masks or cloth face coverings."

**60.** The Navigating Change policy not only does not mandate continuous mask wearing by students, it provides discretion for a school not do so. For example, the Navigating policy specifically provides discretion for allowing "mask breaks." As to athletics, mask are suggested "when 6 feet of personal distance isn't feasible." Similarly, in the performing arts mask are not suggested if there is "6 feet of personal distance" that is feasible.  Regarding orchestra and bands, it suggests that masks should

15

be used "when feasible" and that "when masks are not feasible, utilize outdoor locations and/or large indoor locations allowing for increased personal distance of greater than 6 feet," For theatre it states to "use masks or cloth face coverings when safety guidelines are in conflict with social distancing (.e.g. ladders, lighting rigs)." The audience is not required to wear masks but instead "strongly encourage audience members to wear masks or cloth face coverings."

61. The Navigating Change policy in fact provides that masks should not be required of any one student under certain conditions.  It states mask should be worn inside school "**unless it inhibits the person's ability to perform his or her job, inhibits a student's ability to participate in the educational process** or is disruptive to the educational environment."  "The person's ability" is an individualized exemption.

62. Thus, by its own terms the Navigating Change policy does not suggest or mandate any one student be required to wear a mask when it inhibits that particular student's ability to participate in the educational process.

63. All of the plaintiffs in this lawsuit were and are aggrieved because mask wearing for their student child inhibited and now inhibits the student's respective ability to participate in the educational process.

64. Yet their respective teachers and principals of the plaintiff students at each respective school refuse to follow the Navigating Change policy by still requiring each aggrieved student to wear a mask even though it

16

is inhibiting each aggrieved student's participation in the educational process.

**65.** Blue Valley also has a de facto policy of allowing an unlimited number of students to attend school without a mask depending on qualifying for its medical reason exemption.

## COUNT 1
## Statutory Right to Privacy and Violation of Student Privacy
## Joshua and T.M Snider / CarrieAnn Baumgarten E.B. J.B. v
## Olathe Board of Education and Board Members

**66.** Plaintiffs Joshua and T.M. Snider (collectively referred to as "Joshua") and CarrieAnn Baumgarten E.B. J.B. (collectively as CarrieAnn) restate and incorporates by reference the allegations in the above paragraphs.

**67.** SB40 requires that any SB40 hearing be conducted in the context of a board of education meeting which must be open to the public. Instead, the Olathe Board of Education (referred to as "OBE") decided to utilize a different procedure utilizing what it called a "hearing officer" to conduct a conference not during a board of education meeting.

**68.** Joshua and CarrieAnn provided the OBE their respective grievances which contained information that was private under OBE board policy and the statutory authority cited therein. It contained student data as enumerated in K.S.A. 72-6313.

**69.** OBE then chose to use an OBE employee to act as a "hearing officer" and then to conduct a conference on Joshua's and CarrieAnn's SB40

17

grievances in which the "hearing officer" would operate in a quasi-judicial manner. Under this made up procedure, the "hearing officer" would present his "recommendations" and "findings" to a quorum meeting of OBE in which OBE would then decide.

70. OBE was not authorized to use a so-called "hearing officer" under SB 40 or to use an OBE employee to operate as a "hearing officer" to hear Joshua's and CarrieAnn's grievances. OBE chose to utilize a conference in which to address those grievances which OBE published.

71. OBE only has two types of meetings: regular and special. Each meeting requires a quorum. There was no quorum present when the hearing officer conducted his conference with Joshua and CarrieAnn's grievances.

72. Instead of conducting a meeting, OBE voluntary chose not to have the matter heard by a meeting of the OBE Board but instead to conduct a conference which was not a meeting and was not a meeting which was subject to any open meeting requirement.

73. OBE has a Policy that requires minutes for all meetings. OBE did not identify Joshua's and CarrieAnn's grievances so called "hearing" as a meeting and consequently identifies no minutes for that conference.

74. There was no meeting in which OBE conducted a hearing. There was no quorum of the Board present – there were no members of the Board present when both parents were required to present private student information.

18

75. OBE stated in its SB 40 hearing request form that "All hearings shall be open to the public in accordance with the open meetings act K.S.A. 75-4317" but OBE did not comply with that statute because it did not conduct a hearing during a meeting of the OBE.

76. Under 75-4317a. "Meeting" is defined as "any gathering or assembly in person or through the use of a telephone or any other medium for interactive communication by a majority of the membership of a public body or agency subject to this act for the purpose of discussing the business or affairs of the public body or agency."

77. At Joshua's and CarrieAnn's conference, there was not a majority of the membership of OBE present and those no "meeting" occurred that would be subject to an open meetings requirement.

78. SB 40 required the Board to conduct a meeting to hear Joshua's and CarrieAnn's grievances but failed to do so.  Instead, it chose not to meet but to have a hearing conducted by one of its employees it called a "hearing officer" quasi-judicial manner which cannot be delegated by the Board to an employee it calls a "hearing officer."  Because there was no meeting, there was no requirement to conduct that conference as though it were subject to the open meeting requirement of SB 40. OBE should have conducted that hearing in private but failed to do so.

79. Joshua and CarrieAnn and their student children had their rights of privacy violated and should not have been required to disclose private student information at the conference conducted by the OBE employee.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**Count 2**
**Right to Privacy and Violation of Student Privacy**
**Terri, Silo, Matthew, G.C., J.C., Rebecca and children, Holly and**
**children, Julie and children, Laura and son  v Blue Valley**
**Board of Education and Board Members**

**80.** Plaintiffs Terri Baker (Terri) and Silo Baker, Rebecca Campbell (Rebecca) her plaintiff student children, Holly Rook (Holly) and her plaintiff student children, and Julie Myrick (Julie) and her plaintiff student children,  Matthew and his sons, restate and incorporate by reference the allegations in the above paragraphs.

**81.** Terri and Julie provided Blue Valley their respective grievances which contained information that was private under Blue Valley policy 3905 and the statutory authority cited therein.  It contained student data as enumerated in K.S.A. 72-6313.

**82.** Blue Valley then chose to delegate its SB40 hearing obligations to a third party attorney, Roger Warren (Warren).  Blue Valley made up this procedure not found in SB40 for Warren to act as a "hearing officer" and then to conduct a Zoom conference on Terri's and Julie's SB 40 grievances in which the hearing officer would operate in a quasi-judicial manner. The Blue Valley board was not authorized by the Kansas Senate under SB40 to delegate its obligation to meet and hear these grievances to a third party it calls a "hearing officer."

**83.** Similarly, Blue Valley chose to hire a third party, Kevin Moriarty (Moriarty) to act as a "hearing officer" and then to conduct a Zoom conference on Holly's and Rebecca's respective SB 40 grievances.

20

84. Blue Valley then provided Warren and Moriarty with Terri's, Rebecca's, and Holly's grievances which contained private information covered under policy 3905.

85. Blue Valley was not authorized to create its "hearing officer" process under SB 40 and was not authorized to hire Warren or Moriarty to function or operate as a meeting of the board of education to hear those plaintiff parents respective SB 40 grievances.

86. The Blue Valley Board only has two types of meetings: regular and special. Each meeting requires a quorum constituting four members.

87. Instead of conducting a meeting, Blue Valley voluntary chose not to have the matter heard by a meeting of the Board but instead to conduct a Zoom conference which was not a meeting and not a meeting subject to an open meeting requirement.

88. Policy 1690 requires minutes for all meetings. Blue Valley did not identify the April 7, 2021, Zoom conference as a meeting and consequently identifies no minutes for that hearing.

89. There was no meeting on April 7, 2021, in which Warren conducted a hearing.  There was no quorum of the Board present – there were no members of the Board present.

90. SB 40 required the Board to conduct a meeting to hear all of these plaintiffs grievances but failed to do so.  Instead, it chose not to meet but to have a Zoom conference conducted by a third party.  Because there was no meeting, there was no requirement to conduct that hearing as though it were subject to the open meeting requirement of SB 40. Blue Valley

21

should have met and conducted a hearing that was open to the public but it was not authorized to disclose private student information at a Zoom conference conducted by Warren or Moriarty.

## COUNT 3
## Legal and Equitable SB40 Relief
## Joshua, T.M., CarrieAnn, E.B. J.B.  v Olathe Board of Education and Board Members

91. Plaintiffs Joshua, T.M., CarrieAnn, E.B., and J.B. restate and incorporates by reference the allegations in the above paragraphs.

92. Joshua submitted a SB40 grievance to OBE because he and his son were  aggrieved by the actions, orders, and policies of OBE as applied to T.M. as mask wearing interfered with T.M.'s ability to learn or otherwise participate in the education process that took place within the last 30 days.

93. CarrieAnn submitted a SB40 grievance to OBE because she and her sons were aggrieved by the actions, orders, and policies of OBE as applied to E.B. and J.B. as mask wearing interfered with E.B. and J.B.'s ability to learn or otherwise participate in the education process that took place in the last 30 days.

94. Joshua, T.M., CarrieAnn, E.B., and J.B. are now aggrieved by the respective decisions OBE within the last 30 days to require T.M., E.B., and J.B. to wear a mask as a condition to obtain an education in the OBE school district.

95. CarrieAnn is further aggrieved because OBE is denying her child an education saying the child needs to be quarantined because she was

22

"exposed" to student testing positive with Covid 19. CarrieAnn made a second grievance to OBE on April 29, 2021. The Johnson County Health Department sent the letter quarantining her child which that agency has no authority under SB40 to exclude her child from school. Further, the timing of this quarantine is suspect and retaliatory for CarrieAnn filing her first grievance and the determination of "exposed" is not defined but left to an arbitrary determination by each school. Her child suffers the loss of an education and is irreparably harmed.

96. Because OBE refused to permit T.M. to attend school without a mask within the last 30 days, based on it interfering with T.M.'s ability to learn, Joshua sought a different exemption obtained from a doctor's opinion that the mask caused T.M. "anxiety that has resulted in self-mutilation behaviors" and that T.M. "should be Covid-19 immune." This required Joshua to incur expenses he would not otherwise be required to expend. OBE has required T.M., within the last 30 days, to constantly wear a mask as a condition to attend school pursuant to OBE orders and policies. Joshua and T.M. are aggrieved by that ongoing action in expending money and time in order to obtain the only individualized mask exemption OBE would allow rather than providing an individualized exemption based upon mask interfering with T.M.'s educational process.

97. It is unknown whether OBE will require yearly applications for a medical exemption and Joshua should not be required to expend the time and money for future doctor appointments in conjunction with obtaining

23

OBE's mask exemption when OBE should now, and in the future, allow Joshua's son to attend school without a mask for all future school years.

98. E.B., and J.B. should not be required to a mask as a condition to attend school when OBE allows T.M. and any number of other OBE students to attend school without a mask. CarrieAnn should not be required to incur the additional time and expense seeking a doctor who would say that masks interfere with E.B. and J.B.'s learning or that it is a medical necessity.

99. The actions of OBE are not narrowly tailored to T.M., J.B., or E.B. and are not the least restrictive means available to OBE, as applied to T.M., J.B., or E.B. in providing an education to each while furthering OBE's mask policy. Joshua should not be required to incur additional expenses to justify OBE's one exemption when it could take Joshua's word as a parent that masks interfere with T.M.'s learning or that it causes T.M. anxiety and provide an individualized mask exemption for T.M. only.

100. CarrieAnn should not be required to incur additional expenses to justify OBE's one individualized mask exemption when it could take CarrieAnn's word as a parent that masks interfere with J.B.'s or E.B.'s learning and provide the individualized mask exemption for only her two children.

101. OBE now has a less restrictive means available to it and actually uses it rather than to require Joshua or CarrieAnn to incur expenses and prove a medical or behavioral disorder as a condition not to wear a mask

24

to school. OBE has already has discretion to allow a student such as J.B. or T.M. to attend school without a mask because it interferes with their respective learning and OBE's requirements for mask exemptions are not narrowly tailored to T.M., J.B., or E.B. and not the least restrictive means available to OBE to hinder the spread of Covid-19 while providing an education to each respective student.

102. Further, OBE's policy now allows OBE to allow an unlimited number of students to attend school without a mask based upon one reason – but only if the parent incurs additional expense and obtains a doctor's opinion. OBE currently has discretion to more narrowly tailor the manner in which it proves mask exemptions based upon a parent's reporting of the child's behavior, his reaction to mask wearing, and how it interferes with the student's learning without requiring the parent incur time and expenses in locating a doctor who will accept the parent's reporting of the child's behavior as a medical diagnosis or prognosis.

103. There is a less restrictive way available to OBE in allowing T.M. to attend school without a mask because OBE currently tailors its mask policy to make individual exemptions allowing the one student to attend school unmasked while requiring other students to wear a mask. Allowing individual mask exceptions now demonstrates that OBE, by its own terms and discretion, can allow T.M., as an unmasked student to attend school, to attend without a mask without subverting its goal of hindering the spread of Covid-19 while providing an in person education to T.M.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**104.** Once touched the masks are immediately contaminated and are no longer efficacious in any capacity let alone to mitigate the spread of a respiratory virus. J.B., E.B., and T.M. are incapable of keeping each respective mask sterilized for any amount of time, let alone for an entire day. By wearing a dirty mask, each is putting himself at greater risk of illness than if he didn't wear one at all. Even if that mask is changed out every day, the chance of his hands being sterile and the masks staying sterile for an entire day are improbable at best.

**105.** In Kansas, as of March 22, KDHE data shows the counties without a mandate added 5,441 cases per 100,000 of population since November 23. The counties that had a mandate in effect since July added 5,439 cases; that difference of just two cases over 17 weeks in 43 counties which is virtually unnoticeable. https://sentinelksmo.org/mask-mandates-had-no-impact-on-covid-case-growth/

**106.** In a study referenced in a Montana Gazette article dated January 25th, 2021, it found the masks themselves are having wide-ranging and deleterious effect on children: "A new study, involving over 25,000 school-aged children, shows that masks are harming schoolchildren physically, psychologically, and behaviorally, revealing 24 distinct health issues associated with wearing masks. The health issues and impairments observed in this study were found to affect 68% of masked children who are forced to wear a face covering for an average of 4.5 hours per day. The study also includes 17,854 health complaints submitted by parents. Some of the health issues found in the study include: increased headaches

26

(53%), difficulty concentrating (50%), drowsiness or fatigue (37%), malaise (42%), and nearly a third of children experience more sleep issues than they had previously and a quarter of children developed new fears. "The study also found that 29.7% of children experienced shortness of breath, 26.4% experienced dizziness, and hundreds of the participants experienced accelerated respiration, tightness in chest, weakness, and short-term impairment of consciousness." https://montanadailygazette.com/2021/01/25/new-study-finds-masks-hurt-schoolchildren-physically-psychologically-and-behaviorally/

107. As a juxtaposition to mandating masks for prevention, their implementation has actually led to a greater spread of the virus and other illness. The states with the strictest lockdowns and most restrictive mask mandates have some of the worst statistics with regard to cases, case fatality rate and economic hardship. Conversely, states like Texas and Florida that dropped their mask mandate and completely re-opened their economy the cases have fallen over 30% in the past three weeks despite the masks no longer being required. https://www.breitbart.com/politics/2021/04/24/tx-fl-report-fewer-new-cases-of-virus-per-capita-than-pro-mask-states-mi-pa-and-ny/

108. MIT researchers now say one is no safer from Covid indoors at 6 feet or 60 feet. https://www.cnbc.com/2021/04/23/mit-researchers-say-youre-no-safer-from-covid-indoors-at-6-feet-or-60-feet-in-new-study.html

27

**109.** Mask Mandates for Children Mostly Harmful: Professor of Medicine. https://link.theepochtimes.com/mkt_app/mask-mandates-for-children-mostly-harmful-professor-of-medicine_3785980.html

**110.** Another Study BY THE CDC Showing Masks Don't Work. https://www.thegatewaypundit.com/2021/04/stanford-study-noting-ineffectiveness-harm-masks-censored-twitter-now-second-study-published-cdcs-website-confirms-masks-cause-serious-side-effects/

**111.** To date, there has not been a single peer-reviewed study proving the efficacy of masks in the prevention of Covid-19.

WHEREFORE the plaintiffs Joshua and his son T.M. CarrieAnn and her sons E.B. and J.B. request legal and equitable damages; that the Court enter its judgment declaring that they are aggrieved by the actions of OBE and each of the listed board members when they did not conduct a meeting to hear their grievances, were required to conduct a meeting under quorum requirements to hear the grievances, that OBE did not do so, that the procedures utilized were unauthorized under SB 40, that Joshua and T.M. were denied due process under the Kansas Bill of Rights, and that they are further aggrieved by the actions of OBE in not allowing their respective student children to attend school each day without a mask, and without incurring the time and expense of obtaining a doctor's opinion about medical necessity, and that OBE already has discretion to provide individualized exemptions and can allow each of these three students to attend school unmasked if for no other reason that it interferes with each student's learning process, and that requiring

28

either of these students to wear a mask to school is not the least restrictive means to provide each one an education while furthering the interests of preventing the spread of Covid 19.   CarrieAnn and Joshua further request that OBE be restrained from prohibiting their respective children from attending school in the 2021 or 2022 school year without wearing a mask.

<div align="center">

**COUNT 4**
**Legal and Equitable SB40 Relief**
**Terri, Silo, Matthew, G.C., J.C., Rebecca and children, Holly and children, Julie and children, Laura and son  v Blue Valley Board of Education and Board Members**

</div>

112. Plaintiffs Laura, Terri, Silo, Matthew, G.C., J.C., Rebecca and children, Holly and children, Julie and children restate and incorporates by reference the allegations in the above paragraphs.

113. Each plaintiff submitted a SB40 grievance to Blue Valley because each were aggrieved by the actions, orders, and policies of Blue Valley as applied to each plaintiff as mask wearing interfered with each student's ability to learn or otherwise participate in the education process that took place within the last 30 days.

114. Each plaintiff is now aggrieved by the respective decisions Blue Valley within the last 30 days to require each of their respective students to wear a mask as a condition to obtain an education in the BV school district.

115. Because BV refused to permit the plaintiff's students to attend school without a mask within the last 30 days, based on it interfering with each ability to learn, parents sought a different exemption obtained from a

<div align="center">29</div>

doctor's opinions that not wearing a mask was medically necessary. This required those parents to incur expenses he would not otherwise be required to expend. BV has required each plaintiff student named in this count within the last 30 days, to constantly wear a mask as a condition to attend school pursuant to BV orders and policies. These parents are aggrieved by that ongoing action in expending money and time in order to obtain the only individualized mask exemption BV would allow rather than providing an individualized exemption based upon mask interfering with each student's in person educational process.

116. It is unknown whether BV will require yearly applications for a medical exemption and each parent should not be required to expend the time and money for future doctor appointments in conjunction with obtaining BV's exclusive favored mask exemptions when BV should now, and in the future, allow each plaintiff student to attend the BV school without a mask for all future school years.

117. The actions of BV are not narrowly tailored to each plaintiff student named in this count and BV's mask wearing requirement as applied to each named student is not the least restrictive means available to BV. in providing an education to each student while accomplishing BV's purpose of providing an in person education to each named student while hindering the spread of Covid 10 to these named students or hindering the spread of Covid 19 from these named students to others

30

118. BV now has the means within its own Navigation policy to allow these named students to attend school without a mask because the mask interferes with that student's participation in the learning process.

119. BV has available to it a less restrictive means to hinder the spread of Covid 19 by or from these named students other than requiring each to wear a mask. BV already has the means to permit each student to attend school without a mask while accomplishing its purpose of hindering the spread of Covid 19 from these named students. Requiring these named students is not narrowly tailored to them and is in fact contrary to the existing Navigating Change policy exempting them from a mask requirement because it interferes with their respective learning process.

120. Further, BV's policy not only provides mask exemptions on the basis of each student's grievance, BV's policy now allows an unlimited number of students to attend school without a mask albeit for its favored chosen exemptions – but only if the parent incurs additional expense and obtains a doctor's opinion that it is a medical necessity. BV refuses to requires schools to follow its Navigation Change policy permitting a student to be exempt from the mask requirement.

121. As stated in the supporting brief, the fact that BV now allows an unlimited number of students to attend school without a mask for various reasons does appreciable damage already to its purpose of hindering the spread of Covid 19 and there is no compelling state interest, and nothing of a scientific basis, in allowing these students to attend school without a

31

mask for an IEP hinderance of learning or medical reason and then prohibit the same student from attending school without a mask even though the mask interferes with the learning process.

122. The fact that each school board policy provides for numerous mask wearing exemptions – mask breaks, athletics, band, drama, and then for medical necessity or even IEP students (which is just the same hinderance of the learning process in IEP clothing) coupled with the fact their own policies specifically provide that masks should not be required if it interferes with the educational process means BV's purpose in requiring these named students to wear a mask is not compelling.

123. BV has demonstrated deliberate indifference in the denial of the grievances and its own arbitrary unwritten ad hoc policies and has further discriminated against these students and parents by disregarding its own Navigating Change policy, then by favoring only students that can demonstrate a medical necessity signed off by a doctor, and favoring IEP students who can be mask exempted if the IEP team determines it interferes with the delivery of services while not providing mask exemptions to these students when it similarly interferes with their learning process.

124. Legal and equitable relief is sought including loss of educational services, costs for tutoring, therapeutic expenses, and special services. Compensatory services should be provided to make up or compensate for the defendant district's failure to provide the named students with appropriate education and services in the past. Tutoring at school

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

expense, summer services should be required to make up for lost service time, additional related services, and reimbursement to these parents for outside tutoring or programs should be granted as part of the relief.

<div align="center">

**COUNT 5**
**INJUNCTIVE RELIEF**

</div>

**125.** Plaintiff Matthew restates and incorporates by reference the allegations in the above paragraphs.

**126.** Blue Valley refused to provide Mathew a SB40 hearing conducted by a quorum of the Blue Valley board of education.  Instead, Blue Valley provided him a Zoom conference.

**127.** Matthew has a right under SB40 to have his grievances heard by a quorum of each respective board and not by a person named "hearing officer" who has no authority under SB40.

**128.** CarrieAnn seeks injunctive relief preventing the Johnson County Department of Health and Environment from exercising authority over her son's school attendance or to otherwise not attend school because of a purported Covid 19 exposure.

WHEREFORE Matthew and CarrieAnn request injunctive relief as described above.

<div align="center">

33

</div>

## COUNT 6
### Kansas Preservation of Religious Freedom Act
### Terri, Silo, Rebecca, R.C., C.C., M.C., Julie, R.F., L.P. v Blue Valley Board of Education and Board Members

**129.** Plaintiffs Terri, Silo, Rebecca, R.C., C.C., M.C., Julie, R.F. and L.P. restate and incorporates by reference the allegations in the above paragraphs.

**130.** The named defendants are "government" as defined under K.S.A. 60-5302.

**131.** The religious liberty interest protected by the Kansas Preservation of Religious Freedom Act is an independent liberty that occupies a preferred position, and no encroachments upon this liberty shall be permitted, whether direct or indirect, unless required by clear and compelling governmental interests of the highest order.

**132.** Blue Valley policy requires Silo, R.C., CC., and M.C. to be vaccine compliant with a number of vaccines over the child's school life.

**133.** The state of Kansas permits Blue Valley to enact its own policies on immunizations for school enrollment and participation in school. Blue Valley has enacted its policy 3113.2. Blue Valley provides that a student is not required to be vaccine compliant if a written statement is signed by one parent or guardian stating that the child is an adherent of a religious denomination whose religious teachings are opposed to such tests or inoculations.

34

134. There are no Blue Valley written policies regarding a religious exemption to vaccine injecting other than that stated in policy 3113.2.

135. That policy, as applied to Rebecca, Julie, and Terri, directly and indirectly constrains, inhibits, curtails or denies their respective exercise of religion as defined under the Kansas Preservation of Religious Freedom Act (KPRFA).

136. Silo, R.C., C.C., and M.C. are each entitled to a free appropriate public education (FAPE) as provided in Section 504 and the Individuals with Disabilities Education Act (IDEA).

137. Blue Valley has adopted special needs student policies, that as applied to the plaintiffs Terri and Rebecca, directly or indirectly constrains, inhibits, curtails or denies their respective exercise of religion as defined under the KPRFA.

138. Blue Valley's policies impose a duty upon Rebecca and Terri to provide Blue Valley's designated special needs services in the manner dictated by Blue Valley which does not permit Terri or Rebecca to provide those services in conjunction with their respective exercise of religion.

139. Blue Valley policies impose upon Terri and Rebecca obligations to remove their children from their religious activities and religious teaching environment as a condition for the delivery of special needs services to Terri and Rebecca's special needs children.

140. Part of those Blue Valley policies require these students to be taught in a secular and nonideological manner and with masks contrary to Terri and Rebecca's exercise of religion as defined under the KPRFA.

35

141. This policy requires that their special needs students will not be allowed to learn without masks or in connection with religious courses, devotional exercises, religious training, or any other religious activity which burdens their respective exercise of religion and right to school choice exercising their religion.

142. Blue Valley's special needs policies as applied to Terri and Rebecca, both directly and indirectly, constrains, inhibits, curtails or denies their respective practices or observance of religion under section 7 of the bill of rights of the constitution of the state of Kansas and the free exercise clause of the first amendment to the constitution of the United States.

143. These policies regarding special education for each of their children requires them respectively to act or refuse to act in a manner substantially motivated by a sincerely-held religious tenet or belief, whether or not the exercise is compulsory or a central part or requirement of their respective religious tenets or beliefs.

144. Under K.S.A. 72-3403 et seq it is the ongoing duty of Blue Valley to provide these students their respective special needs services under Blue Valley's IEP which Blue Valley is refusing to do regarding Silo unless Terri meets their unconstitutional and arbitrary conditions.

145. Silo is presently enrolled but truant, not attending school, and not receiving his special needs services because of Blue Valley's ongoing and everyday actions and policies including the adoption of the Kansas State Department of Education Navigating Change policy which occurred on August 18, 2020, which is being enforced each and every school day by it

36

actions, its policy prohibiting Silo's special needs services to be provided in conjunction with or during any religious activity or religious training, and its misrepresentations that the Bakers requested (which they did not) that Silo be withdrawn from school.

146. Silo has a current I.E.P. from Blue Valley that can only be modified by Blue Valley. Blue Valley is not providing Silo a FAPE and Silo is not receiving a FAPE because of Blue Valley's actions requiring Silo to attend school, to attend masked, and to receive his special services in contradiction to Terri's religious beliefs: Blue Valley will not provide Silo any special needs services during any schooling associated with any religious activity.

147. R.C., C.C., and M.C. have current I.E.P.s from Blue Valley that can only be changed by Blue Valley. Blue Valley will not provide R.C., C.C., and M.C. Silo a FAPE during any schooling associated with any religious training or activity.

148. Rebecca has religious beliefs regarding how and in what manner her children should be educated. Rebecca believes she has a God-given duty to provide an education, or see that one is provided, to each of her children according to her parental values. Requiring her children to wear masks when masks interfere with their learning ability is contrary to Rebecca's religious exercise as a parent.

149. Terri also has similar religious beliefs and regards natural immunities and wearing masks and face shields by Silo is burdens her religious exercise. Moreover, because of Blue Valley's policy, Silo is now

37

truant because of Blue Valley conditions it is imposing during in Covid 19.  In conjunction with those Blue Valley I.E.P. services, they are not being provided to Silo at all by Blue Valley, and not being provided at no cost as required under K.S.A. 72-3404(i)" because it requires Terri to forfeit her religious practices and beliefs in exchange for Silo obtaining special services.

150. Blue Valley's policy provides for an individualized exemption for a mask if it interferes with the student's ability to be educated and also for a medical necessity exemption but having provided those exemptions for the provision of the services will not allow Terri or Rebecca to provide, at Blue Valley's cost, those special education services while homeschooling or during religious training and activities at a private religious school.

151. That the interests set out in the Blue Valley polices, as applied to Terri and Rebecca, are not of the highest order and not otherwise served.

152. There is no clear and convincing evidence that Blue Valley's policies further a compelling governmental interest, as applied to Terri and Rebecca, that its special needs policies are the least restrictive means of furthering any compelling governmental interest as applied to Rebecca and Terri.

WHEREFORE the above Terri and Rebecca request all of the relief under K.S.A. 60-5303 including, but not to the exclusion of others, injunctive and declaratory relief, actual damages, costs and attorney fees, as applied to them respectively.

38

## COUNT 7
### Equal Protection Under the Kansas and U.S. Constitution
### All Plaintiffs v School Boards

153. This count is stated by all plaintiffs against each School Board.

154. The plaintiffs and their children are similarly situated to other Kansas students and parents of Kansas school aged children.

155. Both school boards provide an exemption to masks based upon it inhibiting or interfering with a special needs student participation in the education process but will not provide the same mask exemption to students not classified as a special needs student.

156. Both school boards provide an unwritten policy of an individual "medical necessity" mask exemption to a student of an unlimited number but will not provide an individual mask exemption when the mask interferes or inhibits that student's participation in the education process.

157. Both school boards provide an individual unwritten "medical necessity" mask exemption to a student of an unlimited number but will not provide an individual mask exemption when the mask requirement burdens the religious exercise of the parent or student.

158. Both school boards convey the benefit of in person education for these plaintiff students upon their ad hoc exemptions but will not convey the benefits if those conditions are not met.

WHEREFORE these plaintiffs request injunctive and declaratory regarding the facial and as applied application of Blue Valley's unequal treatment of these plaintiffs.

39

# COUNT 8
## Equal Protection Under the Kansas and U.S. Constitution
## Terri, Silo, Rebecca, R.C., C.C., M.C. v. Blue Valley

**159.** This count is stated against the Blue Valley School District USD 229 and the Blue Valley Board of Education.

**160.** Rebecca and Terri are similarly situated to other parents of Kansas school aged children. Silo, R.C., C.C., and M.C. are similarly situated to other Kansas students.

**161.** Even though Kansas statutes do not provide for home schooling, the KSDE provides school choice regarding home schooling. Blue Valley policy 2600 provides for home schooling and states that the parent must register with KSDE "as a non-accredited private school."

**162.** Parents who choose home schooling are permitted to determine their own curriculum, choose their own teachers, and can provide home schooling in the context of religious training and religious activities. Home schooled students are not required to be enrolled in a Kansas public school in order to be home schooled or receive educational services.

**163.** Similarly, Kansas statute provides school choice for private non-public schooling and parents who choose private schooling are permitted to choose a private religious school with religious curriculum, and the education can be provided in the context of religious training and religious activities.

**164.** However, for students classified as special needs or exceptional children, parents are not provided the same kind of funding or school

40

choice. Special needs students such as Silo, R.C., C.C., and M.C., are required to receive a specific curriculum exclusively designated by Blue Valley in the IEP and then provided exclusively by a teacher employed or controlled by Blue Valley.

165. Under K.S.A. 72-3404, "special education" must be provided "at no cost to parents" to a child classified as an "exceptional child" but that "no cost" benefit does not flow to or flow equally on the same terms to Terri and Rebecca because of their religious status and beliefs.

166. Under K.S.A. 72-3410(a)(3) it only requires a school board to provide this special education to a student enrolled in a "private school" and K.S.A. 72-3461 defines a "private school" as a federally tax exempt organization. By definition this excludes a parent teaching at home – homeschooling.

167. The special needs student cannot have the special needs curriculum provided during homeschooling and in fact the KSDE specifically excludes homeschooling.

168. Under K.S.A. 72-3421(a), Kansas imposes a separate duty upon a Terri and Rebecca making it their respective duty to provide the IEP services privately at their personal cost if not done through a public school.

169. Blue Valley requires that Silo, R.C., C.C., and M.C., be enrolled at Blue Valley and further Blue Valley and K.A.R. 91-40-48 requires Silo's R.C., C.C., and M.C's special needs curriculum be provided during school hours while the "private teacher" must be "under public supervision and

41

control" and the education provided in "a secular and nonideological manner."

170. Other Kansas parents and Kansas students are not barred from using a private teacher not supervised by Blue Valley and are not required to teach their student in a secular and nonideological manner.

171. Other Kansas parents of other Kansas students are not given a duty to provide educational services to their child at their own cost.

172. The statutory 72-3463 requirement prohibits religious private schools from providing special needs services to an enrolled student but the same student enrolled in a public school could receive the same service. The only difference is religion.

173. Public benefit of using state and federal funds to pay for the services of a homeschool teacher for a special needs student are withheld while the same benefit is given to the same teacher for the same student if employed by a religious private school.

174. Religious private schools and religious private individuals are discriminated against in obtaining the same special education services based upon the religious status and religious character of the curriculum.

175. The regulatory requirement that teachers in a religious private school or homeschool setting be under the supervision and control of the state requires religious private school teachers to be employed by the state and also interferes with the exercise of religion and in providing special needs services in a religious private school.

42

176. The regulatory requirement that the special needs services be "provided in a secular and nonideological manner" is unconstitutionally vague.

177. The regulatory requirement that the special needs services be "provided in a secular and nonideological manner" targets religion and prohibits special education services to students because of religion or religious activity.

178. Even if Terri and Rebecca could qualify for a homeschool, 72-3463 discriminates against each because of religion, K.A.R. 91-40-48 requires Terri and Rebecca to be controlled and supervised by the state, and requires each to provide the special needs services in a secular and nonideological fashion – all of which disqualify Rebecca and Terri on the basis of religion and further burden or is substantially likely to burden her free exercise of religion under the Kansas Preservation of Religion Act.

WHEREFORE these plaintiffs request injunctive and declaratory regarding the facial and as applied application of Blue Valley's unequal treatment of these plaintiffs.

## COUNT 9
## Open Meeting and Open Records Violations
## Declaratory and Injunctive Relief
## Terri Baker v Brian Dailey and Blue Valley

179. Plaintiff Terri Baker restates and incorporates by reference the allegations in the above paragraphs.

43

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

180. There was no "meeting" on April 7, 2021, as defined under the quorum requirements of the Blue Valley Board or under Kansas Open Meetings Act (KOMA). As such the Zoom conference should have been conducted in private and not publicized as Blue Valley did as Terri later discovered.

181. In the alternative, and if the April 7th hearing constitutes a "meeting" as defined under the Kansas Open Meetings Act (KOMA), Blue Valley did not comply with KOMA or its own policies. There was no physical location for the April 7th Zoom conference, and Terri's counsel was isolated from other members of the public who were participating in the Zoom conference. Counsel for Terri was not informed as to who was present or viewing the Zoom conference other than the few people allowed in the Zoom conference room limited to participants.

182. Unknown to Terri at the time, the April 7th Zoom conference was being simulcast by news stations and other media platforms.

183. Blue Valley has not modified its public meeting procedures or waived any requirements that are inconsistent with holding virtual meetings. On information and belief, there are no procedures that have been adopted by resolution at the virtual meeting itself or in an emergency order.

184. At one point in the Zoom conference, Melissa Hillman instructed Blue Valley to mute the microphone of attorney Linus L. Baker to cut off Mr. Baker's ongoing discussion, something that cannot happen at an

44

open meeting by anyone attending an open meeting attended physically in person.

**185.** Unknown to Terri, Blue Valley conducted a special meeting on April 7, 2021, to discuss her grievance that Terri made to the Board and which was publicized by Blue Valley on April 6th. Terri's counsel Linus Baker had sent a letter to Roger Warren requesting to participate before the Board and as such requested notices of all meetings regarding Terri and Silo's grievances. Terri received no notice from Blue Valley of the April 7th meeting discussing her grievance and discovered that it occurred from television reports later that evening.

**186.** Terri then later viewed the April 6th and April 7th recorded Zoom conference / meeting online.

**187.** Terri made two open records requests for access and copying of public records April 6, 2021, and April 10, 2021, to the records custodian of the Blue Valley School District and the Board of Education.

**188.** Blue Valley is a public agency under the Kansas Open Records Act (KORA). Brian Dailey is the records custodian for Blue Valley.

**189.** The records requested by Terri were public record as they constituted recorded information, regardless of form, characteristics or location, which is made maintained or kept by or is in the possession of: (1) any public agency; and (2) any officer or employee of a public agency pursuant to the officer's or employee's official duties and which is related to the functions, activities, programs or operations of any public agency. These records are not only paper records, but also computer data, including

45

emails and court records and records provided to a public agency by a third party.

190. In response to the April 6th request she received some records. But upon further review it appeared some had been altered without Blue Valley indicating they had been altered. Thus the document appeared as an original unaltered document when in fact the document had been altered by Blue Valley. Terri is still unsure of the extent of document alteration that occurred.

191. One request concerned SB 40 notices by parents to Blue Valley of their grievance. Parents must provide these notices as a pre-condition to filing a civil lawsuit stating a SB 40 cause of action.

192. In response to the April 6th request Blue Valley did not provide access to the original records requested except to videos of the April 6 and 7 hearing could be viewed at the District Office. Blue Valley did not provide for allowing Terri to make copies of the videos as requested in Blue Valley's response.

193. Blue Valley did not say it would provide access to the records within three business days and failed to provide access to all of the requested records. Blue Valley.

194. In response to some of the requests, Blue Valley made the statement that "the District does not provide personal information about private individuals pursuant to the privacy exception to KORA" but did not demonstrate how this statement applied to any requested record, what

the legal basis was for this statement as applied to the record requested, or how it specifically applied to any particular requested record.

**195.** Daley's and his staff's alteration of the records in the manner they did was and is deceptive, his refusal to provide access to the records or to provide for copying of the records was not in good faith and was without a reasonable basis in law or fact.

WHEREFORE the plaintiff Terri Baker requests the Court enter its judgment declaring that access to all of the unaltered records requested by Terri should be allowed, that the Court order the records custodian to provide the plaintiff and his attorney access, which includes copying, to all of the records, in their original format, requested together and that the Court award plaintiff his attorney fees and costs, with such other and further relief as the Court deems just.

<div align="center">

**COUNT 10**
**Open Records Violations**
**Declaratory and Injunctive Relief**
**Terri Baker v Laura Brewer Tenth Judicial District**

</div>

**196.** Plaintiff Terri Baker made an open records request to Laura Brewer for audio and video recordings of a proceeding open to the public in 21CV01464 O'HARA vs. BLUE VALLEY SCHOOL DISTRICT BOE ET AL. The hearing was conducted virtually, electronically recorded, and also believed to be recorded through Blue Jeans or Zoom conferencing.

**197.** Brewer refused to produce either an audio or video recording which both are open records.

<div align="center">

47

</div>

**198.** Brewer stated that the "video recordings are not maintained as part of the court record. The request for a copy of the audio recording is denied. The recording is a tape or disc that was not played in court and is not the transcript of the hearing. This denial is based on KSA § 45-219, KSA § 45-221(a)(1), and Supreme Court Rule 1001(e)(4), 1001(e)(8), and 362."

**199.** The video recording of that proceeding is maintained by the Johnson County court system and is under the control of the court system. It is recorded information which was made, maintained or kept by or is in the possession of any public agency.

### Administrative Order 2021-PR-021

**200.** The Chief Justice issued an administrative order 2021-PR-021 (Order Authorizing the Use of Two-Way Audio-Visual Communication In Any District or Appellate Court Proceeding) in which remote proceedings can be utilized for any essential or non-essential court proceeding. In paragraph 4 of the Order it states: "Access to a remote proceeding must be provided to the public either during the proceeding or immediately after via access to a recording of the proceeding, unless the proceeding is closed or access would otherwise be limited by statute or rule."

Under this administrative order, these recordings of remote proceedings would be open records. There would be no practical distinction in favoring the public's access to recordings of remote proceedings while disfavoring the public's access to the same recording of a proceeding conducted in

48

person. A distinction would be arbitrary as well as raise equal protection concerns.

## Baker v Hayden

**201.** Baker v. Hayden, 55 Kan. App. 2d 473, 486, 419 P.3d 31, rev. granted 308 Kan. 1593 (2018) held that there is no language in K.S.A. 2017 Supp. 45-219(a) that could be construed as specifically prohibiting or restricting access to audio recordings of open court proceedings, which is required by the Kansas Open Records Act to qualify as an exception to disclosure. *Baker v Hayden* further held that there is no language in K.S.A. 2017 Supp. 45-221(a)(20) that could be construed as specifically prohibiting or restricting access to audio recordings of open court proceedings, which is required by the Kansas Open Records Act to qualify as an exception to disclosure.

**202.** Baker v Hayden held that the language in K.S.A. 2017 Supp. 45-219(a) referencing "similar audio or visual items or devices" cannot be read to include an audio recording of the court proceeding itself.

**203.** Baker v Hayden held that court recordings are not considered part of the court reporter's notes under K.S.A. 2017 Supp. 45-221(a)(20) because a court recording does not involve a recording by a court reporter to be used as notes to assist in preparation of a transcript of the proceedings. It held that an audio recording of open court proceedings does not fall into the category of court reporter's notes.

**204.** Baker v Hayden held that the Kansas Supreme Court did not intend the use of electronic recordings in courtrooms to be limited to merely

49

helping the court reporter prepare a transcript and assisting counsel to correct any transcription error.

**205.** The Tenth Judicial District's refusal to provide access to the video and audio recordings was not in good faith and was without reasonable basis in law or fact.

**206.** The plaintiffs adopt, as fully set forth herein, their supporting brief as to the interpretation of SB40 and the SB40 claims for relief.

WHEREFORE the plaintiff Terri Baker requests the Court enter its judgment declaring that access to the requested video recording of that proceeding should be allowed under Administrative Order 2021-PR-021 and KORA and that the Court award plaintiff his attorney fees and costs, together with such other and further relief as the Court deems just.

WHEREFORE, as to all counts and all plaintiffs, each plaintiff requests all legal and equitable available relief available under law and equity and for such other relief as the Court deems just and fair.

By:/s/Linus L. Baker
Linus L. Baker KS 18197
6732 West 185th Terrace
Stilwell, Kansas 66085-8922
913.486.3913
913.232.8734 (fax)
E-Mail: linusbaker@prodigy.net
Attorney for the plaintiffs

50

# IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

Terri E. Baker and her special
needs son "Silo" et al,

Plaintiffs,

vs.

Blue Valley et al

Defendants.

Case No.
Div

## Petition Addendum and Brief in Support of SB 40 Relief

These school boards have planted a flag but why?  Why fight these few student's requests for individualized mask exemptions?  Overall, this suit presents to the Court a false dilemma concocted by the school boards: granting a grievance for one student means granting for all – that is incorrect and a stance born of political fodder.  They present another false dilemma: we cannot change our written policy.  They don't have to: all they have to do is follow their own written policies that already provide for mask exceptions for the reasons stated by each parent – masks interfere with their child's learning process.

So a strange paradox born of politics and not science now exist regarding the school board's policies on masks and quarantining – rather – their application of those written policies contained in the Navigating Change policy they have adopted.  On the one hand the Navigating

Change document specifically provides for individualized mask exemptions for any one student on the basis that it inhibits a student's participation in the educational process. See Navigating Change Policy, page 1048:

## OPERATIONS

### HEALTH

## Wearing Masks, Cloth Face Coverings and other

* Best practices suggests that visitors, staff, and students should be required to wear masks or cloth face coverings while inside school facilities unless it inhibits the person's ability to perform his or her job, inhibits a student's ability to participate in the educational process or is disruptive to the educational environment.

* Masks or cloth face coverings are also recommended outside when social distancing is not possible.

* Masks or cloth face coverings should be required anytime social distancing and cohorting cannot be maintained. Face shields may be added, but are not a replacement for masks.

## "Should be required...unless it inhibits a student's ability to participate in the educational process..."

Masks interfere with these student's learning.   Beyond quarantining, those were and are the individual grievances.   But Blue Valley and Olathe School Board essentially say they can't – or won't – follow their own policy and still accomplish its goal of winning the Covid 19 battle.   What?   How can that be?   Yep – what is one to do when told, "don't believe your lying eyes"?

The boards created their own emergency policy, provided that individualized exemptions can be made if it interferes with learning, and with all of that can still accomplish their respective goals of in person learning while hindering the spread of Covid 19. But in a bizarre, illogical, and unscientific twist, the boards now say they can't meet their goal if required to follow their own written emergency policy on mask exemptions.   Those dots cannot be connected in any logical or even legal fashion.

Blue Valley refuses to follow its own written policy in denying the grievances citing that very issue.   Instead, Blue Valley disregards that

and has created an unwritten *ad hoc* policy regarding mask exemptions on a different basis: individualized mask exemptions are allowed if it is a "medical necessity." "If a less restrictive means is available for the Government to achieve its goals, the Government must use it." *United States v. Playboy Entertainment Group, Inc.*, 529 U.S. 803, 815 (2000). Clearly there are other means available to these school boards in providing in person learning to these particular students other than requiring these students to wear a mask. Thus by the promulgation of their written Navigation Change policy the school boards have already demonstrated their respective ability to engineer less-restrictive means of furthering its hindering-Covid 19 interests while still allowing the inhibiting-education mask exception.

### Supreme Court Order Provides for Joining of Claims

Kansas law prohibits claim splitting. Pursuant to 2021-RL-032, the plaintiffs have joined other causes of action that now arise. This is permitted under 2021-RL-032 which states it "should be read in conjunction with other applicable rules, statutes, and Supreme Court Administrative Orders."

## This Court is a Proper Venue

Under SB40 the plaintiff "may file a civil action in the district court of the county in which such party resides or in the district court of Shawnee county, Kansas." The plaintiffs all reside in Johnson County.

## SB40 Is Not Unconstitutionally Vague

The board raised an issue about SB40 being purportedly vague but did not identify why or how so. A statute is not void for vagueness because it fails to define a term or phrase. A legislative body need not define every word it uses in an enactment. Undefined terms must simply be accorded their common, everyday meaning. *Ullery v. Othick*, 304 Kan. 405, 409, 372 P.3d 1135 (2016).

## Under the Time Constraints of SB40 There is No Provision for Motion Practice

A specific statute control over general ones. *See In re K.M.H.*, 285 Kan. 53, 82, 169 P.3d 1025 (2007). Frankly, this statute is unlike any statute passed in this state or any state. Having provided a school board one opportunity to fix the problem without litigation, if failing to do that, the odds are deliberately stacked against a board under SB40. The Kansas Senate put this cause of action on steroids on a very fast track.

Due process is satisfied as both sides have an opportunity to be heard. There can be no pretrial conference.   Traditional discovery is not contemplated.  In a way, SB40 is more akin in procedure to a temporary restraining order proceeding without the presumptions and the corresponding burdens upon a plaintiff.  SB40 requires a petition but no answer. Instead, the parties go directly to a hearing conducted within 72 hours. One assumes this would be an evidentiary hearing of some sort because the Court is required to grant the relief requested in the petition "unless the court finds the action taken, order issued or policy adopted by the board of education is narrowly tailored to respond to the state of disaster emergency and uses the least restrictive means to achieve such purpose." The "narrowly tailored" and "least restrictive means" to achieve the school board's "purpose" is a factual inquiry and a factual determination.  It should be the school board's burden to demonstrate it has no other means available to it other than require these particular students to be masked as a condition to personally attending school.[1]

---

[1] Which will be impossible because the school districts, in some cases, are now permitting these same students to attend school without a mask, and further provide numerous individualized exceptions within their own policies for providing student mask exemptions.

6

Further, SB40 does not provide a working framework for motion practice such as motions to dismiss or summary judgment motions. What difference would that make as the Court is still required to conduct a "hearing" on the petition and must grant the relief unless the narrowly tailored least restrictive means is demonstrated. There are no other routes to take. There cannot be because the clock is ticking and expires in ten days (72 hours to hold hearing and 7 days after hearing to make ruling). If no order is issued on the petition within that time period, the plaintiffs win – "the relief requested in the petition shall be granted." Thus there can be no motion practice that has any due process with it and the only procedure contemplated is "a hearing" and a following "order" made 7 days after that hearing. This interpretation is consistent with Administrative Order 2021 RL-032 which provides for consolidation of other pending actions "to the extent practicable under 2021 Senate Bill 40's time constraints."

**SB40 Provides For a De Novo Proceeding in a District Court**

The Kansas Senate created a cause of action under SB40. In one way it modified the common law analysis as to what or how triggers strict scrutiny which in turn sets out the burden for government to prove a

7    *Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

compelling state interest, that it is narrowly tailored, and the least restrictive means. In SB40, the legislature bypasses the tests giving rise to strict scrutiny and instead deems any emergency rules of a school board automatically triggering strict scrutiny. Thus, all that a parent must do is be "aggrieved" for an action, order, or policy coming from an emergency order. Once done, strict scrutiny applies. It does not matter whether the action or policy is "neutral" or of "general applicability." Strict scrutiny applies despite that.[2] The same is true for this suit – a person "aggrieved" by a decision of the board arising from the emergency powers given to school board, strict scrutiny is again automatically applied.

It is not a petition for review of a school board decision. Under the terms of SB40, it provides for a de novo proceeding in a district court upon the condition that a party be aggrieved by a decision of a school board. SB40 is not an administrative appeals process nor is it an appeal from a board decision. The Kansas Senate provided a school board one get-out-

---

[2] Even absent SB40, the school board's favored secular mask exemptions allowing some students to obtain the benefit of in person schooling without a mask while not recognizing students and parents who have religious exemptions to masks violates the Kansas Preservation of Religious Freedom Act and violates equal protection. *Trinity Lutheran Church of Columbia, Inc. v. Comer,* 137 S. Ct. 2012 (2017) and *Espinoza v. Montana Department of Revenue,* 140 S. Ct. 2246 (2020).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

of-jail-avoid-litigation opportunity by providing a specific grievance process in which a parent could obtain relief and the Board avoid a lawsuit.  But there is no language in SB40 that refers to any review of the Board proceeding.   Rather, it simply states that a parent or student "aggrieved by a decision of the board education" "may file a civil action in the district court" and that "the court shall grant the request for relief" – "unless the court finds the action taken, order issued or policy adopted by the board of education is narrowly tailored to respond to the state of disaster emergency and uses the least restrictive means to achieve such purpose." Any lack of due process before a school board is now irrelevant because this is a de novo proceeding with no review or deference to any school board determination.

## School Boards Are Real Parties in Interest

SB40 makes a local school board a real party in interest irrespective of whether it is distinct from the local school district it oversees. SB40 deems school boards as a suable entity. Thus, under SB40 it has capacity to be sued.  Thus it is irrelevant whether these local boards of education are simply the governing body of the school district and not a separate legal entity.  The actions of the school district are imputed to the school

9

board and vice versa. Any judgment against the board necessarily is against the school district in which the board oversees.  Conversely, any judgment against the school district is against that overseeing school board.

## "Relief" Includes Legal and Equitable

SB40 is an independent cause of action. SB40 refers to remedies: granting "relief" requested in the petition. Section 18 of the Kansas Constitution Bill of Rights guarantees for all persons, for injuries suffered in person, reputation, or property a "remedy by due course of law, and justice administered without delay"; *Schmeck v. City of Shawnee*, 231 Kan. 588, 594, 647 P.2d 1263 (1982) (does not create rights of action but recognizes remedies).

SB40 directs this matter be heard in a district court that has intrinsic powers of awarding legal and equitable relief.  SB40 provides no immunities or affirmative defenses to this cause of action.  It then refers to this Court granting "relief" as set forth in the petition.  When a statute is plain and unambiguous, this Court should not speculate about the legislative intent behind that clear language, and it should refrain from reading something into the statute that is not readily found in its words.

*Ullery v. Othick at* 409.  It refers to granting the "relief requested in the petition."[3]  There is no adjective to "relief" limiting its scope.  Thus, the word "relief" is clear and unambiguous and this Court will not "use canons of construction or legislative history or other background considerations to construe the legislature's intent." *Ullery* at 409.  *See* Black's Law Dictionary 1293 (7th ed.1999) ("relief ... Also termed remedy"); *id.,* at 1296 ("remedy ... The means of enforcing a right or preventing or redressing a wrong; *legal or equitable* relief" (emphasis added)).

The plaintiffs are allowed to seek both legal and equitable remedies. They suffer damage.  In some cases, in order to obtain the benefit of schooling after being denied their grievance, jumped through the school's hoops to obtain relief: they paid for medical examinations to have determined whether it was "medically necessary" to not wear a mask. Some parents were successful – some were not.  But the point is the schools forced the parents to do something they would not otherwise be required to do under SB40 – or for that matter – under the schools own current policies that provide for individualized mask exemptions if it

---

[3] Another indicator that this is a de novo proceeding as it does not refer to granting the relief sought *before the Board.*

inhibits the student's participation in the educational process.   One parent Terri Baker and her special needs son has lost the benefit of education altogether because of the mask requirement for her son.

SB40 refers to being "aggrieved" ("aggrieved by a decision of the board of education under subsection (c)(2)." See "Person Aggrieved," Black's Law Dictionary (10th ed. 2014) (referring to definition of "aggrieved party" which is "A party entitled to a remedy"); Black's Law Dictionary defines "aggrieved party" as "[a] party entitled to a remedy; esp., a party whose personal, pecuniary, or property rights have been adversely affected by another person's actions or by a court's decree or judgment." Black's Law Dictionary (10th ed. 2014). Similarly, "aggrieved" is defined as "having legal rights that are adversely affected; having been harmed by an infringement of legal rights." *Id.*

## SB40 is an As Applied Challenge

SB40 is an "as-applied" challenge made by a particular student or parent who is "aggrieved." SB40 specifically limits the cause of action to parents, students, or employees connected to the school board district.  It states in the *singular*: "An employee, a student or the parent or guardian of a student aggrieved by an action taken, order issued or policy adopted

by the board of education…". By using "aggrieved" as a descriptor of employee, student, or parent, the Senate communicated its intent to limit who can bring a suit, granting that right to only those whose personal rights are infringed upon. Thus it is an as applied "grievance." A "student" is not all students.  A parent does not have standing to claim a grievance on behalf of any or all students other than their own. Second, to be "aggrieved" is personal. *See Finstad v. Washburn Univ.*, 845 P.2d 685, 471-72 (Kan. 1993) ("a denial of some *personal* or property right, or the imposition upon a party of some burden or obligation)." Thus, the SB40 grievances now before the Court is not a kind of facial challenge to whether the school's mask policies, as applied to all students, live or die. To the contrary, the grievance is completely focused on whether the school must require <u>this particular student</u> to wear a mask in order to accomplish the goal of hindering the spread of Covid 19 while providing an in person education to that student.

**The Plaintiffs Have Standing and Have Timely Filed Civil Suit**

SB40 provides standing to a parent or student who has been aggrieved by a decision of the board. The plaintiffs are parents of special needs students and "regular" students.  They all complain that mask

<div align="center">13</div>

wearing interferes with their student's ability to learn. In the case of special needs students, the interference to learning is even more obvious.

The suit is timely brought within the 30 day window in which a parent or student who has been aggrieved by a decision of the board may file the SB40 cause of action. It states that "such party resides or in the district court of Shawnee county, Kansas, within 30 days after such decision is issued by the board." All of the plaintiffs have timely filed this civil suit within 30 days of any respective decision issued by the board.

### Whether Plaintiffs Timely Brought Grievances Before the Board is Irrelevant Because Hearings Were Provided and the Board Made Decisions Regarding the Grievances

The boards contended that all of the grievances were not timely because the school boards had enacted their mask policies sometime in August 2020 – and therefore any grievance about the enactment of that policy must have been brought in September 2020 – months before SB40 was even enacted in March of 2021. Any arguments that a grievance was not timely is now moot because the school boards provided hearings and made decisions as to each grievance. All of the conditions for filing a civil suit are complete because the plaintiffs are aggrieved by the decisions of the boards.

And the school board's theory about timeliness is based upon a skewed reading of SB40. The school seized upon the word "policy" but ignored the rest of the triune statutory language which states "action taken, order issued or policy adopted." The plaintiffs each brought grievances about the actions of each school board in requiring each student to wear a mask within the past 30 days. They complained of the actions of the schools not following the board policy permitting students to attend school without a mask if it interfered with that student's participation in the educational process.

The school boards later denied the grievance process to some of these plaintiffs who made second grievances. But why didn't they do that in the first instance. After all, if the Boards believe they have the power to deny the grievance process based upon timeliness, why didn't they exercise that power the first time? The point being the school boards believed they had gate keeping power to deny the grievance process for whatever reasons. But in the case of these plaintiffs, they provided a grievance hearing and each school board made a decision as to each parent and student. Having done that, the school boards should be equitably and judicially estopped

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

from claiming there was no action, order, or policy that occurred beyond the 30 day window.

And last, those timing arguments about the grievances brought before the board tribunal are irrelevant. The school boards provided hearings and made decisions. That is all that is required. The plaintiffs are aggrieved by those decisions and have timely filed suit.

### The Procedure Used by the Defendant School Board Violates Privacy and is Not the Procedure Required Under SB40

SB 40 requires an "open meeting." It states that "any meeting of a board of education of a school district discussing an action, order or policy described in this section, including any hearing by the board under subsection (c), shall be open to the public in accordance with the open meetings act, K.S.A. 75-4317 et seq., and amendments thereto...."

A school board cannot conduct a "hearing" unless it conducts a meeting that is subject to KOMA. And that only happens when a quorum of a school board meets. SB 40 further states that "upon receipt of a request under paragraph (1), the board of education shall conduct a hearing...."

But the school boards are not conducting a SB40 meeting that is subject to KOMA when it conducts its "hearing officer" or Zoom conference

gathering.  An open meeting requires a meeting.  Under the A.G. FAQ https://ag.ks.gov/open-government/koma-faq a meeting occurs when there is an interactive discussion by and between at least a majority of the body on matters relating to the functions of that body.  If that doesn't happen there is no meeting.  Under Blue Valley and OBE policy, it may only conduct regular or special meetings.  These "hearings" are not regular or special meetings.  There was no quorum of Board members present and there was no meeting.  SB 40 requires that a school board conduct a meeting in order to then conduct the hearing on a SB 40 grievance which is subject to KOMA.  A "hearing" is not a meeting and not subject to a KOMA requirement yet the school boards mix and match and boil it all together as though it is.  Thus a "hearing" cannot occur unless it occurs within the "any meeting of a board of education" requirement.  Each Board was required to convene a meeting satisfying quorum and at that meeting to conduct a hearing.  That did not occur. An injunction should issue requiring the defendant Boards to cease this practice and to comply with SB40.

### School Board Cannot Abdicate its SB40 Responsibilities

17

SB40 is an enabling statute. The school boards have no inherent power and possess only those powers and duties delegated to them by this specific enabling statute for this particular cause of action. SB40 provides no immunities or affirmative defenses to this cause of action. It mandates a school board conduct fact finding and hear the grievance at a quorum of the board at an open meeting subject to KOMA. This function is not ministerial or administrative but quasi-judicial. What the school boards are doing is conducting Zoom conferences but they are not meetings of a board of education. A Zoom conference is not subject to the open meetings requirement under SB40 unless that Zoom conference constitutes a meeting of a school board – which only occurs if a quorum is present. Now the school boards all huddled together and cooked up a Zoom conference – hearing officer – process that looks like an administrative appeals process shielding the school board from its fact-finding obligation as well as the parent's right to present her grievance directly to the school board during an open meeting of the school board. None of the procedures used by these defendant school boards are authorized in SB40. They created a "hearing officer" out of thin air then cloaked this person with quasi-judicial power to do something only a quorum of the board of education

was authorized to do – conduct an open meeting in which a grievant parent is heard. SB40 specifically tasks only a board of education at a meeting – an open meeting – to hear the grievance. These "hearing officers" go so far as to rely upon their own information outside the hearing. This SB40 determination and fact-finding function cannot be delegated to an employee of a school or a third party attorney called a "hearing officer."[4]

The Olathe school district is improperly delegating its SB40 power to exclude students from school as a quarantine to the Johnson County Health and Environment. The parent receives a letter from JCHE instructing the parent that the child may not attend school but must be quarantined. OBE cannot delegate authority to the JCHE under SB40.[5]

---

[4] *See Suburban Medical Center v. Olathe Community Hosp.*, 226 Kan. 320, 330, 597 P.2d 654 (1979); *Santee v. North*, 223 Kan. 171, Syl. ¶ 2, 574 P.2d 191 (1977); *Smith v. Miller*, 213 Kan. 1, 11-14, 514 P.2d 377 (1973); *Adams v. Marshall*, 212 Kan. 595, Syl. ¶ 4, 512 P.2d 365 (1973). An administrative board or officer performs a quasi-judicial function when empowered to investigate facts, weigh evidence, draw conclusions as a basis for official actions, and exercise discretion of a judicial nature. *Thompson v. Amis*, 208 Kan. 658, 663, 493 P.2d 1259, cert. denied 409 U.S. 847 (1972); *Adams v. Marshall*, 212 Kan. 595, Syl. ¶ 1.

[5] New Section 1  (a) (1) During the state of disaster emergency related to the COVID-19 health emergency described in K.S.A. 2020 Supp. 48-924b, and amendments thereto, **only the board of education** responsible for the maintenance, development and operation of a school district shall

## Burdens and Presumptions

The Kansas Senate in SB40 clearly put each school board behind the so-called 8 ball in how a civil proceeding should be decided. This Court has 72 hours to conduct a hearing. It has seven days to make a ruling. If no ruling is made within the seven days, "the relief requested in the petition shall be granted."

SB40 further states that after the hearing "the court shall grant the request for relief" – "unless." Thus, there is a clear mandate beyond a presumption that the Court is required to grant each "request for relief" made in this suit. The "unless" condition is this: "unless the court finds the action taken, order issued or policy adopted by the board of education is narrowly tailored to respond to the state of disaster emergency and uses the least restrictive means to achieve such purpose."

---

have the authority to take any action, issue any order or adopt any policy made or taken in response to such disaster emergency that affects the operation of any school or attendance center of such school district, including, but not limited to, any action, order or policy that:

(A) Closes or has the effect of closing any school or attendance center of such school district;

(B) authorizes or requires any form of attendance other than fulltime, in-person attendance at a school in the school district, including, but not limited to, hybrid or remote learning; or

(C) mandates any action by any students or employees of a school district while on school district property.

It is interesting what this language does not say – it does not say "unless the plaintiffs prove by a preponderance of the evidence that..." And why would it as the presumption in favor of the plaintiff has already been stated twice – "shall grant the request for relief."   There is no requirement that the plaintiff bear any burden regarding the narrowly tailored or least restrictive analysis – in fact, SB40 dispenses with that analysis altogether if the Court does not rule within 7 days.

It is unmistakable that SB40 places the onus of the determination of "narrowly tailored" and "least restrictive means to achieve such purpose" squarely upon the district court.

### School Board's Ad Hoc Policies Can Be More Narrowly Tailored Because They Already Are in Its Written Navigation Change Policy

As demonstrated in the beginning, Blue Valley and OBE present a nonsensical argument that they cannot follow their own written policy adopted but instead must follow a different ad hoc policy with different mask exemptions.  Of course there is no science to support the distinction between reasons a mask is not worn.  But the point is that their ad hoc individualized exemption practice is not the least restrictive means of accomplishing it goal: their own written policies provide individualized

21      *Clerk of the District Court, Johnson County Kansas*
        *05/03/21  01:59pm MM*

exemptions on a far less burdensome basis which still allows them to accomplish their goal.  Thus, Blue Valley now has the means, without modifying its written Navigation Change policy, to provide individualized mask exemptions to each of the students for the reasons stated by the plaintiffs: masks  interfere with that student's participation in the educational process.

## Narrowly Tailored and Least Restrictive Means to Achieve Such Purpose

Related to the above, then what is each school board's "**such purpose**" as referred to in the SB40 "least restrictive means to achieve such purpose" analysis?  In answering that the question it must be placed in context. As already pointed out, SB40 must be construed as an applied challenge specific only to each student and each parent and this then relates to the "narrowly tailored" and "least restrictive means to achieve such purpose" analysis.

This is a strict scrutiny analysis imposed by the Kansas Senate.  Put another way, it is imposing a compelling-interest test upon the school boards.  This test requires a "high degree of necessity." *Brown v. Entm't Merchs. Ass'n,* ___ U.S. ___, 131 S.Ct. 2729, 2741 (2011). So what is

"necessary" for the school boards to achieve "such purpose"? That is something they must factually demonstrate at the hearing.

One must know what the "purpose" actually is before analyzing how to get there. So the Court must ask itself – what does it mean to be "narrowly tailored to respond to the state of disaster emergency" as applied to one student? Similarly, what is the "least restrictive means to achieve such purpose" as applied to the one student? The school boards have policies and require actions made consistent with those policies about mask wearing for each student. What is the purpose of their respective emergency policies?

Plaintiffs suggest a Board's "purpose" must be this:

## ACHIEVING IN PERSON LEARNING OF THAT STUDENT WHILE HINDERING THE SPREAD OF THE COVID-19 VIRUS.

What other "purpose" would the school boards say is the object of their respective policies requiring Holly Rook's son or Joshua Snider's son to wear a mask as a condition to in person class education?

The second question the Court must answer is how does one determine when "such purpose" is being achieved. Theoretically, the boards must say that their "purpose" is presently being achieved under

23   *Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

their own respective policies.  But what benchmark or by what statistical analysis can a board say its "purpose" is being presently achieved?

Clearly a school board would likely claim it cannot "achieve" its policy "purpose" if all students were allowed to attend school without a mask.  But that is not the question before the Court.  Government must "identify an actual problem in need of solving, and the curtailment of [the right] must be actually necessary to the solution." Id. at 2738.  The problem is providing an in person education of a student while hindering the spread of Covid 19.  Is the only solution to this problem a requirement that each of the few grievant students be required to attend school with a mask?  The answer to that question is "no" because their own school board policies provide mask-less school attendance while still achieving its problem solution of hindering Covid 19.

Put in First Amendment context, the school boards cannot meet this test because the regulated conduct of one student does not pose a substantial threat to public safety. *Sherbert v. Verner*, 374 U.S. 398, 403 (1963). Equally important is the fact "a law cannot be regarded as protecting an interest of the highest order ... when it leaves appreciable

damage to that supposedly vital interest unprohibited." *Church of the Lukumi Babalu Aye, Inc. v. City of Hialeah*, 508 U.S. 520, 547 (1993).

Put another way, this Court must take into account "exceptions" to the Board's asserted mask "rule of general applicability." *Gonzales v. O Centro Espírita Beneficente União do Vegetal*, 546 U.S. 418, 436 (2006). And when examined, there are exceptions galore.

By their own policies mask wearing is fatally underinclusive. Their own policies will allow an unlimited number of students to attend school mask-less – if for a medical reason. To survive strict scrutiny, these boards must show that their de facto policies of exempting mask wearing for one reason but not for another is narrowly tailored to further a compelling interest. Covid 19 doesn't care why a mask is not being worn. No school board can provide evidence that its medical or IEP mask exemptions pose less of a risk to public safety than a mask exemption for a different reason. The science behind Covid 19 spreading is not concerned with reasons for whether a mask is worn or not. No school board has a compelling interest in requiring the same student to wear a mask if not for a medical reason.

The fact that each school board policy provides a load of mask wearing exemptions – mask breaks, athletics, band, drama, and then for

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

medical necessity or even IEP students — in fact their own policies specifically provide that masks should not be required if it interferes with the educational process — all of that does "appreciable damage to that supposedly vital interest" of hindering the spread of Covid-19. There is no compelling interest in requiring the one student to wear a mask.

Can the school board's purpose in hindering the spread of Covid-19 be achieved if one student is permitted to attend school without a mask? And the answer to that question is "yes." How do we know this? Because each Board currently allows students to attend in person school without a mask. No Board could claim that allowing one student to attend school without a mask would prevent it from the purpose of hindering the spread of Covid-19. Is there any benchmark — any scientific data or analysis — that would indicate what percentage of students at any particular school must wear a mask in order for the "purpose" to be achieved? The answer to that question is "no."

Thus the Boards will come to the Court without any means by which anyone can determine whether its "purpose" is or can be achieved related to masks and hindering the spread of Covid-19. There will be no scientific analysis presented to the Court that a school cannot allow any of the

grievant students to attend school without a mask and still achieve its purpose.  In fact, the analysis is quite ludicrous as the boards currently allow – and are now allowing some of these very students – to attend school without a mask – which by their own definition of purpose achievement each board is still achieving its "purpose" – however they each define it – by allowing students – these same students – to attend school without a mask.

**The Schools Already Provide Individualized Mask Exemptions While Accomplishing Their Goal of Providing an In Person Education While Hindering the Spread of Covid 19**

The school boards present a false dilemma.  They already possess the means to provide individualized exemptions to each student based upon it interfering with the learning process.  The boards present the old "are you going to believe me or your lying eyes" argument when it comes to the plain language contained their own Navigating Change policy. What it boils down to is not a question of narrowly tailoring or least restrictive means as applied to the written policy.  Rather, it is their concocted ad hoc exemption policy.  No one is asking the school board to jettison entirely its policy on masks – but isn't the question as to just how many masks are needed to make the "purpose" still achieved?  To that

27      *Clerk of the District Court, Johnson County Kansas*
        *05/03/21  01:59pm MM*

question the boards own policies answer that question – they will allow an unlimited number of students to attend school without a mask (albeit for one or two reasons).  But the reason why a mask is not being worn has no relevancy from a scientific viewpoint as to whether Covid 19 is more or less likely to spread.

Instead, really, what the Court is faced with is the fact the schools are not following their own mask exemption policies, and even if they are does it scientifically matter if "student A" is permitted to attend school without a mask for "reason A" as opposed to "reason b"?  The answer is no.

The question before the Court is whether a school must require any of the grievant students to wear a mask as a condition for in person schooling in order to meet its goal of hindering the spread of Covid 19.  The answer to that question is clearly "no" because each board currently provides for an unlimited number of mask exemptions for students.  In fact, the Navigation policy itself does not require 100% student mask participation but provides that a school should not require a mask for a particular student if it interferes with that student's educational process.

Thus, none of the boards even need to modify their own policies as they provide for a mask exemption for students.

The great irony – inconsistency in the board's position is not scientific when it argues that it can provide mask exemptions to students based upon a medical necessity but cannot for other reasons.  That provides no scientific justification as to whether its "purpose" of preventing the spread of Covid 19 can be achieved.  The reasoning is illogical: the school's purpose of preventing the spread of Covid 19 can be achieved if student A attends class without a mask for reason A but the purpose of preventing the spread of the virus cannot be achieved if the same student attends school mask-less for reason b.

**Slippery Slope is Not a Reason and Not a Scientific Reason**

In the end the school boards are really left with one argument: the slippery slope argument.  At one of the grievance hearings Mark Schmidt contended that giving non-medical mask exemptions for a student would lead to a flood of other parents and students making objections but the Supreme Court has squarely rejected such "slippery slope" concerns, noting that such concerns "could be invoked in response to any RFRA

claim for an exception to a generally applicable law." *Gonzales* at 435-36. Thus SB40 strict scrutiny analysis "look[s] beyond broadly formulated interests" to consider "the asserted harm of granting specific exemptions to particular ... claimants."

On the one hand they will say "sure, we *could* follow our own written policies and exempt these students because it hinders their individual educational process – but then what? – every student can make us follow our own written policy?" To that argument are many responses. First, the argument concedes that allowing these students to attend school without a mask still allows the schools to achieve their purpose. The rest is speculation about other students. Second, how many students attending school without a mask are too many? According to their own policies, that number does not exist for they will currently allow an unlimited number of students to attend school without a mask if meeting their medical exemption condition. But to the point: the schools cannot point to any scientific or statistical percentage. Suffice to say at this point that so-called statistical breaking point will not occur allowing these few students to attend school without a mask even under their own policies.

Let's be honest about this fight. These boards' resistance to providing individualized mask exceptions to just these students for educational hindrance reasons – when they can and do provide an unlimited number individualized mask exceptions for a different reason – would surely strike most reasonable people as a waste of tax payer dollars and quite ridiculous as Covid 19 does not care why a mask isn't worn. These few students want the exemptions and these Boards are not having any of it. They've decided that their "hearing" conference and each board's rejection of the grievance would be the place to plant the flag. They surely are concerned about parent's dictating policy and further concerned with a speculative slippery slope – but wouldn't it be easier to just give these few students their own mask exemption for the reasons stated in their own written policies for heaven's sake? It's not like they are asking for cake parties for every student in every school on Friday afternoon. The Boards have their written policies which provide for these exemptions but have drawn a different line finding it is not worth avoiding the expenditure of tax payer dollars in requiring litigation rather than reasonably taking the path of least resistance. Instead, they have taken the path of greatest resistance.

31        *Clerk of the District Court, Johnson County Kansas*
*05/03/21   01:59pm MM*

The legal and equitable relief requested in this petition should be granted as to each plaintiff.

By:/s/Linus L. Baker
Linus L. Baker KS 18197
6732 West 185th Terrace
Stilwell, Kansas 66085-8922
913.486.3913
913.232.8734 (fax)
E-Mail: linusbaker@prodigy.net
Attorney for the plaintiffs

32        *Clerk of the District Court, Johnson County Kansas*
          *05/03/21  01:59pm MM*



# Navigating Change:

## KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



**KANSAS**
STATE DEPARTMENT OF
**EDUCATION**

*Kansas leads the world in the success of each student.*



## MISSION
To prepare Kansas students for lifelong success through rigorous, quality academic instruction, career training and character development according to each student's gifts and talents.

## VISION
Kansas leads the world in the success of each student.

## MOTTO
Kansans Can

## SUCCESS DEFINED
A successful Kansas high school graduate has the

- Academic preparation,
- Cognitive preparation,
- Technical skills,
- Employability skills and
- Civic engagement

to be successful in postsecondary education, in the attainment of an industry recognized certification or in the workforce, without the need for remediation.

## OUTCOMES
- Social-emotional growth measured locally
- Kindergarten readiness
- Individual Plan of Study focused on career interest
- High school graduation
- Postsecondary success

900 S.W. Jackson Street, Suite 600
Topeka, Kansas 66612-1212

(785) 296-3203

www.ksde.org



Kansas leads the world in the success of each student.

# KANSAS STATE BOARD OF EDUCATION

**CHAIRMAN DISTRICT 8**

Kathy Busch
kbusch@ksde.org

**VICE CHAIR DISTRICT 1**

Janet Waugh
jwaugh@ksde.org



## BOARD MEMBERS

**DISTRICT 2**

Steve Roberts
sroberts@ksde.org

**DISTRICT 3**

Michelle Dombrosky
mdombrosky@ksde.org

**DISTRICT 4**

Ann E. Mah
amah@ksde.org

**DISTRICT 5**

Jean Clifford
jclifford@ksde.org

**LEGISLATIVE LIAISON DISTRICT 6**

Dr. Deena Horst
dhorst@ksde.org

**DISTRICT 7**

Ben Jones
bjones@ksde.org

**LEGISLATIVE LIAISON DISTRICT 9**

Jim Porter
jporter@ksde.org

**DISTRICT 10**

Jim McNiece
jmcniece@ksde.org

# KANSAS STATE DEPARTMENT OF EDUCATION

**COMMISSIONER OF EDUCATION**

Dr. Randy Watson

**DEPUTY COMMISSIONER**
Division of Fiscal and Administrative Services

Dale M. Dennis

**DEPUTY COMMISSIONER**
Division of Learning Services

Dr. Brad Neuenswander

The Kansas State Board of Education does not discriminate on the basis of race, color, national origin, sex, disability or age in its programs and activities and provides equal access to any group officially affiliated with the Boy Scouts of America and other designated youth groups. The following person has been designated to handle inquiries regarding the nondiscrimination policies: KSDE General Counsel, Office of General Counsel, KSDE, Landon State Office Building, 900 S.W. Jackson, Suite 102, Topeka, KS 66612, (785) 296-3201.

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM

# NAVIGATING CHANGE:
## KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

Since the Kansas State Board of Education adopted its new vision for Kansas education - Kansans Can - nearly five years ago, Kansas schools have been on a journey to change the way we approach school to ensure that each student is successful when entering young adulthood.

Now, because of the COVID-19 pandemic, we find ourselves thrust into a period of rapid change, uncertainty, and heightened stress and anxiety for educators, parents and students for the coming school year.

Will there be school? What if the pandemic forces another school closure? How do we keep students, teachers and staff safe and healthy?

These are the questions on everyone's minds. And these are the questions this Navigating Change guidance document is intended to address.

More than 700 teachers, administrators, parents, school board members, service center employees, members of the medical community and Kansas State Department of Education (KSDE) employees collaborated to develop this guidance document. We are indebted to them for the work and passion they committed to developing this document.

The only certainty this pandemic has brought to our K-12 education community is that school will look, and should look, different in every district. Learning environments must be tailored to the specific needs of each family and school community. Regardless of how those environments are tailored, the State Board of Education stresses that rigor and accountability must be maintained throughout the year.

Some districts will be able to bring all students back into the classroom. Some districts may need to implement a remote learning environment, while others may need to implement a hybrid learning environment. We anticipate that these environments will be everchanging over the course of this school year.

This guidance provides multiple options in order to help facilitate district-level discussions as contingency plans are developed. Districts will only be successful if they have the flexibility to design learning environments that meet their unique needs created by the pandemic.

Yes, these are uncharted waters, but as Kansans have done for more than 150 years, we will work together to get through this and to ensure Kansas students continue to receive the world class education they deserve.

Sincerely,

Dr. Randy Watson
Kansas Commissioner of Education

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Introduction

This guidance document, "Navigating Change: Kansas' Guide to Learning and School Safety Operations," was created to help support schools as they begin to formulate their plans for re-entry into the 2020-2021 school year.

Nearly 1,000 Kansans, including policymakers, health officials, educators and stakeholders, worked on this document, including identifying the professional development needs of educators.

The purpose of this document is not to prescribe what schools should do, but rather what considerations and discussions should happen in schools as they plan to support their students and communities as they navigate the uncharted waters of providing a quality education during the COVID-19 pandemic. The guidelines are written in a manner that can be useful across the district, but adaptable to a district's specific circumstances. While medical professionals contributed to the creation of the document, it is understood that as new information about the transmission of COVID-19 becomes available, the guidance may further adjust.

The guidelines were created with two overarching questions in mind:

1. How do we keep students, educators, and community members as safe as possible? (**Operations**)

2. How do we ensure each student is learning and being supported regardless of the learning environment? (**Instruction**)

This document provides guidance, recommendations and examples. However, it is understood that each district's needs can only be addressed through its own individual contingency planning. It is advised that districts create a task force to review and create their contingency plans. The task force may include various stakeholders, such as students, students' families, medical professionals, teachers, building leaders, district leaders and board members. It is recommended that ongoing and regular communication between the school district and county health officials be established as the plans are being developed and implemented.

Throughout this document there will be three learning environments that are referenced:

- **On-site Learning Environment:** students and teachers will be in school with or without social distancing practices put into place.

- **Hybrid Learning Environment:** students would be spending part of their time in the classroom and part of their time learning remotely from home. For remote learning scenarios, please see page 3 for Remote Learning Daily Log requirements.

- **Remote Learning Environment:** students would be doing all of their learning from home and not entering the school building at all. For remote learning scenarios, please see page 3 for Remote Learning Daily Log requirements.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

Revised Apr. 9, 2021

Questions that may need to be answered in the development of the district's contingency plan include:

- What restrictions or regulations (i.e. masks, group size, etc.) are currently in place in your county or statewide?

- As a result of the implementation of Continuous Learning this past spring, what improvements need to be made for learning that occurs outside of schools?

- What changes in roles and responsibilities will be needed to ensure high levels of student learning in a safe manner?

- What supports can be established to support students' health (mental and physical)?

- What supports can be established to support students' individual needs (i.e., students with disabilities, students learning the English language, at-risk students, etc.)

- How will student learning be assessed and reported?

- What technology is needed to ensure equal access?

- What physical modifications need to be made to ensure safety?

- How will equity and equal access be achieved?

- What protocols will need to be established regarding confirmed cases of Covid-19 on district grounds or community outbreaks?

- Are there other locations in the community that could be used to spread out populations/decrease group size?

- What contingency or redundancies need to be established to ensure smooth operations of a district in the event of an interruption?

- What supportive partnerships could be formed between districts?

- What training will need to be provided to staff members in advance of the school year?

- What models of instruction will be offered in your district?

- What is the communication plan for your district?

- What adjustments may be needed on the calendar to accommodate planning and professional development for staff members?

- What materials and resources will be needed initially and throughout the year to maintain student, staff and visitor safety?

- What partnerships could be formed to assist families, students and community members?

As Kansas continues to navigate these times of uncertainty, it's important to remember that we're all in this together. Take a moment to review the list of contributors at the end of this document. This guidance document was created by the same professionals we've tasked with educating and ensuring the well-being of each Kansas student.

## Kansans Can.

The information provided in this document does not constitute legal advice. This document is intended to provide support and guidance. Districts are encouraged to contact attorneys for specific legal advice regarding the handling of this pandemic.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Contents

Remote Learning ............................................................. 1
Funding Students in the Remote Learning Environment ............... 2
Fact Sheet: What's the Difference Between Remote Learning and
  Virtual Education - 2020-21 School Year ........................... 3
Remote Learning Assurances ........................................... 5
District Remote Learning Assurances Form ............................ 5
Frequently Asked Questions Related to Remote Learning .............. 6
Parent/Legal Guardian Learning Assurances Form .................... 7

Grade Band Pre-K-2 ...................................................... 9
Access and Equity ..................................................... 10
COMPETENCIES .......................................................... 14
English Language Arts (ELA) .......................................... 16
History, Government and Social Studies (HGSS) ....................... 18
Mathematics ........................................................... 19
Science ............................................................... 22
Measuring Social-Emotional Character Development .................. 25
Social, Emotional, Character Development Standards (SECD) ......... 31
Humanities ............................................................ 33
Science, Technology, Engineering, Arts and Mathematics (STEAM) .... 39
Specials .............................................................. 47
Special Education ..................................................... 55
Library Media ......................................................... 60
ASSESSMENT ............................................................ 63
ELA ................................................................... 67
HGSS .................................................................. 79

English Language (EL) HGSS ............................................ 84
Mathematics ........................................................... 87
EL Mathematics ........................................................ 98
Science ............................................................... 101
EL Science ............................................................ 107
Humanities ............................................................ 109
STEAM ................................................................. 122
Specials .............................................................. 135
Library Media ......................................................... 152
ESSENTIAL ELEMENTS (EE) ASSESSMENT ................................... 157
IMPLEMENTATION ........................................................ 181
Philosophy ............................................................ 184
Grading Considerations ............................................... 186
Accommodations/Modifications ......................................... 187
Family Engagement ..................................................... 188
Instructional Examples ................................................ 197
Blended/Flipped Learning ............................................. 198
Co-Teaching ........................................................... 205
Inquiry Learning/PBL .................................................. 207
Nature-Based Outdoor Classroom ....................................... 217
Personalized Learning ................................................. 223
Play-Based Learning ................................................... 229
Small-Group Instruction .............................................. 235
Blended Learning ...................................................... 237

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY / OPERATIONS

**Grade Band 3-5** ......................................... 239

  Access and Equity ....................................... 240

  COMPETENCIES ........................................... 244

    ELA ................................................. 246

    HGSS ................................................ 248

    Mathematics ......................................... 249

    Science ............................................. 251

    Measuring SECD ...................................... 254

    SECD ................................................ 260

    Humanities .......................................... 263

    STEAM ............................................... 269

    Specials ............................................ 276

    Special Education .................................... 287

    Library Media ....................................... 291

  ASSESSMENT ............................................. 295

    ELA ................................................. 299

    HGSS ................................................ 319

    EL HGSS ............................................. 329

    Mathematics ......................................... 332

    EL Mathematics ...................................... 338

    Science ............................................. 343

    EL Science .......................................... 360

    Humanities .......................................... 363

    STEAM ............................................... 393

    Specials ............................................ 410

    Library Media ....................................... 429

  EE ASSESSMENT .......................................... 433

IMPLEMENTATION ............................................ 465

  Philosophy ............................................. 468

  Grading Considerations ................................. 470

  Accommodations/Modifications ........................... 471

  Family Engagement ...................................... 472

  Instructional Examples ................................. 481

    Personalized Learning or Small Group, Cooperative ... 482

    Inquiry Learning/Project Based Learning ............. 484

    Flipped/Blended Learning ............................ 492

    Personalized Learning ............................... 494

    STEAM Instructional Examples ........................ 497

    Specials Instructional Examples ..................... 513

      Physical Education/Health ....................... 514

      Music ........................................... 518

      Art ............................................. 521

      Counseling ...................................... 525

**Grade Band 6-8** ......................................... 529

  Access and Equity ...................................... 530

  COMPETENCIES ........................................... 534

    ELA ................................................. 536

    HGSS ................................................ 537

    Mathematics ......................................... 540

    Science ............................................. 542

    Measuring SECD ...................................... 545

    SECD ................................................ 551

    Humanities .......................................... 554

    STEAM ............................................... 560

    Specials ............................................ 568

    Special Education .................................... 576

    Library Media ....................................... 581

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

ASSESSMENT _____ 585
    ELA _____ 589
    HGSS _____ 597
    EL HGSS _____ 607
    Mathematics _____ 611
    EL Mathematics _____ 627
    Science _____ 631
    EL Science _____ 652
    Humanities _____ 655
    STEAM _____ 665
    Specials _____ 704
    Library Media _____ 724

EE ASSESSMENT _____ 731

IMPLEMENTATION _____ 765
    Philosophy _____ 768
    Grading Considerations _____ 770
    Accommodations/Modifications _____ 771
    Family Engagement _____ 772
    Instructional Examples _____ 781

Grade Band 9-12 _____ 823
  Access and Equity _____ 824
  COMPETENCIES _____ 828
    ELA _____ 830
    HGSS _____ 831
    Mathematics _____ 832
    Science _____ 834
    Measuring SECD _____ 835
    SECD _____ 841
    Humanities _____ 844
    STEAM _____ 845
    Specials _____ 846
    Special Education _____ 862
    Library Media _____ 867

ASSESSMENT _____ 871
    ELA _____ 875
    HGSS _____ 884
    EL HGSS _____ 891
    Mathematics _____ 894
    EL Mathematics _____ 901
    Science _____ 904
    Life Science _____ 908
    Earth and Space Science _____ 910
    EL Science _____ 912
    Humanities _____ 915
    STEAM _____ 920
    Specials _____ 924
    Career and Technical Education (CTE) Competency _____ 943
    Library Media _____ 958

EE ASSESSMENT _____ 967

IMPLEMENTATION _____ 987
    Philosophy _____ 990
    Grading Considerations _____ 992
    Accommodations/Modifications _____ 993
    Family Engagement _____ 994
    Instructional Examples _____ 1003
      Music/Art/World Languages/PE _____ 1004
      CTE _____ 1013
      Science and Math _____ 1023
      Humanities _____ 1033

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Operations _____ 1045
    Health _____ 1047
    Classrooms _____ 1053
    Common Spaces _____ 1058
    Transitions _____ 1060
    Extra and Cocurricular _____ 1062
    Facilities _____ 1066
    Food Service _____ 1071
    Transportation _____ 1075

Appendix _____ 1077
    A | Coronavirus vs. Cold vs. Flu vs. Allergies Infographic _____ 1078
    B | Releasing Cases and Contacts From Isolation and Quarantine ___ 1080
    C | Kansas COVID Workgroup for Kids _____ 1082
    D | Navigating Change 2020: Family Survey _____ 1108
    E | Navigating Change 2020: Staff Survey _____ 1112
    F | SECD Implementation: School Counseling Considerations
        for Navigating Change _____ 1115
    G | Masks for Kids _____ 1138
    H | My Mask Schedule _____ 1145
    I | Kansas COVID Workgroup for Kids Resource Links for Schools __ 1152
    J | Kansas COVID Workgroup for Kids Superintendent Webinar ___ 1154
    K | Kansas Schools Gating Criteria _____ 1165
    L | Kansas State Department of Education Guide to Remote,
        Hybrid, and In-Person Teaching and Learning _____ 1169
        USD Sample Remote Learning Plan _____ 1174
        Remote Learning Plan _____ 1174

Acknowledgements _____ 1175

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



NAVIGATING CHANGE:
KANSAS GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Remote Learning

# Contents

Funding Students in the Remote Learning Environment ............................................... 2

    Verification for Audit ............................................... 2

    Defining Remote Learning ............................................... 2

Fact Sheet: What's the Difference Between Remote Learning and Virtual Education - 2020-21 School Year ...... 3

    Remote Learning Student ............................................... 3

    Virtual Education Student ............................................... 4

Remote Learning Assurances ............................................... 5

    District Remote Learning Assurances Form ............................................... 5

    Frequently Asked Questions Related to Remote Learning ............................................... 6

    Parent/Legal Guardian Remote Learning Assurances Form ............................................... 7

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



NAVIGATING CHANGE
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Remote Learning

# Funding Students in the Remote Learning Environment

The following conditions must be met in order to count a Remote Learning student as enrolled and attending on the Principal's Building Report/Superintendent's Organization Report (SO66). By Sept. 1, 2020, the district must sign and send the Assurance document to Kansas State Department of Education (KSDE), see page 5. In addition, verification records must be made available to the auditor from KSDE in order to receive funding for the student.

## Verification for Audit:

- A list of any and all students receiving Remote Learning Services as of the first day of school through Oct. 4.

- Student must be enrolled on Sept. 21.

- Student must have daily meaningful connection with a local teacher that is employed by the district. Such connection can be through telephone and/or interactive video conferencing. Note: Contact is required with at least one teacher, not all teachers.

- Parent/guardian signs assurances to provide support for their student during remote learning (the assurance form is on page 7).

- Complete, sign and return the Assurances document shown on page 5. (Districts providing Remote Learning are required to fill out and return the Remote Learning 2020-2021 Assurance form by Sept. 1, 2020. The assurance form is on page 5.)

## Defining Remote Learning

For the 2020-21 school year, for funding purposes, a student is a remote learner if:

- The student is regularly enrolled in the school district he or she would have normally attended on-site.

- The student is not enrolled in a virtual school full time.

- Curriculum and instruction is prepared, provided and/or supervised by local teachers and staff in the student's home district.

- Remote Learning should approximate the student learning experience that is taking place in the On-Site (brick and mortar) classroom. *It is not simply virtual curriculum and instruction purchased and made available to the regularly enrolled student and paired with a daily call from a local teacher to the student. See FACT SHEET on page 3 for additional information.*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

2

**REMOTE LEARNING**

# FACT SHEET: What's the Difference Between Remote Learning and Virtual Education - 2020-21 School Year

## Remote Learning Student:

For 2020-21 school year only, the student is **regularly** enrolled in the school district he or she would normally have attended on-site, but the student is attending remotely because of concerns related to the COVID-19 pandemic. Curriculum and instruction are prepared, provided and/or supervised by local teachers and staff in the student's home district. *Remote Learning should approximate the student learning experience that is taking place in the On-Site (brick and mortar) classroom.*

### Enrollment and Attendance:
Student is regularly enrolled in the school district he or she would have normally attended on-site. The student is not enrolled in a virtual school full time. Student must be enrolled and attending on Count Day, which is Sept. 21, 2020 for the 2020-21 school year. Time counted toward attendance is based on a daily log.

### Daily connection with local teacher:
Students must have at least one meaningful daily connection with a local teacher that is employed by the district. Such connections can be through telephone and/or interactive video conferencing.

Note:  Contact is required with at least one local teacher, not all teachers. However, students must have ready access to all local content teachers throughout each week and student questions must be answered within 24 hours during school days, preferably the same school day if possible.

### Curriculum and instruction:
Remote learning is prepared, provided and/or supervised by local teachers and staff from the student's home district. *Remote Learning is not simply virtual curriculum and instruction purchased and made available to the regularly enrolled student and paired with a daily call from a local teacher to the student.* The student is assessed on the same standards and competencies as On-Site students using each and all progress, academic and social-emotional monitoring assessments (Fastbridge, AIMSweb, Interim State Assessments, etc.,) as On-Site students. Learning may be asynchronous (can take classes anytime, anywhere) or simultaneous (scheduled).

### Professional Development:
In preparation for the 2020-21 school year, timely and relevant professional development must be provided to local educators providing services to Remote Learners.

### Funding:
Base aid for 2020-21 is $4,569 and applicable weightings are available, including At-Risk (free lunch), CTE, Bilingual and transportation. For a Remote Learning student to be funded full-time, the student must participate in a minimum of six hours (360 minutes) of learning activity each day. This is the total of learning time in one day, not screen time.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



REMOTE LEARNING

FACT SHEET

# Virtual Education Student:

The student completes assignments and coursework provided by a **KSDE- approved** virtual program or school. It is important to note the list of KSDE- approved virtual programs and schools and the grade levels served by those programs and schools has already been established for 2020-2021. No additions or changes including the grade levels being served, can be made to virtual programs and schools for the 2020-2021 school year.

## Enrollment and Attendance:

Student is enrolled in a KSDE-approved virtual program or school. Student must be a Kansas resident; the student is not required to be a resident of the district hosting the virtual school or program. Two "Count Days." Student must be enrolled and attending at least two days, including a single day on or before Sept 20 and a single day after Sept 21 but before Oct 4. Time counted toward attendance is based on average of two longest days.

## Daily connection with teacher:

Students attending virtually must have questions answered within 24 hours.

## Curriculum and instruction:

Virtual education uses distance learning technologies and predominantly internet-based methods to deliver curriculum and instruction. Virtual education students have the choice in both time and place, meaning instruction is asynchronous with the teacher and pupil in separate locations.

## Professional Development:

Staff receive professional development that is personalized for their individual needs and the needs of the students.

## Funding:

No weightings. Students 19 and under and full-time virtual are funded at $5,000 and part-time at $1,700 x FTE. Students 20 and over attending virtually are funded $709 per credit earned.

## Questions? Contact:

Dr. David Fernkopf
Assistant Director -
Curricular Standards,
Alternative, Charter and
Virtual Schools
Career, Standards and
Assessment Services,
KSDE

(785) 296-8447

dfernkopf@ksde.org

Laurel Murdie
Director
Fiscal Auditing, KSDE

(785) 296-4976

lmurdie@ksde.org

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**REMOTE LEARNING**

2020-2021 SCHOOL YEAR

# Remote Learning Assurances
## USD <u>number</u> Board of Education

School District Name:_____ Number:_____

For 2020-21 school year only, a Remote Learning student is a student regularly enrolled in the school district he or she would normally have attended On-Site, but the student is attending remotely (because of concerns related to the COVID-19 pandemic) and curriculum and instruction are prepared, provided and/or supervised by local teachers and staff in the student's home district.

USD <u>number</u> assures to the Kansas State Board of Education it will follow the requirements below to ensure that Remote Learning approximates the student learning experience taking place in the On-Site (brick and mortar) classroom for the 2020-21 school year, including:

1. USD <u>number</u> assures Remote Learning **Curriculum and Instruction** will coincide with each student's On-Site classroom to ensure that when a Remote Learning student returns to the On-Site classroom that he or she is able to make a seamless transition. In addition, Remote Learning students will be assessed on the same standards and competencies as the On-Site students using each and all progress, academic and social-emotional monitoring assessments as On-Site students.

2. USD <u>number</u> assures Remote Learners will have at least one meaningful **Daily Connection with a local teacher**. In addition, Remote Learning students will have ready access to all local content teachers throughout each week and student questions will be answered within 24 hours during school days, preferably the same school day if possible.

3. USD <u>number</u> assures each Remote Learner's **Academic Progress** will be monitored daily by local teachers to ensure that when the student is able to return to the On-Site classroom that he or she is able to make a seamless transition.

4. USD <u>number</u> assures that timely and relevant **Professional Development** will be provided to all local educators providing services to Remote Learners.

Date:_____ USD number:_____ Signature:_____
<span style="font-size:smaller">Superintendent of Schools</span>

<span style="font-style:italic">Clerk of the District Court, Johnson County Kansas<br>05/03/21  01:59pm MM</span>



# Frequently Asked Questions Related to Remote Learning

## Will remote learners be eligible for weighted funding, including at-risk, Career Technical Education (CTE), and Bilingual?

**At-risk:** If the remote learning student qualifies for free lunch under the National School Lunch Program, then at-risk funding would also be provided.

**CTE:** If the remote learning student is regularly enrolled in a CTE course approved for additional .5 funding through the Pathways process and the course curriculum and instruction is provided by the instructor of record for that course, then CTE weighting would also be provided.

**ESOL/Bilingual weighting:** If the Remote Learning student meets the English Learner criteria as outlined in the enrollment handbook and ESOL/bilingual contact hours are provided to that student by an ESOL endorsed teacher or paraprofessional and documented in a daily contact minute log, then ESOL/bilingual weighting would also be provided. Districts will report total contact minutes for the week of Sept. 20, and weighting will be determined by KSDE.

**Transportation weighting:** If a student is a remote learner as of Sept. 21 and transportation is made available, transportation weighting would be applicable to those resident students transported 2.5 miles or more from home to their attendance center.  However, please report all students transported on KIDS ENRL, regardless of distance.

## Does the 1116 hour School Term requirement apply to remote learners?

**Yes.** The 1,116 hour school-term requirement applies to schools and districts rather than individual students. However, each student regularly enrolled must have the opportunity to attend for at least 1,116 hours each school term. Because of the COVID-19 pandemic, some students may be unable to attend the school that they would normally have attended on-site. Therefore, for any student regularly enrolled, school districts must ensure the same number of hours are available for remote learners as are available to on-site learners. For the 2020-2021 school year, minutes attended for these individual students will be based on the Remote Learning Assurances provided and signed by the student and their parent, guardian or responsible adult.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**REMOTE LEARNING**

## 2020-2021 SCHOOL YEAR
# Remote Learning Assurances
## Parent/Legal Guardian

Whenever USD <u>number</u> school district is in a model where students (Pre-K-12) will be working remotely, as the Parent/Legal Guardian of the children listed below:

1. _____
   Print first name.        Print last name.

2. _____
   Print first name.        Print last name.

3. _____
   Print first name.        Print last name.

4. _____
   Print first name.        Print last name.

5. _____
   Print first name.        Print last name.

6. _____
   Print first name.        Print last name.

7. _____
   Print first name.        Print last name.

8. _____
   Print first name.        Print last name.

9. _____
   Print first name.        Print last name.

I agree to the following assurances:

1. I understand that my child(ren) may need additional support to complete assigned work, and to the best of our ability, our family will provide the needed support. Additionally, our family will provide supervision during the learning process.

2. I agree that my child(ren) are expected to be available to communicate with teaching staff on a regular basis as outlined by the school district.

3. If a student is unable to participate on any given day (illness or doctor appointment), I will notify the school at <u>insert school phone number here</u> to report absence.

Parent, guardian or responsible adult's (please print): _____
                                                    First name.                Last name.

Parent, guardian or responsible adult's signature: _____ Date: _____

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

PARENT/LEGAL GUARDIAN: REMOTE LEARNING ASSURANCES FORM



PARENT/LEGAL GUARDIAN: REMOTE LEARNING ASSURANCES FORM

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**Grade Band**

# Pre-K-2

# Contents

Access and Equity _____ 10

COMPETENCIES _____ 14

English Language Arts (ELA) _____ 16

History, Government and Social Studies (HGSS) _____ 18

Mathematics _____ 19

Science _____ 22

Measuring Social-Emotional Character Development _____ 25

Social, Emotional, Character Development Standards (SECD) _____ 31

Humanities _____ 33

Science, Technology, Engineering, Arts and Mathematics (STEAM) _____ 39

Specials _____ 47

Special Education _____ 55

Library Media _____ 60

ASSESSMENT _____ 63

ELA _____ 67

HGSS _____ 79

English Language (EL) HGSS _____ 84

Mathematics _____ 87

EL Mathematics _____ 98

Science _____ 101

EL Science _____ 107

Humanities _____ 109

STEAM _____ 122

Specials _____ 135

Library Media _____ 152

ESSENTIAL ELEMENTS (EE) ASSESSMENT _____ 157

IMPLEMENTATION _____ 181

Philosophy _____ 184

Grading Considerations _____ 186

Accommodations/Modifications ____ 187

Family Engagement _____ 188

Instructional Examples _____ 197

Blended/Flipped Learning _____ 198

Co-Teaching _____ 205

Inquiry Learning/PBL _____ 207

Nature-Based Outdoor Classroom ___ 217

Personalized Learning _____ 223

Play-Based Learning _____ 229

Small-Group Instruction _____ 235

Blended Learning _____ 237

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Revised Apr. 9, 2021

9

NAVIGATING CHANGE
KANSAS GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

Grade Band
# Pre-K-2

# Access and Equity

We recognize that our communities are diverse and so are the needs and aspirations of the students we serve. Incorporating an access and equity lens into how you plan and deliver instruction, services and support not only makes it more safe, meaningful and effective but ensures that you are doing so in a way that thoughtfully engages and includes individuals and communities who have been historically excluded. We strongly encourage you to incorporate an access and equity lens focused on all students as you incorporate the guidance contained in this document.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



ACCESS AND EQUITY

# What does the Law Require?

If a school district has elected to provide the general education curriculum this school year via multiple learning environments (e.g., on-site, hybrid and remote), then the district must ensure that each student has equal access to the same opportunities. This includes students with exceptionalities and students of every race, color and national origin. School district officials have discretion to make educational decisions based on local health needs and concerns. Compliance with national, state and local health recommendations should not create civil rights concerns. Section 504 of the Rehabilitation Act of 1973 (Section 504) prohibits disability discrimination by schools receiving federal financial assistance. Title II of the Americans with Disabilities Act of 1990 (Title II) prohibits disability discrimination by public entities, including schools. Title VI of the Civil Rights Act of 1964 (Title VI) prohibits race, color and national origin discrimination by schools receiving federal funds. As school leaders respond to evolving conditions, they should be mindful of the requirements of Section 504, Title II and Title VI, to ensure that all students are able to study and learn in an environment that is safe and free from discrimination.

School districts should continually discuss and evaluate whether any education learning environment it is implementing is discriminatory, either on its face or as implemented, results in discrimination to a specific group of students protected by federal anti-discrimination laws.

For students with exceptionalities and an IEP this includes a free appropriate public education (FAPE). School districts must provide a FAPE to students with exceptionalities and an IEP consistent with the need to protect the health and safety of students with exceptionalities and those individuals providing education, specialized instruction and related services to these students. In this unique and ever-changing environment, these exceptional circumstances may affect how all educational and related services and supports are provided. FAPE may include, as appropriate, special education and related services provided through an on-site learning environment, a hybrid learning environment, or a remote learning environment.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

ACCESS AND EQUITY

# What are Ways I Can Do That?

1. Establish a plan and schedule to reflect and evaluate on whether the education and services being provided are effective for diverse students. Analyze relevant data on engagement and academics to determine whether students of color, English language learners, immigrant students, students with exceptionalities, students who are gifted, students who qualify for free and reduced lunch, among others, are learning. This should be discussed and evaluated separately by learning environment (e.g. in-person, hybrid and remote learning environment). If any of these groups are not succeeding within the given learning environment, the instructional approach might need to be more culturally responsive. This should be done individually, by all educators, and collectively at the building and district level on a set schedule throughout the school year. Individuals and groups should work to identify success gaps for certain students or groups or students, determine why this success gap is occurring, and action plan to mitigate the gap and prevent future gaps from occurring.

2. Work and study collaboratively within your building or district to understand inequity by design and its impact on student instruction. Identify resources that will be helpful to each educator and collectively, as a building and district, in confronting and addressing access and equity. This is a significant and important task and is not just accomplished by KSDE providing a few resources, but the following resources are shared as a starting point for continuing this important work within each classroom (on-site, hybrid, or remote), building and district.

   a. Clinton, J. (2020). Supporting Vulnerable Children in the Face of a Pandemic: A paper prepared for the Australian Government Department of Education, Skills and Employment. Centre for Program Evaluation, Melbourne Graduate School of Education, The University of Melbourne. https://www.dese.gov.au/system/files/doc/other/clinton_supporting_vulnerable_children_final.pdf

   b. New Jersey Department of Education Internal Equity Team list of resources, https://www.nj.gov/education/equity/resources/

   c. Culturally Responsive Teaching and The Brain by Zaretta Hammond, https://crtandthebrain.com

   d. Coaching for Equity by Elena Aguilar (forthcoming)

   e. Excellence Through Equity: Five Principles of Courageous Leadership to Guide Achievement for Every Student by Alan M. Blankstein and Pedro Noguera with Lorena Kelly

Clerk of the District Court, Johnson County Kansas
05/03/21 01:59pm MM
Kansas State Department of Education | www.ksde.org

12

**PRE-K-2**

3. Across all learning environments, ensure educators are focused on building and maintaining relationships with students. There are many positive stories about how this occurred during continuous learning in the spring of 2020. This will be more critical as we move into the 2020–21 school year. But we can't stop at building and maintaining relationships. Educators then must use those relationships as an entry point into positive and meaningful instruction for all students.

4. Maintain equitable access to your school's offered programs and practices. Implement programs and practices that provide equal access and enable all students to thrive academically, athletically, socially, and emotionally.

5. Demonstrate inclusive teaching and learning. Examine and revise your curriculum and teaching practices as necessary to ensure that you are effective in reaching every student. Train your teachers to recognize and to understand the range of needs, social-emotional and academic, among your students and to hone their skills in building and sustaining an inclusive classroom.

6. Encourage self-reflection and exploration. Teach individuals to self-reflect, question their cultural viewpoints and assumptions, and to modify them when appropriate. Commit to exploring your school's unique cultures to better understand the encounters of people from diverse backgrounds and to challenging your own practices.

7. Have meaningful interaction and dialogue. Challenge everyone to interact meaningfully with the entire school community and to learn from each other, honoring differences. Create a safe environment allowing for expression of differences in ways that encourage dialogue and education rather than alienation.

8. Encourage community involvement and service: Use the above practices to instill a consciousness of social justice, an ethic of citizenship, and a commitment to service. Teach and practice responsibility towards and engagement in your school, your larger community, and the world.

ACCESS AND EQUITY

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

Grade Band

# Pre-K-2

# Competencies

Kansans should be proud of everything accomplished while navigating unprecedented times and facing unique educational challenges in the response to COVID-19.

A Continuous Learning Task Force commissioned by the Kansas State Department of Education (KSDE) developed meaningful ways to help Kansas school districts successfully complete the 2019-2020 school year with social-emotional support and grace for all stakeholders among its top priorities.

Districts should include considerations for the possibility of interruptions to learning because of COVID-19. To provide resources and guidance, Kansas Commissioner of Education Dr. Randy Watson assembled the Learning for the Future Task Force. With more time to prepare, this team was charged with developing a comprehensive way to ensure academic rigor and that schools can assess student learning in meaningful and actionable ways.

What follows is the result of recent collaboration among nearly 100 Kansas teachers, administrators, service centers, educational consultants, KSDE program directors and more. The goal was to review and analyze nearly 30 years of work among current Kansas Standards and, in 30 days, develop a competency-based model in PreK-2, 3-5, 6-8 and 9-12 grade bands that is also organized by broader themes of Humanities and STEAM.

This work has the potential to change the way we meet students' needs for the next 30 years and beyond by allowing students to demonstrate mastery of their learning in a variety of ways.

In a competency-based model, students move through the curriculum in a personalized way at their own pace, which is also aligned to their individual plan of study. Students progress or advance by demonstrating mastery when they are ready, not based on seat time or calendars.

Competencies themselves are often broadly stated and may include groups of related standards within and between subject areas, resulting in an instructional learning environment that does not focus on teaching singular skills. This, in turn, provides for a variety of opportunities for students to demonstrate their learning in ways that are meaningful and relevant to them by exploring passions and asking their own questions as problem-solving prompts. To accomplish this, each student receives the differentiated support he or she needs to be successful and, after demonstrating mastery on his or her schedule, moves on to the next level.

This resource and accompanying guidance seeks to provide you and your leadership team with the foundation for planning and implementing a competency-based curriculum, instruction and assessment model for your school district, Pre-K-12, that will focus on rigor, accountability and an unwavering commitment to personalizing learning for students.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



**PRE-K-2**

## Subject Area Abbreviations:

| | | | | |
|---|---|---|---|---|
| **AFNR** | Agriculture, Foods and Natural Resources | **LPSCS** | Law, Public Safety, Corrections and Security |
| **AC** | Architecture and Construction | **MA** | Media Arts |
| **BC** | Business Career | **MATH** | Math |
| **BC.BMAE** | Business Management, Administration and Entrepreneurship | **MNFR** | Manufacturing |
| | | **MUS** | Music |
| **BC.F** | Finance | **PE** | Physical Education |
| **BC.M** | Marketing | **SCI** | Science |
| **DNC** | Dance | **SCI.ESS** | Earth and Space Science |
| **FCS** | Family and Consumer Sciences | **SCI.LS** | Life Science |
| **ELA** | English Language Arts | **SCI.PS** | Physical Science |
| **ENG** | Engineering | **SECD** | Social-Emotional Character Development |
| **HB** | Health and Biosciences | | |
| **HE** | Health | **STM** | STEAM |
| **HGSS** | History, Government and Social Studies | **THR** | Theatre |
| | | **TRAN** | Transportation |
| **HUM** | Humanities | **WL** | World Languages |
| **IT** | Information Technology | **VA** | Visual Arts |

## Grade Bands:

| | |
|---|---|
| **P** | Pre-K to 2nd grade |
| **IM** | 3rd to 5th grade |
| **MS** | 6th to 8th grade |
| **HS** | 9th to 12th grade |

COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**PRE-K-2**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**ELA COMPETENCIES**

# English Language Arts (ELA)

| ELA Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Writing | A successful student can: | | |
| | • **Priority:** Draw/dictate/write to compose narrative texts, describing real or imaginary events or experiences. | ELA.P 1.1 | CL.W.p4.1, CL.W.p4.3, W.1.3, W.1.5, W.1.6, W.1.10, W.2.3, W.2.5, W.2.6, W.2.10, W.2.11, W.3.4 |
| | • **Priority:** Draw/dictate/write to compose informative texts that convey information on specific topics. | ELA.P 1.2 | CL.W.p4.1, CL.W.p4.3, CL.W.p4.4, W.1.2, W.1.3, W.1.5, W.1.8, W.1.10, W.2.2, W.2.7, W.2.8, W.2.11, PK.W.PI.8, W.3.4 |
| | • **Priority:** Examine a topic or text(s) and apply organizational strategies to support a personal opinion with drawing/dictating/writing. | ELA.P 1.3 | W.1.1, W.1.5, W.1.10, W.2.1, W.2.3, W.2.7, PK.W.PI.8, W.3.4 |
| Speaking and Listening | A successful student can: | | |
| | • **Priority:** Speak effectively to express ideas for a variety of purposes. | ELA.P 2.1 | CL.SL.p4.1, CL.SL.p4.1a, CL.SL.p4.1b, CL.SL.p4.4, CL.SL.p4.3, SL.1.1, SL.1.2, SL.1.3, SL.1.4, SL.1.7, SL.1.8, SL.2.1, SL.2.2, SL.2.3, SL.2.6, SL.2.7, SL.2.8, SL.K.6, SL.1.6, SL.2.6 |
| | • **Priority:** Listen, view and interpret information from a variety of sources in order to make meaning and respond effectively. | ELA.P 2.2 | SL.K.2, SL.1.2, SL.2.2 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS


**PRE-K-2**

| ELA Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Reading | A successful student can: | | |
| | • **Priority:** Demonstrate that they understand and can manipulate sounds and letters that make up words. | ELA.P 3.1 | CL.F.p4.2, CL.F.p4.2a, CL.F.p4.2b, CL.F.p4.2b, CL.F.p4.2c, CL.F.p4.2d. RF.K3, RF.1.3, RF.2.3 |
| | • **Priority:** Demonstrate the ability to comprehend, analyze and evaluate increasingly complex texts. | ELA.P 3.2 | CL.IT.p4.1, CL.IT.p4.2, CL.IT.p4.3, RF.K.1, RF.K.2, RF.K.3, RF.K.4, RF.1.2, RF.1.3, RF.1.4, RF.2.3a, RF.2.4, RF.K.4, RF.1.4, RF.2.4 |
| | • **Priority:** Make meaning of increasingly complex literary print and nonprint texts and provide text details to explain interpretations and thinking. | ELA.P 3.3 | RL.1.1, RL. 1.2, RL. 1.3 RL. 2.1, RL 2.2, R.K.1, RL.1.1, RL.2.1 |
| | • **Priority:** Make meaning of increasingly complex informational print and nonprint texts and provide text details to explain interpretations and thinking. | ELA.P 3.4 | RL.K.1, RL.1.1, RL.2.1 |
| | • **Priority:** Engage in large- and small-group research/inquiry to investigate topics of shared interest and to interpret, integrate and present information. | ELA.P 3.5 | CL.SL.p4.1, CL.W.p4.4, CL.W.p4.5, W.1.5, W.1.6, W.1.7, W.1.8, W.1.10, W.2.5, W.2.6, W.2.10, SL.K.4, SL.1. 4, SL.2.4, |
| | • Demonstrate that they understand that they understand that written letters represent specific sounds in words. | ELA.P 3.6 | CL.F.p4.2, CL.F.p4.2a, CL.F.p4.2b, CL.F.p4.2b, CL.F.p4.2c, CL.F.p4.2d. RF.K3, RF.1.3, RF.2.3 |

ELA COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND**
**PRE-K-2**

**HGSS COMPETENCIES**

# History, Government and Social Studies (HGSS)

| HGSS Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Sense of Self**<br>(Dynamic Relationship) | (K-2 Geography)<br>A successful student can: | | |
| | • **Priority:** Use maps, graphs, photographs and other representations to describe places important to them and the relationships and interactions that shape these places to analyze continuity and change over time. | HGSS.P 1.1 | Standard 5<br>5.1, 5.2, 5.3, 5.4 |
| | • **Extended:** Describe how human activities affect the cultural and environmental characteristics of places or regions to investigate and connect relationships of human and physical characteristics within contemporary issues. | HGSS.P 1.2 | Standard 5<br>5.1, 5.2, 5.3, 5.4 |
| **Civics/Government**<br>(Rights and Responsibilities) | (K-2 Civics/Gov)<br>A successful student can: | | |
| | • **Priority:** Describe roles and responsibilities of people in authority to recognize and evaluate relationships. | HGSS.P 2.1 | Standard 2<br>2.1, 2.2, 2.3, 2.4 |
| | • **Extended:** Describe how communities work to accomplish common tasks, establish responsibilities and fulfill roles of authority to draw conclusions and evaluate the rights and responsibilities of people living in that society. | HGSS.P 2.2 | Standard 2<br>2.1, 2.2, 2.3, 2.4 |
| **History: Societies Past and Present**<br>(Continuity and Change Over Time) | (K-2 History)<br>A successful student can: | | |
| | • **Priority:** Describe how people have tried to improve their communities over time and draw conclusions about how choices have consequences. | HGSS.P 3.1 | Standard 1<br>1.1, 1.2, 1.3, 1.4, 1.5 |
| | • **Extended:** Generate questions about individuals and groups who have shaped a significant historical change to investigate and connect examples of choices and consequences within contemporary issues. | HGSS.P 3.2 | Standard 1<br>1.1, 1.2, 1.3, 1.4, 1.5 |
| | • **Priority:** Compare perspectives of people in the past to those of people in the present and investigate and connect relationships to make a claim using evidence and arguments. | HGSS.P 3.3 | Standard 3<br>3.1, 3.2, 3.3, 3.4 |
| | • **Extended:** Generate questions about individuals and groups who have shaped a significant historical change to acquire and organize information describing relationships between historical and contemporary events. | HGSS.P 3.4 | Standard 3<br>3.1, 3.2, 3.3, 3.4 |
| | (K-2 Econ)<br>• **Priority:** Describe the goods and services people in the local community produce and those that are produced in other communities to analyze and draw conclusions about continuity and change over time. | HGSS.P 4.1 | Standard 4<br>4.1, 4.2, 4.3, 4.4 |
| | • **Extended:** Describe why people in one country trade goods and services with people in another country and the impact of goods and services on individuals and communities to connect continuity and change to a contemporary issue. | HGSS.P 4.2 | Standard 4<br>4.1, 4.2, 4.3, 4.4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Mathematics

| Mathematics Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Counting and Cardinality | **Overarching Competency**<br>A successful student can: | | |
| | • Demonstrate an understanding of numbers with proficiency to rote count, order, compare, subitize, match objects to and write numbers. | MATH.P 1.1 | |
| | • **Priority:** Rote count, identify and write numerals (within a given range). | MATH.P 1.2 | PreK.CC.1, 2, 3, 1.NBT.1 |
| | • **Priority:** Demonstrate the relationship between numbers and quantities starting with concrete representations and moving to the abstract (within a given range). | MATH.P 1.3 | PreK.CC.4.(a-d), PreK.CC. 5. K.CC.4.(a-d), K.CC.5. |
| | • **Priority:** Compare numbers (within a given range). | MATH.P 1.4 | PreK.CC.6, 7, 8 K.CC.6, 7 |
| | • **Priority:** A successful student will begin to demonstrate an understanding of whole number relationships and place value, including grouping 10s and ones. | MATH.P 1.5 | 1.NBT.2(a-d) |
| Operations and Algebraic Thinking | **Overarching Competency**<br>A successful student can: | | |
| | • Demonstrate the ability to compute accurately.<br> ◦ Make reasonable estimates.<br> ◦ Understand meanings of operations.<br> ◦ Use algebraic notation to represent and analyze patterns and relationships. | MATH.P 2.1 | |
| | • **Priority:** Demonstrate an understanding of addition and subtraction with the use of objects, images or sounds. | MATH.P 2.2 | PreK.OA.1, 2, 3, K.OA.1, 2, 3, 4, 1.OA.1, 2 2.OA.1 |
| | • **Priority:** Apply the properties of operation and the relationship between addition and subtraction. | MATH.P 2.3 | 1.OA.3, 4, 5 |
| | • **Priority:** Identify equal groups of objects to gain foundations for multiplication. | MATH.P 2.4 | 2.OA.3, 4 |
| | • **Extended:** Solve equations using addition and subtraction. | MATH.P 2.5 | 1.OA.7, 8 |
| Required Fluency | • **Priority:** Demonstrate the ability to quickly and accurately verbalize and compute fact fluency (within a range of numbers). | MATH.P 3.1 | K.OA.5, 1.OA.6 2.OA.2, 2.NBT.5 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



MATHEMATICS COMPETENCIES

| Mathematics Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Numbers and Operations in Base Ten | **Overarching Competency**<br>A successful student can: | | |
| | • Demonstrate the ability to think flexibly about whole numbers and will be able to represent quantities with an understanding of place value. | MATH.P 4.1 | |
| | • **Priority:** Demonstrate an understanding of composing and decomposing numbers (within a given range) using manipulatives, drawings and equations. | MATH.P 4.2 | K.NBT.1 |
| | • **Priority:** Rote count, identify, compare and write numbers (within a given range). | MATH.P 4.3 | 1.NBT.3, 2.NBT.2, 3, 4 |
| | • **Priority:** Demonstrate an understanding of place value and show flexibility in composing and decomposing numbers (within a given range). | MATH.P 4.4 | 2.NBT.1 (a-c) |
| | • **Priority:** Show an understanding of place value and properties of operations to add and subtract in various ways (concrete models, equations, mental math). | MATH.P 4.5 | 1.NBT.4(a-c), 5, 6, 2.NBT.5, 6, 7, 8, 9 |
| Measurement and Data | **Overarching Competency**<br>A successful student can: | | |
| | • Demonstrate the ability to understand the systems and processes of measurement, and use appropriate techniques, tools, units and formulas in making measurements. | MATH.P 5.1 | |
| | • **Priority:** Describe and compare objects using measurable attributes. | MATH.P 5.2 | PreK MD.1, 2, K MD.1, 2 |
| | • **Priority:** Measure and estimate lengths in standard units. | MATH.P 5.3 | 1 MD.1, 2, 2 MD.1, 2, 3, 4 |
| | • **Extended:** Represent and analyze data. | MATH.P 5.4 | PreK.MD.3, 4, K.MD.3, 1 MD.3 |
| | • **Extended:** Classify and interpret data within multiple categories. | MATH.P 5.5 | 1.MD.4 |
| | • **Extended:** Use addition and subtraction to solve problems using length while also interpreting and creating data points in multiple units. | MATH.P 5.6 | 2 MD.5, 6, 8, 9, 10, 11 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



PRE-K-2

| Mathematics Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Geometry | **Overarching Competency**<br>A successful student can: | | |
| | • Demonstrate the ability to investigate the characteristics and properties of two and/ or three-dimensional geometric shapes and apply transformations and symmetry in geometric situations. | MATH.P 6.1 | |
| | • **Priority:** Identify and describe shapes. | MATH.P 6.2 | PreK.G.1, 2, 3, K.G.1, 2, 3 |
| | • **Extended:** Analyze, compare and compose two- or three- dimensional shapes by building, drawing or modeling. | MATH.P 6.3 | PreK.G.4, 5, K.G.4, 5, 6 |
| | • **Priority:** Distinguish attributes of shapes and partition shapes into equal parts. | MATH.P 6.4 | 1.G.1, 2, 3 2.G.1, 2, 3 |
| Problem-Solving, Modeling and Communicating Reasoning | A successful student can demonstrate the ability to use the eight mathematical practices fluidly across skills and concepts: | MATH.P 7.1 | |
| | 1. Make sense of problems and persevere in solving them. | MATH.P 7.2 | |
| | 2. Reason abstractly and quantitatively. | MATH.P 7.3 | |
| | 3. Construct viable arguments and critique the reasoning of others. | MATH.P 7.4 | |
| | 4. Model with mathematics. | MATH.P 7.5 | |
| | 5. Use appropriate tools strategically. | MATH.P 7.6 | |
| | 6. Attend to precision. | MATH.P 7.7 | |
| | 7. Look for and make use of structure. | MATH.P 7.8 | |
| | 8. Look for and express regularity in repeated reasoning. | MATH.P 7.9 | |

MATHEMATICS COMPETENCIES

**GRADE BAND**
# PRE-K-2

# Science

**SCIENCE COMPETENCIES**

| Science Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Physical Science:** | A successful student can: | | |
| Engineering | • **Priority:** Demonstrate proficiency with engineering and design skills such as asking questions, making observations, sketching or drawing and analyzing data across all sciences. | SCI.PS.P 1.1 | K-2-ETS1.1, K-2-ETS1-2, K-2-ETS1-3, ELP standards: EL.SL.K.3,EL.SL.1.3 EL.SL.2.3 |
| Forces and Interactions | • **Priority:** Explore how pushes, pulls, gravity, magnetism and mechanical forces have different strengths, can change the speed or direction of an object's motion, and can start or stop it. | SCI.PS.P 1.2 | S.p3.1, S.p4.1, (S.p4.2) (PS2-2) (K-PS2-1) ELP standards: EL.SL.K3, EL.SL.1.3. |
| Waves | • **Extended:** Explore the properties of light and sound. | SCI.PS.P 1.3 | ELP standards: EL.R.1.1, EL.R.2.1 |
| Structures and Properties of Matter | • **Extended:** Explore different kinds of matter and discover many of them can be either solid or liquid, depending on temperature. Matter can be described and classified by its: <br> ◦ Observable properties. <br> › Different properties are suited to different purposes. <br> › Great variety of objects can be built up from a small set of pieces. | SCI.PS.P 1.4 | 2-PS1-1, 2-PS1-3, 2-PS1-4, ELP standards: EL.R.K.12, EL.R.1.12, EL.R.2.12 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
22    Kansas State Department of Education | www.ksde.org



PRE-K-2

SCIENCE COMPETENCIES

| Science Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Life Science:** | A successful student can: | | |
| Structure and Function | • **Priority:** Explore what organisms (plants and animals) need in order to live and grow. | SCI.LS.P 2.1 | S.p3.1, S.p4.1, S.p4.2, PS2-2, K-PS2-1, ELP standards: EL.SL.K.3, EL.SL.1.3. |
| Interdependent Relationships in Ecosystems | • **Priority:** Explore what organisms (plants and animals) need in order to live and grow. | SCI.LS.P 2.2 | K-2-ETS1.1, K-2-ETS1-2, K-2-ETS1-3, ELP standards: EL.SL.K.3,EL.SL.1.3 EL.SL.2.3 |
| Engineering and Design | • **Priority:** Demonstrate proficiency with engineering and design skills, such as asking questions, making observations, sketching or drawing and analyzing data across all sciences. | SCI.LS.P 2.3 | 1-PS4-1, 1-PS4-4, 1-PS4-3, 1-PS4-4, 1-ESS1-1 , 1-ESS1-2, S.p3.2, S.p4.3 ELP standards: EL.R.1.1, EL.R.2.1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

**SCIENCE COMPETENCIES**

| Science Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Earth and Space Science:** | A successful student can: | | |
| Weather and Climate | • **Priority:** Ask questions, make observations and gather information about weather and weather patterns. | SCI.ESS.P 3.1 | 1-PS4-1, 1-PS4-4, 1-PS4-3, 1-PS4-4, 1-ESS1-1 , 1-ESS1-2, S.p3.2, S.p4.3 ELP standards: EL.R.1.1, EL.R.2.1 |
| Earth's Systems | • **Extended:** Compare and test designs to show wind and water can change the shape of the land. | SCI.ESS.P 3.2 | S.p4.6, K-ESS2-1, S.p4.7, K-PS3-4, K-ESS3-2, S.p4.11, S.p3.5, S.p3.5, S.p3.9 ELP standards: EL. R. 1.1, EL.R.1.13 EL.R.2.13 |
| Space Systems | • **Extended:** Observe, describe and predict patterns of the motion of the sun, moon and stars. | SCI.ESS.P 3.3 | 2-ESS1-1, 2-ESS2-1, 2-ESS2-2, 2-ESS2-3, ELP standards: EL.R.1.1, EL.R.2.1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND**
## PRE-K-2

# Measuring Social-Emotional Character Development

Social-emotional character development (SECD) is paramount to student learning and school improvement. When students are supported to enhance their social and emotional learning (SEL) skills, they also improve their academic and career outcomes.[1]

## SECD + SEL = SEG

SECD are the Social Emotional Character Development standards for Kansas schools. SEL is the process by which children and adults learn how to understand and manage emotions, develop care and concern for others, set and achieve positive goals, and make responsible decisions. Together SECD and SEL result in SEG, social emotional growth.

Kansas schools have started to develop and track students' social and emotional learning as an indicator of student success

within accountability models. In Kansas K-12 education, SECD is embedded into the Kansas Education Systems Accreditation (KESA) and Kansas School Redesign. The following information can help guide Kansas schools as they seek ways to measure that growth.

## SEL is Strengths Based

SEL assessment requires a strengths-based approach: that is, assessment focuses on knowledge and use of skills that are actively taught and supported in the school setting. These SEG measures and the goal of assessment is distinct from screening for risk for mental and behavioral health needs. A strengths-based approach proactively builds on the strengths and skills individuals possess to foster further development of competencies, just as educators do for any other academic content area. In parallel, the

assessment of adult-driven SEL practices must be strengths based, focusing on methods for being proactive in holistically supporting young people's social, emotional, and academic development.

Assessment of social and emotional competencies helps paint a fuller picture of youth's capabilities and needs, while assessment of adult SE competencies and practices, as well as school climate and culture, paint a fuller picture of the support youth are given to gain and express these competencies. As widespread implementation of SEL practices gains traction, SEL data are increasingly available in multiple forms. Available data speak to culture and climate of settings, effective implementation of SEL programs and practices, and growth in individuals' development of social and emotional competencies.[2]

---

1   Farrington et al. 2012; Gayl, 2017; Heckman, 2008; West et al. 2016). These skills may also be malleable and amenable to intervention (Durlak, Weissberg, Dymnicki, Taylor, and Schellinger, 2011; What Works Clearinghouse, 2007

2   Measuring SEL, CASEL 2019

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**SECD COMPETENCIES**



**SECD COMPETENCIES**

## Data and Measuring SECD

Regarding data, Kansas school communities are encouraged to:[3]

- Be proficient in collecting, interpreting and analyzing data;

- Utilize multiple measures;

- Implement programs that are evidenced based;

- Become aware of all the sources of data available; and

- Be able to show how intentional interventions increase skill acquisition.

Schools should capitalize on their local experts, such as counselors, social workers, school psychologists, and early childhood educators, who are uniquely trained in social emotional development and the impact of community context in nurturing development. These professionals are positioned to help educational communities build capacity in adult SEL competencies, teaching, and measuring SECD.

## Three Types of Collectable Data

There are essentially three types of increasingly rigorous SECD data that schools may collect: Process Data, Perception Data, and Outcome Data.

### PROCESS DATA: What was done for whom?

- Evidence that the social emotional learning lessons occurred;

- How the social emotional learning lesson or activity was conducted;

- How many students were involved in core lessons (Tier 1);

- How many students also received Tier 2 or Tier 3 intervention

*Examples of process data:*

- 33 staff were trained in the ABC SEL curriculum

- 3 lessons on bullying were taught in every class, 6-8th grade;

- 98% of key elements on the lesson plan were addressed (good fidelity of implementation);

- 201 of 204 students participated in the core lesson(s) and 3 were absent;

- 15 students participated in small group assertive skills intervention as well;

- 5 students participated in Cognitive Behavioral Intervention for Trauma in Schools (CBITS)

### PERCEPTION DATA: What do people think they know, believe or can do? How do they feel their environment supports or impedes them?

- Measures perception of climate and culture;

- Measures what students or adults are perceived to have gained in knowledge, skills, attitudes or beliefs

*Examples of perception data:*

- 89% of students reported seeing bullying at school on the Kansas Communities That Care Survey;

- 78% of students said that adults do "nothing" or "I'm not certain" in response to bullying;

- After training, 92% of teachers said they felt confident delivering the curriculum;

- After the bullying lessons, 69% of students believed they could implement one strategy to combat bullying (student perception, belief);

- After the bullying lessons, 95% of students said bullying is unacceptable (attitude);

- After assertive skills lessons, 89% of teachers felt that students were implementing strategies to be upstanders and reduce bullying (teacher perception of student skills);

- After teaching conflict resolution lessons, 78% of teachers said they were more likely to address conflict and potential bullying situations (teacher perception of adult skills);

---

3   Adapted from Dr. Sharon Sevier, Chair of the Board, American School Counselor Association, Rockwood R-VI School District, Lafayette High School, Missouri; Data and Advocacy: A Step by Step Approach. 2014.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**OUTCOME DATA:** What is the impact on development, learning and wellbeing? Are we seeing growth in knowledge and performance/behaviors?

- Demonstrates a change in knowledge and/or skill in action;
- Demonstrates whether the program has/has not impacted the student's ability to utilize new knowledge, attitudes, behaviors, skills;
- Demonstrates whether or not change has occurred in climate and culture

  *Examples of Outcome data:*
  - Immediate Examples (pre/post):
  - Before the bullying lessons 56% of students could correctly report the signs of bullying and after the bullying lessons, 98% of students correctly reported the signs of bullying (demonstrated knowledge increase);
  - After the bullying lessons, 95% of students effectively demonstrated one strategy to address bullying (skill performance);

  *Intermediate Examples (quarter/semester/year):*
  - "Before the bullying lessons 50 cases of bullying were reported for the quarter; after the lessons, there were only 10 cases for the quarter."
  - 82% of staff showed growth on the Adult SE Competency Self-Assessment from first to second semester.
  - Long-range Examples (showing impact over time, i.e. CORE data):
  - "On the Kansas Communities That Care survey, 20% fewer students reported witnessing bullying this year over last year. This correlated with decreases in depression and not feeling safe at school, and an increase in average GPA for these grade levels."

# Measuring Growth: Three Key Categories of SECD Data

Social emotional growth (SEG) results from the interplay of (a) proactive teaching and learning of social emotional skills and competencies, (b) a supportive culture and climate, and (c) a clear improvement cycle used by schools. We can teach skills, but if the culture allows little opportunity for practice throughout the day, and the climate is negative and deficit-focused or we ignore addressing mental health concerns, those skills may be difficult for students to put into action. Therefore, these three key categories of SECD Data are recommended when developing a robust approach to measuring SEG locally:

1. **VALIDATED STRENGTHS-BASED MEASURES.** For example, these often come with an evidence-based Social Emotional Learning curriculum to show attainment of knowledge, skills and behaviors that are being taught. These measures are usually either in the form of *perception data* or *outcome data* focused on knowledge or performance of skills/behavior.

2. **CULTURE AND CLIMATE.** Validated School Climate Data. For example, the Kansas Communities That Care survey obtains student perception data about school climate; likewise, the Kansas Family Engagement Survey obtains caregiver *perception data* about school climate. School Culture Data is often represented by "On-Track" Indicators such as: attendance, office discipline referrals and suspensions/expulsions, and course grades. Evidence of strong implementation of SEL curriculum may also be considered in this category.

3. **CLEAR IMPROVEMENT CYCLE DATA.** A responsive school has a consistent, system-wide process for reviewing Strengths-based Skill Measures against Culture and Climate data while screening for risk to get students additional supports they may need. A clear improvement cycle results in adaptations at the individual level to support students in need, and adjustments at the systems level to ensure a healthy culture and climate that fosters equity, learning and wellbeing.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

SECD COMPETENCIES



**SECD COMPETENCIES**

Here is a listing of commonly collected SECD data sources and how they may relate to these three key categories.

| Commonly Collected Data[4] | SOURCES AND CATEGORY | CATEGORY |
|---|---|---|
| SECD/SEL skill mastery | Self, Teacher, Parent, Peer or Observer Rating or Other Assessment Tools commonly provided in evidence-based SEL curricula and programs | Strengths-based Measure |
| SEL Fidelity of Implementation and Adult Competencies tools | Commonly provided in evidence-based SEL curricula and programs | Culture and climate |
| Absenteeism | School records | Culture and climate |
| Retention in grade | School records | Culture and climate |
| Suspensions, Office Discipline Referrals | School records | Culture and climate |
| Grades, Academic performance | School records, state assessments and other content formative assessments | Culture and climate |
| School climate perceptions | Kansas Communities That Care Survey (KCTC), Family Engagement Survey (FES) or other student, family and/or staff survey | Culture and climate |
| School engagement | School Surveys or Tools, such as the KCTC or Psychological Sense of School Membership Scale (PSSM) | Culture and climate |
| Behavioral or mental health risk | Universal Screeners, such as:<br><br>• BASC-BESS (Behavior Assessment System for Children-Behavioral and Emotional Screening System) SAEBRS (Social, Academic, Emotional Behavior Risk Screener)<br>• SRSS-IE (Student Risk Screening Scale – Internalizing and Externalizing)<br>• SDQ (Strength and Difficulties Questionnaire)<br>• The Ages and Stages Questionnaires (ASQ-3 and ASQ-SE2)<br>• Mental health screeners such as:<br>  ◦ SCAS (Spence Children's Anxiety Scale)<br>  ◦ Self, Teacher, Parent, Peer or Observer Rating or Survey<br>  ◦ Diagnostic tools as needed | Clear improvement cycle |

---

4    Adapted from Hanover Research, 2018.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



SECD COMPETENCIES

# Measuring Employability Skills

It is important that schools and districts measure the essential employability skills and knowledge that students gain from Work-Based Learning (WBL) experiences and give students an opportunity to document and reflect on their learning. The assessment and reflection process is critical in that it:

- Helps students make personal connections to their experiences.
- Guides the learning process and deepens/extends the learning from the WBL experience.
- Allows students to see how academic and technical skills are applied in authentic settings.
- Provides a tool for students to self-assess their employability skills and areas of improvement.
- Promotes the need for and completion of postsecondary training.

Additionally, measurement of student learning from WBL experiences provides schools and districts with data that inform continuous improvement of the quality of WBL experiences for all students. Schools and districts can use this data for multiple purposes aimed at improving the system at all levels. This includes measuring graduating students' career readiness; systematically determining gaps in employability skills acquisition to improve WBL experiences and academics at the student level and/or schoolwide; and reviewing the quality of WBL experiences across individual business and industry partners.

Please find the complete guide to measuring employability and work-based learning at: Measuring Employability Skills.[5]

## How Assessing SECD/SEL Flows with the Overall SECD/SEL Program[6]



---

5   https://www.ksde.org/Portals/0/CSAS/CSAS%20Home/Plan_Of_Study/Employability%20Skills_Measuring%20and%20Reflecting%20student%20Learning%20062020.pdf?ver=2020-06-02-094312-770

6   Denham, 2015.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

SECD COMPETENCIES

# Resources

The following resources align with the State Board Goal of "Measuring SECD/SEL Locally" and provide examples of how to collect SECD/SEL data at the district, building and student levels.

Measuring SECD Toolkit[7]
This document summarizes examples of how to collect and utilize SECD data to drive decision making. Please check back closer to the beginning of school as it will be revised and posted.

Kansas Communities That Care Survey[8]
The Kansas Communities That Care (KCTC) is the best tool for assessing student perceptions around SEL and all Kansas schools are encouraged to utilize it.

Assessment Guide for SEL (CASEL)[9]
CASEL is the preeminent authority for developing, implementing and measuring SEL.

Measuring Employability Skills[5]
For the first time KSDE has developed a document that helps schools learn how to assess and measure student employability and work-based learning skills.

Likert Scale for SECD Student Growth Measure[10]
An example of how to measure individual student SECD skills.

Reflecting on Adult SE Competencies Personal Assessment and Reflection Tool[11]
This tool from CASEL provides a framework and process for staff to reflect on their own social and emotional growth.

Trauma-informed Toolkit[12]
This toolkit will help schools address trauma experienced by student, staff and families as a result of the current pandemic crisis.3

Trauma, Toxic Stress, and Caregiver Well-Being: Practices for Fostering Resilience in Children/Youth and Caregivers (TASN)[13]
This TASN document addresses how to provide assistance for trauma, toxic stress, resilience and caregiver wellbeing.

KSDE/TASN Suicide Prevention/Response/Postvention Toolkit[14]
Teen suicide has been an issue for Kansas schools and as a result of the current crisis has become even more so. This is a comprehensive guide for schools in how to deal with suicidal ideation.

National Center for School Crisis and Bereavement[15]
The current crisis has compounded the issues of grief and bereavement, both from typical social-emotional perspectives (i.e. student/family death) but also from current crisis perspectives (i.e. family loss of jobs, student/family displacement etc. This site addresses the many components and levels of crisis, grief and bereavement.

Kansans Can Competency Framework[16] offers numerous free tools and resources.
• PreK-12 College and Career Competency Sequence[17]

7    https://www.ksde.org/Portals/0/CSAS/Content%20Area%20M-Z/School%20Counseling/Soc_Emot_Char_Dev/Measuring%20SECD4.20Toolkit.pdf?ver=2017-02-16-094209-983

8    http://kctcdata.org/

9    https://measuringsel.casel.org/access-assessment-guide/

10   https://www.ksde.org/Portals/0/CSAS/Content%20Area%20M-Z/School%20Counseling/Soc_Emot_Char_Dev/Likert%20Scale%20for%20SECD%20Student%20Growth%20Measure.pdf?ver=2015-02-24-121600-343

11   https://schoolguide.casel.org/focus-area-2/learn/reflecting-on-personal-sel-skills/

12   https://www.transformingeducation.org/trauma-informed-sel-toolkit/

13   https://ksdetasn.org/smhi

14   https://www.ksde.org/Agency/Division-of-Learning-Services/Student-Staff-Training/Prevention-and-Responsive-Culture/Suicide-Awareness-and-Prevention/Kansas-Suicide-Prevention-Response-and-Postvention-Toolkit

15   https://www.schoolcrisiscenter.org/

16   http://www.cccframework.org/

17   https://ksdetasn.org/competency/prek-12-kansas-competency-sequence

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

30



**PRE-K-2**

# Social, Emotional, Character Development Standards (SECD)

SECD COMPETENCIES

| SECD Classification | COMPETENCY | CODE |
|---|---|---|
| **Character Development:** | A successful student can: | |
| Core Principles | • Understand and demonstrate appropriate and inappropriate behaviors and the impact it has on others in all communities. | SECD.P 1.1 |
| | • Exhibit clear and consistent expectations of good character throughout all school activities and in all areas of the school. | SECD.P 1.2 |
| | • Recognize characteristics of caring relationships, hurtful relationships, and can identify trusting adults. | SECD.P 1.3 |
| | • Understand active listening. | SECD.P 1.4 |
| | • Understand and demonstrate the difference between "tattling," "telling" and "reporting." | SECD.P 1.5 |
| Responsible Decision-Making and Problem-Solving | • Identify and illustrate safe and unsafe situations. | SECD.P 1.6 |
| | • Identify scheduled activities and allocate appropriate time to spend on each. | SECD.P 1.7 |
| | • Develop self-control skills (for example: stop, take a deep breath and relax). | SECD.P 1.8 |
| | • Identify and demonstrate problem-solving processes. | SECD.P 1.9 |
| **Personal Development:** | A successful student can: | |
| Self-Awareness | • Identify and describe a variety of emotions. | SECD.P 2.1 |
| | • Identify situations within their control and outside their control that might evoke emotional responses. | SECD.P 2.2 |
| | • Identify personal strengths and weaknesses. | SECD.P 2.3 |
| | • Identify people, places and other resources to go to for help (parents, relatives, school personnel). | SECD.P 2.4 |
| | • Ask clarifying questions. | SECD.P 2.5 |
| Self-Management | • Identify and demonstrate techniques to manage common stress and emotions. | SECD.P 2.6 |
| | • Identify healthy personal hygiene habits. | SECD.P 2.7 |
| | • Describe and practice sending effective verbal and nonverbal messages. | SECD.P 2.8 |
| | • Describe personal responsibilities in school, home and communities. | SECD.P 2.9 |
| | • Identify the process of setting and achieving personal, school and home goals (for example: hopes and dreams). | SECD.P 2.10 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**SECD COMPETENCIES**

| SECD Classification | COMPETENCY | CODE |
|---|---|---|
| **Social Development:** | A successful student can: | |
| Social Awareness | • Label other's feelings based on verbal and nonverbal cues in different situations. | SECD.P 3.1 |
| | • Demonstrate an ability to listen to others. | SECD.P 3.2 |
| | • Demonstrate a capacity to care about the feelings of others. | SECD.P 3.3 |
| | • Describe ways that people are similar and different. | SECD.P 3.4 |
| Interpersonal Skills | • Describe how words, voice tone and body language communicate and can impact relationships positively and negatively. | SECD.P 3.5 |
| | • Demonstrate active listening, sharing and responding skills to identify the feelings and perspectives of others. | SECD.P 3.6 |
| | • Recognize the difference between helpful and harmful behaviors in relationships and understands how to report harmful behaviors for protection in unsafe situations. | SECD.P 3.7 |
| | • Identify and practice appropriate behaviors to maintain positive relationships. | SECD.P 3.8 |
| | • Develop self-regulation skills to prevent, manage and resolve interpersonal conflicts constructively with guidance from adults. | SECD.P 3.9 |
| | • Identify and practice healthy conflict resolution including self-regulatory skills to increasingly prevent, manage and resolve interpersonal conflicts constructively. | SECD.P 3.10 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org



GRADE BAND
**PRE-K-2**

# Humanities

Academic subject areas that describe, study or inform the human experience, which includes, but is not limited to, literature, history, philosophy, visual arts and performing arts.

| Humanities Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **ELA** | A successful student can: | | |
| Writing | • **Priority:** Draw/dictate/write to compose narrative texts, describing real or imaginary events or experiences. | ELA.P 1.1 | CL.W.p4.1, CL.W.p4.3, W.1.3, W.1.5, W.1.6, W.1.10, W.2.3, W.2.5, W.2.6, W.2.10, ELP Standard-EL.W.2.11, EL.W.3.4 |
| | • **Priority:** Draw/dictate/write to compose informative texts that convey information on specific topics. | ELA.P 1.2 | CL.W.p4.1, CL.W.p4.3, CL.W.p4.4, W.1.2, W.1.3, W.1.5, W.1.8, W.1.10, W.2.2, W.2.7, W.2.8, W. 2.11 ELP Standard-EL. PK.W.PI.8, EL.W.3.4 |
| | • **Priority:** Examine a topic or text(s) and apply organizational strategies to support a personal opinion with drawing/dictating/writing. | ELA.P 1.3 | W.1.1, W.1.5, W.1.10, W.2.1, W.2.3, W.2.7, ELP Standard-EL.PK.W.PI.8, EL.W.3.4 |
| Speaking and Listening | • **Priority:** Speak effectively to express ideas for a variety of purposes. | ELA.P 2.1 | CL.SL.p4.1, CL.SL.p4.1a, CL.SL.p4.1b, CL.SL.p4.4, CL.SL.p4.3, SL.1.1, SL.1.2, SL.1.3, SL.1.4, SL.1.7, SL.1.8, SL.2.1, SL.2.2, SL.2.3, SL.2.6, SL.2.7, SL.2.8, ELP Standard-EL.SL.K.6, EL.SL.1. 6, EL.SL.2.6 |
| | • **Priority:** Listen, view and interpret information from a variety of sources in order to make meaning and respond effectively. | ELA.P 2.2 | ELP Standard-EL.SL.K.2, EL.SL.1. 2, EL.SL.2.2 |

HUMANITIES COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

HUMANITIES COMPETENCIES

| Humanities Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| ELA | A successful student can: | | |
| Reading | • **Priority:** Demonstrate that they understand and can manipulate sounds and letters that make up words. | ELA.P 3.1 | CL.F.p4.2, CL.F.p4.2a, CL.F.p4.2b, CL.F.p4.2b, CL.F.p4.2c, CL.F.p4.2d. ELP Standard-EL.RF.K.3, EL.RF.1.3, EL.RF.2.3 |
| | • **Priority:** Demonstrate the ability to comprehend, analyze and evaluate increasingly complex texts. | ELA.P 3.2 | CL.IT.p4.1, CL.IT.p4.2, CL.IT.p4.3, RF.K.1, RF.K.2, RF.K.3, RF.K.4, RF.1.2, RF.1.3, RF.1.4, RF.2.3a, RF.2.4. ELP Standard-EL.RF.K4, EL.RF.1.4, EL.RF.2.4 |
| | • **Priority:** Make meaning of increasingly complex literary print and nonprint texts and provide text details to explain interpretations and thinking. | ELA.P 3.3 | RL.1.1, RL.1.2, RL.1.3 RL.2.1, RL.2.2 ELP Standard-EL.R.K.1, EL.R.1.1, EL.R.2.1 |
| | • **Priority:** Make meaning of increasingly complex informational print and nonprint texts and provide text details to explain interpretations and thinking. | ELA.P 3.4 | ELP Standard-EL.R.K.1, EL.R.1.1, EL.R.2.1 |
| | • **Priority:** Engage in large- and small-group research/inquiry to investigate topics of shared interest and to interpret, integrate and present information. | ELA.P 3.5 | CL.SL.p4.1, CL.W.p4.4, CL.W.p4.S, W.1.5, W.1.6, W.1.7, W.1.8, W.1.10, W.2.5, W.2.6, W.2.10, ELP Standard-EL. SL.K.4, EL.SL.1. 4, EL.SL.2.4, |
| | • **Priority:** Demonstrate that they understand and can manipulate sounds and letters that make up words. | ELA.P 3.6 | CL.F.p4.2, CL.F.p4.2a, CL.F.p4.2b, CL.F.p4.2b, CL.F.p4.2c, CL.F.p4.2d. ELP Standard-EL.RF.K.3, EL.RF.1.3, EL.RF.2.3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



PRE-K-2

| Humanities Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **HGSS** | A successful student can: | | |
| | • **Priority:** Use maps, graphs, photographs and other representations to describe places important to them and the relationships and interactions that shape these places to analyze continuity and change over time. | HGSS.P 1.1 | Standard 5 5.1, 5.2, 5.3, 5.4 |
| | • **Extended:** Describe how human activities affect the cultural and environmental characteristics of places or regions to investigate and connect relationships of human and physical characteristics within contemporary issues. | HGSS.P 1.2 | Standard 5 5.1, 5.2, 5.3, 5.4 |
| | • **Priority:** Describe roles and responsibilities of people in authority to recognize and evaluate relationships. | HGSS.P 2.1 | Standard 2 2.1, 2.2, 2.3, 2.4 |
| | • **Extended:** Describe how communities work to accomplish common tasks, establish responsibilities and fulfill roles of authority to draw conclusions and evaluate the rights and responsibilities of people living in that society. | HGSS.P 2.2 | Standard 2 2.1, 2.2, 2.3, 2.4 |
| | • **Priority:** Describe how people have tried to improve their communities over time and draw conclusions about how choices have consequences. | HGSS.P 3.1 | Standard 1 1.1, 1.2, 1.3, 1.4, 1.5 |
| | • **Extended:** Generate questions about individuals and groups who have shaped a significant historical change to investigate and connect examples of choices and consequences within contemporary issues. | HGSS.P 3.2 | Standard 1 1.1,1.2, 1.3, 1.4, 1.5 |
| | • **Priority:** Compare perspectives of people in the past to those of people in the present and investigate and connect relationships to make a claim using evidence and arguments. | HGSS.P 3.3 | Standard 3 3.1, 3.2, 3.3, 3.4 |
| | • **Extended:** Generate questions about individuals and groups who have shaped a significant historical change to acquire and organize information describing relationships between historical and contemporary events. | HGSS.P 3.4 | Standard 3 3.1, 3.2, 3.3, 3.4 |
| | • **Priority:** Describe the goods and services people in the local community produce and those that are produced in other communities to analyze and draw conclusions about continuity and change over time. | HGSS.P 4.1 | Standard 4 4.1, 4.2, 4.3, 4.4 |
| | • **Extended:** Describe why people in one country trade goods and services with people in another country and the impact of goods and services on individuals and communities to connect continuity and change to a contemporary issue. | HGSS.P 4.2 | Standard 4 4.1, 4.2, 4.3, 4.4 |
| | • **Priority:** Use maps, graphs, photographs and other representations to describe places important to them and the relationships and interactions that shape these places to analyze continuity and change over time. | HGSS.P 1.1 | Standard 5 5.1, 5.2, 5.3, 5.4 |
| | • **Extended:** Describe how human activities affect the cultural and environmental characteristics of places or regions to investigate and connect relationships of human and physical characteristics within contemporary issues. | HGSS.P 1.2 | Standard S 5.1, 5.2, 5.3, 5.4 |
| | • **Priority:** Describe roles and responsibilities of people in authority to recognize and evaluate relationships. | HGSS.P 2.1 | Standard 2 2.1, 2.2, 2.3, 2.4 |
| | • **Extended:** Describe how communities work to accomplish common tasks, establish responsibilities and fulfill roles of authority to draw conclusions and evaluate the rights and responsibilities of people living in that society. | HGSS.P 2.2 | Standard 2 2.1, 2.2, 2.3, 2.4 |

HUMANITIES COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21   01:59pm MM*



**PRE-K-2**

HUMANITIES COMPETENCIES

| Humanities Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Mathematics | A successful student can: | | |
| | • Demonstrate the ability to understand the systems and processes of measurement, and use appropriate techniques, tools, units and formulas in making measurements. | MATH.P 5.1 | |
| | • Demonstrate the ability to represent and analyze data. | MATH.P 5.4 | PreK.MD.3, 4, K.MD.3, 1MD.3 |
| | • Be able to classify and interpret data within multiple categories. | MATH.P 5.5 | 1.MD.4 |
| | • Demonstrate the ability to use the eight mathematical practices fluidly across skills and concepts: | MATH.P 7.1 | |

1. Make sense of problems and persevere in solving them.
2. Reason abstractly and quantitatively.
3. Construct viable arguments and critique the reasoning of others.
4. Model with mathematics.
5. Use appropriate tools strategically.
6. Attend to precision.
7. Look for and make use of structure.
8. Look for and express regularity in repeated reasoning.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



**PRE-K-2**

| Humanities Classification | COMPETENCY | CODE |
|---|---|---|

## SECD

**Character Development:** A successful student can:

**Core Principles**

- Understand and demonstrate appropriate and inappropriate behaviors and the impact it has on others in all communities. — SECD.P 1.1

- Exhibit clear and consistent expectations of good character throughout all school activities and in all areas of the school. — SECD.P 1.2

- Recognize characteristics of caring relationships, hurtful relationships, and can identify trusting adults. — SECD.P 1.3

- Understand active listening. — SECD.P 1.4

- Understand and demonstrate the difference between "tattling," "telling" and "reporting." — SECD.P 1.5

**Responsible Decision-Making and Problem-Solving**

- Identify and illustrate safe and unsafe situations. — SECD.P 2.1

- Identify scheduled activities and allocate appropriate time to spend on each. — SECD.P 2.2

- Develop self-control skills (for example: stop, take a deep breath and relax). — SECD.P 2.3

- Identify and demonstrate problem-solving processes. — SECD.P 2.4

**Personal Development:** A successful student can:

**Self-Awareness**

- Identify and describe a variety of emotions. — SECD.P 3.1

- Identify situations within their control and outside their control that might evoke emotional responses. — SECD.P 3.2

- Identify personal strengths and weaknesses. — SECD.P 3.3

- Identify people, places and other resources to go to for help (parents, relatives, school personnel). — SECD.P 3.4

- Ask clarifying questions. — SECD.P 3.5

**Self-Management**

- Identify and demonstrate techniques to manage common stress and emotions. — SECD.P 4.1

- Identify healthy personal hygiene habits. — SECD.P 4.2

- Describe and practice sending effective verbal and nonverbal messages. — SECD.P 4.3

- Describe personal responsibilities in school, home and communities. — SECD.P 4.4

- Identify the process of setting and achieving personal, s̶c̶h̶o̶o̶l̶-̶o̶r̶-̶g̶o̶a̶l̶s̶ ... SECD.P 4.5

HUMANITIES COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*03/03/21 01:59pm MM*



**PRE-K-2**

HUMANITIES COMPETENCIES

| Humanities Classification | COMPETENCY | CODE |
|---|---|---|

## SECD

**Social Development:**   A successful student can:

**Social Awareness**

- Label other's feelings based on verbal and nonverbal cues in different situations. — SECD.P 5.1
- Demonstrate an ability to listen to others. — SECD.P 5.2
- Demonstrate a capacity to care about the feelings of others. — SECD.P 5.3
- Describe ways that people are similar and different. — SECD.P 5.4

**Interpersonal Skills**

- Describe how words, voice tone and body language communicate and can impact relationships positively and negatively. — SECD.P 6.1
- Demonstrate active listening, sharing and responding skills to identify the feelings and perspectives of others. — SECD.P 6.2
- Recognize the difference between helpful and harmful behaviors in relationships and understands how to report harmful behaviors for protection in unsafe situations. — SECD.P 6.3
- Identify and practice appropriate behaviors to maintain positive relationships. — SECD.P 6.4
- Develop self-regulation skills to prevent, manage and resolve interpersonal conflicts constructively with guidance from adults. — SECD.P 6.5
- Identify and practice healthy conflict resolution including self-regulatory skills to increasingly prevent, manage and resolve interpersonal conflicts constructively. — SECD.P 6.6

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

GRADE BAND
**PRE-K-2**

# Science, Technology, Engineering, Arts and Mathematics (STEAM)

Academic subject areas that facilitate inquiry, creation and analysis, which includes, but is not limited to, science, technology, engineering, the arts and mathematics. Arts integration enhances expression, dialogue and critical thinking.

STEAM COMPETENCIES

| STEAM Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Mathematics** | A successful student can: | | |
| | • Demonstrate an understanding of numbers with proficiency to rote count, order, compare, subitize, match objects to and write numbers using the standards for mathematical practice. | MATH.P 1.1 | |
| | • Rote count, identify and write numerals (within a given range). | MATH.P 1.2 | |
| | • Demonstrate the relationship between numbers and quantities starting with concrete representations and moving to the abstract (within a given range). | MATH.P 1.3 | |
| | • Compare numbers (within a given range). | MATH.P 1.4 | |
| | • Begin to demonstrate an understanding of whole number relationships and place value, including grouping 10s and ones. | MATH.P 1.5 | |
| | • Demonstrate the ability to compute accurately, make reasonable estimates, understand meanings of operations and use algebraic notation to represent and analyze patterns and relationships. | | |
| | • Use algebraic notation to represent and analyze patterns and relationships. | MATH.P 2.1 | |
| | • Demonstrate an understanding of addition and subtraction with the use of objects, images or sounds. | MATH.P 2.2 | PreK.OA.1, 2, 3, K.OA.1, 2, 3, 4, 1.OA.1, 2 2.OA.1 |
| | • Be able to apply the properties of operation and the relationship be-tween addition and subtraction. | MATH.P 2.3 | 1.OA.3, 4, 5 |
| | • Identify equal groups of objects to gain foundations for multiplication. | MATH.P 2.4 | 2.OA.3, 4 |
| | • Be able to solve equations using addition and subtraction. | MATH.P 2.5 | 1.OA.7, 8 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**STEAM COMPETENCIES**

| STEAM Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Mathematics** | A successful student can: | | |
| | • Demonstrate the ability to quickly and accurately verbalize and compute fact fluency (within a range of numbers). | MATH.P 3.1 | K.OA.5, 1.OA.6, 2.OA.2, 2.NBT.5 |
| | • Demonstrate the ability to think flexibly about whole numbers and will be able to represent quantities with an understanding of place value using the standards for mathematical practice. | MATH.P 4.1 | |
| | • Demonstrate an understanding of composing and decomposing numbers (within a given range) using manipulatives, drawings and equations. | MATH.P 4.2 | K.NBT.1 |
| | • Rote count, identify, compare and write numbers (within a given range). | MATH.P 4.3 | 1.NBT.3, 2.NBT.2, 3, 4 |
| | • Demonstrate an understanding of place value and show flexibility in composing and decomposing numbers (within a given range). | MATH.P 4.4 | 2.NBT.1 (a-c) |
| | • Show an understanding of place value and properties of operations to add and subtract in various ways (concrete models, equations, mental math). | MATH.P 4.5 | 1.NBT.4(a-c), 5, 6, 2.NBT.5, 6, 7, 8, 9 |
| | • Demonstrate the ability to understand the systems and processes of measurement and use appropriate techniques, tools, units and formulas in making measurements. | MATH.P 5.1 | |
| | • Describe and compare objects using measurable attributes. | MATH.P 5.2 | PreK MD.1, 2, K MD.1, 2 |
| | • Measure and estimate lengths in standard units. | MATH.P 5.3 | 1 MD.1, 2, 2 MD.1, 2, 3, 4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



PRE-K-2

STEAM COMPETENCIES

| STEAM Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Mathematics | A successful student can: | | |
| | • Demonstrate the ability to represent and analyze data. | MATH.P 5.4 | PreK.MD.3, 4, K.MD.3, 1.MD.3 |
| | • Be able to classify and interpret data within multiple categories. | MATH.P 5.5 | 1.MD.4 |
| | • Be able to use addition and subtraction to solve problems using length while also interpreting and creating data points in multiple units. | MATH.P 5.6 | 2 MD.5, 6, 8, 9, 10, 11 |
| | • Demonstrate the ability to investigate the characteristics and properties of two and/or three-dimensional geometric shapes and apply transformations and symmetry in geometric situations. | MATH.P 6.1 | |
| | • Identify and describe shapes. | MATH.P 6.2 | PreK.G.1, 2, 3, K.G.1, 2, 3 |
| | • Be able to analyze, compare and compose two- or three- dimensional shapes by building, drawing or modeling. | MATH.P 6.3 | PreK.G.4, 5, K.G.4, 5, 6 |
| | • Be able to distinguish attributes of shapes and partition shapes into equal parts. | MATH.P 6.4 | 1.G.1, 2, 3, 2.G.1, 2, 3 |
| | • Demonstrate the ability to use the eight mathematical practices fluidly across skills and concepts:<br>1. Make sense of problems and persevere in solving them.<br>2. Reason abstractly and quantitatively.<br>3. Construct viable arguments and critique the reasoning of others.<br>4. Model with mathematics.<br>5. Use appropriate tools strategically.<br>6. Attend to precision.<br>7. Look for and make use of structure.<br>8. Look for and express regularity in repeated reasoning. | MATH.P. 7.1 | |

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM



**PRE-K-2**

STEAM COMPETENCIES

| STEAM Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Science** | A successful student can: | | |
| Physical Science: | | | |
| Engineering | • **Priority:** Demonstrate proficiency with engineering and design skills such as asking questions, making observations, sketching or drawing and analyzing data across all sciences. | SCI.PS.P 1.1 | K-2-ETS1.1, K-2-ETS1-2, K-2-ETS1-3, ELP standards: EL.SL.K.3,EL.SL.1.3 EL.SL.2.3 |
| Forces and Interactions | • **Priority:** Explore how pushes, pulls, gravity, magnetism and mechanical forces have different strengths, can change the speed or direction of an object's motion, and can start or stop it. | SCI.PS.P 1.2 | S.p3.1, S.p4.1, (S.p4.2) (PS2-2) (K-PS2-1) ELP standards: EL.SL.K.3, EL.SL.1.3. |
| Waves | • **Extended:** Explore the properties of light and sound. | SCI.PS.P 1.3 | ELP standards: EL.R.1.1, EL.R.2.1 |
| Structures and Properties of Matter | • **Extended:** Explore different kinds of matter and discover many of them can be either solid or liquid, depending on temperature. Matter can be described and classified by its:<br>  • Observable properties.<br>  • Different properties are suited to different purposes.<br>  • Great variety of objects can be built up from a small set of pieces. | SCI.PS.P 1.4 | 2-PS1-1, 2-PS1-3, 2-PS1-4, ELP standards: EL.R.K.12, EL.R.1.12, EL.R.2.12 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



**PRE-K-2**

| STEAM Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Science** | A successful student can: | | |
| Life Science: | • **Priority:** Explore what organisms (plants and animals) need in order to live and grow. | SCI.LS.P 2.1 | S.p3.1, S.p4.1, S.p4.2, PS2-2, K-PS2-1, ELP standards: EL.SL.K.3, EL.SL.1.3. |
| Interdependent Relationships in Ecosystems | • **Priority:** Explore what organisms (plants and animals) need in order to live and grow. | SCI.LS.P 2.2 | S.p3.3, S.p4.4, S.p2.8, S.p4.9, S.p4.5, K-LS1-1, 2-LS2-1, S.p4.9, K-ESS3-1, 1-LS1-1, 1-LS1-2, K-ESS2-2, 2-LS2-2, S.p4.10, K-ESS3-3, S.p4.12, S.p3.1, S.p4.8 ELP standards: EL.R.K.1, EL.R.1.1, EL.R.2.1 |
| Engineering and Design | • **Priority:** Demonstrate proficiency with engineering and design skills, such as asking questions, making observations, sketching or drawing and analyzing data across all sciences. | SCI.LS.P 2.3 | K-2-ETS1.1, K-2-ETS1-2, K-2-ETS1-3, ELP standards: EL.SL.K.3,EL.SL.1.3 EL.SL.2.3 |

STEAM COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



STEAM COMPETENCIES

| STEAM Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Science** | A successful student can: | | |
| Earth and Space Science: | • **Extended:** Observe, describe, and predict patterns of the motion of the sun, moon and stars. | SCI.ESS P 3.1 | 1-PS4-1, 1-PS4-4, 1-PS4-3, 1-PS4-4, 1-ESS1-1 , 1-ESS1-2, S.p3.2, S.p4.3 ELP standards: EL.R.1.1, EL.R.2.1 |
| Weather and Climate | • **Priority:** Ask questions, make observations and gather information about weather and weather patterns. | SCI.ESS P 3.2 | |
| Earth's Systems | • **Extended:** Compare and test designs to show wind and water can change the shape of the land. | SCI.ESS.P 3.3 | 2-ESS1-1, 2-ESS2-1, 2-ESS2-2, 2-ESS2-3, ELP standards: EL.R.1.1, EL.R.2.1 |

44

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



PRE-K-2

| STEAM Classification | COMPETENCY | CODE |
|---|---|---|

## SECD

**Character Development:** A successful student can:

**Core Principles**
- Understand and demonstrate appropriate and inappropriate behaviors and the impact it has on others in all communities. — SECD.P 1.1
- Exhibit clear and consistent expectations of good character throughout all school activities and in all areas of the school. — SECD.P 1.2
- Recognize characteristics of caring relationships, hurtful relationships, and can identify trusting adults. — SECD.P 1.3
- Understand active listening. — SECD.P 1.4
- Understand and demonstrate the difference between "tattling," "telling" and "reporting." — SECD.P 1.5

**Responsible Decision-Making and Problem-Solving**
- Identify and illustrate safe and unsafe situations. — SECD.P 2.1
- Identify scheduled activities and allocate appropriate time to spend on each. — SECD.P 2.2
- Develop self-control skills (for example: stop, take a deep breath and relax). — SECD.P 2.3
- Identify and demonstrate problem-solving processes. — SECD.P 2.4

**Personal Development:** A successful student can:

**Self-Awareness**
- Identify and describe a variety of emotions. — SECD.P 3.1
- Identify situations within their control and outside their control that might evoke emotional responses. — SECD.P 3.2
- Identify personal strengths and weaknesses. — SECD.P 3.3
- Identify people, places and other resources to go to for help (parents, relatives, school personnel). — SECD.P 3.4
- Ask clarifying questions. — SECD.P 3.5

**Self-Management**
- Identify and demonstrate techniques to manage common stress and emotions. — SECD.P 4.1
- Identify healthy personal hygiene habits. — SECD.P 4.2
- Describe and practice sending effective verbal and nonverbal messages. — SECD.P 4.3
- Describe personal responsibilities in school, home and communities. — SECD.P 4.4
- Identify the process of setting and achieving personal, school and home goals (for example: hopes and dreams). — SECD.P 4.5

STEAM COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



**PRE-K-2**

STEAM COMPETENCIES

| STEAM Classification | COMPETENCY | CODE |
|---|---|---|
| **SECD** | | |
| Social Development: | A successful student can: | |
| Social Awareness | • Label other's feelings based on verbal and nonverbal cues in different situations. | SECD.P 5.1 |
| | • Demonstrate an ability to listen to others. | SECD.P 5.2 |
| | • Demonstrate a capacity to care about the feelings of others. | SECD.P 5.3 |
| | • Describe ways that people are similar and different. | SECD.P 5.4 |
| Interpersonal Skills | • Describe how words, voice tone and body language communicate and can impact relationships positively and negatively. | SECD.P 6.1 |
| | • Demonstrate active listening, sharing and responding skills to identify the feelings and perspectives of others. | SECD.P 6.2 |
| | • Recognize the difference between helpful and harmful behaviors in relationships and understands how to report harmful behaviors for protection in unsafe situations. | SECD.P 6.3 |
| | • Identify and practice appropriate behaviors to maintain positive relationships. | SECD.P 6.4 |
| | • Develop self-regulation skills to prevent, manage and resolve interpersonal conflicts constructively with guidance from adults. | SECD.P 6.5 |
| | • Identify and practice healthy conflict resolution including self-regulatory skills to increasingly prevent, manage and resolve interpersonal conflicts constructively. | SECD.P 6.6 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**PRE-K-2**

# Specials

| Specials Classification | COMPETENCY | CODE |
|---|---|---|
| **Agriculture**<br>(Agriculture, Foods and Natural Resources - AFNR) | A successful student can: | |
| | • Analyze how issues, trends, technologies and public policies impact systems in the Agriculture, Food and Natural Resources (AFNR) Career Cluster. | AFNR.P 1.1 |
| | • Evaluate the nature and scope of the AFNR Career Cluster and the role of AFNR in society and the economy. | AFNR.P 1.2 |
| | • Examine and summarize the importance of health, safety and environmental management systems in AFNR workplaces. | AFNR.P 1.3 |
| | • Demonstrate stewardship of natural resources in AFNR activities. | AFNR.P 1.4 |
| | • Describe career opportunities and means to achieve those opportunities in each of the AFNR Career Pathways. | AFNR.P 1.5 |
| | • Analyze the interaction among AFNR systems in the production, processing and management of food, fiber and fuel and the sustainable use of natural resources. | AFNR.P 1.6 |
| **Architecture and Construction** | A successful student can: | |
| | • Use vocabulary, symbols and formulas common to architecture and construction. | AC.P 1.1 |
| | • Use architecture and construction skills to create and manage a project. | AC.P 1.2 |
| | • Comply with regulations and applicable codes to establish and manage a legal and safe workplace. | AC.P 1.3 |
| | • Evaluate the nature and scope of the Architecture and Construction Career Cluster and the role of architecture and construction in society and the economy. | AC.P 1.4 |
| | • Describe the roles, responsibilities and relationships found in the architecture and construction trades and professions, including labor/management relationships. | AC.P 1.5 |
| | • Read, interpret and use technical drawings, documents and specifications to plan a project. | AC.P 1.6 |
| | • Describe career opportunities and means to achieve those opportunities in each of the Architecture and Construction Career Pathways. | AC.P 1.7 |

SPECIALS COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

SPECIALS COMPETENCIES

| Specials Classification | COMPETENCY | CODE |
| --- | --- | --- |
| **Business Career Field** | A successful student can: | |
| Business Management, Administration and Entrepreneurship | | |
| | • Recognize the difference between needs and wants. | BC.BMAE.P 1.1 |
| | • Identify a type of business and what they do. | BC.BMAE.P 1.2 |
| Finance | • Recognize the importance of saving vs. spending money. | BC.F.P 1.1 |
| Marketing | • Recognize a product by logo or image. | BC.M.P 1.1 |
| | • Name a current product being used and why. | BC.M.P 1.2 |

**Dance**

A successful student can:

• Communicate learning through creative movement by applying dance skills and language to Explore, Plan and Revise learning through dance by:   DNC.P 1.1
  ◦ Exploring, planning, and revising ideas.
  ◦ Refining and completing ideas

• Demonstrate the ability to apply skills and understanding of how dance communicates through Expression, Embodiment and Presentation of their artistic ideas and work for presentation by:   DNC.P 1.2
  ◦ Analyzing, interpreting and selecting dance works for presentation.
  ◦ Realizing, developing and refining dance works for presentation.

• Respond to dance by Analyzing, Interpreting and Critiquing how artworks convey meaning by:   DNC.P 1.3
  ◦ Perceiving and analyzing dance.
  ◦ Interpreting intent and meaning of dance.
  ◦ Applying criteria to artistic work.

• Connect personal meaning and external context to dance by Synthesizing and Relating to works of dance through and during the learning process by:   DNC.P 1.4
  ◦ Synthesizing and relating knowledge and personal experience to dance.
  ◦ Applying societal, cultural and historical contexts to dance ideas and artistic work.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

48



PRE-K-2

| Specials Classification | COMPETENCY | CODE |
|---|---|---|
| **Engineering** | A successful student can: | |
| | • Use STEM concepts and processes to solve problems involving design and/or production. | ENG.P 1.1 |
| | • Display and communicate STEM information. | ENG.P 1.2 |
| | • Apply processes and concepts for the use of technological tools in STEM. | ENG.P 1.3 |
| | • Apply the elements of the design process. | ENG.P 1.4 |
| | • Apply the knowledge learned in STEM to solve problems. | ENG.P 1.5 |
| | • Apply the knowledge learned in the study of STEM to provide solutions to human and societal problems in an ethical and legal manner. | ENG.P 1.6 |
| **Family and Consumer Sciences (FCS)** | A successful student can: | |
| Wellness | • Demonstrate the ability to work collaboratively and practice social communication. | FCS.P 1.1 |
| | • Explain the interrelationship between what you eat and what your body needs. | FCS.P 1.2 |
| | • Practice developmentally appropriate physical activity, emotional control and rational decision-making. | FCS.P 1.3 |
| Sustainability | • Identify sourcing of goods and services found in real-world interactions aligned to age and developmental level of the student. | FCS.P 1.4 |
| Global Connectiveness | • Recognize there are children just like him or her all over the world with a shared need for clothing, food, water and housing. | FCS.P 1.5 |
| | • Explain: | |
| | › Who I am | FCS.P 1.6 |
| | • How I interact with others impacts their lives. | |
| Technology | • Understand what technology is. | FCS.P 1.7 |
| | • Identify forms of technology commonly found at home and at school. | FCS.P 1.8 |

SPECIALS COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

SPECIALS COMPETENCIES

| Specials Classification | COMPETENCY | CODE |
|---|---|---|
| Health | A successful student can: | |
| | • Comprehend concepts related to health promotion and disease prevention to enhance health. | H.P 1.1 |
| | • Analyze the influence of family, peers, culture, media, technology, and other factors on health behaviors. | H.P 1.2 |
| | • Demonstrate the ability to access valid information, products, and services to enhance health. | H.P 1.3 |
| | • Demonstrate the ability to use interpersonal communication skills to enhance health and avoid or reduce health risks. | H.P 1.4 |
| | • Demonstrate the ability to use decision-making skills to enhance health. | H.P 1.5 |
| | • Demonstrate the ability to use goal-setting skills to enhance health. | H.P 1.6 |
| | • Demonstrate the ability to practice health-enhancing behaviors and avoid or reduce health risks. | H.P 1.7 |
| | • Demonstrate the ability to advocate for personal, family, and community health. | H.P 1.8 |
| Information Technology | A successful student can: | |
| Graphic Design and Digital Communications | • Build images from basic shapes (i.e. rectangles, squares, circles, triangles and polygons). | IT.P 1.1 |
| Computer Science | • With guidance, demonstrate how to operate a computing device. | IT.P 1.2 |
| | • Represent collected data in a visual way through a computing device. | IT.P 1.3 |
| | • Navigate websites using software functions. | IT.P 1.4 |
| | • Accurate terminology to identify | IT.P 1.5 |

50

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



PRE-K-2

| Specials Classification | COMPETENCY | CODE |
|---|---|---|
| **Media Arts** | A successful student can: | |
| | • Create and communicate by applying the skills and language of a specific media arts form to conceive, develop, and construct artistic ideas and work by generating, conceptualizing and organizing media arts ideas. | MA.P 1.1 |
| | • Create and communicate by applying the skills and language of a specific media arts form to conceive, develop, and construct artistic ideas and work by refining and completing media ideas. | MA.P 1.2 |
| | • Create and communicate by applying the skills and language of a specific media arts form to conceive, develop, and construct artistic ideas and work by reflecting upon the process, refining and continuing artistic ideas. | MA.P 1.3 |
| | • Demonstrate the ability to apply the skills and understanding of how the media arts communicate through their integration, practice and presentation of their artistic ideas and work by analyzing, interpreting and selecting artistic works for presentation. | MA.P 2.1 |
| | • Demonstrate the ability to apply the skills and understanding of how the media arts communicate through their integration, practice and presentation of their artistic ideas and work by realizing, developing and refining artistic works for presentation. | MA.P 2.2 |
| | • Respond to the media arts by perceiving, interpreting and evaluating how media artworks convey meaning by perceiving and analyzing the media. | MA.P 3.1 |
| | • Respond to the media arts by perceiving, interpreting and evaluating how media artworks convey meaning by interpreting intent and meaning of media artworks. | MA.P 3.2 |
| | • Respond to the media arts by perceiving, interpreting and evaluating how media artworks convey meaning by applying criteria to evaluating media artworks. | MA.P 3.3 |
| | • Connect personal meaning and external context to the media arts by synthesizing and relating through and during the art-making process by synthesizing and relating knowledge and personal experience to artistic ideas and artistic work. | MA.P 4.1 |
| | • Connect personal meaning and external context to the media arts by synthesizing and relating through and during the art-making process by applying societal, cultural and historical contexts to artistic ideas and artistic work. | MA.P 4.2 |

SPECIALS COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

**SPECIALS COMPETENCIES**

| Specials Classification | COMPETENCY | CODE |
|---|---|---|
| **Music** | A successful student can: | |
| | • Create and communicate by applying the skills and language of music to Imagine, Plan, and Make musical ideas and work by generating, developing and organizing musical ideas. | MUS.P 1.1 |
| | • Create by applying the skills and language of music to evaluate, refine, and present musical ideas and work by reflecting upon and refining musical ideas and work. | MUS.P 1.2 |
| | • Create by applying the skills and language of music to evaluate, refine, and present musical ideas and work by reflecting upon and refining musical ideas and work. | MUS.P 2.1 |
| | • Create by applying the skills and language of music to evaluate, refine, and present musical ideas and work by presenting original music ideas and work. | MUS.P 2.2 |
| | • Demonstrate the ability to apply skills and effectively communicate musical ideas and work through selection, analysis, and interpretation by selecting musical works based on interest, knowledge, technical skill and context. | MUS.P 3.1 |
| | • Demonstrate the ability to apply skills and effectively communicate musical ideas and work through selection, analysis, and interpretation by analyzing the structure and context of musical works. | MUS.P 3.2 |
| | • Demonstrate the ability to apply skills and effectively communicate musical ideas and work through selection, analysis, and interpretation by developing personal interpretations of musical works. | MUS.P 3.3 |
| | • Demonstrate the ability to apply skills and effectively communicate through the process of rehearsing, evaluating, and refining and performing musical works by evaluating and refining personal and ensemble performances. | MUS.P 4.1 |
| | • Demonstrate the ability to apply skills and effectively communicate through the process of rehearsing, evaluating, and refining and performing musical works by performing expressively and accurately with appropriate interpretation. | MUS.P 4.2 |
| | • Respond to music by selecting, analyzing, interpreting, and evaluating how music conveys meaning by selecting musical works for a variety of purposes. | MUS.P 5.1 |
| | • Respond to music by selecting, analyzing, interpreting, and evaluating how music conveys meaning by perceiving and analyzing musical works. | MUS.P 5.2 |
| | • Respond to music by selecting, analyzing, interpreting, and evaluating how music conveys meaning by interpreting intent and meaning of musical works. | MUS.P 5.3 |
| | • Respond to music by selecting, analyzing, interpreting, and evaluating how music conveys meaning by applying criteria to evaluating musical works. | MUS.P 5.4 |
| | • Connect personal meaning and external context to music through and during the music learning process by synthesizing and relating knowledge and personal experience to musical ideas and work. | MUS.P 6.1 |
| | • Connect personal meaning and external context to music through and during the music learning process by applying societal, cultural and historical contexts to musical ideas and work. | MUS.P 6.2 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



**PRE-K-2**



| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Physical Education (PE)** | A successful student can: | | |
| Locomotor | • Demonstrate a skip and a leap while maintaining balance. | PE.P 1.1 | S1.E1 |
| | • Perform a combination of rhythmic movements to music with a specific tempo (slow-slow, fast-fast-fast) using both sides of the body and crossing the midline. | PE.P 1.2 | S1.E5, S1.E11 |
| Manipulatives | • Throw an object overhand and underhand, demonstrating side orientation and opposition. | PE.P 2.1 | S1.E13, S1.E14 |
| | • Catch an object demonstrating proper hand positioning for above and below the waist catches. | PE.P 2.2 | S1.E16 |
| | • Jump forward and backward with a self-turned rope and/or jump a long rope multiple times while staying in one spot. | PE.P 2.3 | S1.E27 |
| | • Strike an object with a short- or long-handled implement showing proper grip and volley a lightweight object using hands to a partner. | PE.P 2.4 | S1.E24, S1.E25 S1.E22 |
| | • Kick a stationary object toward a target and dribble with feet in general space while controlling the ball. | PE.P 2.5 | S1.E21, S1.E18 |
| | • Dribble with preferred hand under control in general space. | PE.P 2.6 | S1.E17 |
| Applies Knowledge | • Demonstrate body control within personal and general space. | PE.P 3.1 | S2.E1 |
| | • Combine shape, levels and pathways into simple travel, dance and gymnastics sequences. | PE.P 3.2 | S2.E2 |
| Knowledge and Skills | • Recognize the "good health balance" of nutrition and physical activity, as well as identify physical activities that contribute to fitness. | PE.P 4.1 | S3.E1, S3.E2, S3.E3 |
| | • Recognize the good health balance of nutrition and physical activity. | PE.P 4.2 | S3.E6 |
| Responsibility and Value of Physical Activity | • Work independently with others in a partner environment, accept responsibility for protocols with behavior and performance actions and work safely in physical education and with equipment. | PE.P 5.1 | S4.E4.K, S4.E1.1, S4.E4.1, S4.E4.1, S4.E4.2, S4.E2.2, S4.E6.2a, 2b |
| | • Compare physical activities that bring confidence and challenge. | PE.P 5.2 | S5.E3.Ka, S5.E3.1b, S5.E2.2 |

SPECIALS COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**SPECIALS COMPETENCIES**

| Specials Classification | COMPETENCY | CODE |
|---|---|---|

**Visual Arts**

A successful student can:

- Create and communicate by applying the skills and language of a specific visual arts form to investigate, plan and make artistic ideas and work by generating, conceptualizing and organizing artistic ideas.   VA.P 1.1

- Create and communicate by applying the skills and language of a specific visual arts form to investigate, plan and make artistic ideas and work by refining and completing artistic ideas.   VA.P 1.2

- Create by applying the skills and language of a specific visual form to reflect, refine and continue with artistic ideas and work by reflecting upon the process, refining and continuing artistic ideas.   VA.P 3.1

- Demonstrate the ability to apply the skills and understanding of how the visual arts communicate through their selection, analyzation, and sharing of their artistic ideas and work for presentation by analyzing, interpreting and selecting artistic works for presentation.   VA.P 3.2

- Demonstrate the ability to apply the skills and understanding of how the visual arts communicate through their selection, analyzation, and sharing of their artistic ideas and work for presentation by realizing, developing and refining artistic works for presentation.   VA.P 3.3

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

54

# Special Education

In general, it is expected that children with exceptionalities will achieve these competencies with the support of special education services, related services and supplementary aids and services specified in an Individualized Education Program (IEP) or 504 Plan. In addition, IEP teams have authority to modify curriculum and to set educational goals to enable children with exceptionalities to make appropriate educational progress in light of each child's unique circumstances. The modified curriculum and educational goals set by an IEP team for an individual child with an exceptionality might be different than the outcomes expected of other students. When, and to the extent, educational goals specified in an IEP are different than the competencies described in this document, the successful student can achieve the educational goals specified in their IEP.

**The Special Education Guidance Document is located on the Special Education section of the KSDE website:**

- Special Education Guidance Document[1]

- KSDE Special Education webpage. COVID-19 Updates[2]

## Students in Special Education and the Competencies

Navigating Change: Kansas' Guide to Learning and School Safety Operations (2020) is designed to lead the way we meet students' needs by allowing students to demonstrate mastery of their learning in a variety of ways. Therefore, all students in Special Education will access core grade-band competencies.

Students in Special Education need to be able to access instruction that will prepare them to meet grade-level competencies. Access to core content (Tier 1) is a priority so learning gaps do not widen. To address skill deficits needed to access core content (Tier 1), some students will also require additional support through specially-designed instruction and/or a tiered system of support.

Kansas Multi-Tiered System of Supports and Alignment (2015) is an evidenced-based framework used in Kansas schools for organizing and providing a tiered instructional continuum to support learning for all students, including students with exceptionalities. Kansas MTSS and Alignment supports access to core instruction for all students with differentiated instruction as needed to enable every learner to achieve high standards. Tiered interventions, in addition to core instruction, are recommended when it is necessary to address skill deficits or to support a child in reaching higher levels of accomplishment. We contend all students are general education students, including students with the most significant cognitive exceptionalities

Furthermore, students should not be hindered in learning grade-band content. For example, a student who has learning gaps either due to their exceptionality and/or lack of exposure will not be limited solely to the attainment of prerequisite skills. Therefore, high-quality instruction, accommodations, and modifications should provide the differentiation needed for students to access this grade-level content. High-quality instruction involves a scaffold or strategy to access or attach new learning. High-quality instruction does not repeatedly focus on the same skill, lesson content or information introduced in the general education classroom. Additionally, students who are gifted should not be held to only learning grade-band content. Students who are gifted should be supported through high-quality instruction, accommodations and modifications to provide the differentiation needed for students to achieve higher levels of accomplishment. The IEP Team of a child who is gifted may specify in the child's IEP that they are permitted to test out of, or work at an individual rate, and receive credit for required or prerequisite courses, or both, at all grade levels (K.A.R. § 91-40-3 (g)). A child who is gifted may also receive credit for college study at the college or high school

1    https://www.ksde.org/Portals/0/ECSETS/Announcements/COVID-SpEd-FAQ.pdf

2    https://www.ksde.org/Agency/Division-of-Learning-Services/Special-Education-and-Title-Services/Special-Education

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



**PRE-K-2**

SPECIAL EDUCATION COMPETENCIES

level, or both (K.A.R. § 91-40-3(H)).

Moreover, standards guide the goals for Individualized Education Programs (IEPs). IEP goals require specially designed instruction to address the learning gap and advance the student's current level of functioning or for students who are gifted, to address the unique needs of the child that result from the child's giftedness, including supporting the child in achieving higher levels of accomplishment. Therefore, Special Education goals should not replace the grade-level curriculum taught in the general education classroom.

Some students will require accommodations in order to demonstrate mastery of the competencies. Accommodations are changes in procedures or materials that ensure equitable access to instructional and assessment content. Accommodations may be embedded (digitally-provided) or nonembedded (locally provided). These are generally available for students for whom there is a documented need on an IEP, Section 504 plan or Individual Learning Plan (ILP) Accommodations should be individualized for each student; more does not equate to better. Some examples are listed Table 1.

**Table 1: Common Accommodations and Categories**

| Common Accommodations | CATEGORIES |
|---|---|
| Provide Access to Grade-Level Content | • Human reader<br>• Text to speech/digital text (eg. Kansas Infinitext)<br>• Speech to text<br>• Provide smaller numbers in math with grade level skills<br>• Build background knowledge<br>• Provide manipulatives (number line, two color chips, base ten blocks, etc.<br>• Use of facts charts, formulas or word banks to facilitate processing<br>• Reducing auditory and visual background (increase white space, highlight key concepts)<br>• Provide note taking assistance or notes (provide outline, cloze notes, etc.<br>• Orally assess understanding |
| Adjust Level of Material | • Reduce complexity to student's ability level (text, vocabulary, sentence structure, questions, simplify directions, etc. |
| Provide Tools for Organization of Information | • Organize information presented, such as provide a detailed model to follow during multiple-step procedures (e.g., task schedule, process, prewriting, graphic organizer, etc.<br>• Provide digital and non-digital tools to facilitate student organization<br>• Use graph paper, paper with vertical lines or raised-line paper for alignment of problems |
| Provide More Opportunities for Practice/Exposure | • Multiple exposures until mastery<br>• Front load prerequisite information<br>• Code text to enhance background knowledge<br>• Provide questions or cues to student in advance<br>• Reinforce directions (students repeat, number list for multiple steps, etc.<br>• Additional time for verbal response, assignments, and assessments<br>• Allow for processing with peers before production<br>• Consistent, distributed practice with vocabulary (academic vocab, Tier 2 vocabulary words)<br>• Small group instruction<br>• Text sets (multiple pieces of text on same topic to deepen understanding) |

*Clerk of the District Court, Johnson County Kansas*<br>*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org


PRE-K-2

## Common Accommodations - CATEGORIES

| | |
|---|---|
| Focus information to key Information/Skills | • Chunk assignments/assessments<br>• Highlight or emphasize critical information<br>• Eliminate repetitive practice when mastery is shown<br>• Reduce volume of writing and copying in favor of quality<br>• Reduce number of choices on multiple choice assessments<br>• Spelling is not penalized |
| Vary and Pair Modalities when Presenting Information | • Pair visual, auditory, and tactile cues<br>• Orally assess understanding<br>• Offer student voice and choice (Visual, Auditory, Kinesthetic/Tactile) |

Detailed information about the use of accommodations for instruction and assessment of all students can be found in the How to Select, Administer and Evaluate Use of Accommodations for Instruction and Assessment of all Students (2020) guidance document located at https://www.ksdetasn.org/resources/2283

One way to ensure students have access to core (Tier 1) content is to intentionally create a plan for differentiating the content to meet the student's needs. The National Center on Intensive Intervention has created a planning template built on the seven dimensions of intervention intensity (https://intensiveintervention.org/sites/default/files/Student_Intervention_Plan_508.pdf).

This template assists with planning and documenting the dimensions of intervention for small groups and individual students. The Taxonomy of Intervention Intensity (2017) developed by the National Center on Intensive Intervention identified seven dimensions that support educators in evaluating and building intervention intensity: strength, dosage, alignment, attention to transfer, comprehensiveness, behavioral support, and individualization (https://intensiveintervention.org/taxonomy-intervention-intensity).

It is important to recognize students who receive Special Education Services and Supports have equitable access to all instructional opportunities and activities offered to their peers. Their participation in core content areas (Tier 1) with individualized accommodations, modifications, and supports make it possible for them to do so.

SPECIAL EDUCATION COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*


**PRE-K-2**

**SPECIAL EDUCATION COMPETENCIES**

# Students Who Have the Most Significant Cognitive Exceptionalities

All students are taught academic content for their enrolled grade level. Students who have the most significant cognitive exceptionalities mostly take the alternate assessments and may need content aligned to alternate academic achievement standards. These standards are aligned with the general education content standards with reduced depth, breadth and complexity. Competencies for this population are the same as for students following the general education curriculum. However, the learning targets and measurement tables for this population align to the alternate academic achievement standards.

Students who have the most significant cognitive exceptionalities, who are eligible for an alternate assessment, work from the alternate academic achievement standards. The DLM Essential Elements (2020) allow students access to instruction aligned to grade level academic content. Goals and instruction listed in the IEP for these students are linked to the enrolled grade level DLM Essential Elements (2020). Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. Students who demonstrate mastery of level 3 or 4 competencies may not be appropriately challenged when working from the Essential Elements. Providing a continuum between the level 4 skill on the Essential Elements Competency Rubric and the level 1 skill on the Competency Rubric (2019) for each grade band will assist those students in the transition to the Kansas competencies/state standards.

Students who have a most significant cognitive exceptionality must have access to grade-level academic standards. This can be accomplished through the Kansas MTSS Alignment for all students. In this delivery system, supplemental special education supports simplify, magnify, and modify what is taught in the general education classroom. For students receiving Tier 1 support with their general education peers, the instruction should be focused on priority learning targets. Navigating Change: Kansas Guide to Learning and School Safety Operations (2020) has identified the primary or essential learning targets in the Competency Rubrics. The Essential Elements Competency Rubrics (2017) provide learning targets aligned to the Essential Elements. While the learning targets differ in depth, breadth, and complexity, the overarching competencies remain the same. Using the identified primary learning targets, students who have a most significant cognitive exceptionality can be educated in an inclusive environment during core (Tier 1) instruction. Tier 2 and Tier 3 instruction should focus on providing the additional instruction essential for closing the gap for students. Instruction could be delivered in homogenous small groups or in some cases, individualized instruction, as intensity of need increases.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



# References

Kansas State Department of Education. (2020). How to select, administer and evaluate use of accommodations for instruction and assessment of all students. https://www.ksdetasn.org/resources/2283

Kansas State Department of Education. (2019) . Essential Elements by Linkage Level Data. https://www.ksde.org/Portals/0/SES/DLM/KSDE-EE-LinkageLevels3-10.pdf

Kansas State Department of Education. (2015). Kansas multi-system of support and alignment. https://www.ksdetasn.org/mtss

Kansas State Department of Education. (2020). Navigating Change: Kansas Guide to Learning and School Safety Operations. https://www.ksde.org/Teaching-Learning/Resources/Navigating-Change-Kansas-Guide-to-Learning-and-School-Safety-Operations

National Center on Intensive Interventions. (2017). Intervention plan (for small groups or individual students), American Institute of Research. https://intensiveintervention.org/sites/default/files/Student_Intervention_Plan_508.pdf

National Center on Intensive Interventions. (2017). Taxonomy of intervention intensity: Academics, American Institute of Research. https://intensiveintervention.org/taxonomy-intervention-intensity

Dynamic Learning Maps Alternative Assessment Consortium. (2020). Dynamic learning maps alternative assessment, The University of Kansas. https://dynamiclearningmaps.org/

SPECIAL EDUCATION COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**

# PRE-K-2

*LIBRARY MEDIA COMPETENCIES*

# Library Media

## School Librarian

"School librarians fulfill five important roles: instructional partner, teacher, leader, information specialist, and program administrator, all of which highlight the profession's skill at building relationships and creating an inclusive school culture" (AASL, 2020, para. 1). School librarians are prepared as teaching partners who serve as instructional librarians in all subject areas.  They dovetail with classroom teachers to strengthen and support literacy in all of its many facets. In online and face-to-face learning environments and across grade levels, school librarians teach students to demonstrate measurable academic, cognitive, and technology skills associated with learning about the value of information in various contexts and formats, research as inquiry, scholarly conversation, and searching as strategic exploration going beyond simple Google searches. School librarians are prepared to recommend and make accessible high quality digital and print teaching materials. As teaching partners, school librarians ensure that students have learning experiences, building each year on prior learning, that will prepare them now and in their future civic involvement, jobs, college, and careers to be effective and efficient users of information. School librarians as Kansas licensed teachers are active participants in continuous improvement processes in their school districts.

## References

American Association of School Librarians, 2020, Pandemic Resources for School Librarians. Document ID: 99ec732a-b7ce-4a8d-a12c-7a603c528d15. Retrieved from http://www.ala.org/aasl/about/pandemic

American Association of School Librarians, 2018, Standards Framework for Learners. Retrieved from https://standards.aasl.org/wp-content/uploads/2018/08/180206-AASL-framework-for-learners-2.pdf

Association of College and Research Libraries, 2016, Framework for Information Literacy in Higher Education. Retrieved from http://www.ala.org/acrl/standards/ilframework

Kansas State Department of Education, 2019, Kansas Education Systems Accreditation Guidance 2019-2020. Retrieved from https://www.ksde.org/Portals/0/TLA/Accreditation/KESA%20Guidance.pdf

Kansas State Department of Education, 2016, Kansas Library and Technology Curricular Standards. Retrieved from https://www.ksde.org/LinkClick.aspx?fileticket=9lEAE56aAc0%3d&tabid=476&portalid=0&mid=3268

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**PRE-K-2**

Standards available upon request.

| Library Media Classification | COMPETENCY | CODE |
|---|---|---|
| Information Value | A successful student can: | |
| | • Distinguish between the roles of author and illustrator. | G2.1.1 G2.1.3 |
| | • Identify the elements of a story: characters, problem, setting, main idea and put the story in order with a beginning, a middle and an end. | G2.1.5 |
| Information as Exploration | A successful student can: | |
| | • Access and use the library media center resources with assistance. | G2.1.10 G2.2.1 |
| | • Explain the difference between fiction and nonfiction material. | G2.2.2 G2.2.4 |
| | • Seek and evaluate information resources related to personal interest. | G2.2.6 G2.2.7 |
| Information Research and Inquiry | A successful student can: | |
| | • Use the library resources to seek answers to their questions via reading, listening, viewing and drawing conclusions from prior knowledge. | G2.3.1 G2.3.3 |
| | • Follow the steps of a basic problem solving model with peers. | G2.3.4 |
| Information Authority | A successful student can use library materials to locate and identify accurate information related to a particular problem or question. | G2.4.1 G2.4.2 |
| Information Format | A successful student can: | |
| | • Use a variety of sources to gain information and share their new knowledge in a variety of ways. | G2.5.1 G2.5.4 |
| | • Apply Internet Safety rules. | G2.5.8 |
| Information as Conversation | A successful student can: | |
| | • Give credit to a source using a simple bibliography. | G2.6.5 |
| | • Combine new knowledge with prior knowledge and share in their own words. | G2.6.1 G2.6.2 |

**LIBRARY MEDIA COMPETENCIES**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



**PRE-K-2**

LIBRARY MEDIA COMPETENCIES

62

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



# Grade Band Pre-K-2

## Assessment

This section of the guidance document seeks to support educators as they consider ways to develop, refine and/or implement a comprehensive, balanced and cohesive approach to meaningfully assess student learning in a competency-based model. When thinking about mastery, a multiple-measures approach can be useful and may include a variety of assessments, ranging from the use of rubrics that focus on the depth of a student's understanding to nationally normed assessments by age and/or ability to state accountability assessment systems. What follows as guidance to consider may be best conceptualized by thinking of it from the perspective of assessing student learning.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

63



ASSESSMENT

## Performance-Based Assessment

- **Continuity and Comprehensive Approach:** The grade-band teams from Phase I of this project developed both the competencies and a set of performance-based "I can ..." rubrics.

  - SECD, specials, electives and CTE are also included for your consideration and inclusion in assessing broader STEAM and Humanities competencies.

- **Interpretation of Performance Levels:** These rubrics contain four performance levels that include "I can ..." statements that intend to reflect the various stages of what students know and are able to do through progressive depths of each competency. Ideally, students move to and through each of the levels from left to right, but this may take place at different times for each student. Webb's Depth of Knowledge (DOK) is included as a familiar reference to help support the development of instruction in a leveled manner.

  - **Level 1** may be thought of as introducing or beginning/DOK: Recall and Reproduce

  - **Level 2** may be thought of as developing or emerging/DOK: Application and Reasoning

  - **Level 3** may be thought of as demonstrating or creating/DOK: Strategic Thinking

  - **Level 4** may be thought of as extending or enriching/DOK: Extended Thinking

    **NOTE:** Levels 1-4 are not intended to predict Kansas State Assessment scores.

Clerk of the District Court, Johnson County Kansas
05/03/21 01:59pm MM

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS


PRE-K-2

ASSESSMENT

# Levels Explanation

Webb's Depth of Knowledge: Use to Align "A successful student can ..." Statements to Appropriate Performance Level

| Performance Level | I can ... |
|---|---|
| **Level 1** | **Recall and Reproduction**<br>• Recall a fact, term, definition, principle or concept; perform a simple procedure.<br>• Items typically specify what the student is to do, which is often to carry out some procedure that can be performed mechanically.<br>• Recall of a fact, information, definition, term or performance of a process or procedure. |
| **Level 2** | **Basic Application of Skills and Concepts**<br>• Apply conceptual knowledge:<br>  • Use provided information to select appropriate procedures for a task.<br>  • Perform two or more steps with decision points along the way.<br>  • Solve routine problems; organize or display data.<br>  • Interpret or use simple graphs.<br>• Items require students to make some decisions as to how to approach the question or problem. These actions imply more than one mental or cognitive process/step.<br>• Includes the engagement of some mental processing beyond recalling or reproducing a response. |
| **Level 3** | **Strategic Thinking**<br>• Apply reasoning, using evidence, and developing a plan to approach or solve abstract, complex or nonroutine problems; interpret information and provide justification when more than one approach is possible.<br>• Items require students to justify the responses they give and may have more than one possible answer.<br>• Requires deep understanding as exhibited through planning, using evidence, and more demanding cognitive reasoning. The cognitive demands are complex and abstract. |
| **Level 4** | **Extended Thinking**<br>• Perform investigations or apply concepts and skills that require research and problem solving across content areas or multiple sources.<br>• Items require students to bring together skill and knowledge from various domains. Due to the complexity of cognitive demand, this level often requires an extended period to answer. A DOK 4 is first a DOK 3 with added connections.<br>• Requires high cognitive demand and is very complex. Students are expected to make connections and relate ideas within the content or among areas - and have to select or devise one approach among many alternatives on how the situation can be solved. |


This is the target



ASSESSMENT

## Subject Area Abbreviations:

**AFNR** Agriculture, Foods and Natural Resources

**AC** Architecture and Construction

**BC** Business Career

**BC.BMAE** Business Management, Administration and Entrepreneurship

**BC.F** Finance

**BC.M** Marketing

**DNC** Dance

**FCS** Family and Consumer Sciences

**ELA** English Language Arts

**ENG** Engineering

**HB** Health and Biosciences

**HE** Health

**HGSS** History, Government and Social Studies

**HUM** Humanities

**IT** Information Technology

**LPSCS** Law, Public Safety, Corrections and Security

**MA** Media Arts

**MATH** Math

**MNFR** Manufacturing

**MUS** Music

**PE** Physical Education

**SCI** Science

**SCI.ESS** Earth and Space Science

**SCI.LS** Life Science

**SCI.PS** Physical Science

**SECD** Social-Emotional Character Development

**STM** STEAM

**THR** Theatre

**TRAN** Transportation

**WL** World Languages

**VA** Visual Arts

## Grade Bands:

**P** Pre-K to 2nd grade

**IM** 3rd to 5th grade

**MS** 6th to 8th grade

**HS** 9th to 12th grade

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**PRE-K-2**

# ELA

**A successful student can demonstrate that they understand that written letters represent specific sounds in words.**

## ELA

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| I can begin to apply age-appropriate word analysis skills in decoding words. | I can apply age-appropriate word analysis skills in decoding words. | I can demonstrate understanding of spoken words, syllables and sounds (phonemes). | I can consistently recognize and read grade-appropriate words. | CI.F.p4.3 CI.F.p4.3a |
| I can begin to name the sounds that written letters make, including short and long vowel sounds. | I can name the sounds that written letters make, including short and long vowel sounds. | I can distinguish long and short vowels when reading regularly spelled one-syllable words. | I can decode multisyllabic words. | |

| English Learner (EL) | | | | |
|---------|---------|---------|---------|-----------|
| A successful EL level 1 student can produce some of the primary letter sounds and say some of the letter names when prompted. | A successful EL level 2 student can recognize some consonant and vowel sounds and segment cvc words and blend words with support. | A successful EL level 3 student can identify short and long vowel sounds in spoken syllable words with minimal support. | A successful EL level 4 student can segment single-syllable words into individual phonemes with minimal support. | ELP Standard- EL.RF.K.2 EL.RF.1.2 EL.RF.2.2 |

*ELA PERFORMANCE BASED ASSESSMENT*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**A successful student can demonstrate that they understand and can manipulate sounds and letters that make up words.**

ELA PERFORMANCE-BASED ASSESSMENT

## ELA

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can show understanding of spoken words, syllables and sounds. | I can distinguish long from short vowel sounds in spoken single-syllable words. | I can distinguish long and short vowels when reading regularly spelled one-syllable words. | I can distinguish long and short vowels when reading regularly spelled one-syllable and two-syllable words. | CL.F.p4.2, CL.F.p4.2a, CL.F.p4.2b, CL.F.p4.2b, CL.F.p4.2c, CL.F.p4.2d |
| I can recognize and produce rhyming words. | I can decode regularly spelled one-syllable words. | I can demonstrate grade-level phonics and word analysis skills in decoding words. | I can demonstrate grade-level phonics and word analysis skills in decoding one and two-syllable words. | |
| I can count, pronounce, blend and segment syllables in spoken words. | I can read common high-frequency words by sight (e.g., the, of, to, you, she, my, is, are, do, does). | I can consistently read common high-frequency words by sight (e.g., the, of, to, you, she, my, is, are, do, does). | I can consistently read common high-frequency words relative to my grade level. | |
| I can blend and segment initial sounds and ending sounds of words. | I can orally produce single-syllable words by blending phonemes, including consonant blends. | I can orally segment single-syllable words into their complete sequence of individual phonemes. | N/A | |

## EL

| | | | | |
|---|---|---|---|---|
| A successful level 1 EL student can show understanding of spoken words and some syllables and sounds. | A successful level 2 EL student can identify and produce one-syllable rhyming words. | A successful level 3 EL student can count syllables and blend and segment words, and recognize some high frequency words. | A successful level 4 EL student can blend and segment single-syllable words from their phonemes. | ELP Standard-EL.RF.K.3, EL.RF.1.3, EL.RF.2.3 |

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM
Kansas State Department of Education | www.ksde.org



**A successful student can demonstrate the ability to comprehend, analyze and evaluate increasingly complex texts.**

| ELA | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can say some of the sounds that are present in a single word. | I can say all of the sounds that are present in a single word. | I can say all of the sounds that are present in a simple sentence. | I can say all of the sounds that are present in a complex sentence. | CL.IT.p4.1, CL.IT.p4.2, CL.IT.p4.3, RF.K.1, RF.K.2, RF.K.3, RF.K.4, RF.1.2, RF.1.3, RF.1.4, RF.2.3a, RF.2.4. |
| I can begin to blend sounds in CVC words. | I can blend sounds in CVC words. | I can consistently blend sounds in CVC words. | I can consistently blend sounds in complex words. | |
| I can begin to demonstrate vowels that have a short sound. | I can begin to demonstrate vowels that have a short or a long sound. | I can demonstrate that vowels can have a short sound or a long sound. | I can demonstrate all vowels have a short or long sound. | |
| I can begin to use manipulatives to represent sounds. | I can use manipulatives to represent sounds. | I can write letters that represent sounds. | I can put letters and sounds together to form words. | |
| I can begin to read a variety of on-level texts with peers in small groups or partners. | I can read a variety of on-level texts with peers in small groups or partners. | I can read a variety of on-level texts with peers in small groups or partners and provide feedback to my peers to help them improve their rate, expression, and accuracy. | I can read a variety of texts above grade level with peers in small groups or partners and provide feedback to my peers to help them improve their rate, expression, and accuracy. | |
| **EL** | | | | |
| A successful EL level 1 student can distinguish between individual words in a sentence. | A successful EL level 2 student can blend sounds in some cvc words with support. | A successful EL level 3 student can distinguish between long and short vowel sounds within cvce with minimal support. | A successful EL level 4 student can read a variety of on-level texts with peers in small groups or partners and provide feedback with minimal support. | ELP Standard-EL.RF.K.4, EL.RF.1.4, EL.RF.2.4 |

ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

ELA PERFORMANCE-BASED ASSESSMENT

## A successful student can draw/dictate/write to compose narrative texts, describing real or imaginary events or experiences.

**ELA**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can capitalize the first word in a sentence and the pronoun I. | I can capitalize dates and names of people. | I can capitalize holidays, product names and geographic names. | I can capitalize appropriate words in titles, holidays, product names, and geographic names. | CL.W.p4.1, CL.W.p4.3, W.1.3, W.1.5, W.1.6, W.1.10, W.2.3, W.2.5, W.2.6, W.2.10 |
| I can identify real-life connections between words and their use (e.g., note places at school that are colorful). | I can identify real-life connections between words and their uses. | I can identify real-life connections between words and their use. | I can identify real-life connections between words and their uses. | |
| I can use a combination of drawing, dictating or emergent writing to express thoughts and ideas. | I can use a combination of drawing, dictating, and writing to narrate a single event or several loosely linked events, tell about the events in the order in which they occurred, and provide a reaction to what happened. | I can write short narratives in which I recount two or more appropriately sequenced events, including some details regarding what happened, use temporal words to signal event order, and provide some sense of closure. | I can write multiple paragraph narratives in which I recount two or more appropriately sequenced events, including some details regarding what happened, use temporal words to signal event order, and provide some sense of closure. | |
| I can demonstrate an emerging command of the conventions of standard English grammar and usage when writing and speaking. | I can demonstrate command of the conventions of standard English grammar and usage when writing and speaking. | I can consistently demonstrate command of the conventions of standard English grammar and usage when writing and speaking. | I can demonstrate knowledge of language and command of the conventions of standard English grammar and usage when writing and speaking. | |
| I can produce and expand complete sentences in shared language activities. | I can produce and expand complete simple and compound declarative, interrogative, imperative, and exclamatory sentences in response to prompts. | I can produce, expand, and rearrange complete simple and compound sentences. | I can produce simple, compound and complex sentences. | |
| I can understand and use question words (interrogatives) (e.g., who, what, when, where, why, how). | I can use common, proper and possessive nouns when writing. | I can use adjectives and adverbs, and choose between them depending on what is to be modified. | I can experiment with nouns, pronouns, verbs, adjectives and adverbs when writing, making note of how each functions to create meaning. | |
| I can capitalize the first word in a sentence and the pronoun I. | I can capitalize dates and names of people. | I can capitalize holidays, product names and geographic names. | I can capitalize appropriate words in titles, holidays, product names, and geographic names. | |
| I can identify real-life connections between words and their use (e.g., note places at school that are colorful). | I can identify real-life connections between words and their uses. | I can identify real-life connections between words and their use. | I can identify real-life connections between words and their uses. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



PRE-K-2

## ELA

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| **EL** | | | | |
| A successful EL level 1 student can use a combination of drawing, dictating or writing to complete multiple sentence frames and demonstrate understanding of sequenced events that include details. | A successful EL level 2 student can demonstrate command of conventions of standard English grammar and usage with scaffolding. | A successful EL level 3 produces writing that supports grammatical structures and basic conventions that are appropriate to task and purpose with some guidance. | A successful EL level 4 student can use grammar and syntax to create simple, complex and compound sentences when writing. | ELP Standard- EL.W.2.11, EL.W.3.4 |

ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**ELA PERFORMANCE-BASED ASSESSMENT**

A successful student can make meaning of increasingly complex literary print and nonprint texts, and provide text details to explain interpretations and thinking.

### ELA

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can ask and answer some questions about key details in a text. | I can ask and answer questions about key details in a text. | I can ask and answer such questions as who, what, where, when, why and how to demonstrate understanding of key details in a text. | I can ask and answer such questions to demonstrate understanding of a text, referring explicitly to the text as a basis for the answers. | RL.1.1, RL. 1.2, RL. 1.3 RL. 2.1, RL 2.2 |
| I can recognize some of the various text features (e.g., captions, bold print, subheadings, glossaries, indexes, electronic menus, icons) to locate key facts or information in a text efficiently. | I can use some of the various text features (e.g., captions, bold print, subheadings, glossaries, indexes, electronic menus, icons) to locate key facts or information in a text efficiently. | I can use the various text features (e.g., captions, bold print, subheadings, glossaries, indexes, electronic menus, icons) to locate key facts or information in a text efficiently. | I can use all the various text features (e.g., captions, bold print, subheadings, glossaries, indexes, electronic menus, icons) to locate key facts or information in a text efficiently. | |
| I can use background knowledge to make meaning from fiction and nonfiction picture books. | I can use picture dictionaries to make meaning from fiction and nonfiction books. | I can use glossaries and beginning dictionaries, both print and digital to determine or clarify the meaning of words and phrases. | I can use glossaries and dictionaries, both print and digital to determine or clarify the meaning of words and phrases. | |
| I can identify real-life connections between words and their use (e.g., note places at school that are colorful). | I can identify real-life connections between words and their uses. | I can identify real-life connections between words and their use. | I can identify real-life connections between words and their uses. | |

### EL

| | | | | |
|---|---|---|---|---|
| A successful EL level 1 student can point to a picture or single word to ask or respond to questions about who or what is happening in the text, with prompting and support. | A successful EL level 2 student can locate or give a key detail from a simple text that asks or answers a who, what, when, where text-dependent question. | A successful EL level 3 student can locate or give a key details from a text that asks or answers a who, what, when, where text-dependent question. | A successful EL level 4 student can ask and answer various explicit text-dependent questions by citing specific textual evidence. | ELP Standard- EL.RK.1, EL.R.1.1, EL.R.2.1 |

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



PRE-K-2

**A successful student can make meaning of increasingly complex informational print and nonprint texts, and provide text details to explain interpretations and thinking.**

ELA

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can begin to state a topic at the beginning of a story. | I can begin to state a topic at the beginning and a conclusion at the end. | I can state a topic at the beginning and a conclusion at the end. | I can introduce the topic or text I am writing about, state an opinion, and create an organizational structure that lists reasons. | ELP Standard- EL.R.K.1, EL.R.1.1, EL.R.2.1 |
| I can name the author and illustrator of a text and define the role of each in presenting the ideas or information in a text. | I can know and use various text features (e.g., headings, tables of contents, glossaries, electronic menus, icons) to locate key facts or information in a text. | I can use sources (books, pictures, discussions) to find facts and details that support and add interest to my focus. | I can distinguish their own point of view from that of the author of a text. | |
| I can, with prompting and support, describe the connection between two individuals, events, ideas or pieces of information in a text. | I can describe the connection between two individuals, events, ideas or pieces of information in a text. | I can group my ideas and details together to show how some facts are connected. | I can describe the logical connections between particular sentences and paragraphs in a text (e.g., comparison, cause/effect, first/second/third in a sequence). | |
| I can, with prompting and support, identify the main topic and retell key details of a text. | I can identify the main topic and retell key details of a text. | I can actively engage with text by identifying the main topic, using key details to answer questions and react to the text as a whole (e.g., share thinking, connect to prior knowledge). | I can determine the main idea of a text; recount the key details and explain how they support the main idea. | |
| I can, with prompting and support, describe the relationship between illustrations and the text. | I can distinguish between information provided by illustrations or other graphics and information provided by the words in a text. | I can explain how information in the text is connected (e.g., words-visuals, sequence "how-to" steps or events, connect cause-effect, compare-contrast facts). | I can create a "how-to" steps in sequence that others can read and follow. | |

| EL | | | | |
|---|---|---|---|---|
| A successful EL level 1 student can point to a picture or single word to ask or respond to questions about who or what is happening in the text, with prompting and support. | A successful EL level 2 student can locate or give a key detail from a simple text that asks or answers a who, what, when, where text-dependent question. | A successful EL level 3 student can locate or give key details from texts that asks or answers a who, what, when, where text-dependent question. | A successful EL level 4 student can ask and answer various explicit text-dependent questions by citing specific textual evidence. | ELP Standard- EL.R.K.1, EL.R.1.1, EL.R.2.1 |

ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

ELA PERFORMANCE-BASED ASSESSMENT

A successful student can engage in large- and small-group research/inquiry to investigate topics of shared interest and to interpret, integrate, and present information.

## ELA

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can begin to participate in shared research and writing projects (e.g., explore a number of books by a favorite author and express opinions about them. | I can participate in shared research and writing projects (e.g., explore a number of "how-to" books on a given topic and use them to write a sequence of instructions.) | I can participate in shared research and writing projects (e.g., read a number of books on a single topic to produce a report: record science observations.) | I can collaborate to create a shared research or complex writing project. | CL.SL.p4.1, CL.W.p4.4, CL.W.p4.5, W.1.5, W.1.6, W.1.7, W.1.8, W.1.10, W.2.5, W.2.6, W.2.10 |
| I can recall information from my own experiences to answer questions. | I can recall information from experiences or gather information from provided sources to answer a question. | I can research from provided sources to answer a research question. | I can use my own research to solve a real-world problem. | |
| I can participate in conversations with a peer or adult about a story I heard. | I can participate in conversations with a peer or adult about a story I read. | I can participate in collaborative conversations with diverse partners (peers and adults) about grade level text. | I can participate in collaborative conversations with diverse partners and communicate my point of view about a text I read. | |

## EL

| | | | | |
|---|---|---|---|---|
| A successful EL level 1 student can draw or point to pictures to describe familiar people, places, things, and/or events or remain in silent period absorbing surroundings. | A successful EL level 2 student can draw, point and/or produce one- or two-word descriptions of familiar people, places, things and/or events with prompting and support. | A successful EL level 3 student can present multiple simple sentences to describe familiar people, places, things and/or events with some prompting and support. | A successful EL level 4 can describe familiar people, places, things and/or events using multiple complete sentences. | ELP Standard- EL.SL.K.4, EL.SL.1. 4, EL.SL.2.4 |

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM



**PRE-K-2**

## A successful student can speak effectively to express ideas for a variety of purposes.

| ELA | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can speak audibly and express thoughts, feelings, and ideas clearly. | I can speak with appropriate volume, enunciation, and rate in order to express thoughts, feelings, and ideas clearly. | I can produce short complete sentences when appropriate to task and situation in order to provide requested detail or clarification. | I can produce multiple complete sentences when appropriate to task and situation in order to provide requested detail or clarification. | CL.SL.p4.1, CL.SL.p4.1a, CL.SL.p4.1b, CL.SL.p4.4, CL.SL.p4.3, SL.1.1, SL.1.2, SL.1.3, SL.1.4, SL.1.7, SL.1.8, SL.2.1, SL.2.2, SL.2.3, SL.2.6, SL.2.7, SL.2.8, ELP Standard-EL.SL.K.6, EL.SL.1. 6, EL.SL.2.6 |
| I can use frequently occurring nouns and verbs in speech. | I can use common, proper, and possessive nouns when speaking. | I can use collective nouns when speaking. | I can use multiple collective nouns when speaking. | |
| I can form regular plural nouns orally by adding /s/ or /es/ (e.g., dog, dogs; wish, wishes). | I can use personal, possessive and indefinite pronouns when speaking. | I can produce short complete simple and compound sentences. | I can produce complete simple and compound sentences. | |
| I can use words and phrases acquired through conversations, reading and through being read to. | I can use words and phrases acquired through conversations, reading and being read to, and responding to texts, including using frequently-occurring conjunctions to signal simple relationships. | I can use words and phrases acquired through conversations, reading and being read to, and responding to texts, including using adjectives and adverbs to describe. | I can use multisyllable words and phrases acquired through conversations, reading and being read to, and responding to texts, including using adjectives and adverbs to describe. | |
| I can use details to describe familiar people, places, things, and or events with prompting and support. | I can use relevant details to describe people, places, things, and events expressing ideas and feelings clearly. | I can tell a story or recount an experience with appropriate facts and relevant, descriptive details, speaking with appropriate volume, enunciation, and rate in coherent sentences. | I can tell a complex story or recount an experience with multiple appropriate facts and relevant, descriptive details, speaking with appropriate volume, enunciation and rate in coherent sentences. | |

| EL | | | | |
|---|---|---|---|---|
| A successful EL level 1 student can nod for "yes" and "no," draw, and/or point to express thoughts, feelings or ideas or remain in silent period absorbing surroundings. | A successful EL level 2 student can draw, point and/or produce with appropriate volume a one- or two-word phrase to express thoughts, feelings or ideas with prompting and support. | A successful EL level 3 student can present multiple simple sentences to express thoughts, feelings and/or ideas with appropriate volume, enunciation and/or rate with some prompting and support. | A successful EL level 4 student can produce multiple complete sentences with appropriate volume, enunciation, and rate to express thoughts, feelings and ideas. | ELP Standard-EL.SL.K.6, EL.SL.1. 6, EL.SL.2.6 |

**ELA PERFORMANCE-BASED ASSESSMENT**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

ELA PERFORMANCE-BASED ASSESSMENT

A successful student can listen, view, and interpret information from a variety of sources, in order to make meaning and respond effectively.

**ELA**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can confirm understanding of a text read aloud or information presented orally or through other media by asking and answering questions about key details and requesting clarification if something is not understood. | I can ask and answer questions about key details in a text read aloud or information presented orally or through other media. | I can recount or describe key ideas or details from a text read aloud or information presented orally or through other media. | I can recount or describe main key ideas or multiple details from a text read aloud or information presented orally or through other media. | ELP Standard- EL.SL.K.2, EL.SL.1. 2, EL.SL.2.2 |
| I can begin to follow agreed-upon rules for discussions (e.g., listening to others and taking turns speaking about topics and texts under discussion). | I can follow agreed-upon rules for discussions (e.g., listening to others and taking turns speaking about the topics and texts under discussion). | I can consistently follow agreed-upon rules for discussion (e.g., gaining the floor in respectful ways, listening to others with care, speaking one at a time about topics and texts under discussion). | I can consistently follow agreed-upon rules for discussion (e.g., gaining the floor in respectful ways, listening to others with care, speaking one at a time about topics and texts under discussion and remain focused on topic). | |

**EL**

| | | | | |
|---|---|---|---|---|
| A successful EL level 1 student can nod for "yes" and "no," draw and point with minimal comprehension or remain in silent period absorbing surroundings. | A successful EL level 2 student can produce one- or two-word responses with limited comprehension and ask basic who or what clarification questions with prompting and support. | A successful EL level 3 student can recount and/or produce answers about key details showing basic comprehension of read-alouds or oral information. | A successful EL level 4 student can recount or describe multiple key ideas or details from a text read aloud or information presented orally or through other media. | ELP Standard- EL.SL.K.2, EL.SL.1. 2, EL.SL.2.2 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



**PRE-K-2**

## A successful student can draw/dictate/write to compose informative texts that convey information on specific topics.

| ELA | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can use a combination of drawing, dictating and writing to compose informative/explanatory texts in which I name what I am writing about and supply some information about the topic. | I can write informative/explanatory texts in which I name a topic, supply some facts about the topic and provide some sense of closure. | I can write informative/explanatory text in which I introduce a topic, use facts and definitions to develop points and provide a concluding statement or section. | I can write informative/explanatory texts to examine a topic with facts, definitions and details; convey ideas and information clearly; use linking words and phrases (e.g., also, another, and, more, but) to connect ideas within categories of information; and provide a concluding statement or section. | CL.W.p4.1, CL.W.p4.3, CL.W.p4.4, W.1.2, W.1.3, W.1.5, W.1.8, W.1.10, W.2.2, W.2.7, W.2.8, W. 2.11 |
| **EL** | | | | |
| A successful EL level 1 student can dictate, draw or write to express information using drawings, symbols, letters or words, with support. | A successful EL level 2 student can write to express information and ideas using drawings, symbols, letters and words, with support. | A successful EL level 3 produce writing that supports grammatical structures and basic conventions that are appropriate to task and purpose with minimal guidance and support. | A successful EL level 4 student can produce writing that includes organization with a developing range of sentence patterns, conventions and vocabulary that is appropriate to task and purpose. | ELP Standard- EL.PK.W.PI.8, EL.W.3.4 |

ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

ELA PERFORMANCE-BASED ASSESSMENT

**A successful student can examine a topic or text(s) and apply organizational strategies to support a personal opinion with drawing/dictating/writing.**

### ELA

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can use a combination of drawing, dictating, and writing to compose opinion pieces in which, they tell a reader the topic or the name of the book I am writing about and state an opinion or preference about the topic or book. | I can write an opinion piece in which I introduce the topic or name the book I am writing about, state an opinion, supply a reason for the opinion, and provide some sense of closure. | I can write an opinion piece in which I introduce the topic or book I am writing about, state an opinion, supply reasons that support the opinion. | I can write opinion pieces on topics or texts, supporting a point of view with reasons, and using linking words and phrases (e.g., because, therefore, since, for example) to connect opinion and reasons and a concluding statement or section. | W.1.1, W.1.5, W.1.10, W.2.1, W.2.3, W.2.7 |

### EL

| | | | | |
|---|---|---|---|---|
| A successful EL level 1 student can dictate, draw or write to express opinions information using drawings, symbols, letters or words, with support. | A successful EL level 2 student can write to express personal opinions and ideas using drawings, symbols, letters and words, with support. | A successful EL level 3 produces writing that supports grammatical structures and basic conventions that are appropriate to task and purpose with minimal guidance. | A successful EL level 4 student can produce writing that includes organization with a developing range of sentence patterns, conventions, and vocabulary that is appropriate to task and purpose. | ELP Standard- EL.PK.W.PI.8, EL.W.3.4 |

78

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND**
**PRE-K-2**

# HGSS

**PRIORITY:** A successful student can describe how people have tried to improve their communities over time and draw conclusions about how choices have consequences.

| HGSS | History | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify necessary parts of my school/community. | I can explain why my school/community are important. | I can describe how people have tried to improve our school/community. | I can evaluate the changes that have been made in our school/community. | Standard 1: Benchmark 1.1, 1.2, 1.3, 1.4, 1.5 |
| I can identify choices and consequences in my life. | I can explain choices and consequences in my life. | I can recognize and evaluate significant choices and consequences that have impacted my life. | I can explain and evaluate significant choices and consequences that have impacted my future. | |
| I can identify changes in my school/community. | I can explain changes in my school/community. | I can recognize and evaluate significant changes in my community. | I can analyze significant changes in my community. | |
| I can identify improvements in my school/community. | I can explain improvements in my school/community. | I can recognize and evaluate improvements in my community. | I can analyze improvements in my community. | |

**PRIORITY:** A successful student can describe roles and responsibilities of people in authority to recognize and evaluate relationships.

| HGSS | Civics/Government | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify people of authority in my family. | I can identify people of authority in my school. | I can identify people of authority in my community. | I can identify people of authority in my state. | Standard 2: Benchmark 2.1, 2.2, 2.3, 2.4 |
| I can identify responsibilities for myself. | I can explain responsibilities for family members and peers. | I can explain responsibilities of people in authority. | I can compare responsibilities of people in authority. | |
| I can identify roles for myself and family members. | I can explain roles for people at school. | I can explain roles for people in authority. | I can explain how all people play important role in the community. | |

HGSS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



HGSS PERFORMANCE-BASED ASSESSMENT

**PRIORITY:** A successful student can compare perspectives of people in the past to those of people in the present and investigate and connect relationships to make a claim using evidence

| HGSS | History | | | |
|------|---------|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can tell a story about myself. | I can identify who is telling a story. | I can identify the perspective of a story or informational text. | I can identify multiple perspectives of a story or informational text. | Standard 3: Benchmark 3.1, 3.2, 3.3, 3.4 |
| I can tell about something that happened in the past. | I can explain a past event. | I can explain an event from the past with details. | I can evaluate an event from the past and explain positive and negative impacts. | |
| I can tell about something that is happening now. | I can explain a current event. | I can explain a current event with details. | I can evaluate a current event and explain positive and negative impacts. | |
| I can compare different stages of my own life. | I can compare different stages of my family/school. | I can compare an event from the past to a current event with evidence of positive and negative impacts. | I can compare and analyze a past and present event in society. | |

**PRIORITY:** A successful student can describe the goods and services people in the local community produce and those that are produced in other communities to analyze and draw conclusions about continuity and change over time.

| HGSS | Economics | | | |
|------|-----------|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify wants and needs. | I can explain how wants and needs are met. | I can compare goods and services. | I can identify the benefits and costs of making personal decisions. | Standard 4: Benchmark 4.1, 4.2, 4.3, 4.4 |
| I can list resources I have at home. | I can identify resources I have at school. | I can explain resources in our community. | I can explain resources in our state. | |
| I can identify goods. | I can compare goods and services. | I can describe goods and services produced in my community and other communities. | I can analyze how goods and services produced in my community and other communities have changed over time. | |
| I can tell how the things I use and need change over time. | I can explain how goods and services change in a community. | I can compare how goods and services have changed over time. | I can analyze why goods and services have changed over time. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
80                                        Kansas State Department of Education | www.ksde.org





PRE-K-2

**PRIORITY:** A successful student can use maps, graphs, photographs, and other representations to describe places important to them and the relationships and interactions that shape these places to analyze continuity and change over time.

| HGSS | Geography | | | |
|------|-----------|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can draw a picture of a familiar place. | I can use a map key to locate places on a map. | I can construct maps, graphs and representations of familiar places. | I can compare maps, graphs, photographs and representations of places. | Standard 5: Benchmark 5.1, 5.2, 5.3, 5.4 |
| I can tell about a place that is important to me. | I can describe a place that is important to me with details. | I can explain how places change. | I can compare places from different time periods. | |
| I tell how weather impacts me and my school. | I can explain how weather, climate and other environmental factors impact my school/community. | I can explain how weather, climate and other environmental factors impact places and regions. | I can explain how cultures impact places and regions. | |
| I can give examples of how I have changed. | I can explain how my school/ community has changed. | I can analyze changes in places in my school/community. | I can draw conclusions about changes in my school/community. | |

**EXTENDED:** A successful student can generate questions about individuals and groups who have shaped a significant historical change to investigate and connect examples of choices and consequences within contemporary issues.

| HGSS | History | | | |
|------|---------|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can answer simple questions about myself. | I can answer questions about others. | I can ask questions about individuals and groups. | I can classify and evaluate questions to ask individuals and groups. | Standard 1: Benchmark 1.1, 1.2, 1.3, 1.4, 1.5 |
| I can identify important people in my life. | I can explain the roles of significant people in our school. | I can explain the roles of significant people in our community. | I can explain the roles of significant people in our state. | |
| I can identify choices and consequences in my life. | I can explain choices and consequences in my life. | I can recognize and evaluate significant choices and consequences that have impacted my life. | I can explain and evaluate significant choices and consequences that have impacted my future. | |
| I can sort things that happened in the past and present. | I can compare things that happened in the past and present. | I can explain how choices have impacted consequences of past and present events. | I can analyze past and present events to explain choices and consequences. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

HGSS PERFORMANCE-BASED ASSESSMENT



**HGSS PERFORMANCE-BASED ASSESSMENT**

**EXTENDED:** A successful student can describe how communities work to accomplish common tasks, establish responsibilities, and fulfill roles of authority to draw conclusions and evaluate the rights and responsibilities of people living in that society.

| HGSS | History | | | |
|------|---------|--|--|--|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify people of authority in my family. | I can identify people of authority in my school. | I can identify people of authority in my community. | I can identify people of authority in my state. | Standard 2: Benchmark 2.1, 2.2, 2.3, 2.4 |
| I can identify responsibilities for myself. | I can explain responsibilities for family members and peers. | I can evaluate responsibilities of people in authority. | I can analyze responsibilities of people in authority. | |
| I can identify rights for myself. | I can explain rights for family members and peers. | I can evaluate rights of people in a community. | I can analyze rights of people in a community. | |
| I can share, take turns, follow rules, and work together to make decisions in our classroom. | I can give examples of democratic practices (fairness, respect, equality, voting). | I can describe democratic practices (fairness, respect, equality, voting) and draw conclusion on how these impact a community. | I can compare different types of democratic practices (democracy, dictatorship, anarchy) and draw conclusion on how these impact a community. | |

**EXTENDED:** A successful student can generate questions about individuals and groups who have shaped a significant historical change to acquire and organize information describing relationships between historical and contemporary events.

| HGSS | History | | | |
|------|---------|--|--|--|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can answer simple questions about myself. | I can answer questions about others. | I can ask questions about individuals and groups. | I can classify and evaluate questions to ask individuals and groups. | Standard 3: Benchmark 3.1, 3.2, 3.3, 3.4 |
| I can tell about something that happened in the past. | I can explain a past event. | I can explain an event from the past with details. | I can evaluate an event from the past and explain positive and negative impacts. | |
| I can tell about something that is happening now. | I can explain a current event. | I can explain a current event with details. | I can evaluate a current event and explain positive and negative impacts. | |
| I can sort things that happened in the past and present. | I can compare things that happened in the past and present. | I can describe with detail the relationship between a past and present event. | I can make connections about relationships between past and present events. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



**PRE-K-2**

**EXTENDED:** A successful student can describe why people in one region trade goods and services with people in another region and the impact of goods and services on individuals and communities to connect continuity and change to a contemporary issue.

| HGSS Economics | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify goods from the past and present. | I can compare goods and services from the past and present. | I can describe goods and services produced in my community and other communities from past and present. | I can analyze how goods and services from my community and other communities have changed over time. | Standard 4: Benchmark 4.1, 4.2, 4.3, 4.4 |
| I can tell where I live (address, city). | I can explain where I live (city, state) and compare it to another community. | I can compare goods and services produced in different regions. | I can compare goods and services produced in different parts of the world. | |
| I can identify changes in my life/family based on economic issues (money, savings, goods, services). | I can identify changes in my school/community based on economic issues (money, savings, goods, services). | I can identify changes causing a local issue today based on economic issues (money, savings, goods, services). | I can evaluate changes causing a local issue today based on economic issues (money, savings, goods, services). | |

**EXTENDED:** A successful student can describe how human activities affect the cultural and environmental characteristics of places or regions to investigate and connect relationships within contemporary issues.

| HGSS Geography | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can sort different types of communities. | I can describe how people in different types of communities live. | I can compare how people in different types of communities live. | I can evaluate how people in different types of communities live. | Standard 5: Benchmark 5.1, 5.2, 5.3, 5.4 |
| I can sort human characteristics (language, religion, politics, economics). | I can give examples of human characteristics (language, religion, politics, economics). | I can describe how human characteristics (language, religion, politics, economics) connect to the cultural of a region. | I can analyze how human characteristics (language, religion, politics, economics) connect to the cultural of a region. | |
| I can sort geographic characteristics (landforms, climate, resources). | I can give examples of geographic characteristics (landforms, climate, resources) in my school/community. | I can describe geographic characteristics (landforms, climate, resources) of different regions. | I can analyze geographic characteristics (landforms, climate, resources) of different regions. | |
| I can identify changes in my life/family based on human and geographic characteristics (movement of people, language, environment, land). | I can identify changes in my school/community based on human and geographic characteristics (movement of people, language, environment, land). | I can identify changes causing a local issue today based on human and geographic characteristics (movement of people, language, environment, land). | I can evaluate changes causing a local issue today based on geographic characteristics (movement of people, language, environment, land). | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

HGSS PERFORMANCE-BASED ASSESSMENT

GRADE BAND

# PRE-K-2

EL HGSS PERFORMANCE-BASED ASSESSMENT

# English Language (EL) HGSS

It is important to recognize that students who receive ESOL Services have equitable access to all instructional opportunities and activities offered to their peers. Their participation in core content with individualized accommodations, modifications, and supports makes it possible for them to do so. Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. All students are taught academic content for their enrolled grade level. Competencies for this population are the same as for students following the general education curriculum. However, the measurement tables for this population align to The Kansas Standards for English Learners. These standards create a foundation upon which successful English language instruction is built. The premise of these standards is supporting individual students to gain a level of proficiency with the English language that allows them to be highly successful in obtaining grade level academic standards in as short of time as possible. Both social English and academic English are required to attain mastery of the English language and of school success. These standards below frame expectations of "what students need to know and be able to do" from a level 1 to level 4 of English fluency and how that relates to a mastery level.

**Special Note:** These standards are grade banded and overarching. Some competencies are designed with the end in mind. Therefore, a student in Pre-K-1st grade may be at a level 1 or 2, but is expected to progress to a level 3 or 4 by grade 2.

| HGSS | EL | | | |
|---|---|---|---|---|
| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
| A successful level 1 EL student can begin to read a decodable text read while relying on picture clues with prompting and support. | A successful level 2 EL student can read decodable text while relying on picture clues for accuracy and understanding with prompting and support. | A successful level 3 EL student can read emergent-reader text while using context to confirm understanding with minimal prompting and support. | A successful level 4 EL student can read on-level texts with some purpose and understanding by rereading when necessary. | EL.RF.4 |
| A successful level 1 student can point to a picture or single word to ask or respond to questions about who or what is happening in the text, with prompting and support. | A successful level 2 EL student can locate or give a key detail from a simple text that asks or answers a who, what, when, where text-dependent question with prompting and support. | A successful level 3 EL student can identify details in a text which prompt a clarifying question and/or answer explicitly who, what, when, where, why, how text-dependent questions with minimal support. | A successful level 4 EL student can ask and answer various explicit text-dependent questions by citing specific textual evidence. | EL.R.1 |
| A successful level 1 EL student can select a picture or illustration depicting the reasoning with prompting and support | A successful level 2 EL student can select a picture supporting the reasoning. Label picture with a single word or phrase with prompting and support | A successful level 3 EL student can identify one response to support text dependent questions with minimal prompting and support | A successful level 4 EL student can identify two reasoning responses to support text dependent questions. | EL.R.1.8, 2.8 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

 NAVIGATING CHANGE· KANSAS' GUIDE TO LEARNING AND· SCHOOL SAFETY OPERATIONS

 **PRE-K-2**

| HGSS | EL | | | |
|------|-----|-----|-----|-----|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can sort common objects into categories with prompting and support. | A successful level 2 EL student can sort common objects into categories with some prompting and support. Identify real-life connections between words and their uses with prompting and support. | A successful level 3 EL student can sort common objects into categories identifying similar attributes with minimal prompting and support. Identify real-life connections between words and their uses with minimal prompting and support. | A successful level 4 EL student can explore HGSS relationships in real world situations. | EL.R.12 |
| A successful level 1 EL can point to a picture or single word to ask or respond to questions about who or what is happening in the text with prompting and support. | A successful level 2 EL student can actively engage in individual or group readings with some purpose and understanding with prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with some purpose and understanding with minimal prompting and support. | A successful level 4 EL student can actively engage in individual or group readings with some purpose and understanding. | EL.R.13 |
| A successful level 1 EL student can scribble, draw pictures, and copy key words and phrases with prompting and support. | A successful level 2 EL student can print or copy some key words and phrases. Insert key words within a sentence frame during shared language activities. Recognize question words. Write a simple sentence with support. | A successful level 3 EL student can recognize and write key HGSS vocabulary. Produce and begin to explain their reasoning using simple and compound sentences with minimal support. | A successful level 4 EL student can begin to write using HGSS vocabulary. Produce, expand, and explain their reasoning using complete simple and compound sentences. | EL.W.10 |
| A successful level 1 EL student can nod for "yes" and "no," draw, and point with minimal comprehension with prompting and support or remain in silent period absorbing surroundings. | A successful level 2 EL student can produce one or two word responses with limited comprehension with prompting and support. | A successful level 3 EL student can follow rules for discussions and participate in most conversations through some exchanges. Ask for clarification when needed with minimal prompting and support. | A successful level 4 EL student can follow rules for discussions and participate in conversations through multiple exchanges. Ask for clarification when needed. | EL.SL.1 |
| A successful level 1 EL student can nod for "yes" and "no," draw, and point to obtain information with prompting and support or remain in silent period absorbing surroundings. | A successful level 2 EL student can produce one or two word questions and/or responses to obtain information or clarify something that is not understood with prompting and support. | A successful level 3 EL student can produce simple questions and/or responses to seek help, get information, and/or clarify something that is not understood with minimal prompting and support. | A successful level 4 EL student can ask and answer low level questions in order to seek help, get information, or clarify something that is not understood. | EL.SL.3 |

**EL HGSS PERFORMANCE-BASED ASSESSMENT**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

EL HGSS PERFORMANCE-BASED ASSESSMENT

| HGSS | EL | | | |
|------|-----|------|------|------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can draw or point to pictures to describe familiar people, places, things, and/or events with prompting and support or remain in silent period absorbing surroundings. | A successful level 2 EL student can draw, point, and/or produce one or two word descriptions of familiar people, places, things, and/or events with prompting and support. | A successful level 3 EL student can present simple sentences to describe familiar people, places, things, and/or events with minimal prompting and support. | A successful level 4 EL student can describe familiar people, places, things, and/or events using complete sentences. | EL.SL.4 |
| A successful level 1 EL student can nod for "yes" and "no," draw, and/or point to pictures repeating names of frequently used words or remain in silent period absorbing surroundings. | A successful level 2 EL student can acquire HGSS words and add to a personal HGSS vocabulary bank with prompting and support. | A successful level 3 EL student can use HGSS words through a range of situations with minimal prompting and support. | A successful level 4 EL student can use HGSS words and phrases acquired through HGSS conversations, reading and being read to, and responding to HGSS concepts. | EL.SL.8 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**PRE-K-2**

# Mathematics

Students must be engaged with the eight Standards for Mathematical Practice throughout the instruction of the mathematical content:

1. Make sense of problems and persevere in solving them.
2. Reason abstractly and quantitatively.
3. Construct viable arguments and critique the reasoning of others.
4. Model with mathematics.
5. Use appropriate tools strategically.
6. Attend to precision.
7. Look for and make use of structure.
8. Look for and express regularity in repeated reasoning.

## Counting and Cardinality

**Overarching Competency:** A successful student can demonstrate an understanding of numbers with proficiency to rote count, order, compare, subitize, match objects to and write numbers.

**PRIORITY:** A successful student can rote count, identify and write numerals (within a given range).

| Mathematics | Counting and Cardinality | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can rote count to 30, to 100 to 120. | | | | Pre-K.CC.1, 3, K.CC.1, 2, 1.NBT.1 |
| I can identify numbers to 10, identify and write numbers to 20, identify and write numbers to 120. | | | | Pre-K.CC.2, K.CC.2, 1.NBT.1 |

MATHEMATICS PERFORMANCE BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRIORITY:** A successful student can demonstrate the relationship between numbers and quantities starting with concrete representations and moving to the abstract (within a given range).

| Mathematics | Counting and Cardinality | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can accurately match objects to rote counting with one-to-one correspondence. | | | | Pre-K.CC.4, K.CC.4 |
| I can identify the number of concrete objects in various configurations to 10 and concrete and pictorial objects in various configurations to 20. | I can represent a given number with concrete objects. | | | Pre-K.CC.5, K.CC.5 |

**PRIORITY:** A successful student can compare numbers (within a given range).

| Mathematics | Counting and Cardinality | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can subitize objects to five. | I can identify greater than, less than, equal to within two groups of objects up to 10. | | | Pre-K.CC.7 Pre-K.CC.6, K.CC.6 |
| | I can compare written numbers to five and numbers to 10. | | | Pre-K.CC.8, Pre-K.CC.7 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

86

MATHEMATICS PERFORMANCE-BASED ASSESSMENT

PRE-K-2



PRE-K-2

# Numbers in Base Ten

**Overarching Competency:** A successful student can demonstrate the ability to think flexibly about whole numbers and will be able to represent quantities with an understanding of place value.

**PRIORITY:** A successful student can demonstrate an understanding of composing and decomposing numbers (within a given range) using manipulatives, drawings and equations.

| Mathematics | Numbers in Base Ten | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can compose teen numbers. | I can compose teen numbers in multiple concrete or pictorial ways. | I can compose teen numbers in multiple concrete or pictorial ways and formulate an equation to record the composition. | | K.NBT.1 |
| I can decompose teen numbers in multiple concrete or pictorial ways. | I can decompose teen numbers in multiple concrete or pictorial ways. | I can decompose teen numbers in multiple concrete or pictorial ways and formulate an equation to record the decomposition. | | K.NBT.1 |

**PRIORITY:** A successful student will begin to demonstrate an understanding of whole number relationships and place value, including grouping 10s and ones.

| Mathematics | Numbers in Base Ten | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can explain what tens/ones represent within teen numbers. | | | | 1.NBT.2, 2a |
| | I can identify patterns in teen numbers and numbers with a zero (up to 100). | | | 1.NBT.2b, 2c |
| | I can compose teen numbers. | I can flexibly compose teen numbers in multiple concrete or pictorial ways. | | 1.NBT.2d |
| | I can decompose teen numbers. | I can flexibly decompose teen numbers in multiple concrete or pictorial ways. | | 1.NBT.2d |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

MATHEMATICS PERFORMANCE-BASED ASSESSMENT



**PRIORITY:** A successful student can rote count, identify, compare and write numbers (within a given range).

| Mathematics | Numbers in Base Ten | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can rote count within 1,000. | I can skip count by 2s, 5s, 10s within 1,000 and explain the pattern. | | | 2.NBT.2 |
| I can identify and write numbers to 1,000. | I can relate numbers to 1,000 using expanded form, unit form, base-10 numerals. | | | 2.NBT.3 |
| | I can compare two-digit numbers and three-digit numbers and report using relational symbols. | | | 1.NBT.3, 2.NBT.3 |

MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



**PRIORITY:** A successful student can show an understanding of place value and properties of operations to add and subtract in various ways (concrete models, equations, mental math).

| Mathematics | | Numbers in Base Ten | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| | I can add within 100 using concrete models, mental math, drawing and strategies. | I can add within 100 using concrete models, drawing and strategies and connect the strategy chosen to a written method. | I can add within 100 using concrete models, drawing and strategies, connect the strategy chosen to a written method and explain my reasoning. | 1.NBT.4, 4a, 4b, 4c, 5 |
| | I can subtract multiples of 10 (between 10-90) using concrete models, mental math, drawing and strategies. | I can subtract multiples of 10 (between 10-90) using concrete models, drawing and strategies and connect the strategy chosen to a written method. | I can subtract multiples of 10 (between 10-90) using concrete models, drawing and strategies and connect the strategy chosen to a written method and explain my reasoning. | 1.NBT. 5, 6 |
| | I can add up to four two-digit numbers using strategies based on place value and properties of operations. | | | 2.NBT.6 |
| | I can add within 1,000 using concrete models, mental math, drawing and strategies based on place value, properties of operations and/or the relationship between addition/subtraction. | I can add within 1,000 using concrete models, mental math, drawing and strategies based on place value, properties of operations and/or the relationship between addition/subtraction connect the strategy chosen to a written method. | I can explain my reasoning for why addition strategies worked using place value and the properties of operations and may support my answer with drawing or objects. | 2.NBT.7, 8, 9 |
| | I can subtract within 1,000 using concrete models, mental math, drawing and strategies based on place value, properties of operations and/or the relationship between addition/subtraction. | I can subtract within 1,000 using concrete models, mental math, drawing and strategies based on place value, properties of operations and/or the relationship between addition/subtraction connect the strategy chosen to a written method. | I can explain my reasoning for why subtraction strategies work using place value and the properties of operations and may support my answer with drawing or objects. | 2.NBT.7, 8, 9 |

MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*


**PRE-K-2**

# Operations and Algebraic Thinking

**Overarching Competency:** A successful student can demonstrate the ability to think flexibly about whole numbers and will be able to represent quantities with an understanding of place value.

**PRIORITY:** A successful student can demonstrate an understanding of addition and subtraction with the use of objects, images or sounds.

| Mathematics | Operations and Algebraic Thinking | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can demonstrate and represent addition and subtraction by using objects, fingers, drawings, sounds, expressions or equations. | I can use addition and subtraction within 100 to solve word problems involving situations of adding to, taking from or apart and comparing. | I can fluently add and subtract numbers within 10 using mental strategies and working with equal groups of objects. | I can fluently add and subtract numbers within 20 using mental strategies and working with equal groups of objects. | Pre-K.OA.1, K.OA.1, K.OA.2, 1.OA.1, 2, 1.OA.5, 2.OA.1, 1.OA.6, 2.OA.2 |
| I can compose or decompose numbers, up to five, into pairs in more than one way. | I can identify real-world patterns in numbers | I can decompose numbers up to 10 in pairs by using objects or drawings. | | Pre-K.OA.2, K.OA.4, Pre-K. OA.3, K.OA.3 |
| | | I can fluently add and subtract numbers up to five. | | K.OA.5 |

**PRIORITY:** A successful student will be able to apply properties of operation and the relationship between addition and subtraction.

| Mathematics | Operations and Algebraic Thinking | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| | | I can apply properties of operation as strategies to add and subtract. | | 1.OA.3, 4, 5 |

MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



**PRE-K-2**

**PRIORITY:** A successful student will identify equal groups of objects to gain foundations for multiplication.

| Mathematics | Operations and Algebraic Thinking | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| | I can determine odd or even numbers by pairing objects or counting by 2. 2.OA.3 | I can use addition to find total number of objects arranged in a 5x5 table. 2.OA.4 | I can work write an equation to express a sum of two groups of objects. 2.OA.3, 4 | 2.OA.3, 4 |

**EXTENDED:** A successful student will be able to solve equations using addition and subtraction.

| Mathematics | Operations and Algebraic Thinking | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| | | I can understand and solve equations involving addition and subtraction to determine if they are true or false. | | 1.OA.7, 8 |

MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



MATHEMATICS PERFORMANCE-BASED ASSESSMENT

# Measurement and Data

**Overarching Competency:** A successful student can demonstrate the ability to think flexibly about whole numbers and will be able to represent quantities with an understanding of place value.

**PRIORITY:** A successful student can describe and compare objects using measurable attributes.

| Mathematics | Measurement and Data | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| | I can describe and compare objects using measurable attributes. | I can compare two objects, with measurable attributes, to see which object has more or less of the attribute. | | Pre-K MD.1, 2 K MD.1, 2 |

**PRIORITY:** A successful student will measure and estimate lengths in standard units.

| Mathematics | Measurement and Data | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can measure the length of an object by selecting the proper tool. | I can order three objects by comparing the lengths of two objects indirectly with a third. | I can express the length of an object by using multiple copies of a shorter object laid end to end. | I can measure and estimate measurement of objects using different length units. | 1 MD.1, 2 2 MD.1, 2, 3, 4 |

**EXTENDED:** A successful students will demonstrate the ability to represent and analyze data.

| Mathematics | Measurement and Data | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| | I can collect and sort objects into categories based on count (up to 10) (extended). | I can tell time on analog and digital clocks to the nearest five minutes (extended). | | Pre-K MD.3, 4, K MD.3, 1 MD.3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

94



**EXTENDED:** A successful student will be able to classify and interpret data within multiple categories.

| Mathematics | Measurement and Data | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| | | I can organize and represent data into categories and answer questions about multiple data points (extended). | | 1.MD.4, 2.MD.6 |

**EXTENDED:** A successful student will be able to use addition and subtraction to solve problems using length while also interpreting and creating data points in multiple units.

| Mathematics | Measurement and Data | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| | I can identify coins and bills and their values. | I can measure to determine how much longer one object is from another. | I can create a line plot using measured lengths of multiple objects (extended). | 2.MD.4, 2.MD.9, 2.MD.10 |
| | | I can use addition and subtraction, up to 100, to solve word problems involving length in the same units. | I can draw bar and picture graphs to represent data (up to four categories) and compare data using graph (extended). | 2.MD.5, 2.MD.11 |
| | | I can represent whole numbers on a number line equally spaced within 100. | | 2.MD.6 |
| | | I can solve word problems involving money. | | 2.MD.8 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

MATHEMATICS PERFORMANCE-BASED ASSESSMENT

# Geometry

**Overarching Competency:** A successful student can demonstrate the ability to investigate the characteristics and properties of two and/or three-dimensional geometric shapes and apply transformations and symmetry in geometric situations.

**PRIORITY: A successful student will identify and describe shapes.**

| Mathematics | Geometry | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can describe objects using names, shapes and relative positions to other objects. | I can correctly name shapes regardless of their orientation or overall size. | I can describe shapes as two-dimensional or three-dimensional. | | Pre-K.G.1, K.G.1, Pre-K.G.2, K.G.2, K.G.3 |

**EXTENDED: A successful student will be able to analyze, compare and compose two- or three-dimensional shapes by building, drawing or modeling.**

| Mathematics | Geometry | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| | I can analyze, compare and sort shapes of different sizes and orientations. | I can analyze and compare two- or three-dimensional objects in different sizes and orientations and also describe using informal language. | | Pre-K.G.3, K.G.4 |

**EXTENDED: A successful student will be able to distinguish attributes of shapes and partition shapes into equal parts.**

| Mathematics | Geometry | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| | I can distinguish between defining attributes versus non-defining attributes. | I can compose recognize and draw shapes with defining attributes. | I can compose shapes using different components and/or other shapes (extended). | 1.G.1, 1.G.2, 2.G.1, K.G.5, 6 |
| | | I can partition circles and rectangles into equal parts and use proper language to describe the parts (i.e. halves, fourths, etc. | | 1.G.3, 2.G.3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
96                                    Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



PRE-K-2

# Fact Fluency

**PRIORITY:** A successful student can demonstrate the ability to quickly and accurately verbalize and compute fact fluency (within a range of numbers).

| Mathematics | Fact Fluency | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| | | I can fluently add and subtract within. | | 5. K.OA.5 |
| | | I can apply mental strategies to fluently add within 20 and subtract within 10. | | 1.OA.6 |
| | | I can apply mental strategies to fluently add and subtract within 20. | I can connect knowledge of addition to beginning understanding of multiplication. | 2.OA.2 |
| | | I can fluently add and subtract within 100 by choosing and applying various strategies. | | 2.NBT.5 |

MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**EL MATHEMATICS PERFORMANCE-BASED ASSESSMENT**

# EL Mathematics

It is important to recognize that students who receive ESOL Services have equitable access to all instructional opportunities and activities offered to their peers. Their participation in core content with individualized accommodations, modifications, and supports makes it possible for them to do so. Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. All students are taught academic content for their enrolled grade level. Competencies for this population are the same as for students following the general education curriculum. However, the measurement tables for this population align to The Kansas Standards for English Learners. These standards create a foundation upon which successful English language instruction is built. The premise of these standards is supporting individual students to gain a level of proficiency with the English language that allows them to be highly successful in obtaining grade level academic standards in as short of time as possible. Both social English and academic English are required to attain mastery of the English language and of school success. These standards below frame expectations of "what students need to know and be able to do" from a level 1 to level 4 of English fluency and how that relates to a mastery level.

**Special Note:** These standards are grade banded and overarching. Some competencies are designed with the end in mind. Therefore, a student in Pre-K-1st grade may be at a level 1 or 2, but is expected to progress to a level 3 or 4 by grade 2.

| Mathematics | EL | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can read a numerical math problem with prompting and support. | A successful level 2 EL student can read decodable word problems while relying on picture clues for accuracy and understanding with some prompting and support. | A successful level 3 EL student can read emergent-reader text while using context to confirm understanding with minimal prompting and support. | A successful level 4 EL student can read on-level texts with some purpose and understanding by rereading when necessary. | EL.RF.4 |
| A successful level 1 student can point to a picture or single word to ask or respond to questions about who or what is happening in the text, with prompting and support. | A successful level 2 EL student can locate or give a key detail from a simple text that asks or answers a who, what, when, where text-dependent question with some prompting and support. | A successful level 3 EL student can identify details in a text which prompt a clarifying question and/or answer explicitly who, what, when, where, why, how text-dependent questions with minimal prompting and support. | A successful level 4 EL student can ask and answer various explicit text-dependent questions by citing specific textual evidence. | EL.R1 |
| A successful level 1 EL student can select a picture or illustration depicting the reasoning with prompting and support. | A successful level 2 EL student can select a picture supporting the reasoning. Label picture with a single word or phrase with some prompting and support. | A successful level 3 EL student can identify one response to support text dependent questions with minimal prompting and support. | A successful level 4 EL student can identify two reasoning responses to support text dependent questions. | EL.R.1.8, 2.8 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

98

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



**PRE-K-2**

| Mathematics | EL | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can sort common objects into categories with prompting and support. | A successful level 2 EL student can sort common objects into categories with some prompting and support. Identify real-life connections between words and their uses some prompting and support. | A successful level 3 EL student can sort common objects into categories identifying similar attributes with minimal prompting and support. Identify real-life connections between words and their uses with minimal prompting and support. (ex: addition/plus, subtract/minus/takeaway, multiply/ times) | A successful level 4 EL student can explore math relationships in real world situations. | EL.R.12 |
| A successful level 1 student can scribble, draw pictures, and copy some numbers with prompting and support. | A successful level 2 student can print or copy some numbers. Copy some number words. Insert number words within a sentence frame during shared language activities. Recognize question words. Write a simple sentence with some prompting and support. | A successful level 3 student can recognize and write common math vocabulary. Produce and begin to explain their reasoning using simple and compound sentences with minimal prompting and support. | A successful level 4 EL student can begin to create word problems using math vocabulary. Produce, expand, and explain their reasoning using complete simple and compound sentences | EL.W.10 |
| A successful level 1 EL student can nod for "yes" and "no," draw, and point with minimal comprehension with prompting and support or remain in silent period absorbing surroundings. | A successful level 2 EL student can produce one or two word responses with limited comprehension with some prompting and support. | A successful level 3 EL student can follow rules for discussions and participate in most conversations through some exchanges. Ask for clarification when needed with minimal prompting and support. | A successful level 4 EL student can follow rules for discussions and participate in conversations through multiple exchanges. Ask for clarification when needed. | EL.SL.1 |

EL MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

**EL MATHEMATICS PERFORMANCE-BASED ASSESSMENT**

| Mathematics | EL | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can nod for "yes" and "no," draw, and point to obtain information with prompting and support or remain in silent period absorbing surroundings. | A successful level 2 EL student can produce one or two word questions and/or responses to obtain information or clarify something that is not understood with some prompting and support. | A successful level 3 EL student can produce simple questions and/or responses to seek help, get information, and/or clarify something that is not understood with minimal prompting and support. | A successful level 4 EL student can ask and answer low level questions in order to seek help, get information, or clarify something that is not understood. | EL.SL.3 |
| A successful level 1 EL student can draw or point to pictures to describe math related concepts with prompting and support or stay in silent period absorbing surroundings. | A successful level 2 EL student can draw, point, and/or produce one or two word descriptions of math related concepts with some prompting and support. | A successful level 3 EL student can present simple sentences to describe math related concepts with minimal prompting and support. | A successful level 4 EL student can retell a math word problem or explain a math solution using math vocabulary. | EL.SL.4 |
| A successful level 1 EL student can nod for "yes" and "no," draw, and/or point to pictures repeating names of frequently used words with prompting and support or remain in silent period absorbing surroundings. | A successful level 2 EL student can acquire basic math words and add to a personal math vocabulary bank with some prompting and support. | A successful level 3 EL student can use math words through a range of situations with minimal prompting and support. | A successful level 4 EL student can use math words and phrases acquired through math conversations, reading and being read to, and responding to math concepts. | EL.SL.8 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**PRE-K-2**

# Science

**Performance Expectations:** Students are expected to demonstrate grade appropriate proficiency in developing and using models, planning and carrying out investigations, analyzing and interpreting data, constructing explanations and designing solutions, engaging in argument from evidence, and obtaining, evaluating, and communicating information. Students are expected to use these practices to demonstrate understanding of the core ideas.

## Physical Science:

### Engineering and Design

**PRIORITY:** A successful student will demonstrate proficiency with engineering and design skills, such as asking questions, making observations, sketching or drawing, and analyzing data across all sciences.

| Science | Physical Science: Engineering and Design | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can define a simple problem that can be solved. | I can define a simple problem that can be solved, ask questions and make observations. | I can define a simple problem that can be solved, ask questions and make observations to gather information about a situation people want to change. | I can develop a new or improved object or tool and analyze data from tests of two objects designed to solve the same problem to compare the strengths and weaknesses of how each performs. | K-2-ETS1.1, K-2-ETS1-2, K-2-ETS1-3, ELP standards: EL.SL.K.3, EL.SL.1.3, EL.SL.2.3 |
| I can explore objects (blocks, legos, playdough, etc., and how they work together to create a design. | I can develop a simple sketch or drawing to illustrate how the shape of an object helps it function as needed to solve a given problem. | I can use my sketch or drawing to develop a physical model to illustrate how the shape of an object helps it function as needed to solve a given problem. | I can use my physical model to plan/ carry out tests, and consider how a model can be improved. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

SCIENCE PERFORMANCE-BASED ASSESSMENT



**PRE-K-2**

SCIENCE PERFORMANCE-BASED ASSESSMENT

## Forces and Interactions

**PRIORITY:** A successful student will explore how pushes, pulls, gravity, magnetism and mechanical forces have different strengths, can change the speed or direction of an object's motion and can start or stop it.

| Science Physical Science: Forces and Interactions | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can explore the effects of common forces on objects (pushing a swing, pulling a wagon, kicking a ball, etc.). | I can plan and conduct investigations, planned by the teacher, with the effects of common forces on objects. | I can plan and conduct an investigation and compare the effects of common forces on objects. | I can create a design solution using common forces on objects and analyze the effects to determine if the design solution worked as intended to change the speed or direction of an object. | S.p3.1, S.p4.1, S.p4.2, PS2-2, K-PS2-1 ELP standards: EL.SL.K.3, EL.SL.1.3. |

## Waves

**EXTENDED:** A successful student will explore the properties of light and sound.

| Science Physical Science: Waves | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can explore the effects of objects on light (block, pass through, create shadows, redirect). | I can make observations and record the effects of light. | I can plan and conduct an investigation to determine the effect of placing objects made with different materials in the path of a beam of light. | I can use tools and materials to design and build a device that uses light or sound to solve the problem. | ELP standards: EL.R.1.1, EL.R.2.1 |
| I can explore materials that produce a variety of sounds (musical instruments, pots and pans, blocks, voices, etc. | I can make observations and record the effects of sound. | I can plan and conduct investigations to provide evidence that vibrating materials can make sound and that sound can make materials vibrate. | I can use tools and materials to design and build a device that uses light or sound to solve the problem. | |

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM



**PRE-K-2**

## Structures and Properties of Matter

**EXTENDED:** A successful student explores different kinds of matter and discovers many of them can be either solid or liquid, depending on temperature. Matter can be described and classified by its observable properties, different properties are suited to different purposes, and a great variety of objects can be built up from a small set of pieces.

| Science | Physical Science: Structures and Properties of Matter | | | |
|---------|-------------------------------------------------------|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can classify different kinds of materials by their observable properties (solid, liquid or gas). | I can describe that different properties (solid, liquid and gas) can be used for different purposes. | I can plan and conduct an investigation to describe and classify different kinds of materials by their observable properties (solid, liquid and gas). | I can analyze data obtained from testing different materials to determine which materials have the properties (solid, liquid and gas) that are best suited for an intended purpose. | 2-PS1-1, 2-PS1-3, 2-PS1-4, ELP standards: EL.R.K.12, EL.R.1.12, EL.R.2.12 |
| I can use small objects to design a new creation. (legos, blocks, playdough, etc. | I can construct and describe how a small set of objects can be disassembled and made into a new object. | I can make observations to construct an evidence-based account of how an object made of a small set of pieces can be disassembled and made into a new object. | I can use technical writing to write instructions on how to disassemble an object and use the pieces to reassemble something new. | |
| I can explore and observe how temperature can affect properties of matter. | I can describe how temperature can affect properties of matter. | I can plan and conduct and investigation to compare reversible and irreversible changes in matter. | I can construct an argument with evidence that some changes caused by heating or cooling can be reversed and some cannot. | |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**SCIENCE PERFORMANCE-BASED ASSESSMENT**

# Life Science:

Structure and Function/Interdependent Relationships in Ecosystems

**PRIORITY:** A successful student will explore what organisms (plants and animals) need in order to live and grow.

| Science | Life Science: Structure and Function/Interdependent Relationships in Ecosystems | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can use scientific vocabulary to ask and answer questions about objects, organisms and events in my environment. | I can use scientific vocabulary to describe how plant and animal parts and behavior patterns help them survive, grow and meet their needs. | I can create an artifact, such as a diorama, that illustrates my understanding that living things exist in different habitats, including what plants and animals (including humans) need to survive (sunlight, air, food and water). | I can use materials, including text and media, to design a solution to a human problem by mimicking how plants and/or animals use their external parts and behavior patterns to help them survive, grow, and meet their needs. | S.p3.3, S.p4.4, S.p2.8, S.p4.9, S.p4.5, K-LS1-1, 2-LS2-1, S.p4.9, K-ESS3-1, 1-LS1-1, 1-LS1-2, K-ESS2-2, 2-LS2-2, S.p4.10, K-ESS3-3, S.p4.12, S.p3.10, S.p4.8 |
| I can name ways in which the environment provides natural resources that are needed by people. | I can define a challenging problem or question resulting from this need and propose a logical solution that will reduce the impact of harmful actions. | I can construct an argument supported by evidence for how plants and animals (including humans) can change the environment. | I can create a prototype of a design that will help solve an environmental problem. | ELP standards: EL.R.K.1, EL.R.1.1, EL.R.2.1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



PRE-K-2

# Earth Space Science

## Weather and Climate

**PRIORITY: Earth Space Science:** A successful student will ask questions, make observations and gather information about weather and weather patterns.

| Science | Earth Space Science: Weather and Climate | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can use weather-related vocabulary to describe and ask questions about weather I can observe. | I can observe, discuss and ask questions about changes in patterns of weather and seasons using common weather-related vocabulary. | I can work collaboratively to research and collect information about a type of weather I am interested in and communicate what I learn. | I can work collaboratively to identify a problem or an issue as a result of that weather and create a plan or prototype to solve the problem. | S.p4.6, K-ESS2-1, S.p4.7, K-PS3-4, K-ESS3-2, S.p4.11, S.p3.5, S.p3.5, S.p3.9 ELP Standards: EL. R. 1.1, EL.R.1.13, EL.R.2.13 |
| I can talk about weather and how to respond to it. | I can observe and explain how plants, animals and humans respond to changes in the environment and in seasons. | I can ask questions to obtain information and communicate about the purpose of forecasting the weather to prepare for and respond to, different weather conditions. | I can work collaboratively to research and collect information about animals or plants that I am interested in, identify a problem or an issue regarding living beings and weather and create a plan or prototype to solve the problem. | |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**SCIENCE PERFORMANCE-BASED ASSESSMENT**

## Earth's Systems

**EXTENDED:** A successful student will compare and test designs to show wind and water can change the shape of the land.

| Science | Earth Space Science: Earth's Systems | | | |
|---------|---------|---------|---------|---------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can explore how wind and water can move objects and change their shape (kites, windsocks, water play, water/sand table). | I can use information from several sources to provide evidence that Earth events can occur quickly or slowly. | I can develop a model to represent the shapes and kinds of land and bodies of water and where they can be found. | I can design and compare multiple solutions designed to slow or prevent wind or water from changing the shape of the land. | 2-ESS1-1, 2-ESS2-1, 2-ESS2-2, 2-ESS2-3 ELP standards: EL.R1.1, EL.R2.1 |

## Space Systems

**EXTENDED:** A successful student will observe, describe, and predict patterns of the motion of the sun, moon and stars.

| Science | Earth Space Science: Space Systems | | | |
|---------|---------|---------|---------|---------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can make observations at different times of year to relate the amount of daylight to the time of year. | I can observe and describe seasonal patterns as they are connected to the motion of the sun, moon and stars. | I can make predictions using observations of the patterns of the sun, moon and stars. | I can compare and contrast (verbally or in writing) the properties of the moon with the moon as it is portrayed in children's fictional literature (nursery rhymes, "Good Night Moon" or other stories). | 2-ESS1-1, 2-ESS2-1, 2-ESS2-2, 2-ESS2-3, ELP standards: EL.R1.1, EL.R2.1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

106

**GRADE BAND**
**PRE-K-2**

# EL Science

It is important to recognize that students who receive ESOL Services have equitable access to all instructional opportunities and activities offered to their peers. Their participation in core content with individualized accommodations, modifications, and supports makes it possible for them to do so. Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. All students are taught academic content for their enrolled grade level. Competencies for this population are the same as for students following the general education curriculum. However, the measurement tables for this population align to The Kansas Standards for English Learners. These standards create a foundation upon which successful English language instruction is built. The premise of these standards is supporting individual students to gain a level of proficiency with the English language that allows them to be highly successful in obtaining grade level academic standards in as short of time as possible. Both social English and academic English are required to attain mastery of the English language and of school success. These standards below frame expectations of "what students need to know and be able to do" from a level 1 to level 4 of English fluency and how that relates to a mastery level.

**Special Note:** These standards are grade banded and overarching. Some competencies are designed with the end in mind. Therefore, a student in Pre-K-1st grade may be at a level 1 or 2, but is expected to progress to a level 3 or 4 by grade 2.

| Science | EL | | | |
|---------|-----|-----|-----|-----|
| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
| A successful level 1 EL student can begin to read a decodable text read while relying on picture clues with prompting and support. | A successful level 2 EL student can read decodable text while relying on picture clues for accuracy and understanding with some prompting and support. | A successful level 3 EL student can read emergent-reader text while using context to confirm understanding with minimal prompting and support. | A successful level 4 EL student can read on-level texts with some purpose and understanding by rereading when necessary. | EL.RF.4 |
| A successful level 1 student can point to a picture or single word to ask or respond to questions about who or what is happening in the text, with prompting and support. | A successful level 2 EL student can locate or give a key detail from a simple text that asks or answers a who, what, when, where text-dependent question with prompting and support. | A successful level 3 EL student can identify details in a text which prompt a clarifying question and/or answer explicitly who, what, when, where, why, how text-dependent questions with minimal support. | A successful level 4 EL student can ask and answer various explicit text-dependent questions by citing specific textual evidence. | EL.R.1 |
| A successful level 1 EL student can select a picture or illustration depicting the reasoning with prompting and support. | A successful level 2 EL student can select a picture supporting the reasoning. Label picture with a single word or phrase with support. | A successful level 3 EL student can identify one response to support text dependent questions with minimal support. | A successful level 4 EL student can identify two reasoning responses to support text dependent questions. | EL.R.1.8, 2.8 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

EL SCIENCE PERFORMANCE-BASED ASSESSMENT



**PRE-K-2**

**EL SCIENCE PERFORMANCE-BASED ASSESSMENT**

| Science | EL | | | |
|---------|-----|-----|-----|-----|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can explore and sort common objects into categories with prompting and support. | A successful level 2 EL student can observe and sort common objects into categories with some prompting and support. Identify real-life connections with prompting and support. | A successful level 3 EL student can describe and sort common objects into categories identifying similar attributes while making real life connections with minimal prompting and support. | A successful level 4 EL student can investigate, describe, and sort common objects into categories and evaluate their reasoning based on their similar attributes and real life connections. | EL.R.12 |
| A successful level 1 EL can point to a picture or single word to ask or respond to questions about who or what is happening in the text with prompting and support. | A successful level 2 EL student can actively engage in individual or group readings with some purpose and understanding with prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with some purpose and understanding with minimal prompting and support. | A successful level 4 EL student can actively engage in individual or group readings with some purpose and understanding. | EL.R.13 |
| A successful level 1 EL student can scribble, draw pictures, and copy key words and phrases with prompting and support. | A successful level 2 EL student can print or copy some key words and phrases. Insert key words within a sentence frame during shared language activities. Recognize question words. Write a simple sentence with support. | A successful level 3 EL student can recognize and write key science vocabulary. Produce and begin to explain their reasoning using simple and compound sentences with minimal support. | A successful level 4 EL student can begin to write using science vocabulary. Produce, expand, and explain their reasoning using complete simple and compound sentences. | EL.W.10 |
| A successful level 1 EL student can nod for "yes" and "no," draw, and point with prompting and support or remain in silent period absorbing surroundings. | A successful level 2 EL student can recount or produce one or two word responses with limited comprehension and ask basic who or what clarification questions with prompting and support. | A successful level 3 EL student can produce simple responses to seek help, get information, and/or clarify something that is not understood based on read alouds with minimal prompting and support. | A successful level 4 EL student can recount and/or produce answers about key ideas or details from a text read aloud or information presented orally. | EL.SL.2 |
| A successful Level 1 EL student can nod for "yes" and "no," draw, and point with minimal comprehension or remain in silent period absorbing surroundings | A successful Level 2 EL student can produce one or two word responses with limited comprehension and ask clarification questions with prompting and support. | A successful Level 3 EL student can recount and/or produce answers about key details showing basic comprehension of information. | A successful Level 4 EL student can recount and/or produce answers about key details displaying rudimentary comprehension of information. | EL.SL.3 |
| A successful level 1 EL student can nod for "yes" and "no," draw, and/or point to pictures repeating names of frequently used words with prompting and support or remain in silent period absorbing surroundings. | A successful level 2 EL student can acquire basic science words and add to a personal science vocabulary bank with prompting and support. | A successful level 3 EL student can use science words through a range of discussion with minimal prompting and support. | A successful level 4 EL student can use science words and phrases acquired through science conversations, reading and being read to, and responding to science concepts. | EL.SL.8 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
108
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND**
## PRE-K-2

# Humanities

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA** <br> A successful student can demonstrate that they understand that written letters represent specific sounds in words. | I can begin to apply age-appropriate word analysis skills in decoding words. | I can apply age-appropriate word analysis skills in decoding words. | I can demonstrate understanding of spoken words, syllables and sounds (phonemes). | I can consistently recognize and read grade-appropriate words. | CL.F.p4.2, CL.F.p4.2a, CL.F.p4.2b, CL.F.p4.2b, CL.F.p4.2c, CL.F.p4.2d |
| | I can begin to name the sounds that written letters make, including short and long vowel sounds. | I can name the sounds that written letters make, including short and long vowel sounds. | I can distinguish long and short vowels when reading regularly spelled one-syllable words. | I can decode multisyllabic words. | |
| A successful student can demonstrate that they understand and can manipulate sounds and letters that make up words. | I can show understanding of spoken words, syllables and sounds. | I can distinguish long from short vowel sounds in spoken single-syllable words. | I can distinguish long and short vowels when reading regularly spelled one-syllable words. | I can distinguish long and short vowels when reading regularly spelled one-syllable and two-syllable words. | CL.F.p4.2; CL.F.p4.2a; CL.F.p4.2b; CL.F.p4.2b; CL.F.p4.2c; CL.F.p4.2d |
| | I can recognize and produce rhyming words. | I can decode regularly spelled one-syllable words. | I can demonstrate grade-level phonics and word analysis skills in decoding words. | I can demonstrate grade-level phonics and word analysis skills in decoding one and two-syllable words. | |
| | I can count, pronounce, blend and segment syllables in spoken words. | I can read common high frequency words by sight (e.g., the, of, to, you, she, my, is, are, do, does). | I can consistently read common high frequency words by sight (e.g., the, of, to, you, she, my, is, are, do, does). | I can consistently read common high-frequency words relative to my grade level. | |
| | I can blend and segment initial sounds and ending sounds of words. | I can orally produce single-syllable words by blending phonemes, including consonant blends. | I can orally segment single-syllable words into their complete sequence of individual phonemes. | N/A | |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas* <br> *05/03/21  01:59pm MM*



**PRE-K-2**

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA**<br><br>A successful student can demonstrate the ability to comprehend, analyze and evaluate increasingly complex texts. | I can say some of the sounds that are present in a single word. | I can say all of the sounds that are present in a single word. | I can say all of the sounds that are present in a simple sentence. | I can say all of the sounds that are present in a complex sentence. | CL.IT.p4.1; CL.IT.p4.2; CL.IT.p4.3; RF.K.1; RF.K.2; RF.K.3; RF.K.4; RF.1.2; RF.1.3; RF.1.4; RF.2.3a; RF.2.4. |
| | I can begin to blend sounds in CVC words. | I can blend sounds in CVC words. | I can consistently blend sounds in CVC words. | I can consistently blend sounds in complex words. | |
| | I can begin to demonstrate vowels that have a short sound. | I can begin to demonstrate vowels that have a short or a long sound. | I can demonstrate that vowels can have a short sound or a long sound. | I can demonstrate all vowels have a short or long sound. | |
| | I can begin to use manipulatives to represent sounds. | I can use manipulatives to represent sounds. | I can write letters that represent sounds. | I can put letters and sounds together to form words. | |
| | I can begin to read a variety of on-level texts with peers in small groups or partners. | I can read a variety of on-level texts with peers in small groups or partners. | I can read a variety of on-level texts with peers in small groups or partners and provide feedback to my peers to help them improve their rate, expression, and accuracy. | I can read a variety of texts above grade level with peers in small groups or partners and provide feedback to my peers to help them improve their rate, expression, and accuracy. | |

*Clerk of the District Court, Johnson County Kansas*<br>*05/03/21   01:59pm MM*



NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



PRE-K-2

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA**<br><br>A successful student can draw/dictate/write to compose narrative texts, describing real or imaginary events or experiences. | I can use a combination of drawing, dictating or emergent writing to express thoughts and ideas. | I can use a combination of drawing, dictating, and writing to narrate a single event or several loosely linked events, tell about the events in the order in which they occured and provide a reaction to what happened. | I can write short narratives in which I recount two or more appropriately sequenced events, including some details regarding what happened, use temporal words to signal event order and provide some sense of closure. | I can write multiple paragraph narratives in which I recount two or more appropriately sequenced events, including some details regarding what happened, use temporal words to signal event order and provide some sense of closure. | CLW.p4.1;<br>CLW.p4.3;<br>W.1.3;<br>W.1.5; W.1.6;<br>W.1.10;<br>W.2.3; W.2.5;<br>W.2.6; W.2.10 |
| | I can demonstrate an emerging command of the conventions of standard English grammar and usage when writing and speaking. | I can demonstrate command of the conventions of standard English grammar and usage when writing and speaking. | I can consistently demonstrate command of the conventions of standard English grammar and usage when writing and speaking. | I can demonstrate knowledge of language and command of the conventions of standard English grammar and usage when writing and speaking. | |
| | I can produce and expand complete sentences in shared language activities. | I can produce and expand complete simple and compound declarative, interrogative, imperative, and exclamatory sentences in response to prompts. | I can produce, expand, and rearrange complete simple and compound sentences. | I can produce simple, compound and complex sentences. | |
| | I can understand and use question words (interrogatives) (e.g., who, what, when, where, why, how). | I can use common, proper, and possessive nouns when writing. | I can use adjectives and adverbs, and choose between them depending on what is to be modified. | I can experiment with nouns, pronouns, verbs, adjectives, and adverbs when writing, making note of how each functions to create meaning. | |
| | I can capitalize the first word in a sentence and the pronoun I. | I can capitalize dates and names of people. | I can capitalize holidays, product names and geographic names. | I can capitalize appropriate words in titles, holidays, product names and geographic names. | |
| | I can identify real-life connections between words and their use (e.g., note places at school that are colorful). | I can identify real-life connections between words and their uses. | I can identify real-life connections between words and their use. | I can identify real-life connections between words and their uses. | |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA**<br><br>A successful student can make meaning of increasingly complex literary print and nonprint texts, and provide text details to explain interpretations and thinking. | I can ask and answer some questions about key details in a text. | I can ask and answer questions about key details in a text. | I can ask and answer such questions as who, what, where, when, why and how to demonstrate understanding of key details in a text. | I can ask and answer such questions to demonstrate understanding of a text, referring explicitly to the text as a basis for the answers. | RL.1.1; RL. 1.2; RL. 1.3 RL. 2.1; RL 2.2 |
| | I can recognize some of the various text features (e.g., captions, bold print, subheadings, glossaries, indexes, electronic menus, icons) to locate key facts or information in a text efficiently. | I can use some of the various text features (e.g., captions, bold print, subheadings, glossaries, indexes, electronic menus, icons) to locate key facts or information in a text efficiently. | I can use the various text features (e.g., captions, bold print, subheadings, glossaries, indexes, electronic menus, icons) to locate key facts or information in a text efficiently. | I can use all the various text features (e.g., captions, bold print, subheadings, glossaries, indexes, electronic menus, icons) to locate key facts or information in a text efficiently. | |
| | I can use background knowledge to make meaning from fiction and nonfiction picture books. | I can use picture dictionaries to make meaning from fiction and nonfiction books. | I can use glossaries and beginning dictionaries, both print and digital to determine or clarify the meaning of words and phrases. | I can use glossaries and dictionaries, both print and digital to determine or clarify the meaning of words and phrases. | |
| | I can identify real-life connections between words and their use (e.g., note places at school that are colorful). | I can identify real-life connections between words and their uses. | I can identify real-life connections between words and their use. | I can identify real-life connections between words and their uses. | |

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



PRE-K-2

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA**<br><br>A successful student can make meaning of increasingly complex informational print and nonprint texts, and provide text details to explain interpretations and thinking. | I can begin to state a topic at the beginning of a story. | I can begin to state a topic at the beginning and a conclusion at the end. | I can state a topic at the beginning and a conclusion at the end. | I can introduce the topic or text I am writing about, state an opinion, and create an organizational structure that lists reasons. | ELP Standard-EL.RK.1; EL.R.1.1; EL.R.2.1 |
| | I can name the author and illustrator of a text and define the role of each in presenting the ideas or information in a text. | I can know and use various text features (e.g., headings, tables of contents, glossaries, electronic menus, icons) to locate key facts or information in a text. | I can use sources (books, pictures, discussions) to find facts and details that support and add interest to my focus. | I can distinguish their own point of view from that of the author of a text. | |
| | I can, with prompting and support, describe the connection between two individuals, events, ideas or pieces of information in a text. | I can describe the connection between two individuals, events, ideas or pieces of information in a text. | I can group my ideas and details together to show how some facts are connected. | I can describe the logical connections between particular sentences and paragraphs in a text (e.g. comparison, cause/effect, first/second/third in a sequence). | |
| | I can, with prompting and support, identify the main topic and retell key details of a text. | I can identify the main topic and retell key details of a text. | I can actively engage with text by identifying the main topic, using key details to answer questions and react to the text as a whole (e.g., share thinking, connect to prior knowledge). | I can determine the main idea of a text; recount the key details and explain how they support the main idea. | |
| | With prompting and support, describe the relationship between illustrations and the text. | I can distinguish between information provided by illustrations or other graphics and information provided by the words in a text. | I can explain how information in the text is connected (e.g., words-visuals, sequence "how-to" steps or events, connect cause-effect, compare-contrast facts). | I can create a "how-to" steps in sequence that others can read and follow. | |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM

113



**PRE-K-2**

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA**<br><br>A successful student can engage in large- and small-group research/inquiry to investigate topics of shared interest and to interpret, integrate, and present information. | I can begin participate in shared research and writing projects (e.g., explore a number of books by a favorite author and express opinions about them. | I can participate in shared research and writing projects (e.g., explore a number of "how-to" books on a given topic and use them to write a sequence of instructions.) | I can participate in shared research and writing projects (e.g., read a number of books on a single topic to produce a report; record science observations.) | I can collaborate to create a shared research or complex writing project. | CL.SL.p4.1;<br>CL.W.p4.4;<br>CL.W.p4.5;<br>W.1.5; W.1.6;<br>W.1.7; W.1.8;<br>W.1.10;<br>W.2.5; W.2.6;<br>W.2.10 |
| | I can recall information from my own experiences to answer questions. | I can recall information from experiences or gather information from provided sources to answer a question. | I can research from provided sources to answer a research question. | I can use my own research to solve a real-world problem. | |
| | I can participate in conversations with a peer or adult about a story I heard. | I can participate in conversations with a peer or adult about a story I read. | I can participate in collaborative conversations with diverse partners (peers and adults) about grade level text. | I can participate in collaborative conversations with diverse partners and communicate my point of view about a text I read. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**PRE-K-2**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA**<br><br>A successful student can speak effectively to express ideas for a variety of purposes. | I can speak audibly and express thoughts, feelings and ideas clearly. | I can speak with appropriate volume, enunciation and rate in order to express thoughts, feelings and ideas clearly. | I can produce short complete sentences when appropriate to task and situation in order to provide requested detail or clarification. | I can produce multiple complete sentences when appropriate to task and situation in order to provide requested detail or clarification. | CL.SL. p4.1; CL.SL. p4.1a; CL.SL. p4.1b; CL.SL. p4.4; CL.SL. p4.3; SL.1.1; SL.1.2; SL.1.3; SL.1.4; SL.1.7; SL.1.8; SL.2.1; SL.2.2; SL.2.3; SL.2.6; SL.2.7; SL.2.8; ELP Standard-EL.SL.K.6; EL.SL.1. 6; EL.SL.2.6 |
| | I can use frequently occurring nouns and verbs in speech. | I can use common, proper, and possessive nouns when speaking. | I can use collective nouns when speaking. | I can use multiple collective nouns when speaking. | |
| | I can form regular plural nouns orally by adding /s/ or /es/ (e.g., dog, dogs; wish, wishes). | I can use personal, possessive and indefinite pronouns when speaking. | I can produce short complete simple and compound sentences. | I can produce complete simple and compound sentences. | |
| | I can use words and phrases acquired through conversations, reading, and through being read to. | I can use words and phrases acquired through conversations, reading and being read to, and responding to texts, including using frequently-occurring conjunctions to signal simple relationships. | I can use words and phrases acquired through conversations, reading and being read to, and responding to texts, including using adjectives and adverbs to describe. | I can use multi-syllable words and phrases acquired through conversations, reading and being read to, and responding to texts, including using adjectives and adverbs to describe. | |
| | I can use details to describe familiar people, places, things and or events with prompting and support. | I can use relevant details to describe people, places, things and events expressing ideas and feelings clearly. | I can tell a story or recount an experience with appropriate facts and relevant, descriptive details, speaking with appropriate volume, enunciation, and rate in coherent sentences. | I can tell a complex story or recount an experience with multiple appropriate facts and relevant, descriptive details, speaking with appropriate volume, enunciation, and rate in coherent sentences. | |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*<br>*05/03/21  01:59pm MM*



**PRE-K-2**

**HUMANITIES PERFORMANCE-BASED ASSESSMENT**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA** | | | | | |
| A successful student can listen, view and interpret information from a variety of sources, in order to make meaning and respond effectively. | I can confirm understanding of a text read aloud or information presented orally or through other media by asking and answering questions about key details and requesting clarification if something is not understood. | I can ask and answer questions about key details in a text read aloud or information presented orally or through other media. | I can recount or describe key ideas or details from a text read aloud or information presented orally or through other media. | I can recount or describe main key ideas or multiple details from a text read aloud or information presented orally or through other media. | ELP Standard-EL.SL.K.2; EL.SL.1. 2; EL.SL.2.2 |
| | I can begin to follow agreed-upon rules for discussions (e.g., listening to others and taking turns speaking about topics and texts under discussion). | I can follow agreed-upon rules for discussions (e.g., listening to others and taking turns speaking about the topics and texts under discussion). | I can consistently follow agreed-upon rules for discussion (e.g,gaining the floor in respectful ways, speaking one at a time about topics and texts under discussion). | I can consistently follow agreed-upon rules for discussion (e.g., gaining the floor in respectful ways, listening to others with care, speaking one at a time about topics and texts under discussion and remain focused on topic). | |
| A successful student can draw/dictate/write to compose informative texts that convey information on specific topics. | I can use a combination of drawing, dictating and writing to compose informative/explanatory texts in which I name what I am writing about and supply some information about the topic. | I can write informative/ explanatory texts in which I name a topic, supply some facts about the topic and provide some sense of closure. | I can use words and phrases acquired through conversations, reading and being read to and responding to texts, including using frequently-occurring conjunctions to signal simple relationships. | I can write informative/ explanatory texts to examine a topic with facts, definitions and details, convey ideas and information clearly, use linking words and phrases (e.g., also, another, and, more, but) to connect ideas within categories of information and provide a concluding statement or section. | CL.W.p4.1; CL.W.p4.3; CL.W.p4.4; W.1.2; W.1.3; W.1.5; W.1.8; W.1.10; W.2.2; W.2.7; W.2.8; W. 2.11 |
| A successful student can examine a topic or text(s) and apply organizational strategies to support a personal opinion with drawing/dictating/writing. | I can use a combination of drawing, dictating and writing to compose opinion pieces in which, they tell a reader the topic or the name of the book I am writing about and state an opinion or preference about the topic or book. | I can write an opinion piece in which I introduce the topic or name the book I am writing about, state an opinion, supply a reason for the opinion and provide some sense of closure. | I can write an opinion piece in which I introduce the topic or book I am writing about, state an opinion, supply reasons that support the opinion, | I can write opinion pieces on topics or texts, supporting a point of view with reasons and using linking words and phrases (e.g., because, therefore, since, for example) to connect opinion and reasons and a concluding statement or section. | W.1.1; W.1.5; W.1.10; W.2.1; W.2.3; W.2.7 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**PRE-K-2**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **HGSS**<br>**History** (Competency 1)<br>Priority: A successful student can describe how people have tried to improve their communities over time and draw conclusions about how choices have consequences. | I can identify necessary parts of my school/community. | I can explain why my school/community are important. | I can describe how people have tried to improve our school/community. | I can evaluate the changes that have been made in our school/community. | Standard 1: Benchmark 1.1. 1.2, 1.3, 1.4, 1.5 |
| | I can identify choices and consequences in my life. | I can explain choices and consequences in my life. | I can recognize and evaluate significant choices and consequences that have impacted my life. | I can explain and evaluate significant choices and consequences that have impacted my future. | |
| | I can identify changes in my school/community. | I can explain changes in my school/community. | I can recognize and evaluate significant changes in my community. | I can analyze significant changes in my community. | |
| | I can identify improvements in my school/community. | I can explain improvements in my school/community. | I can recognize and evaluate improvements in my community. | I can analyze improvements in my community. | |
| **Civics/Government**<br>(Competency 2)<br>Priority: A successful student can describe roles and responsibilities of people in authority to recognize and evaluate relationships. | I can identify people of authority in my family. | I can identify people of authority in my school. | I can identify people of authority in my community. | I can identify people of authority in my state. | Standard 2: Benchmark 2.1, 2.2. 2.3, 2.4 |
| | I can identify responsibilities for myself. | I can explain responsibilities for family members and peers. | I can explain responsibilities of people in authority. | I can compare responsibilities of people in authority. | |
| | I can identify roles for myself and family members. | I can explain roles for people at school. | I can explain roles for people in authority. | I can explain how all people play important role in the community. | |
| **History** (Competency 3)<br>Priority: A successful student can compare perspectives of people in the past to those of people in the present and investigate and connect relationships to make a claim using evidence. | I can tell a story about myself. | I can identify who is telling a story. | I can identify the perspective of a story or informational text. | I can identify multiple perspectives of a story or informational text. | Standard 3: Benchmark 3.1, 3.2, 3.3, 3.4 |
| | I can tell about something that happened in the past. | I can explain a past event. | I can explain an event from the past with details. | I can evaluate an event from the past and explain positive and negative impacts. | |
| | I can tell about something that is happening now. | I can explain a current event. | I can explain a current event with details. | I can evaluate a current event and explain positive and negative impacts. | |
| | I can compare different stages of my own life. | I can compare different stages of my family/school. | I can compare an event from the past to a current event with evidence of positive and negative impacts. | I can compare and analyze a past and present event in society. | |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*<br>*05/03/21  01:59pm MM*

117



**PRE-K-2**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **HGSS**<br><br>**Economics Priority**<br>(Competency 4)<br><br>A successful student can describe the goods and services people in the local community produce and those that are produced in other communities to analyze and draw conclusions about continuity and change over time. | I can identify wants and needs. | I can explain how wants and needs are met. | I can compare goods and services. | I can identify the benefits and costs of making personal decisions. | Standard 4: Benchmark 4.1, 4.2, 4.3, 4.4 |
| | I can list resources I have at home. | I can identify resources I have at school. | I can explain resources in our community. | I can explain resources in our state. | |
| | I can identify goods. | I can compare goods and services. | I can describe goods and services produced in my community and other communities. | I can analyze how goods and services produced in my community and other communities have changed over time. | |
| | I can tell how the things I use and need change over time. | I can explain how goods and services change in a community. | I can compare how goods and services have changed over time. | I can analyze why goods and services have changed over time. | |
| **Geography**<br>(Competency 5)<br><br>Priority: A successful student can use maps, graphs, photographs and other representations to describe places important to them and the relationships that shape these places to analyze continuity and change over time. | I can draw a picture of a familiar place. | I can use a map key to locate places on a map. | I can construct maps, graphs and representations of familiar places. | I can compare maps, graphs, photographs and representations of places. | Standard 5: Benchmark 5.1, 5.2, 5.3, 5.4 |
| | I can tell about a place that is important to me. | I can describe a place that is important to me with details. | I can explain how places change. | I can compare places from different time periods. | |
| | I tell how weather impacts me and my school. | I can explain how weather, climate and other environmental factors impact my school/community. | I can explain how weather, climate and other environmental factors impact places and regions. | I can explain how cultures impact places and regions. | |
| | I can give examples of how I have changed. | I can explain how my school/community has changed. | I can analyze changes in places in my school/community. | I can draw conclusions about changes in my school/community. | |

*Clerk of the District Court, Johnson County Kansas*<br>*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

**PRE-K-2**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **HGSS** **History** (Competency 6) Extended: A successful student can generate questions about individuals and groups who have shaped a significant historical change to investigate and connect examples of choices and consequences within contemporary issues. | I can answer simple questions about myself. | I can answer questions about others. | I can ask questions about individuals and groups. | I can classify and evaluate questions to ask individuals and groups. | Standard 1: Benchmark 1.1. 1.2, 1.3, 1.4, 1.5 |
| | I can identify important people in my life. | I can explain the roles of significant people in our school. | I can explain the roles of significant people in our community. | I can explain the roles of significant people in our state. | |
| | I can identify choices and consequences in my life. | I can explain choices and consequences in my life. | I can recognize and evaluate significant choices and consequences that have impacted my life. | I can explain and evaluate significant choices and consequences that have impacted my future. | |
| | I can sort things that happened in the past and present. | I can compare things that happened in the past and present. | I can explain how choices have impacted consequences of past and present events. | I can analyze past and present events to explain choices and consequences. | |
| **Civics/Government** (Competency 7) Extended: A successful student can describe how communities work to accomplish common tasks, establish responsibilities and fulfill roles of authority to draw conclusions and evaluate the rights and responsibilities of people living in that society. | I can identify people of authority in my family. | I can identify people of authority in my school. | I can identify people of authority in my community. | I can identify people of authority in my state. | Standard 2: Benchmark 2.1, 2.2. 2.3, 2.4 |
| | I can identify responsibilities for myself. | I can explain responsibilities for family members and peers. | I can evaluate responsibilities of people in authority. | I can analyze responsibilities of people in authority. | |
| | I can identify rights for myself. | I can explain rights for family members and peers. | I can evaluate rights of people in a community. | I can analyze rights of people in a community. | |
| | I can share, take turns, follow rules and work together to make decisions in our classroom. | I can give examples of democratic practices (fairness, respect, equality, voting). | I can describe democratic practices (fairness, respect, equality, voting) and draw conclusion on how these impact a community. | I can compare different types of democratic practices (democracy, dictatorship, anarchy) and draw conclusion on how these impact a community. | |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM



**PRE-K-2**

**HUMANITIES PERFORMANCE-BASED ASSESSMENT**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **HGSS** **History** (Competency 8) Extended: A successful student can generate questions about individuals and groups who have shaped a significant historical change to acquire and organize information describing relationships between historical and contemporary events. | I can answer simple questions about myself. | I can answer questions about others. | I can ask questions about individuals and groups. | I can classify and evaluate questions to ask individuals and groups. | Standard 3: Benchmark 3.1, 3.2, 3.3, 3.4 |
| | I can tell about something that happened in the past. | I can explain a past event. | I can explain an event from the past with details. | I can evaluate an event from the past and explain positive and negative impacts. | |
| | I can tell about something that is happening now. | I can explain a current event. | I can explain a current event with details. | I can evaluate a current event and explain positive and negative impacts. | |
| | I can sort things that happened in the past and present. | I can compare things that happened in the past and present. | I can describe with detail the relationship between a past and present event. | I can make connections about relationships between past and present events. | |
| **Economics** (Competency 9) Extended: A successful student can describe why people in one region trade goods and services with people in another region and the impact of goods and services on individuals and communities to connect continuity and change to a contemporary issue. | I can identify goods from the past and present. | I can compare goods and services from the past and present. | I can describe goods and services produced in my community and other communities from past and present. | I can analyze how goods and services from my community and other communities have changed over time. | Standard 4: Benchmark 4.1, 4.2, 4.3, 4.4 |
| | I can tell where I live (address, city). | I can explain where I live (city, state) and compare it to another community. | I can compare goods and services produced in different regions. | I can compare goods and services produced in different parts of the world. | |
| | I can tell where I live (address, city). | I can identify changes in my school/community based on economic issues (money, savings, goods, services). | I can identify changes causing a local issue today based on economic issues (money, savings, goods, services). | I can evaluate changes causing a local issue today based on economic issues (money, savings, goods, services). | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**PRE-K-2**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **HGSS**<br><br>**Geography**<br>(Competency 10)<br><br>Extended: A successful student can describe how human activities affect the cultural and environmental characteristics of places or regions to investigate and connect relationships within contemporary issues. | I can sort different types of communities. | I can describe how people in different types of communities live. | I can compare how people in different types of communities live. | I can evaluate how people in different types of communities live. | Standard 5: Benchmark 5.1, 5.2, 5.3, 5.4 |
| | I can sort human characteristics (language, religion, politics, economics). | I can give examples of human characteristics (language, religion, politics, economics). | I can describe how human characteristics (language, religion, politics, economics) connect to the cultural of a region. | I can analyze how human characteristics (language, religion, politics, economics) connect to the cultural of a region. | |
| | I can sort geographic characteristics (landforms, climate, resources). | I can give examples of geographic characteristics (landforms, climate, resources) in my school/ community. | I can describe geographic characteristics (landforms, climate, resources) of different regions. | I can analyze geographic characteristics (landforms, climate, resources) of different regions. | |
| | I can identify changes in my life/family based on human and geographic characteristics (movement of people, language, environment, land). | I can identify changes in my school/community based on human and geographic characteristics (movement of people, language, environment, land). | I can identify changes causing a local issue today based on human and geographic characteristics (movement of people, language, environment, land). | I can evaluate changes causing a local issue today based on geographic characteristics (movement of people, language, environment, land). | |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

Clerk of the District Court, Johnson County Kansas<br>05/03/21  01:59pm MM

GRADE BAND
# PRE-K-2

# STEAM

STEAM PERFORMANCE-BASED ASSESSMENT

| STEAM | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARD |
|---|---|---|---|---|---|
| **Science**<br><br>**Engineering and Design**<br><br>Priority: A successful student will demonstrate proficiency with engineering and design skills such as asking questions, making observations, sketching or drawing, and analyzing data across all sciences. | I can define a simple problem that can be solved. | I can define a simple problem that can be solved, ask questions and make observations. | I can define a simple problem that can be solved, ask questions and make observations to gather information about a situation people want to change. | I can develop a new or improved object or tool and analyze data from tests of two objects designed to solve the same problem to compare the strengths and weaknesses of how each performs. | K-2-ETS1.1, K-2-ETS1-2, K-2-ETS1-3 |
| | I can explore objects (blocks, legos, playdough, etc. and how they work together to create a design. | I can develop a simple sketch or drawing to illustrate how the shape of an object helps it function as needed to solve a given problem. | I can use my sketch or drawing to develop a physical model to illustrate how the shape of an object helps it function as needed to solve a given problem. | I can use my physical model to plan/carry out tests, and consider how a model can be improved. | |
| **Physical Science:**<br><br>**Forces and Interactions**<br><br>Priority: A successful student will explore how pushes, pulls, gravity, magnetism and mechanical forces have different strengths, can change the speed or direction of an object's motion and can start or stop it. | I can explore the effects of common forces on objects (pushing a swing, pulling a wagon, kicking a ball, etc.). | I can plan and conduct investigations, planned by the teacher, with the effects of common forces on objects. | I can plan and conduct an investigation and compare the effects of common forces on objects. | I can create a design solution using common forces on objects and analyze the effects to determine if the design solution worked as intended to change the speed or direction of an object. | S.p3.1, S.p4.1, S.p4.2, PS2-2, K-PS2-1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



**PRE-K-2**

| STEAM | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARD |
|---|---|---|---|---|---|
| **Science** **Life Science:** Structure and Function/ Interdependent Relationships in Ecosystems Priority: A successful student will explore what organisms (plants and animals) need in order to live and grow. | I can use scientific vocabulary to ask and answer questions about objects, organisms and events in my environment. | I can use scientific vocabulary to describe how plant and animal parts and behavior patterns help them survive, grow and meet their needs. | I can create an artifact, such as a diorama, that illustrates my understanding that living things exist in different habitats, including what plants and animals (including humans) need to survive (sunlight, air, food and water). | I can use materials, including text and media, to design a solution to a human problem by mimicking how plants and/or animals use their external parts and behavior patterns to help them survive, grow, and meet their needs. | S.p3.3, S.p4.4, S.p2.8, S.p4.9, S.p4.5, K-LS1-1, 2-LS2-1, S.p4.9, K-ESS3-1, 1-LS1-1, |
| | I can name ways in which the environment provides natural resources that are needed by people. | I can define a challenging problem or question resulting from this need and propose a logical solution that will reduce the impact of harmful actions. | I can construct an argument supported by evidence for how plants and animals (including humans) can change the environment. | I can create a prototype of a design that will help solve an environmental problem. | 1-LS1-2, K-ESS2-2, 2-LS2-2, S.p4.10, K-ESS3-3, S.p4.12, S.p3.10, S.p4.8 |
| **Earth Space Science** Priority: A successful student will ask questions, make observations and gather information about weather and weather patterns. | I can use weather-related vocabulary to describe and ask questions about weather I can observe. | I can observe, discuss and ask questions about changes in patterns of weather and seasons using common weather-related vocabulary. | I can work collaboratively to research and collect information about a type of weather I am interested in and communicate what I learn. | I can work collaboratively to identify a problem or an issue as a result of that weather, and create a plan or prototype to solve the problem. | S.p4.6, K-ESS2-1, S.p4.7, K-PS3-4, K-ESS3-2, S.p4.11, S.p3.5, |
| | I can talk about weather and how to respond to it. | I can observe and explain how plants, animals, and humans respond to changes in the environment and in seasons. | I can ask questions to obtain information and communicate about the purpose of forecasting the weather to prepare for, and respond to, different weather conditions. | I can work collaboratively to research and collect information about animals or plants that I am interested in, identify a problem or an issue regarding living beings and weather, and create a plan or prototype to solve the problem. | S.p3.5, S.p3.9, |

**STEAM PERFORMANCE-BASED ASSESSMENT**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

STEAM PERFORMANCE-BASED ASSESSMENT

| STEAM | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARD |
|---|---|---|---|---|---|
| **Science**<br><br>**Physical Science:**<br><br>**Structures and Property of Matter**<br><br>Extended: A successful student explores different kinds of matter and discovers many of them can be either solid or liquid, depending on temperature. Matter can be described and classified by its observable properties, different properties are suited to different purposes, and a great variety of objects can be built up from a small set of pieces. | I can classify different kinds of materials by their observable properties (solid, liquid or gas). | I can describe that different properties (solid, liquid, and gas) can be used for different purposes. | I can plan and conduct an investigation to describe and classify different kinds of materials by their observable properties (solid, liquid, and gas). | I can analyze data obtained from testing different materials to determine which materials have the properties (solid, liquid, and gas) that are best suited for an intended purpose. | 2-PS1-1, 2-PS1-3, 2-PS1-4 |
| | I can use small objects to design a new creation. (legos, blocks, playdough, etc. | I can construct and describe how a small set of objects can be disassembled and made into a new object. | I can make observations to construct an evidence-based account of how an object made of a small set of pieces can be disassembled and made into a new object. | I can use technical writing to write instructions on how to disassemble an object and use the pieces to reassemble something new. | |
| | I can explore and observe how temperature can affect properties of matter. | I can describe how temperature can affect properties of matter. | I can plan and conduct and investigation to compare reversible and irreversible changes in matter. | I can construct an argument with evidence that some changes caused by heating or cooling can be reversed and some cannot. | |
| **Waves**<br><br>Extended: A successful student will explore the properties of light and sound. | I can explore the effects of objects on light. (block, pass through, create shadows, redirect) | I can make observations and record the effects of light. | I can plan and conduct an investigation to determine the effect of placing objects made with different materials in the path of a beam of light. | I can use tools and materials to design and build a device that uses light or sound to solve the problem. | ELP standards: EL.R.1.1, EL.R.2.1 |
| | I can explore materials that produce a variety of sounds (musical instruments, pots and pans, blocks, voices, etc. | I can make observations and record the effects of sound. | I can plan and conduct investigations to provide evidence that vibrating materials can make sound and that sound can make materials vibrate. | I can use tools and materials to design and build a device that uses light or sound to solve the problem. | |

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**PRE-K-2**

| STEAM | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARD |
|---|---|---|---|---|---|
| **Science**<br><br>**Earth Space Science:**<br><br>Space Systems<br><br>Extended: A successful student will observe, describe, and predict patterns of the motion of the sun, moon and stars. | I can make observations at different times of year to relate the amount of daylight to the time of year. | I can observe and describe seasonal patterns as they are connected to the motion of the sun, moon, and stars. | I can make predictions using observations of the patterns of the sun, moon, and stars. | I can compare and contrast (verbally or in writing) the properties of the moon with the moon as it is portrayed in children's fictional literature (nursery rhymes, Good Night Moon or other stories). | 1-PS4-1, 1-PS4-2, 1-PS4-3, 1-PS4-4, 1-ESS1-1, 1-ESS1-2, S.p3.2, S.p4.3 |
| **Earth Space Science:**<br><br>Earth's Systems<br><br>Extended: A successful student will compare and test designs to show wind and water can change the shape of the land. | I can explore how wind and water can move objects and change their shape. (kites, windsocks, water play, water/sand table) | I can use information from several sources to provide evidence that Earth events can occur quickly or slowly. | I can develop a model to represent the shapes and kinds of land and bodies of water and where they can be found. | I can design and compare multiple solutions designed to slow or prevent wind or water from changing the shape of the land. | 2-ESS1-1, 2-ESS2-1, 2-ESS2-2, 2-ESS2-3 |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*<br>*05/03/21  01:59pm MM*



**PRE-K-2**

STEAM PERFORMANCE-BASED ASSESSMENT

| STEAM | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARD |
|---|---|---|---|---|---|
| **Mathematics**<br><br>**Counting and Cardinality**<br><br>Overarching Competency: A successful student can demonstrate an understanding of numbers with proficiency to rote count, order, compare, subitize, match objects to, and write numbers. | | | | | |
| Priority: A successful student can rote count, identify, and write numerals (within a given range). | I can rote count to 30 (Pre-K. CC.1, 3), to 100 (K.CC.1, 2) to 120 (1.NBT.1).<br><br>I can identify numbers to 10 (Pre-K.CC.2.), identify and write numbers to 20 (K.CC.2), identify and write numbers to 120 (1.NBT.1). | Priority: A successful student can rote count, identify, and write numerals (within a given range). Pre-K. CC.1, 2, 3, KCC.1,2,3, 1.NBT.1 | I can rote count to 30 (Pre-K. CC.1, 3), to 100 (K.CC.1, 2) to 120 (1.NBT.1).<br><br>I can identify numbers to 10 (Pre-K.CC.2.), identify and write numbers to 20 (K.CC.2), identify and write numbers to 120 (1.NBT.1). | | Pre-K. CC.1, 2, 3, KCC.1,2,3 |

126

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



PRE-K-2

| STEAM | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARD |
|-------|---------|---------|---------|---------|----------|
| **Mathematics**<br>**Counting and Cardinality**<br>Priority: A successful student can demonstrate the relationship between numbers and quantities starting with concrete representations and moving to the abstract (within a given range). | I can accurately match objects to rote counting with one-to-one correspondence . Pre-K.CC.4, K.CC.4 | | | | Pre-K. CC.4.(a-d), Pre-K.CC. 5. K.CC.4.(a-d), K.CC.5 |
| | I can identify the number of concrete objects in various configurations to 10 (Pre-K.CC.5) and concrete and pictorial objects in various configurations to 20 (K.CC.5.). | I can represent a given number with concrete objects (K.CC.5). | | | |
| Priority: A successful student can compare numbers (within a given range). | | I can identify greater than, less than, equal to within two groups of objects up to 10. Pre-K.CC.6, K.CC.6 | | | Pre-K.CC.6, 7, 8, K.CC.6, 7 |
| | I can subitize objects to five. Pre-K.CC.7 | | | | |
| | | I can compare written numbers to five (Pre-K.CC.8) and numbers to 10 (Pre-K. CC.7). | | | |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*<br>*05/03/21  01:59pm MM*



**PRE-K-2**

STEAM PERFORMANCE-BASED ASSESSMENT

| STEAM | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARD |
|---|---|---|---|---|---|
| **Mathematics**<br>Numbers in Base Ten<br>Overarching Competency: A successful student can demonstrate the ability to think flexibly about whole numbers and will be able to represent quantities with an understanding of place value. | | | | | |
| Priority: A successful student can demonstrate an understanding of composing and decomposing numbers (within a given range) using manipulatives, drawings and equations. | I can compose teen numbers. (K.NBT.1) | I can compose teen numbers in multiple concrete or pictorial ways. (K.NBT.1) | I can compose teen numbers in multiple concrete or pictorial ways and formulate an equation to record the composition. (K.NBT.1) | | K.NBT.1 |
| | I can decompose teen numbers in multiple concrete or pictorial ways. (K.NBT.1) | I can decompose teen numbers in multiple concrete or pictorial ways. (K.NBT.1) | I can decompose teen numbers in multiple concrete or pictorial ways and formulate an equation to record the decomposition. (K.NBT.1) | | |
| Priority: A successful student will begin to demonstrate an understanding of whole number relationships and place value, including grouping tens and ones. | I can explain what tens/ones represent within teen numbers. (1.NBT.2, 2a.) | | | | 1.NBT.2(a-d) |
| | | I can identify patterns in teen numbers and numbers with a zero (up to 100). (1.NBT.2b, 2c) | | | |
| | | I can compose teen numbers. (1.NBT.2d) | I can flexibly compose teen numbers in multiple concrete or pictorial ways. (1.NBT.2d) | | |
| | | I can decompose teen numbers. (1.NBT.2d) | I can flexibly decompose teen numbers in multiple concrete or pictorial ways. (1.NBT.2d) | | |

*Clerk of the District Court, Johnson County Kansas*<br>*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**PRE-K-2**

| STEAM | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARD |
|---|---|---|---|---|---|
| **Mathematics**<br>**Numbers in Base Ten**<br><br>Priority: A successful student can rote count, identify, compare, and write numbers (within a given range). | I can rote count within 1,000. (2.NBT.2) | I can skip count by 2's, 5's, 10's within 1,000 and explain the pattern. (2.NBT.2) | | | 1.NBT.3, 2.NBT.2, 3, 4 |
| | I can identify and write numbers to 1,000 (2.NBT.3). | I can relate numbers to 1,000 using expanded form, unit form, base-ten numerals. (2.NBT.3). | | | |
| | | I can compare two-digit numbers (1.NBT.3) and three-digit numbers (2.NBT.3) and report using relational symbols. | | | |
| Priority: A successful student can demonstrate an understanding of place value and show flexibility in composing and decomposing numbers (within a given range). | I can explain what hundreds/tens/ones represent within numbers. (2.NBT.1, 1a) | | | | 2.NBT.1 (a-c) |
| | | I can identify patterns in three-digit numbers and numbers with two zeros (up to 1,000). (2.NBT.1b) | | | |
| | | I can compose hundreds, tens and ones. (2.NBT.1c) | I can flexibly compose hundreds, tens and ones in multiple ways. (2.NBT.1c) | | |
| | | I can decompose hundreds, tens, and ones. (2.NBT.1c) | I can flexibly decompose hundreds, tens, and ones in multiple ways. (2.NBT.1c) | | |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

STEAM PERFORMANCE-BASED ASSESSMENT

| STEAM | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARD |
|---|---|---|---|---|---|
| **Mathematics**<br><br>**Numbers in Base Ten**<br><br>Priority: A successful student can show an understanding of place value and properties of operations to add and subtract in various ways (concrete models, equations, mental math). | | I can add within 100 using concrete math, mental math, drawing and strategies. (I.NBT.4, 5) | I can add within 100 using concrete models, drawing and strategies and connect the strategy chosen to a written method. (I.NBT.4) | I can add within 100 using concrete models, drawing and strategies, connect the strategy chosen to a written method and explain my reasoning. (I.NBT.4a, 4b, 4c) | 1.NBT.4(a-c), 5, 6, 2.NBT.6, 7, 8, 9 |
| | | I can subtract multiples of 10 (between 10-90) using concrete models, mental math, drawing and strategies. (I.NBT. 5, 6) | I can subtract multiples of 10 (between 10-90) using concrete models, drawing and strategies and connect the strategy chosen to a written method. (I.NBT.6) | I can subtract multiples of 10 (between 10-90) using concrete models, drawing and strategies and connect the strategy chosen to a written method and explain my reasoning. (I.NBT.6) | |
| | | I can add up to four two-digit numbers using strategies based on place value and properties of operations. (2.NBT.6) | | | |
| | | I can add within 1,000 using concrete models, mental math, drawing and strategies based on place value, properties of operations and/or the relationship between addition/subtraction. (2.NBT.7, 8) | I can add within 1,000 using concrete models, mental math, drawing and strategies based on place value, properties of operations and/or the relationship between addition/subtraction connect the strategy chosen to a written method. (2.NBT.7) | I can explain my reasoning for why addition strategies work using place value and the properties of operations and may support my answer with drawing or objects. (2.NBT.9) | |
| | | I can subtract within 1,000 using concrete models, mental math, drawing and strategies based on place value, properties of operations and/or the relationship between addition/subtraction. (2.NBT.7, 8) | I can subtract within 1,000 using concrete models, mental math, drawing and strategies based on place value, properties of operations and/or the relationship between addition/subtraction connect the strategy chosen to a written method. (2.NBT.7) | I can explain my reasoning for why subtraction strategies work using place value and the properties of operations and may support my answer with drawing or objects. (2.NBT.9) | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**PRE-K-2**

| STEAM | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARD |
|---|---|---|---|---|---|
| **Mathematics** <br><br> Operations and Algebraic Thinking <br><br> Overarching Competency: A successful student can demonstrate the ability to think flexibly about whole numbers and will be able to represent quantities with an understanding of place value. | | | | | |
| Priority: A successful student can demonstrate an understanding of addition and subtraction with the use of objects, images or sounds. | I can demonstrate and represent addition and subtraction by using objects, fingers, drawings, sounds, expressions or equations. Pre-K.OA.1, K.OA.1 | I can use addition and subtraction within 100 to solve word problems involving situations of adding to, taking from or apart and comparing. K.OA.2 1.OA.1,2 1.OA.5 2.OA.1 | I can fluently add and subtract numbers within 10 using mental strategies and working with equal groups of objects. . 1.OA.6 | I can fluently add and subtract numbers within 20 using mental strategies and working with equal groups of objects. 2.OA.2 | Pre-K.OA.1, 2, 3, K.OA.1, 2, 3, 4,5, 1.OA.1, 2,6, 2.OA.1,2 |
| | I can compose or decompose numbers, up to five, into pairs in more than one way. Pre-K.OA.2, K.OA.4 | I can identify real-world patterns in numbers Pre-K. OA.3 | I can decompose numbers up to 10 in pairs by using objects or drawings. K.OA.3 <br><br> I can fluently add and subtract numbers up to five. K.OA.5 | | |
| Priority: A successful student will be able to apply properties of operation and the relationship between addition and subtraction. | | | I can apply properties of operation as strategies to add and subtract 1.OA.3, 4 | | 1.OA.3, 4, 5 |
| Priority: A successful student will identify equal groups of objects to gain foundations for multiplication. | | I can determine odd or even numbers by pairing objects or counting by 2. 2.OA.3 | I can use addition to find total number of objects arranged in a 5x5 table. 2.OA.4 | I can work write an equation to express a sum of two groups of objects. 2.OA.3, 4 | 2.OA.3, 4 |
| Extended: A successful student will be able to solve equations using addition and subtraction. | | | I can understand and solve equations involving addition and subtraction to determine if they are true or false. 1.OA.7, 8 | | 1.OA.7, 8 |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

STEAM PERFORMANCE-BASED ASSESSMENT

| STEAM | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARD |
|---|---|---|---|---|---|
| **Mathematics**<br>Measurement and Data<br><br>Overarching Competency: A successful student can demonstrate the ability to think flexibly about whole numbers and will be able to represent quantities with an understanding of place value.<br><br>Priority: A successful student can describe and compare objects using measurable attributes. | | I can describe and compare objects using measurable attributes Pre-K MD.1, K.MD.1 | I can compare two objects, with measurable attributes, to see which object has more or less of the attribute. Pre-K.MD.2, K.MD.2 | | Pre-K MD.1, 2 K MD.1, 2 |
| Priority: A successful student will measure and estimate lengths in standard units. | I can measure the length of an object by selecting the proper tool 2.MD.1 | I can order three objects by comparing the lengths of two objects indirectly with a third 1.MD.1 | I can express the length of an object by using multiple copies of a shorter object laid end to end 1.MD.2 | I can measure and estimate measurement of objects using different length units 2.MD.2, 3 | 1 MD.1, 2 2 MD.1, 2, 3, 4 |
| Extended: A successful student will be able to use addition and subtraction to solve problems using length while also interpreting and creating data points in multiple units. | | I can identify coins and bills and their values 2.MD.9. | I can measure to determine how much longer one object is from another 2.MD.4 | I can create a line plot using measured lengths of multiple objects (extended) 2.MD.10 | 2 MD.4,5, 6, 8, 9, 10, 11 |
| | | | I can use addition and subtraction, up to 100, to solve word problems involving length in the same units 2.MD.5 | I can draw bar and picture graphs to represent data (up to four categories) and compare data using graph (extended) 2.MD.11 | |
| | | | I can represent whole numbers on a number line equally spaced within 100 2.MD.6 | | |
| | | | I can solve world problems involving money 2.MD.8 | | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



PRE-K-2

| STEAM | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARD |
|---|---|---|---|---|---|
| **Mathematics**<br><br>**Geometry**<br><br>Overarching Competency: A successful student can demonstrate the ability to think flexibly about whole numbers and will be able to represent quantities with an understanding of place value. | | | | | |
| Priority: A successful student will identify and describe shapes. | I can describe objects using names, shapes and relative positions to other objects Pre-K.G.1, K.G.1 | I can correctly name shapes regardless of their orientation or overall size Pre-K.G.2, K.G.2 | I can describe shapes as two dimensional or three dimensional K.G.3 | | Pre-K.G.1, 2, K.G.1, 2 |
| Extended: A successful student will be able to analyze, compare and compose two- or three-dimensional shapes by building, drawing or modeling. | | I can analyze, compare and sort shapes of different sizes and orientations Pre-K.G.3 | I can analyze and compare two- or three-dimensional objects in different sizes and orientations and also describe using informal language K.G.4 | | Pre-K.G.3,4, 5 K.G.4, 5, 6 |
| Extended: A successful student will be able to distinguish attributes of shapes and partition shapes into equal parts. | | I can distinguish between defining attributes versus non-defining attributes 1.G.1 | I can compose recognize and draw shapes with defining attributes 1.G.2, 2.G.1 | I can compose shapes using different components and/or other shapes (extended) K.G.5, 6 | 1.G.1, 2, 3 2.G.1, 2, 3 |
| | | | I can partition circles and rectangles into equal parts and use proper language to describe the parts (i.e. halves, fourths etc) 1.G.3, 2.G.3 | | |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



STEAM PERFORMANCE-BASED ASSESSMENT

| STEAM | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARD |
|---|---|---|---|---|---|
| **Mathematics** **Fact Fluency** Priority: A successful student can demonstrate the ability to quickly and accurately verbalize and compute fact fluency (within a range of numbers). | | | I can fluently add and subtract within 5. K.OA.5 | | K.OA.5, 1.OA.6, 2.OA.2, 2.NBT.5 |
| | | | I can apply mental strategies to fluently add within 20 and subtract within 10.1.OA.6 | | |
| | | | I can apply mental strategies to fluently add and subtract within 20. 2.OA.2 | I can connect knowledge of addition to beginning understanding of multiplication. 2.OA.2 | |
| | | | I can fluently add and subtract within 100 by choosing and applying various strategies. | | |

134

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**PRE-K-2**

# Specials
## Dance

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has not yet made progress in meeting the competency.

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Dance** **Creating** I can communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I am not yet able to communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I can begin to communicate through creative movement by applying dance skills and language to Explore and Revise learning through dance. | I can communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I can communicate through creative movement by applying dance skills and language to Explore, Plan, Revise, Excel in dance and learning. |
| **Performing** I can demonstrate the ability to apply skills and understanding of how dance communicates through Expression, Embodiment, and Presentation of artistic ideas and work for a performance. | I am not yet able to demonstrate the ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work. | I can begin to demonstrate the ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work. | I can demonstrate the ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work a performance. | I can demonstrate and explain my ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work for a performance. |
| I can Analyze, Interpret, and Select dance works for a performance. | I am not yet able to analyze, interpret, and select dance works for a performance. | I can Analyze, Interpret, but not select dance works for a performance. | I can analyze, interpret, and select dance works for at least one performance. | I can analyze, interpret, and select dance works for more than one performance. |
| I can Realize, Develop, and Refine dance works for performance. | I am not yet able to realize, develop, and refine a dance work for a performance. | I can realize and develop, but not refine a dance work for performance. | I can realize, develop, and refine at least one dance work for performance that communicates. | I can realize, develop, and refine multiple dance works for performance that communicate. |

SPECIALS PERFORMANCE BASED ASSESSMENT



**PRE-K-2**

SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Dance** **Responding** I can respond to dance by Analyzing, Interpreting, and Critiquing how dance conveys meaning. | I am not yet able to respond to dance by analyzing, interpreting, and critiquing how dance conveys meaning. | I can begin to respond to dance by analyzing, interpreting, and critiquing how dance conveys meaning. | I can respond to dance by analyzing, interpreting, and critiquing how dance conveys meaning. | I can successfully respond to dance by analyzing, interpreting, and critiquing how dance conveys meaning and provide compelling rationale through demonstration. |
| I can Perceive and Analyze dance. | I am not yet able to perceive and analyze dance. | I can begin to perceive and analyze dance. | I can perceive and analyze dance. | I can perceive and analyze dance and apply that knowledge to communicating through an original creative movement. |
| I can Interpret intent and meaning of dance. | I am not yet able to interpret intent and meaning of dance. | To a limited degree, I can interpret intent and meaning of dance. | I can interpret intent and meaning of dance. | I can interpret intent and meaning of dance and apply that knowledge to communicating through an original creative dance piece. |
| I can Apply criteria to evaluating dance pieces. | I am not yet able to apply criteria to evaluating dance pieces. | To a limited degree, I can apply criteria to evaluating dance pieces. | I can apply criteria to evaluating dance pieces. | I can create and apply criteria for evaluating dance pieces. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

136

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**PRE-K-2**

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Dance**<br>**Connecting**<br><br>I can connect personal meaning and external context to dance by Synthesizing, and Relating knowledge and personal experience to works of dance through and during the learning process. | I am not yet able to connect personal meaning and external context to dance by synthesizing, and relating knowledge and personal experience to works of dance through and during the learning process. | I can begin to connect personal meaning and external context to dance by synthesizing, and relating knowledge and personal experience to works of dance through and during the learning process. | I can successfully connect personal meaning and external context to dance by synthesizing, and relating knowledge and personal experience to at least one work of dance through and during the learning process. | I can successfully connect personal meaning and external context to dance by synthesizing, and relating knowledge and personal experience to multiple works of dance through and during the learning process. |
| I can Apply societal, cultural, and historical contexts to dance related ideas, work, and creative movement. | I am not yet able to apply societal, cultural, and historical contexts to dance related ideas, work, and creative movement. | I can apply historical but not societal and cultural contexts to dance related ideas, work, and creative movement. | I can apply societal, cultural, and historical contexts to dance related ideas, work, and creative movement. | I can apply societal, cultural, and historical contexts to dance related ideas, work, and creative movement and demonstrate how these details help reveal information about the work and its context. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



## Health

The performance indicators articulate specifically what students should know or be able to do in support of each standard by the conclusion of the grade spans. The performance indicators serve as a blueprint for organizing student assessment.

| Specials | PERFORMANCE INDICATORS |
|---|---|
| **Health** | |
| A successful student can comprehend concepts related to health promotion and disease prevention to enhance health. | • Identify that healthy behaviors impact personal health.<br>• Recognize that there are multiple dimensions of health.<br>• Describe ways to prevent communicable diseases.<br>• List ways to prevent common childhood injuries.<br>• Describe why it is important to seek health care. |
| A successful student can analyze the influence of family, peers, culture, media, technology, and other factors on health behaviors. | • Identify how the family influences personal health practices and behaviors.<br>• Identify what the school can do to support personal health practices and behaviors.<br>• Describe how the media can influence health behaviors. |
| A successful student can demonstrate the ability to access valid information, products, and services to enhance health. | • Identify trusted adults and professionals who can help promote health.<br>• Identify ways to locate school and community health helpers. |
| A successful student can demonstrate the ability to use interpersonal communication skills to enhance health and avoid or reduce health risks. | • Demonstrate healthy ways to express needs, wants, and feelings.;Demonstrate listening skills to enhance health.<br>• Demonstrate ways to respond in an unwanted, threatening or dangerous situation.<br>• Demonstrate ways to tell a trusted adult if threatened or harmed. |
| A successful student can demonstrate the ability to use decision-making skills to enhance health. | • Identify situations when a health-related decision is needed.<br>• Differentiate between situations when a health-related decision can be made individually or when assistance is needed. |
| A successful student can demonstrate the ability to use goal-setting skills to enhance health. | • Identify a short-term personal health goal and take action toward achieving the goal.<br>• Identify who can help when assistance is needed to achieve a personal health goal. |
| A successful student can demonstrate the ability to practice health-enhancing behaviors and avoid or reduce health risks. | • Demonstrate healthy practices and behaviors to maintain or improve personal health.<br>• Demonstrate behaviors that avoid or reduce health risks. |
| A successful student can demonstrate the ability to advocate for personal, family, and community health. | • Make requests to promote personal health.<br>• Encourage peers to make positive health choices. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



PRE-K-2

# Media Arts

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has not yet made progress in meeting the competency.

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Media Arts** **Creating** I can create and communicate by applying the skills and language of a specific media arts form to conceive, develop, and construct artistic ideas and work. | I am not yet able to create and communicate by applying the skills and language of a specific media arts form to conceive, develop, and construct artistic ideas and work. | I can create but not able to communicate by applying the skills and language of a specific media arts form to conceive, develop, and construct artistic ideas and work. | I can create and communicate by applying the skills and language of a specific media art form to conceive, develop, and construct artistic ideas and work. | I can create and communicate in multiple media art forms by applying the skills and language of that form to conceive, develop, and construct artistic ideas and work. |
| I can generate, conceptualize, and organize media arts ideas | I am not yet able to generate, conceptualize, and organize media arts ideas. | I can generate and conceptualize, but not independently organize an idea into a media art work. | I can generate, conceptualize, and organize ideas in at least one media art form. | I can generate, conceptualize, and organize ideas through various media art forms. |
| I can refine and complete media art ideas | I am not yet able to refine and complete ideas into media art work. | I can begin to refine but not complete ideas into media art work. | I can refine and complete ideas into media art work. | I can refine and complete ideas through multiple media art forms. |
| **Producing** I can demonstrate the ability to apply the skills and understanding of how the media arts communicate ideas and work through integration, practice, and presentation. | I am not yet able to integrate forms and content, practice, and present media art works. | I can begin to integrate forms and content, practice, and present media art works. | I can integrate forms and content, practice, and present through at least one media art form. | I can integrate forms and content, practice, and present through more than one media art form. |
| I can analyze and interpret media art works. | I cannot yet analyze and interpret media art works. | I can analyze and interpret media art works to a limited extent. | I can analyze and interpret comfortably in at least one media art work. | I can analyze and interpret multiple forms of media art works for presentation. |
| I can realize, develop, and refine media art works for presentation. | I am not yet able to realize, develop, and refine media art works for presentation. | I can realize and begin to develop, but not refine media art works for presentation. | I can realize, develop, and refine in at least one media art form for presentation. | I can realize, develop, and refine in multiple media art forms for presentation that that communicates. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Media Arts** **Responding** I can demonstrate the ability to apply the skills and understanding of how the media arts communicate ideas and work through integration, practice, and presentation. | I am not yet able to integrate forms and content, practice, and present media art works. | I can begin to integrate forms and content, practice, and present media art works. | I can integrate forms and content, practice, and present through at least one media art form. | I can integrate forms and content, practice, and present through more than one media art form. |
| I can analyze and interpret media art works. | I cannot yet analyze and interpret media art works. | I can analyze and interpret media art works to a limited extent. | I can analyze and interpret comfortably in at least one media art work. | I can analyze and interpret multiple forms of media art works for presentation. |
| I can realize, develop, and refine media art works for presentation. | I am not yet able to realize, develop, and refine media art works for presentation. | I can realize and begin to develop, but not refine media art works for presentation. | I can realize, develop, and refine in at least one media art form for presentation. | I can realize, develop, and refine in multiple media art forms for presentation that that communicates. |
| **Connecting** I can connect personal meaning and external context to media arts by synthesizing and relating through and during the art-making process. | I am not yet able to connect personal meaning and external context to media arts by synthesizing and relating through and during the art-making process. | I can begin to connect personal meaning and external context to media arts by synthesizing and relating through and during the art-making process. | I can successfully connect personal meaning and external context to media arts by synthesizing and relating through and during the art-making process. | I can successfully connect personal meaning and external context to more than one media arts form by synthesizing and relating through and during the art-making process. |
| I can synthesize and relate knowledge and personal experience to artistic ideas for media art works. | I am not yet able to synthesize and relate knowledge and personal experience to artistic ideas for media art works. | I can relate knowledge and personal experience to artistic ideas for media art works but not synthesize those into a media art work. | I can synthesize and relate knowledge and personal experience to artistic ideas for media art works. | I can synthesize and relate knowledge and personal experience to artistic ideas through multiple forms of media art works. |
| I can apply societal, cultural, and historical contexts to ideas media art work. | I am not yet able to apply societal, cultural, and historical contexts to media art work. | I can apply at least one of the following, societal, cultural, and/or historical contexts to media art work. | I can apply societal, cultural, and historical contexts to at least one form of media art work. | I can apply societal, cultural, and historical contexts to more than one form of media art. |

*Clerk of the District Court, Johnson County Kansas* *05/03/21  01:59pm MM*



PRE-K-2

## Music

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has not yet made progress in meeting the competency.

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Music**<br>**Creating**<br>I can create and communicate by applying the skills and language of music to Imagine, Plan, and Make musical ideas and work. | I am not yet able to create and communicate by applying the skills and language of music to imagine, plan, and make musical ideas and work. | I can create and communicate by applying the skills and language of music to imagine and plan but not yet make musical ideas and work. | I can create and communicate by applying the skills and language of music to imagine, plan, and make musical ideas and work. | I can create and communicate by applying the skills and language of music to imagine, plan, and make musical ideas and work, while creating work that shows the culmination of a process of creation and communication. |
| I can Generate, Develop, and Organize musical ideas. | I am not yet able to generate, develop, and organize musical ideas. | I am beginning to develop the skills and knowledge needed to generate, develop, and organize musical ideas. | I can generate, develop, and organize musical ideas. | I can generate, develop, and organize musical ideas for more than one musical genre. |
| I can create by applying the skills and language of music to Evaluate, Refine, and Present musical ideas and work. | I am not yet able to create by applying the skills and language of music to evaluate, refine, and present musical ideas and work. | I am beginning to create by applying the skills and language of music to evaluate, refine, and present musical ideas and work. | I can create by applying the skills and language of music to evaluate, refine, and present musical ideas and work. | I can create by applying the skills and language of music to evaluate, refine, and present original musical ideas and work using expertise, context, and expressive intent to influence creative choices. |
| I can Reflect upon and Refine musical ideas and work. | I am not yet able to reflect upon and refine musical ideas and work. | I can reflect upon but not yet able to independently refine musical ideas and work. | I can reflect upon and refine musical ideas and work. | I can reflect upon and refine musical ideas and work for more than one musical genre. |
| I can Present original musical ideas and work. | I am not yet able to present original musical ideas and work. | I am experimenting with creating and presenting original musical ideas and work. | I can present original musical ideas and work. | I can create and present more than one original musical idea and work. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

SPECIALS PERFORMANCE-BASED ASSESSMENT



**PRE-K-2**

SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1<br>Degree to which competency has been met. | LIMITED EVIDENCE - 2<br>Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3<br>Degree to which competency has been met. | STRONG EVIDENCE - 4<br>Degree to which competency has been met. |
|---|---|---|---|---|
| **Music**<br>**Performing**<br>I can demonstrate the ability to apply skills and effectively communicate musical ideas and work through Selection, Analysis, and Interpretation. | I am not yet able to demonstrate the ability to apply skills and effectively communicate musical ideas and work through selection, analysis, and interpretation. | I am beginning to find the ability to apply skills and communicate musical ideas and work through selection, analysis, and interpretation. | I can demonstrate the ability to apply skills and effectively communicate musical ideas and work through selection, analysis, and interpretation of at least one musical genre. | I can demonstrate the ability to apply skills and effectively communicate musical ideas and work through selection, analysis, and interpretation of more than one musical genre. |
| I can Select musical works based on interest, knowledge, technical skill and context. | I am not yet able to select musical works based on interest, knowledge, technical skill and context. | I am beginning to learn how to select musical works based on interest, knowledge, technical skill and context. | I can select musical works based on interest, knowledge, technical skill and context. | I can select and perform musical works based on interest, knowledge, technical skill and context. |
| I can Analyze the structure and context of musical works. | I am not yet able to analyze the structure and context of musical works. | I am beginning to analyze the structure and context of musical works. | I can analyze the structure and context of musical works. | I can analyze and demonstrate the structure and context of musical works. |
| I can Develop personal interpretations of musical works. | I am not yet able to develop personal interpretations of musical works. | I am beginning to develop personal interpretations of musical works. | I can develop personal interpretations of musical works. | I can develop personal interpretations of musical works and perform based on those interpretations. |
| I can demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. | I am not yet able to demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. | I am beginning to demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. | I can demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. | I can demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. |
| I can Evaluate and Refine personal and ensemble performances. | I am not yet able to evaluate and refine personal and ensemble performances. | I am beginning to learn how to evaluate and refine personal and ensemble performances. | I can evaluate and refine personal and ensemble performances. | I can evaluate and refine personal and ensemble performances of various genre. |
| I can Perform expressively and accurately with appropriate interpretation. | I am not yet able to perform expressively and accurately with appropriate interpretation. | I am beginning to perform expressively and accurately with appropriate interpretation. | I can perform expressively and accurately with appropriate interpretation. | I can perform various genre of music expressively and accurately with appropriate interpretation. |

142

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org



NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



**PRE-K-2**

| Specials | NO EVIDENCE - 1<br>Degree to which competency has been met. | LIMITED EVIDENCE - 2<br>Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3<br>Degree to which competency has been met. | STRONG EVIDENCE - 4<br>Degree to which competency has been met. |
|---|---|---|---|---|
| **Music**<br>**Responding**<br><br>I can respond to music by Selecting, Analyzing, Interpreting and Evaluating, how music conveys meaning. | I am not yet able to respond to music by selecting, analyzing, interpreting and evaluating, how music conveys meaning. | I can respond to music I have selected, but still learning how to analyze, interpret and evaluate how this music conveys meaning. | I can respond to music by Selecting, analyzing, interpreting and evaluating, how music conveys meaning. | I can successfully respond to multiple music genre by selecting, analyzing, interpreting and evaluating, how music conveys meaning and provide compelling rationale. |
| I can Select musical works for a variety of purposes. | I am not yet able to select musical works for a variety of purposes. | I can select a musical work or works for at least one purpose. | I can select musical works for a variety of purposes. | I can select musical works for a variety of purposes and provide rationale for selection. |
| I can Perceive and Analyze musical works. | I am not yet able to perceive and analyze musical works. | To a limited degree, I can perceive and analyze musical works. | I can perceive and analyze musical works. | I can perceive and analyze musical works and provide rationale. |
| I can Interpret intent and meaning of musical works. | I am not yet able to interpret intent and meaning of musical works. | I am beginning to interpret intent and meaning of musical works. | I can interpret intent and meaning of musical works. | I can interpret intent and meaning of musical works and provide rationale. |
| I can Apply criteria to evaluating musical works. | I am not yet able to apply criteria to evaluating musical works. | I am beginning to learn how to apply criteria to evaluating musical works. | I can apply criteria to evaluating musical works. | I can create and apply criteria to evaluating musical works. |
| **Connecting**<br><br>I can Connect personal meaning and external context to music through and during the music learning process. | I am not yet able to connect, personal meaning and external context to music through and during the music learning process. | I can begin to connect, personal meaning and external context to music through and during the music learning process. | I can connect, personal meaning and external context to music through and during the music learning process. | I can connect, personal meaning and external context to music through and during the music learning and making process. |
| I can Synthesize and Relate knowledge and personal experience to musical ideas and work. | I am not yet able to synthesize and relate knowledge and personal experience to musical ideas and work. | I am beginning to synthesize and relate knowledge and personal experience to musical ideas and work. | I can synthesize and relate knowledge and personal experience to musical ideas and work. | I can synthesize and relate knowledge and personal experience to musical ideas and work in and through the music making process. |
| I can Apply societal, cultural, and historical contexts to musical ideas and work. | I am not yet able to apply societal, cultural, and historical contexts to musical ideas and work. | I am beginning to relate and apply societal, cultural, and historical contexts to musical ideas and work. | I can apply societal, cultural, and historical contexts to musical ideas and work. | I can apply societal, cultural, and historical contexts to musical ideas and work of various genre. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

# PE

## Scope and Sequence for K-12 Physical Education

### LEGEND

**E = Emerging.**
Students participate in deliberate practice tasks that will lead to skill and knowledge acquisition.

**M = Maturing.**
Students can demonstrate the critical elements of the motor skills/knowledge components of the grade-level outcomes, which will continue to be refined with practice.

**A = Applying.**
Students can demonstrate the critical elements of the motor skills/knowledge components of the grade-level outcomes within a variety of physical activity environments.

SPECIALS PERFORMANCE-BASED ASSESSMENT

| PE STANDARD 1. Motor skills and movement patterns | Kinder-garten | Grade 1 | Grade 2 |
|---|---|---|---|
| Hopping | E | M | A |
| Galloping | E | M | A |
| Running | E | → | M |
| Sliding | E | M | A |
| Skipping | E | → | M |
| Leaping | | E | → |
| Jumping and Landing | E | → | → |
| • Jump rope | E | → | → |
| Balance | E | → | → |
| Weight Transfer | | | E |
| Rolling | E | → | → |
| Curling and stretching | E | → | M |
| Twisting and bending | | E | M |
| Throwing | | | |
| • Underhand | E | → | M |
| • Overhand | E | → | → |
| Catching | E | → | → |

| PE STANDARD 1. Motor skills and movement patterns | Kinder-garten | Grade 1 | Grade 2 |
|---|---|---|---|
| Dribbling/ball control | | | |
| • Hands | E | → | → |
| • Feet | | E | → |
| Kicking | E | → | → |
| Volleying | | | |
| • Underhand | E | → | → |
| Striking - with short implement | E | → | → |
| Striking - with long implement | | | E |
| Combining balance and weight transfers | | | E |

| PE STANDARD 2. Motor skills and movement patterns | Kinder-garten | Grade 1 | Grade 2 |
|---|---|---|---|
| Movement concepts, principles and knowledge | E | → | → |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**PRE-K-2**

**SPECIALS PERFORMANCE-BASED ASSESSMENT**

| PE STANDARD 3. Health-enhancing level of fitness and physical activity | Kinder-garten | Grade 1 | Grade 2 |
|---|---|---|---|
| Physical activity knowledge | E | → | → |
| Engages in physical activity | E | → | → |
| Fitness knowledge | E | → | → |
| Nutrition | E | → | → |

| PE STANDARD 4. Responsible personal and social behavior | Kinder-garten | Grade 1 | Grade 2 |
|---|---|---|---|
| Demonstrating personal responsibility | E | → | → |
| Accepting feedback | E | → | → |
| Working with others | E | → | → |
| Following rules and etiquette | | | E |
| Safety | E | → | M |

| PE STANDARD 4. Responsible personal and social behavior | Kinder-garten | Grade 1 | Grade 2 |
|---|---|---|---|
| For health | | | E |
| For challenge | | | E |
| For self-expression/ enjoyment | E | | |
| For social interaction | | | |



**SPECIALS PERFORMANCE-BASED ASSESSMENT**

## Theatre

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has not yet made progress in meeting the competency.

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Theatre** **Creating** | | | | |
| I can create and communicate by applying the skills and language of theatre through Envisioning, Conceptualizing, Developing, and Rehearsing artistic ideas and work. | I am not yet able to create and communicate by applying the skills and language of theatre through envisioning, conceptualizing, developing, and rehearsing artistic ideas and work. | I am beginning to create and communicate by applying the skills and language of theatre by envisioning, conceptualizing, developing, and rehearsing artistic ideas and work. | I can create and communicate by applying the skills and language of theatre through envisioning, conceptualizing, developing, and rehearsing artistic ideas through at least one theatrical performance. | I can create and communicate by applying the skills and language of theatre through envisioning, conceptualizing, developing, and rehearsing artistic ideas through more than one theatrical performance. |
| I can Organize artistic ideas for theatre. | I am not yet able to organize artistic ideas for theatre. | I can begin to organize artistic ideas for theatre. | I can organize artistic ideas for theatre. | |
| I can Refine and Complete artistic ideas through a theatrical performance. | I am not yet able to refine and complete artistic ideas through a performance. | I can begin to refine but not complete artistic ideas for a successful theatrical performance. | I can refine and complete artistic ideas successfully for a theatrical performance. | I can refine and complete artistic ideas successfully for more than one theatrical performance. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



PRE-K-2

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Theatre** **Performing** I can demonstrate the ability to apply the skills and understanding of how theatre communicates through Selection, Preparation, Sharing, and Presentation of artistic ideas and work. | I am not yet able to demonstrate the ability to apply the skills and understanding of how theatre communicates through selection, preparation, sharing, and presentation of artistic ideas and work. | I can demonstrate the ability to apply the skills and understanding of how theatre communicates through preparation and sharing, but not through selection and presentation of artistic ideas and work. | I can demonstrate the ability to apply the skills and understanding of how theatre communicates through selection, preparation, sharing, and presentation of artistic ideas and work through at least one performance. | I can demonstrate the ability to apply the skills and understanding of how theatre communicates through selection, preparation, sharing, and presentation of artistic ideas and work through more than one performance. |
| I can Reflect on, Interpret, and Select artistic works for presentation. | I am not yet able to reflect on, interpret, and select artistic works for presentation. | I can reflect on, begin to interpret, but not select an artistic work for presentation based on a specific purpose. | I can reflect on, interpret, and select an artistic work for presentation based on a specific purpose. | I can reflect on, interpret, and select artistic works for presentation based on a specific purpose for each work. |
| I can Realize, Develop, and Refine artistic works for presentation. | I am not yet able to realize, develop, and refine artistic works for presentation. | I can realize and develop, but not refine artistic works for presentation. | I can realize, develop, and refine artistic works for presentation. | I can realize, develop, and refine multiple artistic works for a performance that successfully communicates. |
| **Responding** I can respond to theatre by Reflecting, Interpreting, and Evaluating how productions convey meaning. | I am not yet able to  respond to theatre by Reflecting, Interpreting, and Evaluating how productions convey meaning. | I can begin to respond to theatre by Reflecting, Interpreting, and Evaluating how productions convey meaning. | I can respond to theatre by Reflecting, Interpreting, and Evaluating how at least one production conveys meaning. | I can respond to theatre by Reflecting, Interpreting, and Evaluating how productions convey meaning. |
| I can Perceive and Evaluate theatrical work. | I am not yet able to perceive and evaluate theatrical work. | I can begin to perceive and evaluate theatrical work. | I can perceive and evaluate theatrical work. | I can perceive and evaluate theatrical work and provide compelling rationale to support. |
| I can Interpret intent and meaning of theatrical work. | I am not yet able to interpret intent and meaning of theatrical work. | To a limited degree, I can interpret intent and meaning of theatrical work. | I can interpret intent and meaning of theatrical work. | I can interpret intent and meaning of theatrical work and provide compelling and creative support for alternative interpretation. |
| I can apply criteria when evaluating theatrical work. | I am not yet able to apply criteria when evaluating theatrical work. | I can begin to apply criteria when evaluating theatrical work. | I can apply criteria when evaluating theatrical work. | I can create and apply criteria for evaluating theatrical work. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Theatre** **Connecting** I can connect personal meaning and external context to theatre by Empathizing, Interrelating, and Researching works. | I am not yet able to connect personal meaning and external context to theatre by empathizing, interrelating, and researching works. | I can begin to connect personal meaning and external context to theatre by empathizing, interrelating, and researching works. | I can successfully connect personal meaning and external context to theatre by empathizing, interrelating, and researching works. | I can successfully connect personal meaning and external context to multiple theatrical pieces by empathizing, interrelating, and researching those works. |
| I can Synthesize and Relate knowledge and personal experience to theatrical ideas and work. | I am not yet able to synthesize and relate knowledge and personal experience to theatrical ideas and work. | I can begin to synthesize and relate knowledge and personal experience to theatrical ideas and work. | I can synthesize and relate knowledge and personal experience to ideas and at least one theatrical work. | I can synthesize and relate knowledge and personal experience to multiple theatrical ideas and works. |
| I can Apply societal, cultural, and historical contexts to theatrical ideas and work. | I am not yet able to apply societal, cultural, and historical contexts to theatrical ideas and work. | I am beginning to apply societal, cultural, and historical contexts to theatrical ideas and work. | I can apply societal, cultural, and historical contexts to theatrical ideas and work. | I can apply societal, cultural, and historical contexts to theatrical ideas and work and successfully perform the role of a character in that work. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS


**PRE-K-2**

## Visual Arts

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has made no effort in meeting the competency.

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Visual Arts** **Creating** I can create and communicate by applying the skills and language of a specific visual arts form to Investigate, Plan, and Make artistic ideas and work. | I am not yet able to create and communicate by applying the skills and language of a specific visual art form to investigate, plan, and make artistic ideas and work. | I can create but not able to communicate by applying the skills and language of a specific visual art form to investigate, plan, and make artistic ideas and work. | I can create and communicate by applying the skills and language of a specific visual art form to investigate, plan, and make artistic ideas and work. | I can create and communicate in multiple visual art forms by applying the skills and language of a specific visual art form to investigate, plan, and make artistic ideas and work. |
| I can generate, conceptualize, and organize artistic ideas. | I am not yet able to generate, conceptualize, and organize artistic ideas. | I can generate and conceptualize, but not organize artistic ideas. | I can generate, conceptualize, and organize artistic ideas. | I can generate, conceptualize, and organize multiple artistic ideas. |
| I can refine and complete artistic ideas. | I am not yet able to refine and complete artistic ideas. | I can refine but not complete artistic ideas. | I can refine and complete artistic ideas. | I can refine and complete multiple artistic ideas. |
| I can create by applying the skills and language of a specific visual arts form to Reflect, Refine, and Continue with artistic ideas and work. | I am not yet able to create by applying the skills and language of a specific visual art form through reflecting, refining, and continuing with artistic ideas and work. | I can create by applying the skills (elements) but not the language (principles) of a specific visual art form through reflecting, refining, and continuing with artistic ideas and work. | I can create by applying the skills and language of a specific visual art form through reflecting, refining, and continuing with artistic ideas and work. | I can create in multiple visual art forms by applying the skills and language of that visual art form through reflecting, refining, and continuing with artistic ideas and work. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Visual Arts** **Presenting** I can demonstrate the ability to apply the skills and understanding of how the visual arts communicate through Selection, Analyzation, and Sharing of artistic ideas and work for presentation. | I am not yet able to apply the skills and understanding of how the visual arts communicate through Selection, Analyzation, and Sharing of artistic ideas and work for presentation. | I can demonstrate the ability to apply the skills and understanding of how the visual arts communicate but not able to apply this to Selection, Analyzation, and Sharing of artistic ideas and work for presentation. | I can demonstrate the ability to apply the skills and understanding of how the visual arts communicate through Selection, Analyzation, and Sharing of artistic ideas and work for presentation. | I can demonstrate the ability to apply the skills and understanding of how multiple visual arts forms communicate through Selection, Analyzation, and Sharing of artistic ideas and work for presentation. |
| I can interpret artistic works for presentation. | I am not yet able to interpret artistic works for presentation. | I can interpret at least one artistic work for presentation. | I can interpret more than one artistic work for presentation. | I can interpret multiple artistic works for presentation. |
| I can realize, develop, and refine artistic works for presentation. | I am not yet able to realize, develop, and refine artistic works for presentation. | I can realize and develop, but not refine artistic works for presentation. | I can realize, develop, and refine artistic works for presentation. | I can realize, develop, and refine multiple artistic works for an exhibition that communicates. |
| **Responding** I can successfully respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning. | I am not yet able to successfully respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning. | I can begin to respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning. | I can successfully respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning. | I can successfully respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning, and provide compelling rationale. |
| I can interpret intent and meaning of artistic work. | I am not yet able to interpret intent and meaning of artistic work. | I can begin to interpret intent and meaning of artistic work. | I can interpret intent and meaning of artistic work. | I can interpret intent and meaning of artistic work and provides compelling rationale to support. |
| I can apply criteria to analyzing and interpreting artistic work. | I am not yet able to apply criteria to analyzing and interpreting artistic work. | To a limited degree, I can apply criteria to analyzing and interpreting artistic work. | I can apply criteria to analyzing and interpreting artistic work. | I can apply criteria to analyzing and interpreting artistic work and provide additional support for my interpretation. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**PRE-K-2**

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Visual Arts** **Connecting** I can successfully connect, personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing, and Interpreting to works of art through and during the art-making process. | I am not yet able to connect, personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing, and Interpreting to works of art through and during the art-making process. | I can begin to connect, personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing, and Interpreting to works of art through and during the art-making process. | I can successfully connect, personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing, and Interpreting to works of art through and during the art-making process. | I can successfully connect, personal meaning and external context to multiple visual arts by Relating, Perceiving, Analyzing, and Interpreting to works through and during the art-making process. |
| I can synthesize and relate knowledge and personal experience to artistic ideas and artistic work | I am not yet able to create a work of art that communicates about events in home, school or community life. | I can create a work of art that begins to communicate about events in home, school or community life. | I can create a work of art that clearly communicates about events in home, school or community life. | I can create works of art that clearly communicates in-depth about events in home, school, and/or community life. |
| I can apply societal, cultural, and historical contexts to artistic ideas and artistic work | I am not yet able to compare and contrast details in art works from different times or places to determine their uses. | I can compare and contrast details in art works from different times or places but am not able to determine their uses based on their context. | I can compare and contrast details in art works from different times or places and explain how these details help reveal information about the work. | I can compare and contrast multiple details in art works from different times or places and thoroughly explains how these details help reveal information about the work and its context. |

SPECIALS PERFORMANCE-BASED ASSESSMENT



GRADE BAND
**PRE-K-2**

# Library Media

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information Value:**<br>A successful student can distinguish between the roles of author and illustrator. | I can recognize, with assistance, an author or illustrator. | I can define the role of an author and illustrator. | I can compare and contrast the roles of an author and illustrator. | I can recognize myself as an author and illustrator. | G2.1.1, G2.1.3, G2.1.5 |
| A successful student can identify the elements of a story: characters, problem, setting, main idea and put the story in order with a beginning, a middle and an end. | I can list the elements of the story. | I can distinguish between different story elements. | I can use story elements to make inferences about the story. | I can create a story using the different story elements. | G2.1.1, G2.1.3, G2.1.5 |
| | I can recognize that stories have a beginning, middle and end. | I can organize a story into its beginning, middle and end. | I can develop logical reasons why parts of the story can be found at the beginning, middle or end of the story. | I can create a story with a clear beginning, middle and end. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

LIBRARY MEDIA PERFORMANCE-BASED ASSESSMENT

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**PRE-K-2**

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information as Exploration:**<br>A successful student can access and use the library media center resources with assistance. | I can state the library is where I can borrow books. | I can understand that the library provides organized access to resources. | I can develop a logical reason for using the library and find resources with assistance. | I can apply knowledge of the library to find resources. | G2.1.10, G2.2.1, G2.2.2, G2.2.4, G2.2.6, G2.2.7 |
| A successful student can explain the difference between fiction and nonfiction material. | I can explain the difference between fiction and nonfiction. | I can organize materials into fiction and nonfiction categories. | I can compare and contrast fiction and nonfiction. | I can create fiction and nonfiction products. | G2.1.10, G2.2.1, G2.2.2, G2.2.4, G2.2.6, G2.2.7 |
| A successful student can seek and evaluate information resources related to personal interest. | I can express desire to learn about a topic of interest. | I can tell about information learned about a topic of interest. | I can compare new knowledge about a topic of interest. | I can synthesize new knowledge about a topic of interest resulting in new personal schema. | G2.1.10, G2.2.1, G2.2.2, G2.2.4, G2.2.6, G2.2.7 |
|  | I can recognize that there are good and bad sources to use when finding the answer to a information need. | I can distinguish between a good and a bad source to use to meet a particular information need. | I can investigate to judge if information can be trusted. | I can critique a source using simple criteria to determine if it will meet a particular information need. |  |

**LIBRARY MEDIA PERFORMANCE-BASED ASSESSMENT**

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM



**LIBRARY MEDIA PERFORMANCE-BASED ASSESSMENT**

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information Research and Inquiry:** A successful student can use the library resources to seek answers to their questions via reading, listening, viewing and drawing conclusions from prior knowledge. | I can listen for information that helps answer questions. I can view information to help answer questions. | I can integrate my prior knowledge with research in order to find answers to questions. | I can find information to answer questions by using my prior knowledge, listening to others, and reading various library resources. | I can expand questions and/or apply answers to other content areas or life experiences. | G2.3.1, G2.3.3, G2.3.4 |
| A successful student can follow the steps of a basic problem solving model with peers. | I can work with my peers to identify the problem. | I can work with my peers to identify and analyze various problem solving strategies. | I can cooperatively execute all of the steps in the problem solving model. | I can discuss multiple ways to address the problem and apply those methods to other situations. | G2.3.1, G2.3.3, G2.3.4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



**PRE-K-2**

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information Authority:**<br>A successful student can use library materials to locate and identify accurate information related to a particular problem or question. | I can identify resources with appropriate factual information for a specific problem or question. | I can classify sources of information as relevant for a particular problem or question. | I can select and apply information from a variety of selected resources to solve a problem or question. | I can adapt resources and information to solve additional questions or problems. | G2.4.1, G2.4.2 |
| **Information Format:**<br>A successful student can use a variety of sources to gain information and share their new knowledge in a variety of ways. | I can, with assistance, use different sources of current information: print, non-print and digital. | I can select relevant resources for a particular purpose/topic. | I can select and use relevant resources for a particular purpose/topic. | I can independently use different sources of current information: print, non-print and digital. | G2.5.1, G2.5.4, G2.5.8 |
| | I can share my learning. | I can present my learning. | I can create a project to share my knowledge. | I can independently use digital resources to gather information. | |
| | | | | I can use multiple formats to present new knowledge. | |
| A successful student can apply Internet Safety rules. | I can remember Internet safety rules. | I can discuss Internet safety rules with others | I can use technology responsibly. | I can explain why safe use of technology is important. | G2.5.1, G2.5.4, G2.5.8 |
| | | | I can explain why safety is important when using the Internet. | I can use technology independently and responsibly. | |

LIBRARY MEDIA PERFORMANCE-BASED ASSESSMENT

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM

155



**LIBRARY MEDIA PERFORMANCE-BASED ASSESSMENT**

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information as Conversation:** A successful student can give credit to a source using a simple bibliography. | I can recognize the importance of respect for the work of others | I can discuss with others the importance of respect for the work of others when using it. | I can explain the need to give credit to a source. | I can independently use simple/basic citation rules for print resources. | G2.6.5, G2.6.1, G2.6.2 |
| | | | I can, with assistance, create a simple bibliography. | I can independently use simple/basic citation rules for digital resources. | |
| A successful student can combine new knowledge with prior knowledge and share in their own words. | I can listen to new information and discuss what I have learned. | I can connect prior knowledge. | I can use a variety of sources to organize data and information. | I can use digital tools to present data and information. | G2.6.5, G2.6.1, G2.6.2 |
| | | I can contribute to discussions. | I can incorporate new ideas into my thinking and restate them in my own words. | I can share knowledge by making different products. | |
| | | I can listen to and restate the ideas of peers. | | | |

PRE-K-2

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE
KANSAS GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Grade Band
# Pre-K-2
# Essential Elements (EE)
# Assessment

All students are taught academic content for their enrolled grade level. Students who have the most significant cognitive exceptionalities mostly take the alternate assessments and may need content aligned to alternate academic achievement standards. These standards are aligned with the general education content standards with reduced depth, breadth and complexity. Competencies for this population are the same as for students following the general education curriculum. However, the learning targets and measurement tables for this population align to the alternate academic achievement standards.

Students who have the most significant cognitive exceptionalities, who are eligible for an alternate assessment, work from the alternate academic achievement standards. The DLM Essential Elements (2020) allow students access to instruction aligned to grade level academic content. Goals and instruction listed in the IEP for these students are linked to the enrolled grade level DLM Essential Elements (2020). Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. Students who demonstrate mastery of level 3 or 4 competencies may not be appropriately challenged when working from the Essential Elements. Providing a continuum between the level 4 skill on the Essential Elements Competency Rubric and the level 1 skill on the Competency Rubric (2019) for each grade band will assist those students in the transition to the Kansas competencies/state standards.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

EE PERFORMANCE-BASED ASSESSMENT

This section of the guidance document seeks to support educators as they consider ways to develop, refine and/or implement a comprehensive, balanced and cohesive approach to meaningfully assess student learning in a competency-based model. When thinking about mastery, a multiple-measures approach can be useful and may include a variety of assessments, ranging from the use of rubrics that focus on the depth of a student's understanding to nationally normed assessments by age and/or ability to state accountability assessment systems. What follows as guidance to consider may be best conceptualized by thinking of it from the perspective of assessing student learning.

## Performance-Based Assessment and the Use of Rubrics

- **Continuity and Comprehensive Approach:** The grade-band teams from Phase I of this project developed both the competencies and a set of performance-based "I can ..." rubrics.
  - SECD, specials, electives and CTE are also included for your consideration and inclusion in assessing broader STEAM and Humanities competencies.

- **Interpretation of Performance Levels:** These rubrics contain four performance levels that include "i can ..." statements that intend to reflect the various stages of what students know and are able to do through progressive depths of each competency. Ideally, students move to and through each of the levels from left to right, but this may take place at different times for each student. Webb's Depth of Knowledge (DOK) is included as a familiar reference to help support the development of instruction in a leveled manner.

  - **Level 1** may be thought of as introducing or beginning/DOK: Recall and Reproduce

  - **Level 2** may be thought of as developing or emerging/DOK: Application and Reasoning

  - **Level 3** may be thought of as demonstrating or creating/DOK: Strategic Thinking

  - **Level 4** may be thought of as extending or enriching/DOK: Extended Thinking

  **NOTE:** Levels 1-4 are not intended to predict Kansas State Assessment scores.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
158                                                                 Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS


PRE-K-2

## Levels Explanation

Webb's Depth of Knowledge: Use to Align "A successful student can ..." Statements to Appropriate Performance Level

| Performance Level | I can ... |
|---|---|
| Level 1 | **Recall and Reproduction**<br>• Recall a fact, term, definition, principle or concept; perform a simple procedure.<br>• Items typically specify what the student is to do, which is often to carry out some procedure that can be performed mechanically.<br>• Recall of a fact, information, definition, term or performance of a process or procedure. |
| Level 2 | **Basic Application of Skills and Concepts**<br>• Apply conceptual knowledge:<br>  • Use provided information to select appropriate procedures for a task.<br>  • Perform two or more steps with decision points along the way.<br>  • Solve routine problems; organize or display data.<br>  • Interpret or use simple graphs.<br>• Items require students to make some decisions as to how to approach the question or problem. These actions imply more than one mental or cognitive process/step.<br>• Includes the engagement of some mental processing beyond recalling or reproducing a response. |
| Level 3 | **Strategic Thinking**<br>• Apply reasoning, using evidence, and developing a plan to approach or solve abstract, complex or nonroutine problems; interpret information and provide justification when more than one approach is possible.<br>• Items require students to justify the responses they give and may have more than one possible answer.<br>• Requires deep understanding as exhibited through planning, using evidence, and more demanding cognitive reasoning. The cognitive demands are complex and abstract. |
| Level 4 | **Extended Thinking**<br>• Perform investigations or apply concepts and skills that require research and problem solving across content areas or multiple sources.<br>• Items require students to bring together skill and knowledge from various domains. Due to the complexity of cognitive demand, this level often requires an extended period to answer. A DOK 4 is first a DOK 3 with added connections.<br>• Requires high cognitive demand and is very complex. Students are expected to make connections and relate ideas within the content or among areas - and have to select or devise one approach among many alternatives on how the situation can be solved. |

EE PERFORMANCE-BASED ASSESSMENT

This is the target



*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



EE PERFORMANCE-BASED ASSESSMENT

## Subject Area Abbreviations:

| | |
|---|---|
| AFNR | Agriculture, Foods and Natural Resources |
| AC | Architecture and Construction |
| BC | Business Career |
| BC.BMAE | Business Management, Administration and Entrepreneurship |
| BC.F | Finance |
| BC.M | Marketing |
| DNC | Dance |
| FCS | Family and Consumer Sciences |
| ELA | English Language Arts |
| ENG | Engineering |
| HB | Health and Biosciences |
| HE | Health |
| HGSS | History, Government and Social Studies |
| HUM | Humanities |
| IT | Information Technology |
| LPSCS | Law, Public Safety, Corrections and Security |
| MA | Media Arts |
| MATH | Math |
| MNFR | Manufacturing |
| MUS | Music |
| PE | Physical Education |
| SCI | Science |
| SCI.ESS | Earth and Space Science |
| SCI.LS | Life Science |
| SCI.PS | Physical Science |
| SECD | Social-Emotional Character Development |
| STM | STEAM |
| THR | Theatre |
| TRAN | Transportation |
| WL | World Languages |
| VA | Visual Arts |

## Grade Bands:

| | |
|---|---|
| P | Pre-K to 2nd grade |
| IM | 3rd to 5th grade |
| MS | 6th to 8th grade |
| HS | 9th to 12th grade |

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND**
**PRE-K-2**

# EE ELA

A successful student can demonstrate that they understand that written letters represent specific sounds in words.

| EE ELA LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can attend to single-syllable words with the same beginning sound by vocalizations, gestures, physical movement, eye gaze, etc. | I can select single-syllable spoken words by gestures, eye gaze, physical movement, vocalizations, etc.that are paired with a picture, object or tactile graphic. | I can identify a single-syllable spoken word with the same beginning sound as a familiar word with guidance and support. | I can read a single-syllable word with the same beginning sound as a familiar word. | EE.RF.K.2.c EE.RF.1.2.c |

A successful student can demonstrate that they understand and can manipulate sounds and letters that make up words.

| EE ELA LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can attend to word/picture/object pairs that rhyme through eye gaze, vocalizations, verbal, body movements, gestural, etc. | I can identify familiar rhymes by vocalizations, gestures, eye gaze when presented with a picture or objects. | I can recognize rhyming words with guidance and support. | I can recognize rhyming words. | EE.RF.K.2.a; EE.RF.1.2.a |
| I can attend to spoken words when presented with object, picture or tactile graphic by vocalizations, gesture, eye widening, touch, pointing, etc. | I can identify familiar words by vocalizations, gestures, eye gaze or touch when presented with a picture, objects or tactile graphics, etc. | I can recognize the number of words in a spoken message with guidance and support. | I can recognize the number of words in a spoken message. | EE.RF.K.2.b. |
| I can attend to individual sounds in one-syllable words when presented with the first letter of the word (or word/picture, object, tactile graphic, etc.by vocalizations, eye gaze, body movement, gestures, etc. | I can select individual sounds in one syllable words when presented with the first letter of the word (or word/picture, tactile graphic, etc. by vocalizations, eye gaze, body movement, gestures, etc. | I can match orally presented segmented phonemes to pictures or words and substitute individual sounds in simple, one-syllable words to make new words with guidance and support. | I can match orally presented segmented phonems to pictures and substitute individual sounds in simple, one-syllable words to make new words. | EE.RF.1-2.b EE.RF.1.2.d |
| I can attend to letters of the alphabet using vocalizations, eye gaze, body movement, gestures when presented with letter/picture, object or tactile graphic pairings. | I can identify letters of the alphabet using vocalizations, eye gaze, body movement, gestures when presented with letter/picture, object or tactile graphic pairings with guidance and support. | I can identify the lower case letters of the alphabet; identify letter sound correspondence for single consonants; and recognize 10 or more written words. | I can use letter-sound knowledge to read words. | EE.RF.2.3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**EE ELA PERFORMANCE-BASED ASSESSMENT**

A successful student can demonstrate the ability to comprehend, analyze and evaluate increasingly complex texts.

**EE ELA**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can attend to a picture of myself paired with my name using vocalizations, eye gaze, physical prompt, touch, gesture, etc. | I can select my name when paired with my picture using vocalizations, eye gaze, physical movement, touch, page sticks, etc.from a choice of two to three. | I can recognize first letter of own name in print with guidance and support. | I can recognize first letter of own name in print. | EE.RF.K.3.a |
| I can attend to familiar environmental signs paired with symbols and print (e.g., Casey's, WalMart, Burger King, etc. using vocalizations, gesture, touch, verbalizations, eye contact, body movement, etc. | I can match familiar environmental signs paired with symbols and print (e.g., Casey's, WalMart, Burger King, etc. | I can recognize familiar environmental signs (e.g., Casey's, WalMart, Burger King, etc.with guidance and support. | I can recognize environmental print (e.g., Casey's, WalMart, Burger King, etc. | EE.RF.K.3.c |
| I can attend to the organization of a book and basic features of print using vocalizations, eye gaze, gestures, physical movement, switch activation, etc.with guidance and support. | I can demonstrate understanding that books are read one page at a time from beginning to end with guidance and support during reading. | I can demonstrate understanding of the organization and basic features of print (left-to-right, top-to-bottom, one-to-one correspondence between written and spoken words). | I can identify the organization of text when participating in shared reading. | EE.RF.K.1.a; EE.RF.1.1.a |
| I can attend to a book when presented with pictures, words, objects, tactile graphics, using vocalizations, gestures, physical movement, eye gaze, switch activated, etc. | I can engage in purposeful shared reading with guidance and support. | I can participate in familiar text comprised of known words with guidance and support. | I can participate in reading familiar text comprised of known words. | EE.RF.K.4; EE.RF.1.3.b; EE.RF.1.4.a; EE.RF.1.4.b |
| I can attend to words in print of a familiar text paired with objects, tactile graphics, pictures, etc. using vocalizations, gestures, eye gaze, body movements, switch activated, etc. | I can participate in familiar text comprised of known words with guidance and support. | I can read familiar text comprised of known words with guidance and support. | I can read familiar text comprised of known words. | EE.RF.2.4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

*EE ELA PERFORMANCE-BASED ASSESSMENT*

*PRE-K-2*



**PRE-K-2**

## A successful student can draw/dictate/write to compose narrative texts, describing real or imaginary events or experiences.

**EE ELA**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can attend to a digital tool by remaining in contact with the tool by eye gaze, touch or vocalizations. | I can select a digital tool by gesture, eye gaze, vocalizations from a choice array of two to three upon a prompt (e.g., physical, touch, verbal, etc.). | I can explore a variety of digital tools to produce individual or group writing with guidance and support. | I can explore a variety of digital tools to produce individual or group writing. | EE.W.K3 |
| I can select a preferred digital tool from an array of two to three choices upon a prompt (e.g., verbal, touch, physical, vocalization, etc.). | I can draw, dictate or write about a preferred object from a choice array of two to three upon a prompt (e.g., physical, touch, verbal, etc.). | I can select an event and use drawing, dictating or writing to share information about it. | I can select an event or personal experience and use drawing, writing or dictating to compose a message about it | EE.W.1.3 |
| I can mark on paper upon a prompt (e.g., verbal, touch, physical, verbal, vocalizations, etc.). | I can draw, dictate or write about a preferred picture or story using gesture, eye gaze, vocalizations, etc. by a prompt (e.g., verbal, touch, physical, etc.). | I can add more information to own drawing, dictation or writing to strengthen the message with guidance and support. | I can add more information to own drawing, dictation or writing to strengthen the message. | EE.W.1.5, EE.W.2.5 |
| I can attend to a digital tool by remaining in contact with the tool by eye gaze, touch, vocalizations, etc. | I can select a preferred digital tool by gesture, eye gaze, vocalizations from a choice array of two to three upon a prompt (e.g., physical, touch, getural, verbal, vocalizations, etc.). | I can use technology (including assistive technology) to produce and publish individual or group writing with guidance and support. | I can use technology (including assistive technology) to produce and publish writing. | EE.W.1.6; EE.W.2.6 |

EE ELA PERFORMANCE-BASED ASSESSMENT



**PRE-K-2**

A successful student can make meaning of increasingly complex literary print and nonprint texts, and provide text details to explain interpretations and thinking.

**EE ELA PERFORMANCE-BASED ASSESSMENT**

**EE ELA**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can attend to a familiar item of choice (presented with an array from 3) using vocalizations, physical movement, gestures, eye gaze, etc. | I can distinguish between familiar and unfamiliar items using eye gaze, vocalizations, physical movement, switch activation, etc. | I can recognize familiar text and indicate when an unknown word is used in a text with guidance and support. | I can recognize familiar text and indicate when an unknown word is used in a text. | EE.RL.K.4; EE.RL.K.5 |
| I can attend to familiar people using eye gaze, gestures, physical movement, vocalizations, etc. | I can identify familiar people, objects, places or events with guidance and support. | I can identify details including recounting major events and identifying characters and settings by answering who and where questions about familiar stories. | I can answer who and where questions to demonstrate understanding of major events and actions of characters in familiar stories. | EE.RL.K.1; EE.RL.K.2; EE.RL.K.3; EE.RL.1.1; EE.RL.1.2; EE.RL.1.3; EE.RL.2.1; EE.RL.2.2 |
| I can demonstrate basic feelings (happy, sad, mad). using facial expressions, gestures, turning away, vocalizations, etc. | I can identify basic feelings (happy, sad, mad, etc.and actions with guidance and support. | I can identify sensory or feeling words and actions of the characters in a familiar story. | I can identify sensory or feeling words in order to identify the feelings of characters in a familiar story. | EE.RL.1.4; EE.RL.2.3 |
| I can attend to familiar people using eye gaze, gestures, physical movement, vocalizations, etc. | I can identify familiar people with guidance and support. | I can identify a text as telling a story and I can identify the speaker. | I can identify personal point of view about a text. | EE.RL.1.5; EE.RL.1.6; EE.RL.2.6 |
| I can attend to words in a familiar story using vocalizations, eye gaze, gestures, verbalizations, touch, body movement. | I can identify words in a familiar story with guidance and support. | I can identify words that meaningfully complete a familiar story, poem or song by using rhyming or repetition. | I can determine words and phrases that complete literal sentences in a text. | EE.RL.2.4 |
| I can attend to the beginning and end of a book using touch, gestures, eye gaze, vocalizations, verbalizations, body movement, etc. | I can identify the beginning and end of a book with guidance and support. | I can determine the beginning and ending of a familiar story with a logical order. | I can determine the beginning, middle and end of a familiar story with a logical order. | EE.RL.2.5 |
| I can attend to pictures in a story when paired with objects, tactile graphics or multimedia using eye gaze, vocalizations, physical movement, gestures or switch activation. | I can distinguish between words and illustrations in a story and identify illustrations that go with a familiar story with guidance and support. | I can identify illustrations or objects/tactual information in print or digital text that depict characters. | I can identify parts of illustrations or tactual information that depict a particular setting or event. | EE.RL.K.6; EE.RL.K.7; EE.RL.1.7; EE.RL.2.7 |

*Clerk of the District Court, Johnson County Kansas*
05/03/21  01:59pm MM

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS


**PRE-K-2**

| EE ELA | | | | |
| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
| I can attend to my calendar schedule of pictures, object symbols, words, tactile graphics, etc. using eye gaze, vocalizations, physical movement, gestures, touch, etc. | I can identify familiar events in my day with guidance and support. | I can identify adventures or experiences of characters in a story as same or different. I can identify similarities between two episodes in a story. | I can identify common elements in two stories in a series. | EE.RL.K.9; EE.RL.1.9; EE.RL.2.9 |
| I can attend to pictures in a story when paired with objects, tactile graphics, multimedia, using eye gaze, vocalizations, physical movement, gestures or switch. | I can engage in shared reading paired with illustrations, tactile graphics, objects using vocalizations, physical movement, gestures, switch activation, eye gaze, etc. | I can actively engage in shared reading of stories and poetry to clearly stated purposes. | I can demonstrate understanding while actively engaged in shared reading of stories, dramas and poetry. | EE.RL.1.10; EE.RL.2.10 |

**A successful student can make meaning of increasingly complex informational print and nonprint texts, and provide text details to explain interpretations and thinking.**

| EE ELA | | | | |
| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
| I can attend to an unfamiliar object that is used in a text by vocalizations, gestures, eye gaze, body movements, gestures, etc. | I can identify when an unknown word is used in a text with guidance and support. | I can ask a reader to clarify the meaning of an unknown word in a text with guidance and support. | I can ask a reader to clarify the meaning of a word in a text. | EE.RI.K.4; EE.RI.1.4 |
| I can attend to a text/illustrations/ objects/tactile graphics using vocalizations, verbalizations, eye gaze, body movement, gestures, etc. | I can identify pictures and words using vocalizations, gestures, eye gaze, physical movement, verbalizations, touch, etc. | I can identify components of a book including front cover, back cover, title page, words, and illustrations in an informational text with guidance and support. | I can identify components of a book including front cover, back cover, title page, words, and illustrations in an informational text. I can identify the role of the author and the illustrator. | EE.RI.K.5; EE.RI.K.6; EE.RI.K.7; EE.RI.1.5; EE.RI.1.6; EE.RI.1.7; EE.RI.2.6 |

EE ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



**PRE-K-2**

EE ELA PERFORMANCE-BASED ASSESSMENT

**EE ELA**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can attend to familiar people, objects, and events, etc. using vocalizations, eye widening, gestures, touch, body movement, etc. | I can recognize familiar people, objects, places, and events using vocalizations, verbalizations, switch activation, touch, gestures, etc. | I can identify the topic, individuals, events or details in a familiar text and identify words related to the topic. | I can identify details including the topic, individuals, and events in a familiar text by answering who and what questions. | EE.RI.K.1; EE.RI.K.2; EE.RI.3; EE.RI.1.1; EE.RI.1.2; EE.RI.1.3; EE.RI.2.1; EE.RI.2.2; EE.RI.2.3; EE.RI.2.4 |
| I can attend to familiar people, objects and events, etc. using vocalizations, eye widening, gestures, touch, body movement, etc. | I can recognize familiar people, objects, places and events with guidance and support. | I can identify illustrations or objects/tactual information that go with a text, identify details in informational text or its graphic representation. | I can use information gained from visual elements in the text to answer explicit who and what questions. | EE.RI.2.5; EE.RI.2.7 |
| I can attend to two to three objects using touch, vocalizations, switch activation, touch, gestures, etc. | I can identify differences in objects in my environment with guidance and support. | I can identify points the author makes in an informational text. | I can identify two related points the author makes in an informational text. | EE.RI.K.8; EE.RI.1.8; EE.RI.2.8 |
| I can attend to similarities of two to three objects using touch, vocalizations, switch activation, gestures, etc. | I can identify similarities in objects in my environment with guidance and support. | I can identify/match a common element/similar parts between two texts on the same topic. | I can identify similarities between two texts on the same topic. | EE.RI.K.9; EE.RI.1.9;EE.RI.2.9 |
| I can attend to informational text shared outloud using vocalizations, eye widening, gestures, touch, body movement, etc. | I can engage in informational text with guidance and support. | I can actively engage in shared reading of informational text including history/SS, science and technical texts. | I can demonstrate understanding of text while actively engaged in shared reading of history/SS, science and technical texts. | EE.RI.K.10; EE.RI.1.10; EE.RI.2.10 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



**PRE-K-2**

**A successful student can engage in large- and small-group research/inquiry to investigate topics of shared interest and to interpret, integrate, and present information.**

**EE ELA**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can attend to a variety of digital tools using touch, vocalizations, switch activation, gestures, etc. | I can explore a variety of digital tools using touch, vocalizations, body movement, eye gaze, verbalization, hand-under-hand, gestures, etc. | I can explore a variety of digital tools (including assistive technology) to produce individual or group writing with guidance and support. | I can use technology to produce writing while interacting and collaborating with others. | EE.W.K.6; EE.W.1.6; EE.W.2.6 |
| I can attend to object/pictures in a shared research project using vocalizations, touch, gestures, etc. | I can identify objects/pictures in shared research projects using vocalizations, gestures, switch activation, eye gaze, etc. | I can participate in shared research and writing projects. | I can identify information about a topic for a research project. | EE.W.1.7; EE.W.2.7 |

**A successful student can speak effectively to express ideas for a variety of purposes.**

**EE ELA**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can communicate when presented orally or through other media. during shared reading activities with guidance and support.media.during shared reading activities,. | I can answer questions about details presented orally or through other media.during shared reading activities,. | I can answer questions about details presented orally or through other media.during shared reading activities,. | I can identify details in a text read aloud or information presented orally or through other media. | EE.SL.K.2; EE.SL.1.2; EE.SL.2.2 |
| I can communicate "I don't know" verbally, through gestures, facial expression or assistive technology with voice output when asked a question, asked to identify a picture, asked about an event, etc. using gestures, vocalizations, touch, etc. | I can communicate confusion or lack of understanding ("I don't know") with guidance and support. | I can ask for help and communicate confusion or lack of understanding ("I don't know"). | I can answer questions about the details provided by the speaker. | EE.SL.K.3; EE.SL.1.3 |
| I can recognize familiar people, objects and events when presented in pairs using vocalizations, eye gaze, switch activation, touch, gestures, etc. | I can communicate familiar people, objects and events when presented in pairs using vocalizations, eye gaze, switch activation, touch, gestures, etc. | I can identify familiar people, places, things and events. | I can identify a photograph or object that reflects a personal experience and tell one detail about it. | EE.SL.K.4; EE.SL.1.4 |

*EE ELA PERFORMANCE-BASED ASSESSMENT*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



PRE-K-2

EE ELA PERFORMANCE-BASED ASSESSMENT

**EE ELA**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can communicate directly with supportive adults or peers while participating in multiple turn communication exchanges using touch, gestures, vocalizations, verbalizations, turning away, etc. | I can communicate directly with supportive adults or peers while participating in multiple turn communication exchanges with guidance and support. | I can engage in multiple-turn exchanges with supportive adults; build on others' talk in conversations by linking their comments to the remarks of others; and ask for clarification and further explanation as needed about the topics and texts under discussion. | I can engage in collaborative interactions about texts; listen to others' ideas before responding; indicate confusion or lack of understanding about information presented; and express ideas clearly. | EE.SL.K.1; EE.SL.1.1; EE.SL.2.1 |
| I can communicate my choice of a preferred object/with word using gestures, turning away, touch, vocalizations, etc. | I can answer questions about the details provided by the speaker with guidance and support. | I can answer questions about the details provided by the speaker. | I can ask or answer questions about the details provided by the speaker. | EE.SL.2.3 |
| I can attend to a familiar photograph or object using vocalizations, gestures, turn away, touch, etc. | I can identify a photograph or object that reflects a personal experience and tell one detail about it with guidance and support. | I can identify a photograph or object that reflects a personal experience and tell one detail about it. | I can recount a personal experience, story or topic including details. | EE.SL.2.4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**PRE-K-2**

A successful student can listen, view, and interpret information from a variety of sources, in order to make meaning and respond effectively.

| EE ELA | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify familiar people, places, things and events when presented with a picture or object using vocalizations, eye widening, gestures, touch, turn body toward, etc. | I can add or select drawings or other visual or tactile displays that relate to familiar people, places, things and events with guidance and support. | I can add or select drawings or other visual or tactile displays that relate to familiar people, places, things and events. | I can select visual, audio or tactual representations to depict a personal experience. | EE.SL.K.5; EE.SL.1.5 |
| I can attend to visual, audio, tactual representation of a story using vocalizations, switch activation, gestures, touch, facial expressions, etc. | I can select visual, audio or tactual representations to depict a personal experience with guidance and support. | I can select visual, audio or tactual representations to depict a personal experience. | I can create a multimedia presentation of a story or poem. | EE.SL.2.5 |
| I can communicate feelings when shown an array of illustrations of happy, mad and sad using vocalizations, gestures, touch, body movement, facial expressions, etc. | I can communicate feelings when shown an array of emotions, such as sad, happy, mad, using vocalizations, switch activation, gestures, body movement, touch, etc.by verbalization, hand-under-hand, gestures, vocalizations, etc. | I can combine words for effective communication to clarify thoughts, feelings and ideas in various contexts. | I can combine words for effective communication to clarify thoughts, feelings and ideas in various contexts. | EE.SL.K.6; EE.SL.1.6; EE.SL.2.6 |

EE ELA PERFORMANCE-BASED ASSESSMENT

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM



**GRADE BAND**
**PRE-K-2**

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

# EE Mathematics

Students must be engaged with the eight Standards for Mathematical Practice throughout the instruction of the mathematical content:

1. Make sense of problems and persevere in solving them.
2. Reason abstractly and quantitatively.
3. Construct viable arguments and critique the reasoning of others.
4. Model with mathematics.
5. Use appropriate tools strategically.
6. Attend to precision.
7. Look for and make use of structure.
8. Look for and express regularity in repeated reasoning.

## Counting and Cardinality

**Overarching Competency:** A successful student can demonstrate an understanding of numbers with proficiency to rote count, order, compare, subitize, match objects to and write numbers.

**PRIORITY: A successful student can rote count, identify and write numerals (to 30).**

| EE Mathematics | Counting and Cardinality | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify number sequence pattern (one to five) with tactile graphics, objects or illustrations using vocalizations, gestures, touch, switch activations, etc. | I can identify number sequence pattern with guidance and support. | I can count to 10 by ones. | I can count past 10 by ones. | EE.K.CC.1 |
| I can identify number sequence pattern (five to 10) with tactile graphics, objects or illustrations using vocalizations, gestures, touch, switch activations, etc. | I can explain number sequence pattern with guidance and support. | I can count by ones to 30 | I can count to ones past 30. | EE.1.NBT.1.a |
| I can identify number sequence pattern (five to 10) with tactile graphics, objects or illustrations using vocalizations, gestures, touch, switch activations, etc. | I can explain number sequence pattern with guidance and support. | I can count up to 10 objects. | I can count more than 10 objects | EE.1.NBT.1.b |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

170

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



**PRIORITY:** A successful student can count up to three objects using one-to-one correspondence.

| EE Mathematics | Counting and Cardinality | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify two to four objects paired with a number in a sequence with tactile graphics, illustrations, etc. using vocalizations, gestures, touch, switch activations, etc. | I can explain number sequence pattern with guidance and support. | I can count eight objects, pairing each object with one and only one number. | I can count 10 objects, pairing each object with one and only one number. | EE.K.CC.4 |
| I can identify two to four objects paired with a number in a sequence with tactile graphics, illustrations, etc. using vocalizations, gestures, touch, switch activations, etc. | I can explain number sequence pattern with guidance and support. | I can count out up to three objects from a larger set, pairing each object with one, and only one, number name to tell how many. | I can count out more than three objects from a larger set, pairing each object with one, and only one, number name to tell how many. | EE.K.CC.5 |

**PRIORITY:** A successful student can compare number of objects in a group when the quantities are clearly different.

| EE Mathematics | Counting and Cardinality | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify a one to five objects paired with a number in a sequence with tactile graphics, illustrations, etc. using vocalizations, gestures, touch, switch activations, etc. | I can recognize same number of objects and different number of objects with guidance and support. | I can identify whether the number of objects in one group is more or less than or equal to the number of objects in another group, when the quantities are clearly different. | I can identify whether the number of objects in one group is more or less than or equal to the number of objects in another group | EE.K.CC.6 |

**PRIORITY:** A successful student can create sets of 10.

| EE Mathematics | Counting and Cardinality | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify a set of five as a composition of five one's using vocalizations, verbalizations, eye gaze, gestures, switch activation, gestures, verbalizations, etc. | I can explain 10 as a composition of 10 ones with guidance and support. | I can create sets of 10. | I can create sets with more than 10. | EE.1.NBT.2 |

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



# Numbers in Base Ten

**Overarching Competency:** A successful student can demonstrate the ability to think flexibly about whole numbers and will be able to represent quantities with an understanding of place value.

**PRIORITY: A successful student can rote count, identify, name, and compare numbers to 30.**

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

| EE Mathematics | Numbers in Base Ten | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can compare two groups of two items when the number of the items in each group is obviously different using vocalizations, switch activation, verbalizations, gestures, touch, etc. | I can explain number sequence pattern with guidance and support. | I can compare two groups of 10 or fewer items when the number of items in each group is similar. | I can compare two groups of 10 or more items when the number of items in each group is similar. | EE.1.NBT.3 |
| I can count objects in a set (one to four) using vocalizations, verbalizations, gestures, touch, etc. | I can count objects in a set with guidance and support. | I can count objects from 1 to 30. | I can count objects past 30. | EE.2.NBT.2.a |
| I can count objects in a set (five to 10) using vocalizations, verbalizations, gestures, touch, etc. | I can explain number sequence pattern with guidance and support. | I can name the next number in a sequence between one and 10. | I can name the next number in a sequence between one and 15. | EE.2.NBT.2.b |
| I can identify numerals 1-10 using vocalizations, verbalizations, eye gaze, gestures, switch activation, gestures, verbalizations, etc. | I can explain number sequence pattern with guidance and support. | I can identify numerals 1-30. | I can identify numerals past 30. | EE.2.NBT.3 |
| I can identify same and different by comparing two sets of the same objects (e.g., one group has three objects and the second group has more objects) using switch activation, gestures, verbalizations, touch, etc. | I can count objects in a set with guidance and support. | I can compare sets of objects and numbers (up to 30) using appropriate vocabulary (more, less, equal). | I can compare sets of objects and numbers (up to 30) using <, + and > symbols. | EE.2.NBT.4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRIORITY: A successful student can represent numbers up to 30 using place value (sets of tens and ones).**

| EE Mathematics | Numbers in Base Ten | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify a set numbers up to 10 with ones using objects in an array with vocalizations, gestures, touch, switch activation, etc. | I can explain 10 as a composition of 10 ones with guidance and support. | I can represent numbers up to 30 with sets of 10s and ones using objects in columns or arrays. | I can represent numbers up to 30 with sets of 10s and ones using objects in columns or arrays. | EE.2.NBT.1 |

**PRIORITY: A successful student can add and subtract numbers (0-20) in a variety of ways.**

| EE Mathematics | Numbers in Base Ten | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can combine and separate groups of objects. | I can demonstrate the concept of addition with guidance and support. | I can add numbers less than or equal to five in more than one way. | I can add numbers greater than five in more than one way. | EE.1.NBT.4 |
| I can separate a group of objects into two different groups using gestures, switch activation, verbalizations, touch, etc. | I can demonstrate the concept of subtraction with guidance and support. | I can decompose numbers less than or equal to five in more than one way. | I can decompose numbers greater than five in more than one way. | EE.1.NBT.6 |
| I can combine and separate groups of objects using eye gaze, touch, gestures, verbalizations, etc. | I can demonstrate the concept of addition and subtraction with guidance and support. | I can identify that "+" means to combine, "-" means to separate and "=" means equal. | I can identify that "+" means add and "-" means subtract. | EE.2.NBT.5.a |
| I can combine and separate groups of objects using eye gaze, touch, gestures, verbalizations, etc. | I can demonstrate the concept of addition and subtraction with guidance and support. | I can combine and separate groups up to in 10 more than one way. | I can add and subtract numbers up to 10 in more than one way. | EE.2.NBT.5.b |
| I can combine and separate groups of objects using eye gaze, touch, gestures, verbalizations, etc. | I can demonstrate the concept of subtraction with guidance and support. | I can use object, representations, and numbers to add and subtract (0-20). | I can use object, representations, and numbers to add and subtract (0-30). | EE.2.NBT.6-7 |

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

# Operations and Algebraic Thinking

**Overarching Competency:** A successful student can demonstrate the ability to compute accurately, make reasonable estimates, understand meanings of operations, and use algebraic notation to represent and analyze patterns and relationships.

**PRIORITY: A successful student can demonstrate an understanding of addition and subtraction with the use of objects, images or sounds.**

| EE Mathematics | Operations and Algebraic Thinking | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can combine objects/tactile graphics and separate objects or tactile graphics using gestures, touch, verbalizations, switch activation, etc. | I can combine and partition sets with guidance and support. | I can represent addition as "putting together" or subtraction as "taking from" in everyday activities | I can demonstrate the concept of addition and subtraction. | EE.K.OA.1 |
| I can combine objects/tactile graphics and separate objects or tactile graphics using gestures, touch, verbalizations, switch activation, etc. | I can combine and partition sets with guidance and support. | I can represent addition and subtraction with objects, fingers, mental images, drawings, etc. | I can demonstrate the concept of addition and subtraction. | EE.1.OA.1.a |
| I can combine objects/tactile graphics and separate objects or tactile graphics using gestures, touch, verbalizations, switch activation, etc. | I can recognize same with guidance and support. | I can recognize two groups that have the same or equal quantity. | I can create equal sets. | EE.1.OA.1.b |
| I can combine objects/tactile graphics and separate objects or tactile graphics using gestures, touch, verbalizations, switch activation, etc. | I can combine sets with guidance and support. | I can use "putting together" to solve problems with two sets. | I can demonstrate the concept of addition. | EE.1.OA.2 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



**PRE-K-2**

**PRIORITY:** A successful student can apply properties of addition and subtraction of one (one more, one less).

| **EE Mathematics** Operations and Algebraic Thinking | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can combine objects/ tactile graphics and separate objects or tactile graphics using gestures, touch, verbalizations, switch activation, etc. | I can combine and partition sets with guidance and support. | I can represent addition as "putting together" or subtraction as "taking from" in everyday activities | I can demonstrate the concept of addition and subtraction. | EE.K.OA.1 |
| I can combine objects/ tactile graphics and separate objects or tactile graphics using gestures, touch, verbalizations, switch activation, etc. | I can combine sets with guidance and support. | I can use "putting together" to solve problems with two sets. | I can demonstrate the concept of addition. | EE.1.OA.2 |

**PRIORITY:** A successful student will identify equal groups of objects to gain foundations for multiplication.

| **EE Mathematics** Operations and Algebraic Thinking | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can attend to/manipulate objects. | I can partition objects into two groups. | I can equally distribute even numbers of objects between two groups. | I can equally disturbed even numbers of objects among three groups. | EE.2.OA.3 |
| I can combine sets. | I can use addition to find the total number of objects after combining sets (up to five). | I can use addition to find the total number of objects arranged within equal groups up to a total of 10. | I can add within ten. | EE.2.OA.4 |

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

# Required Fluency

**PRIORITY:** A successful student will demonstrate the ability to quickly and accurately verbalize and compute fact fluency (within a range of numbers).

| EE Mathematics — Required Fluency | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can combine and partition sets. | I can identify the mean of "add," "subtract" and "equal." | I can identify the meaning of the "+" sign, "-" sign and the "=" sign. | I can explain the function of the "+" sign, "-" sign and the "=" sign. | EE.2.NBT.5.a |
| I can combine and partition sets. | I can compose and partitions up to 10 items in more than one way. | I can compose and decompose numbers up to 10 in more than one way using concrete examples. | I can add within ten. | EE.2.NBT.5.b |
| I can combine and partition sets. | I can use objects, representations and numbers (0-10) to add and subtract. | I can use objects, representations and numbers (0-20) to add and subtract. | I can add and subtract within 2 | EE.2.NBT.6-7 |

# Measurement and Data

**PRIORITY:** A successful student can classify objects according to attributes.

| EE Mathematics — Measurement and Data | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify objects or pictures that are same using gestures, vocalizations, eye fixation, switch activation, touch, etc. | I can recognize measurable attributes with guidance and support. | I can classify objects according to attributes (big/small, heavy, light). | I can compare lengths to identify which is longer/shorter, taller/ shorter. | EE.K.MD.1-3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
176                                    Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



PRE-K-2

**PRIORITY:** A successful student can measure and compare length of objects using non-standard units.

| EE Mathematics | Measurement and Data | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify objects or pictures that are different using gestures, vocalizations, eye fixation, switch activation, touch, etc. | I can recognize measurable attributes with guidance and support. | I can compare lengths to identify which is longer/shorter, taller/shorter. | I can measure the length of objects using non-standard units. | EE.1.MD.1-2 |
| I can recognize measurable attributes. | I can measure the length of objects using non-standard units with guidance and support. | I can measure the length of objects using non-standard units. | I can measure the length of objects using standard units. | EE.2.MD.1 |
| I can recognize measurable attributes. | I can order by length using non-standard units with guidance and support. | I can order by length using non-standard units. | I can measure the length of objects using standard units. | EE.2.MD.3-4 |

A successful students can classify by attributes. A successful student can demonstrate an understanding of terms related to time.

| EE Mathematics | Measurement and Data | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can attend to a calendar system that represents today, yesterday and tomorrow, using gestures, eye gaze, eye fixation, touch, switch activation, etc. | I can select activities/events (picture/ tactile representation) that occur today and yesterday. | I can demonstrate an understanding of the terms tomorrow, yesterday and today. | I can measure the length of objects using non-standard units. | EE.1.MD.3.a |
| I can attend to a calendar system that represents today, yesterday and tomorrow, using gestures, eye gaze, eye fixation, touch, switch activation, etc. | I can select activities/events (picture/ tactile representation) that happen during the day and at night. | I can demonstrate an understanding of the terms morning, afternoon, day and night. | I can measure the length of objects using non-standard units. | EE.1.MD.3.b extended |
| I can classify and order objects with guidance and support. | I can identify before and after. | I can identify activities that come before, next and after. | I can sequence items/pictures according to first, middle, last for everyday routines. | EE.1.MD.3.c |
| I can classify and order objects with guidance and support. | I can match activities with the time of day they occur (morning, day, night) | I can demonstrate an understanding that telling time is the same everyday. | I can identify what time of day routine activities occur. | EE.1.MD.3.d |

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT**

**PRIORITY:** A successful student can organize data into categories by sorting.

**EE Mathematics**   Measurement and Data

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can sort two sets of objects or pictures using vocalizations, gestures, touch, eye gaze, switch activation, etc. | I can classify and order objects. | I can organize data into categories by sorting. | I can sort up to 10 data points into the appropriate groups. | EE.1.MD.4 |

A successful student can use addition and subtraction to solve problems using length while also creating picture graphs from collected measurement data.

**EE Mathematics**   Measurement and Data

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can combine and partition sets. | I can demonstrate an understanding of 1. | I can increase or decrease length by adding or subtracting units. | I can measure objects with inches and feet using a ruler. | EE.2.MD.5 extended |
| I can combine and partition sets. | I can demonstrate an understanding of 1. | I can use a number line to add one more unit of length. | I can use a number line to increase and to decrease numbers in length. | EE.2.MD.6 |
| I recognize same and different using vocalizations, eye gaze, touch, gestures, etc. | I can identify coins and bills using vocalizations, gestures, touch, switch activation, etc. | I can recognize that money has value. | I can identify and name currency (coins, $1, $5 and $10 bills). | EE.2.MD.8 |
| I can arrange objects in pairs using verbalizations, eye gaze, touch, gestures, switch activation, etc. | I can classify and order objects with guidance and support. | I can create picture graphs from collected measurement data. | I can identify the x and y axis on a graph. | EE.2.MD.9-10 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



PRE-K-2

# Geometry

**Overarching Competency:** A successful student can demonstrate the ability to investigate the characteristics and properties of two and/or three-dimensional geometric shapes and apply transformations and symmetry in geometric situations.

**PRIORITY: A successful student can match shapes of same size and orientation.**

| EE Mathematics | Geometry | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I recognize same and different using vocalizations, eye gaze, touch, gestures, etc. | I can classify and order objects with guidance and support. | I can match shapes of same size and orientation (circle, square, rectangle, triangle. | I can sort shapes of same size and orientation. | EE.K.G.2-3 |

**PRIORITY: A successful student can identify the relative position of objects, sort and identify shapes, and put pieces together to make a shape.**

| EE Mathematics | Geometry | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify similar groups and groups that are not similar using vocalizations, eye gaze, touch, gestures, touch, etc. | I can classify and order objects with guidance and support. | I can identify the relative position of objects that are on, off, in and out. | I can demonstrate an understanding of relative position of objects by placing them on, off, in and out. | EE.1.G.1 |
| I can recognize same and different using vocalizations, eye gaze, touch, gestures, etc. | I can classify and order objects with guidance and support. | I can sort shapes of same size and orientation (circle, square, rectangle, triangle). | I can sort shapes of same size different orientation. | EE.1.G.2 |
| I can identify objects, tactile graphics or pictures that are whole and those that are not whole using vocalizations, gestures, eye gaze, touch, switch activation. | I can separate whole tactile graphics or illustrations. | I can put together two pieces to make a shape that relates to the whole (two semicircles to make a circle, two squares to make a rectangle. | I can create whole objects, pictures, and tactile graphics into halves, and quarters. | EE.1.G.3 |
| I can recognize same and different using vocalizations, eye gaze, touch, gestures, etc. | I can classify and order objects with guidance and support. | I can identify common shapes: square, circle, triangle and rectangle. | I can name common shapes. | EE.2.G.1 |

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



# Implementation

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
181



# Competency Codes Narrative

To ensure teachers can make connections from the instructional examples to the competencies, a simple competency coding system has been developed. Each instructional example contains a section titled "Competency Codes Addressed." Under that heading, competencies across all subject matter areas related to the instructional example will be listed. For instance, one of the instructional examples for the 9-12 grade band is:

Instructional Example:

| Instruction Example | COMPETENCY CODES ADDRESSED |
|---|---|
| Podcast and/or Documentary Film with Marketing Plan (ELA. HGSS, Science, Speech, Business, Broadcasting, Graphic Design, Media Center Specialist, other subject areas as appropriate) | ELA.HS: 1.1, 3.1-3.5, 5.1, BC.M.HS 1.1, IT.HS 1.1, HUM.HS: 1.1, 2.1, 3.1, 5.1 |

As you can see, there are competencies across multiple subject areas involved in this cross-curricular learning activity. Each competency has a code that leads back to the competencies listed at the beginning of each grade band. Below is the competency code IT.HS 1.1 with what each part of a code denotes:



Here is the competency in its full form, color-coded to match above:



*Clerk of the District-Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



IMPLEMENTATION

## Subject Area Abbreviations:

| | |
|---|---|
| **AFNR** | Agriculture, Foods and Natural Resources |
| **AC** | Architecture and Construction |
| **BC** | Business Career |
| **BC.BMAE** | Business Management, Administration and Entrepreneurship |
| **BC.F** | Finance |
| **BC.M** | Marketing |
| **DNC** | Dance |
| **FCS** | Family and Consumer Sciences |
| **ELA** | English Language Arts |
| **ENG** | Engineering |
| **HB** | Health and Biosciences |
| **HE** | Health |
| **HGSS** | History, Government and Social Studies |
| **HUM** | Humanities |
| **IT** | Information Technology |
| **LPSCS** | Law, Public Safety, Corrections and Security |
| **MA** | Media Arts |
| **MATH** | Math |
| **MNFR** | Manufacturing |
| **MUS** | Music |
| **PE** | Physical Education |
| **SCI** | Science |
| **SCI.ESS** | Earth and Space Science |
| **SCI.LS** | Life Science |
| **SCI.PS** | Physical Science |
| **SECD** | Social-Emotional Character Development |
| **STM** | STEAM |
| **THR** | Theatre |
| **TRAN** | Transportation |
| **WL** | World Languages |
| **VA** | Visual Arts |

## Grade Bands:

| | |
|---|---|
| **P** | Pre-K to 2nd grade |
| **IM** | 3rd to 5th grade |
| **MS** | 6th to 8th grade |
| **HS** | 9th to 12th grade |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE:
KANSAS GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

Grade Band
# Pre-K-2

IMPLEMENTATION

## Philosophy

The 2020 school year will provide all educators a number of unique challenges in terms of reaching students during a possible educational disruption. The following document provides guidance in helping prepare for potential disruptions to the 2020-21 academic year.

This document supports instruction and the individual strengths of every educator in the state of Kansas while offering strategies, competencies and guidance in engaging students and celebrating their learning. While this is not a definitive step by step guide, we hope it may serve as a resource to approach the current challenges upon us.

The upcoming school year will be taught in an on-site, hybrid and/or remote learning environment. We recommend that educators prepare early for the possibility of an educational disruption and therefore plan activities that incorporate all curricular areas.

Throughout this document there will be three learning environments that are referenced:

- **On-site Learning Environment:** students and teachers will be in school with or without social distancing practices put into place.

- **Hybrid Learning Environment:** students would be spending part of their time in the classroom and part of their time learning remotely from home. For remote learning scenarios, please see page 3 for Remote Learning Daily Log requirements.

- **Remote Learning Environment:** students would be doing all of their learning from home and not entering the school building at all. For remote learning scenarios, please see page 3 for Remote Learning Daily Log requirements.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



PRE-K-2

The Implementation team's philosophy is that there are multiple learning environments that can lead to student success during an educational disruption. All learning environments in this document are focused around using the Navigating Change 2020 competencies and rubrics from KSDE. The competencies were created to work for all models of instruction but work best in a competency based system.

**Competency-based education** is a compilation of strategies used to ensure equity for all students and allows mastery to be shown based upon progression of learning, not seat time. Students are empowered daily through their rigorous learning experiences and assessment is meaningful and timely. This system is a shift from the traditional education model. When looking at using competencies, districts should be aware that their whole system cannot shift from traditional to full blown competency based in the matter of days, weeks, or even months. A shift from a traditional system to a competency based system takes ample time, professional development, and a complete understanding for a successful implementation to occur. However, schools can explore and use elements of a competency based system during an educational disruption, Kansas Redesign, or a traditional setting. In a competency based education system teachers should not feel compelled to follow a particular scope and sequence, but should instead choose an instructional path that provides high quality learning opportunities for all students. A competency based system also shifts away from traditional grading and looks at progression towards mastery for each student and their work with each competency. This would be accomplished using a rubric system, such as the one KSDE has created.

**Implementation of a competency-based education system includes teachers collaborating with other teachers.** We encourage teachers to collaborate with other professionals in their departments, cross-curricularly, from other districts, or across the nation to develop high quality instruction that could occur in a variety of environments. This includes providing students a voice and choice in their learning, that is multi-disciplinary, with clear milestones of learning, and an attainable producible body of work demonstrating mastery of skills.

Guiding Statements:

- Collaboration is Key
- Consistency, Connection, Progress
- Students have voice and choice in place, pace, and path
- Competencies not Checklists
- Plan Early

**NOTE:** Examples of the Navigating Change 2020 staff and student surveys are located in the appendices.

IMPLEMENTATION

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



Grade Band

# Pre-K-2

## Grading Considerations

Ultimately, grading will be determined by each school district's Boards of Education. Contemplating translating from Competency Scores to a local grading system on a particular student product, school districts might want to consider the following example. Within the Competency Rubrics there are variances of grading possibilities utilizing differing mathematical calculations (For example, a 3.5 competency score might translate to a traditional grade of B+). Listed below is one possible example. Please note, that the KSDE competency based educational system does not rely on a traditional A, B, C grading system, but instead seeks to have students progress toward mastery of learning and skills through multiple exposures.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS


PRE-K-2

# Accommodations/Modifications

At times it is necessary to provide students with accommodations or modifications to ensure equal access to the general education curriculum and opportunity to demonstrate mastery of concepts. In these scenarios, it is important for educational teams to work collaboratively to determine what individualized accommodations or modifications are necessary for the student to be successful. To assist with this understanding, definitions of an accommodation and modification are provided below.

**Accommodation:**

A change to instruction, testing, or presentation of materials to support access to the general education curriculum. Students with gaps, deficiencies, and exceptionalities who utilize accommodations are expected to demonstrate mastery. Areas in which you may utilize accommodations are environmental, presentation, assistive technology, assignments, reinforcement, and testing adaptations. Accommodations adapt learning for students but do not:

- Change the content of instruction
- Change the learning expectations
- Reduce the requirements of the academic task

**Modification:**

A change to instruction, testing, or curriculum that alters the content of the academic competency or demonstration of student mastery. Areas in which you may consider a modification to curriculum, adaptation of materials, grades, appropriate expectations, change in testing protocols. Modifications change learning for students by:

- Changing the learning expectation(s) for the student
- Reducing task requirement(s)
- Inquiry Learning/Project Based Learning

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

IMPLEMENTATION

# Family Engagement

Educators are encouraged to consistently welcome and encourage all stakeholders to engage in effective communication and active participation as a collaborative team within the learning process. Effective communication will incorporate a unified message that is clear, concise, honest and transparent to all stakeholders.

Building relationships through two-way communication assembles the strong foundation designed to be proactive and interactive. Relationship building should include efforts to educate all stakeholders of the differences in regards to race, socio-economic status, culture, beliefs, language, sexual orientation, gender identity/expression, family composition, etc.

It is recommended that special attention and supports be given to those students transitioning to new buildings (examples: kindergarten, sixth grade, ninth grade, new students to the district, etc.).

Schools are encouraged to include all stakeholders, especially caregivers, in the decision-making process through surveys, participation on task forces and committees, along with letting their voice be the catalyst to action. A successful family/school partnership encompasses the elements of trust, validation, acknowledgement, transparency and a shared responsibility throughout the learning process with a "student first mindset" through respect and dignity.

**Communication Considerations, Caregivers and Stakeholders:**

- Multi-Mode - Written, live and/or recorded video and/or audio.
- Clear, concise and consistent language, avoiding acronyms and abbreviations.
- Using home language.
- Acknowledge and validate concerns.
- Flexible to the needs/abilities.
- Share access to all resources.
- Tutorials of online platforms prior to use.
- Social media (i.e., Twitter, Instagram, Snapchat, Facebook, etc).
- Text messaging, mail and email.
- School messenger, robocalls.
- Local access television or newspaper.

**Activities list that could engage all stakeholders virtually or in-person:**

- Stakeholder surveys.
- Involvement in community events.
- Porch or driveway meetings.
- Neighborhood meetings.
- Parent camps.
- Content area/fine arts nights.
- Popsicles in the park, game/pie nights.
- Coffee with the Counselors.
- Classic pen pals for students in the classroom with students at home.
- Virtual parties, scavenger hunts, sing-a-longs, etc.
- Business partner engagement in classes or displaying student work.
- Career days/chats.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



**PRE-K-2**

# Inquiry Learning/Problem-Based Learning (PBL)

### General Overview of Inquiry Learning/PBL:

Activating student curiosity and inquiry by a problem or question that is meaningful to the student. A teaching method in which students gain knowledge and skills by working for an extended period of time to investigate and respond to an authentic, engaging, and complex question, problem, or challenge.

### Elements of High-Quality Instruction

- Authentic, real life, meaningful driving questions
- Active engagement through hands-on activities
- Scaffold student thinking/learning
- Feedback and Revision throughout
- Inquiry Process

### Social-Emotional Character Development (SECD)
*(Dispositions - Mindset and Soft Skills)*

- Student collaboration
- Team Building
- Time-Management
- Perseverance
- Communication

### Elements of Collaboration/Possible Collaboration Partners

- CTE
- Specials
- Student Support Teams
- ELL Teachers
- Community
- Field Experts

### Workflow
*(Milestones of Learning)*

- Driving question introduced
- Student utilize various platforms to research (groups, individually, in-person, remotely)
- Project milestones/assessments threaded throughout
- Feedback, Revision, Reflection
- Presentations of work

### Showcase of Student Learning
*(End Product)*

- Present to a public and authentic audience (community members, experts, etc.)

### Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

IMPLEMENTATION

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION**

# Personalized Learning

## General Overview of Personalized Learning:

Personalized Learning places the whole child at the center of instruction. It is informed by strong educator/student/family/community relationships to provide equity and choice in time, place, path, pace, and demonstration of learning.

## Elements of High-Quality Instruction

- Use Universal Design for Learning (UDL) to understand how students learn and develop learner agency (voice, choice, engagement, motivation, ownership, purpose, self-efficacy)
- Flexible content and tools to allow for a differentiated place, pace, and path
- Instruction aligned to specific student needs and learning goals
- Frequent data collection to inform instructional decisions and groupings
- Use Universal Design for Learning (UDL) to understand how students learn and develop learner agency (voice, choice, engagement, motivation, ownership, purpose, self-efficacy)
- Flexible content and tools to allow for a differentiated place, pace, and path
- Instruction aligned to specific student needs and learning goals
- Frequent data collection to inform instructional decisions and groupings

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Student voice and choice
- Students knowing themselves as learners
- Time-management
- Perseverance
- Ownership of learning and outcomes
- Sense of purpose
- Growth mindset
- Goal setting

## Elements of Collaboration/Collaboration Partners

- Grade bands of teachers (K-2, 3-5, 6-8, 9-12)
- Student Support Teams
- ELL Teachers
- Librarians
- PLC teams
- Teaching partners
- Specials teachers (PE, Music, Art)

## Workflow
*(Milestones of Learning)*

- Students and teacher identify learning goals, deadlines, and objectives for individual students
- Work through a series of targeted instruction
- Frequent data collection through teacher observation and questioning
- Meet with students 1:1 and together reflect, goal set, and determine next steps

## Showcase of Student Learning
*(End Product)*

- Complete goal information in personalized binder
- Videos productions (Chatterpix, Screencastify, green screen, Flipgrid, etc.)
- Discussions with teachers
- Completed projects

## Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
190                                                                 Kansas State Department of Education | www.ksde.org



**PRE-K-2**

# Nature-Based Outdoor Learning

**IMPLEMENTATION**

## General Overview of Nature-Based Outdoor Learning:

Outdoor learning (also known as forestry learning or nature based classrooms) shifts to embracing nature while exploring learning concepts, skills, and SEL. Child-initiated purposeful and imaginative play, whole brain learning, environmental stewardship, and teaching across the curriculum are all elements of this learning model. Significant time in nature is at the core of the curriculum where teachers implement high-quality, early childhood practices as well as high quality environmental education practices. Outdoor learning can help promote a healthy lifestyle, enable students to understand how nature supports life, appreciate sustainability as a community practice, and develop empathy for all forms of life.

## Elements of High-Quality Instruction

- Student exploration with adult support
- Allow students to problem solve while exploring the environment
- Scaffold questioning to support student inquiry

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Self-regulation/self-discipline
- Communication (verbal and non-verbal)
- Collaboration and team building
- Self-confidence and self-efficacy
- Negotiating skills
- Sense of curiosity
- Listening skills
- Creativity

## Elements of Collaboration/Possible Collaboration Partners

- All content/subject areas
- Guest community speakers
- Kansas Department of Wildlife, Parks and Tourism
- Kansas Farm Bureau
- Student support teams
- ELL teachers
- Local County extension offices
- 4H and Scouting Programs
- Nature Centers and Zoos

## Workflow
*(Milestones of Learning)*

- Students explore the natural environment around them through inquiry and use information to answer an essential question
- Hands-on activities/exploration
- Teacher observes students play, exploration, questioning, and communication
- Extensions, enrichment, and real-world applications of skills and concepts

## Showcase of Student Learning
*(End Product)*

- Photos/videos
- Journals
- Drawings/pictures
- Construction projects
- Dramatic Performances
- Nature Based Solutions to real world problems

## Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

IMPLEMENTATION

# Flipped/Blended Learning

## General Overview of Flipped/Blended Learning:

Blended learning combines multiple educational opportunities. Learning usually occurs on-site while using technology to facilitate some of the learning activities. However, this could also be used in a hybrid learning environment. There is an element of student control over time, place, and pace. Learning in this model may resemble rotations, flex modules, small groups, and Universal Design for Learning (UDL).

## Elements of High-Quality Instruction

- Scaffold student thinking/learning through videos, direct teaching, and assessment
- Provide time for student-teacher conversations and check-ins
- Incorporate consistent and tight feedback loops

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Identify personal strengths and weaknesses
- Achieve school goals
- Perseverance
- Communication
- Ownership of learning and outcomes
- Growth Mindset
- Elements of Collaboration/Possible Collaboration Partners
- Grade bands of teachers (K-2, 3-5, 6-8, 9-12)
- Student Support Teams
- ELL Teachers
- Librarians
- PLC teams
- Teaching partners

## Workflow
*(Milestones of Learning)*

- Student is given scaffolds to support learning/thinking
- Student has voice and choice in place, pace and path of learning
- Teacher is monitoring student progress through check-ins, feedback cycles and assessment
- Students progress through learning goals at their own pace with support from the teacher
- Exit Tickets
- Projects
- Mini-assessments
- Collaborative Activities
- Learning games with reflection

## Accommodations/Modifications/ Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org



PRE-K-2

# Play-Based Learning

**IMPLEMENTATION**

### General Overview of Play-Based Learning:

An intentional combination of child-directed play and teacher guidance. Guided play involves teachers' setting up the environment to nudge children toward a learning goal while still providing children with choices (Serious Fun: How Guided Play Extends Children's Learning, p.3). Students organize and make sense of their social world as they actively engage with people, objects, and the environment.

### Elements of High-Quality Instruction

- Examine how students work through the learning process (observing, communicating, measuring, reasoning, visual representation, etc.)
- Intentionally plan for competency-based outcomes
- Model play behaviors and ask open-ended questions
- Watch for child-initiated interests and observe child-environment interactions
- Use context-based assessments with play settings and utilize data to plan/create play environments

### SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Self-regulation
- Communication
- Role-playing
- Problem-solving
- Verbal and non-verbal cues
- Listening
- Conflict resolution
- Elements of Collaboration/Possible Collaboration Partners
- Specials (PE, Music, Art, Theater, etc.)
- Community Members
- Multiple content/subject areas

### Workflow
*(Milestones of Learning)*

- Stations/areas are set up around the classroom and are open for student exploration
- Teacher scaffolds student learning/thinking through conversation and questioning
- Teacher observes student learning through peer conversation and questioning
- Students record observations, learning, and thinking

### Showcase of Student Learning
*(End Product)*

- Performance projects
- Videos
- Drawings/visual representations
- Oral explanations/demonstrations
- Teach peers

### Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



IMPLEMENTATION

# Co-Teaching

## General Overview of Co-Teaching:

Co-teaching is two or more people sharing responsibility for teaching some or all of the students assigned to a classroom. It involves the distribution of responsibility among teachers for planning, instruction, and assessment for a classroom. Co-teaching is a creative way to connect with and support others in order to reach all types of learners. Partners must establish trust and effective communication while working together to be creative in order to overcome challenges and conflicts. There are several possible models of co-teaching: One teach, one observes; One teach, one assist; Parallel teaching; Station teaching; Alternative teaching; Team teaching

## Elements of High-Quality Instruction

- Clearly define roles and responsibilities and plan together
- Discuss the big picture issues or critical concepts that lead into differentiated activities and assessments
- Reflect on practices and make changes for future lessons

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Elements of Collaboration/Possible Collaboration Partners
- Grade level team teachers/PLC
- ELL teachers
- Student support teams
- Specials (PE, Music, Art, Theater, etc.)

## Workflow
*(Milestones of Learning)*

- Present a major concept/question
- Have smaller activities, stations, etc. for students to work through to gain a better understanding of the concept
- Students may work with one or both teachers

## Showcase of Student Learning
*(End Product)*

## Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



PRE-K-2

# Differentiated Learning

IMPLEMENTATION

### General Overview of Differentiated Instruction:

Differentiated Instruction is building lessons that include various approaches so that all students can learn effectively, according to their needs. Teachers develop materials that meet all students where they are. Teachers must know their students, their needs, similarities, differences, etc. in order to provide the right instruction for each student. The method focuses on content, process, and product.

### Elements of High-Quality Instruction

- Classroom climate and learning environment are set up to be conducive for independent learning
- Determine what a student needs to learn and how they will access appropriate information
- Scaffold activities, projects, etc. for student access and let students own the knowledge
- Students summatively show what they have learned and are allowed to choose how they show their learning
- Allow for students to help one another when they need assistance

### SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Collaboration
- Self-regulation
- Time management
- Communication
- Listening
- Self-directed learning

### Elements of Collaboration/Possible Collaboration Partners

- Student Support Teams
- ELL Teachers
- Cross-Curricular Teachers
- Grade Band Teacher Teams

### Workflow
*(Milestones of Learning)*

- Students explore a topic through different learning experiences set up by the teacher
- Students work to own the knowledge, ideas, and skills necessary to master the content
- Summative assessment

### Showcase of Student Learning
*(End Product)*

- Dramatic Performances
- Create a mural/painting/drawing
- Write a letter
- Any student created product that contains required elements

### Accommodations/Modifications/ Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*


**PRE-K-2**

IMPLEMENTATION

# Small Group/Cooperative Learning

## General Overview of Small Group/Cooperative Learning:

- Elements of High-Quality Instruction
- Teachers can personalize learning and work more closely with each student
- Frequent and immediate feedback
- Opportunity to teach and reteach specific skills to specific groups of students
- Student confidence is built through collaboration and working towards achieving a similar goal

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)Teamwork*

- Collaboration
- Listening and Speaking
- Time management
- Self-Regulation
- Elements of Collaboration/Possible Collaboration Partners
- Student Support Teams
- ELL teachers
- Grade Band Teacher Teams

## Workflow
*(Milestones of Learning)*

- Students are taught/introduced to a topic as a whole group and then break into small groups to continue learning and understanding
- Teacher is working with one group while others are working with peers or individually on meaningful work
- Students complete tasks one at a time
- This process may be repeated several times in one week

## Showcase of Student Learning
*(End Product)*

## Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

. 196



# Grade Band
# Pre-K-2
## Implementation
## Instructional Examples



**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

# BLENDED/FLIPPED LEARNING

*Instructional Example:*
## Historical Hero

*Essential Question:*
What can I learn/teach others about my historical hero?

*Competency Codes Addressed:*
*ELA: ELA.P 1.2, ELA.P 1.3, ELA.P 3.5*
*Health: H.P 1.2 HGSS: HGSS.P 2.1, HGSS.P 3.1*
*Music: MUS.P 1.2, MUS.P 5.1, MUS.P 5.2, MUS.P 5.3, MUS.P 5.4, MUS.P 6.1*
*PE: PE.P 4.1, PE.P 4.2*
*SECD: SECD.P 1.1, SECD.P 1.4, SECD.P 3.2, SECD.P 2.4, SECD.P 3.1, SECD.P 3.5, SECD.P 5.2, SECD.P 3.6*
*Visual Arts: VA.P 1.2, VA.P 1.1*

## Elements of High-Quality Instruction

- Gather mini-bios and visuals of several age-appropriate heroes of history (which can include animals, children and adults) and ask learners what characteristics they notice are in common amongst the heroes.
- Compare these characteristics with characters in children's films. Do they notice similar characteristics? If so, how would the children define hero qualities, such as bravery, courage, integrity or kindness? By having the children create collective definitions, they have context on how to recognize these characteristics in other media (i.e., reading series stories, film, children's literature, and current events). This can also lead to conversations about who are the heroes in your life and community?
- Setting the stage for more voice and choice, ask the learners which characteristics they feel are the most important? Why do these characteristics make a positive impact on the world? How can you recognize these characteristics in your own personal decisions? From this inquiry, students identify a hero of history to research at a deeper level.
- Guide students on how to use technology, print media and databases to find information.
- Guide students to compare the characteristics of their chosen hero to their own lives. Where do you see similarities? What choices could you

make that would demonstrate heroic characteristics in you?
- Challenge students to consider how they will explain the heroic characteristics to another person. How would you like to share these characteristics with others? How can you demonstrate these characteristics in your life? Can you reflect on your day and tell me where you were heroic (or brave, honest, etc.)?
- Provide scaffolds for students to identify where they demonstrated heroic qualities in a determined period of time. This should include reflective components so the learners can track their personal growth of making better life choices.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Sharing/Taking Turns/Cooperation
- Problem-solving
- Respect
- Team work
- Anti Bullying Steps
- Communication
- Listening to others
- Empathy
- Compassion
- Regulation
- Personal space
- Kindness and friendship

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

## Elements of Collaboration

- **Pre-K:** Choose an age-appropriate text to read aloud to students. If possible find multiple texts or texts and videos and have students compare and contrast.
- **Music:** Students will compare and contrast different "hero themed" music by listening to them/dramatic play.
- **Library:** Students choose a hero, use various forms of information and research to find out vetted facts about their hero and then demonstrate their understanding in a presentation (Flipgrid, Pic Collage, Popplet, etc).
- **Art:** Students create visual representations (either 2D or 3D) of their hero.
- **Computer:** Students create a presentation using an app (examples - Flipgrid, Pic Collage, Google slide, Popplet, etc.) or product of their choice for their historical hero.
- **Science:** Students make infographics of hero scientists.
- **Social Studies:** Students create a timeline of heroes' lives.
- **PE/Health:** Design a PE/Health hero. Students describe and demonstrate activities that show what makes the hero (healthy food choices, increased heart rate, muscles, etc).

## Possible Collaboration Partners

- Classroom teachers
- Community Leaders
- SPED teachers
- ELL teachers
- Counselors
- Social workers

## Workflow *(Milestones of Learning)*

- Students are introduced to the topic and information.
- Introduce materials and how they can be used.
- Informal observations while students are working and conversing with peers.
- Review of student work.
- Formative assessment.

## Showcase of Student Learning *(End Product)*

Students should have voice and choice in how they would like to demonstrate their learning. Encourage them to answer the questions, "How can I tell others about the characteristics of a hero?" "How can I tell the story of my hero of history?" "How can I tell my own story of being heroic?" By gathering the answers from your students, you can easily identify products and performances for a summative assessment.

- Students act as the teacher to share what they have learned about their historical hero.
- Public Service Announcement (PSA) video or short writing skits that can be presented via morning announcements on what bravery, kindness, etc, are and how we can demonstrate these at school.
- Compare/contrast presentation of a hero of history with a current hero in my family or my community.
- For older students: Sculpture (such as design a Play-Doh monument for your hero) and explain their product in a video recording.
- For older students: T-shirt book report about their hero of history.
- Tech idea for older students: Stop-motion

animation short video to tell the story of their historical hero.

## Accommodation/Modification Considerations *(per KSDE guidance)*

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially-designed instruction and/or tiered systems of support.

## Progression Toward Mastery

Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

## Learning Environment Considerations

**On-Site Learning Environment**
Students work with teachers and individually to complete the lesson above. Consider extra support students might need with information and resources.

**Hybrid Learning Environment**
Teachers walk through the process of the lesson in person and students could complete the research and documenting portion of this lesson at home. Historical hero readings and print materials should be provided for students who do not have technology at home. Consider sending home what was covered in the classroom so families can provide proper support and have necessary background knowledge.

**Remote Learning Environment**
The assignment could be posted on the school district's preferred school platform with links to a video with all the instructions, along with the links to databases and resources.

All instructions for this lesson, including a rubric, could be sent home on paper along with historical hero readings. Print materials could be provided for students.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



PRE-K-2

*Instructional Example:*
## My Heritage

*Essential Question:*
How does my family heritage help mold who I am?

*Competency Codes Addressed:*
*ELA: ELA.P 1.1, ELA.P 2.1, ELA.P 3.5*
*HGSS: HGSS.P 2.1*
*Media Arts: MA.P 2.1, MA.P 4.1 SECD*
*PE: PE.P 4.1, PE.P 4.2*
*SECD: SECD.P 2.2, SECD.P 3.4, SECD.P 3.5, SECD.P 4.3, SECD.P 5.2, SECD.P 5.4*
*Visual Arts: VA.P 1.1, VA.P 3.2*

### Elements of High-Quality Instruction
- Students create a family heritage project to share.
- With help from families, students create a photo book or collage from photos of family members, sometimes from many generations, that they bring from home (digital or real photos).
- Students use a storyboard template organizer to complete a family heritage narrative writing.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Reflection
- Decision-making and problem-solving
- Self-management
- Self-awareness

### Elements of Collaboration
- ELA
- HGSS
- Families
- Specialists
- Grade-level team teacher
- Multi-age grade level teacher

### Possible Collaboration Partners
- Families
- Specialists
- Grade-level team teacher
- Multi-age, grade-level teacher
- Museums or cultural centers/heritage experts

### Workflow *(Milestones of Learning)*
- Students access family information and photographs from home.
- Students use a writing organizer to complete details of each photograph.
- Students place photos in a digital or nontechnology format.
- Students narrate each photo with their writing or add the writing to the nontech photo collage.
- Students present projects to families.

### Showcase of Student Learning *(End Product)*
- Publish on an online learning platform or nontech photo collage and writing.
- Present at family showcase in person or online.

### Accommodations/Modifications Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially-designed instruction and/or tiered systems of support.

### Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

### On-Site Learning Environment
Consider working diligently with any online platforms, websites, etc., so students have working knowledge of how to use them. Teachers might want to give parents lead time in order to gather photos and family information. Think about what could be done if a child does not have family photos to use for this project.

### Hybrid Learning Environment
Online activities/recordings could be

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

made available to help students complete assignments at home after the initial learning is done in school. Consider sending home information to parents when the project is started. It might be helpful to have a checklist of items that will be completed at school and items that will need to be completed at home.

**Remote Learning Environment**

There may need to be exceptions made for those students who do not have access to technology or an alternative form provided for them to complete this project. Consider how a child's family or caregiver could be involved on a deeper level in this project if it is all completed at home. Think about students presenting their final project in some video format that is submitted to the teacher that could then be compiled and sent to all students. If a video is not possible, consider having students/parents send pictures of their child working on this project and the final product. This could be shared with all students.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



PRE-K-2

*Instructional Example:*
# Weather

*Essential Question(s):*
What is weather? How is our weather different from day to day?

*Competency Codes Addressed:*
*ELA:* ELA.P 1.1, ELA.P 1.2, ELA.P 2.2
*Math:* MATH.P 1.1, MATH.P 1.2, MATH.P 5.4, MATH.P 5.5
*Science:* SCI.ESS.P 3.1
*SECD:* SECD.P 3.1, SECD.P 3.2, SECD.P 4.3

## Elements of High-Quality Instruction
- Video lesson with key vocabulary and activity directions .
- Group team discussion and development of discovery questions.
- Choice board or team activities.
- Collect and analyze data over time.
- Draw conclusions and answer essential questions.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Identify and describe a variety of emotions.
- Identify weather situations that might evoke emotional responses.
- Describe and practice sending effective verbal and nonverbal messages

## Elements of Collaboration
- Data collection and analysis (math).
- Written conclusions (ELA).
- Books about the weather and weather patterns (ELA).
- Weather patterns around the world (HGSS).

## Possible Collaboration Partners
- Professional Learning Communities (PLCs)
- Families and/or community members with expertise
- Vertical collaboration
- Cross-curricular collaboration

## Workflow *(Milestones of Learning)*
- Understanding of key vocabulary and activity directions.
- Discovery questions.
- Completion of choice board/team activities.
- Collection of data.
- Participation in team discussions.

## Showcase of Student Learning *(End Product)*
- Describe weather and how it can vary day to day through a variety of modes (pictures, verbal, video, demonstration, written, etc.).
- Utilize a rubric to assess learning.
- Digital presentation.

## Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially-designed instruction and/or tiered systems of support.

## Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

# Learning Environment Considerations

## On-Site Learning Environment
Videos could be viewed at school or as homework (if students have access to technology). Group discussion and activities could happen in the classroom or outdoors.

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

### Hybrid Learning Environment

While students are in school, they can practice making detailed observations of the weather and how to document that in their journal. Students could also take this journal home and document the weather during the times that they are not in the building. A compare/contrast could be completed of the different observations. Consider having students call family members who live in different areas and ask about the weather where they live and document that in their journal, too. Video conferencing/team discussions could happen at home (if students have necessary devices). Activities and books through a mix of in-person and online platforms could be used.

### Remote Learning Environment

Encourage students to go outside at least once every few days and observe many different things (examples: Where is the sun in the sky? What do the clouds look like? What does it feel like?). Discuss how things might look and feel different during different times of day. Suggest that students watch or listen to the weather forecast one evening, and then observe the weather the next day and answer follow-up questions. Students could also graph data, such as temperature, from the weather forecast, and then document the actual high temperature each day and make a comparison graph. Consider having students call family members who live in different areas and ask about the weather where they live and document that in their journal, too.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

# CO-TEACHING

*Instructional Example:*
## Identify Geometric Shapes

*Essential Question(s):*
How do you help students explore shapes and other geometric concepts?

*Competency Codes Addressed:*
*ELA: ELA.P 2.2*
*Math: MATH.P 5.1, MATH.P 5.2, MATH.P 5.4, MATH.P 5.5, MATH.P 6.1, MATH.P 6.2, MATH.P 6.3*
*SECD: SECD.P 1.4, SECD.P 5.2, SECD.P 3.5*
*Media Arts: MA.P 1.1*

## Elements of High-Quality Instruction
- Exploration of shapes.
- Students develop questions.
- Explore and understand vocabulary.
- Teacher guided.
- Discovery and classification of shapes and attributes.
- Modeled and guided.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Provide a safe and supportive environment with clear direction and expectations.
- Understand active listening.
- Ask clarifying questions.
- Identify situations within their control and outside of their control that might evoke emotional responses.

## Elements of Collaboration
- Age-appropriate text and books about shapes (ELA).
- Drawings and paintings with shapes (art).
- Songs about shapes (music).

## Possible Collaboration Partners
- Resource coaches
- Special education department
- Title I
- ELL
- Social workers
- Counselors

## Workflow *(Milestones of Learning)*
- Introduce shapes by reading a book and encouraging questions about shapes (make graph or table).
- Identify shapes with real-life examples, books, videos, explore outside, digital platform, etc. (small group).
- Investigate shapes by allowing students a sensory experience (touch, feel, draw).
- Constructs shapes on own and gives definition (shape quilt activity).
- Extension: Students can make shapes out of shapes. Example: A hexagon from triangles.

## Showcase of Student Learning *(End Product)*
- The student will have the ability to accurately identify basic shapes by their name, number of sides and vertices, and if the shape is flat (2D) or not.
- The student will communicate their final product by submitting any of the following choices to show they know and understand the concept: photograph (self-made or through digital platform); video through selected educator platform; audio with photograph; audio with drawing; or verbally (in person or via phone video).

## Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially designed instruction and/or tiered systems of support.

## Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1,

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

## Learning Environment Considerations

### On-Site Learning Environment Considerations

Teachers need to be aware of the co-teaching model that is best for the learning environment and students that will be involved.

### Hybrid Learning Environment Considerations

*In person:*
Consider introducing shapes and concepts of how to sort and classify shapes. Think about having students complete several examples in the classroom so they have a complete understanding before completing the rest of the activity on their own at home.

*At home:*
Students can use what they have at home (chalk, Play-Doh, household items, etc.) to help them discover, identify and classify different shapes. Students can document this in multiple forms (drawings, digital pictures, etc.).

### Remote Learning Environment Considerations

If students have a device with internet access, provide safe, age-appropriate links for viewing and learning. Think about sending home math manipulatives or materials to draw. Consider how students can use what they have at home (chalk, Play-Doh or household items) to help them discover, identify and classify different shapes. Students can document this in multiple forms (drawings, digital pictures, etc.). Consider having students use items they find in their yard (rocks, leaves, sticks, etc.) to create shapes and label them.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

# INQUIRY LEARNING/PBL

*Instructional Example:*

## Creating an Inclusive and Accessible Outdoor Learning Area

*Essential Question:*
How do we create an inclusive and accessible outdoor learning area?

*Competency Codes Addressed:*
*SECD: SECD.P 1.2, SECD.P 6.1, SECD.P 3.6*
*ELA: ELA.P 3.5, ELA.P 1.1*
*HGSS: HGSS.P 3.1*
*Math: MATH.P 5.1, MATH.P 5.3*
*Music: MUS.P 1.1, MUS.P 2.1, MUS.P 2.2*
*Visual Arts: VA.P 2.1, VA.P 2.1*
*Media Arts: MA.P 1.2*
*PE: PE.P 1.1, PE.P 2.1, PE.P 5.1*

### Elements of High-Quality Instruction
- Teacher acts as facilitator as students move through the lesson.
- Students work in small groups or pairs.
- Students access the internet to research the best outdoor learning areas.
- Students interview maintenance workers, building contractors, landscape architects, administrators via zoom or face-to-face.
- Groups collaborate in different environments: classroom, outdoors.
- Students use the design process to guide projects.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Cooperation
- Sharing/taking turns
- Communication
- Self-regulation
- Appropriate use of materials/technology
- Responsibility
- Respect
- Self-awareness
- Compassion and empathy
- Anti-bullying
- Mindfulness
- Kindness and friendship

### Elements of Collaboration
- PE: Students create or find equipment that can be adapted to meet the needs of all students who would use the learning area. This equipment could be objects that can be tossed, leaped/skipped over, balanced on, etc.
- Music: Students create an outdoor sounds area, incorporating high/low, fast/slow, loud/soft (quiet) and favorite sounds.
- Pre-K: Students can draw a map showing elements they would like implemented in an outdoor play area.
- Counselors: Individual and small-group discussions about enjoying the natural world, caring for others, responsibility, calming activities and respect. Students learn about gardening/landscaping careers, taking care of our earth, etc.
- Library: Research using print materials and databases about what constitutes an inclusive outdoor learning area.
- **Compute:** Using a computer/iPad app, students can create a drawing/plan of what the outdoor learning space will look like.
- **Science:** Students can research types of natural elements to incorporate in the outdoor area.
- **Social studies:** Students can interview community members to find out about building regulations.

### Possible Collaboration Partners
- Humanities teachers
- STEAM teachers
- Co-curricular teachers
- Community/parents
- Administration

### Workflow *(Milestones of Learning)*
- Introduce the design process and scaffold student learning.
- Students begin working in small groups or pairs and research using age-appropriate materials.
- Provide check-ins and conferencing throughout the project.
- Support students in setting up interviews and journaling information.
- Students create a final product to be shared with an authentic audience.

### Showcase of Student Learning *(End Product)*
- Display.
- Sharing out with class/families/

Kansas State Department of Education | www.ksde.org

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**



**PRE-K-2**

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

community members.
- Informance/performance
- Survey of student choice of equipment.

### Accommodation/Modification Considerations *(per KSDE guidance)*

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery

Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

### On-Site Learning Environment

Consider having students work in small groups. Think about the different ways interviews could be completed (virtually, in person, etc.). Students might tour possible spaces for outdoor learning in person or virtually.

### Hybrid Learning Environment

Introduction to project and assignment of groups on-site. Think about creating a video, slideshow or pictures to show possible spaces for outdoor learning design and spaces that are accessible and inclusive. If all students have internet access and a device, use an online platform to guide students to acceptable websites about outdoor learning spaces. Use an online platform to allow students to respond to each other's questions and to interview community or administration or consider having students use a journal to record their process and learning. Use online platforms such as Zoom, Google Meet, Microsoft Teams, etc., for small-group interaction, interviews and

presentations.

### Remote Learning Environment

Introduce projects and watch slideshows, videos or show pictures of accessible and inclusive spaces. Encourage students to look at their own backyard play equipment or local park and determine accessibility and inclusiveness. Consider having students work with their siblings to encourage thinking beyond themselves for accessibility and inclusiveness. Teachers might have students list different groups of kids that would use the play equipment. Consider having students document their findings either in a journal, drawing or online platform. Consider having students interview other adults, children or community members about what they would like to see included with community play equipment. If students have devices and internet access, teachers might consider using an online video platform to meet with students and have them share their findings. Students could also create their own equipment by using soft materials, such as socks as a ball, blankets to balance on and pillows to leap over.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



PRE-K-2

*Instructional Example:*

# How Do Artists Grow and Become Accomplished in Art Forms?

Students complete an artist study to explore the topic of how artists grow.

*Essential Question:*
How do the colors an artist chooses affect their artwork?

*Competencies Addressed:*
*VA.P 1.1, VA.P 1.2, VA.P 2.1, VA.P 4.1, VA.P 4.2, VA.P 4.3, VA.P 5.1, VA.P 5.2, ELA.P 2.2, ELA.P 3.4*

## Elements of High-Quality Instruction
- Focus on important ideas that artists:
- Experiment with materials.
- Observe and investigate to prepare for making artwork.
- Create personally satisfying artwork.
- Elaborate by adding details.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Communication skills.
- Self-regulation.
- Growth mindset.
- Problem-solving.
- Soliciting feedback and being an active listener.
- Demonstrating respect for the perspectives of others.
- Collaboration and conflict resolution strategies.
- Goal-setting, planning and organization of time and materials.
- Perseverance

## Elements of Collaboration
- ELA: Compare and Contrast, Interpret information from a variety of sources.

## Who might be your collaboration partners?
- Classroom teachers
- Parents/caregivers

## Workflow *(Milestones of Learning)*
- Students experiment with color mixing to create "new" colors.
- Students observe and articulate what they observed. What happened when they mixed colors? What worked as they expected? What didn't?
- Introduce the color wheel as an artist's tool. Students mix primary colors to create secondary colors for a color wheel (can be done with paint, play doh, frosting, etc.). Introduce the idea of tints and shades and how to make them using black and white.
- Look at art work of everyday objects (i.e., pop art). Have students identify colors they see and analyze what the ingredients for each color would be, using knowledge of the color wheel.
- Compare images that represent the same subject (food paintings). What do you see? What makes you think that? What do they remind you of? How are they alike? (Repetition, color, shadows, etc.) How are they different?
- Students brainstorm ideas for what to make in their own food painting and communicate ideas to the teacher. Preliminary sketches are made before drawing a final image. Pictures of foods

can be provided for observation to aid in drawing. Teacher gives feedback on sketches and drawing before painting begins. Students use knowledge of the color wheel to create desired colors for their work.

## Showcase of Student Learning *(End Product)*
- Color experiments page (older students can write the "recipe" for each color they created, i.e., red+blue=purple).
- Student reflection on their experiments (spoken or recorded).
- Student-created color wheel to be used both as learning activity and a reference for later work.
- Student artwork:
- Personal and relevant to student life (choice of a favorite food).
- Employs use of color mixing to create, refine work for desired effects.
- Elaborates by using details.

## Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially designed instruction and/or tiered systems of support.

## Progression Toward Mastery
Refer to KSDE competency rubrics to

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

### On-Site Learning Environment
Students work with teachers and peers to complete the lesson above.

### Hybrid Learning Environment
While students are in school they can practice mixing colors and making new colors. At home, students could journal their observations of mixing and making new colors. Students could compare images that represent the same subject (food paintings) by looking at art online at home or at school if there is no access at home. The students could complete their drawing or painting either at home or at school. Video conferencing/team discussions could happen at home (if students have devices). Learning can be shared in class or an online platform.

### Remote Learning Environment
If students have a device with internet access, provide safe, age-appropriate, links for viewing and learning. Think about sending home art supplies for this project. Consider how students can use what they have at home (chalk, Play-Doh, shaving cream, frosting, food coloring and other household items) to help them complete their artwork. Learning can be shared with class and families face-to-face with driveway classes, outdoor class and/or an online platform. Teachers could deliver needed art supplies.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org



*Instructional Example:*

# Shapes Everywhere

*Driving Question:*
How can we show others that shapes are all around us?

*Competency Codes Addressed:*
*ELA: ELA.P 1.2, ELA.P 3.5*
*Math: MATH.P 6.1, MATH.P 6.2, MATH.P 6.3*
*SECD: SECD.P 2.5, SECD.P 5.2, SECD.P 2.4*
*Visual Arts: VA.P 5.1*

### Elements of High-Quality Instruction

- Driving (essential) question, relevant to learner
- Active engagement
- Time for reflection/feedback
- Conferencing
Student voice

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Ask clarifying questions.
- Demonstrate ability to listen to others.
- Identify and demonstrate problem-solving process.

### Elements of Collaboration

- Students keep shape journal as part of research (ELA).
- Observing artwork (art).
- Attributes of shapes (math).

### Possible Collaboration Partners

- PLC with grade-level teachers and support staff.
- Families and community members with expertise.
- PLC with grade-level teachers and support staff members.
- Specials teachers.
- Families and community members with expertise.

### Workflow *(Milestones of Learning)*

- Teachers pre-assess students on the essential question.
- Teachers have conferences with students to set goals, determine steps, review timelines and guidelines.
- Students observe everyday items at home and school to gather information about shapes (research to answer driving questions).
- Students create the final project and present.

### Showcase of Student Learning *(End Product)*

- Student teams could create an exhibit using their choice of materials and platforms to show shapes in our environment. Exhibits can be displayed at the school for parents and other students or in community businesses.
- Students individually keep a shape journal of shape attributes they observed during research.

### Accommodation/Modification Considerations *(per KSDE guidance)*

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery

Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

## Learning Environment Considerations

### On-Site Learning Environment

Teachers might take a walking field trip and ask students to look for shapes in different areas to set the stage for this project. Consider asking students how they would tell others about shapes or how they would display different shapes to help others learn about them.

### Hybrid Learning Environment

Consider scaffolding students learning face-to-face and allowing for student exploration while they are at home. Think about how students will share their exploration that occurs outside of the classroom. Encourage students to explore in and around their home and to bring knowledge and information back to school with them in the form of writing, drawing, journaling, etc.

### Remote Learning Environment

Consider having students gather as many household items as possible and share their findings through writing, drawing or video conferencing. Think about having a week or two of show and tell that surrounds shapes. Students might discuss or document all of the different places (different rooms at home, park, outdoors, etc.) they have found shapes during a week. Students, community members and other stakeholders might display shapes in a window of their house and a scavenger hunt could be offered for students.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*


**PRE-K-2**

*Instructional Example:*

# Create Your Own Instrument Using Commonly Used Items

*Essential Question:*
What instruments can you make from items at school, home, or outdoors?

*Competency Codes Addressed:*
*Music: MUS.P 6.1*
*Visual Arts: VA.P 3.1*
*Science: SCI.PS.P 1.3*
*PE: PE.P 2.6, PE.P 5.1*
*SECD: SECD.P 1.2, SECD.P 6.1, SECD.P 3.6*

## Elements of High-Quality Instruction
- Teachers act as facilitator as students create their instrument, whether at school or at home.
- Students may work individually or in small-group centers.
- Students may use the internet or teacher resources for ideas.
- Students could explain the process of their creation.
- Collaborate, if applicable, in different environments: classroom, outdoors or at home.
- Students use the design process as a guide.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Cooperation
- Sharing/Taking turns
- Communication
- Self-regulation
- Appropriate use of materials/technology
- Responsibility

- Respect
- Self-awareness
- Compassion
- Empathy
- Anti-bullying
- Mindfulness
- Kindness
- Growth mindset

## Elements of Collaboration
- **PE:** Use a ball to dribble, creating rhythm patterns.
- **Art:** Draw or paint personally meaningful designs on the instrument, if applicable.
- **Library:** Read-alouds/videos on how different instruments are made. Discuss.
- **Computer:** Students create a list of materials needed, either by picture or through written word.
- **Counselor:** Recognize what sounds calm you down and recognize the sound/beat with each emotion. How could your instrument express your feelings?
- **Pre-K:** Students can use recycled materials to create a musical instrument of their choice.
- **Social Studies:** Investigate evolution of musical instruments.
- **Science:** Investigate science of sound (pitch, volume, vibration).

## Possible Collaboration Partners
- Classroom teachers
- PE, art, music, library, computer and science and social studies teachers
- Community leaders
- Volunteers
- Speech language pathologist
- SPED teachers

- ELL teachers
- Counselors
- Social workers, aides, paraprofessionals
- Reading specialists
- Administration
- Other schools

## Workflow *(Milestones of Learning)*
- **Pre-K/K:** Students may use provided materials, such as toilet tubes and dry beans, to build an instrument with given instructions.
- **First- and second-grade students:** Students may use provided or found materials, such as toilet tubes and dry beans, to create their own instrument.
- Thumbnail drawings/sketches/plans.
- Discussion.
- Conference with teacher/check-in.
- Check list/exit ticket.
- Demonstration for teacher, with revision, if needed.
- Student interviews (video or paper).
- Performance: In person or through an online platform.
- Collaboration strategies.

## Showcase of Student Learning *(End Product)*
- Display.
- Sharing out with class/families/ community members.
- Informance/performance.
- Performing/sharing with other schools via an online platform.

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

*IMPLEMENTATION – INSTRUCTIONAL EXAMPLES*

### Accommodation/Modification Considerations *(per KSDE guidance)*

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery

Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

### On-Site Learning Environment

Teacher could introduce the project, assignment and examples. Interview/check-ins will be face-to-face or by using technology. Students, buildingwide, may tour the "found sound museum" exhibit to view instruments prior to demonstration.

### Hybrid Learning Environment

Teachers could introduce the project and assignment, with examples, to students face-to-face or by using an online platform. Use of an online platform, if applicable for interaction, interviews/check-ins and demonstration. Consider sending home what was covered in the classroom so caregivers can provide proper support and have necessary background knowledge. Students may tour the "found sound museum" exhibit in person, virtually or by another communication form, such as a phone call. Demonstrations could be either in person, virtually or by using another communication format, such as the teacher conducting a porch visit.

### Remote Learning Environment

Caregivers could introduce the project and assignment, with examples and information provided by the teacher. Teachers could use an online platform, if applicable for interaction, interviews/check-ins and demonstration. Students may tour the "found sound museum" exhibit virtually or by another communication form, such as a porch visit or phone call. Demonstrations could be either virtually or by using another communication format. Consider what household items could be used for students to create an instrument. Encourage students to not only use materials they find in their house, but also outside in the environment around them.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org



**PRE-K-2**

*Instructional Example:*

## Healthy Choices=Long Life

*Essential Question:*
How can our school best support our overall health and wellness? What limitations are there and how can you find creative ways around these limitations?

*Competency Codes Addressed:*
*ELA: ELA.P 1.2, ELA.P 2.1, ELA.P 2.2,ELA.P 3.2, ELA.P 3.4, ELA.P 3.5*
*PE: PE.P 4.1, PE.P 4.2*
*Health: H.P 1.1, H.P 1.2, H.P 1.3, H.P 1.4, H.P 1.5, H.P 1.6, H.P 1.7, H.P 1.8*

*\*Based on the project selected, additional competencies could be addressed*

### Elements of High-Quality Instruction
- Students might connect nutrition and diet with fitness and exercise, exploring how healthy choices in each of these areas improves overall wellness.
- Students may undertake research that exposes often conflicting ideas and beliefs on health and wellness approaches, and they explore questions about school practices.
- Students could arrive at informed, justifiable recommendations that the school community can support, either through changes in policy or through improved implementation of policy.
- Students could find opportunities in their school and surrounding community for physical activity, school gardening or other wellness-supporting experience.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Reflection
- Decision-making and problem-solving
- Self-management (regulation)
- Self-awareness
- Co-regulation
- Social interaction
- Emotional development

### Elements of Collaboration
- English Language Arts
- Health
- Writing

### Possible Collaboration Partners
- Grade level teaching partner and aides
- Vertical teams
- Specialists
- Community and businesses
- Caregivers

### Workflow *(Milestones of Learning)*
- Teachers could pre-assess students on their thoughts on the essential question.
- Teacher and student may hold one-to-one and small-group conferences to set goals and determine steps and goals during project
- Student and group reflections might be continuous throughout the project.
- Students could plan out their project following given timeline and directions.
- Students may conduct research to answer essential questions.
- Students could put together their research into a project.
- Students may present their projects.

### Showcase of Student Learning *(End Product)*
- Students can develop health and wellness recommendations for the school to consider via some form of multimedia presentation.
- Students may utilize various communication and online learning platforms, in groups and individually, in person and virtually, to create a product and meet appropriate competencies.
- Students may display projects in public libraries or local businesses.
- Students may present in small or large groups.

### Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

*IMPLEMENTATION – INSTRUCTIONAL EXAMPLES*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

## Learning Environment Considerations

### On-Site Learning Environment
Follow the workflow. Students can use nontechnology and/or technology tools for the end product.

### Hybrid Learning Environment
Teachers could introduce the project and assignment, with examples, to students face-to-face or by using an online platform. Consider sending home what was covered in the classroom so caregivers can provide proper support and have necessary background knowledge in order to support their student. Teachers might have students journal what they eat at school and what they eat at home followed by a compare-and-contrast activity. If students journal what they eat at home, when they return to school, teachers could hold an in-depth conversation about how healthy the items are, and they could compare what they ate to what their classmates ate.

### Remote Learning Environment
Follow the workflow. Teachers could introduce the project and assignment, with examples, to students by using an online platform or by another communication format, such as conducting a porch visit or phone call. The use of technology or nontechnology tools may be used for research by the students. Students may share their projects virtually or by another communication form, such as a phone call. Consider having students journal what they eat for lunch every day and chart how many healthy items they eat vs. unhealthy items. Teachers could encourage healthy eating by providing information to parents, so parents can help engage their child in conversations about healthy eating.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*


PRE-K-2

# NATURE-BASED OUTDOOR CLASSROOM

*Instructional Example:*
## Seed Necklace-Classify/Sort

*Essential Question:*
Why are seeds important?

*Competency Codes Addressed:*

*ELA: ELA.P 1.2, ELA.P 2.1, ELA.P 2.2, ELA.P 3.2, ELA.P 3.3, ELA.P 3.4, ELA.P 3.5*
*Math: MATH.P 1.1, MATH.P 1.2, MATH.P 1.3, MATH.P 1.4, MATH.P 1.5, MATH.P 2.1, MATH.P 2.2, MATH.P 4.2, MATH.P 4.3, MATH.P 5.4, MATH.P 5.5*
*Science: SCI.LS.P 2.1, SCI.LS.P 2.2*
*SECD: SECD.P 1.1, SECD.P 1.2, SECD.P 3.1, SECD.P 5.2, SECD.P 2.3, SECD.P 2.4, SECD.P 3.5, SECD.P 3.2*
*Visual Arts: VA.P 1.1*
*Media Arts: MA.P 1.1*

*Other competencies can be met as well throughout the lesson.*

## Elements of High-Quality Instruction
- Inquiry-based teaching, collaborative instruction, small group.
- Offer hands-on activities and projects utilizing all five senses.
- Create safety rules with students for using the outdoor space environment.
- Teacher may spend time observing students.
- Multiple examples of seeds are available, such as pinecone, fruit (apple, strawberry, etc.) and sunflower seeds.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Reflection
- Decision-making and problem-solving
- Self-awareness
- Self-management
- Social awareness
- Interpersonal skills
- Elements of Collaboration
- English Language Arts
- History, government, social studies
- Math
- Science (engineering design, science investigations, technology cross-cutting concepts)
- Physical Education

## Possible Collaboration Partners
- Professional Learning Communities (PLCs)
- Vertical teams
- Specialists
- Community experts

## Workflow *(Milestones of Learning)*
- Students learn the parts of a seed as they collect and examine them.
- Students classify and sort seeds based on observable characteristics.
- Students learn why seeds are important to plants and wildlife.
- Students read nonfiction texts about seed parts and their importance.
- Students write about their investigations.

## Showcase of Student Learning *(End Product)*
- Gallery walks
- Scavenger hunt
- Discussions
- Online learning platforms for sharing
- Seed necklace

## Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially designed instruction and/or tiered systems of support.

## Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

## Learning Environment Considerations

**On-Site Learning Environment**

Students can use nontechnology and/or technology tools for the end product.

**Hybrid Learning Environment**

Teachers could introduce the assignments and examples to students face-to-face or by using an online platform. Students could be introduced to parts of a seed in class, and then complete the sorting and observing in a home setting. Consider sending home what was covered in the classroom so caregivers can provide proper support and have necessary background knowledge. Students may share their learning in person, virtually or by another communication form, such as a phone call.

**Remote Learning Environment**

Consider having students look at seeds in different fruits that they might eat at home. Think about seeds they might find walking around their neighborhood, in the park or in their yard. Students could observe and sort these different seeds and share their work through drawing, writing, journaling, etc. Teachers might send home printed materials to provide a scaffold of learning for seeds and how they are important. Consider having students observe their yard for seeds and animals and how they might interact.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



PRE-K-2

*Instructional Example:*

# Volleying and Striking Through Developmental Play

*Competencies Addressed:*
*PE: PE.P 1.2, PE.P 2.4, PE.P 3.1, PE.P 5.1*
*Health: H.P 1.4, H.P 1.5*
*SECD: SECD.P 2.4, SECD.P 3.1, SECD.P 3.3*

## Elements of High-Quality Instruction

- Teachers should demonstrate what it means to strike and volley. How are they the same? Different?
- Teachers should give examples of what could be used if equipment is not available.
- Students should start by using their hand to strike and a soft object (balloon) to volley.
- Students begin by staying stationary and should evolve into moving around open space.
- Students should attempt to strike the object as many times as they can before it hits the ground.
- Students can also strike the object into a designated space.
- Students can strike it to a partner or to the wall and create a volley.
- Students can use any object to create a net, and begin to play a game with a partner or attempt to run around the net and volley to themselves.
- When ready, students can use an implement to begin striking and volleying.
- Teachers could set up stations that allow for practice of each lesson.
- Teachers should empower the students

to understand this activity can improve overall health by staying active.
- Teachers should empower students to understand that it's okay to use equipment that makes them feel safe and secure.
- Teachers will challenge the students to identify how the activity makes them feel (excited, scared, brave, etc.).
- Teachers could use an exit ticket system to decide if they felt like they got it, so-so or need some help.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Self Control
- Strength and weaknesses
- Problem-solving
- Personal space
- Perseverance

## Elements of Collaboration

- Music: Students could use background music from songs they are working on.
- Counselor: Students can use SECD skills from counseling lessons.
- Science: Students could discuss how force brings the object down and sends it back up.

## Who might be your collaboration partners?

- Parents
- Music teacher
- Counselor
- Online video demonstrations from other students and teachers.

## Workflow *(Milestones of Learning)*

- Students demonstrate striking and

volleying skills.
- Students identify their emotions while using skills.
- Students show prior movement skills
- Students work with peers in a positive way.

## Showcase of Student Learning *(End Product)*

- Students perform their skills in a game setting,
- Students self-evaluate their performance.
- Students use activity to enhance their health and well-being.

## Accommodation/Modification Considerations *(per KSDE guidance)*

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Progression Toward Mastery

Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

## Learning Environment Considerations

**On-Site Learning Environment Considerations**

- Plan and organize activities that provide opportunities for striking and volleying practice.
- Proactively prepare students with reliable technology for hybrid or remote learning by giving them ideas of how this could be done in a variety of settings.

**Hybrid Learning Environment Considerations**

- The use of virtual instruction, keying in on students prior skills and knowledge.
- Provide written directions with pictures of activities and steps.
- Giving ideas of equipment that could be used at home.
- Provide timely and meaningful feedback to students as targets are attempted/met.

**Remote Learning Environment Considerations**

- Providing timely feedback to students seeking help and requesting options.
- Including family members and/or caretakers
- Individualized support for struggling students.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



**PRE-K-2**

*Instructional Example:*
## Properties of Matter

*Essential Question:*
How do scientists classify matter? How can matter change?

*Competency Codes Addressed:*
*ELA: ELA.P.1.1, ELA.P.1.2*
*Science: SCI.PS.P.1.1, SCI.PS.P.1.4*
*Math: MATH.P.6.1, MATH.P.6.2, MATH.P.6.3*
*SECD: SECD.P.2.3, SECD.P.3.4, SECD.P.3.2*
*PE: PE.P 3.1*

### Elements of High-Quality Instruction
- Exploration of matter
- Student develops questions
- Choice board
- Teacher guided
- Student discovery
- Classification of matter properties
- Modeled and guided

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Develop self-control skills.
- Identify people, places and other resources to go for help.
- Identify scheduled activities and allocate appropriate time.

### Elements of Collaboration
- English Language Arts
- Math
- Science (engineering design, science investigations, technology cross-cutting concepts)
- Physical Education

### Possible Collaboration Partners
- Professional Learning Communities (PLCs)
- Dedicated collaboration time for implementation
- District garden coordinator/master gardeners
- Caregivers and community members with expertise
- Vertical collaboration, cross-curricular collaboration

### Workflow *(Milestones of Learning)*
- Students could define the states of matter.
- Students might identify between solid, liquid and gas.
- Students might describe environmental shapes and items and their attributes.
- Students may describe environmental shapes and items with their properties of matter.
- Students could sort shapes and items by their properties of matter.
- When a problem arises, teachers may lead a discussion of what state of matter needs to be changed to help come to a resolution.

### Showcase of Student Learning *(End Product)*
- Classify matter by its observable properties:
- Picture sort.
- Verbal description of a classification.
- Video of classification.
- Demonstration of the classification.
- Written description of the classification.

### Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

### On-Site Learning Environment Considerations
Follow the workflow. Students can use nontechnology and/or technology tools for the end product. This can be done in any outdoor or indoor setting. In the garden, apply this lesson to the needs of plants through the plant cycle to have a successful garden.

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

### Hybrid Learning Environment Considerations

Follow the workflow. Think about how concepts will be introduced to students and how information will be taught in the face-to-face environment. Consider what you would have students explore at home by gathering household items and sorting them into appropriate categories. Students could show their learning by documenting (pictures, drawing, labels, etc.) the items they found and bringing the information back to school.

### Remote Learning Environment Considerations

Follow the workflow. Consider household items students can use to explore matter. Think about starting with just having students look at water in all three states of matter. Students can further explore the concept by gathering many different household items, indoors and outdoors, and categorizing them appropriately. Think about having students teach another family member about the concepts of matter to show their learning. Consider having students share their learning through an online platform, porch visit, phone call, drawing, writing, etc.

Clerk of the District Court, Johnson County Kansas
05/03/21 01:59pm MM



PRE-K-2

# PERSONALIZED LEARNING

*Instructional Example:*
## Personalized Spelling

*Essential Question:*
How do I apply spelling skills in everyday communication?

*Competency Codes Addressed:*
ELA: ELA.P 2.2, ELA.P 1.1, ELA.P 1.2, ELA.P 1.3, ELA.P 3.1
SECD: SECD.P 1.4, SECD.P 2.4, SECD.P 3.2, SECD.P 2.3, SECD.P 3.5, SECD.P 4.4, SECD.P 4.5, SECD.P 5.2, SECD.P 5.4

### Elements of High-Quality Instruction
- Teachers may provide each student with a list of words and choices on practicing the spelling pattern.
- Students may listen to the word list and copy the words along with the video.
- Students may engage in choices to study and practice the spelling pattern/skill.
- Teachers can make data-driven decisions through weekly observations and assessments that may determine when a student moves onto the next list of words.

### SECD Incorporation (*Dispositions - Mindset and Soft Skills*)
- Reflection
- Decision-making and problem-solving
- Self-management (regulation)
- Self-awareness

### Elements of Collaboration
- Vocabulary (ELA, science, math, social studies)
- Word application in different content areas Possible Collaboration Partners
- Grade-level teaching partner
- Vertical teams
- Specialists

### Workflow (*Milestones of Learning*)
- Teacher might pretest students.
- Teacher and student may hold a one-to-one conference to set goals and determine the spelling list (continuous).
- Teacher can teach the spelling process and how to make daily activity choices.
- Teacher may conduct regular assessments (exit tickets or other methods) and adjust, modify and use data as needed in one-on-one conferences.

### Showcase of Student Learning (*End Product*)
- Writing samples
- Online learning platforms
- Exit tickets
- Completed student work
- Choice board
- Spelling test

### Accommodation/Modification Considerations (*per KSDE guidance*)
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

### On-Site Learning Environment
Teacher may provide each student with a list of words and choices on practicing spelling patterns. Students may listen to the word list and copy the words along with the video. Students may engage in choices to study and practice the spelling pattern/skill. Teachers can make data-driven decisions through weekly observations and assessments that may determine when a student moves onto the next list of words. Students can use technology and/or nontechnology tools (Play-Doh, finger paint, shaving cream, etc.) for the end product.

### Hybrid Learning Environment
Teachers can introduce the spelling

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

patterns, assignments and examples to students face-to-face or by using an online platform. Teachers might observe students face-to-face, virtually or using another communication format, such as conducting a porch visit. Consider sending home what was covered in the classroom so caregivers can provide proper support and have necessary background knowledge. Students may share their learning in person, virtually or by another communication form, such as an alternative choice board for home setting.

**Remote Learning Environment**
Follow the workflow. Teachers could introduce the spelling patterns, assignments and examples to students by using an online platform, conducting a porch visit or phone call. Teachers might also consider sending materials home to inform parents of spelling rules and background knowledge. Teachers might observe students virtually, or by using another communication format, such as conducting a porch visit. Students may share their learning virtually with the teacher, personally with their caregiver or another relative or another communication form. Teachers might have students use a choice board for a home setting that allows students to use household items (Play-Doh, chalk, etc.).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



*Instructional Example:*
# Architecturally inspired house sculpture

*Essential Question:*
How do artists design houses?

*Competency Codes Addressed:*
*Visual Arts: VA.P 4.1,VA.P 1.2,VA.P 5.2*
*Math: MATH.P 6.3*
*ELA: ELA.P 1.1*
*SECD: SECD.P 1.4,SECD.P 3.2, SECD.P 3.3,*
*SECD.P 2.4,SECD.P 3.5*
*Music: MUS.P 3.1, MUS.P 3.2*
*PE: PE.P 5.1, PE.P 5.2*

## Elements of High-Quality Instruction
- Student discovery is hands-on.
- Modeled practice by the teacher.
- Appropriate use of materials.
- Collaborative strategies.
- Assess student learning frequently.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Appropriate use of materials/technology
- Responsibility
- Respect
- Self-awareness
- Problem-solving
- Ask clarifying questions
- Allocation of time

## Elements of Collaboration
- **Library:** Read alouds on structures and how they are built.
- **Computers:** Create a structure using on-line tools.

- **Science:** Use the design process to construct structures.
- **Social Studies:** Read about the history of architecture.
- **PE:** Use stacking cups to build one structure.
- **Music:** Listen to sound samples from different venues ie., concert hall, bathroom, classroom, outdoors, etc. Discuss how each location sounded different (acoustics).

## Possible Collaboration Partners
- Classroom teachers
- Co-curricular teachers
- Community and caregivers

## Workflow *(Milestones of Learning)*
- Teachers may introduce academic vocabulary.
- Students might access online or print content to explore the architecture of Frank Lloyd Wright, Antoni Gaudi and Steven Holl.
- Students could screenshot or draw three or more architectural elements.
- Students might draw a design of a house using architectural elements (shapes, lines and textures).
- Students may create a sculpture of their house using a collection of common items.
- Students might add landscape elements of their choice.
- Students could reflect on the project.
- Students may write reflection of their project using academic (architectural) vocabulary.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

**Showcase of Student Learning** *(End Product)*
- House sculptures
- Reflection statements

**Accommodation/Modification Considerations** *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially designed instruction and/or tiered systems of support.

**Progression Toward Mastery**
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

**On-Site Learning Environment Considerations**
Follow the workflow. Students can use technology and/or nontechnology tools for the end product.

**Hybrid Learning Environment Considerations**
Follow the workflow. Teachers could introduce the vocabulary, assignments and examples to students face-to-face or by using an online platform. Teachers might observe and provide feedback to students face-to-face, virtually or using another communication format, such as conducting a porch visit. Consider sending home what was covered in the classroom so caregivers can provide proper support and have necessary background knowledge. Students may create their sculpture using common school or household items. Students may share their learning in person, virtually or by another communication form, such as an alternative choice board for home setting.

**Remote Learning Environment Considerations**
Follow the workflow. Teachers could introduce the vocabulary, assignments and examples by using an online platform or conducting a porch visit or making a phone call. Teachers might observe and provide feedback to students virtually or by using another communication format, such as conducting a porch visit. Students may create their sculpture using common school or household items. Students may share their learning virtually, to their caregiver or by another communication form, such as an outside display.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org



**PRE-K-2**

*Instructional Example:*

# Identify Different Sections of a Musical Listening Selection, Utilizing Various Manipulatives or Body Movement to Identify AB or ABA Form.

*Essential Question:*
Does music have different sections? What might we use to represent different sections in a listening lesson?

*Competency Codes Addressed:*
*Music: MUS.P 3.1, MUS.P 3.2, MUS.P 3.3, MUS.P 5.3, MUS.P 5.4*
*PE: PE.P 1.1, PE.P 1.2, PE.P 2.2, PE.P 3.1, PE.P 3.2*
*SECD: SECD.P 1.4, SECD.P 3.2, SECD.P 2.4, SECD.P 2.3, SECD.P 3.5, SECD.P 4.5*

## Elements of High-Quality Instruction
- Teacher acts as facilitator, as needed, through the process.
- Students may work individually, as pairs, or in small groups at school. Various manipulatives/supplies will be provided.
- Students may use auditory, locomotor and visual skills to disseminate a larger musical work into smaller sections.
- Collaborate, if applicable, outdoors or at home.
- Students transfer knowledge to a new, unknown musical selection.
- Appropriate use of materials/technology

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Responsibility
- Respect
- Self-awareness
- Problem-solving
- Ask clarifying questions
- Allocation of time
- Growth mindset
- Taking turns/sharing

## Elements of Collaboration
- Pre-K: Students use scarves or other objects and dance according to musical sections.
- PE: Teacher will designate two locomotor or manipulative skills that represent A and B. When an auditory or letter cue (A or B) is given, the activity will switch. Could use different levels and pathways as well.
- Library: Read-alongs with patterns as the theme.
- Art: Students create an AB, ABA and AABA visual pattern necklace using string and pasta, beads, etc.
- Science: Investigate properties of sound.
- Social studies: Identify instruments from other cultures.

## Possible Collaboration Partners
- Classroom teachers
- PE, art, music, library, computer, science and social studies teachers
- Community leaders
- Volunteers
- Speech language pathologist
- SPED teachers
- ELL teachers

**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

- Social workers, aides, paraprofessionals
- Other staff members
- Reading specialists
- Administration
- Other schools

**Workflow** *(Milestones of Learning)*
- Provide different examples with visuals.
- Provide different examples with movement.
- Using inner hearing with a manipulative/ response for identification of sections.
- Understanding form is an integral part of music.
- Comparing/contrasting the same and different.
- If applicable, movement demonstration, to differentiate sections within the selection.
- Kagan Structures

**Showcase of Student Learning** *(End Product)*
- Display
- Sharing out with class/families/ community members.
- Informance/performance
- Performing for other schools via an online platform.

**Accommodation/Modification Considerations** *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially designed instruction and/or tiered systems of support.

**Progression Toward Mastery**
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

**On-Site Learning Environment Considerations**
Teacher could provide multiple listening and movement opportunities while creating their manipulative or locomotor activity for A and B, ie., paper, pre-cut shapes, crayons, etc., will be provided. Students would be encouraged to create or find something to represent A and B (examples: circle, pencil, a movement, etc.) (examples:. hop, clap, hop or crayon, crayon, pencil). Create or find at least two of the same object for A. Follow the workflow.

**Hybrid Learning Environment Considerations**
Teachers could provide multiple listening and movement opportunities while creating their manipulative or locomotor activity for A and B. Teachers could create a powerpoint slideshow or instructional video or offer an instructional check-list with visual directions to be watched at home. Students could be provided with paper, crayons, etc. for in-school or home use. Students should be encouraged to create or find something to represent A and B. Create or find at least two of the same object for A (examples: circle, pencil, a movement, etc.) (examples:. hop, clap, hop or crayon, crayon, pencil). Pattern strips could be provided for practice work at home.

**Remote Learning Environment Considerations**
Teachers could deliver the lesson through the district's online platform or provide instructional checklists with visual cues for students who don't have access to technology. Learning could be shared with class and families face-to-face with driveway classes, outdoor class and/or an online platform.

228

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



PRE-K-2

# PLAY-BASED LEARNING

*Instructional Example:*

## Steady Beat With Nursery Rhymes or Poems (Pre-K, K). Speaking the Rhythm of a Nursery Rhyme or a Poem With a Steady Beat (1, 2).

*Essential Question:*
How does rhyme influence the way that we hear and read poetry?

*Competency Codes Addressed:*
ELA: ELA.P 3.5
Music: MUS.P 1.1, MUS.P 1.2, MUS.P 2.1, MUS.p 2.2, MUS.P 4.1, MUS.P 4.2
Visual Arts: VA.P 1.1,
SECD: SECD.P1.5, SECD.P 3.3, SECD.P.6.3,SECD.P 6.5, SECD.P3.2
PE: PE.P 5.1, PE.P 5.2

### Elements of High-Quality Instruction
- Teacher acts as facilitator as students move through the lesson.
- Students work in pairs or small groups.
- Students access nursery rhymes and poems from the library or family members.
- Groups collaborate in different environments: classroom, outdoors, remotely.
- Involve family members and other faculty members for cultural references, when applicable.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Sharing/taking turns/cooperation
- Problem-solving
- Respect
- Team work
- Anti-bullying steps
- Communication
- Listening to others
- Empathy
- Compassion
- Regulation
- Personal space
- Social distancing
- Kindness
- Friendship

### Elements of Collaboration
- **PE:** Sing/recite nursery rhymes while practicing jumping rope and/or other locomotor skills.
- **Music:** Students recite the nursery rhymes/poems with steady beat accompaniment. The student can act, sing, move, etc. according to the different examples.
- **Pre-K:** Students can act out nursery rhymes in the puppet center during center time or on the playground at recess.
- **Counselors:** Learning to work together and including others. Also sharing out how they are feeling with self awareness and using different emotions.
- **Library:** Students can recite/sing nursery rhymes keeping a steady beat to become fluent.

- **Computer:** Using an online platform, students record themselves singing or reciting their nursery rhyme to hear if they sound fluent or choppy.
- **Art:** Students can create costumes for their characters, students can create stop-motion video of nursery rhyme.
- **Science:** Students can investigate the properties of sound.
- **Social Studies:** Students can research history of nursery rhymes.

### Possible Collaboration Partners
- Classroom teachers
- PE, art, music, library, computers and science teachers
- Community leaders
- SPED teachers
- ELL teachers
- Counselors
- Social workers, aides, paraprofessionals
- Other staff members

### Workflow *(Milestones of Learning)*
- Teachers can introduce students to nursery rhymes by reading nursery rhymes, playing videos of nursery rhymes.
- Students could sing-along and choral read or sing the nursery rhymes together.
- Appropriate use of materials.
- Formative assessment.
- Ex. Student recites/acts out the nursery rhymes with a puppet they created.
- Teacher observes students throughout the process.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES



**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

**PRE-K-2**

**Showcase of Student Learning** *(End Product)*
- Student reciting nursery rhyme.
- Students puppet show.
- Reflection.
- Presentation of projects created.

**Accommodation/Modification Considerations** *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially-designed instruction and/or tiered systems of support.

**Progression Toward Mastery**
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

**On-Site Learning Environment**
Introduction to project and assignment of groups in whole group instruction. Teacher could read nursery rhymes and/or show video examples of nursery rhymes. Teacher might provide nursery rhymes books or printed books for reference. For the final presentation, students can act out a nursery rhyme with puppets, props or song.

**Hybrid Learning Environment**
Introduction to project and assignment of groups face-to-face, if possible. If unable to meet in person, the teacher can share a learning video or an instructional checklist with visual directions. Teachers can also provide nursery rhyme books or printed books for reference to be used at home. For the final presentation, students could act out a nursery rhyme with puppets or songs. Teachers might provide instructions on making puppets or props from items at home for caretakers. Think about using an online platform to allow students to respond to each other's presentation and ask questions. Use an online platform for small-group interaction, interviews and presentations. Phones calls or driveway classes can also be used for sharing learning.

**Remote Learning Environment**
The teacher can share a learning video on the district's online learning platform or an instructional checklist with visual directions. Teachers can also provide nursery rhyme books or printed books for reference. For the final presentation, students can act out a nursery rhyme with puppets or song. Teachers can provide instructions on making puppets or props from items at home for caretakers. Use an online platform to allow students to respond to each other's presentation and ask questions. Use an online platform for small group interaction, interviews, and presentations. Phones calls or driveway classes can also be used for sharing learning.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



PRE-K-2

*Instructional Example:*

# Family Rules and Roles in the Community

*Essential Question(s)*
What makes a family?

*Competency Codes Addressed:*
*ELA: ELA.P 1.1; ELA.P 1.2; ELA.P 2.1; ELA.P 2.2; ELA.P 3.1; ELA.P 3.5*
HGSS: HGSS.P 2.1; HGSS.P 2.2
Math: MATH.P 1.1; MATH.P 1.2; MATH.P 1.3
Science: SCI.P 1.1; SCI.P 1.2; SCI.P 1.4; SCI.P 2.1; SCI.P 2.3
*SECD: SECD.P 1.3; SECD.P 3.1; SECD.P 2.3; SECD.P 2.4; SECD.P 4.2; SECD.P 4.4; SECD.P 5.2; SECD.P 5.3; SECD.P 5.4; SECD.P 3.6; SECD.P 6.5*
PE: PE.P 1.1; PE.P 2.1; PE.P 2.2; PE.P 3.1; PE.P 5.1
Visual Arts: VA.P 1.1
*Music: MUS.P 1.1*

## Elements of High-Quality Instruction

- Students can explain their role in the family.
- Students can share why we have rules in families and what the rules are.
- Students can talk about why we have rules in our community.
- Students can explain and model how families have responsibilities to each other and their community.
- Students can read about families and compare how families are different or the same as their family.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Reflection
- Decision-making and problem-solving
- Self-management
- Self-awareness
- Social awareness
- Interpersonal skills

## Elements of Collaboration

- ELA
- HGSS
- Math
- Science (engineering design, science investigations, technology cross-cutting concepts)
- PE

## Possible Collaboration Partners

- Grade-level teaching partner
- Vertical teams
- Specialists
- Families
- Community stakeholders

## Workflow *(Milestones of Learning)*

- Teacher pre-assess students on essential questions.
- Teacher survey students' interests to help set up the play environment to meet interests.
- Teacher plans and sets up a learning environment based on communication, fine-motor, gross-motor, personal/social and problem-solving.
- Teacher assessment is continuous. Adjustments are made as needed.

## Showcase of Student Learning *(End Product)*

- Performance projects
- Online learning platforms
- Drawings/visual representations
- Talk/explanations/demonstrations
- Teaching Peers

## Accommodation/Modification Considerations *(per KSDE guidance)*

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially designed instruction and/or tiered systems of support.

## Progression Toward Mastery

Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

## Learning Environment Considerations

### On-Site Learning Environment Considerations

Follow the workflow using child-interests and teacher facilitation of play settings and materials (e.g., drama, art/music, science, math, block, sensory table, etc.) Students are exposed to a variety of family structures and roles through books, videos, pictures and sharing about their own families. Students are allowed to role-play the family structure in their play environment. Teacher is constantly observing for learning objectives and adjustments are made as needed. Learning can be shown with role-play, discussions, drawings, etc.

### Hybrid Learning Environment Considerations

Offer family choice boards giving guidance to families on setting up play environments. Teacher facilitation may include digital modeling via online platforms as to how to facilitate play in the home setting. Students are exposed to a variety of family structures and roles through books, videos, pictures and sharing about their own families. Resources could be posted on the district's online platform. Teacher can explain to families that learning can be shown with role-play, discussions, drawings, etc.

### Remote Learning Environment Considerations

Offer family choice boards giving guidance to families on setting up play environments. Teacher facilitation may include digital modeling via online platforms as to how to facilitate play in the home setting. Students are exposed to a variety of family structures and roles through books, videos, pictures and sharing about their own families. Resources could be posted on the district's online platform. Teachers can explain to families that learning can be shown with role-play, discussions, drawings, etc. Learning could be shared with families face-to-face with driveway classes, outdoor class and/or an online platform.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

232



PRE-K-2

*Instructional Example:*
## Structured Literacy

*Essential Question:*
*How do letters and sounds create words? OR*
*What defines a fluent reader*

*?Competency Codes Addressed:*
*ELA: ELA.P 1.1, ELA.P 1.2, ELA.P 1.3, ELA.P 2.1,*
*ELA.P 2.2, ELA.P 3.1, ELA.P 3.2, ELA.P 3.3, ELA.P*
*3.4, ELA.P 3.5,*
*SECD: SECD.P 1.4, SECD.P 2.2, SECD.P 2.4,*
*SECD. P 3.1, SECD.P 5.2, SECD.P 2.3, SECD.P 3.4,*
*SECD.P 3.5, SECD.P 4.1, SECD.P 4.3, SECD.P 4.4,*
*SECD.P 4.5, SECD.P 3.1, SECD.P 3.2, SECD.P 6.4,*
*SECD.P 6.6*

### Elements of High-Quality Instruction
- Students can manipulate sounds to make meaning from text.
- Students have routines and rules about phonological awareness and phonics is explicitly and systematically taught.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Reflection
- Decision-making and problem-solving
- Self-management
- Self-awareness
- Social awareness
- Interpersonal skills

### Elements of Cross-Curricular Collaboration
- ELA
- HGSS
- Social-Emotional Learning

### Who might be your collaboration partners?
- Grade-level teaching partner
- Vertical teams
- Specialists
- Counselor/social worker

### Workflow *(Milestones of Learning)*
Teacher and student follow a system of "I do, We do, You do"

- I do:
- Teacher models phoneme segmentation with head-waist-toe (ex. Cat = /c/ touch head, /a/ touch waist, /t/ touch toes).
- Teacher dictates a letter, word or sentence to students. Students hear the letter, word or sentence and repeat it, and write it.
- Teacher models quick flash and say grapheme sounds, read, spell and use vocabulary terms.

- We do:
- Students pick a word from a pile of unknown words with decodable sound/letter patterns, read it and turn to their partner and use it in a sentence. Repeat.
- Students practice decoding words in isolation and using those words in connected text by writing sentences.
- The teacher provides corrective feedback and scaffolds the process, stepping back to allow students to work independently, or stepping in to reteach, as needed.
- You do:
- Students use moveable letters to encode (teacher dictates words and students tap phonemes and say the words).
- Students play games to practice hearing sounds or reading words automatically

(only games that ensure students are hearing sounds or reading words MULTIPLE times).
- Students read decodable, or other controlled texts, to practice the words just learned.

### Showcase of Student Learning *(End Product)*
- Read at expected competency level
Write at expected competency level

- Student-to-student discussions
- Student-to-teacher discussions
- Online learning platforms

### Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**PRE-K-2**

**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

## Learning Environment Considerations

**On-Site Learning Environment**

Teacher and student follow a system of "I do, We do, You do." Teacher models phoneme segmentation with head-waist-toe (ex. Cat=/c/ touch head, /a/ touch waist, /t/ touch toes). Students practice decoding words in isolation and using those words in connected text by writing sentences. The teacher provides corrective feedback and scaffolds the process, stepping back to allow students to work independently, or stepping in to re-teach, as needed. Conferencing can be held in school or online. Activities can be completed face-to-face in small groups or 1:1.

**Hybrid Learning Environment**

Learning menus can be posted on the district's online platform to be watched at home or at school if tech is not available at home. The teacher provides corrective feedback and scaffolds the process, stepping back to allow students to work independently, or stepping in to re-teach, as needed. Conferencing can be done online or face-to-face. Activities can be completed via a paper (i.e., cut letters from magazines, magnetic letters, build with playdough, etc.) Learning can be shared with class and families face-to-face with driveway classes, outdoor class and/or an online platform.

**Remote Learning Environment**

Learning menus and resources can be posted on the district's online platform. Conferencing can be done online. Activities can be completed via a paper (i.e., cut letters from magazines, magnetic letters, build with playdough, etc.) Learning can be shared with class and families face-to-face with driveway classes, outdoor class and/or an online platform.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS


PRE-K-2

# SMALL-GROUP INSTRUCTION

*Instructional Example:*

## Animal Needs

*Essential Question:*
What do animals need in order to live and grow?

*Competency Codes Addressed:*
*Science: SCI.LS.P 2.1, SCI.LS.P 2.2*
*ELA: ELA.P 1.2, ELA.P 2.1*
*Math: MATH.P 5.5*
*SECD: SECD.P 1.4, SECD.P 3.2, SECD.P 2.3,*
*SECD.P 3.5, SECD.P 5.2*
*Visual Arts: VA.P.5.1*

### Elements of High-Quality Instruction
- High quality introduction using engaging materials with the whole group initially.
- Introduce vocabulary words and encourage discussion.
- Communicate expectations and instructions for small groups.
- Rotations and ensure that students are on task and engaged while participating in them.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Understand active listening.
- Identify and demonstrate problem-solving processes.
- Ask clarifying questions.
- Self-regulation.
- Demonstrate an ability to listen to others

### Elements of Collaboration
- ELA: Books about animals and their needs
- Math: Classify and sort data into groups of animal needs; Problem solving
- Art: Play-Doh sculptures; role-playing during dramatic play.

### Possible Collaboration Partners
- PLC, dedicated collaboration time for implementation
- Families parents and/or community members with expertise.
- Vertical collaboration.
- Cross-curriculum collaboration.

### Workflow *(Milestones of Learning)*
- Introduce basic needs of animals (air, water, food, shelter) and vocabulary words.
- Investigate, identify and match different foods with the animals that consume them.
- Explore various high-quality texts about animal's needs with library books, printed books and digital platforms.
- Create a model of animal(s)/shelters.
- Act out in dramatic play using students favorite animal(s) and taking turns discussing their needs with other participants.

### Showcase of Student Learning *(End Product)*
- The student will be able to communicate the basic needs of animals and share the work that they have completed in each of the small group rotations using their written/digital portfolios.
- Animal models.
- Role-playing.

### Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

## Learning Environment Considerations

### On-Site Learning Environment Considerations

Introduce basic needs of animals (air, water, food, shelter) and vocabulary words. Investigate, identify and match different foods with the animals that consume them. Explore various high quality texts about animal's needs with leveled readers and digital platforms. Create a model of animal(s)/shelters. Act out in dramatic play using student's favorite animal(s) and take turns discussing their needs with other participants.

### Hybrid Learning Environment Considerations

Introduce basic needs of animals (air, water, food, shelter) and vocabulary words via face-to-face or learning videos. Investigate, identify and match different foods with the animals that consume them via online platform activity or cut and paste activity. Explore various high quality texts about animal's needs with library books, printed books, and digital platforms. Create a model of animal(s)/shelters. Act out in dramatic play your favorite animal(s) and take turns discussing their needs with other participants. Could be shared with class and families, face-to-face with driveway classes, outdoor class and/or an online platform.

### Remote Learning Environment Considerations

Learning resources and videos can be posted on the district's online platform. Teachers can provide library books or printed books if technology is not available. Learning can be shared with class and families face-to-face with driveway classes, outdoor class and/or an online platform.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



PRE-K-2

# BLENDED LEARNING

*Instructional Example:*
## Hokusai Waves and Paper Sculpture Exploration

*Essential Question:*
How do artists work? How do artists create work that effectively communicates?

Students explore the work "The Great Wave" or "Under the Wave off Kanagawa" by Katsushiki Hokusai, and then use what they learned to experiment with creating movement in a paper sculpture. Along the way, students explore the ways artists work: generating ideas, exploring materials, building skill in techniques and reflecting on the artistic process.

*Competencies Addressed:*
*VA.P 1.1, VA.P 1.2, VA.P 2.1, VA.P 4.1, VA.P 4.2, VA.P 4.3, VA.P 5.1, VA.P 5.2, PE.P 1.2, MUS.P 1.1, MUS.P 6.2*

### Elements of High-Quality Instruction
- Pose purposeful, open-ended questions.
- Active student engagement.
- In a blended model style, teachers could use easy video tools to explain concepts, introduce artists, or offer explicit directions/demonstrations for media, techniques or processes that students could use for creation.
- Offer ongoing feedback as students are creating.

- End product involves a high level of student choice and is relevant (connection to self and world).

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Communication skills.
- Self-regulation.
- Growth mindset.
- Problem-solving.
- Soliciting feedback and being an active listener.
- Demonstrating respect for the perspectives of others.
- Perseverance.

### Elements of Collaboration
- Music: Movement to a song inspired by art.
- Dance or PE: Concepts of movement.

### Who might be your collaboration partners?
- Music/PE teachers
- Paraeducator
- Family/caregiver

### Workflow *(Milestones of Learning)*
- Students view artwork and the teacher prompts students with questions either in person or in a video introduction. (Responding/Connecting)
- What do you see?
- What makes you think that?
- What else can we find?
- Encourage students to make connections to their own experience (What does this

remind you of? When have you seen water look white? Have you ever seen a wave? Been in a boat?)
- Share relevant background information about the work.
- Introduces the concept of movement in art. Have students act out the movement of the waves and boats with hands/arms or bodies. Have students move to the music inspired by art of the sea.
- Students view a demonstration of ways to create movement with paper strips: folding, curling, bending, and tacking/gluing in place. Students are encouraged to experiment with overlapping, building up layers and combining techniques to create new forms.
- Students use paper sculpture techniques to build their own interpretation of waves or another choice subject that communicates movement. (Creation)
- Students share their artworks with others and explain their process, connections to the original work of art and/or how they feel about the product.

### Showcase of Student Learning *(End Product)*
- Student reflection (spoken or recorded) of their observations, interpretations and reflections on the work.
- Student artwork demonstrating movement.
- Student reflection (spoken or recorded) on the process of how they generated their ideas, refined/changed artwork in the process and their evaluation of their final product.

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



**PRE-K-2**

IMPLEMENTATION : INSTRUCTIONAL EXAMPLES

**Accommodation/Modification Considerations** *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students require additional support through specially designed instruction and/or tiered systems of support.

**Progression Toward Mastery**
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

**On-Site Learning Environment**
Students work with teachers and individually to complete the lesson above. Consider extra support students might need with information and resources.

**Hybrid Learning Environment**
Teachers walk through the process of the lesson in person and students could complete the research and art project portion of this lesson at home. Consider sending home what was covered in the classroom so families can provide proper support and have necessary background knowledge. Artwork and music could be on an online platform or printed pictures with music recommendations given to parents. Students can share their artworks with others and explain their process, connections to the original work of art and/or how they feel about the product. Learning can be shared with class and families face-to-face with driveway classes, outdoor class and/or an online platform.

**Remote Learning Environment**
The assignment could be posted on the school districts preferred school platform with links to a video with all the instructions along with the links to databases and resources. All instructions for this lesson including a rubric could be sent home on paper along with print materials could be provided for students. Learning can be shared with class and families face-to-face with driveway classes, outdoor class and/or an online platform.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Grade Band
# 3-5

# Contents

Access and Equity _____ 240

COMPETENCIES _____ 244

ELA _____ 246

HGSS _____ 248

Mathematics _____ 249

Science _____ 251

Measuring SECD _____ 254

SECD _____ 260

Humanities _____ 263

STEAM _____ 269

Specials _____ 276

Special Education _____ 287

Library Media _____ 292

ASSESSMENT _____ 295

ELA _____ 299

HGSS _____ 319

EL HGSS _____ 329

Mathematics _____ 332

EL Mathematics _____ 338

Science _____ 343

EL Science _____ 360

Humanities _____ 363

STEAM _____ 393

Specials _____ 410

Library Media _____ 429

EE ASSESSMENT _____ 433

IMPLEMENTATION _____ 465

Philosophy _____ 468

Grading Considerations _____ 470

Accommodations/Modifications _____ 471

Family Engagement _____ 472

INSTRUCTIONAL EXAMPLES _____ 481

Personalized Learning or Small Group, Cooperative _____ 482

Inquiry Learning/Project Based Learning _____ 484

Flipped/Blended Learning _____ 492

Personalized Learning _____ 494

STEAM INSTRUCTIONAL EXAMPLES _____ 497

SPECIALS INSTRUCTIONAL EXAMPLES _____ 513

Physical Education/Health _____ 514

Music _____ 518

Art _____ 521

Counseling _____ 525

Clerk of the District Court, Johnson County Kansas
05/03/21 01:59pm MM



NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

Grade Band
# 3-5

# Access and Equity

We recognize that our communities are diverse and so are the needs and aspirations of the students we serve. Incorporating an access and equity lens into how you plan and deliver instruction, services and support not only makes it more safe, meaningful and effective but ensures that you are doing so in a way that thoughtfully engages and includes individuals and communities who have been historically excluded. We strongly encourage you to incorporate an access and equity lens focused on all students as you incorporate the guidance contained in this document.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
240    Kansas State Department of Education | www.ksde.org

**GRADE BAND
3-5**

# What does the Law Require?

If a school district has elected to provide the general education curriculum this school year via multiple learning environments (e.g., on-site, hybrid and remote), then the district must ensure that each student has equal access to the same opportunities. This includes students with exceptionalities and students of every race, color and national origin. School district officials have discretion to make educational decisions based on local health needs and concerns. Compliance with national, state and local health recommendations should not create civil rights concerns. Section 504 of the Rehabilitation Act of 1973 (Section 504) prohibits disability discrimination by schools receiving federal financial assistance. Title II of the Americans with Disabilities Act of 1990 (Title II) prohibits disability discrimination by public entities, including schools. Title VI of the Civil Rights Act of 1964 (Title VI) prohibits race, color and national origin discrimination by schools receiving federal funds. As school leaders respond to evolving conditions, they should be mindful of the requirements of Section 504, Title II and Title VI, to ensure that all students are able to study and learn in an environment that is safe and free from discrimination.

School districts should continually discuss and evaluate whether any education learning environment it is implementing is discriminatory, either on its face or as implemented, results in discrimination to a specific group of students protected by federal anti-discrimination laws.

For students with exceptionalities and an IEP this includes a free appropriate public education (FAPE). School districts must provide a FAPE to students with exceptionalities and an IEP consistent with the need to protect the health and safety of students with exceptionalities and those individuals providing education, specialized instruction and related services to these students. In this unique and ever-changing environment, these exceptional circumstances may affect how all educational and related services and supports are provided. FAPE may include, as appropriate, special education and related services provided through an on-site learning environment, a hybrid learning environment, or a remote learning environment.

ACCESS AND EQUITY

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



# What are Ways I Can Do That?

*ACCESS AND EQUITY*

1. Establish a plan and schedule to reflect and evaluate on whether the education and services being provided are effective for diverse students. Analyze relevant data on engagement and academics to determine whether students of color, English language learners, immigrant students, students with exceptionalities, students who are gifted, students who qualify for free and reduced lunch, among others, are learning. This should be discussed and evaluated separately by learning environment (e.g. in-person, hybrid and remote learning environment). If any of these groups are not succeeding within the given learning environment, the instructional approach might need to be more culturally responsive. This should be done individually, by all educators, and collectively at the building and district level on a set schedule throughout the school year. Individuals and groups should work to identify success gaps for certain students or groups or students, determine why this success gap is occurring, and action plan to mitigate the gap and prevent future gaps from occurring.

2. Work and study collaboratively within your building or district to understand inequity by design and its impact on student instruction. Identify resources that will be helpful to each educator and collectively, as a building and district, in confronting and addressing access and equity. This is a significant and important task and is not just accomplished by KSDE providing a few resources, but the following resources are shared as a starting point for continuing this important work within each classroom (on-site, hybrid, or remote), building and district.

   a. Clinton, J. (2020). Supporting Vulnerable Children in the Face of a Pandemic: A paper prepared for the Australian Government Department of Education, Skills and Employment. Centre for Program Evaluation, Melbourne Graduate School of Education, The University of Melbourne. https://www.dese.gov.au/system/files/doc/other/clinton_supporting_vulnerable_children_final.pdf

   b. New Jersey Department of Education Internal Equity Team list of resources, https://www.nj.gov/education/equity/resources/

   c. Culturally Responsive Teaching and The Brain by Zaretta Hammond, https://crtandthebrain.com

   d. Coaching for Equity by Elena Aguilar (forthcoming)

   e. Excellence Through Equity: Five Principles of Courageous Leadership to Guide Achievement for Every Student by Alan M. Blankstein and Pedro Noguera with Lorena Kelly

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

ACCESS AND EQUITY

3. Across all learning environments, ensure educators are focused on building and maintaining relationships with students. There are many positive stories about how this occurred during continuous learning in the spring of 2020. This will be more critical as we move into the 2020–21 school year. But we can't stop at building and maintaining relationships. Educators then must use those relationships as an entry point into positive and meaningful instruction for all students.

4. Maintain equitable access to your school's offered programs and practices. Implement programs and practices that provide equal access and enable all students to thrive academically, athletically, socially, and emotionally.

5. Demonstrate inclusive teaching and learning. Examine and revise your curriculum and teaching practices as necessary to ensure that you are effective in reaching every student. Train your teachers to recognize and to understand the range of needs, social-emotional and academic, among your students and to hone their skills in building and sustaining an inclusive classroom.

6. Encourage self-reflection and exploration. Teach individuals to self-reflect, question their cultural viewpoints and assumptions, and to modify them when appropriate. Commit to exploring your school's unique cultures to better understand the encounters of people from diverse backgrounds and to challenging your own practices.

7. Have meaningful interaction and dialogue. Challenge everyone to interact meaningfully with the entire school community and to learn from each other, honoring differences. Create a safe environment allowing for expression of differences in ways that encourage dialogue and education rather than alienation.

8. Encourage community involvement and service: Use the above practices to instill a consciousness of social justice, an ethic of citizenship, and a commitment to service. Teach and practice responsibility towards and engagement in your school, your larger community, and the world.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

Grade Band
# 3-5

# Competencies

Kansans should be proud of everything accomplished while navigating unprecedented times and facing unique educational challenges in the response to COVID-19.

A Continuous Learning Task Force commissioned by the Kansas State Department of Education (KSDE) developed meaningful ways to help Kansas school districts successfully complete the 2019-2020 school year with social-emotional support and grace for all stakeholders among its top priorities.

Districts should include considerations for the possibility of interruptions to learning because of COVID-19. To provide resources and guidance, Kansas Commissioner of Education Dr. Randy Watson assembled the Learning for the Future Task Force. With more time to prepare, this team was charged with developing a comprehensive way to ensure academic rigor and that schools can assess student learning in meaningful and actionable ways.

What follows is the result of recent collaboration among nearly 100 Kansas teachers, administrators, service centers, educational consultants, KSDE program directors and more. The goal was to review and analyze nearly 30 years of work among current Kansas Standards and, in 30 days, develop a competency-based model in PreK-2, 3-5, 6-8 and 9-12 grade bands that is also organized by broader themes of Humanities and STEAM.

This work has the potential to change the way we meet students' needs for the next 30 years and beyond by allowing students to demonstrate mastery of their learning in a variety of ways.

In a competency-based model, students move through the curriculum in a personalized way at their own pace, which is also aligned to their individual plan of study. Students progress or advance by demonstrating mastery when they are ready, not based on seat time or calendars.

Competencies themselves are often broadly stated and may include groups of related standards within and between subject areas, resulting in an instructional learning environment that does not focus on teaching singular skills. This, in turn, provides for a variety of opportunities for students to demonstrate their learning in ways that are meaningful and relevant to them by exploring passions and asking their own questions as problem-solving prompts. To accomplish this, each student receives the differentiated support he or she needs to be successful and, after demonstrating mastery on his or her schedule, moves on to the next level.

This resource and accompanying guidance seeks to provide you and your leadership team with the foundation for planning and implementing a competency-based curriculum, instruction and assessment model for your school district, Pre-K-12, that will focus on rigor, accountability and an unwavering commitment to personalizing learning for students.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**3-5**

## Subject Area Abbreviations:

| | |
|---|---|
| **AFNR** | Agriculture, Foods and Natural Resources |
| **AC** | Architecture and Construction |
| **BC** | Business Career |
| **BC.BMAE** | Business Management, Administration and Entrepreneurship |
| **BC.F** | Finance |
| **BC.M** | Marketing |
| **DNC** | Dance |
| **FCS** | Family and Consumer Sciences |
| **ELA** | English Language Arts |
| **ENG** | Engineering |
| **HB** | Health and Biosciences |
| **HE** | Health |
| **HGSS** | History, Government and Social Studies |
| **HUM** | Humanities |

| | |
|---|---|
| **IT** | Information Technology |
| **LPSCS** | Law, Public Safety, Corrections and Security |
| **MA** | Media Arts |
| **MATH** | Math |
| **MNFR** | Manufacturing |
| **MUS** | Music |
| **PE** | Physical Education |
| **SCI** | Science |
| **SCI.ESS** | Earth and Space Science |
| **SCI.LS** | Life Science |
| **SCI.PS** | Physical Science |
| **SECD** | Social-Emotional Character Development |
| **STM** | STEAM |
| **THR** | Theatre |
| **TRAN** | Transportation |
| **WL** | World Languages |
| **VA** | Visual Arts |

## Grade Bands:

| | |
|---|---|
| **P** | PreK to 2nd grade |
| **IM** | 3rd to 5th grade |
| **MS** | 6th to 8th grade |
| **HS** | 9th to 12th grade |

COMPETENCIES

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM



GRADE BAND
**3-5**

# ELA

ELA COMPETENCIES

| ELA Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Writing | A successful student can: | | |
| | • Priority: Communicate their opinions in writing and give reasons and information to support their point of view. | ELA.IM.1.1 | W 3.1, W 4.1, W 5.1 |
| | • Priority: Write to inform/explain and express themselves clearly. | ELA.IM.1.2 | W 3.2, W 4.2, W 5.2 |
| | • Priority: Narrate real or imagined events by describing details and in a clear sequence. | ELA.IM.1.3 | W 3.3, W 4.3, W 5.3 |
| Speaking and Listening | A successful student can: | | |
| | • Priority: Engage effectively in discussions with diverse partners. | ELA.IM. 2.1 | SL 3.1, SL 4.1, SL 5.1 |
| | • Extended: Speak clearly and understandably, in an organized manner, and give pertinent details while orally reporting on a topic, telling a story or sharing about an experience. | ELA.IM. 2.2 | SL 4.4 |
| Reading Literature | A successful student can: | | |
| | • Priority: Ask and answer questions, draw inferences and refer to details and examples in a text to demonstrate understanding of the text. | ELA.IM.3.1 | RL 3.1, RL 4.1, RL 5.1 |
| | • Priority: Determine the central message, moral or theme and be able to form a summary of the text. | ELA.IM.3.2 | RL 3.2, RL 4.2, RL 5.2 |
| | • Priority: Compare and contrast the point of view of narrators or speakers in a text and its impact on the text. | ELA.IM.3.3 | RL 4.6, RL 5.6 |
| | • Priority: Read and comprehend high-quality prose and poetry on grade level. | ELA.IM.3.4 | RL 3.13, RL 4.13, RL 5.13 |
| | • Extended: Compare and contrast the treatment of similar themes and topics and patterns and events in multicultural literature. | ELA.IM.3.5 | RL 4.9 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

246

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 3-5**

| ELA Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Reading Informational Text** | A successful student can: | | |
| | • Priority: Refer to the text when explaining and inferring to demonstrate understanding of the text. | ELA.IM.4.1 | RI 3.1, RI 4.1, RI 5.1 |
| | • Priority: Explain relationships or interactions based on specific information in historical, scientific or technical text. | ELA.IM.4.2 | RI 3.2, RI 4.2 |
| | • Priority: Integrate information from multiple texts to write or speak about a subject knowledgeably. | ELA.IM.4.3 | RI 3.9, RI 5.9 |
| | • Priority: Read and comprehend grade-level informational text. | ELA.IM.4.4 | RI 3.13, RI 4.13, RI 5.13 |
| | • Extended: Explain relationships or interactions based on specific information in historical, scientific or technical text. | ELA.IM.4.5 | RI 5.3 |
| | • Extended: Describe the overall structure of events, ideas, concepts or information in text. | ELA.IM.4.6 | RI 4.5 |
| | • Extended: Compare and contrast multiple accounts of an event or topic. | ELA.IM.4.7 | RI 4.6, RI 5.6 |
| | • Priority: Apply knowledge of affixes, syllabication Latin roots and phonics to decode unknown words. | ELA.IM.5.1 | RF 3.3, RF 4.3, RF 5.3 |
| **Reading Foundational Skills** | A successful student can: | | |
| | • Priority: Apply knowledge of affixes, syllabication Latin roots and phonics to decode unknown words. | | RF 3.3  RF 4.3  RF 5.3 |

ELA COMPETENCIES



**GRADE BAND**
# 3-5

# HGSS

HGSS COMPETENCIES

| HGSS Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **History:** | A successful student can: | | |
| Societies | • Priority: Use distinctions among facts and opinions of the same event and draw conclusions about how choices have consequences. | HGSS.IM.1.1 | Standard 3, 3.1, 3.2, 3.3, 3.4 |
| | • Extended: Gather relevant information from multiple sources to acquire and organize information describing relationships between historical and contemporary events. | HGSS.IM.1.2 | Standard 3, 3.1, 3.2, 3.3, 3.4 |
| Choices Have Consequences | • Priority: Use distinctions among fact and opinion of the same event and draw conclusions about how choices have consequences. | HGSS.IM.2.1 | Standard 1, 1.1, 1.2, 1.3, 1.4 |
| | • Extended: Use distinctions among facts and opinions from multiple sources in response to compelling questions to investigate and connect examples of choices and consequences with contemporary issues. | HGSS.IM.2.2 | Standard 1, 1.1, 1.2, 1.3, 1.4 |
| **Civics and Government:** | A successful student can: | | |
| Rights and Responsibilities | • Priority: Distinguish the responsibilities and powers of government to explain how rules are created and recognize the responsibility of citizens in that society. | HGSS.IM.3.1 | Standard 2, 2.4, 2.1, 2.2, 2.3 |
| | • Extended: Use a range of democratic procedures to identify common problems or needs within a school/community to draw conclusions and evaluate the rights and responsibilities of people living in societies. | HGSS.IM.3.2 | Standard 2, 2.4, 2.1, 2.2, 2.3 |
| Geography (Dynamic Relationships) | • Priority: Use geographic information to observe, explore and compare human and physical characteristics of the community/region to analyze continuity and change over time. | HGSS.IM.4.1 | Standard 5, 5.1, 5.2, 5.3, 5.4 |
| **Economics:** | A successful student can: | | |
| Continuity and Change Over Time | • Extended: Use geographic information to investigate and connect dynamic relationships of human and physical characteristics to contemporary issues. | HGSS.IM.4.2 | Standard 5, 5.1, 5.2, 5.3, 5.4 |
| | • Priority: Analyze multiple sources of economic information to demonstrate good economic decision-making skills and analyze and draw conclusions about continuity and change over time. | HGSS.IM.5.1 | Standard 4, 4.1, 4.2, 4.3, 4.4 |
| | • Extended: Analyze multiple sources of economic information to explain the characteristics of a market economy and the impact of opportunity costs and benefits on individuals and communities to connect continuity and change to a contemporary issue. | HGSS.IM.5.2 | Standard 4, 4.1, 4.2, 4.3, 4.4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND
3-5**

# Mathematics

| Mathematics Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Operations and Algebraic Thinking: | A successful student can: | | |
| | • Priority: Generate, analyze and explain numerical patterns and relationships. | | 3.OA.5, 6, 4.OA.4, 4.OA.5 |
| Numbers and Operations in Base 10 | • Required Fluency, A successful student can: | | |
| | • Priority: Fluently add, subtract, multiply and divide multidigit numbers. | | 3.OA.7, 4.NBT.4, 5.NBT.5 |
| | • Priority: Explain and make generalizations about the patterns in a place value system, use this understanding and the properties of operations to perform single and multidigit arithmetic, including whole numbers and decimals, and understand how concepts of area, perimeter and volume relate to multiplication and addition. | | 3.OA.1, 2, 3, 4, 3.OA.7, 3.NBT.1, 2, 3, 3.MD.6, 7, 8, 9, 4.OA. 1, 2, 3, 4.NBT.1, 2, 3, 4.NBT. 4, 5, 6, 5.OA.1, 2, 5.NBT.1, 2, 3, 4, 5, 6, 7, 5.MD.3, 4, 5 |
| Numbers and Operations - Fractions | • Priority: Demonstrate an understanding of fractions (concepts of fractional/decimal parts, estimating, equivalency, ordering) and all four operations with fractions by applying understandings of whole numbers through the use of visual models to represent and explain concepts. | | 3.NF.1, 2, 3, 4.NF.1, 2, 4.NF.3, 4, 5, 6, 7, 4.NF. 5.NF.1, 2, 5.NF.3, 4, 5, 6, 7 |
| Measurement and Data | • Priority: Demonstrate an understanding of measurement concepts (time, length, and/or money) by constructing reasonable estimates and solving problems involving all four operations (addition, subtraction, multiplication and division). | MATH.IM.4.1 | 3.MD.1, 2, 3, 3.MD.6, 7, 8, 9, 4.MD.1, 2, 3, 5.MD.1 |
| | • Priority: Collect, represent and interpret data with multiple categories and solve problems using the data. | MATH.IM.4.2 | 3.MD.4, 5, 4.MD.4, 5.MD.2 |

MATHEMATICS COMPETENCIES



**MATHEMATICS COMPETENCIES**

| Mathematics Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Geometry | A successful student can: | | |
| | • Priority: Create, identify and distinguish between lines, angles and shapes based on their properties and defining attributes using a coordinate plane. | MATH.IM.5.1 | 3.MD 9, 3.G.1, 2, 4.G.1, 2, 3, 5.G.1, 2, 5.G.3, 4 |
| Problem-Solving, Modeling and Communicating Reasoning | • Demonstrate the ability to use the eight mathematical practices fluidly across skills and concepts: | | |

1. Make sense of problems and persevere in solving them.
2. Reason abstractly and quantitatively.
3. Construct viable arguments and critique the reasoning of others.
4. Model with mathematics.
5. Use appropriate tools strategically.
6. Attend to precision.
7. Look for and make use of structure.
8. Look for and express regularity in repeated reasoning.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
## 3-5

# Science

| Science Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Engineering Design: | A successful student can: | | |
| | • Priority: Demonstrate proficiency with engineering skills by using the Engineering Design Process to explore and test possible solutions to a problem with limited materials and resources (constraints) and specific criteria in mind. | SCI.IM.1.1 | 3-5-ETS1-1, 3-5-ETS1-2, 3-5-ETS1-3 |
| Physical Science: | A successful student can: | | |
| Structures and Properties of Matter | • Priority: Explore how any type of matter can be divided into small particles too small to be seen, but still exist and how measurements of properties can be used to identify materials, even when mixed or changed. | SCI.PS.IM.2.1 | 5-PS1-1, 5-PS1-2, 5-PS1-3, 5-PS1-4 |
| Chemical Reactions | • Extended: Investigate the mixing of two or more different substances and how a new substance with different properties is formed, and when substances are heated, cooled or mixed, the total weight of the substance does not change. | SCI.PS.IM.2.2 | 5-PS1-2, 5-PS1-4 |
| Forces and Interactions | • Priority: Explore how forces act on objects with strength and direction and can be measured. A successful student can explore how electric and magnetic forces affect objects within contact or not in contact at all, and how the gravitational force of the Earth pulls objects. | SCI.PS.IM.2.3 | 3-PS2-1, 3-PS2-2, 3-PS2-3, 3-PS2-4, 5-PS2-1 |
| Energy | • Priority: Explore the relationships between energy and objects, sound, light and heat. Successful students can explore the production, transference and transformation of energy. Students will explore the ways that energy and fuel are derived from natural sources and how use of that energy and fuel affect the environment. | SCI.PS.IM.2.4 | 4-PS3-1, 4-PS3-2, 4-PS3-3, 4-PS3-4, 4-PS4-2, 4-ESS3-1, 5-PS3-1 |
| Waves | • Extended: Explore the relationships between movement of water and the creation of waves. The student will investigate how digitized information is transmitted between devices and how light reflection is processed by the eye to make sense of an object. | SCI.PS.IM.2.5 | 4-PS4-1, 4-PS4-2, 4-PS4-3 |

SCIENCE COMPETENCIES

**GRADE BAND**
**3-5**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

SCIENCE COMPETENCIES

| Science Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Life Science:** | A successful student can: | | |
| Structure and Function | • **Priority:** Explore how light reflection is processed by the eye to make sense of an object. The successful student can investigate how plants and animals use internal and external structures to aid in growth, survival, behavior and reproduction. Successful students can explore how animals use their perceptions, memories and senses to guide their actions. | SCI.LS.IM.3.1 | 4-LS1-1, 4-LS1-2, 4-PS4-2 |
| Matter and Energy in Organisms and Ecosystems | • **Priority:** Explore the connections between energy, the sun, plants, air, water, organisms, fungi, bacteria and decomposers. Successful students can explore the interdependence of ecosystems, the web of life, healthy organisms and the environment. | SCI.LS.IM.3.2 | 5-LS1-1, 5-LS2-1, 5-PS3-1 |
| Interdependent Relationships in Ecosystems | • **Priority:** Explore how being part of a group helps animals obtain food, defend themselves, cope with changes and survive in a variety of habitats. Successful students can explore how fossils provide evidence about organisms and how some plants and animals are no longer found on Earth. | SCI.LS.IM.3.3 | 3-LS2-1, 3-LS4-1, 3-LS4-3, 3-LS4-4 |
| Inheritance and Variation of Traits | • **Priority:** Explore how reproduction is essential to the continued existence of every kind of organism and how plants and animals inherit characteristics from their parents and other characteristics are the result of the environment. | SCI.LS.IM.3.4 | 3-LS1-1, 3-LS3-1, 3-LS3-2, 3-LS4-2 |
| Natural Selection and Evolution | • **Extended:** All standards are embedded in other competencies.) Explore how reproduction is essential to the continued existence of every kind of organism. Successful students can explore life cycles of plants and animals and how many characteristics are inherited from parents. Successful students can explore how species survive or do not survive and how fossils provide evidence about organisms from long ago. | SCI.LS.IM.3.5 | 3-LS3-1, 3-LS4-1, 3-LS4-2, 3-LS4-3, 3-LS4-4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 3-5**

| Science Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Earth and Space:** | A successful student can: | | |
| Space System | • Extended: Explore patterns of day and night, shadows and positions of the sun, moon and stars throughout a day, month and year and how these patterns are affected by orbits and rotations of the moon around Earth and the Earth around the sun. | SCI.ESS. IM.4.1 | 5-ESS1-1, 5-ESS1-2, 5-PS2-1 |
| History of Earth | • Extended: Explore how rock formations reveal information about the presence of Earth forces and the order in which rock layers were formed. | SCI.ESS. IM.4.2 | 4-ESS1-1 |
| Weather and Climate | • Priority: Explore how scientists use weather patterns to make predictions and how climate and rainfall help shape the land and affect the types of living things found in a region. | SCI.ESS. IM.4.3 | 3-ESS2-1, 3-ESS2-2, 4-ESS2-1 |
| Earth's Systems | • Priority: Explore how rock, soil, water, ice, air and humans interact in multiple ways to affect Earth's surface materials and processes. Successful students can further explore how weather patterns are influenced by the interaction of wind and clouds with landforms. Successful students can further explore Earth's salt and freshwater resources and the volcanoes and earthquake patterns and occurrences. | SCI.ESS. IM.4.4 | 4-ESS2-1, 4-ESS2-2, 5-ESS2-1, 5-ESS2-2 |
| Human Sustainability | • Priority: Explore how humans interact with natural hazards, natural energy and fuel resources, and how their activities in agriculture, industry and everyday life impact land, vegetation, streams, oceans, air and outer space. Successful students can explore actions that help protect Earth's resources and environment. | SCI.ESS. IM.4.5 | 3-ESS3-1, 4-ESS3-1, 4-ESS3-2, 5-ESS3-1 |

SCIENCE COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**SECD COMPETENCIES**

# Measuring Social-Emotional Character Development

Social-emotional character development (SECD) is paramount to student learning and school improvement. When students are supported to enhance their social and emotional learning (SEL) skills, they also improve their academic and career outcomes.[1]

## SECD + SEL = SEG

SECD are the Social Emotional Character Development standards for Kansas schools. SEL is the process by which children and adults learn how to understand and manage emotions, develop care and concern for others, set and achieve positive goals, and make responsible decisions. Together SECD and SEL result in SEG, social emotional growth.

Kansas schools have started to develop and track students' social and emotional learning as an indicator of student success within accountability models. In Kansas K-12 education, SECD is embedded into the Kansas Education Systems Accreditation (KESA) and Kansas School Redesign. The following information can help guide Kansas schools as they seek ways to measure that growth.

## SEL is Strengths Based

SEL assessment requires a strengths-based approach: that is, assessment focuses on knowledge and use of skills that are actively taught and supported in the school setting. These SEG measures and the goal of assessment is distinct from screening for risk for mental and behavioral health needs. A strengths-based approach proactively builds on the strengths and skills individuals possess to foster further development of competencies, just as educators do for any other academic content area. In parallel, the assessment of adult-driven SEL practices must be strengths based, focusing on methods for being proactive in holistically supporting young people's social, emotional, and academic development.

Assessment of social and emotional competencies helps paint a fuller picture of youth's capabilities and needs, while assessment of adult SE competencies and practices, as well as school climate and culture, paint a fuller picture of the support youth are given to gain and express these competencies. As widespread implementation of SEL practices gains traction, SEL data are increasingly available in multiple forms. Available data speak to culture and climate of settings, effective implementation of SEL programs and practices, and growth in individuals' development of social and emotional competencies.[2]

---

1   Farrington et al.
2012; Gayl, 2017; Heckman, 2008; West et al.
2016). These skills may also be malleable and amenable to intervention (Durlak, Weissberg, Dymnicki, Taylor, and Schellinger, 2011; What Works Clearinghouse, 2007

2   Measuring SEL, CASEL 2019

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
254                                                                 Kansas State Department of Education | www.ksde.org

**GRADE BAND 3-5**

## Data and Measuring SECD

Regarding data, Kansas school communities are encouraged to:[3]

- Be proficient in collecting, interpreting and analyzing data;
- Utilize multiple measures;
- Implement programs that are evidenced based:
- Become aware of all the sources of data available; and
- Be able to show how intentional interventions increase skill acquisition.

Schools should capitalize on their local experts, such as counselors, social workers, school psychologists, and early childhood educators, who are uniquely trained in social emotional development and the impact of community context in nurturing development. These professionals are positioned to help educational communities build capacity in adult SEL competencies, teaching, and measuring SECD.

## Three Types of Collectable Data

There are essentially three types of increasingly rigorous SECD data that schools may collect: Process Data, Perception Data, and Outcome Data.

### PROCESS DATA: What was done for whom?

- Evidence that the social emotional learning lessons occurred;
- How the social emotional learning lesson or activity was conducted;
- How many students were involved in core lessons (Tier 1);
- How many students also received Tier 2 or Tier 3 intervention

*Examples of process data:*
- 33 staff were trained in the ABC SEL curriculum
- 3 lessons on bullying were taught in every class, 6-8th grade;
- 98% of key elements on the lesson plan were addressed (good fidelity of implementation);
- 201 of 204 students participated in the core lesson(s) and 3 were absent;
- 15 students participated in small group assertive skills intervention as well;
- 5 students participated in Cognitive Behavioral Intervention for Trauma in Schools (CBITS)

### PERCEPTION DATA: What do people think they know, believe or can do? How do they feel their environment supports or impedes them?

- Measures perception of climate and culture;
- Measures what students or adults are perceived to have gained in knowledge, skills, attitudes or beliefs

*Examples of perception data:*
- 89% of students reported seeing bullying at school on the Kansas Communities That Care Survey;
- 78% of students said that adults do "nothing" or "I'm not certain" in response to bullying;
- After training, 92% of teachers said they felt confident delivering the curriculum;
- After the bullying lessons, 69% of students believed they could implement one strategy to combat bullying (student perception, belief);
- After the bullying lessons, 95% of students said bullying is unacceptable (attitude);
- After assertive skills lessons, 89% of teachers felt that students were implementing strategies to be upstanders and reduce bullying (teacher perception of student skills);
- After teaching conflict resolution lessons, 78% of teachers said they were more likely to address conflict and potential bullying situations (teacher perception of adult skills);

*SECD COMPETENCIES*

3Adapted from Dr. Sharon Sevier, Chair of the Board, American School Counselor Association, Rockwood R-VI School District, Lafayette High School, Missouri; Data and Advocacy: A Step by Step Approach. 2014.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

255



GRADE BAND
**3-5**

## SECD COMPETENCIES

**OUTCOME DATA:** What is the impact on development, learning and wellbeing? Are we seeing growth in knowledge and performance/behaviors?

• Demonstrates a change in knowledge and/or skill in action;

• Demonstrates whether the program has/has not impacted the student's ability to utilize new knowledge, attitudes, behaviors, skills;

• Demonstrates whether or not change has occurred in climate and culture

*Examples of Outcome data:*

• Immediate Examples (pre/post):

• Before the bullying lessons 56% of students could correctly report the signs of bullying and after the bullying lessons, 98% of students correctly reported the signs of bullying (demonstrated knowledge increase);

• After the bullying lessons, 95% of students effectively demonstrated one strategy to address bullying (skill performance);

*Intermediate Examples (quarter/semester/year):*

• "Before the bullying lessons 50 cases of bullying were reported for the quarter; after the lessons, there were only 10 cases for the quarter."

• 82% of staff showed growth on the Adult SE Competency Self-Assessment from first to second semester.

• Long-range Examples (showing impact over time, i.e. CORE data):

• "On the Kansas Communities That Care survey, 20% fewer students reported witnessing bullying this year over last year. This correlated with decreases in depression and not feeling safe at school, and an increase in average GPA for these grade levels."

# Measuring Growth: Three Key Categories of SECD Data

Social emotional growth (SEG) results from the interplay of (a) proactive teaching and learning of social emotional skills and competencies, (b) a supportive culture and climate, and (c) a clear improvement cycle used by schools. We can teach skills, but if the culture allows little opportunity for practice throughout the day, and the climate is negative and deficit-focused or we ignore addressing mental health concerns, those skills may be difficult for students to put into action. Therefore, these three key categories of SECD Data are recommended when developing a robust approach to measuring SEG locally:

1. **VALIDATED STRENGTHS-BASED MEASURES.** For example, these often come with an evidence-based Social Emotional Learning curriculum to show attainment of knowledge, skills and behaviors that are being taught. These measures are usually either in the form of *perception data* or *outcome data* focused on knowledge or performance of skills/behavior.

2. **CULTURE AND CLIMATE.** Validated School Climate Data. For example, the Kansas Communities That Care survey obtains student perception data about school climate; likewise, the Kansas Family Engagement Survey obtains caregiver *perception data* about school climate. School Culture Data is often represented by "On-Track" Indicators such as: attendance, office discipline referrals and suspensions/expulsions, and course grades. Evidence of strong implementation of SEL curriculum may also be considered in this category.

3. **CLEAR IMPROVEMENT CYCLE DATA.** A responsive school has a consistent, system-wide process for reviewing Strengths-based Skill Measures against Culture and Climate data while screening for risk to get students additional supports they may need. A clear improvement cycle results in adaptations at the individual level to support students in need, and adjustments at the systems level to ensure a healthy culture and climate that fosters equity, learning and wellbeing.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Here is a listing of commonly collected SECD data sources and how they may relate to these three key categories.

| COMMONLY COLLECTED DATA[4] | SOURCES AND CATEGORY | CATEGORY |
|---|---|---|
| SECD/SEL skill mastery | Self, Teacher, Parent, Peer or Observer Rating or Other Assessment Tools commonly provided in evidence-based SEL curricula and programs | Strengths-based Measure |
| SEL Fidelity of Implementation and Adult Competencies tools | Commonly provided in evidence-based SEL curricula and programs | Culture and climate |
| Absenteeism | School records | Culture and climate |
| Retention in grade | School records | Culture and climate |
| Suspensions, Office Discipline Referrals | School records | Culture and climate |
| Grades, Academic performance | School records, state assessments and other content formative assessments | Culture and climate |
| School climate perceptions | Kansas Communities That Care Survey (KCTC), Family Engagement Survey (FES) or other student, family and/or staff survey | Culture and climate |
| School engagement | School Surveys or Tools, such as the KCTC or Psychological Sense of School Membership Scale (PSSM) | Culture and climate |
| Behavioral or mental health risk | Universal Screeners, such as:<br>• BASC-BESS (Behavior Assessment System for Children-Behavioral and Emotional Screening System) SAEBRS (Social, Academic, Emotional Behavior Risk Screener)<br>• SRSS-IE (Student Risk Screening Scale – Internalizing and Externalizing)<br>• SDQ (Strength and Difficulties Questionnaire)<br>• The Ages and Stages Questionnaires (ASQ-3 and ASQ-SE2)<br>• Mental health screeners such as:<br>  • SCAS (Spence Children's Anxiety Scale)<br>  • Self, Teacher, Parent, Peer or Observer Rating or Survey<br>  • Diagnostic tools as needed | Clear improvement cycle |

SECD COMPETENCIES

4   Adapted from Hanover Research, 2018.

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM



GRADE BAND
**3-5**

*SECD COMPETENCIES*

# Measuring Employability Skills

It is important that schools and districts measure the essential employability skills and knowledge that students gain from Work-Based Learning (WBL) experiences and give students an opportunity to document and reflect on their learning. The assessment and reflection process is critical in that it:

- Helps students make personal connections to their experiences.
- Guides the learning process and deepens/extends the learning from the WBL experience.
- Allows students to see how academic and technical skills are applied in authentic settings.
- Provides a tool for students to self-assess their employability skills and areas of improvement.
- Promotes the need for and completion of postsecondary training.

Additionally, measurement of student learning from WBL experiences provides schools and districts with data that inform continuous improvement of the quality of WBL experiences for all students. Schools and districts can use this data for multiple purposes aimed at improving the system at all levels. This includes measuring graduating students' career readiness; systematically determining gaps in employability skills acquisition to improve WBL experiences and academics at the student level and/or schoolwide; and reviewing the quality of WBL experiences across individual business and industry partners.

Please find the complete guide to measuring employability and work-based learning at: Measuring Employability Skills.[5]

How Assessing SECD/SEL Flows with the Overall SECD/SEL Program[6]



---

5    https://www.ksde.org/Portals/0/CSAS/CSAS%20Home/Plan_Of_Study/Employability%20Skills_Measuring%20and%20Reflecting%20Student%20Learning%20062020.pdf?ver=2020-06-02-094312-770

6    Denham, 2015.

*Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM*

**GRADE BAND 3-5**

# Resources

The following resources align with the State Board Goal of "Measuring SECD/SEL Locally" and provide examples of how to collect SECD/SEL data at the district, building and student levels.

SECD COMPETENCIES

Measuring SECD Toolkit[7]
This document summarizes examples of how to collect and utilize SECD data to drive decision making. Please check back closer to the beginning of school as it will be revised and posted.

Kansas Communities That Care Survey[8]
The Kansas Communities That Care (KCTC) is the best tool for assessing student perceptions around SEL and all Kansas schools are encouraged to utilize it.

Assessment Guide for SEL (CASEL)[9]
CASEL is the preeminent authority for developing, implementing and measuring SEL.

Measuring Employability Skills[5]
For the first time KSDE has developed a document that helps schools learn how to assess and measure student employability and work-based learning skills.

Likert Scale for SECD Student Growth Measure[10]
An example of how to measure individual student SECD skills.

Reflecting on Adult SE Competencies Personal Assessment and Reflection Tool[11]
This tool from CASEL provides a framework and process for staff to reflect on their own social and emotional growth.

Trauma-informed Toolkit[12]
This toolkit will help schools address trauma experienced by student, staff and families as a result of the current pandemic crisis.

Trauma, Toxic Stress, and Caregiver Well-Being: Practices for Fostering Resilience in Children/Youth and Caregivers (TASN)[13]
This TASN document addresses how to provide assistance for trauma, toxic stress, resilience and caregiver wellbeing.

KSDE/TASN Suicide Prevention/Response/Postvention Toolkit[14]
Teen suicide has been an issue for Kansas schools and as a result of the current crisis has become even more so. This is a comprehensive guide for schools in how to deal with suicidal ideation.

National Center for School Crisis and Bereavement[15]
The current crisis has compounded the issues of grief and bereavement, both from typical social-emotional perspectives (i.e. student/family death) but also from current crisis perspectives (i.e. family loss of jobs, student/family displacement etc. This site addresses the many components and levels of crisis, grief and bereavement.

Kansans Can Competency Framework[16] offers numerous free tools and resources.
• PreK-12 College and Career Competency Sequence[17]

7   https://www.ksde.org/Portals/0/CSAS/Content%20Area%20(M-Z)/School%20Counseling/Soc_Emot_Char_Dev/Measuring%20SECD%20Toolkit.pdf?ver=2017-02-16-094209-983

8   http://kctcdata.org/

9   https://measuringsel.casel.org/access-assessment-guide/

10  https://www.ksde.org/Portals/0/CSAS/Content%20Area%20(M-Z)/School%20Counseling/Soc_Emot_Char_Dev/Likert%20Scale%20for%20SECD%20Student%20Growth%20Measure.pdf?ver=2015-02-24-121600-343

11  https://schoolguide.casel.org/focus-area-2/learn/reflecting-on-personal-sel-skills/

12  https://www.transformingeducation.org/trauma-informed-sel-toolkit/

13  https://ksdetasn.org/smhi

14  https://www.ksde.org/Agency/Division-of-Learning-Services/Student-Staff-Training/Prevention-and-Responsive-Culture/Suicide-Awareness-and-Prevention/Kansas-Suicide-Prevention-Response-and-Postvention-Toolkit

15  https://www.schoolcrisiscenter.org/

16  http://www.cccframework.org/

17  https://ksdetasn.org/competency/prek-12-kansas-competency-sequence

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND 3-5**

# SECD

SECD COMPETENCIES

| SECD Classification | COMPETENCY | CODE |
|---|---|---|
| **Character Development:** Core Principles | A successful student can: | |
| | • Interpret ethical reasoning through discussion of individual and community, assesses positive responsible action and reflects on personal involvement. | SECD.IM.1.1 |
| | • Explain and demonstrate clear and consistent expectations of good character throughout all school activities and in all areas of the school. | SECD.IM.1.2 |
| | • Demonstrate and practice characteristics of caring and empathic relationships with family, school and community and recognizes hurtful relationships and the impact they have on others. | SECD.IM.1.3 |
| | • Demonstrate respectful communication skills, including active listening and empathy, in person and through multiple media. | SECD.IM.1.4 |
| | • Differentiate between bullying, teasing and harassment by explaining how power, control, popularity, security and fear play into bullying behavior toward others. | SECD.IM.1.5 |
| | • Describe the role of students in instances of bullying (bystanders, "upstanders," students who bully, targets of bullying). | SECD.IM.1.6 |
| | • Recognize and model how a bystander can be part of the problem or solution, and how certain behaviors can have unintended consequences. | SECD.IM.1.7 |
| **Responsible Decision-Making and Problem-Solving** | • Compare and contrast safe and unsafe situations. | SECD.IM.2.1 |
| | • Identify choices made and the consequences of those choices, including consequences of inappropriate behavior. | SECD.IM.2.2 |
| | • Create a daily schedule of school work and activities. | SECD.IM.2.3 |
| | • Identify factors that inhibit or advance the accomplishment of personal goals. | SECD.IM.2.4 |
| | • Recognize how, when and who to ask for help. | SECD.IM.2.5 |
| | • Identify and organize what materials are needed to be prepared for class. | SECD.IM.2.6 |
| | • Apply self-regulation skills. | SECD.IM.2.7 |
| | • Identify, demonstrate and analyze problem-solving processes. | SECD.IM.2.8 |

260

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**3-5**

SECD COMPETENCIES

| SECD Classification | COMPETENCY | CODE |
|---|---|---|
| **Personal Development:** | A successful student can: | |
| Self-Awareness | • Describe behavioral responses depending on context and situation. | SECD.IM.3.1 |
| | • Identify the varying degrees of emotions one can experience in different situations and recognize reactions to emotions. | SECD.IM.3.2 |
| | • Describe, identify and practice the benefits of various personal qualities (for example, personal strengths, weaknesses, interests and abilities). | SECD.IM.3.3 |
| | • Identify reliable self-help strategies (for example, positive self-talk, problem-solving, time management, self-monitoring). | SECD.IM.3.4 |
| | • Solicit the feedback of others and become an active listener. | SECD.IM.3.5 |
| | • Identify additional external supports (for example, friends, historical figures, media representations). | SECD.IM.3.6 |
| Self-Management | • Identify and develop techniques to manage emotions. | SECD.IM.4.1 |
| | • Describe cause/effect relationships and distinguish between facts and opinions. | SECD.IM.4.2 |
| | • Identify and demonstrate civic responsibilities in a variety of situations (for example, bullying, vandalism and violence). | SECD.IM.4.3 |
| | • Predict possible outcomes to behavioral choices | SECD.IM.4.4 |
| | • Develop and practice responsibility for personal hygiene. | SECD.IM.4.5 |
| | • Acknowledge and recognize responsibilities in school, home and community, including environmental. | SECD.IM.4.6 |
| | • Examine the personal impact of helping others. | SECD.IM.4.7 |
| | • Reflect on personal responses to success, challenge, failure and disappointment and understand the cause and effect of impulsive behavior. | SECD.IM.4.8 |
| | • Identify and utilize potential resources and demonstrate factors that lead to achievement of goals (for example, integrity, motivation and hard work). | SECD.IM.4.9 |
| | • Demonstrate and design an action plan for achieving, evaluating and monitoring personal, school and home goals. | SECD. IM.4.10 |

**GRADE BAND 3-5**

**SECD COMPETENCIES**

| SECD Classification | COMPETENCY | CODE |
|---|---|---|
| **Social Development:** | A successful student can: | |
| Social Awareness | • Describe a range of emotions in others based on verbal and nonverbal cues in different situations. | SECD.IM.5.1 |
| | • Use "i statements" to let others know that they have heard them. | SECD.IM.5.2 |
| | • Develop strategies for building relationships, including recognizing and developing a respect for individual similarities and differences. | SECD.IM.5.3 |
| | • Demonstrate respect for the perspectives of others. | SECD.IM.5.4 |
| Interpersonal Skills | • Describe how words, voice tone and body language communicate and impact relationships positively and negatively and respond appropriately and respectfully in social situations. | SECD.IM.6.1 |
| | • Practice refusal skills for protection in unsafe situations. | SECD.IM.6.2 |
| | • Recognize differences in communication practices in face-to-face interactions from social media interactions. | SECD.IM.6.3 |
| | • Recognize characteristics of healthy and unhealthy relationships, including the impact of peer pressure. | SECD.IM.6.4 |
| | • Demonstrate a capacity to manage actions and emotional expressions with guidance from adults. | SECD.IM.6.5 |
| | • Describe, utilize and apply conflict resolution strategies to be proactive, advocate and resolve conflict in a constructive manner. | SECD.IM.6.6 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**3-5**

# Humanities

Academic subject areas that describe, study or inform the human experience, which includes, but is not limited to, literature, history, philosophy, visual arts and performing arts.

| Humanities Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **ELA** | A successful student can: | | |
| | • Communicate his or her opinions in writing and give reasons and information to support his or her point of view. | ELA.IM.1.1 | W 3.1  W 4.1  W 5.1 |
| | • Can write to inform/explain and express himself or herself clearly. | ELA.IM.1.2 | W 3.2  W 4.2  W 5.2 |
| | • Narrate real or imagined events by describing details and in a clear sequence. | ELA.IM.1.3 | W 3.3  W 4.3  W 5.3 |
| | • Engage effectively in discussions with diverse partners. | ELA.IM. 2.1 | SL 3.1  SL 4.1  SL 5.1 |
| | • Speak clearly and understandably, in an organized manner, and give pertinent details while orally reporting on a topic, telling a story or sharing about an experience. | ELA.IM. 2.2 | SL 4.4 |
| | • Ask and answer questions, draw inferences and refer to details and examples in a text to demonstrate understanding of the text. | ELA.IM.3.1 | RL 3.1  RL 4.1  RL 5.1 |
| | • Determine the central message, moral or theme and be able to form a summary of the text. | ELA.IM.3.2 | RL 3.2  RL 4.2  RL 5.2 |
| | • Compare and contrast the point of view of narrators or speakers in a text and its impact on the text. | ELA.IM.3.3 | RL 4.6  RL 5.6 |
| | • Read and comprehend high-quality prose and poetry on grade level. | ELA.IM.3.4 | RL 3.13  RL 4.13  RL 5.13 |
| | • Compare and contrast the treatment of similar themes and topics and patterns and events in multicultural literature. | ELA.IM.3.5 | RL 4.9 |

HUMANITIES COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND 3-5**

HUMANITIES COMPETENCIES

## Humanities Classification

| Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| ELA | A successful student can: | | |
| | • Refer to the text when explaining and inferring to demonstrate understanding of the text. | ELA.IM.4.1 | RI 3.1  RI 4.1 RI 5.1 |
| | • Explain relationships or interactions based on specific information in historical, scientific or technical text. | ELA.IM.4.2 | RI 3.2  RI 4.2 |
| | • Integrate information from multiple texts to write or speak about a subject knowledgeably. | ELA.IM.4.3 | RI 3.9  RI 5.9 |
| | • Read and comprehend grade-level informational text. | ELA.IM.4.4 | RI 3.13  RI 4.13 RI 5.13 |
| | • Explain relationships or interactions based on specific information in historical, scientific or technical text. | ELA.IM.4.5 | RI 5.3 |
| | • Describe the overall structure of events, ideas, concepts or information in text. | ELA.IM.4.6 | RI 4.5 |
| | • Compare and contrast multiple accounts of an event or topic. | ELA.IM.4.7 | RI 4.6  RI 5.6 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 3-5**

| Humanities Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **HGSS** | A successful student can: | | |
| | • Apply knowledge of affixes, syllabication, Latin roots and phonics to decode unknown words. | ELA.IM.5.1 | RF 3.3  RF 4.3  RF 5.3 |
| | • Use distinctions among facts and opinions of the same event and draw conclusions about how choices have consequences. | HGSS.IM.1.1 | Standard 3, Benchmark 3.1, 3.2, 3.3, 3.4 |
| | • Gather relevant information from multiple sources to acquire and organize information describing relationships between historical and contemporary events. | HGSS.IM.1.2 | Standard 3, Benchmark 3.1, 3.2, 3.3, 3.4 |
| | • Use distinctions among fact and opinion of the same event and draw conclusions about how choices have consequences. | HGSS.IM.2.1 | Standard 1, Benchmark 1.1, 1.2, 1.3, 1.4 |
| | • Use distinctions among facts and opinions from multiple sources in response to compelling questions to investigate and connect examples of choices and consequences with contemporary issues. | HGSS.IM.2.2 | Standard 1, Benchmark 1.1, 1.2, 1.3, 1.4 |
| | • Distinguish the responsibilities and powers of government to explain how people make rules, which create responsibilities and protect freedoms to recognize and evaluate dynamic relationships. | HGSS.IM.3.1 | Standard 2, Benchmark 2.4, 2.1, 2.2, 2.3 |
| | • Use a range of democratic procedures to identify common problems or needs within a school/community to draw conclusions and evaluate the rights and responsibilities of people living in societies. | HGSS.IM.3.2 | Standard 2, Benchmark 2.4, 2.1, 2.2, 2.3 |
| | • Use geographic information to observe, explore and compare human and physical characteristics of the community/region to analyze continuity and change over time. | HGSS.IM.4.1 | Standard 5, Benchmark 5.1, 5.2, 5.3, 5.4 |
| | • Use geographic information to investigate and connect dynamic relationships of human and physical characteristics to contemporary issues. | HGSS.IM.4.2 | Standard 5, Benchmark 5.1, 5.2, 5.3, 5.4 |
| | • Analyze multiple sources of economic information to demonstrate good economic decision-making skills and analyze and draw conclusions about continuity and change over time. | HGSS.IM.5.1 | Standard 4, Benchmark 4.1, 4.2, 4.3, 4.4 |
| | • Analyze multiple sources of economic information to explain the characteristics of a market economy and the impact of opportunity costs and benefits on individuals and communities to connect continuity and change to a contemporary issue. | HGSS.IM.5.2 | Standard 4, Benchmark 4.1, 4.2, 4.3, 4.4 |

HUMANITIES COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND**
**3-5**

HUMANITIES COMPETENCIES

| Humanities Classification | COMPETENCY | CODE |
|---|---|---|
| **SECD** | | |
| **Character Development:** | A successful student can: | |
| Core Principles | • Interpret ethical reasoning through discussion of individual and community, assesses positive responsible action and reflects on personal involvement. | SECD.IM.1.1 |
| | • Explain and demonstrate clear and consistent expectations of good character throughout all school activities and in all areas of the school. | SECD.IM.1.2 |
| | • Demonstrate and practice characteristics of caring and empathic relationships with family, school and community and recognizes hurtful relationships and the impact they have on others. | SECD.IM.1.3 |
| | • Demonstrate respectful communication skills, including active listening and empathy, in person and through multiple media. | SECD.IM.1.4 |
| | • Differentiate between bullying, teasing and harassment by explaining how power, control, popularity, security and fear play into bullying behavior toward others. | SECD.IM.1.5 |
| | • Describe the role of students in instances of bullying (bystanders, "upstanders," students who bully, targets of bullying). | SECD.IM.1.6 |
| | • Recognize and model how a bystander can be part of the problem or solution, and how certain behaviors can have unintended consequences. | SECD.IM.1.7 |
| Responsible Decision-Making and Problem-Solving | • Compare and contrast safe and unsafe situations. | SECD.IM.2.1 |
| | • Identify choices made and the consequences of those choices, including consequences of inappropriate behavior. | SECD.IM.2.2 |
| | • Create a daily schedule of school work and activities. | SECD.IM.2.3 |
| | • Identify factors that inhibit or advance the accomplishment of personal goals. | SECD.IM.2.4 |
| | • Recognize how, when and who to ask for help. | SECD.IM.2.5 |
| | • Identify and organize what materials are needed to be prepared for class. | SECD.IM.2.6 |
| | • Apply self-regulation skills. | SECD.IM.2.7 |
| | • Identify, demonstrate and analyze problem-solving processes. | SECD.IM.2.8 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND**
**3-5**

| Humanities Classification | COMPETENCY | CODE |
|---|---|---|
| **SECD** | | |
| **Personal Development:** | A successful student can: | |
| Self-Awareness | • Describe behavioral responses depending on context and situation. | SECD.IM.3.1 |
| | • Identify the varying degrees of emotions one can experience in different situations and recognize reactions to emotions. | SECD.IM.3.2 |
| | • Describe, identify and practice the benefits of various personal qualities (for example, personal strengths, weaknesses, interests and abilities). | SECD.IM.3.3 |
| | • Identify reliable self-help strategies (for example, positive self-talk, problem-solving, time management, self-monitoring). | SECD.IM.3.4 |
| | • Solicit the feedback of others and become an active listener. | SECD.IM.3.5 |
| | • Identify additional external supports (for example, friends, historical figures, media representations). | SECD.IM.3.6 |
| Self-Management | • Identify and develop techniques to manage emotions. | SECD.IM.4.1 |
| | • Describe cause/effect relationships and distinguish between facts and opinions. | SECD.IM.4.2 |
| | • Identify and demonstrate civic responsibilities in a variety of situations (for example, bullying, vandalism and violence). | SECD.IM.4.3 |
| | • Predict possible outcomes to behavioral choices. | SECD.IM.4.4 |
| | • Develop and practice responsibility for personal hygiene. | SECD.IM.4.5 |
| | • Acknowledge and recognize responsibilities in school, home and community, including environmental. | SECD.IM.4.6 |
| | • Examine the personal impact of helping others. | SECD.IM.4.7 |
| | • Reflect on personal responses to success, challenge, failure and disappointment and understand the cause and effect of impulsive behavior. | 5ECD.IM.4.8 |
| | • Identify and utilize potential resources and demonstrate factors that lead to achievement of goals (for example, integrity, motivation and hard work). | SECD.IM.4.9 |
| | • Demonstrate and design an action plan for achieving, evaluating and monitoring personal, school and home goals. | SECD. IM.4.10 |

HUMANITIES COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



HUMANITIES COMPETENCIES

| Humanities Classification | COMPETENCY | CODE |
|---|---|---|
| **SECD** | | |
| Social Development: | A successful student can: | |
| Social Awareness | • Describe a range of emotions in others based on verbal and nonverbal cues in different situations. | SECD.IM.5.1 |
| | • Use "i statements" to let others know that they have heard them. | SECD.IM.5.2 |
| | • Develop strategies for building relationships, including recognizing and developing a respect for individual similarities and differences. | SECD.IM.5.3 |
| | • Demonstrate respect for the perspectives of others. | SECD.IM.S.4 |
| Interpersonal Skills | • Describe how words, voice tone and body language communicate and impact relationships positively and negatively and respond appropriately and respectfully in social situations. | SECD.IM.6.1 |
| | • Practice refusal skills for protection in unsafe situations. | SECD.IM.6.2 |
| | • Recognize differences in communication practices in face-to-face interactions from social media interactions. | SECD.IM.6.3 |
| | • Recognize characteristics of healthy and unhealthy relationships, including the impact of peer pressure. | SECD.IM.6.4 |
| | • Demonstrate a capacity to manage actions and emotional expressions with guidance from adults. | SECD.IM.6.5 |
| | • Describe, utilize and apply conflict resolution strategies to be proactive, advocate and resolve conflict in a constructive manner. | SECD.IM.6.6 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**3-5**

# STEAM

Academic subject areas that facilitate inquiry, creation and analysis, which includes, but is not limited to, science, technology, engineering, the arts and mathematics. Arts integration enhances expression, dialogue and critical thinking.

*STEAM COMPETENCIES*

| STEAM Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Mathematics | A successful student can: | | |
| | • Generate, analyze and explain numerical patterns and relationships. | | 3.OA.5, 6, 4.OA.4, 4.OA.5 |
| | • Fluently add, subtract, multiply and divide multidigit numbers. | | 3.OA.7, 4.NBT.4, 5.NBT.5 |
| | • Explain and make generalizations about the patterns in a place-value system, use this understanding and the properties of operations to perform single and multidigit arithmetic, including whole numbers and decimals, and understand how concepts of area, perimeter and volume relate to multiplication and addition. | | 3.OA.1, 2, 3, 4, 3.OA.7, 3.NBT.1, 2, 3, 3.MD.6, 7, 8, 9, 4.OA. 1, 2, 3, 4.NBT.1, 2, 3, 4.NBT. 4, 5, 6, 5.OA.1, 2, 5.NBT.1, 2, 3, 4, 5, 6, 7, 5.MD.3, 4, 5 |
| | • Generate, analyze and explain numerical patterns and relationships. | | 3.OA.5, 6, 4.OA.4, 4.OA.5 |
| | • Demonstrate an understanding of fractions (concepts of fractional/decimal parts, estimating, equivalency, ordering) and all four operations with fractions by applying understandings of whole numbers through the use of visual models to represent and explain concepts. | | 3.NF.1, 2, 3, 4.NF.1, 2, 4.NF.3, 4, 5, 6, 7, 4.NF. 5.NF.1, 2, 5.NF.3, 4, 5, 6, 7 |
| | • Demonstrate an understanding of measurement concepts (time, length, and/or money) by constructing reasonable estimates and solving problems involving all four operations (addition, subtraction, multiplication and division). | | 3.MD.1, 2, 3, 3.MD.6, 7, 8, 9, 4.MD.1, 2, 3, 5.MD.1 |
| | • Collect, represent and interpret data with multiple categories and solve problems using the data. | | 3.MD.4,5, 4.MD.4, 5.MD.2 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



STEAM COMPETENCIES

| STEAM Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Mathematics | A successful student can: | | |
| | • Create, identify and distinguish between lines, angles and shapes based on their properties and defining attributes using a coordinate plane. | | 3.MD 9, 3.G.1, 2, 4.G.1, 2, 3, 5.G.1, 2, 5.G.3, 4 |
| | • A successful student can demonstrate the ability to use the eight mathematical practices fluidly across skills and concepts, Make sense of problems and persevere in solving them. | | |
| | • Reason abstractly and quantitatively. | | |
| | • Construct viable arguments and critique the reasoning of others. | | |
| | • Model with Mathematics. | | |
| | • Use appropriate tools strategically. | | |
| | • Attend to precision. | | |
| | • Look for and make use of structure. | | |
| | • Look for and express regularity in repeated reasoning. | | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 3-5**

STEAM COMPETENCIES

| STEAM Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Science** | A successful student can: | | |
| Engineering Design | • Priority: Demonstrate proficiency with engineering skills by using the Engineering Design Process to explore and test possible solutions to a problem with limited materials and resources (constraints) and specific criteria in mind. | SCI.IM.1.1 | 3-5-ETS1-1, 3-5-ETS1-2, 3-5-ETS1-3 |
| Physical Science | • Priority: Explore how any type of matter can be divided into small particles too small to be seen, but still exist, and how measurements of properties can be used to identify materials, even when mixed or changed. | SCI.PS.IM.2.1 | 5-PS1-1, 5-PS1-2, 5-PS1-3, 5-PS1-4 |
| | • Extended: Investigate the mixing of two or more different substances and how a new substance with different properties is formed, and when substances are heated, cooled or mixed, the total weight of the substance does not change. | SCI.PS.IM.2.2 | 5-PS1-2, 5-PS1-4 |
| | • Priority: Explore how forces act on objects with strength and direction and can be measured. Explore how electric and magnetic forces affect objects within contact or not in contact at all, and how the gravitational force of the earth pulls objects. | SCI.PS.IM.2.3 | 3-PS2-1, 3-PS2-2, 3-PS2-3, 3-PS2-4, 5-PS2-1 |
| | • Priority: Explore the relationships between energy and objects, sound, light and heat. Successful students can explore the production, transference and transformation of energy. Students will explore the ways that energy and fuel are derived from natural sources and how use of that energy and fuel affect the environment. | SCI.PS.IM.2.4 | 4-PS3-1, 4-PS3-2, 4-PS3-3, 4-PS3-4, 4-PS4-2, 4-ESS3-1, 5-PS3-1 |
| | • Extended: Explore the relationships between movement of water and the creation of waves. The student will investigate how digitized information is transmitted between devices and how light reflection is processed by the eye to make sense of an object. | SCI.PS.IM.2.5 | 4-PS4-1, 4-PS4-2, 4-PS4-3 |

**GRADE BAND**
**3-5**

## STEAM COMPETENCIES

| STEAM Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Science** | A successful student can: | | |
| Life Science | • Priority: Explore how light reflection is processed by the eye to make sense of an object. The successful student can investigate how plants and animals use internal and external structures to aid in growth, survival, behavior and reproduction. Successful students can explore how animals use their perceptions, memories and senses to guide their actions. | SCI.LS.IM.3.1 | 4-LS1-1, 4-LS1-2, 4-PS4-2 |
| | • Priority: Explore the connections between energy, the sun, plants, air, water, organisms, fungi, bacteria and decomposers. Successful students can explore the interdependence of ecosystems, the web of life, healthy organisms and the environment. | SCI.LS.IM.3.2 | 5-LS1-1, 5-LS2-1, 5-PS3-1 |
| | • Priority: Explore how being part of a group helps animals obtain food, defend themselves, cope with changes and survive in a variety of habitats. Successful students can explore how fossils provide evidence about organisms and how some plants and animals are no longer found on Earth. | SCI.LS.IM.3.3 | 3-LS2-1, 3-LS4-1, 3-LS4-3, 3-LS4-4 |
| | • Priority: Explore how reproduction is essential to the continued existence of every kind of organism and how plants and animals inherit characteristics from their parents and other characteristics are the result of the environment. | SCI.LS.IM.3.4 | 3-LS1-1, 3-LS3-1, 3-LS3-2, 3-LS4-2 |
| | • Extended: Explore how reproduction is essential to the continued existence of every kind of organism. Successful students can explore life cycles of plants and animals and how many characteristics are inherited from parents. Successful students can explore how species survive or do not survive and how fossils provide evidence about organisms from long ago. | SCI.LS.IM.3.5 | 3-LS3-1, 3-LS4-1, 3-LS4-2, 3-LS4-3, 3-LS4-4 |
| Earth and Space | • Extended: Explore patterns of day and night, shadows and positions of the sun, moon and stars throughout a day, month and year and how these patterns are affected by orbits and rotations of the moon around Earth and the Earth around the sun. | SCI.ESS.IM.4.1 | 5-ESS1-1, 5-ESS1-2, 5-PS2-1 |
| | • Extended: Explore how rock formations reveal information about the presence of Earth forces and the order in which rock layers were formed. | SCI.ESS.IM.4.2 | 4-ESS1-1 |
| | • Priority: Explore how scientists use weather patterns to make predictions and how climate and rainfall help shape the land and affect the types of living things found in a region. | SCI.ESS.IM.4.3 | 3-ESS2-1, 3-ESS2-2, 4-ESS2-1 |
| | • Priority: Explore how rock, soil, water, ice, air and humans interact in multiple ways to affect earth's surface materials and processes. Successful students can further explore how weather patterns are influenced by the interaction of wind and clouds with landforms. Successful students can further explore earth's salt and freshwater resources and the volcanoes and earthquake patterns and occurrences. | SCI.ESS.IM.4.4 | 4-ESS2-1, 4-ESS2-2, 5-ESS2-1, 5-ESS2-2 |
| | • Explore how humans interact with natural hazards, natural energy and fuel resources, and how their activities in agriculture, industry and everyday life impact land, vegetation, streams, oceans, air and outer space. Successful students can explore actions that help protect earth's resources and environment. | SCI.ESS.IM.4.5 | 3-ESS3-1, 4-ESS3-1, 4-ESS3-2, 5-ESS3-1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**3-5**

| STEAM Classification | COMPETENCY | CODE |
|---|---|---|
| **SECD** | | |
| **Character Development:** | A successful student can: | |
| Core Principles | • Interpret ethical reasoning through discussion of individual and community, assesses positive responsible action and reflects on personal involvement. | SECD.IM.1.1 |
| | • Explain and demonstrate clear and consistent expectations of good character throughout all school activities and in all areas of the school. | SECD.IM.1.2 |
| | • Demonstrate and practice characteristics of caring and empathic relationships with family, school and community and recognizes hurtful relationships and the impact they have on others. | SECD.IM.1.3 |
| | • Demonstrate respectful communication skills, including active listening and empathy, in person and through multiple media. | SECD.IM.1.4 |
| | • Differentiate between bullying, teasing and harassment by explaining how power, control, popularity, security and fear play into bullying behavior toward others. | SECD.IM.1.5 |
| | • Describe the role of students in instances of bullying (bystanders, "upstanders," students who bully, targets of bullying). | SECD.IM.1.6 |
| | • Recognize and model how a bystander can be part of the problem or solution, and how certain behaviors can have unintended consequences. | SECD.IM.1.7 |
| Responsible Decision-Making and Problem-Solving | • Compare and contrast safe and unsafe situations. | SECD.IM.2.1 |
| | • Identify choices made and the consequences of those choices, including consequences of inappropriate behavior. | SECD.IM.2.2 |
| | • Create a daily schedule of school work and activities. | SECD.IM.2.3 |
| | • Identify factors that inhibit or advance the accomplishment of personal goals. | SECD.IM.2.4 |
| | • Recognize how, when and who to ask for help. | SECD.IM.2.5 |
| | • Identify and organize what materials are needed to be prepared for class. | SECD.IM.2.6 |
| | • Apply self-regulation skills. | SECD.IM.2.7 |
| | • Identify, demonstrate and analyze problem-solving processes. | SECD.IM.2.8 |

STEAM COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**3-5**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

STEAM COMPETENCIES

| STEAM Classification | COMPETENCY | CODE |
|---|---|---|
| **SECD** | | |
| **Personal Development:** | A successful student can: | |
| Self-Awareness | • Describe behavioral responses depending on context and situation. | SECD.IM.3.1 |
| | • Identify the varying degrees of emotions one can experience in different situations and recognize reactions to emotions. | SECD.IM.3.2 |
| | • Describe, identify and practice the benefits of various personal qualities (for example, personal strengths, weaknesses, interests and abilities). | SECD.IM.3.3 |
| | • Identify reliable self-help strategies (for example, positive self-talk, problem-solving, time management, self-monitoring). | SECD.IM.3.4 |
| | • Solicit the feedback of others and become an active listener. | SECD.IM.3.5 |
| | • Identify additional external supports (for example, friends, historical figures, media representations). | SECD.IM.3.6 |
| Self-Management | • Identify and develop techniques to manage emotions. | SECD.IM.4.1 |
| | • Describe cause/effect relationships and distinguish between facts and opinions. | SECD.IM.4.2 |
| | • Identify and demonstrate civic responsibilities in a variety of situations (for example, bullying, vandalism and violence). | SECD.IM.4.3 |
| | • Predict possible outcomes to behavioral choices | SECD.IM.4.4 |
| | • Develop and practice responsibility for personal hygiene. | SECD.IM.4.5 |
| | • Acknowledge and recognize responsibilities in school, home and community, including environmental. | SECD.IM.4.6 |
| | • Examine the personal impact of helping others. | SECD.IM.4.7 |
| | • Reflect on personal responses to success, challenge, failure and disappointment and understand the cause and effect of impulsive behavior. | SECD.IM.4.8 |
| | • Identify and utilize potential resources and demonstrate factors that lead to achievement of goals (for example, integrity, motivation and hard work). | SECD.IM.4.9 |
| | • Demonstrate and design an action plan for achieving, evaluating and monitoring personal, school and home goals. | SECD. IM.4.10 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
274                                    Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**3-5**

| STEAM Classification | COMPETENCY | CODE |
|---|---|---|
| **SECD** | | |

STEAM COMPETENCIES

**Social Development:**

A successful student can:

**Social Awareness**

- Describe a range of emotions in others based on verbal and nonverbal cues in different situations. — SECD.IM.5.1
- Use "i statements" to let others know that they have heard them. — SECD.IM.5.2
- Develop strategies for building relationships, including recognizing and developing a respect for individual similarities and differences. — SECD.IM.5.3
- Demonstrate respect for the perspectives of others. — SECD.IM.5.4

**Interpersonal Skills**

- Describe how words, voice tone and body language communicate and impact relationships positively and negatively and respond appropriately and respectfully in social situations. — SECD.IM.6.1
- Practice refusal skills for protection in unsafe situations. — SECD.IM.6.2
- Recognize differences in communication practices in face-to-face interactions from social media interactions. — SECD.IM.6.3
- Recognize characteristics of healthy and unhealthy relationships, including the impact of peer pressure. — SECD.IM.6.4
- Demonstrate a capacity to manage actions and emotional expressions with guidance from adults. — SECD.IM.6.5
- Describe, utilize and apply conflict resolution strategies to be proactive, advocate and resolve conflict in a constructive manner. — SECD.IM.6.6

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

# Specials

**SPECIALS COMPETENCIES**

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Agriculture** *Agriculture, Foods and Natural Resources (AFNR)* | A successful student can | | |
| | • Analyze how issues, trends, technologies and public policies impact systems in the AFNR Career Cluster. | AFRN.IM.1.1 | |
| | • Evaluate the nature and scope of the AFNR Career Cluster and the role of AFNR in society and the economy. | AFRN.IM.2.1 | |
| | • Examine and summarize the importance of health, safety and environmental management systems in AFNR workplaces. | AFRN.IM.3.1 | |
| | • Demonstrate stewardship of natural resources in AFNR activities. | AFRN.IM.4.1 | |
| | • Describe career opportunities and means to achieve those opportunities in each of the AFNR Career Pathways. | AFRN.IM.5.1 | |
| | • Analyze the interaction among AFNR systems in the production, processing and management of food, fiber and fuel and the sustainable use of natural resources. | AFRN.IM.6.1 | |
| **Architecture and Construction** | A successful student can: | | |
| | • Use vocabulary, symbols and formulas common to architecture and construction. | AC.IM.1.1 | |
| | • Use architecture and construction skills to create and manage a project. | AC.IM.2.1 | |
| | • Comply with regulations and applicable codes to establish and manage a legal and safe workplace. | AC.IM.3.1 | |
| | • Evaluate the nature and scope of the Architecture and Construction Career Cluster and the role of architecture and construction in society and the economy. | AC.IM.4.1 | |
| | • Describe the roles, responsibilities and relationships found in the architecture and construction trades and professions, including labor/management relationships. | AC.IM.5.1 | |
| | • Read, interpret and use technical drawings, documents and specifications to plan a project. | AC.IM.6.1 | |
| | • Describe career opportunities and means to achieve those opportunities in each of the Architecture and Construction Career Pathways. | AC.IM.7.1 | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

276

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND**
**3-5**

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Business Career Field:** | A successful student can | | |
| Business Management, Administration and Entrepreneurship | • Recognize the impact of supply and demand on business. | BC.BMAE.IM.1.1 | |
| | • List different career choices in the business field. | BC.BMAE.IM.1.2 | |
| Finance | • Demonstrate the ability to use goal setting to manage personal money resources. | BC.F.IM.1.1 | |
| | • Investigate the importance of branding for a product or service. | BC.M.IM.1.1 | |
| Marketing | • Predict future market trends. | BC.M.IM.1.2 | |
| **Dance** | A successful student can | | |
| | • Communicate learning through creative movement by applying dance skills and language to Explore, Plan and Revise learning through dance by: <br> ◦ Exploring, planning, and revising ideas. <br> ◦ Refining and completing ideas | DNC.IM.1.1 | |
| | • Demonstrate the ability to apply skills and understanding of how dance communicates through Expression, Embodiment and Presentation of their artistic ideas and work for presentation by: <br> ◦ Analyzing, interpreting and selecting dance works for presentation. <br> ◦ Realizing, developing and refining dance works for presentation. | DNC.IM.2.1 | |
| | • Respond to dance by Analyzing, Interpreting and Critiquing how artworks convey meaning by: <br> ◦ Perceiving and analyzing dance. <br> ◦ Interpreting intent and meaning of dance. <br> ◦ Applying criteria to artistic work. | DNC.IM.2.2 | |
| | • Connect personal meaning and external context to dance by Synthesizing and Relating to works of dance through and during the learning process by: <br> ◦ Synthesizing and relating knowledge and personal experience to dance. <br> ◦ Applying societal, cultural and historical contexts to dance ideas and artistic work. | DNC.IM.3.1 | |

SPECIALS COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org
277

**GRADE BAND**
**3-5**

**SPECIALS COMPETENCIES**

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Engineering** | A successful student can | | |
| | • Use STEM concepts and processes to solve problems involving design and/or production. | ENG.IM.1.1 | |
| | • Display and communicate STEM information. | ENG.IM.2.1 | |
| | • Apply processes and concepts for the use of technological tools in STEM. | ENG.IM.3.1 | |
| | • Apply the elements of the design process. | ENG.IM.4.1 | |
| | • Apply the knowledge learned in STEM to solve problems. | ENG.IM.5.1 | |
| | • Apply the knowledge learned in the study of STEM to provide solutions to human and societal problems in an ethical and legal manner. | ENG.IM.6.1 | |
| **FCS :** *Family and Consumer Sciences* | A successful student can | | |
| Wellness | • Identify areas of conflict and ability to find a common solution. | FCS.IM.1.1 | |
| | • Demonstrate understanding of food sourcing and healthy food selection. | FCS.IM.1.2 | |
| | • Explain wellness is a balance of physical, social, emotional and intellectual health. | FCS.IM.1.3 | |
| Sustainability | • Explain their personal role in practicing socially responsible practices related to use of resources (e.g. water, material goods, food, money, recycling. | FCS.IM.2.1 | |
| Global Connectiveness | • Demonstrate ability to locate and understand sourcing of common products, including clothing, food, electronics, household items and community-owned property. | FCS.IM.3.1 | |
| | • Discuss how others have impacted society (as in the power of one person) and how each person can impact society. | FCS.IM.3.2 | |
| Technology | • Explore how technology will change over their life. | FCS.IM.4.1 | |
| | • Understand how to use technology safely and appropriately to solve basic needs and make life easier. | FCS.IM.4.2 | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 3-5**

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Health** | A successful student can | | |
| | • Comprehend concepts related to health promotion and disease prevention to enhance health. | | |
| | • Analyze the influence of family, peers, culture, media, technology, and other factors on health behaviors. | | |
| | • Demonstrate the ability to access valid information, products, and services to enhance health. | | |
| | • Demonstrate the ability to use interpersonal communication skills to enhance health and avoid or reduce health risks. | | |
| | • Demonstrate the ability to use decision-making skills to enhance health. | | |
| | • Demonstrate the ability to use goal-setting skills to enhance health. | | |
| | • Demonstrate the ability to practice health-enhancing behaviors and avoid or reduce health risks. | | |
| | • Demonstrate the ability to advocate for personal, family, and community health. | | |
| **Information Technology:** | A successful student can | | |
| Graphic Design and Digital Communications | • Explore the variety of uses of photos and images in media. | IT.IM.1.1 | |
| | • Use a sequence of images to convey a short story. | IT.IM.1.2 | |
| Computer Science | • With guidance, select and use a computing device to perform a variety of tasks for an intended outcome. | IT.IM.2.1 | |
| | • Create programs using a programming language that utilize sequencing, repetition, conditionals and variables to solve a problem or express ideas both independently and collaboratively. | IT.IM.2.2 | |
| Information Technology | • Identify how computing devices can be connected to extend capabilities. | IT.IM.3.1 | |
| | • Explain simple processes between hardware and software. | IT.IM.,3.2 | |

SPECIALS COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

279



GRADE BAND
**3-5**

SPECIALS COMPETENCIES

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Law, Public Safety, Corrections and Security** | A successful student can | | |
| | • Formulate ideas, proposals and solutions to ensure effective and efficient delivery of law, public safety, corrections and/or security services. | LPSCS.IM.1.1 | |
| | • Assess and implement measures to maintain safe and healthy working conditions in a law, public safety, corrections and/or security environment. | LPSCS.IM.2.1 | |
| | • State the rationale for various rules and laws designed to promote safety and health in the workplace. | LPSCS.IM.3.1 | |
| | • Analyze the various laws, ordinances, regulations and organizational rules that apply to careers in law, public safety, corrections and security. | LPSCS.IM.4.1 | |
| | • Describe various career opportunities and means to those opportunities in each of the Law, Public Safety, Corrections and Security Career Pathways. | LPSCS.IM.5.1 | |
| | • Analyze the nature and scope of the Law, Public Safety, Corrections and Security Career Cluster and the role law, public safety, corrections and security play in society and the economy. | LPSCS.IM.6.1 | |
| **Manufacturing** | A successful student can | | |
| | • Evaluate the nature and scope of the Manufacturing Career Cluster and the role of manufacturing in society and in the economy. | MNFR.IM.1.1 | |
| | • Analyze and summarize how manufacturing businesses improve performance. | MNFR.IM.2.1 | |
| | • Comply with federal, state and local regulations to ensure worker safety and health and environmental work practices. | MNFR.IM.3.1 | |
| | • Describe career opportunities and means to achieve those opportunities in each of the Manufacturing Career Pathways. | MNFR.IM.4.1 | |
| | • Describe government policies and industry standards that apply to manufacturing. | MNFR.IM.5.1 | |
| | • Demonstrate workplace knowledge and skills common to manufacturing. | MNFR.IM.6.1 | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
280                                    Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**3-5**

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|

**Media Arts**

A successful student can

- Create and communicate by applying the skills and language of a specific media arts form to Conceive, Develop and Construct artistic ideas and work by:  MA.IM.1.1
  - Generating, conceptualizing and organizing media arts ideas.
  - Refining and completing media ideas.
  - Reflecting upon the process, refining and continuing artistic ideas.

- Demonstrate the ability to apply the skills and understanding of how the media arts communicate through their Integration, Practice and Presentation of their artistic ideas and work by:  MA.IM.2.1
  - Analyzing, interpreting, and selecting artistic works for presentation.
  - Realizing, developing and refining artistic works for presentation.

- Respond to the media arts by Perceiving, Interpreting and Evaluating how media artworks convey meaning by:  MA.IM.3.1
  - Perceiving and analyzing the media.
  - Interpreting intent and meaning of media artworks.
  - Applying criteria to evaluating media artworks.

**SPECIALS COMPETENCIES**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**3-5**

SPECIALS COMPETENCIES

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|

## Music

A successful student can

- Create and communicate by applying the skills and language of music to Imagine, Plan and Make musical ideas and work by:
  - Generating, developing and organizing musical ideas.

MSC.IM.1.1

- Create by applying the skills and language of music to Evaluate, Refine and Present musical ideas and work by:
  - Reflecting upon and refining musical ideas and work.
  - Presenting original musical ideas and work.

MSC.IM.2.1

- Demonstrate the ability to apply skills and effectively communicate musical ideas and work through Selection, Analysis and Interpretation by:
  - Selecting musical works based on interest, knowledge, technical skill and context.
  - Analyzing the structure and context of musical works.
  - Developing personal interpretations of musical works.

MSC.IM.3.1

- Demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining and Performing musical works by:
  - Evaluating and refining personal and ensemble performances.
  - Performing expressively and accurately with appropriate interpretation.

MSC.IM.4.1

- Respond to music by Selecting, Analyzing, Interpreting and Evaluating how music conveys meaning by:
  - Selecting musical works for a variety of purposes.
  - Perceiving and analyzing musical works.
  - Interpreting intent and meaning of musical works., Applying criteria to evaluating musical works.

MSC.IM.5.1

- Connect personal meaning and external context to music through and during the music learning process by:
  - Synthesizing and relating knowledge and personal experience to musical ideas and work.
  - Applying societal, cultural and historical contexts to musical ideas and work.

MSC.IM.6.1

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 3-5**

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Physical Education:** | A successful student can: | | |
| Locomotor | • Demonstrate and combine mature patterns of locomotor skills in games involving skills with execution to a target. | PE.IM.1.1 | S1.E1 |
| | • Demonstrate a variety of rhythmic movements using both sides of the body and crossing the midline while following the correct steps or pattern with a leader. | PE.IM.1.2 | S1.E5 |
| Manipulatives | • Throw an object overhand, demonstrating a mature motor pattern towards a moving target and catch an object demonstrating a mature motor pattern at a variety of levels/heights or distances. | PE.IM.2.1 | S1.E13, S1.E14, S1.E16 |
| | • Jump rope, demonstrating a mature motor pattern while performing intermediate skills and attempt advanced skills with short rope and/or uses equipment while jumping long rope. | PE.IM.2.2 | S1.E27 |
| | • Strike an object, demonstrating a mature motor pattern with a short- or long-handled implement and volley an object using a two-hand pattern sending it upward to a target and volley an object demonstrating a mature motor pattern in a small group. | PE.IM.2.3 | S1.E34, S1.E25, S1.E22 |
| | • Kick a moving object, demonstrating a mature motor pattern with control toward a target with increased accuracy and dribble with feet demonstrating a mature motor pattern while changing speeds and directions. | PE.IM.2.4 | S1.E21, S1.E22 |
| | • Dribble with hands, demonstrating a mature motor pattern while changing speeds and directions. | PE.IM.2.5 | S1.E17 |
| Applies Knowledge | • Demonstrate body control while on offense and defense. | PE.IM.3.1 | S2.E1 |
| | • Combine movement concepts with skills in small-sided practice tasks in game environments, gymnastics and dance with self-direction. | PE.IM.3.2 | S2.E2 |
| | • Apply movement concepts to strategy in game situations and apply the concepts of direction and force to strike an object with a long-handled implement. | PE.IM.3.3 | S2.E3 |
| | • Apply basic offensive and defensive strategies and tactics in invasion small-sided practice tasks and basic offensive and defensive strategies and tactics in net/wall small-sided practice tasks. Recognizes the type of throw, volley or striking action needed for different games and sports situations. | PE.IM.3.4 | S2.E4 |
| Knowledge and Skills | • Actively engage in all the activities of physical education, differentiates between Skill-Related and Health-Related Fitness and identify the need for warm-up and cool-down relative to various physical activities. | PE.IM.4.1 | S3.E1, S3.E2, S3.E3 |
| | • Analyze results of fitness assessment (prepost), comparing results with fitness components for good health. | PE.IM.4.2 | S3.E5 |
| | • Analyze the impact of food choices relative to physical activity, sports and personal health. | PE.IM.4.3 | S3.E6 |

SPECIALS COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3·5**

**SPECIALS COMPETENCIES**

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Physical Education:** | A successful student can: | | |
| Responsibility and Value of Physical Activity | • Demonstrate respectful attitude and conflict resolution skills while participating in activities. | PE.IM.5.1 | S4.E1.3, S4.E1.4, S4.E1.5 |
| | • Identify and discuss the benefits of good sportsmanship: <br> ◦ Identifies the results of bad sportsmanship. <br> ◦ Describes the personal benefits gained through lifelong participation in physical activity. | PE.IM.5.2 | S5.E1.3, S5.E1.4, S5.E1.5 |
| **Theatre** | A successful student can: | | |
| | • Create and communicate by applying the skills and language of theatre through Envisioning, Conceptualizing, Developing and Rehearsing artistic ideas and work by: <br> ◦ Envisioning, conceptualizing and organizing artistic ideas. <br> ◦ Refining and completing artistic ideas. | THR.IM.1.1 | |
| | • Demonstrate the ability to apply the skills and understanding of how Theatre communicates through Selection, Preparation, Sharing and Presentation of their artistic ideas and work by: <br> ◦ Reflecting, interpreting and selecting artistic works for presentation. <br> ◦ Realizing, developing and refining artistic works for presentation. | THR.IM.2.1 | |
| | • A successful student can respond to theatre by Reflecting, Interpreting and Evaluating how productions convey meaning by: <br> ◦ Perceiving and evaluating theatrical work. <br> ◦ Interpreting intent and meaning of theatrical work. <br> ◦ Applying criteria when evaluating theatrical work. | THR.IM.3.1 | |
| | • Connect personal meaning and external context to theatre by Empathizing, Interrelating and Researching works: <br> ◦ Synthesizing and relating knowledge and personal experience to artistic ideas and artistic work. <br> ◦ Applying societal, cultural and historical contexts to artistic ideas and artistic work. | THR.IM.4.1 | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

GRADE BAND
**3-5**

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Transportation | A successful student can: | | |
| | • Describe the nature and scope of the Transportation, Distribution and Logistics Career Cluster and the role of transportation, distribution and logistics in society and the economy. | TRAN.IM.1.1 | |
| | • Describe the application and use of new and emerging advanced techniques to provide solutions for transportation, distribution and logistics problems. | TRAN.IM.2.1 | |
| | • Describe the key operational activities required of successful transportation, distribution and logistics facilities. | TRAN.IM.3.1 | |
| | • Identify governmental policies and procedures for transportation, distribution and logistics facilities. | TRAN.IM.4.1 | |
| | • Describe transportation, distribution and logistics employee rights and responsibilities and employers' obligations concerning occupational safety and health. | TRAN.IM.5.1 | |
| | • Describe career opportunities and means to achieve those opportunities in each of the Transportation, Distribution and Logistics Career Pathways. | TRAN.IM.6.1 | |

SPECIALS COMPETENCIES

**GRADE BAND**
**3-5**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

SPECIALS COMPETENCIES

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Visual Arts** | A successful student can: | | |
| | • Create and communicate by applying the skills and language of a specific visual arts form to Investigate, Plan and Make artistic ideas and work by:<br> • Generating, conceptualizing, and organizing artistic ideas.<br> • Refining and completing artistic ideas. | VA.IM.1.1 | |
| | • Create by applying the skills and language of a specific visual arts form to Reflect, Refine and Continue with artistic ideas and work by:<br> • Reflecting upon the process, refining and continuing artistic ideas. | VA.IM.2.1 | |
| | • Demonstrate the ability to apply the skills and understanding of how the visual arts communicate through their Selection, Analyzation and Sharing of their artistic ideas and work for presentation by:<br> • Analyzing, interpreting, and selecting artistic works for presentation.<br> • Realizing, developing, and refining artistic works for presentation. | VA.IM.3.1 | |
| | • Respond to the visual arts by Perceiving, Analyzing and Interpreting how artworks convey meaning by:<br> • Perceiving and analyzing artistic work, Interpreting intent and meaning of artistic work.<br> • Applying criteria to artistic work. | VA.IM.4.1 | |
| | • Connect personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing and Interpreting to works of art through and during the art-making process by:<br> • Synthesizing and relating knowledge and personal experience to artistic ideas and artistic work.<br> • Applying societal, cultural, and historical contexts to artistic ideas and artistic work. | VA.IM.5.1 | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

286

**GRADE BAND
3-5**

# Special Education

SPECIAL EDUCATION COMPETENCIES

In general, it is expected that children with exceptionalities will achieve these competencies with the support of special education services, related services and supplementary aids and services specified in an Individualized Education Program (IEP) or 504 Plan. In addition, IEP teams have authority to modify curriculum and to set educational goals to enable children with exceptionalities to make appropriate educational progress in light of each child's unique circumstances. The modified curriculum and educational goals set by an IEP team for an individual child with an exceptionality might be different than the outcomes expected of other students. When, and to the extent, educational goals specified in an IEP are different than the competencies described in this document, the successful student can achieve the educational goals specified in their IEP.

**The Special Education Guidance Document is located on the Special Education section of the KSDE website:**

- Special Education Guidance Document[1]

- KSDE Special Education webpage, COVID-19 Updates[2]

## Students in Special Education and the Competencies

Navigating Change: Kansas' Guide to Learning and School Safety Operations (2020) is designed to lead the way we meet students' needs by allowing students to demonstrate mastery of their learning in a variety of ways. Therefore, all students in Special Education will access core grade-band competencies.

Students in Special Education need to be able to access instruction that will prepare them to meet grade-level competencies. Access to core content (Tier 1) is a priority so learning gaps do not widen. To address skill deficits needed to access core content (Tier 1), some students will also require additional support through specially-designed instruction and/or a tiered system of support.

Kansas Multi-Tiered System of Supports and Alignment (2015) is an evidenced-based framework used in Kansas schools for organizing and providing a tiered instructional continuum to support learning for all students, including students with exceptionalities. Kansas MTSS and Alignment supports access to core instruction for all students with differentiated instruction as needed to enable every learner to achieve high standards. Tiered interventions, in addition to core

instruction, are recommended when it is necessary to address skill deficits or to support a child in reaching higher levels of accomplishment. We contend all students are general education students, including students with the most significant cognitive exceptionalities

Furthermore, students should not be hindered in learning grade-band content. For example, a student who has learning gaps either due to their exceptionality and/or lack of exposure will not be limited solely to the attainment of prerequisite skills. Therefore, high-quality instruction, accommodations, and modifications should provide the differentiation needed for students to access this grade-level content. High-quality instruction involves a scaffold or strategy to access or attach new learning. High-quality instruction does not repeatedly focus on the same skill, lesson content or information introduced in the general education classroom. Additionally, students who are gifted should not be held to only learning grade-band content. Students who are gifted should be supported through high-quality instruction, accommodations and modifications to provide the differentiation needed for students to achieve higher levels of accomplishment.

1   https://www.ksde.org/Portals/0/ECSETS/Announcements/COVID-SpEd-FAQ.pdf

2   https://www.ksde.org/Agency/Division-of-Learning-Services/Special-Education-and-Title-Services/Special-Education

*Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM*

**GRADE BAND 3-5**

SPECIAL EDUCATION COMPETENCIES

The IEP Team of a child who is gifted may specify in the child's IEP that they are permitted to test out of, or work at an individual rate, and receive credit for required or prerequisite courses, or both, at all grade levels (K.A.R. § 91-40-3 (g)). A child who is gifted may also receive credit for college study at the college or high school level, or both (K.A.R. § 91-40-3(H)).

Moreover, standards guide the goals for Individualized Education Programs (IEPs). IEP goals require specially designed instruction to address the learning gap and advance the student's current level of functioning or for students who are gifted, to address the unique needs of the child that result from the child's giftedness, including supporting the child in achieving higher levels of accomplishment. Therefore, Special Education goals should not replace the grade-level curriculum taught in the general education classroom.

Some students will require accommodations in order to demonstrate mastery of the competencies. Accommodations are changes in procedures or materials that ensure equitable access to instructional and assessment content. Accommodations may be embedded (digitally-provided) or nonembedded (locally provided). These are generally available for students for whom there is a documented need on an IEP, Section 504 plan or Individual Learning Plan (ILP) Accommodations should be individualized for each student; more does not equate to better. Some examples are listed Table 1.

**Table 1: Common Accommodations and Categories**

| Common Accommodations | CATEGORIES |
|---|---|
| Provide Access to Grade-Level Content | • Human reader<br>• Text to speech/digital text (eg., Kansas Infinitext)<br>• Speech to text<br>• Provide smaller numbers in math with grade level skills<br>• Build background knowledge<br>• Provide manipulatives (number line, two color chips, base ten blocks, etc.<br>• Use of facts charts, formulas or word banks to facilitate processing<br>• Reducing auditory and visual background (increase white space, highlight key concepts)<br>• Provide note taking assistance or notes (provide outline, cloze notes, etc.<br>• Orally assess understanding |
| Adjust Level of Material | • Reduce complexity to student's ability level (text, vocabulary, sentence structure, questions, simplify directions, etc. |
| Provide Tools for Organization of Information | • Organize information presented, such as provide a detailed model to follow during multiple-step procedures (e.g., task schedule, process, prewriting, graphic organizer, etc.<br>• Provide digital and non-digital tools to facilitate student organization<br>• Use graph paper, paper with vertical lines or raised-line paper for alignment of problems |


GRADE BAND
**3-5**

| **Common Accommodations** | **CATEGORIES** |
|---|---|
| Provide More Opportunities for Practice/Exposure | • Multiple exposures until mastery<br>• Front load prerequisite information<br>• Code text to enhance background knowledge<br>• Provide questions or cues to student in advance<br>• Reinforce directions (students repeat, number list for multiple steps, etc.)<br>• Additional time for verbal response, assignments, and assessments<br>• Allow for processing with peers before production<br>• Consistent, distributed practice with vocabulary (academic vocab, Tier 2 vocabulary words)<br>• Small group instruction<br>• Text sets (multiple pieces of text on same topic to deepen understanding) |
| Focus information to key Information/Skills | • Chunk assignments/assessments<br>• Highlight or emphasize critical information<br>• Eliminate repetitive practice when mastery is shown<br>• Reduce volume of writing and copying in favor of quality<br>• Reduce number of choices on multiple choice assessments<br>• Spelling is not penalized |
| Vary and Pair Modalities when Presenting Information | • Pair visual, auditory, and tactile cues<br>• Orally assess understanding<br>• Offer student voice and choice (Visual, Auditory, Kinesthetic/Tactile) |

SPECIAL EDUCATION COMPETENCIES

Detailed information about the use of accommodations for instruction and assessment of all students can be found in the How to Select, Administer and Evaluate Use of Accommodations for Instruction and Assessment of all Students (2020) guidance document located at https://www.ksdetasn.org/resources/2283

One way to ensure students have access to core (Tier 1) content is to intentionally create a plan for differentiating the content to meet the student's needs. The National Center on Intensive Intervention has created a planning template built on the seven dimensions of intervention intensity (https://intensiveintervention.org/sites/default/files/Student_Intervention_Plan_508.pdf).

This template assists with planning and documenting the dimensions of intervention for small groups and individual students. The Taxonomy of Intervention Intensity (2017) developed by the National Center on Intensive Intervention identified seven dimensions that support educators in evaluating and building intervention intensity: strength, dosage, alignment, attention to transfer, comprehensiveness, behavioral support, and individualization (https://intensiveintervention.org/taxonomy-intervention-intensity).

It is important to recognize students who receive Special Education Services and Supports have equitable access to all instructional opportunities and activities offered to their peers. Their participation in core content areas (Tier 1) with individualized accommodations, modifications, and supports make it possible for them to do so.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



SPECIAL EDUCATION COMPETENCIES

# Students Who Have the Most Significant Cognitive Exceptionalities

All students are taught academic content for their enrolled grade level. Students who have the most significant cognitive exceptionalities mostly take the alternate assessments and may need content aligned to alternate academic achievement standards. These standards are aligned with the general education content standards with reduced depth, breadth and complexity. Competencies for this population are the same as for students following the general education curriculum. However, the learning targets and measurement tables for this population align to the alternate academic achievement standards.

Students who have the most significant cognitive exceptionalities, who are eligible for an alternate assessment, work from the alternate academic achievement standards. The DLM Essential Elements (2020) allow students access to instruction aligned to grade level academic content. Goals and instruction listed in the IEP for these students are linked to the enrolled grade level DLM Essential Elements (2020). Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. Students who demonstrate mastery of level 3 or 4 competencies may not be appropriately challenged when working from the Essential Elements. Providing a continuum between the level 4 skill on the Essential Elements Competency Rubric and the level 1 skill on the Competency Rubric (2019)

for each grade band will assist those students in the transition to the Kansas competencies/state standards.

Students who have a most significant cognitive exceptionality must have access to grade-level academic standards. This can be accomplished through the Kansas MTSS Alignment for all students. In this delivery system, supplemental special education supports simplify, magnify, and modify what is taught in the general education classroom. For students receiving Tier 1 support with their general education peers, the instruction should be focused on priority learning targets. Navigating Change: Kansas Guide to Learning and School Safety Operations (2020) has identified the primary or essential learning targets in the Competency Rubrics. The Essential Elements Competency Rubrics (2017) provide learning targets aligned to the Essential Elements. While the learning targets differ in depth, breadth, and complexity, the overarching competencies remain the same. Using the identified primary learning targets, students who have a most significant cognitive exceptionality can be educated in an inclusive environment during core (Tier 1) instruction. Tier 2 and Tier 3 instruction should focus on providing the additional instruction essential for closing the gap for students. Instruction could be delivered in homogenous small groups or in some cases, individualized instruction, as intensity of need increases.

# References

Kansas State Department of Education. (2020). How to select, administer and evaluate use of accommodations for instruction and assessment of all students. https://www.ksdetasn.org/resources/2283

Kansas State Department of Education. (2019). Essential Elements by Linkage Level Data. https://www.ksde.org/Portals/0/SES/DLM/KSDE-EE-LinkageLevels3-10.pdf

Kansas State Department of Education. (2015). Kansas multi-system of support and alignment. https://www.ksdetasn.org/mtss

Kansas State Department of Education. (2020). Navigating Change: Kansas Guide to Learning and School Safety Operations. https://www.ksde.org/Teaching-Learning/Resources/Navigating-Change-Kansas-Guide-to-Learning-and-School-Safety-Operations

National Center on Intensive Interventions. (2017). Intervention plan (for small groups or individual students), American Institute of Research. https://intensiveintervention.org/sites/default/files/Student_Intervention_Plan_508.pdf

National Center on Intensive Interventions. (2017). Taxonomy of intervention intensity: Academics, American Institute of Research. https://intensiveintervention.org/taxonomy-intervention-intensity

Dynamic Learning Maps Alternative Assessment Consortium. (2020). Dynamic learning maps alternative assessment, The University of Kansas. https://dynamiclearningmaps.org/

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

# Library Media

## School Librarian

"School librarians fulfill five important roles: instructional partner, teacher, leader, information specialist, and program administrator, all of which highlight the profession's skill at building relationships and creating an inclusive school culture" (AASL, 2020, para. 1). School librarians are prepared as teaching partners who serve as instructional librarians in all subject areas. They dovetail with classroom teachers to strengthen and support literacy in all of its many facets. In online and face-to-face learning environments and across grade levels, school librarians teach students to demonstrate measurable academic, cognitive, and technology skills associated with learning about the value of information in various contexts and formats, research as inquiry, scholarly conversation, and searching as strategic exploration going beyond simple Google searches. School librarians are prepared to recommend and make accessible high quality digital and print teaching materials. As teaching partners, school librarians ensure that students have learning experiences, building each year on prior learning, that will prepare them now and in their future civic involvement, jobs, college, and careers to be effective and efficient users of information. School librarians as Kansas licensed teachers are active participants in continuous improvement processes in their school districts.

## References

American Association of School Librarians, 2020, Pandemic Resources for School Librarians. Document ID: 99ec732a-b7ce-4a8d-a12c-7a603c528d15. Retrieved from http://www.ala.org/aasl/about/pandemic

American Association of School Librarians, 2018, Standards Framework for Learners. Retrieved from https://standards.aasl.org/wp-content/uploads/2018/08/180206-AASL-framework-for-learners-2.pdf

Association of College and Research Libraries, 2016, Framework for Information Literacy in Higher Education. Retrieved from http://www.ala.org/acrl/standards/ilframework

Kansas State Department of Education, 2019, Kansas Education Systems Accreditation Guidance 2019-2020. Retrieved from https://www.ksde.org/Portals/0/TLA/Accreditation/KESA%20Guidance.pdf

Kansas State Department of Education, 2016, Kansas Library and Technology Curricular Standards. Retrieved from https://www.ksde.org/LinkClick.aspx?fileticket=9lEAE56aAc0%3d&tabid=476&portalid=0&mid=3268

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND 3-5**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

Standards available upon request.

LIBRARY MEDIA COMPETENCIES

| Library Media Classification | COMPETENCY | CODE |
|---|---|---|
| Information Value | A successful student can: | |
| | • Identify different types of resources and their uses for varied information needs, personal interests, and purposes and make connections among those materials. | G5 1.1 G5 1.2 G5 1.5 |
| | • Analyze elements of a story and characteristics of different genres. | G5 1.6 G5 1.7 G5 1.9 |
| Information as Exploration | A successful student can: | |
| | • Identify and use appropriate search terms based on need. | G5 2.2 G5 2.3 |
| | • Access and utilize information to answer questions. | G5 2.4 |
| Information Research and Inquiry | A successful student can: | |
| | • Utilize an appropriate research model to determine the need for and produce information on a given topic through the use of a variety of sources. | G5 3.1 G5 3.4 G5 3.5 |
| | • Refine questions as information needs change. | G5 5.1 G5 5.2 |
| Information Authority | A successful student can: | |
| | • Select and evaluate appropriate resources based on knowledge of currency, credibility, accuracy and relevance. | G5 4.1 G5 4.2 |
| | • Define or give examples of plagiarism and intellectual freedom. | G5 4.4 G5 6.5 G5 6.6 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 3-5**

| Library Media Classification | COMPETENCY | CODE |
|---|---|---|
| Information Format | A successful student can: | |
| | • Organize, synthesize, and present information to express new understandings from a variety of sources. | G5 5.2 |
| | | G5 5.3 |
| | • Apply internet safety precautions. | G5 5.5 |
| | | G5 5.6 |
| Information as Conversation | A successful student can: | |
| | • Discuss and respond respectfully to the point of views and ideas of others, changing ideas when appropriate, and acknowledge the contribution of others to the conversation. | G5 6.1 |
| | | G5 6.2 |
| | | G5 6.3 |
| | • Summarize and paraphrase with assistance and create a basic bibliography. | G5 6.4 |

LIBRARY MEDIA COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**3-5**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

LIBRARY MEDIA COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Grade Band
# 3-5

# Assessment

This section of the guidance document seeks to support educators as they consider ways to develop, refine and/or implement a comprehensive, balanced and cohesive approach to meaningfully assess student learning in a competency-based model. When thinking about mastery, a multiple-measures approach can be useful and may include a variety of assessments, ranging from the use of rubrics that focus on the depth of a student's understanding to nationally normed assessments by age and/or ability to state accountability assessment systems. What follows as guidance to consider may be best conceptualized by thinking of it from the perspective of assessing student learning.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**3-5**

ASSESSMENT

# Performance-Based Assessment and the Use of Rubrics

- **Continuity and Comprehensive Approach:** The grade-band teams from Phase I of this project developed both the competencies and a set of performance-based "I can ..." rubrics.

  - SECD, specials, electives and CTE are also included for your consideration and inclusion in assessing broader STEAM and Humanities competencies.

- **Interpretation of Performance Levels:** These rubrics contain four performance levels that include "I can ..." statements that intend to reflect the various stages of what students know and are able to do through progressive depths of each competency. Ideally, students move to and through each of the levels from left to right, but this may take place at different times for each student. Webb's Depth of Knowledge (DOK) is included as a familiar reference to help support the development of instruction in a leveled manner.

  - **Level 1** may be thought of as introducing or beginning/DOK: . Recall and Reproduce

  - **Level 2** may be thought of as developing or emerging/DOK: Application and Reasoning

  - **Level 3** may be thought of as demonstrating or creating/DOK: Strategic Thinking

  - **Level 4** may be thought of as extending or enriching/DOK: Extended Thinking

     **NOTE:** Levels 1-4 are not intended to predict Kansas State Assessment scores.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
296                                                            Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**3-5**

A S S E S S M E N T

# Levels Explanation

Webb's Depth of Knowledge: Use to Align "A successful student can ..." Statements to Appropriate Performance Level

| Performance Level | I can ... |
|---|---|
| Level 1 | **Recall and Reproduction**<br>• Recall a fact, term, definition, principle or concept; perform a simple procedure.<br>• Items typically specify what the student is to do, which is often to carry out some procedure that can be performed mechanically.<br>• Recall of a fact, information, definition, term or performance of a process or procedure. |
| Level 2 | **Basic Application of Skills and Concepts**<br>• Apply conceptual knowledge:<br>  • Use provided information to select appropriate procedures for a task.<br>  • Perform two or more steps with decision points along the way.<br>  • Solve routine problems; organize or display data.<br>  • Interpret or use simple graphs.<br>• Items require students to make some decisions as to how to approach the question or problem. These actions imply more than one mental or cognitive process/step.<br>• Includes the engagement of some mental processing beyond recalling or reproducing a response. |
| Level 3 | **Strategic Thinking**<br>• Apply reasoning, using evidence, and developing a plan to approach or solve abstract, complex or nonroutine problems; interpret information and provide justification when more than one approach is possible.<br>• Items require students to justify the responses they give and may have more than one possible answer.<br>• Requires deep understanding as exhibited through planning, using evidence, and more demanding cognitive reasoning. The cognitive demands are complex and abstract. |
| Level 4 | **Extended Thinking**<br>• Perform investigations or apply concepts and skills that require research and problem solving across content areas or multiple sources.<br>• Items require students to bring together skill and knowledge from various domains. Due to the complexity of cognitive demand, this level often requires an extended period to answer. A DOK 4 is first a DOK 3 with added connections.<br>• Requires high cognitive demand and is very complex. Students are expected to make connections and relate ideas within the content or among areas - and have to select or devise one approach among many alternatives on how the situation can be solved. |

**THIS IS THE TARGET**

**GRADE BAND**
**3-5**

ASSESSMENT

## Subject Area Abbreviations:

| | |
|---|---|
| AFNR | Agriculture, Foods and Natural Resources |
| AC | Architecture and Construction |
| BC | Business Career |
| BC.BMAE | Business Management, Administration and Entrepreneurship |
| BC.F | Finance |
| BC.M | Marketing |
| DNC | Dance |
| FCS | Family and Consumer Sciences |
| ELA | English Language Arts |
| ENG | Engineering |
| HB | Health and Biosciences |
| HE | Health |
| HGSS | History, Government and Social Studies |
| HUM | Humanities |
| IT | Information Technology |

| | |
|---|---|
| LPSCS | Law, Public Safety, Corrections and Security |
| MA | Media Arts |
| MATH | Math |
| MNFR | Manufacturing |
| MUS | Music |
| PE | Physical Education |
| SCI | Science |
| SCI.ESS | Earth and Space Science |
| SCI.LS | Life Science |
| SCI.PS | Physical Science |
| SECD | Social-Emotional Character Development |
| STM | STEAM |
| THR | Theatre |
| TRAN | Transportation |
| WL | World Languages |
| VA | Visual Arts |

## Grade Bands:

| | |
|---|---|
| P | Pre-K to 2nd grade |
| IM | 3rd to 5th grade |
| MS | 6th to 8th grade |
| HS | 9th to 12th grade |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



GRADE BAND
**3-5**

# ELA

## Writing:

A successful student can communicate their opinions in writing and give reasons and information to support their point of view.

| ELA | Writing | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can determine the difference between fact and opinion. | I can determine the difference between fact and opinion in independent sentences. | I can determine the difference between fact and opinion in a written piece. | I can determine the difference between fact and opinion and extend these in my written work. | W.3.1,W.4.1,W.5.1 |
| I can write an opinion topic sentence. | I can write an opinion topic sentence with one supporting detail and/or reason. | I can write an opinion piece, supporting my point of view with reasons and information. | I can write an opinion piece supporting my point of view, reasons and information with credible sources as references. | |
| I can write a topic sentence supporting an opinion. | I can introduce a topic by stating an opinion. | I can clearly introduce a topic by stating an opinion that has a clear introduction and is well organized. | I can clearly introduce a topic organizing the topic with clear reasons and relevant evidence. | |
| I can provide reasons to support an opinion. | I can support an opinion with supporting details using words and phrases. | I can support an opinion with clear supporting details by using words, phrases and clauses. | I can support an opinion with clear transitions and a formal style that uses phrases and clauses to clarify relationships. | |
| I can write a concluding statement. | I can support an opinion with supporting details using words and phrases. | I can provide a concluding statement related to stated opinion. | I can maintain a formal style of writing that supports the claims of the opinion. | |
| **English Learner (EL)** | | | | |
| A successful level 1 EL student can write simple words, copied or adapted from a model with guidance and support. | A successful level 2 EL student can write simple sentence patterns with guidance and support. | A successful level 3 EL student can produce writing that supports grammatical structures and basic conventions with some guidance and support. | A successful level 4 EL student can produce writing that includes organization with a developing range of sentence patterns, conventions and vocabulary with minimal guidance and support. | Writing Standard 4, grades 3 and 4 |

ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



ELA PERFORMANCE-BASED ASSESSMENT

## A successful student can write to inform/explain and express themselves clearly.

| ELA | Writing | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can create a written piece that has a topic with supporting details. | I can create a written piece that has a topic with supporting details. | I can create a written piece by developing a topic with facts and concrete details. | I can create a written piece that supports the topic with facts, definitions and concrete details. | W.3.2, W.4.2, W.5.2 |
| I can use linking words to connect ideas in written work. | I can create a written piece that links ideas using words and phrases. | I can create a written piece that links ideas and information using words, phrases, and clauses. | I can create a written piece that uses appropriate transitions to clarify ideas. | |
| I can create a written piece that connects ideas on a topic. | I can create a written piece with precise language to explain a topic. | I can create a written piece with precise language and vocabulary to inform or explain about the topic. | I can create a written piece with precise language and domain specific vocabulary to explain the topic. | |
| I can create a written piece that provides a concluding statement. | I can create a written piece that provides a concluding statement on the information presented. | I can create a written piece that provides a concluding statement related to the information presented. | I can create a written piece with a concluding statement within a section that follows the information presented. | |
| **EL** | | | | |
| A successful level 1 EL student can write simple words, copied or adapted from a model with guidance and support. | A successful level 2 EL student can write simple sentence patterns with guidance and support. | A successful level 3 EL student can produce writing that supports grammatical structures and basic conventions with some guidance and support. | A successful level 4 EL student can produce reasonably clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience. | Writing Standard 4, grade 5 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**3-5**

## A successful student can narrate real or imagined events by describing details and in a clear sequence.

| ELA Writing | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can create a written piece to narrate a real or imagined event using descriptive details and a clear sequence. | I can create a written piece to narrate a real or imagined event using descriptive details and a clear sequence. | I can create a written piece to narrate a real or imagined event using descriptive details and a clear sequence. | I can compose an engaging narrative to recount real or imagined events when needing to motivate, educate, or entertain the reader. | W.3.3, W.4.3, W.5.3 |
| I can introduce the narrator and/or characters. | I can introduce the narrator and/or characters. | I can orient the reader by introducing the narrator and/or characters. | I can orient and engage the reader by conveying information about well-developed characters or narrator. | |
| I can use dialogue and describe actions, thoughts, and feelings of characters to show their response to situations. | I can use dialogue and describe actions, thoughts, and feelings of characters to show their response to situations. | I can use narrative techniques such as dialogue, description, and pacing, to develop experiences and events or show the responses of characters to situations. | I can use narrative techniques such as dialogue, description, and pacing to portray well-developed characters that captivate readers' attention and interest. | |
| I can use temporal words and phrases to signal event order in a narrative. | I can use a variety of transitional words and phrases to signal sequence of events. | I can use a variety of transitional words and phrases to signal sequence of events. | I can combine ideas and indicate passage of time using transitional words and phrases. | |
| I can write to provide a sense of closure in a narrative piece. | I can convey events and experiences with precision by using concrete words and phrases and using sensory details. | I can convey events and experiences with precision by using concrete words and phrases and using sensory details. | I can maintain reader engagement by providing precision, being concrete, and using sensory details. | |
| | I can write to provide a sense of closure in a narrative piece. | I write to provide a sense of closure in a narrative piece. | I can establish closure for the reader. | |

*ELA PERFORMANCE-BASED ASSESSMENT*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

**ELA PERFORMANCE-BASED ASSESSMENT**

## ELA — Writing

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| **EL** | | | | |
| A successful level 1 EL student can write simple words, copied or adapted from a model with guidance and support. | A successful level 2 EL student can write simple sentence patterns with guidance and support. | A successful level 3 EL student can produce writing that supports grammatical structures and basic conventions with some guidance and support. | A successful level 4 EL student can produce reasonably clear and coherent writing in which the development and organization are appropriate to task, purpose and audience. | Writing Standard 4, grade 5 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 3-5**

# Speaking and Listening

## A successful student can engage effectively in discussions with diverse partners.

| ELA | Speaking and Listening | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can engage in discussions (one-on-one, in groups, and teacher led) with diverse partners on grade three topics and texts. | I can engage in discussions (one-on-one, in groups, and teacher led) with diverse partners on grade four topics and texts. | I can engage in discussions (one-on-one, in groups, and teacher led) with diverse partners on grade five topics and texts. | I can integrate interpersonal, intrapersonal, and cognitive skills to effectively collaborate in conversations with diverse partners. | SL 3.1, SL 4.1, SL 5.1 |
| I can express ideas clearly and build on others' ideas. | I can express ideas clearly and build on others' ideas. | I can express ideas clearly and build on others' ideas. | I can build on to or respectfully challenge another's viewpoint. | |
| I can prepare for discussions by reading or studying required material. | I can prepare for discussions by reading and studying required material. | I can prepare for discussions by organizing my time by reading or studying required material prior to group work. | I can organize tasks and manage time to ensure that I am prepared for discussions by reading and studying the reading material. | |
| I can use information from the reading and other information that I know to explore the ideas being discussed. | I can follow agreed upon rules for discussions. | I can follow agreed-upon rules for discussions and carry out assigned roles. | I can use self- and social-awareness to productively and effectively engage in conversations. | |
| I can follow agreed-upon rules for discussions (e.g., gaining the floor in respectful ways, listening to others with care, speaking one at a time about the topics and texts under discussion). | I can respond to specific questions to clarify or follow up on information, and make comments that contribute to the discussion and link to the remarks of others. | I can pose and respond to specific questions to clarify or follow up on information, and make comments that contribute to the discussion and link to the remarks of others. | I can request and give clarification and elaboration and build on to or challenge another's idea. | |
| I can ask questions to check my understanding of information presented, stay on topic, and link my comments to the remarks of others. | I can review the key ideas expressed in light of the discussion. | I can review the key ideas expressed and explain my own ideas and understanding in light of the discussion. | I can deduce new understanding by synthesizing a discussion. | |

ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**3-5**

**ELA PERFORMANCE-BASED ASSESSMENT**

| ELA | Speaking and Listening | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| **EL** | | | | |
| A successful EL level 1 student can nod for "yes" and "no", draw, and point. This student has minimal comprehension and can tremain in the silent period absorbing surroundings. | A successful EL level 2 student can produce one or two word responses or a simple sentence. This student has limited comprehension. | A successful level 3 EL student can follow rules for discussions, participate in dialogue and express ideas, with the help of sentence stems, word banks, etc. | A successful level 4 EL student can engage in conversations (one-on-one, in groups, and teacher-led). They can build on the ideas of others; follow the rules of discussion; ask questions for clarification; and make comments that contribute to the conversation. | Speaking and Listening Standard 1, grades 3 and 4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND
3-5**

**EXTENDED:** A successful student can speak clearly and understandably; in an organized manner; and give pertinent details while orally reporting on a topic, telling a story, or sharing about an experience.

| ELA | Speaking and Listening | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can report on a topic in an organized manner. | I can report on a topic or text, tell a story or recount an experience in an organized manner. | I can develop a logical argument on a topic or text in an organized manner. | I can synthesize a logical argument on a topic or text in an organized manner. | SL.4.4 |
| I can focus on details to support main ideas or themes while reporting on a topic, telling a story or recounting an experience. | I can use appropriate facts and relevant, descriptive details to support main ideas or themes while reporting on a topic, telling a story or recounting an experience. | I can cite facts and descriptive details to support main ideas or themes while reporting on a topic, telling a story or recounting an experience. | I can cite facts in a logical sequence and add descriptive details to support main ideas or themes while reporting on a topic, telling a story or recounting an experience. | |
| I can speak clearly when speaking for a variety of purposes. | I can speak clearly at an understandable pace when speaking for a variety of purposes. | I can speak using appropriate volume, enunciation and rate for a variety of purposes. | I can incorporate common public speaking norms when speaking for a variety of purposes. | |

| EL | | | | |
|---|---|---|---|---|
| A successful level 1 EL student can draw or point to pictures to describe familiar people, places, things and/or events or remain in silent period absorbing surroundings. | A successful level 2 EL student can produce one/two words or phrases to give a presentation or to give with a partner in a presentation. | A successful level 3 EL student can produce complete sentences with some organization, details and reasoning present. | A successful level 4 EL student can report on a topic or text, tell a story, or recount an experience in an organized manner, using some facts and details to support main ideas or themes; speaking clearly at an understandable pace | Speaking and Listening Standard 4, grade 4 |

*Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM*

ELA PERFORMANCE-BASED ASSESSMENT



# Reading Literature

**A successful student can ask and answer questions, draw inferences and refer to details and examples in a text to demonstrate understanding of the text.**

ELA PERFORMANCE-BASED ASSESSMENT

| ELA | Reading Literature | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can ask and answer questions to demonstrate understanding of text. | I can refer to details in a text to ask and answer key detail questions. | I can quote accurately when explaining what the text says explicitly. | I can evaluate quotes accurately when defending a text. | RL.3.1, RL.4.1, RL.5.1 |
| I can explicitly refer to text for answers to better understand the text. | I can identify the location of an answer in text. | I can draw inferences in a text using background knowledge and the text. | I can cite text evidence to draw inferences and analyze a text. | |
| I can construct questions about text using who, what, when, where , and why questions. | I can use text and text features to ask and answer key detail questions. | I can refer to the details of text when making inferences. | I can cite specific textual evidence when writing or speaking to support conclusion drawn from text. | |
| **EL** | | | | |
| A successful level 1 EL student can respond to or ask a who or what text-dependent question by pointing to a picture or single word. | A successful level 2 EL student can ask or answer a who, what, when, where text-dependent question by locating or giving a detail from a simple text. | A successful level 3 EL student can identify details in a text which prompt a clarifying question and/ or answer explicit who, what, when, where, why, how text-dependent questions. | A successful level 4 EL student can ask and answer various explicit text-dependent questions by citing specific textual evidence. In 4th grade, the student can also answer implicit text dependent questions by citing specific textual evidence | Speaking and Listening Standard 4, grade 4 |

306

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**3-5**

**A successful student can determine the central message, moral or theme and be able to form a summary of the text.**

| ELA | Reading Literature | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can recount stories using pictures, photographs or illustrations to answer questions. | I can describe the theme of a story, drama or poem using details from text.. | I can determine theme of story, drama or poem using key details from the text. | I can analyze the theme of a story, drama or poem using key details from the text. | RL 3.2, RL 4.2, RL 5.2 |
| I can state how characters in a story or drama respond to challenges or how a poem reflects a topic. | I can explain how characters in a story or drama respond to challenges or how a poem reflects a topic. | I can distinguish how characters in a story or drama respond to challenges or how a poem reflects a topic. | I can assess how characters in a story or drama respond to challenges or how a poem reflects a topic. | |
| I can recount key details of text. | I can construct the key details of text. | I can summarize key details of text. | I can analyze key details from text. | |
| I can recount key details of text. | I can work with peers or independently to determine important key details for a summary. | I can select the key details in text to create a summary. | I can analyze how key details impact the central idea of text. | |

| EL | | | | |
|---|---|---|---|---|
| A successful level 1 EL student can respond to or ask a who or what text-dependent question by pointing to a picture or single word. | A successful level 2 EL student can answer a text-dependent who, what, when, where, or why question by locating and/or give a detail or a logical conclusion from a simple text. | A successful level 3 EL student can answer explicit text-dependent who, what, when, where, why, and how questions by identifying details and/or logical conclusions in a text. | A successful level 4 EL student can answer various explicit and implicit text-dependent questions by providing textual evidence. | Reading Standard 1, grade 5 |

ELA PERFORMANCE-BASED ASSESSMENT



**GRADE BAND 3-5**

*ELA PERFORMANCE-BASED ASSESSMENT*

**A successful student can compare and contrast the point of view of narrators or speakers in a text and its impact on the text.**

## ELA — Reading Literature

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can distinguish the author's point of view from my own in literature. | I can compare and contrast two perspectives from the same event or topic in literature. | I can describe how point of view influences the description of events in literature. | I can analyze point of view and its impact on text in literature. | RL 4.6, RL 5.6 |
| I can understand what impacts point of view in literature. | I can explain how the point of view affects perspective of the topic or event in literature. | I can understand what impacts point of view in literature. | I can explain how point of view is developed in literature. | |
| I can compare and contrast my point of view from the author's point of view in literature. | I can explain why the author wrote a text. | I can infer the author's reason for writing a text. | I can explain how the author's point of view is conveyed in text. | |

## EL

| | | | | |
|---|---|---|---|---|
| A successful level 1 EL student can sit and listen to a short, simple read-aloud with prompting and support. | A successful level 2 EL student can sit and listen to literary and informational read-alouds with some prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with some purpose and understanding with minimal prompting and support. | A successful level 4 EL student can read and comprehend quality informational text, dramas, prose and poetry at the lower range of the grade-level band of quantitative and qualitative complexity for Grade 3. | Reading Standard 13, grade 3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

308

**GRADE BAND
3-5**

## A successful student will read and comprehend high quality prose and poetry on grade level.

| ELA | Reading Literature | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can read high quality dramas, prose and poetry on grade level. | I can read and comprehend high quality dramas, prose and poetry on grade level. | I can read, comprehend, and analyze high quality dramas, prose and poetry on grade level. | I can read, comprehend and interpret high-quality dramas, prose and poetry on or above grade level. | RL.3.13, RL.4.13, RL.5.13 |
| I can read increasingly complex literary text. | I can read and comprehend increasingly complex text. | I can select, read and comprehend increasingly complex grade level text. | I can select, read and comprehend increasingly complex text above grade level. | |

| EL | | | | |
|---|---|---|---|---|
| A successful level 1 EL student can sit and listen to a short, simple read-aloud with prompting and support. | A successful level 2 EL student can sit and listen to literary and informational read-alouds with some prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with comprehension of on-level literary and informational text with some prompting and support. | A successful level 4 EL student can read and comprehend literary and informational text at the lower range of the grade-level band of quantitative and qualitative complexity for Grade 4 or 5. | Reading Standard 13, grade 3 |

*ELA PERFORMANCE-BASED ASSESSMENT*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



ELA PERFORMANCE-BASED ASSESSMENT

**EXTENDED:** A successful student can compare and contrast the treatment of similar themes and topics and patterns and events in multicultural literature.

| ELA | Reading Literature | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can compare and contrast themes that are similar. | I can compare and contrast treatment of similar themes from different cultures. | I can compare and contrast stories in similar genres on approaches to similar themes and topics. | I can evaluate different stories with similar genres. | RL 4.9 |
| I can compare and contrast settings that are similar. | I can compare and contrast similar topics from different cultures. | I can compare and contrast the treatment of similar themes in multicultural literature. | I can evaluate the treatment of similar themes and topics in multicultural literature. | |
| I can compare and contrast plots that are similar. | I can determine similar patterns of events from different cultures. | I can compare and contrast the patterns and events in stories from different cultures. | I can evaluate and expand on the patterns and events in stories from different cultures. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**3-5**

# Reading Foundation Skills:

A successful student can apply knowledge of affixes, syllabication Latin roots and phonics to decode unknown words.

| ELA | Reading Foundation Skills | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can use phonics skills to decode multisyllabic words. | I can use phonics skills to break words into parts for decoding unfamiliar multisyllabic words. | I can apply grade level phonics and decoding unfamiliar multisyllabic words. | I can apply grade level phonics in decoding unfamiliar multisyllabic words in and out of context. | RF 3.3, RF 4.3, RF 5.3 |
| I can use word analysis skill of grade level letter sound correspondences to decode unfamiliar multisyllabic words. | I can use word analysis skills of letter-sound correspondence and syllabication to decode unfamiliar multisyllabic words. | I can use word analysis skill of morphology to understand and decode unfamiliar multisyllabic words. | I can use word analysis skills of morphology, syntax, and syllabication to decode unknown multisyllabic words. | |
| I can decode grade level Latin roots and affixes. | I can use Latin roots and affixes to understand grade level multisyllabic words in and out of context. | I can use syllabication patterns and morphology to read accurately multisyllabic words in and out of context. | I can use and apply syllabication patterns and morphology to read accurately multisyllabic words in and out of context. | |
| I can decode grade-level irregularly spelled words. | I can read and spell grade level irregular words. | I can define grade level irregularly spelled words using my knowledge of affixes and roots. | I can decode grade level Latin roots and affixes. | |

| EL | | | | |
|---|---|---|---|---|
| A successful level 1 EL student can recognize: initial, medial, and final consonant sounds by pointing to corresponding printed letters and saying the letter name; medial short vowel sounds in CVC words and long vowel sounds in CVCe words by pointing to corresponding printed letters and saying the letter name; and high-frequency words within simple text relying heavily on pictures. | A successful level 2 EL student can: recognize common consonant and vowel digraphs by selecting corresponding printed ones; decode by blending phonemes and recognize high frequency words within simple text with support; identify the number of syllables in a single word by clapping for each vowel sound; and select correct inflectional endings for roots (-ed, -ing, -s) with support. | A successful level 3 EL student can: apply knowledge of all letter-sound correspondences with minimal support; change word meaning by selecting appropriate grade-level common prefixes and derivational suffixes for roots with minimal support; identify inconsistent but common spelling-sound correspondences (ai,ay, eigh, ea) with support; and read unfamiliar multisyllabic words accurately in context and out of context with support] | A successful level 4 EL student can: employ grade-level phonics and word analysis skills in decoding words within grade-level literal and abstract text with little to no support; change word meaning by applying appropriate grade-level affixes, including Latin suffixes (ible, able, ation) to roots with little to no support; and read unfamiliar multisyllabic words accurately in context and out of context without support. | Reading Foundation Standard 3, grades 3, 4, and 5 |

ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**3-5**

ELA PERFORMANCE-BASED ASSESSMENT

# Reading Informational Text:

A successful student can refer to the text when explaining and inferring to demonstrate understanding of the text.

| ELA | Reading Informational Text | | | |
|-----|-----|-----|-----|-----|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can construct questions using who, what, where, when and why. | I can use text and text features to ask and answer key detail questions. | I can identify locations in text to answer text specific questions. | I can refer to a text to support ideas and assumptions when writing or speaking. | RI 3.1, RI, 4.1, RI 5.1 |
| I can identify the location of the answer in the text. | I can use the text to make an inference. | I can use background knowledge and text to make an inference. | I can explain the definition of inference and the process of making an inference. | |
| **EL** | | | | |
| A successful level 1 EL student can respond to or ask a who or what text-dependent question by pointing to a picture or single word. | A successful level 2 EL student can ask or answer a who, what, when, where text-dependent question by locating or giving a detail from a simple text. | A successful level 3 EL student can Identify details in a text which prompt a clarifying question and/or answer explicit who, what, when, where, why, how text-dependent questions. | A successful level 4 EL student can ask and answer various explicit text-dependent questions by citing specific textual evidence. In 4th grade, the student can also answer implicit text dependent questions by citing specific textual evidence. | Reading Standard 1, grades 3 and 4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

312

**GRADE BAND**
**3-5**

## A successful student can determine main idea, explain key details and summarize text.

| ELA | Reading Informational Text | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can determine main idea in informational text. | I can explain main idea in informational text. | I can identify two or more main ideas of a text. | I can justify main ideas of informational text. | RI 3.2, RI 4.2 |
| I can identify key details of informational text. | I can explain key details of informational text. | I can determine key details of informational text. | I can examine key details of informational text. | |
| I can summarize informational text with one supporting detail in informational text. | I can complete a summary of informational text with two supporting details. | I can create a summary of informational text with many supporting details. | I can interpret the summary of informational text which includes supporting details. | |

| EL | | | | |
|---|---|---|---|---|
| A successful level 1 EL student can sit and listen to a short, simple read-aloud with prompting and support. | A successful level 2 EL student can sit and listen to literary and informational read-alouds with some prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with some purpose and understanding with minimal prompting and support. | A successful level 4 EL student can read and comprehend quality informational text, dramas, prose and poetry at the lower range of the grade-level band of quantitative and qualitative complexity for Grade 3. | Reading Standard 13, grade 3 |

ELA PERFORMANCE-BASED ASSESSMENT



**GRADE BAND 3-5**

**ELA PERFORMANCE-BASED ASSESSMENT**

### A successful student can integrate information from multiple texts to write or speak about a subject knowledgeably.

| ELA | Reading Informational Text | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can understand the difference between compare and contrast. | I can integrate information on topic to speak or write on the subject knowledgeably. | I can integrate information from several texts to speak or write on subject knowledgeably. | I can interpret and evaluate information from multiple text and speak or write knowledgeably about the subject. | RI 3.9, RI 5.9 |
| I can understand how to compare and contrast key details. | I can integrate a key detail on topic to speak or write on the subject knowledgeably. | I can integrate key details from several texts to speak or write on subject knowledgeably. | I can interpret and evaluate key details from multiple text and speak or write knowledgeably about the subject. | |
| I can compare and contrast text on the same topic. | I can categorize key details from two texts to compare and contrast. | I can compare and contrast texts in order to combine information. | I can articulate the similarities and differences between the same event by different authors for better understanding. | |

| EL | | | | |
|---|---|---|---|---|
| A successful level 1 EL student can sit and listen to a short, simple read-aloud with prompting and support. | A successful level 2 EL student can sit and listen to literary and informational read-alouds with some prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with comprehension of on-level literary and informational text with some prompting and support. | A successful level 4 EL student can read and comprehend literary and informational text at the lower range of the grade-level band of quantitative and qualitative complexity for Grade 4 or 5. | Reading Standard 13, grades 4 and 5 |

314

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 3-5**

## A successful student can read and comprehend grade level informational text.

| ELA | Reading Informational Text | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can read grade-level informational text. | I can read and comprehend grade-level informational text. | I can read and comprehend grade-level complex informational text. | I can read and comprehend above grade level complex informational text. | RI.3.13, RI.4.13, RI.5.13 |
| I can understand the meaning of informational text. | I can interpret meaning from informational text. | I can interpret meaning from a variety of informational text. | I can interpret meaning from a variety of high-level informational text. | |
| **EL** | | | | |
| A successful level 1 EL student can sit and listen to a short, simple read-aloud with prompting and support. | A successful level 2 EL student can sit and listen to literary and informational read-alouds with some prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with comprehension of on-level literary and informational text with some prompting and support. | A successful level 4 EL student can read and comprehend literary and informational text at the lower range of the grade-level band of quantitative and qualitative complexity for Grade 4 or 5. | Reading Standard 13, grades 4 and 5 |

ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



ELA PERFORMANCE-BASED ASSESSMENT

**EXTENDED:** A successful student can explain relationships or interactions based on specific information in historical, scientific or technical text.

| ELA | Reading Informational Text | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can use language that relates to time or sequence with describing relationships. | I can use time sequence, cause and effect cue words. | I can identify and use time, sequence and cause/effect cue words when explaining connected relationships. | I can explain the use of time, sequence and cause/effect cue words when explaining connected relationships. | RI 5.3 |
| I can describe the relationship between a series of historical events or scientific ideas. | I can explain what happened and why in a historical, scientific or technical text. | I can understand the differences and structures associated with historical, scientific and technical text. | I can use close reading strategies to identify key individuals, events or ideas in informational text. | |
| I can use digital tools to create a timeline explaining the connection between related historical events. | I can describe the connection between a series of historical events or scientific ideas. | I can understand the differences and structures associated with historical, scientific and technical texts. | I can extract meaning and purpose from informational text by analyzing its structure and organization. | |
| I can describe the technical steps or procedures in text. | I can describe the connection between two individuals in text. | I can describe and explain the connection between two or more individuals in text. | I can compare and contrast connections between two or more individuals in text. | |

| EL | | | | |
|---|---|---|---|---|
| A successful level 1 EL student can sit and listen to a short, simple read-aloud with prompting and support. | A successful level 2 EL student can sit and listen to literary and informational read-alouds with some prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with comprehension of on-level literary and informational text with some prompting and support. | A successful level 4 EL student can read and comprehend literary and informational text at the lower range of the grade-level band of quantitative and qualitative complexity for Grade 4 or 5. | Reading Standard 13, grades 4 and 5 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
316                                                                Kansas State Department of Education | www.ksde.org

**GRADE BAND 3-5**

**EXTENDED:** A successful student can describe the overall structure of events, ideas, concepts or information in text.

*ELA PERFORMANCE-BASED ASSESSMENT*

| ELA | Reading Informational Text | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can use text features and search tools (e.g., key words, sidebars, hyperlinks) to locate information relevant to a given topic. | I can select effective tools to locate information relevant to a given topic. | I can justify the most effective tools to use to locate information relevant to a given topic. | I can model the use of effective tools to locate information relevant to a given topic. | RI 4.5 |
| I can understand text structure in informational text. | I can identify text structure in informational text. | I can use text structure to understand informational text. | I can optimize the use of text structures that enhance comprehension of informational text. | |
| I can understand how the authors uses text features to organize text. | I can determine why the author chose a specific text structure. | I can relate specific text structures to author's purpose. | I can explain the use of specific text structures to author's purpose. | |
| **EL** | | | | |
| A successful level 1 EL student can sit and listen to a short, simple read-aloud with prompting and support. | A successful level 2 EL student can sit and listen to literary and informational read-alouds with some prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with comprehension of on-level literary and informational text with some prompting and support. | A successful level 4 EL student can read and comprehend literary and informational text at the lower range of the grade-level band of quantitative and qualitative complexity for Grade 4 or 5. | Reading Standard 13, grades 4 and 5 |



**GRADE BAND 3-5**

ELA PERFORMANCE-BASED ASSESSMENT

**EXTENDED: A successful student can compare and contrast multiple accounts of an event or topic.**

| ELA | Reading Informational Text | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can distinguish my point of view from that of the author of a text. | I can compare and contrast first and secondhand account of the event or topic. | I can analyze multiple accounts of same events or topics. | I can assess multiple accounts of events or topics. | RI.4.6,5.6 |
| I can understand the differences in information. | I can describe the differences of information provided. | I can note similarities and differences in point of view. | I can analyze similarities and differences in point of view. | |
| I can recognize the same event told from different perspectives. | I can compare the same event told from different perspectives. | I can compare and contrast the same event told from different perspectives. | I can elaborate on the differences of the same event told from different perspectives. | |

| EL | | | | |
|---|---|---|---|---|
| A successful level 1 EL student can sit and listen to a short, simple read-aloud with prompting and support. | A successful level 2 EL student can sit and listen to literary and informational read-alouds with some prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with comprehension of on-level literary and informational text with some prompting and support. | A successful level 4 EL student can read and comprehend literary and informational text at the lower range of the grade-level band of quantitative and qualitative complexity for Grade 4 or 5. | Reading Standard 13, grades 4 and 5 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**3-5**

# HGSS

## History Priority:

A successful student can use distinctions among fact and opinion of the same event and draw conclusions about how choices have consequences.

| HGSS | History Priority | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can recall basic facts from memory and retell the topic of a story or informational text. | I can recall detailed facts from memory and retell the topic with details of a story or informational text. | I can demonstrate how facts support specific concepts or big ideas on the topic. | I can use multiple sources to interpret facts and demonstrate how the same event can be explained from more than one point of view. | Standard 1 Benchmark: 1.1, 1.2, 1.3, 1.4 |
| I can identify an opinion in a story or informational text. | I can identify two or more opinions in a story or informational text. | I can demonstrate how opinions support specific concepts or big ideas on the topic. | I can use multiple sources to interpret opinions to demonstrate how the same event can be explained from more than one point of view. | |
| I can identify a primary source. | I can explain why a source is a primary source. | I can categorize resources as primary or secondary related to a specific concept or topic. | I can categorize and evaluate primary and secondary resources and appropriately use them to build meaning around a concept or topic. | |
| I can identify how a choices has a consequence. | I can explain two or more consequences to a choice. | I can demonstrate how a choice has multiple consequences. | I can use evidence to support how a choice has multiple consequences. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND 3-5**

## Civics/Government **Priority:**

**A successful student can distinguish the responsibilities and powers of government to explain how rules are created and recognize the responsibility of citizens in that society.**

HGSS PERFORMANCE-BASED ASSESSMENT

| HGSS | Civics /Government Priority | | | |
|------|------|------|------|------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify responsibilities of local government. | I can give examples of responsibilities of local government. | I can explain responsibilities of local government and the responsibilities of citizens in that local community. | I can justify responsibilities of local government and argue the responsibilities of citizens in a local community. | Standard 2 Benchmark: 2.4, 2.1, 2.2, 2.3 |
| I can identify responsibilities of state government. | I can give examples of responsibilities of state government.. | I can explain responsibilities of state government and the responsibilities of citizens in that state. | I can justify responsibilities of state government and argue the responsibilities of citizens in that state. | |
| I can identify my own nation. | I can give identify and give examples of responsibilities of national government. | I can explain responsibilities of national government and explain the responsibilities of citizens to the nation. | I can justify responsibilities of national government and argue the responsibilities of citizens in that nation. | |
| I can explain how laws are created in a local government and give examples of local laws. | I can explain how laws are created in a state government and give examples of state laws. | I can explain how laws are created in a national government and give examples of national laws. | I can justify the responsibilities of citizens and and how those responsibilities impact their freedoms. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
320                                    Kansas State Department of Education | www.ksde.org



NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

## History **Priority:**

A successful student will analyze multiple perspectives, evaluate events, and investigate relationships to make a claim using evidence and arguments.

| HGSS | History Priority | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify the perspective of a story or informational text. | I can identify multiple perspectives of a story or informational text. | I can demonstrate how different perspectives can relate to a specific event, concept or topic. | I can use multiple perspectives to interpret facts and demonstrate how the same event can be explained from more than one point of view. | Standard 3 Benchmark: 3.1, 3.2, 3.3, 3.4 |
| I can identify the important information from an event. | I can identify the important information with details from an event. | I can evaluate the details from an event. | I can categorize use multiple sources to evaluate details from the same event. | |
| I can identify a relationship between two events. | I can explain a relationship between events and how those events impact a society (identities, beliefs, practices). | I can use evidence to explain a relationship between events and how those events impact a society (identities, beliefs, practices). | I can use multiple sources to argue a relationship between events and their impact on a society (identities, beliefs, practices) with evidence to support my claim. | |

HGSS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND 3-5**

HGSS PERFORMANCE-BASED ASSESSMENT

## Economics Priority:

A successful student will analyze multiple sources of economic information to demonstrate good economic decision-making skills and analyze and draw conclusions about continuity and change over time.

| HGSS | Economics Priority | | | |
|---|---|---|---|---|
| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
| I can identify examples of resources (human capital, physical capital, natural resources) used to produce goods and services in my community. | I can identify examples of resources (human capital, physical capital, natural resources) used to produce goods and services in my state. | I can identify examples of resources (human capital, physical capital, natural resources) used to produce goods and services in a region. | I can compare resources (human capital, physical capital, natural resources) used to produce goods and services in regions. | Standard 4 Benchmark: 4.1, 4.2, 4.3, 4.4 |
| I can describe the role of banks in an economy. | I can identify financial resources (loans, grants, taxes, wages, trade) in an economy. | I can explain the purpose of financial resources (loans, grants, taxes, wages, trade) in an economy. | I can compare the purpose of financial resources (loans, grants, taxes, wages, trade) in an economy. | |
| I can identify good economic decision making skills. | I can explain how good economic decision making skills change over time. | I can demonstrate how good economic decision making skills change over time. | I can explain the effect of increasing economic interdependence in regions/nations. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**3-5**

## Geography Priority:

A successful student can use geographic information to observe, explore and compare human and physical characteristics and their relationship to the region.

| HGSS | Geography Priority | | | |
|------|------|------|------|------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can use a map/globe to locate physical and political locations in my school/community. | I can use a map/globe to locate and explain physical and political locations in my community/state. | I can use a map/globe to locate and explain physical and political features of national regions. | I can use a map/globe to compare physical and political features of different geographic locations. | Standard 5: Benchmark: 5.1, 5.2, 5.3, 5.4 |
| I can identify how my school/community is supported by our local human and physical characteristics. | I can explain how my community/state is supported by our local human and physical characteristics. | I can explain how a region is supported by human and physical characteristics. | I can analyze how a region is supported by human and physical characteristics. | |
| I can explain why a school changes over time. | I can explain why a community/state changes over time. | I can explain why a nation changes over time. | I can analyze changes of a region over time. | |

HGSS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND 3-5**

HGSS PERFORMANCE-BASED ASSESSMENT

## History Extension:

A successful student can use distinctions among fact and opinion from multiple sources in response to compelling questions to investigate and connect examples of choices and consequences with contemporary issues.

| HGSS | History Extension | | | |
|------|------|------|------|------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify facts and opinions from sources to answer a compelling question. | I can gather relevant facts and opinions from sources to answer a compelling question. | I can demonstrate how facts and opinions support specific concepts or big idea on a topic to support a compelling question. | I can use multiple sources to identify facts and opinions which explain specific concepts or big ideas on the topic or to support a compelling question. | Standard 1 Benchmark: 1.1, 1.2, 1.3, 1.4 |
| I can identify a relationship between a historical and a contemporary event. | I can gather relevant information to support a relationship between a historical and a contemporary event. | I can demonstrate how facts and opinions support a relationship between a historical and a contemporary event. | I can use evidence to support a relationship between a historical and a contemporary event. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
324                                                                     Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**3-5**

## Civics/Government Extension:

A successful student can use a range of democratic procedures to identify common problems or needs within a school/community to draw conclusions and evaluate the rights and responsibilities of people living in societies.

| HGSS | Civics /Government Extension | | | |
|------|------|------|------|------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify a democratic procedure. | I can give examples of a democratic procedure. | I can explain and use a democratic procedure. | I can justify democratic procedures. | Standard 2 Benchmark: 2.4, 2.1, 2.2, 2.3 |
| I can identify a problem or need in my school. | I can identify a problem or need in my community. | I can explain a problem or need in my school/community. | I can explain a problem in my state/nation. | |
| I can identify a possible solution to a problem or need in my school. | I can identify a possible solution to a problem or need in my community. | I can explain and evaluate a possible solution to a problem or need in my school/community. | I can explain and evaluate a possible solution to a problem or need in my state/nation. | |
| I can explain the responsibilities of students to solve a problem in my school. | I can explain the responsibilities of citizens to solve a problem in my community. | I can evaluate the rights and responsibilities of citizens to solve a problem in my school/community. | I can evaluate the rights and responsibilities of citizens to solve a problem in my state/nation. | |

*HGSS PERFORMANCE-BASED ASSESSMENT*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**3-5**

HGSS PERFORMANCE-BASED ASSESSMENT

## History Extension:

**A successful student can gather relevant information from multiple sources and organize the information to describe relationships between historical and contemporary events.**

| HGSS | History Extension | | | |
|------|------|------|------|------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify facts and opinions from sources about a historical and contemporary event. | I can gather relevant facts and opinions from sources about a historical and contemporary event. | I can use evidence from multiple sources to explain a relationship between a historical event and a current event. | I can evaluate primary and secondary resources and appropriately use them as evidence to support a relationship between a historical and a contemporary event. | Standard 3 Benchmark: 3.1, 3.2, 3.3, 3.4 |
| I can identify a relationship between a historical and a contemporary event. | I can gather relevant information to support a relationship between a historical and a contemporary event. | I can use evidence from multiple sources to explain a relationship between a historical event and a current event. | I can evaluate primary and secondary resources and appropriately use them as evidence to support a relationship between a historical and a contemporary event. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**3-5**

## Economic Extension:

A successful student will analyze multiple sources of economic information to explain the characteristics of a market economy and the impact on individuals and communities to connect continuity and change to a contemporary issue.

| HGSS | Economic Extension | | | |
|------|------|------|------|------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can describe terms (buyer, seller, product, service) related to a market economy. | I can give examples of relationships (buyer, seller, product, service, supply, demand, investment) related to a market economy. | I can explain relationships (buyer, seller, product, service, supply, demand, investment) related to a market economy. | I can analyze relationships (buyer, seller, product, service, supply, demand, investment) related to a market economy. | Standard 4 Benchmark: 4.1, 4.2, 4.3, 4.4 |
| I can identify jobs within a market economy. | I can give examples of inflation, deflation and unemployment related to a market economy. | I can explain inflation, deflation and unemployment related to a market economy. | can analyze inflation, deflation and unemployment related to a market economy. | |
| I can identify a change in my local economy. | I can identify a change in my state economy. | I can identify a change in my national economy. | I can analyze a change in economy. | |
| I can use economic information to identify changes causing a local issue today. | I can use economic information to explain changes causing a local/state issue today. | I can use economic information to identify changes causing a national issue today. | I can use economic information to identify changes causing a world issue today. | |

*HGSS PERFORMANCE-BASED ASSESSMENT*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



## Geography Extension:

**A successful student can use geographic information to investigate and connect relationships of human and physical characteristics to contemporary issues.**

| HGSS | Geography Extension | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can compare maps of my school from past and present to identify changes. | I can compare maps of my community/state from past and present to identify changes. | I can compare maps of my nation from past and present to identify changes. | I can analyze changes of maps from past and present. | Standard 5: Benchmark: 5.1, 5.2, 5.3, 5.4 |
| I can identify how humans have an impact on the physical area of my school. | I can explain how humans have an impact on the physical area of my community/state. | I can explain how humans have an impact on the physical area of my nation. | I can analyze how humans have an impact on the physical area of regions. | |
| I can identify how cultural and environmental characteristics cause change over time in my school. | I can explain how cultural and environmental characteristics cause change over time in my community/state. | I can explain how cultural and environmental characteristics cause change over time in my nation. | I can analyze how cultural and environmental characteristics cause change over time in an area. | |
| I can identify how human movement and use of natural resources cause change over time in my school. | I can explain how human movement and use of natural resources cause change over time in my community/state. | I can explain how human movement and use of natural resources cause change over time in my nation. | I can analyze how human movement and use of natural resources cause change over time in a region. | |

HGSS PERFORMANCE-BASED ASSESSMENT

GRADE BAND
3-5

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
328                                    Kansas State Department of Education | www.ksde.org

# EL HGSS

It is important to recognize that students who receive ESOL Services have equitable access to all instructional opportunities and activities offered to their peers. Their participation in core content with individualized accommodations, modifications, and supports makes it possible for them to do so. Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. All students are taught academic content for their enrolled grade level. Competencies for this population are the same as for students following the general education curriculum. However, the measurement tables for this population align to The Kansas Standards for English Learners. These standards create a foundation upon which successful English language instruction is built. The premise of these standards is supporting individual students to gain a level of proficiency with the English language that allows them to be highly successful in obtaining grade level academic standards in as short of time as possible. Both social English and academic English are required to attain mastery of the English language and of school success. These standards below frame expectations of "what students need to know and be able to do" from a level 1 to level 4 of English fluency and how that relates to a mastery level.

**Special Note:** These standards are grade banded and overarching. Some competencies are designed with the end in mind. Therefore, a student in 3rd -4th grade may be at a level 1 or 2, but is expected to progress to a level 3 or 4 by grade 5.

| HGSS | EL | | | |
|------|------|------|------|------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can read wordless picture books using expression with prompting and support. | A successful level 2 EL student can read decodable text with expression while relying on picture clues for accuracy and understanding with some prompting and support. | A successful level 3 EL student can read emergent-reader text with accuracy and expression while using context to confirm understanding with minimal prompting and support. | A successful level 4 EL student can read on-level texts with some purpose and understanding with accuracy, appropriate rate, and expression by rereading when necessary with minimal prompting and support. | EL. RF.4 |
| A successful level 1 EL student can read wordless picture books using expression with prompting and support. | A successful level 2 EL student can read decodable text with expression while relying on picture clues for accuracy and understanding with some prompting and support. | A successful level 3 EL student can read emergent-reader text with accuracy and expression while using context to confirm understanding with minimal prompting and support. | A successful level 4 EL student can read on-level texts with some purpose and understanding with accuracy, appropriate rate, and expression by rereading when necessary with minimal prompting and support. | EL. RF.4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

EL HGSS PERFORMANCE-BASED ASSESSMENT

| HGSS | EL | | | |
|------|------|------|------|------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can point to a picture or illustration depicting the point (claim) of a paragraph. | A successful level 2 EL student can match pictures depicting the particular point (claim) with one or more evidence pictures supporting the particular point (claim). Label each picture with a single word or phrase. | A successful level 3 EL student can identify the particular point (claim) and a supporting piece of evidence from the text. Explain why the evidence supports the particular point (claim). | A successful level 4 EL student can identify the particular point (claim) and two or more supporting pieces of evidence from the text. A successful student can explain why the evidence supports the particular point (claim). | EL.R. 8.3 |
| A successful level 1 EL student can point to a picture or illustration depicting the point (claim) of a paragraph | A successful level 2 EL student can match a picture depicting the particular point (claim) with one or more evidence pictures supporting the particular point (claim). Successful students can also label each picture with a single word or phrase. | A successful level 3 EL student can identify the particular point (claim) and a supporting piece of evidence from the text. The successful students explain why the evidence supports the particular point (claim). | A successful level 4 EL student can identify and distinguish between relevant and irrelevant evidence to support the particular point (claim) in a text and explain why or why not. | EL.R. 8.4 and 8. 5 |
| A successful level 1 EL student can point to a picture or illustration depicting a particular word of a pair of multiple-meaning words (ex. verb run-to go quickly by moving legs rapidly, noun run-score in baseball) or draw an illustration and label one word of a pair of multiple-meaning words. | A successful level 2 EL student can point to a picture or illustration depicting a particular word of a pair of homophones (ex.rain and rein) or draw an illustration and label one word of a pair of homophones. | A successful level 3 EL student can utilize picture or context clues to determine definitions of multiple-meaning words and homophones. Consult references (digital/print) for pronunciation and definition clarification. Identify word parts (root, prefix, suffix) and their meanings. | A successful level 4 EL student can recognize and define multiple-meaning words/ phrases, homophones, and grade-level roots and affixes by using context clues and reference materials (digital/ print) for pronunciation and definition clarification. | EL.R. 11 |
| A successful level 1 EL student can sit and listen to a short, simple read aloud with prompting and support. | A successful level 2 EL student can sit and listen to literary and informational read-alouds with some prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with comprehension of on-level literary and informational text with some prompting and support. | A successful level 4 EL student can read and comprehend (grade 3-4), actively engage (grade 5) quality informational texts. Read and comprehend (grade 3-4), actively engage (grade 5) quality informational texts. | EL.R.13 |

360

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 3-5**

| HGSS | EL | | | |
|------|-----|-----|-----|-----|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can produce text that consists of simple words, copied or adapted from a model that is appropriate to task and purpose with guidance and support. | A successful level 2 EL student can produce simple sentence patterns that are appropriate to task and purpose with guidance and support. | A successful level 3 EL student can produce writing that supports grammatical structures and basic conventions that are appropriate to task and purpose with some guidance and support. | A successful level 4 EL student can produce reasonably clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience. | EL.W.4 |
| A successful level 1 EL student can nod for "yes" and "no", draw, and point with minimal comprehension or remain in silent period absorbing surroundings. | A successful level 2 EL student can produce one or two word responses or a simple sentence with limited comprehension. Follow rules for discussions. | A successful level 3 EL student can participate in dialogue and express ideas, especially with the help of sentence stems, word banks, etc. Follow rules for discussions. | A successful level 4 EL student can engage in conversations in a one-on-one setting or in a group in a prepared manner. Build on the ideas of others. Follow the rules of discussion. Ask questions for clarification. Make comments that contribute to the conversation. | EL. SL.1 |
| A successful level 1 EL student can nod for "yes" and "no", draw, and point to identify information or remain in silent period absorbing surroundings. | A successful level 2 EL student can speak simple sentences when relaying information with limited comprehension. | A successful level 3 EL student can produce basic comprehension of information presented in diverse media and formats. | A successful level 4 EL student can determine (grade 3) summarize (grade 4&5) information presented in diverse media and formats accurately. | EL. SL.2 |
| A successful level 1 EL student can nod for "yes" and "no", draw, and point to identify information or remain in silent period absorbing surroundings. | A successful level 2 EL student can speak one/two words or simple sentences when identifying a supporting reason. | A successful level 3 EL student can produce basic comprehension of information presented by identifying a reason and some evidence supporting a particular point made by the speaker. | A successful level 4 EL student can identify (grade 3 &4) summarize (grade 5) most of the reasons and evidence a speaker provides. | EL. SL. 3 |
| A successful level 1 EL student can nod for "yes" and "no", draw, and/or point to domain-specific pictures repeating names of frequently used words or remain in silent period absorbing surroundings. | A successful level 2 EL student can acquire high-frequency words and names of common items found within surroundings. | A successful level 3 EL student can acquire and produce academic and domain-specific words regarding actions and emotions. | A successful level 4 EL student can acquire and use grade-appropriate academic and domain-specific words and phrases, regarding precise actions, emotions, or states of being basic to a particular topic. | EL. SL.8 |

EL HGSS PERFORMANCE-BASED ASSESSMENT

**GRADE BAND 3-5**

MATHEMATICS PERFORMANCE-BASED ASSESSMENT

# Mathematics

A successful student will fluently add, subtract, multiply, and divide multidigit numbers.

## Mathematics

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| **A successful student will fluently multiply multidigit numbers.** I can multiply multidigit numbers using manipulatives, pictures or diagrams. | I can multiply numbers using area model, partial products or the standard algorithm. | I can fluently multiply multidigit numbers using an effective method. | I can flexibly and fluently select and use a multiplication strategy based on a context or situation. | 3.OA.7, 4.NBT.4, 5.NBT.5 |
| | I can explain the connections within multiplication to area or place value. | I can connect multiple methods (area and place value, as an example). | | |
| **A successful student will fluently divide multidigit numbers.** I can divide multidigit numbers using manipulatives, pictures or diagrams. | I can divide numbers using area model, partial products or the standard algorithm. | I can fluently divide multidigit numbers using an effective method. | I can flexibly and fluently select and use a division strategy based on a context or situation. | |
| | I can explain the connections within division to area or place value. | I can connect multiple division methods (area and place value, as an example). | | |
| **A successful student will fluently add multidigit numbers.** I can add multidigit numbers using manipulatives, pictures or diagrams. | I can multiply numbers using area model, partial products, or the standard algorithm. | I can fluently multiply multidigit numbers using an effective method. | I can flexibly and fluently select and use a multiplication strategy based on a context or situation. | |
| | I can explain the connections within multiplication to area or place value. | I can connect multiple addition methods (area and place value, as an example). | | |
| **A successful student will fluently subtract multidigit numbers.** I can subtract multidigit numbers using manipulatives, pictures or diagrams. | I can subtract numbers using area model, partial products, or the standard algorithm. | I can fluently subtract multidigit numbers using an effective method. | I can flexibly and fluently select and use a subtraction strategy based on a context or situation. | |
| | I can explain the connections within subtraction to area or place value. | I can connect multiple subtraction methods (area and place value, as an example). | | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 3-5**

A successful student can explain and make generalizations about the patterns in a place value system, use this understanding and the properties of operations to perform single and multidigit arithmetic, including whole numbers and decimals, and understand how concepts of area, perimeter and volume relate to multiplication and addition.

## Mathematics

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| **A successful student can perform operations on single digit problems and explain the relationship to place value.** I can perform operations with single digit problems using manipulatives, pictures or diagrams. | I can perform operations with single digit problems using strategies with explanations in multiplicative comparisons and additive comparisons.<br><br>I can explain the connections within operations to area or place value. | I can connect operations, solve problems, and explain relationships in multiple ways with multiplication and division. (area and place value, as an example). | I can solve problems, and explain relationships in multiple ways. | 3.OA.A.1, 2, 3, 4 3.OA.C.7, 3.NBT.A.1, 2, 3, 3.MD.C.6, 7, 8, 9, 4.OA.A. 1, 2, 3, 4.NBT.A. 1, 2, 3, 4.NBT.B. 4, 5, 6. 5.OA.A.1, 2, 5.NBT.A.1, 2, 3, 4, 5, 6, 7 |
| **A successful student can perform operations on multidigit problems and explain the relationship to place value.** I can perform operations with multidigit numbers with decimals using manipulatives, pictures or diagrams. | I can perform operations with multidigit numbers with decimals using area model, partial products, or the standard algorithm with explanations in multiplicative comparisons and additive comparisons.<br><br>I can explain the connections within operations to area or place value. | I can connect operations, solve problems and explain relationships in multiple ways and use the traditional algorithm with multiplication and division (area and place value, as an example). | I can solve problems, and explain relationships in multiple ways. | |
| **A successful student can perform operations on multidigit problems with decimals and explain the relationship to place value.** I can perform operations with multidigit numbers with decimals using manipulatives, pictures or diagrams. | I can perform operations with multidigit numbers with decimals using area model, partial products, or the standard algorithm.<br><br>I can explain the connections within operations to area or place value. | I can connect decimal operations, solve problems, and explain relationships in multiple ways (area and place value, as an example). | I can solve decimal problems using all four operations and explain relationships in multiple ways and explain concepts of place value. | |
| **A successful student can relate area, perimeter, and volume to multiplication and addition.** I can describe and calculate area and perimeter. | I can relate area and perimeter to addition. | I can relate area, perimeter, and volume to multiplication and addition to solve problems in multiple ways. | I can use multiplication and addition to solve area, perimeter, and volume problems. | |

MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND 3-5**

MATHEMATICS PERFORMANCE-BASED ASSESSMENT

A successful student can generate, analyze and explain numerical patterns and relationships.

## Mathematics

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| A successful student can generate and analyze numerical pattern and explain relationships. I can generate a numerical pattern. | I can generate and analyze a numerical pattern. | I can generate, analyze, and explain a numerical pattern in many situations. | I can generate, analyze, and explain a numerical pattern in multiple ways in many situations. | 3.OA.5, 6; 4.OA.4; 4.OA.5 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 3-5**

A successful student will demonstrate an understanding of fractions (concepts of fractional/decimal parts, estimating, equivalency, ordering) and all four operations with fractions by applying understandings of whole numbers through the use of visual models to represent and explain concepts.

## Mathematics

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| **A successful student can demonstrate and explain the concepts of fractional parts, equivalency, and estimating fractions.** I can demonstrate the concepts of fractions using pictures and models. | I can demonstrate the concepts of fractions using models, numbers, and contextual situations. | I can demonstrate and explain the concepts of fractions in multiple ways. | I can apply and connect the concepts of fractions, equivalent fractions, and estimating fractions to decimals in multiple ways in contextual situations. | 3.NF.1, 2, 3; 4.NF.1, 2, ; 4.NF.3, 4, 5, 6, 7; 4.NF; 5.NF.1, 2, ; 5NF.3, 4, 5, 6, 7 |
| **A successful student can demonstrate and explain the concepts of decimal parts, equivalency, and estimating decimals.** I can demonstrate the concepts of decimals using pictures and models. | I can demonstrate the concepts of decimals using models, numbers, and contextual situations. | I can demonstrate and explain the concepts of decimals in multiple ways. | I can apply and connect the concepts of decimals, equivalent decimals, and estimating decimals to fractions in multiple ways in contextual situations. | |
| **A successful student can apply all four operations and explain with fractions by using understanding of whole numbers through the use of visual models to represent and explain concepts.** I can identify the operations of fractions and demonstrate some with a visual model. | I can apply all four operations of fractions using visual models. | I can apply and explain all four operations of fractions using visual models. | I can apply and connect the operations of fractions to contextual situations in multiple ways. | |

**MATHEMATICS PERFORMANCE-BASED ASSESSMENT**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

A successful student can demonstrate an understanding of measurement concepts (time, length and/or money) by constructing reasonable estimates and solving problems involving all four operations (addition, subtraction, multiplication and division).

## Mathematics

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| A successful student can identify time to the nearest minute and apply the measurement concepts of time by solving problems with elapsed time. I can identify time to the nearest minute. | I can identify time to the nearest minute and solve problems with elapsed time. | I can apply and explain problems using elapsed time. | I can apply and explain problems using time in multiple situations. | 3.MD.1, 2, 3; 3.MD 6,7,8,9; 4.MD.1, 2, 3; 5.MD.1 |
| A successful student can measure using standard and metric lengths and apply the measurement concepts of measurement by solving problems with all operations. I can measure using standard and metric lengths. | I can measure using standard and metric lengths and solve problems with length. | I can apply and explain problems using length. | I can apply and explain problems using lengths in multiple situations. | |
| A successful student can identify coins and dollar bills and solve problems involving all four operations with money. I can identify coins and bills and count the values of each. | I can solve problems involving money using addition and subtraction by drawing models and visuals. | I can apply and explain problems using money. | I can apply and explain problems using money in multiple situations. | |

MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**3-5**

A successful student can collect, represent, and interpret data with multiple categories and solve problems using the data.

## Mathematics

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| **A successful student can collect, represent, and interpret data with multiple categories.** I can collect and represent data in a scaled pictograph or scaled bar graph. | I can collect, represent and explain data, a line plot, bar graph and pictograph. | I can collect, represent and interpret data in multiple categories. | I can use data to explain multiple situations. | 3.MD.4, 54.MD.4, 5.MD.2 |
| **A successful student can solve problems using data collected.** I can collect data to solve an addition or subtraction problem. | I can solve problems with data using all four operations. | I can solve two step problems with data in multiple ways. | I can solve problems with data in multiple situations. | |

A successful student can create, identify, and distinguish between lines, angles and shapes based on their properties and defining attributes using a coordinate plane.

## Mathematics

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| **A successful student can identify, create, and distinguish quadrilaterals based on properties.** I can identify and create quadrilaterals based on properties. | I can distinguish between different quadrilaterals based on properties and attributes. | I can use properties of quadrilaterals to solve real world problems. | I can use properties of quadrilaterals to solve problems and graph points on a coordinate plane. | 3.MD 9; 3.G.1, 2, 4.G.1, 2, 3, 5.G.1, 2  5.G.3, 4 |
| **A successful student can identify, create, and distinguish triangles based on properties.** I can identify and create triangles based on properties. | I can distinguish between different triangles based on properties and attributes. | I can use properties of triangles to solve real world problems. | I can use properties of triangles to solve problems and graph points on a coordinate plane | |

MATHEMATICS PERFORMANCE-BASED ASSESSMENT

# EL Mathematics

It is important to recognize that students who receive ESOL Services have equitable access to all instructional opportunities and activities offered to their peers. Their participation in core content with individualized accommodations, modifications, and supports makes it possible for them to do so. Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. All students are taught academic content for their enrolled grade level. Competencies for this population are the same as for students following the general education curriculum. However, the measurement tables for this population align to The Kansas Standards for English Learners. These standards create a foundation upon which successful English language instruction is built. The premise of these standards is supporting individual students to gain a level of proficiency with the English language that allows them to be highly successful in obtaining grade level academic standards in as short of time as possible. Both social English and academic English are required to attain mastery of the English language and of school success. These standards below frame expectations of "what students need to know and be able to do" from a level 1 to level 4 of English fluency and how that relates to a mastery level.

**Special Note:** These standards are grade banded and overarching. Some competencies are designed with the end in mind. Therefore, a student in 3rd -4th grade may be at a level 1 or 2, but is expected to progress to a level 3 or 4 by grade 5.

| Mathematics | EL | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can read wordless picture books using expression with prompting and support. | A successful level 2 EL student can read decodable text with expression while relying on picture clues for accuracy and understanding with some prompting and support. | A successful level 3 EL student can read emergent-reader text with accuracy and expression while using context to confirm understanding with minimal prompting and support. | A successful level 4 EL student can read on-level texts with some purpose and understanding with accuracy, appropriate rate, and expression by rereading when necessary with minimal prompting and support. | EL.RF.4 |
| A successful level 1 EL student can point to a picture or single word in response to a who or what text-dependent question. | A successful level 2 EL student can locate or give a detail from a simple text that answers a who, what, when, where text-dependent question. | A successful level 3 EL student can identify details in a text that answer explicitly who,what, when, where, why, how text-dependent questions. | A successful level 4 EL student can ask and answer (grade 3) identify (grade 4) provide (grade 5) details in a text that answers various explicit and implicit text-dependent questions. | EL.R.1 |
| A successful level 1 EL student can point to a picture or illustration depicting the point (claim) of a paragraph. | A successful level 2 EL student can match pictures depicting the particular point (claim) with one or more evidence pictures supporting the particular point (claim). Label each picture with a single word or phrase. | A successful level 3 EL student can identify the particular point (claim) and a supporting piece of evidence from the text. Explain why the evidence supports the particular point (claim). | A successful level 4 EL student can identify the particular point (claim) and two or more supporting pieces of evidence from the text. A successful student can explain why the evidence supports the particular point (claim). | EL.R.8.3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

GRADE BAND
**3-5**

| Mathematics | EL | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can point to a picture or illustration depicting the point (claim) of a paragraph | A successful level 2 EL student can match a picture depicting the particular point (claim) with one or more evidence pictures supporting the particular point (claim). Successful students can also label each picture with a single word or phrase. | A successful level 3 EL student can identify the particular point (claim) and a supporting piece of evidence from the text. The successful students explain why the evidence supports the particular point (claim). | A successful level 4 EL student can identify and distinguish between relevant and irrelevant evidence to support the particular point (claim) in a text and explain why or why not. | EL.R. 8.4 and 8. 5 |
| A successful level 1 EL student can point to a picture or illustration depicting a particular word of a pair of multiple-meaning words (ex. verb run-to go quickly by moving legs rapidly, noun run-score in baseball) or draw an illustration and label one word of a pair of multiple-meaning words. | A successful level 2 EL student can point to picture or illustration depicting a particular word of a pair of homophones (ex.rain and rein) or draw an illustration and label one word of a pair of homophones. | A successful level 2 EL student can point to a picture or illustration depicting a particular word of a pair of homophones (ex.rain and rein) or draw an illustration and label one word of a pair of homophones. | A successful level 3 EL student can utilize picture or context clues to determine definitions of multiple-meaning words and homophones. Consult references (digital/print) for pronunciation and definition clarification. Identify word parts (root, prefix, suffix) and their meanings. | EL.R. 11 |
| A successful level 1 EL student can produce text that consists of simple words, copied or adapted from a model that is appropriate to task and purpose with guidance and support. | A successful level 2 EL student can produce simple sentence patterns that are appropriate to task and purpose with guidance and support. | A successful level 3 EL student can produce writing that supports grammatical structures and basic conventions that are appropriate to task and purpose with some guidance and support. | A successful level 4 EL student can produce reasonably clear and coherent writing in which the development and organization are appropriate to task, purpose, and audience | EL. W.4 |
| A successful level 1 EL student can nod for "yes" and "no", draw, and point with minimal comprehension or remain in silent period absorbing surroundings. | A successful level 2 EL student can produce one or two word responses or a simple sentence with limited comprehension. Follow rules for discussions. | A successful level 3 EL student can participate in dialogue and express ideas, especially with the help of sentence stems, word banks, etc. Follow rules for discussions. | A successful level 4 EL student can engage in conversations in a one-on-one setting or in a group in a prepared manner. Build on the ideas of others. Follow the rules of discussion. Ask questions for clarification. Make comments that contribute to the conversation. | EL. SL.1 |

EL MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

EL MATHEMATICS PERFORMANCE-BASED ASSESSMENT

## Mathematics — EL

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| A successful level 1 EL student can point to a picture or illustration depicting the point (claim) of a paragraph. | A successful level 2 EL student can match pictures depicting the particular point (claim) with one or more evidence pictures supporting the particular point (claim). Label each picture with a single word or phrase. | A successful level 3 EL student can identify the particular point (claim) and a supporting piece of evidence from the text. Explain why the evidence supports the particular point (claim). | A successful level 4 EL student can identify the particular point (claim) and two or more supporting pieces of evidence from the text. A successful student can explain why the evidence supports the particular point (claim). | EL.R. 8.3 |
| A successful level 1 EL student can nod for "yes" and "no", draw, and point to identify information or remain in silent period absorbing surroundings. | A successful level 2 EL student can speak one/two words or simple sentences when identifying a supporting reason | A successful level 3 EL student can produce basic comprehension of information presented by identifying a reason and some evidence supporting a particular point made by the speaker. | A successful level 4 EL student can identify (grade 3 &4) summarize (grade 5) most of the reasons and evidence a speaker provides. | EL. SL. 3 |
| A successful level 1 EL student can nod for "yes" and "no", draw, and/or point to domain-specific pictures repeating names of frequently used words or absorbing surroundings. | A successful level 2 EL student can acquire high-frequency words and names of common items found within surroundings. | A successful level 3 EL student can acquire and produce academic and domain-specific words regarding actions and emotions. | A successful level 4 EL student can acquire and use grade-appropriate academic and domain-specific words and phrases, regarding precise actions, emotions, or states of being basic to a particular topic. | EL. SL. 8 |
| A successful level 1 EL student can point to a picture or illustration depicting the point (claim) of a paragraph. | A successful level 2 EL student can match pictures depicting the particular point (claim) with one or more evidence pictures supporting the particular point (claim). Label each picture with a single word or phrase. | A successful level 3 EL student can identify the particular point (claim) and a supporting piece of evidence from the text. Explain why the evidence supports the particular point (claim). | A successful level 4 EL student can identify the particular point (claim) and two or more supporting pieces of evidence from the text. A successful student can explain why the evidence supports the particular point (claim). | EL.R. 8.3 |
| A successful level 1 EL student can nod for "yes" and "no", draw, and point to identify information or remain in silent period absorbing surroundings. | A successful level 2 EL student can speak one/two words or simple sentences when identifying a supporting reason | A successful level 3 EL student can produce basic comprehension of information presented by identifying a reason and some evidence supporting a particular point made by the speaker. | A successful level 4 EL student can identify (grade 3 &4) summarize (grade 5) most of the reasons and evidence a speaker provides. | EL. SL. 3 |

Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 3-5**

| Mathematics | EL | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can nod for "yes" and "no", draw, and/or point to domain-specific pictures repeating names of frequently used words or absorbing surroundings. | A successful level 2 EL student can acquire high-frequency words and names of common items found within surroundings. | A successful level 3 EL student can acquire and produce academic and domain-specific words regarding actions and emotions. | A successful level 4 EL student can acquire and use grade-appropriate academic and domain-specific words and phrases, regarding precise actions, emotions, or states of being basic to a particular topic. | EL. SL. 8 |
| A successful level 1 EL student can point to a picture or illustration depicting the point (claim) of a paragraph. | A successful level 2 EL student can match pictures depicting the particular point (claim) with one or more evidence pictures supporting the particular point (claim). Label each picture with a single word or phrase. | A successful level 3 EL student can identify the particular point (claim) and a supporting piece of evidence from the text. Explain why the evidence supports the particular point (claim). | A successful level 4 EL student can identify the particular point (claim) and two or more supporting pieces of evidence from the text. A successful student can explain why the evidence supports the particular point (claim). | EL.R. 8.3 |
| A successful level 1 EL student can nod for "yes" and "no", draw, and point to identify information or remain in silent period absorbing surroundings. | A successful level 2 EL student can speak one/two words or simple sentences when identifying a supporting reason. | A successful level 3 EL student can produce basic comprehension of information presented by identifying a reason and some evidence supporting a particular point made by the speaker. | A successful level 4 EL student can identify (grade 3 &4) summarize (grade 5) most of the reasons and evidence a speaker provides. | EL. SL. 3 |
| A successful level 1 EL student can nod for "yes" and "no", draw, and/or point to domain-specific pictures repeating names of frequently used words or absorbing surroundings. | A successful level 2 EL student can acquire high-frequency words and names of common items found within surroundings. | A successful level 3 EL student can acquire and produce academic and domain-specific words regarding actions and emotions. | A successful level 4 EL student can acquire and use grade-appropriate academic and domain-specific words and phrases, regarding precise actions, emotions, or states of being basic to a particular topic. | EL. SL. 8 |
| A successful level 1 EL student can point to a picture or illustration depicting the point (claim) of a paragraph. | A successful level 2 EL student can match pictures depicting the particular point (claim) with one or more evidence pictures supporting the particular point (claim). Label each picture with a single word or phrase. | A successful level 3 EL student can identify the particular point (claim) and a supporting piece of evidence from the text. Explain why the evidence supports the particular point (claim). | A successful level 4 EL student can identify the particular point (claim) and two or more supporting pieces of evidence from the text. A successful student can explain why the evidence supports the particular point (claim). | EL.R. 8.3 |

EL MATHEMATICS PERFORMANCE-BASED ASSESSMENT

**GRADE BAND 3-5**

EL MATHEMATICS PERFORMANCE-BASED ASSESSMENT

| Mathematics | EL | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can nod for "yes" and "no", draw, and point to identify information or remain in silent period absorbing surroundings. | A successful level 2 EL student can speak one/two words or simple sentences when identifying a supporting reason | A successful level 3 EL student can produce basic comprehension of information presented by identifying a reason and some evidence supporting a particular point made by the speaker. | A successful level 4 EL student can identify (grade 3 &4) summarize (grade 5) most of the reasons and evidence a speaker provides. | EL. SL. 3 |
| A successful level 1 EL student can nod for "yes" and "no", draw, and/or point to domain-specific pictures repeating names of frequently used words or absorbing surroundings. | A successful level 2 EL student can acquire high-frequency words and names of common items found within surroundings. | A successful level 3 EL student can acquire and produce academic and domain-specific words regarding actions and emotions. | A successful level 4 EL student can acquire and use grade-appropriate academic and domain-specific words and phrases, regarding precise actions, emotions, or states of being basic to a particular topic. | EL. SL. 8 |
| A successful level 1 EL student can point to a picture or illustration depicting the point (claim) of a paragraph. | A successful level 2 EL student can match pictures depicting the particular point (claim) with one or more evidence pictures supporting the particular point (claim). Label each picture with a single word or phrase. | A successful level 3 EL student can identify the particular point (claim) and a supporting piece of evidence from the text. Explain why the evidence supports the particular point (claim). | A successful level 4 EL student can identify the particular point (claim) and two or more supporting pieces of evidence from the text. A successful student can explain why the evidence supports the particular point (claim). | EL.R. 8.3 |
| A successful level 1 EL student can nod for "yes" and "no", draw, and point to identify information or remain in silent period absorbing surroundings. | A successful level 2 EL student can speak one/two words or simple sentences when identifying a supporting reason | A successful level 3 EL student can produce basic comprehension of information presented by identifying a reason and some evidence supporting a particular point made by the speaker. | A successful level 4 EL student can identify (grade 3 &4) summarize (grade 5) most of the reasons and evidence a speaker provides. | EL. SL. 3 |
| A successful level 1 EL student can nod for "yes" and "no", draw, and/or point to domain-specific pictures repeating names of frequently used words or absorbing surroundings. | A successful level 2 EL student can acquire high-frequency words and names of common items found within surroundings. | A successful level 3 EL student can acquire and produce academic and domain-specific words regarding actions and emotions. | A successful level 4 EL student can acquire and use grade-appropriate academic and domain-specific words and phrases, regarding precise actions, emotions, or states of being basic to a particular topic. | EL. SL. 8 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

342

**GRADE BAND 3-5**

# Science

A successful student can demonstrate proficiency with engineering skills by using the Engineering Design Process to explore and test possible solutions to a problem with limited materials and resources (constraints) and specific criteria in mind.

## SCIENCE

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDSS |
|---|---|---|---|---|
| I can organize the steps of the engineering design process. | I can explain the engineering design process. | I can define a simple design problem reflecting a need or a want that includes specified criteria for success and constraints on materials, time or cost. | I can justify using the engineering design process to answer a question. | 3-5-ETS1-1; 3-5-ETS1-2; 3-5-ETS1-3 |
| I can identify criteria and constraints. | I can explain criteria and constraints. | I can generate and compare multiple possible solutions to a problem based on how well each is likely to meet the criteria and constraints of the problem. | I can analyze the best solution to a problem within constraints and using set criteria. | |
| I can identify variables | I can identify failure points | I can plan and carry out fair tests in which variables are controlled and failure points are considered to identify aspects of a model or prototype that can be improved. | I can justify the best solution to a problem | |

## EL

| | | | | |
|---|---|---|---|---|
| A successful level 1 EL student can read wordless picture books using expression with prompting and support. | A successful level 2 EL student can read decodable text with expression while relying on picture clues for accuracy and understanding with some prompting and support. | A successful level 3 EL student can read emergent-reader text with accuracy and expression while using context to confirm understanding with minimal prompting and support. | A successful level 4 EL student can read on-level texts with some purpose and understanding with accuracy, appropriate rate, and expression by rereading when necessary with minimal prompting and support. | RF Standard 4 grades 3, 4, and 5 |

**SCIENCE PERFORMANCE-BASED ASSESSMENT**



GRADE BAND
**3-5**

## Structures and Properties of Matter

A successful student can explore how any type of matter can be divided into small particles too small to be seen, but still exist, and how measurements of properties can be used to identify materials, even when mixed or changed.

| Science | Structures and Properties of Matter | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify types of matter | I can sort types of matter including atoms | I can develop a model to describe that matter is made of particles too small to be seen. | I can evaluate matter | 5-PS1-1; 5-PS1-2; 5-PS1-3; 5-PS1-4 |
| I can measure and graph solids, liquids and gases | I can read graphs containing solid, liquid and gaseous data/ measurements | I can measure and graph quantities to provide evidence that regardless of the type of change that occurs when heating, cooling, or mixing substances, the total weight of matter is conserved. | I can analyze and compare graphs | |
| I can identify properties of materials | I can compare properties of materials | I can make observations and measurements to identify materials based on their properties. | I can analyze properties of materials | |
| I can identify substances | I can explain properties of substances | I can conduct an investigation to determine whether the mixing of two or more substances results in new substances. | I can graph and analyze the results of an investigation involving the mixing of substances. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

SCIENCE PERFORMANCE-BASED ASSESSMENT

**GRADE BAND 3-5**

## Forces and Interactions

A successful student can explore how forces act on objects with strength and direction and can be measured. A successful student can explore how electric and magnetic forces affect objects within contact or not in contact at all, and how the gravitational force of the Earth pulls objects.

| Science | Forces and Interactions | | | |
|---------|------------|---------|---------|-----------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify the differences between balanced and unbalanced forces on an object. | I can explain the difference between balanced and unbalanced forces on an object. | I can plan and conduct an investigation to provide evidence of the effects of balanced and unbalanced forces on the motion of an object. | I can graph and analyze the results of an investigation involving balanced and unbalanced forces on an object's motion. | 3-PS2-1; 3-PS2-2; 3-PS2-3; 3-PS2-4; 5-PS2-1 |
| I can observe an object's motion. | I can measure an object's motion. | I can make observations and/or measurements of an object's motion to provide evidence that a pattern can be used to predict future motion. | I can graph and analyze the results of repeated observations and measurements of an object's motion to predict future motion. | |
| I can use magnetic or electric forces on two objects that are not in contact with each other. | I can describe the interactions of two objects that are not in contact but have electric or magnetic forces on them. | I can ask questions to determine cause and effect relationships of electric or magnetic interactions between two objects not in contact with each other. | I can compile and analyze data to show the cause and effect relationships of electric or magnetic interactions between two objects not in contact with each other. | |
| I can use magnets to solve problems. | I can use scientific ideas to describe how magnets can solve problems. | I can define a simple design problem that can be solved by applying scientific ideas about magnets. | I can evaluate the effectiveness of using magnets to solve design problems by applying scientific ideas. | |
| I can use objects to demonstrate gravity. | I can demonstrate and describe that gravity forces objects down through multiple trials and differing objects. | I can support an argument that the gravitational force exerted by Earth on objects is directed down. | I can compile and analyze data on the effects of gravity on different objects. | |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Case 2:21-cv-02210-TC-TJJ   Document 1-1   Filed 05/06/21   Page 442 of 1278



GRADE BAND**3-5**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

SCIENCE PERFORMANCE-BASED ASSESSMENT

## Energy

A successful student can explore the relationships between energy and objects, sound, light, and heat. Successful students can explore the production, transference, and transformation of energy. Students will explore the ways that energy and fuel are derived from natural sources and how use of that energy and fuel affect the environment.

| Science | Energy | | | |
|---------|--------|--|--|--|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can give examples of objects that have differing speeds. | I can organize and group objects that have differing speeds. | I can use evidence to construct an explanation relating the speed of an object to the energy of that object. | I can devise investigations to explain the effect of energy on an object's speed. | 4-PS3-1; 4-PS3-2; 4-PS3-3; 4-PS3-4; 4-PS4-2; 4-ESS3-1; 5-PS3-1 |
| I can show how sound, light, heat, and electric currents produce energy. | I can show and describe how sound, light, heat, and electric currents produce energy. | I can make observations to provide evidence that energy can be transferred from place to place by sound, light, heat, and electric currents. | I can prove that energy can be transferred from place to place by sound, light, heat, and electric currents by setting up investigations and gathering data. | |
| I can make two objects collide. | I can describe the effect of two objects colliding. | I can ask questions and predict outcomes about the changes in energy that occur when objects collide. | I can investigate the changes in energy that occur when objects collide by compiling and organizing data. | |
| I can identify devices that create energy. | I can describe the initial and final forms of energy devices create. | I can apply scientific ideas to design, test, and refine a device that converts energy from one form to another. | I can use a device that converts energy from one form to another to solve a problem and evaluate why that device is scientifically suited to solve that problem. | |
| I can show how objects need light to be seen by the human eye. | I can describe and explain how objects need light to be seen by the human eye. | I can develop a model to describe that light reflecting from objects and entering the eye allows objects to be seen. | I can create a model that describes how light reflects from objects to the human eye to be seen, and I can design light experiments using the model to compare the effects of differing lights on the ability of humans to see objects. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org
346

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



GRADE BAND
**3-5**

| Science | Energy | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can list natural resources. | I can describe solar energy, wind energy, nuclear energy, water energy, and fossil fuels and how humans use each one. | I can obtain and combine information to describe that energy and fuels are derived from natural resources and their uses affect the environment. | I can use multiple resources to create a graph that describes and analyzes the environmental effects of using each of the energy sources. I can generate recommendations for the use of each energy source. | 4-PS3-1; 4-PS3-2; 4-PS3-3; 4-PS3-4; 4-PS4-2; 4-ESS3-1; 5-PS3-1 |
| I can give examples of how animals use their food to stay alive. | I can describe how plants that animals eat get energy from the sun to grow. | I can use models to describe that energy in animals' food (used for body repair, growth, motion, and to maintain body warmth) was once energy from the sun. | I can use design a model or visual representations of the chain of energy events that occur between the sun, plants, and animals. | |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**3-5**

## Structure and Function

A successful student can explore how light reflection is processed by the eye to make sense of an object. The successful student can investigate how plants and animals use internal and external structures to aid in growth, survival, behavior, and reproduction. Successful students can explore how animals use their perceptions, memories, and senses to guide their actions.

| Science | Structure and Function | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can describe the internal and external structures of plants and animals. | I can explain how animals and plants use their internal and external structures. | I can construct an argument that plants and animals have internal and external structures that function to support survival, growth, behavior, and reproduction. | I can create and present a model that shows how plants and animals use their internal and external structures for survival, growth, behavior and reproduction. | 4-LS1-1; 4-LS1-2; 4-PS4-2 |
| I can give examples of how animals use their senses. | I can describe how animals use their senses to react to their environments. | I can use a model to describe that animals receive different types of information through their senses, process the information in their brain, and respond to the information in different ways. | I can create and present a model that shows how animals react to and survive in their environments by using their senses, their brain, and their behavioral output mechanisms. | |
| I can show how objects need light to be seen by the human eye. | I can describe and explain how objects need light to be seen by the human eye. | I can develop a model to describe that light reflecting from objects and entering the eye allows objects to be seen. | I can create a model that describes how light reflects from objects to the human eye to be seen, and I can design light experiments using the model to compare the effects of differing lights on the ability of humans to see objects. | |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS


GRADE BAND
**3-5**

# Matter and Energy in Organisms and Ecosystems

A successful student can explore the connections between energy, the sun, plants, air, water, organisms, fungi, bacteria, and decomposers. Successful students can explore the interdependence of ecosystems, the web of life, healthy organisms, and the environment.

| Science | Matter and Energy in Organisms and Ecosystems | | | |
|---------|---------|---------|---------|---------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can label the parts of a plant and the function of each part. | I can collect plant growth data through investigations using air, light, water, and soil. | I can support an argument that plants get the materials they need for growth chiefly from air and water. | I can compile and analyze investigation data to determine the extent that plants use water, air, light and soil for growth. | 5-LS1-1; 5-LS2-1; 5-PS3-1 |
| I can give examples of how animals use their food to stay alive. | I can summarize the relationship between plants, animals and decomposers in the environment. | I can develop a model to describe the movement of matter among plants, animals, decomposers and the environment. | I can produce evidence using the model that show how the interactions of matter, plants, animals, and decomposers allow species to meet their needs and survive in an environment. | |
| I can give examples of how animals use their food to stay alive. | I can describe how plants that animals eat get energy from the sun to grow. | I can use models to describe that energy in animals' food (used for body repair, growth, motion, and to maintain body warmth) was once energy from the sun. | I can use design a model or visual representations of the chain of energy events that occur between the sun, plants and animals. | |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

349



GRADE BAND
**3-5**

SCIENCE PERFORMANCE-BASED ASSESSMENT

## Interdependent Relationships in Ecosystems

A successful student can explore how being part of a group helps animals obtain food, defend themselves, cope with changes, and survive in a variety of habitats. Successful students can explore how fossils provide evidence about organisms and how some plants and animals are no longer found on Earth.

| Science | Interdependent Relationships in Ecosystems | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify animals that live in groups. | I can collect data that explains the different reasons why some animals live in groups. | I can construct an argument that some animals form groups that help members survive. | I can create a model or representation to argue that the causal evidence of belonging to a group has the effect of animals being able to obtain food, defend themselves, and cope with changes in order to survive. | 3-LS2-1; 3-LS4-1 3-LS4-3; 3-LS4-4 |
| I can label fossil samples as to what living organism it once was. | I can classify fossil samples based on common characteristics. | I can analyze and interpret data from fossils to provide evidence of the organisms and the environments in which they lived long ago. | I can compile the data from fossils to propose that fossil features provide evidence of the types of organisms that lived long ago and the environments that they lived in. | |
| I can list the needs of organisms (plants and animals). | I can compare the features of different habitats and the organisms that live there. | I can construct an argument with evidence that in a particular habitat some organisms can survive well, some survive less well, and some cannot survive at all. | I can organize the evidence to show the cause and effect relationship between environments and organisms that survive and organisms that survive less well, and organisms that cannot survive at all. | |
| I can make a list of environmental problems in the world. | I can use the list of environmental problems in the world to describe the effect that these problems have on plants and animals. | I can make a claim about the merit of a solution to a problem caused when the environment changes and the types of plants and animals that live there may change. | I can construct a presentation that addresses an environment, a change that happened in that environment, how the change affected the plants/animals, a solution to the problem and its effect on the plants/animals, and how that solution now affects other plants/animals. Is this solution the best? | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**3-5**

## Inheritance and Variation of Traits

A successful student can explore how reproduction is essential to the continued existence of every kind of organism and how plants and animals inherit characteristics from their parents and other characteristics are the result of the environment.

| Science | Inheritance and Variation of Traits | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can list the stages that an organism goes through. | I can describe the stages of birth, growth, reproduction, and death. | I can develop models to describe that organisms have unique and diverse life cycles but all have in common birth, growth, reproduction, and death. | I can use the model of an organism's life cycle to produce a written explanation to predict the outcomes if these stages are interrupted and what patterns can be predicted in life cycle stages. | 3-LS1-1; 3-LS3-1 3-LS3-2; 3-LS4-2 |
| I can list commonalities between adult animals and their babies and also adult plants and their babies. | I can compare the traits of adult and baby animals and the traits of adult and baby plants to discover patterns. | I can analyze and interpret data to provide evidence that plants and animals have traits inherited from parents and that variation of these traits exists in a group of similar organisms. | I can organize the data about the traits that are passed from adult to baby animals and plants. I can devise a presentation to discuss the patterns of similarities and differences of traits between parents, children and siblings are inherited. | |
| I can give examples of environmental factors that affect organisms' growth. | I can describe the effect of environmental factors on the growth of organisms. | I can use evidence to support the explanation that traits can be influenced by the environment. | I can analyze the variations within an organism's family to organize those that are influenced by the environment and the effect of the environment on individuals. | |
| I can name the internal and external features of plants and animals that help them survive in an environment. | I can describe how internal and external features of plants and animals help them survive in an environment. | I can use evidence to construct an explanation for how the variations in characteristics among individuals of the same species may provide advantages in surviving, finding mates and reproducing. | I can explain the cause-effect relationships of characteristics that are found in a plant or animal family that lead to surviving, finding mates, and reproducing. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



SCIENCE PERFORMANCE-BASED ASSESSMENT

## Weather and Climate

A successful student can explore how scientists use weather patterns to make predictions and how climate and rainfall help shape the land and affect the types of living things found in a region.

| Science | Weather and Climate | | | |
|---------|---------|---------|---------|---------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can collect weather condition data over time. | I can describe the weather conditions that are commonly found in each season in my climate. | I can represent data in tables and graphical displays to describe typical weather conditions expected during a particular season. | I can use the graphical displays of weather condition data to make predictions about patterns that can be found in different climates during different seasons. | 3-ESS2-1; 3-ESS2-2 4-ESS2-1 |
| I can read informational texts about differing climates in the world. | I can describe differences in climates around the world. | I can obtain and combine information to describe climates in different regions of the world. | I can make a display to explain how patterns in climate can be used to make predictions about typical weather conditions. | |
| I can list natural factors that affect erosion. | I can explain the effects of each natural factor on the rate of erosion. | I can make observations and/or measurements to provide evidence of the effects of weathering or the rate of erosion by water, ice, wind, or vegetation. | I can design a visual representation to compare the effects of weathering or the rate of erosion by water, ice, wind, or vegetation. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 3-5**

## Earth's Systems

A successful student can explore how rock, soil, water, ice, air and humans interact in multiple ways to affect Earth's surface materials and processes. Successful students can further explore how weather patterns are influenced by the interaction of wind and clouds with landforms. Successful students can further explore Earth's salt and freshwater resources and the volcanoes and earthquake patterns and occurrences.

| Science | Earth's Systems | | | |
|---------|---------|---------|---------|---------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can list natural factors that affect erosion. | I can explain the effects of each natural factor on the rate of erosion. | I can make observations and/or measurements to provide evidence of the effects of weathering or the rate of erosion by water, ice, wind, or vegetation. | I can design a visual representation to compare the effects of weathering or the rate of erosion by water, ice, wind, or vegetation. | 4-ESS2-1; 4-ESS2-2, 5-ESS2-1; 5-ESS2-2 |
| I can use maps to locate Earth's features such as mountains, boundaries, earthquakes, volcanoes, and ocean structures. | I can point out similarities between features found in like geographical regions. | I can analyze and interpret data from maps to describe patterns of Earth's features. | I can design a visual display to describe how Earth's features occur in patterns that reflect information about how they are formed or occur. | |
| I can define and give examples of geosphere, biosphere, hydrosphere, and atmosphere systems. | I can describe examples of how geosphere, biosphere, hydrosphere, and atmosphere systems affect climate, weather, landforms, and ecosystems. | I can develop a model using an example to describe ways the geosphere, biosphere, hydrosphere, and/or atmosphere interact. | I can use a model to explain how earth's systems interact together to affect the Earth's surface materials and processes. | |
| I can use resources to find sources of freshwater and saltwater on Earth. | I can sort reservoirs of water on Earth into freshwater or saltwater categories. | I can describe and graph the amounts and percentages of water and fresh water in various reservoirs to provide evidence about the distribution of water on Earth. | I can organize and analyze data to show where on Earth freshwater and salt water reservoirs are and what they have in common. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



SCIENCE PERFORMANCE-BASED ASSESSMENT

## Human Sustainability

A successful student can explore how humans interact with natural hazards, natural energy and fuel resources, and how their activities in agriculture, industry and everyday life impact land, vegetation, streams, oceans, air, and outer space. Successful students can explore actions that help protect Earth's resources and environment.

| Science | Human Sustainability | | | |
|---|---|---|---|---|
| **Earth's Systems** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can list weather-related hazards. | I can explain the effects of weather-related hazards on society. | I can make a claim about the merit of a design solution that reduces the impacts of a weather-related hazard. | I can critique design solutions that reduce the impact of a weather-related hazard as to the benefits and the risks for society. | 3-ESS3-1, 4-ESS3-1, 4-ESS3-2, 5-ESS3-1 |
| I can list natural resources. | I can describe solar energy, wind energy, nuclear energy, water energy, and fossil fuels and how humans use each one. | I can obtain and combine information to describe that energy and fuels are derived from natural resources and their uses affect the environment. | I can use multiple resources to create a graph that describes and analyzes the environmental effects of using each of the energy sources. I can generate recommendations for the use of each energy source. | |
| I can list and describe natural hazards such as earthquakes, tsunamis, volcanoes, floods, landslides, etc. | I can describe the effects and impacts that natural hazards have on society | I can generate and compare multiple solutions to reduce the impacts of natural Earth processes on humans. | I can evaluate and make a recommendation about which of two different solutions effectively reduces the impact of natural Earth processes by alleviating the effect and also staying within constraints and criteria. | |
| I can identify ways in which humans use Earth's resources and the impact that the usage has on the Earth itself. | I can use multiple resources to classify the positive and negative impacts that human activity has on the Earth. | I can obtain and combine information about ways individual communities use science ideas to protect the Earth's resources and environment. | I can recommend a plan for humans to protect a natural resource and the environment using science ideas. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**3-5**

## Extended: Chemical Reactions

A successful student can investigate the mixing of two or more different substances and how a new substance with different properties is formed, and when substances are heated, cooled, or mixed, the total weight of the substance does not change.

| Science | Extended: Chemical Reactions | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can measure and graph solids, liquids and gases | I can read graphs containing solid, liquid and gaseous data/ measurements | I can measure and graph quantities to provide evidence that regardless of the type of change that occurs when heating, cooling, or mixing substances, the total weight of matter is conserved. | I can analyze and compare graphs | 5-PS1-2; 5-PS1-4 |
| I can identify substances | I can explain properties of substances | I can conduct an investigation to determine whether the mixing of two or more substances results in new substances. | I can justify the best solution to a problem | |

SCIENCE PERFORMANCE-BASED ASSESSMENT



GRADE BAND
3-5

SCIENCE PERFORMANCE-BASED ASSESSMENT

## Extended: Waves

A successful student can explore the relationships between movement of water and the creation of waves. The student will investigate how digitized information is transmitted between devices and how light reflection is processed by the eye to make sense of an object.

| Science | Extended: Waves | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify wave behaviors like waves, wave amplitude, wavelengths, and motions of objects. | I can describe patterns found in wavelengths and amplitude. | I can develop a model of waves to describe patterns in terms of amplitude and wavelength and that waves can cause objects to move. | I can analyze the wave model to explain how the relevant relationships between components of the model cause objects to move. | 4-PS4-1, 4-PS4-2, 4-PS4-3 |
| I can show how objects need light to be seen by the human eye. | I can describe and explain how objects need light to be seen by the human eye. | I can develop a model to describe that light reflecting from objects and entering the eye allows objects to be seen. | I can create a model that describes how light reflects from objects to the human eye to be seen, and I can design light experiments using the model to compare the effects of differing lights on the ability of humans to see objects. | |
| I can list high-tech objects that are used to communicate over long distances. | I can describe situations where high-tech objects are needed to communicate over long distances. | I can generate and compare multiple solutions that use patterns to transfer information. | I can generate a plan to use the best solution for transmitting digital information over long distances. The solution should fit within set criteria and constraints and safety measures. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**3-5**

## Extended: Natural Selection and Evolution

A successful student can explore how reproduction is essential to the continued existence of every kind of organism. Successful students can explore life cycles of plants and animals and how many characteristics are inherited from parents. Successful students can explore how species survive or do not survive and how fossils provide evidence about organisms from long ago.

| Science | Extended: Natural Selection and Evolution | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can list commonalities between adult animals and their babies and also adult plants and their babies. | I can compare the traits of adult and baby animals and the traits of adult and baby plants to discover patterns. | I can analyze and interpret data to provide evidence that plants and animals have traits inherited from parent and that variation of these traits exists in a group of similar organisms. | I can organize the data about the traits that are passed from adult to baby animals and plants. I can devise a presentation to discuss the patterns of similarities and differences of traits between parents, children, and siblings are inherited. | 3-LS3-1, 3-LS4-1, 3-LS4-2, 3-LS4-3, 3-LS4-4 |
| I can label fossil samples as to what living organism it once was. | I can classify fossil samples based on common characteristics. | I can analyze and interpret data from fossils to provide evidence of the organisms and the environments in which they lived long ago. | I can compile the data from fossils to propose that fossil features provide evidence of the types of organisms that lived long ago and the environments that they lived in. | |
| I can name the internal and external features of plants and animals that help them survive in an environment. | I can describe how internal and external features of plants and animals help them survive in an environment. | I can use evidence to construct an explanation for how the variations in characteristics among individuals of the same species may provide advantages in surviving, finding mates, and reproducing. | I can explain the cause-effect relationships of characteristics that are found in a plant or animal family that lead to surviving, finding mates, and reproducing. | |
| I can list the needs of organisms (plants and animals). | I can compare the features of different habitats and the organisms that live there. | I can construct an argument with evidence that in a particular habitat some organisms can survive well, some survive less well, and some cannot survive at all. | I can organize the evidence to show the cause and effect relationship between environments and organisms that survive and organisms that survive less well, and organisms that cannot survive at all. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

SCIENCE PERFORMANCE-BASED ASSESSMENT



GRADE BAND
**3-5**

SCIENCE PERFORMANCE-BASED ASSESSMENT

| Science | Extended: Natural Selection and Evolution | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can make a list of environmental problems in the world. | I can use the list of environmental problems in the world to describe the effect that these problems have on plants and animals. | I can make a claim about the merit of a solution to a problem caused when the environment changes and the types of plants and animal that live there may change. | I can construct a presentation that addresses an environment, a change that happened in that environment, how the change affected the plants/animals, a solution to the problem and its effect on the plants/animals, and how that solution now affects other plants/animals. Is this solution the best? | 3-LS3-1, 3-LS4-1, 3-LS4-2, 3-LS4-3, 3-LS4-4 |

## Extended: Space Systems

A successful student can explore patterns of day and night, shadows, and positions of the sun, moon, and stars throughout a day, month, and year and how these patterns are affected by orbits , and rotations of the moon around Earth and Earth around sun.

| Science | Extended: Space Systems | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can study the daytime and nighttime skies to compare the brightness of the sun and stars. | I can make comparisons between the distance and brightness of the sun and stars by using flashlights to demonstrate the differences in distance and brightness. | I can support an argument that differences in the apparent brightness of the sun compared to other stars is due to their relative distances from Earth. | I can use scientific reasoning to explain how size and distance of the sun and other stars affect the apparent brightness that is seen on Earth | 5-ESS1-1; 5-ESS1-25-PS2-1 |
| I can show how shadows changes throughout the day based on the sun. | I can predict sunrise and sunset in the different seasons based on patterns as a result of the Earth's rotation. | I can represent data in graphical displays to reveal patterns of daily changes in length and direction of shadows, day and night, and the seasonal appearance of some stars in the night sky. | I can analyze graphical displays to describe the similarities and differences in the timing of observable changes in shadows, daylight, and the appearance of stars during a day and a year. | |
| I can use objects to demonstrate gravity. | I can demonstrate and describe that gravity forces objects down. through multiple trials and differing objects. | I can support an argument that the gravitational force exerted by Earth on objects is directed down. | I can compile and analyze data on the effects of gravity on different objects. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**3-5**

## Extended: History of Earth

**A successful student can explore how rock formations reveal information about the presence of earth forces and the order in which rock layers were formed.**

| Science | Extended: History of Earth | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can retrieve information about the discoveries of fossils in my environment. | I can use information gathered about fossils to describe the ordering of the rock layers and the presence of fossils. | I can identify evidence from patterns in rock formations and fossils in rock layers to support an explanation for changes in a landscape over time. | I can design a model that supports an argument that the organization of rock layers and presence of fossils are due to Earth's forces, presence of water and other factors. | 4-ESS1-1 |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND**
**3-5**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

*EL SCIENCE PERFORMANCE-BASED ASSESSMENT*

# EL Science

It is important to recognize that students who receive ESOL Services have equitable access to all instructional opportunities and activities offered to their peers. Their participation in core content with individualized accommodations, modifications, and supports makes it possible for them to do so. Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. All students are taught academic content for their enrolled grade level. Competencies for this population are the same as for students following the general education curriculum. However, the measurement tables for this population align to The Kansas Standards for English Learners. These standards create a foundation upon which successful English language instruction is built. The premise of these standards is supporting individual students to gain a level of proficiency with the English language that allows them to be highly successful in obtaining grade level academic standards in as short of time as possible. Both social English and academic English are required to attain mastery of the English language and of school success. These standards below frame expectations of "what students need to know and be able to do" from a level 1 to level 4 of English fluency and how that relates to a mastery level.

**Special Note:** These standards are grade banded and overarching. Some competencies are designed with the end in mind. Therefore, a student in 3rd -4th grade may be at a level 1 or 2, but is expected to progress to a level 3 or 4 by grade 5.

| Science | EL | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can read wordless picture books using expression with prompting and support. | A successful level 2 EL student can read decodable text with expression while relying on picture clues for accuracy and understanding with some prompting and support. | A successful level 3 EL student can read emergent-reader text with accuracy and expression while using context to confirm understanding with minimal prompting and support. | A successful level 4 EL student can read on-level texts with some purpose and understanding with accuracy, appropriate rate, and expression by rereading when necessary with minimal prompting and support. | EL. RF. 4 |
| A successful level 1 EL student can point to a picture or single word in response to a who or what text-dependent question. | A successful level 2 EL student can locate or give a detail from a simple text that answers a who, what, when, where text-dependent question. | A successful level 3 EL student can identify details in a text that answer explicitly who,what, when, where, why, how text-dependent questions. | A successful level 4 EL student can ask and answer (grade 3) identify (grade 4) provide (grade 5).details in a text that answers various explicit and implicit text-dependent questions. | EL.R.1 |
| A successful level 1 EL student can point to a picture or illustration depicting the point (claim) of a paragraph. | A successful level 2 EL student can match pictures depicting the particular point (claim) with one or more evidence pictures supporting the particular point (claim). Label each picture with a single word or phrase. | A successful level 3 EL student can identify the particular point (claim) and a supporting piece of evidence from the text. Explain why the evidence supports the particular point (claim). | A successful level 4 EL student can identify the particular point (claim) and two or more supporting pieces of evidence from the text. A successful student can explain why the evidence supports the particular point (claim). | EL.R. 8.3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
360
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 3-5**

EL SCIENCE PERFORMANCE-BASED ASSESSMENT

| Science | EL | | | |
|---------|----|----|----|----|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can point to a picture or illustration depicting the point (claim) of a paragraph | A successful level 2 EL student can match a picture depicting the particular point (claim) with one or more evidence pictures supporting the particular point (claim). Successful students can also label each picture with a single word or phrase. | A successful level 3 EL student can identify the particular point (claim) and a supporting piece of evidence from the text. The successful students explain why the evidence supports the particular point (claim). | A successful level 4 EL student can identify and distinguish between relevant and irrelevant evidence to support the particular point (claim) in a text and explain why or why not. | EL.R. 8.4 and 8.5 |
| A successful level 1 EL student can point to a picture or illustration depicting a particular word of a pair of multiple-meaning words (ex.verb run-to go quickly by moving legs rapidly, noun run-score in baseball) or draw an illustration and label one word of a pair of multiple-meaning words. | A successful level 2 EL student can point to a picture or illustration depicting a particular word of a pair of homophones (ex.rain and rein) or draw an illustration and label one word of a pair of homophones. | A successful level 3 EL student can utilize picture or context clues to determine definitions of multiple-meaning words and homophones. Consult references (digital/print) for pronunciation and definition clarification. Identify word parts (root, prefix, suffix) and their meanings. | A successful level 3 EL student can utilize picture or context clues to determine definitions of multiple-meaning words and homophones. Consult references (digital/print) for pronunciation and definition clarification. Identify word parts (root, prefix, suffix) and their meanings. | EL.R. 11 |
| A successful level 1 EL student can Produce pictures, label pictures, or create a simple sentence with support. | A successful level 2 EL student can write simple sentences utilizing pictures for a task or purpose with support. | A successful level 3 EL student can write routinely over extended time frames and for a shorter time through a range of disciplines (ex. journal, quick writes) for a task, purpose, or audience with some support. | A successful level 4 EL student can write reasonably polished pieces over extended time frames (time for research, reflection, and revision) and shorter time frames (a single sitting or a day or two) for a range of discipline-specific tasks, purposes, and audiences. | EL W. 12 |
| A successful level 1 EL student can nod for "yes" and "no", draw, and point with minimal comprehension or remain in silent period absorbing surroundings. | A successful level 2 EL student can produce one or two word responses or a simple sentence with limited comprehension. Follow rules for discussions. | A successful level 3 EL student can participate in dialogue and express ideas, especially with the help of sentence stems, word banks, etc. Follow rules for discussions. | A successful level 4 EL student can engage in conversations in a one-on-one setting or in a group in a prepared manner. Build on the ideas of others. Follow the rules of discussion. Ask questions for clarification. Make comments that contribute to the conversation. | EL. SL.1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**EL SCIENCE PERFORMANCE-BASED ASSESSMENT**

| Science | EL | | | |
|---|---|---|---|---|
| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
| A successful level 1 EL student can point to a picture or illustration depicting the point (claim) of a paragraph. | A successful level 2 EL student can match pictures depicting the particular point (claim) with one or more evidence pictures supporting the particular point (claim). Label each picture with a single word or phrase. | A successful level 3 EL student can identify the particular point (claim) and a supporting piece of evidence from the text. Explain why the evidence supports the particular point (claim). | A successful level 4 EL student can identify the particular point (claim) and two or more supporting pieces of evidence from the text. A successful student can explain why the evidence supports the particular point (claim). | EL.R. 8.3 |
| A successful level 1 EL student can nod for "yes" and "no", draw, and point to identify information or remain in silent period absorbing surroundings. | A successful level 2 EL student can speak simple sentences when relaying information with limited comprehension. | A successful level 3 EL student can produce basic comprehension of information presented in diverse media and formats. | A successful level 4 EL student can determine (grade 3) summarize (grade 4&5) information presented in diverse media and formats accurately. | EL. SL.2 |
| A successful level 1 EL student can nod for "yes" and "no", draw, and/ or point to domain-specific pictures repeating names of frequently used words or remain in silent period absorbing surroundings. | A successful level 2 EL student can acquire high-frequency words and names of common items found within surroundings. | A successful level 3 EL student can acquire and produce academic and domain-specific words regarding actions and emotions. | A successful level 4 EL student can acquire and use grade-appropriate academic and domain-specific words and phrases, regarding precise actions, emotions, or states of being basic to a particular topic. | EL. SL.8 |
| A successful level 1 EL student can point to a picture or illustration depicting the point (claim) of a paragraph. | A successful level 2 EL student can match pictures depicting the particular point (claim) with one or more evidence pictures supporting the particular point (claim). Label each picture with a single word or phrase. | A successful level 3 EL student can identify the particular point (claim) and a supporting piece of evidence from the text. Explain why the evidence supports the particular point (claim). | A successful level 4 EL student can identify the particular point (claim) and two or more supporting pieces of evidence from the text. A successful student can explain why the evidence supports the particular point (claim). | EL.R. 8.3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**3-5**

# Humanities

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **HGSS History** A successful student can use distinctions among fact and opinion of the same event and draw conclusions about how choices have consequences. | I can recall basic facts from memory and retell the topic of a story or informational text. | I can recall detailed facts from memory and retell the topic with details of a story or informational text. | I can demonstrate how facts support specific concepts or big ideas on the topic. | I can use multiple sources to interpret facts and demonstrate how the same event can be explained from more than one point of view. | Standard 1 Benchmark: 1.1, 1.2, 1.3, 1.4 |
| | I can identify an opinion in a story or informational text. | I can identify two or more opinions in a story or informational text. | I can demonstrate how opinions support specific concepts or big ideas on the topic. | I can use multiple sources to interpret opinions to demonstrate how the same event can be explained from more than one point of view. | |
| | I can identify a primary source. | I can explain why a source is a primary source. | I can categorize resources as primary or secondary related to a specific concept or topic. | I can categorize and evaluate primary and secondary resources and appropriately use them to build meaning around a concept or topic. | |
| | I can identify how a choices has a consequence. | I can explain two or more consequences to a choice. | I can demonstrate how a choice has multiple consequences. | I can use evidence to support how a choice has multiple consequences. | |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

**GRADE BAND**
**3-5**

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **HGSS** **Civics/** **Government** A successful student can distinguish the responsibilities and powers of government to explain how rules are created and recognize the responsibility of citizens in that society. | I can identify responsibilities of local government. | I can give examples of responsibilities of local government. | I can explain responsibilities of local government and the responsibilities of citizens in that local community. | I can justify responsibilities of local government and argue the responsibilities of citizens in a local community. | Standard 2 Benchmark: 2.4, 2.1 2.2, 2.3 |
| | | | | | |
| | I can identify an opinion in a story or informational text. | I can give examples of responsibilities of state government.. | I can explain responsibilities of state government and the responsibilities of citizens in that state. | I can justify responsibilities of state government and argue the responsibilities of citizens in that state. | |
| | I can identify my own nation. | I can give identify and give examples of responsibilities of national government. | I can explain responsibilities of national government and explain the responsibilities of citizens to the nation. | I can justify responsibilities of national government and argue the responsibilities of citizens in that nation. | |
| | I can explain how laws are created in a local government and give examples of local laws. | I can explain how laws are created in a state government and give examples of state laws. | I can explain how laws are created in a national government and give examples of national laws. | I can justify the responsibilities of citizens and how those responsibilities impact their freedoms. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**3-5**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **HGSS History** A successful student will analyze multiple perspectives, evaluate events, and investigate relationships to make a claim using evidence and arguments. | I can identify the perspective of a story or informational text. | I can identify multiple perspectives of a story or informational text. | I can demonstrate how different perspectives can relate to a specific event, concept or topic. | I can use multiple perspectives to interpret facts and demonstrate how the same event can be explained from more than one point of view. | Standard 3 Benchmark: 3.1, 3.2, 3.3, 3.4 |
| | I can identify the important information from an event. | I can identify the important information with details from an event. | I can evaluate the details from an event. | I can categorize use multiple sources to evaluate details from the same event. | |
| | I can identify a relationship between two events. | I can explain a relationship between events and how those events impact a society (identities, beliefs, practices). | I can use evidence to explain a relationship between events and how those events impact a society (identities, beliefs, practices). | I can use multiple sources to argue a relationship between events and their impact on a society (identities, beliefs, practices) with evidence to support my claim. | |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **HGSS** **Economics** A successful student will analyze multiple sources of economic information to demonstrate good economic decision-making skills and analyze and draw conclusions about continuity and change over time. | I can identify examples of resources (human capital, physical capital, natural resources) used to produce goods and services in my community. | I can identify examples of resources (human capital, physical capital, natural resources) used to produce goods and services in my state. | I can identify examples of resources (human capital, physical capital, natural resources) used to produce goods and services in a region. | I can compare resources (human capital, physical capital, natural resources) used to produce goods and services in regions. | Standard 4 Benchmark: 4.1, 4.2, 4.3, 4.4 |
| | I can describe the role of banks in an economy. | I can identify financial resources (loans, grants, taxes, wages, trade) in an economy. | I can explain the purpose of financial resources (loans, grants, taxes, wages, trade) in an economy. | I can compare the purpose of financial resources (loans, grants, taxes, wages, trade) in an economy. | |
| | I can identify good economic decision making skills. | I can explain how good economic decision making skills change over time. | I can demonstrate how good economic decision making skills change over time. | I can explain the effect of increasing economic interdependence in regions/nations. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 3-5**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **HGSS Geography** <br><br> A successful student can use geographic information to observe, explore and compare human and physical characteristics and their relationship to the region. | I can use a map/globe to locate physical and political locations in my school/community. | I can use a map/globe to locate and explain physical and political locations in my community/state. | I can use a map/globe to locate and explain physical and political features of national regions. | I can use a map/globe to compare physical and political features of different geographic locations. | Standard 5: Benchmark: 5.1, 5.2, 5.3, 5.4 |
| | I can identify how my school/community is supported by our local human and physical characteristics. | I can explain how my community/state is supported by our local human and physical characteristics. | I can explain how a region is supported by human and physical characteristics. | I can analyze how a region is supported by human and physical characteristics. | |
| | I can explain why a school changes over time. | I can explain why a community/state changes over time. | I can explain why a nation changes over time. | I can analyze changes of a region over time. | |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **HGSS History Extension**<br><br>A successful student can use distinctions among fact and opinion from multiple sources in response to compelling questions to investigate and connect examples of choices and consequences with contemporary issues. | I can gather relevant facts and opinions from sources to answer a compelling question. | I can gather relevant facts and opinions from sources to answer a compelling question. | I can demonstrate how facts and opinions support specific concepts or big idea on a topic to support a compelling question. | I can use multiple sources to identify facts and opinions which explain specific concepts or big ideas on the topic or to support a compelling question. | Standard 1 Benchmark: 1.1, 1.2, 1.3, 1.4 |
|  | I can gather relevant information to support a relationship between a historical and a contemporary event. | I can gather relevant information to support a relationship between a historical and a contemporary event. | I can demonstrate how facts and opinions support a relationship between a historical and a contemporary event. | I can use evidence to support a relationship between a historical and a contemporary event. |  |

*Clerk of the District Court, Johnson County Kansas*<br>*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 3-5**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **HGSS Civics/ Government Extension** <br><br> A successful student can use a range of democratic procedures to identify common problems or needs within a school/community to draw conclusions and evaluate the rights and responsibilities of people living in societies. | I can identify a democratic procedure. | I can give examples of a democratic procedure. | I can explain and use a democratic procedure. | I can justify democratic procedures. | Standard 2 Benchmark: 2.4, 2.1 2.2, 2.3 |
| | I can identify a problem or need in my school. | I can identify a problem or need in my community. | I can explain a problem or need in my school/ community. | I can explain a problem in my state/nation. | |
| | I can identify a possible solution to a problem or need in my school. | I can identify a possible solution to a problem or need in my community. | I can explain and evaluate a possible solution to a problem or need in my school/community. | I can explain and evaluate a possible solution to a problem or need in my state/nation. | |
| | I can explain the responsibilities of students to solve a problem in my school. | I can explain the responsibilities of citizens to solve a problem in my community. | I can evaluate the rights and responsibilities of citizens to solve a problem in my school/ community. | I can evaluate the rights and responsibilities of citizens to solve a problem in my state/ nation. | |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

309

GRADE BAND
**3-5**

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **HGSS History Extension**<br><br>A successful student can gather relevant information from multiple sources and organize the information to describe relationships between historical and contemporary events. | I can gather relevant facts and opinions from sources to answer a compelling question. | I can gather relevant facts and opinions from sources about a historical and contemporary event. | I can use evidence from multiple sources to explain a relationship between a historical event and a current event. | I can evaluate primary and secondary resources and appropriately use them as evidence to support a relationship between a historical and a contemporary event. | Standard 3 Benchmark: 3.1, 3.2, 3.3, 3.4 |
| | I can identify a relationship between a historical and a contemporary event. | I can gather relevant information to support a relationship between a historical and a contemporary event. | I can use evidence from multiple sources to explain a relationship between a historical event and a current event. | I can evaluate primary and secondary resources and appropriately use them as evidence to support a relationship between a historical and a contemporary event. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**3-5**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **HGSS Economic Extension**<br><br>A successful student will analyze multiple sources of economic information to explain the characteristics of a market economy and the impact on individuals and communities to connect continuity and change to a contemporary issue. | I can describe terms (buyer, seller, product, service) related to a market economy. | I can give examples of relationships (buyer, seller, product, service, supply, demand, investment) related to a market economy. | I can explain relationships (buyer, seller, product, service, supply, demand, investment) related to a market economy. | I can analyze relationships (buyer, seller, product, service, supply, demand, investment) related to a market economy. | Standard 4 Benchmark: 4.1, 4.2, 4.3, 4.4 |
| | I can identify jobs within a market economy. | I can give examples of inflation, deflation and unemployment related to a market economy. | I can explain inflation, deflation and unemployment related to a market economy. | I can analyze inflation, deflation and unemployment related to a market economy. | |
| | I can identify a change in my local economy. | I can identify a change in my state economy. | I can identify a change in my national economy. | I can analyze a change in economy. | |
| | I can use economic information to identify changes causing a local issue today. | I can use economic information to explain changes causing a local/state issue today. | I can use economic information to identify changes causing a national issue today. | I can use economic information to identify changes causing a world issue today. | |

**HUMANITIES PERFORMANCE-BASED ASSESSMENT**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **HGSS Geography Extension**<br><br>A successful student can use geographic information to investigate and connect relationships of human and physical characteristics to contemporary issues. | I can compare maps of my school from past and present to identify changes. | I can compare maps of my community/state from past and present to identify changes. | I can compare maps of my nation from past and present to identify changes. | I can analyze changes of maps from past and present. | Standard 5: Benchmark: 5.1, 5.2, 5.3, 5.4 |
| | I can identify how humans have an impact on the physical area of my school. | I can explain how humans have an impact on the physical area of my community/state. | I can explain how humans have an impact on the physical area of my nation. | I can analyze how humans have an impact on the physical area of regions. | |
| | I can identify how cultural and environmental characteristics cause change over time in my school. | I can explain how cultural and environmental characteristics cause change over time in my community/state. | I can explain how cultural and environmental characteristics cause change over time in my nation. | I can analyze how cultural and environmental characteristics cause change over time in an area. | |
| | I can identify how human movement and use of natural resources cause change over time in my school. | I can explain how human movement and use of natural resources cause change over time in my community/state. | I can explain how human movement and use of natural resources cause change over time in my nation. | I can analyze how human movement and use of natural resources cause change over time in a region. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 3-5**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA**<br>**Writing**<br>A successful student can communicate their opinions in writing and give reasons and information to support their point of view. | I can determine the difference between fact and opinion. | I can determine the difference between fact and opinion in independent sentences. | I can determine the difference between fact and opinion in a written piece. | I can determine the difference between fact and opinion and extend these in my written work. | W.3.1,W.4.1,W.5.1 |
| | I can write an opinion topic sentence. | I can write an opinion topic sentence with one supporting detail and/or reason. | I can write an opinion piece, supporting my point of view with reasons and information. | I can write an opinion piece supporting my point of view, reasons, and information with credible sources as references. | |
| | I can write a topic sentence supporting an opinion. | I can introduce a topic by stating an opinion. | I can clearly introduce a topic by stating an opinion that has a clear introduction and is well organized. | I can clearly introduce a topic organizing the topic with clear reasons and relevant evidence. | |
| | I can provide reasons to support an opinion. | I can support an opinion with supporting details using words and phrases. | I can support an opinion with clear supporting details by using words, phrases, and clauses. | I can support an opinion with clear transitions and a formal style that uses phrases and clauses to clarify relationships. | |
| | I can write a concluding statement. | I can provide a concluding statement which supports the opinion. | I can provide a concluding statement related to stated opinion. | I can maintain a formal style of writing that supports the claims of the opinion. | |
| **EL** | | | | | |
| | A successful level 1 EL student can write simple words, copied or adapted from a model with guidance and support. | A successful level 2 EL student can write simple sentence patterns with guidance and support. | A successful level 3 EL student can produce writing that supports grammatical structures and basic conventions with some guidance and support. | A successful level 4 EL student can produce writing that includes organization with a developing range of sentence patterns, conventions, and vocabulary with minimal guidance and support. | Writing Standard 4, grades 3 and 4 |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

Clerk of the District Court, Johnson County Kansas
05/03/21  01:39pm MM

**GRADE BAND**
**3-5**

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA**<br>**Writing**<br><br>A successful student can write to inform/explain and express themselves clearly. | I can create a written piece that has a topic supported by illustrations. | I can create a written piece that has a topic with supporting details. | I can create a written piece by developing a topic with facts and concrete details. | I can create a written piece that supports the topic with facts, definitions and concrete details. | W.3.2, W.4.2, W.5.2 |
| | I can use linking words to connect ideas in written work. | I can create a written piece that links ideas using words and phrases. | I can create a written piece that links ideas and information using words, phrases, and clauses. | I can create a written piece that uses appropriate transitions to clarify ideas. | |
| | I can create a written piece that connects ideas on a topic. | I can create a written piece with precise language to explain a topic. | I can create a written piece with precise language and vocabulary to inform or explain about the topic. | I can create a written piece with precise language and domain specific vocabulary to explain the topic. | |
| | I can create a written piece that provides a concluding statement. | I can create a written piece that provides a concluding statement on the information presented. | I can create a written piece that provides a concluding statement related to the information presented. | I can create a written piece with a concluding statement within a section that follows the information presented. | |
| **EL** | | | | | |
| | A successful level 1 EL student can write simple words, copied or adapted from a model with guidance and support. | A successful level 2 EL student can write simple sentence patterns with guidance and support. | A successful level 3 EL student can produce writing that supports grammatical structures and basic conventions with some guidance and support. | A successful level 4 EL student can produce reasonably clear and coherent writing in which the development and organization are appropriate to task, purpose and audience. | Writing Standard 4, grade 5 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

**GRADE BAND 3-5**

**HUMANITIES PERFORMANCE-BASED ASSESSMENT**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA Writing** A successful student can narrate real or imagined events by describing details and in a clear sequence. | I can create a written piece to narrate a real or imagined event using descriptive details and a clear sequence. | I can create a written piece to narrate a real or imagined event using descriptive details and a clear sequence. | I can orient the reader by introducing the narrator and/or characters. | I can orient and engage the reader by conveying information about well-developed characters or narrator. | W.3.3, W.4.3, W.5.3 |
| | I can introduce the narrator and/or characters. | I can introduce the narrator and/or characters. | I can create a written piece that links ideas and information using words, phrases, and clauses. | I can create a written piece that supports the topic with facts, definitions and concrete details. | |
| | I can use dialogue and describe actions, thoughts, and feelings of characters to show their response to situations. | I can use dialogue and describe actions, thoughts, and feelings of characters to show their response to situations. | I can use narrative techniques such as dialogue, description, and pacing, to develop experiences and events or show the responses of characters to situations. | I can use narrative techniques such as dialogue, description, and pacing to portray well-developed characters that captivate readers' attention and interest. | |
| | I can use temporal words and phrases to signal event order in a narrative. | I can use a variety of transitional words and phrases to signal sequence of events. | I can use a variety of transitional words and phrases to signal sequence of events. | I can combine ideas and indicate passage of time using transitional words and phrases. | |
| **EL** | | | | | |
| | A successful level 1 EL student can write simple words, copied or adapted from a model with guidance and support. | A successful level 2 EL student can write simple sentence patterns with guidance and support. | A successful level 3 EL student can produce writing that supports grammatical structures and basic conventions with some guidance and support. | A successful level 4 EL student can produce reasonably clear and coherent writing in which the development and organization are appropriate to task, purpose and audience. | Writing Standard 4, grade 5 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**3-5**

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA** Speaking and Listening <br><br> A successful student can engage effectively in discussions with diverse partners.. | I can engage in discussions (one-on-one, in groups, and teacher led) with diverse partners on grade 3 topics and texts. | I can engage in discussions (one-on-one, in groups, and teacher led) with diverse partners on grade 4 topics and texts. | I can engage in discussions (one-on-one, in groups, and teacher led) with diverse partners on grade five topics and texts. | I can integrate interpersonal, intrapersonal, and cognitive skills to effectively collaborate in conversations with diverse partners. | SL 3.1, SL 4.1, SL 5.1 |
| | I can express ideas clearly and build on others' ideas. | I can express ideas clearly and build on others' ideas. | I can express ideas clearly and build on others' ideas. | I can build on to or respectfully challenge another's viewpoint. | |
| | I can prepare for discussions by reading or studying required material. | I can prepare for discussions by reading and studying required material. | I can prepare for discussions by organizing my time by reading or studying required material prior to group work. | I can organize tasks and manage time to ensure that I am prepared for discussions by reading and studying the reading material. | |
| | I can use information from the reading and other information that I know to explore the ideas being discussed. | I can follow agreed upon rules for discussions | I can follow agreed-upon rules for discussions and carry out assigned roles. | I can use self- and social-awareness to productively and effectively engage in conversations. | |
| | I can follow agreed-upon rules for discussions (e.g., gaining the floor in respectful ways, listening to others with care, speaking one at a time about the topics and texts under discussion). | I can respond to specific questions to clarify or follow up on information, and make comments that contribute to the discussion and link to the remarks of others. | I can pose and respond to specific questions to clarify or follow up on information, and make comments that contribute to the discussion and link to the remarks of others. | I can request and give clarification and elaboration and build on to or challenge another's idea. | |

*Clerk of the District Court, Johnson County Kansas* <br> *05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 3-5**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA Speaking and Listening– Extended**<br><br>A successful student can speak clearly and understandably, in an organized manner; and give pertinent details while orally reporting on a topic, telling a story, or sharing about an experience. | I can report on a topic in an organized manner. | I can report on a topic or text, tell a story or recount an experience in an organized manner. | I can develop a logical argument on a topic or text in an organized manner. | I can synthesize a logical argument on a topic or text in an organized manner. | SL.4.4 |
| | I can focus on details to support main ideas or themes while reporting on a topic, telling a story or recounting an experience. | I can use appropriate facts and relevant, descriptive details to support main ideas or themes while reporting on a topic, telling a story or recounting an experience. | I can cite facts and descriptive details to support main ideas or themes while reporting on a topic, telling a story or recounting an experience. | I can cite facts in a logical sequence and add develop details to support main ideas or themes while reporting on a topic, telling a story or recounting an experience. | |
| | I can speak clearly at an understandable pace when speaking for a variety of purposes. | I can speak clearly at an understandable pace when speaking for a variety of purposes. | I can speak using appropriate volume, enunciation, and rate for a variety of purposes. | I can incorporate common public speaking norms when speaking for a variety of purposes. | |
| **EL** | | | | | |
| | A successful level 1 EL student can draw or point to pictures to describe familiar people, places, things and/or events or remain in silent period absorbing surroundings. | A successful level 2 EL student can produce one/two words or phrases to give a presentation or to give with a partner in a presentation. | A successful level 3 EL student can produce complete sentences with some organization, details and reasoning present. | A successful level 4 EL student can report on a topic or text, tell a story, or recount an experience in an organized manner, using some facts and details to support main ideas or themes; speaking clearly at an understandable pace | Speaking and Listening Standard 4, grade 4 |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*<br>*05/03/21  01:59pm MM*

**GRADE BAND**
# 3-5

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA Reading Literature**<br><br>A successful student can ask and answer questions, draw inferences and refer to details and examples in a text to demonstrate understanding of the text. | I can ask and answer questions to demonstrate understanding of text. | I can refer to details in a text to ask and answer key detail questions. | I can quote accurately when explaining what the text says explicitly. | I can evaluate quotes accurately when defending a text. | RL.3.1, RL.4.1, RL.5.1 |
| | I can explicitly refer to text for answers to better understand the text. | I can identify the location of an answer in text. | I can draw inferences in a text using background knowledge and the text. | I can cite text evidence to draw inferences and analyze a text. | |
| | I can construct questions about text using who, what, when, where, and why questions. | I can use text and text features to ask and answer key detail questions. | I can refer to the details of text when making inferences. | I can cite specific textual evidence when writing or speaking to support conclusion drawn from text. | |
| **EL** | | | | | |
| | A successful level 1 EL student can respond to or ask a who or what text-dependent question by pointing to a picture or single word. | A successful level 2 EL student can ask or answer a who, what, when, where text-dependent question by locating or giving a detail from a simple text. | A successful level 3 EL student can Identify details in a text which prompt a clarifying question and/or answer explicit who, what, when, where, why, how text-dependent questions. | A successful level 4 EL student can ask and answer various explicit text-dependent questions by citing specific textual evidence. In fourth grade, the student can also answer implicit text dependent questions by citing specific textual evidence. | Reading Standard 1, grades 3 and 4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 3-5**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA Reading Literature**  A successful student can determine the central message, moral or theme and be able to form a summary of the text. | I can recount stories using pictures, photographs or illustrations to answer questions. | I can describe the theme of a story, drama or poem using details from text. | I can determine theme of story, drama or poem using key details from the text. | I can analyze the theme of a story, drama or poem using key details from the text. | RL 3.2, RL 4.2, RL 5.2 |
| | I can state how characters in a story or drama respond to challenges or how a poem reflects a topic. | I can explain how characters in a story or drama respond to challenges or how a poem reflects a topic. | I can distinguish how characters in a story or drama respond to challenges or how a poem reflects a topic. | I can assess how characters in a story or drama respond to challenges or how a poem reflects a topic. | |
| | I can recount key details of text. | I can construct the key details of text. | I can summarize key details of text. | I can analyze key details from text. | |
| | I can create a storyboard or drawing to show understanding of key details in text. | I can work with peers or independently to determine important key details for a summary. | I can select the key details in text to create a summary. | I can analyze how key details impact the central idea of text. | |
| **EL** | | | | | |
| | A successful level 1 EL student can respond to or ask a who or what text-dependent question by pointing to a picture or single word. | A successful level 2 EL student can answer a text-dependent who, what, when, where, or why question by locating and/or give a detail or a logical conclusion from a simple text. | A successful level 3 EL student can answer explicit text-dependent who, what, when, where, why, and how questions by identifying details and/ or logical conclusions in a text. | A successful level 4 EL student can answer various explicit and implicit text-dependent questions by providing textual evidence. | Reading Standard 1, grade 5 |

**HUMANITIES PERFORMANCE-BASED ASSESSMENT**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA Reading Literature** <br> A successful student can compare and contrast the point of view of narrators or speakers in a text and its impact on the text | I can distinguish the author's point of view from my own in literature. | I can compare and contrast two perspectives from the same event or topic in literature. | I can describe how point of view influences the description of events in literature. | I can analyze point of view and its impact on text in literature. | RL 4.6, RL 5.6 |
| | I can understand what impacts point of view in literature. | I can explain how the point of view affects perspective of the topic or event in literature. | I can understand what impacts point of view in literature. | I can explain how point of view is developed in literature. | |
| | I can compare and contrast my point of view from the author's point of view in literature. | I can explain why the author wrote a text. | I can infer the author's reason for writing a text. | I can explain how the author's point of view is conveyed in text. | |
| **EL** | | | | | |
| | A successful level 1 EL student can sit and listen to a short, simple read-aloud with prompting and support. | A successful level 2 EL student can sit and listen to literary and informational read-alouds with some prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with some purpose and understanding with minimal prompting and support. | A successful level 4 EL student can read and comprehend quality informational text, dramas, prose and poetry at the lower range of the grade-level band of quantitative and qualitative complexity for Grade 3. | Reading Standard 13, grade 3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

GRADE BAND
**3-5**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA Reading Literature** A successful student will read and comprehend high quality prose and poetry on grade level. | I can read high quality dramas, prose and poetry on grade level. | I can read and comprehend high quality dramas, prose and poetry on grade level. | I can read, comprehend, and analyze high quality dramas, prose and poetry on grade level. | I can read, comprehend, and interpret high quality dramas, prose and poetry on or above grade level. | RL.3.13, RL.4.13, RL.5.13 |
| | I can read increasingly complex literary text. | I can read and comprehend increasingly complex text. | I can select, read and comprehend increasingly complex grade-level text. | I can select, read and comprehend increasingly complex text above grade level. | |
| **EL** | | | | | |
| | A successful level 1 EL student can sit and listen to a short, simple read-aloud with prompting and support. | A successful level 2 EL student can sit and listen to literary and informational read-alouds with some prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with comprehension of on-level literary and informational text with some prompting and support. | A successful level 4 EL student can read and comprehend literary and informational text at the lower range of the grade-level band of quantitative and qualitative complexity for Grade 4 or 5 | Reading Standard 13, grades 4 and 5 |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA Reading Literature– Extended**<br><br>A successful student can compare and contrast the treatment of similar themes and topics and patterns and events in multicultural literature. | I can recount stories using pictures, photographs or illustrations to answer questions. | I can describe the theme of a story, drama or poem using details from text. | I can determine theme of story, drama or poem using key details from the text. | I can analyze the theme of a story, drama or poem using key details from the text. | RL 4.9 |
| | I can state how characters in a story or drama respond to challenges or how a poem reflects a topic. | I can explain how characters in a story or drama respond to challenges or how a poem reflects a topic. | I can compare and contrast the treatment of similar themes in multicultural literature. | I can evaluate the treatment of similar themes and topics in multicultural literature.. | |
| | I can recount key details of text. | I can determine similar patterns of events from different cultures. | I can compare and contrast the patterns and events in stories from different cultures. | I can evaluate and expand on the patterns and events in stories from different cultures. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**3-5**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA Reading Foundation Skills**<br><br>A successful student can apply knowledge of affixes, syllabication Latin roots and phonics to decode unknown words. | I can use phonics skills to decode multisyllabic words. | I can use phonics skills to break words into parts for decoding unfamiliar multisyllabic words. | I can determine theme of story, drama or poem using key details from the text. | I can apply grade-level phonics in decoding unfamiliar multisyllabic words in and out of context. | RF 3.3, RF 4.3, RF 5.3 |
| | I can use word analysis skill of grade-level letter sound correspondences to decode unfamiliar multisyllabic words. | I can use word analysis skills of letter-sound correspondence and syllabication to decode unfamiliar multisyllabic words. | I can distinguish how characters in a story or drama respond to challenges or how a poem reflects a topic. | I can use word analysis skills of morphology, syntax and syllabication to decode unknown multisyllabic words. | |
| | I can decode grade level Latin roots and affixes. | I can construct the key details of text. | I can use Latin roots and affixes to understand grade level multisyllabic words in and out of context. | I can use and apply syllabication patterns and morphology to read accurately multisyllabic words in and out of context. | |
| | I can decode grade-level irregularly spelled words. | I can work with peers or independently to determine important key details for a summary. | I can define grade-level irregularly spelled words using my knowledge of affixes and roots. | I can use knowledge of word patterns and syllabication to read, spell, and define grade level irregularly spelled words. | |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| ELA Reading Foundation Skills | | | | | |
| EL | | | | | |
| | A successful level 2 EL student can recognize common consonant and vowel digraphs by selecting corresponding printed ones; decode by blending phonemes and recognize high frequency words within simple text with support; identify the number of syllables in a single word by clapping for each vowel sound; and select correct inflectional endings for roots (-ed, -ing, -s) with support. | A successful level 2 EL student can recognize common consonant and vowel digraphs by selecting corresponding printed ones; decode by blending phonemes and recognize high frequency words within simple text with support; identify the number of syllables in a single word by clapping for each vowel sound; and select correct inflectional endings for roots (-ed, -ing, -s) with support. | A successful level EL student can apply knowledge of all letter-sound correspondences with minimal support; change word meaning by selecting appropriate grade-level common prefixes and derivational suffixes for roots with minimal support; identify inconsistent but common spelling-sound correspondences (ai,ay, eigh, ea) with support; and read unfamiliar multisyllabic words accurately in context and out of context with support] | A successful level 4 EL student can employ grade-level phonics and word analysis skills in decoding words within grade-level literal and abstract text with little to no support; change word meaning by applying appropriate grade-level affixes, including Latin suffixes (ible, able, ation) to roots with little to no support; and read unfamiliar multisyllabic words accurately in context and out of context without support. | Reading Standard 13, grade 3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 3-5**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA Reading Foundation Skills**<br><br>A successful student can determine main idea, explain key details and summarize text. | I can determine main idea in informational text. | I can explain main idea in informational text. | I can identify two or more main ideas of a text. | I can justify main ideas of informational text. | RI 3.2, RI 4.2 |
| | I can identify key details of informational text. | I can explain key details of informational text. | I can determine key details of informational text. | I can examine key details of informational text. | |
| | I can summarize informational text with one supporting detail in informational text. | I can complete a summary of informational text with two supporting details. | I can create a summary of informational text with many supporting details. | I can interpret the summary of informational text, which includes supporting details. | |
| **EL** | | | | | |
| | A successful level 1 EL student can sit and listen to a short, simple read-aloud with prompting and support. | A successful level 2 EL student can sit and listen to literary and informational read-alouds with some prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with some purpose and understanding with minimal prompting and support. | A successful level 4 EL student can read and comprehend quality informational text, dramas, prose and poetry at the lower range of the grade-level band of quantitative and qualitative complexity for Grade 3. | Reading Standard 13, grade 3 |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA Reading Informational Text**<br><br>A successful student can refer to the text when explaining and inferring to demonstrate understanding of the text. | I can construct questions using who, what, where, when and why. | I can use text and text features to ask and answer key detail questions. | I can identify locations in text to answer text specific questions. | I can refer to a text to support ideas and assumptions when writing or speaking. | RI 3.1, RI, 4.1, RI 5.1 |
|  | I can identify the location of the answer in the text. | I can use the text to make an inference. | I can use background knowledge and text to make an inference. | I can explain the definition of inference and the process of making an inference. |  |
| **EL** |  |  |  |  |  |
|  | A successful level 1 EL student can respond to or ask a who or what text-dependent question by pointing to a picture or single word. | A successful level 2 EL student can ask or answer a who, what, when, where text-dependent question by locating or giving a detail from a simple text. | A successful level 3 EL student can identify details in a text which prompt a clarifying question and/or answer explicit who, what, when, where, why, how text-dependent questions. | A successful level 4 EL student can ask and answer various explicit text-dependent questions by citing specific textual evidence. In 4th grade, the student can also answer implicit text dependent questions by citing specific textual evidence. | Reading Standard 1, grades 3 and 4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 3-5**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA Reading Foundation Skills** <br><br> A successful student can determine main idea, explain key details and summarize text. | I can determine main idea in informational text. | I can explain main idea in informational text. | I can identify two or more main ideas of a text. | I can justify main ideas of informational text. | RI 3.2, RI 4.2 |
| | I can identify key details of informational text. | I can explain key details of informational text. | I can determine key details of informational text. | I can examine key details of informational text. | |
| | I can summarize informational text with one supporting detail in informational text. | I can complete a summary of informational text with two supporting details. | I can create a summary of informational text with many supporting details. | I can interpret the summary of informational text, which includes supporting details. | |
| **EL** | | | | | |
| | A successful level 1 EL student can respond to or ask a who or what text-dependent question by pointing to a picture or single word. | A successful level 2 EL student can ask or answer a who, what, when, where text-dependent question by locating or giving a detail from a simple text. | A successful level 3 EL student can identify details in a text which prompt a clarifying question and/or answer explicit who, what, when, where, why, how text-dependent questions. | A successful level 4 EL student can ask and answer various explicit text-dependent questions by citing specific textual evidence. In 4th grade, the student can also answer implicit text dependent questions by citing specific textual evidence. | Reading Standard 1, gradse 3 and 4 |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA Reading Informational Text**<br><br>A successful student can determine main idea, explain key details and summarize text. | I can understand the difference between compare and contrast. | I can integrate information on topic to speak or write on the subject knowledgeably. | I can integrate information from several texts to speak or write on subject knowledgeably. | I can interpret and evaluate information from multiple text and speak or write knowledgeably about the subject. | RI 3.2, RI 4.2 |
| | I can understand how to compare and contrast key details. | I can integrate a key detail on topic to speak or write on the subject knowledgeably. | I can integrate key details from several texts to speak or write on subject knowledgeably. | I can interpret and evaluate key details from multiple text and speak or write knowledgeably about the subject. | |
| | I can compare and contrast text on the same topic. | I can categorize key details from two texts to compare and contrast. | I can compare and contrast texts in order to combine information. | I can articulate the similarities and differences between the same event by different authors for better understanding. | |
| **EL** | | | | | |
| | A successful level 1 EL student can sit and listen to a short, simple read-aloud with prompting and support. | A successful level 2 EL student can sit and listen to literary and informational read-alouds with some prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with comprehension of on-level literary and informational text with some prompting and support. | A successful level 4 EL student can read and comprehend literary and informational text at the lower range of the grade-level band of quantitative and qualitative complexity for grades 4 or 5. | Reading Standard 13, grades 4 and 5 |

388

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND**
**3-5**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA** **Reading** **Informational** **Text** A successful student can read and comprehend grade-level informational text. | I can read grade-level informational text. | I can read and comprehend grade-level informational text. | I can read and comprehend grade-level complex informational text. | I can read and comprehend above grade-level complex informational text. | RI.3.13, RI.4.13, RI.5.13 |
|  | I can understand the meaning of informational text. | I can interpret meaning from informational text. | I can interpret meaning from a variety of informational text. | I can interpret meaning from a variety of high-level informational text. |  |
| **EL** |  |  |  |  |  |
|  | A successful level 1 EL student can sit and listen to a short, simple read-aloud with prompting and support. | A successful level 2 EL student can sit and listen to literary and informational read-alouds with some prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with comprehension of on-level literary and informational text with some prompting and support. | A successful level 4 EL student can read and comprehend literary and informational text at the lower range of the grade-level band of quantitative and qualitative complexity for grades 4 or 5. | Reading Standard 13, grades 4 and 5 |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA Reading Informational Text – Extended**<br><br>A successful student can explain relationships or interactions based on specific information in historical, scientific or technical text. | I can use language that relates to time or sequence with describing relationships. | I can use time sequence, cause and effect cue words. | I can identify and use time, sequence, and cause/effect cue words when explaining connected relationships. | I can explain the use of time, sequence, and cause/effect cue words when explaining connected relationships. | RI 5.3 |
| | I can describe the relationship between a series of historical events or scientific ideas. | I can explain what happened and why in a historical, scientific, or technical text. | I can understand the differences and structures associated with historical, scientific, and technical text. | I can use close reading strategies to identify key individuals, events, or ideas in informational text. | |
| | I can use digital tools to create a timeline explaining the connection between related historical events. | I can describe the connection between a series of historical events or scientific ideas. | I can understand the differences and structures associated with historical, scientific, and technical texts. | I can extract meaning and purpose from informational text by analyzing its structure and organization. | |
| | I can describe the technical steps or procedures in text. | I can describe the connection between two individuals in text. | I can describe and explain the connection between two or more individuals in text. | I can compare and contrast connections between two or more individuals in text. | |
| **EL** | | | | | |
| | A successful level 1 EL student can sit and listen to a short, simple read-aloud with prompting and support. | A successful level 2 EL student can sit and listen to literary and informational read-alouds with some prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with comprehension of on-level literary and informational text with some prompting and support. | A successful level 4 EL student can read and comprehend literary and informational text at the lower range of the grade-level band of quantitative and qualitative complexity for grades 4 or 5. | Reading Standard 13, grades 4 and 5 |

GRADE BAND
**3-5**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA Reading Informational Text – Extended**<br><br>A successful student can describe the overall structure of events, ideas, concepts, or information in text.. | I can use text features and search tools (e.g., key words, sidebars, hyperlinks) to locate information relevant to a given topic. | I can select effective tools to locate information relevant to a given topic. | I can justify the most effective tools to use to locate information relevant to a given topic. | I can model the use of effective tools to use to locate information relevant to a given topic. | RI.4.5 |
| | I can understand text structure in informational text. | I can identify text structure in informational text. | I can use text structure to understand informational text. | I can optimize the use of text structures that enhance comprehension of informational text. | |
| | I can understand how the authors uses text features to organize text. | I can determine why the author chose a specific text structure. | I can relate specific text structures to author's purpose. | I can explain the use of specific text structures to author's purpose. | |
| **EL** | | | | | |
| | A successful level 1 EL student can sit and listen to a short, simple read-aloud with prompting and support. | A successful level 2 EL student can sit and listen to literary and informational read-alouds with some prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with comprehension of on-level literary and informational text with some prompting and support. | A successful level 4 EL student can read and comprehend literary and informational text at the lower range of the grade-level band of quantitative and qualitative complexity for grades 4 or 5. | Reading Standard 13, grades 4 and 5 |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

**GRADE BAND 3-5**

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA Reading Informational Text – Extended** A successful student can compare and contrast multiple accounts of an event or topict. | I can distinguish my point of view from that of the author of a text. | I can compare and contrast first and secondhand account of the event or topic. | I can analyze multiple accounts of same events or topics. | I can assess multiple accounts of events or topics. | RI 4.6,5.6 |
| | I can understand the differences in information. | I can describe the differences of information provided. | I can note similarities and differences in point of view. | I can analyze similarities and differences in point of view. | |
| | I can recognize the same event told from different perspectives. | I can compare the same event told from different perspectives. | I can compare and contrast the same event told from different perspectives. | I can elaborate on the differences of the same event told from different perspectives. | |
| **EL** | | | | | |
| | A successful level 1 EL student can sit and listen to a short, simple read-aloud with prompting and support. | A successful level 2 EL student can sit and listen to literary and informational read-alouds with some prompting and support. | A successful level 3 EL student can actively engage in individual or group readings with comprehension of on-level literary and informational text with some prompting and support. | A successful level 4 EL student can read and comprehend literary and informational text at the lower range of the grade-level band of quantitative and qualitative complexity for grades 4 or 5. | Reading Standard 13, grades 4 and 5 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 3-5**

# STEAM

A successful student can demonstrate proficiency with engineering skills by using the Engineering Design Process to explore and test possible solutions to a problem with limited materials and resources (constraints) and specific criteria in mind.

## STEAM

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| I can organize the steps of the engineering design process. | I can explain the engineering design process. | I can define a simple design problem reflecting a need or a want that includes specified criteria for success and constraints on materials, time or cost. | I can justify using the engineering design process to answer a question. | 3-5-ETS1-1; 3-5-ETS1-2; 3-5-ETS1-3 |
| I can identify criteria and constraints. | I can explain criteria and constraints. | I can generate and compare multiple possible solutions to a problem based on how well each is likely to meet the criteria and constraints of the problem. | I can analyze the best solution to a problem within constraints and using set criteria. | |
| I can identify variables. | I can identify failure points. | I can plan and carry out fair tests in which variables are controlled and failure points are considered to identify aspects of a model or prototype that can be improved. | I can justify the best solution to a problem. | |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**3-5**

STEAM PERFORMANCE-BASED ASSESSMENT

## Structures and Properties of Matter:

A successful student can explore how any type of matter can be divided into small particles too small to be seen, but still exist, and how measurements of properties can be used to identify materials, even when mixed or changed.

**STEAM**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can organize the steps of the engineering design process. | I can explain the engineering design process. | I can develop a model to describe that matter is made of particles too small to be seen. | I can evaluate matter. | 5-PS1-1; 5-PS1-2; 5-PS1-3; 5-PS1-4 |
| I can identify criteria and constraints. | I can explain criteria and constraints. | I can measure and graph quantities to provide evidence that regardless of the type of change that occurs when heating, cooling, or mixing substances, the total weight of matter is conserved. | I can analyze and compare graphs. | |
| I can identify variables. | I can identify failure points. | I can make observations and measurements to identify materials based on their properties. | I can analyze properties of materials. | |
| I can identify variables. | I can identify failure points. | I can plan and carry out fair tests in which variables are controlled and failure points are considered to identify aspects of a model or prototype that can be improved. | I can evaluate matter. I can justify the best solution to a problem. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND**
**3-5**

## Forces and Interactions:

A successful student can explore how forces act on objects with strength and direction and can be measured. A successful student can explore how electric and magnetic forces affect objects within contact or not in contact at all, and how the gravitational force of the Earth pulls objects.

**STEAM**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| I can identify the differences between balanced and unbalanced forces on an object. | I can explain the difference between balanced and unbalanced forces on an object. | can plan and conduct an investigation to provide evidence of the effects of balanced and unbalanced forces on the motion of an object. | can graph and analyze the results of an investigation involving balanced and unbalanced forces on an object's motion. | 3-PS2-1; 3-PS2-2; 3-PS2-3; 3-PS2-4; 5-PS2-1 |
| I can observe an object's motion. | I can measure an object's motion. | I can make observations and/or measurements of an object's motion to provide evidence that a pattern can be used to predict future motion. | I can graph and analyze the results of repeated observations and measurements of an object's motion to predict future motion. | |
| I can use magnetic or electric forces on two objects that are not in contact with each other. | I can describe the interactions of two objects that are not in contact but have electric or magnetic forces on them. | I can ask questions to determine cause and effect relationships of electric or magnetic interactions between two objects not in contact with each other. | I can compile and analyze data to show the cause and effect relationships of electric or magnetic interactions between two objects not in contact with each other. | |
| I can use magnets to solve problems. | I can use scientific ideas to describe how magnets can solve problems. | I can define a simple design problem that can be solved by applying scientific ideas about magnets. | I can evaluate the effectiveness of using magnets to solve design problems by applying scientific ideas. | |
| I can use objects to demonstrate gravity. | I can demonstrate and describe that gravity forces objects down through multiple trials and differing objects. | I can support an argument that the gravitational force exerted by Earth on objects is directed down. | I can compile and analyze data on the effects of gravity on different objects. | |

STEAM PERFORMANCE-BASED ASSESSMENT



GRADE BAND
**3-5**

STEAM PERFORMANCE-BASED ASSESSMENT

## Energy:

A successful student can explore the relationships between energy and objects, sound, light, and heat. Successful students can explore the production, transference, and transformation of energy. Students will explore the ways that energy and fuel are derived from natural sources and how use of that energy and fuel affect the environment.

### STEAM

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| I can give examples of objects that have differing speeds. | I can organize and group objects that have differing speeds. | I can use evidence to construct an explanation relating the speed of an object to the energy of that object. | I can devise investigations to explain the effect of energy on and object's speed. | 4-PS3-1; 4-PS3-2; 4-PS3-3; 4-PS3-4; 4-PS4-2; 4-ESS3-1; 5-PS3-1 |
| I can show how sound, light, heat, and electric currents produce energy. | I can show and describe how sound, light, heat, and electric currents produce energy. | I can make observations to provide evidence that energy can be transferred from place to place by sound, light, heat, and electric currents. | I can prove that energy can be transferred from place to place by sound, light, heat, and electric currents by setting up investigations and gathering data. | |
| I can make two objects collide. | I can describe the effect of two objects colliding. | I can ask questions and predict outcomes about the changes in energy that occur when objects collide. | I can investigate the changes in energy that occur when objects collide by compiling and organizing data. | |
| I can identify devices that create energy. | I can describe the initial and final forms of energy devices create. | I can apply scientific ideas to design, test, and refine a device that converts energy from one form to another. | I can use a device that converts energy from one form to another to solve a problem and evaluate why that device is scientifically suited to solve that problem. | |
| I can show how objects need light to be seen by the human eye. | I can describe and explain how objects need light to be seen by the human eye. | I can develop a model to describe that light reflecting from objects and entering the eye allows objects to be seen. | I can create a model that describes how light reflects from objects to the human eye to be seen, and I can design light experiments using the model to compare the effects of differing lights on the ability of humans to see objects. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

396



GRADE BAND
**3-5**

## STEAM

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| I can list natural resources. | I can describe solar energy, wind energy, nuclear energy, water energy, and fossil fuels and how humans use each one. | I can obtain and combine information to describe that energy and fuels are derived from natural resources and their uses affect the environment. | I can use multiple resources to create a graph that describes and analyzes the environmental effects of using each of the energy sources. I can generate recommendations for the use of each energy source. | 4-PS3-1; 4-PS3-2; 4-PS3-3; 4-PS3-4; 4-PS4-2; 4-ESS3-1; 5-PS3-1 |
| I can give examples of how animals use their food to stay alive. | I can describe how plants that animals eat get energy from the sun to grow. | I can use models to describe that energy in animals' food (used for body repair, growth, motion, and to maintain body warmth) was once energy from the sun. | I can use design a model or visual representations of the chain of energy events that occur between the sun, plants, and animals. | |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND 3-5**

STEAM PERFORMANCE-BASED ASSESSMENT

## Structure and Function:

A successful student can explore how light reflection is processed by the eye to make sense of an object. The successful student can investigate how plants and animals use internal and external structures to aid in growth, survival, behavior and reproduction. Successful students can explore how animals use their perceptions, memories and senses to guide their actions.

### STEAM

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can describe the internal and external structures of plants and animals. | I can explain how animals and plants use their internal and external structures. | I can construct an argument that plants and animals have internal and external structures that function to support survival, growth, behavior, and reproduction. | I can create and present a model that shows how plants and animals use their internal and external structures for survival, growth, behavior and reproduction. | 4-LS1-1; 4-LS1-2; 4-PS4-2 |
| I can give examples of how animals use their senses. | I can describe how animals use their senses to react to their environments. | I can use a model to describe that animals receive different types of information through their senses, process the information in their brain, and respond to the information in different ways. | I can create and present a model that shows how animals react to and survive in their environments by using their senses, their brain, and their behavioral output mechanisms. | |
| I can show how objects need light to be seen by the human eye. | I can describe and explain how objects need light to be seen by the human eye. | I can develop a model to describe that light reflecting from objects and entering the eye allows objects to be seen. | I can create a model that describes how light reflects from objects to the human eye to be seen, and I can design light experiments using the model to compare the effects of differing lights on the ability of humans to see objects. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**3-5**

## Matter and Energy in Organisms and Ecosystem:

A successful student can explore the connections between energy, the sun, plants, air, water, organisms, fungi, bacteria, and decomposers. Successful students can explore the interdependence of ecosystems, the web of life, healthy organisms and the environment.

**STEAM**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| I can label the parts of a plant and the function of each part. | I can collect plant growth data through investigations using air, light, water and soil. | I can support an argument that plants get the materials they need for growth chiefly from air and water. | I can compile and analyze investigation data to determine the extent that plants use water, air, light and soil for growth. | 5-LS1-1; 5-LS2-1; 5-PS3-1 |
| I can define matter, plants, animals, decomposers and environment. | I can summarize the relationship between plants, animals, and decomposers in the environment. | I can develop a model to describe the movement of matter among plants, animals, decomposers and the environment. | I can produce evidence using the model that show how the interactions of matter, plants, animals, and decomposers allow species to meet their needs and survive in an environment. | |
| I can give examples of how animals use their food to stay alive. | I can describe how plants that animals eat get energy from the sun to grow. | I can use models to describe that energy in animals' food (used for body repair, growth, motion, and to maintain body warmth) was once energy from the sun. | I can use design a model or visual representations of the chain of energy events that occur between the sun, plants and animals. | |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**3-5**

## Interdependent Relationships in Ecosystems:

A successful student can explore how being part of a group helps animals obtain food, defend themselves, cope with changes, and survive in a variety of habitats. Successful students can explore how fossils provide evidence about organisms and how some plants and animals are no longer found on Earth.

### STEAM

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can identify animals that live in groups. | I can collect data that explains the different reasons why some animals live in groups. | I can construct an argument that some animals form groups that help members survive. | I can create a model or representation to argue that the causal evidence of belonging to a group has the effect of animals being able to obtain food, defend themselves, and cope with changes in order to survive. | 3-LS2-1; 3-LS4-1 3-LS4-3; 3-LS4-4 |
| I can label fossil samples as to what living organism it once was. | I can classify fossil samples based on common characteristics. | I can analyze and interpret data from fossils to provide evidence of the organisms and the environments in which they lived long ago. | I can compile the data from fossils to propose that fossil features provide evidence of the types of organisms that lived long ago and the environments that they lived in. | |
| I can list the needs of organisms (plants and animals). | I can compare the features of different habitats and the organisms that live there. | I can construct an argument with evidence that in a particular habitat some organisms can survive well, some survive less well, and some cannot survive at all. | I can organize the evidence to show the cause and effect relationship between environments and organisms that survive and organisms that survive less well, and organisms that cannot survive at all. | |
| I can make a list of environmental problems in the world. | I can use the list of environmental problems in the world to describe the effect that these problems have on plants and animals. | I can make a claim about the merit of a solution to a problem caused when the environment changes and the types of plants and animals that live there may change. | I can construct a presentation that addresses an environment, a change that happened in that environment, how the change affected the plants/animals, a solution to the problem and its effect on the plants/animals, and how that solution now affects other plants/animals. Is this solution the best? | |

**STEAM PERFORMANCE-BASED ASSESSMENT**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**3-5**

## Inheritance and Variation of Traits:

A successful student can explore how reproduction is essential to the continued existence of every kind of organism and how plants and animals inherit characteristics from their parents and other characteristics are the result of the environment.

**STEAM**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can list the stages that an organism goes through. | I can describe the stages of birth, growth, reproduction and death. | I can develop models to describe that organisms have unique and diverse life cycles but all have in common birth, growth, reproduction and death. | I can use the model of an organism's life cycle to produce a written explanation to predict the outcomes if these stages are interrupted and what patterns can be predicted in life cycle stages. | 3-LS1-1; 3-LS3-1 3-LS3-2; 3-LS4-2 |
| I can list commonalities between adult animals and their babies and also adult plants and their babies. | I can compare the traits of adult and baby animals and the traits of adult and baby plants to discover patterns. | I can analyze and interpret data to provide evidence that plants and animals have traits inherited from parents and that variation of these traits exists in a group of similar organisms. | I can organize the data about the traits that are passed from adult to baby animals and plants. I can devise a presentation to discuss the patterns of similarities and differences of traits between parents, children and siblings are inherited. | |
| I can give examples of environmental factors that affect organisms' growth. | I can describe the effect of environmental factors on the growth of organisms. | I can use evidence to support the explanation that traits can be influenced by the environment. | I can analyze the variations within an organism's family to organize those that are influenced by the environment and the effect of the environment on individuals. | |
| I can name the internal and external features of plants and animals that help them survive in an environment. | I can describe how internal and external features of plants and animals help them survive in an environment. | I can use evidence to construct an explanation for how the variations in characteristics among individuals of the same species may provide advantages in surviving, finding mates, and reproducing. | I can explain the cause-effect relationships of characteristics that are found in a plant or animal family that lead to surviving, finding mates, and reproducing. | |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**3-5**

## Inheritance and Variation of Traits Weather and Climate:

A successful student can explore how scientists use weather patterns to make predictions and how climate and rainfall help shape the land and affect the types of living things found in a region.

**STEAM**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can collect weather condition data over time. | I can describe the weather conditions that are commonly found in each season in my climate. | I can represent data in tables and graphical displays to describe typical weather conditions expected during a particular season. | I can use the graphical displays of weather condition data to make predictions about patterns that can be found in different climates during different seasons. | 3-ESS2-1; 3-ESS2-2 4-ESS2-1 |
| I can read informational texts about differing climates in the world. | I can describe differences in climates around the world. | I can obtain and combine information to describe climates in different regions of the world. | I can make a display to explain how patterns in climate can be used to make predictions about typical weather conditions. | |
| I can list natural factors that affect erosion. | I can explain the effects of each natural factor on the rate of erosion. | I can make observations and/or measurements to provide evidence of the effects of weathering or the rate of erosion by water, ice, wind, or vegetation. | I can design a visual representation to compare the effects of weathering or the rate of erosion by water, ice, wind, or vegetation. | |

STEAM PERFORMANCE-BASED ASSESSMENT

402

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**3-5**

# Earth's Systems:

A successful student can explore how rock, soil, water, ice, air and humans interact in multiple ways to affect Earth's surface materials and processes. Successful students can further explore how weather patterns are influenced by the interaction of wind and clouds with landforms. Successful students can further explore Earth's salt and freshwater resources and the volcanoes and earthquake patterns and occurrences.

| STEAM | | | | |
|-------|-------|-------|-------|-----------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can list natural factors that affect erosion. | I can explain the effects of each natural factor on the rate of erosion. | I can make observations and/or measurements to provide evidence of the effects of weathering or the rate of erosion by water, ice, wind or vegetation. | I can design a visual representation to compare the effects of weathering or the rate of erosion by water, ice, wind or vegetation. | 4-ESS2-1; 4-ESS2-2, 5-ESS2-1; 5-ESS2-2 |
| I can use maps to locate Earth's features such as mountains, boundaries, earthquakes, volcanoes, and ocean structures. | I can point out similarities between features found in like geographical regions. | I can analyze and interpret data from maps to describe patterns of Earth's features. | I can design a visual display to describe how Earth's features occur in patterns that reflect information about how they are formed or occur. | |
| I can define and give examples of geosphere, biosphere, hydrosphere and atmosphere systems. | I can describe examples of how geosphere, biosphere, hydrosphere and atmosphere systems affect climate, weather, landforms and ecosystems. | I can develop a model using an example to describe ways the geosphere, biosphere, hydrosphere and/or atmosphere interact. | I can use a model to explain how earth's systems interact together to affect the Earth's surface materials and processes. | |
| I can use resources to find sources of freshwater and saltwater on Earth. | I can sort reservoirs of water on Earth into freshwater or saltwater categories. | I can describe and graph the amounts and percentages of water and fresh water in various reservoirs to provide evidence about the distribution of water on Earth. | I can organize and analyze data to show where on Earth freshwater and salt water reservoirs are and what they have in common. | |



STEAM PERFORMANCE-BASED ASSESSMENT

## Human Sustainability:

A successful student can explore how humans interact with natural hazards, natural energy and fuel resources, and how their activities in agriculture, industry and everyday life impact land, vegetation, streams, oceans, air, and outer space. Successful students can explore actions that help protect Earth's resources and environment.

### STEAM

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| I can list weather-related hazards. | I can explain the effects of weather-related hazards on society. | I can make a claim about the merits of a design solution that reduces the impacts of a weather-related hazard. | I can critique design solutions that reduce the impact of a weather-related hazard as to the benefits and the risks for society. | 3-ESS3-1, 4-ESS3-1, 4-ESS3-2, 5-ESS3-1 |
| I can list natural resources. | I can describe solar energy, wind energy, nuclear energy, water energy and fossil fuels and how humans use each one. | I can obtain and combine information to describe that energy and fuels are derived from natural resources and their uses affect the environment. | I can use multiple resources to create a graph that describes and analyzes the environmental effects of using each of the energy sources. I can generate recommendations for the use of each energy source. | |
| I can list and describe natural hazards such as earthquakes, tsunamis, volcanoes, floods, landslides, etc. | I can describe the effects and impacts that natural hazards have on society | I can generate and compare multiple solutions to reduce the impacts of natural Earth processes on humans. | I can evaluate and make a recommendation about which of two different solutions effectively reduces the impact of natural Earth processes by alleviating the effect and also staying within constraints and criteria. | |
| I can identify ways in which humans use Earth's resources and the impact that the usage has on the Earth itself. | I can use multiple resources to classify the positive and negative impacts that human activity has on the Earth. | I can obtain and combine information about ways individual communities use science ideas to protect the Earth's resources and environment. | I can recommend a plan for humans to protect a natural resource and the environment using science ideas. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

404



GRADE BAND
**3-5**

## Extended - Chemical Reactions:

A successful student can investigate the mixing of two or more different substances and how a new substance with different properties is formed, and when substances are heated, cooled, or mixed, the total weight of the substance does not change.

| STEAM | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can measure and graph solids, liquids and gases | I can read graphs containing solid, liquid and gaseous data/ measurements | I can measure and graph quantities to provide evidence that regardless of the type of change that occurs when heating, cooling, or mixing substances, the total weight of matter is conserved. | I can analyze and compare graphs | 5-PS1-2; 5-PS1-4 |
| I can identify substances | I can explain properties of substances | I can conduct an investigation to determine whether the mixing of two or more substances results in new substances. | I can justify the best solution to a problem | |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND 3-5**

STEAM PERFORMANCE-BASED ASSESSMENT

## Extended - Waves:

A successful student can explore the relationships between movement of water and the creation of waves. The student will investigate how digitized information is transmitted between devices and how light reflection is processed by the eye to make sense of an object.

### STEAM

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| I can identify wave behaviors like waves, wave amplitude, wavelengths and motions of objects. | I can describe patterns found in wavelengths and amplitude. | I can develop a model of waves to describe patterns in terms of amplitude and wavelength and that waves can cause objects to move. | I can analyze the wave model to explain how the relevant relationships between components of the model cause objects to move. | 4-PS4-1, 4-PS4-2, 4-PS4-3 |
| I can show how objects need light to be seen by the human eye. | I can describe and explain how objects need light to be seen by the human eye. | I can develop a model to describe that light reflecting from objects and entering the eye allows objects to be seen. | I can create a model that describes how light reflects from objects to the human eye to be seen, and I can design light experiments using the model to compare the effects of differing lights on the ability of humans to see objects. | |
| I can list high-tech objects that are used to communicate over long distances. | I can describe situations where high-tech objects are needed to communicate over long distances. | I can generate and compare multiple solutions that use patterns to transfer information. | I can generate a plan to use the best solution for transmitting digital information over long distances. The solution should fit within set criteria and constraints and safety measures. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

406


GRADE BAND
**3-5**

# Extended - Natural Selection and Evolution:

A successful student can explore how reproduction is essential to the continued existence of every kind of organism. Successful students can explore life cycles of plants and animals and how many characteristics are inherited from parents. Successful students can explore how species survive or do not survive and how fossils provide evidence about organisms from long ago.

**STEAM**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can list commonalities between adult animals and their babies and also adult plants and their babies. | I can compare the traits of adult and baby animals and the traits of adult and baby plants to discover patterns. | I can analyze and interpret data to provide evidence that plants and animals have traits inherited from parent and that variation of these traits exists in a group of similar organisms. | I can organize the data about the traits that are passed from adult to baby animals and plants. I can devise a presentation to discuss the patterns of similarities and differences of traits between parents, children and siblings are inherited. | 3-LS3-1, 3-LS4-1, 3-LS4-2, 3-LS4-3, 3-LS4-4 |
| I can label fossil samples as to what living organism it once was. | I can classify fossil samples based on common characteristics. | I can analyze and interpret data from fossils to provide evidence of the organisms and the environments in which they lived long ago. | I can compile the data from fossils to propose that fossil features provide evidence of the types of organisms that lived long ago and the environments that they lived in. | |
| I can name the internal and external features of plants and animals that help them survive in an environment. | I can describe how internal and external features of plants and animals help them survive in an environment. | I can use evidence to construct an explanation for how the variations in characteristics among individuals of the same species may provide advantages in surviving, finding mates and reproducing. | I can explain the cause-effect relationships of characteristics that are found in a plant or animal family that lead to surviving, finding mates and reproducing. | |
| I can list the needs of organisms (plants and animals). | I can compare the features of different habitats and the organisms that live there. | I can construct an argument with evidence that in a particular habitat some organisms can survive well, some survive less well, and some cannot survive at all. | I can organize the evidence to show the cause and effect relationship between environments and organisms that survive and organisms that survive less well, and organisms that cannot survive at all. | |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
407



**GRADE BAND 3-5**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

STEAM PERFORMANCE-BASED ASSESSMENT

### STEAM

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can make a list of environmental problems in the world. | I can use the list of environmental problems in the world to describe the effect that these problems have on plants and animals. | I can make a claim about the merit of a solution to a problem caused when the environment changes and the types of plants and animal that live there may change. | I can construct a presentation that addresses an environment, a change that happened in that environment, how the change affected the plants/animals, a solution to the problem and its effect on the plants/animals, and how that solution now affects other plants/animals. Is this solution the best? | 3-LS3-1, 3-LS4-1, 3-LS4-2, 3-LS4-3, 3-LS4-4 |

## Extended - Space Systems:

A successful student can explore patterns of day and night, shadows, and positions of the sun, moon, and stars throughout a day, month, and year and how these patterns are affected by orbits, and rotations of the moon around Earth and Earth around sun.

### STEAM

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can study the daytime and nighttime skies to compare the brightness of the sun and stars. | I can make comparisons between the distance and brightness of the sun and stars by using flashlights to demonstrate the differences in distance and brightness. | I can support an argument that differences in the apparent brightness of the sun compared to other stars is due to their relative distances from Earth. | I can use scientific reasoning to explain how size and distance of the sun and other stars affect the apparent brightness that is seen on Earth. | 5-ESS1-1; 5-ESS1-25-PS2-1 |
| I can show how shadows changes throughout the day based on the sun. | I can predict sunrise and sunset in the different seasons based on patterns as a result of the Earth's rotation. | I can represent data in graphical displays to reveal patterns of daily changes in length and direction of shadows, day and night, and the seasonal appearance of some stars in the night sky. | I can analyze graphical displays to describe the similarities and differences in the timing of observable changes in shadows, daylight, and the appearance of stars during a day and a year. | |
| I can use objects to demonstrate gravity. | I can demonstrate and describe that gravity forces objects down through multiple trials and differing objects. | I can support an argument that the gravitational force exerted by Earth on objects is directed down. | I can compile and analyze data on the effects of gravity on different objects. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

GRADE BAND
# 3-5

## Extended - History of Earth:

A successful student can explore how rock formations reveal information about the presence of earth forces and the order in which rock layers were formed.

| STEAM | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can retrieve information about the discoveries of fossils in my environment. | I can use information gathered about fossils to describe the ordering of the rock layers and the presence of fossils. | I can identify evidence from patterns in rock formations and fossils in rock layers to support an explanation for changes in a landscape over time. | I can design a model that supports an argument that the organization of rock layers and presence of fossils are due to Earth's forces, presence of water and other factors. | 4-ESS1-1 |

SPECIAL PERFORMANCE-BASED ASSESSMENT



GRADE BAND
**3-5**

# Specials

## Dance

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has not yet made progress in meeting the competency.

SPECIAL PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Dance** **Creating** I can communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I am not yet able to communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I can begin to communicate through creative movement by applying dance skills and language to Explore and Revise learning through dance. | I can communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I can communicate through creative movement by applying dance skills and language to Explore, Plan, Revise, Excel in dance and learning. |
| **Performing** I can demonstrate the ability to apply skills and understanding of how dance communicates through Expression, Embodiment, and Presentation of artistic ideas and work for a performance. | I can begin to demonstrate the ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work. | I can begin to demonstrate the ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work. | I can demonstrate the ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work a performance. | I can demonstrate and explain my ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work for a performance. |
| I can communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I can Analyze, Interpret, and Select dance works for a performance. | I am not yet able to analyze, interpret, and select dance works for a performance. | I can analyze, interpret, and select dance works for at least one performance. | I can analyze, interpret, and select dance works for more than one performance. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

410

GRADE BAND
**3-5**

| Specials | NO EVIDENCE - 1<br>Degree to which competency has been met. | LIMITED EVIDENCE - 2<br>Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3<br>Degree to which competency has been met. | STRONG EVIDENCE - 4<br>Degree to which competency has been met. |
|---|---|---|---|---|
| **Dance**<br>I can communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I can Realize, Develop, and Refine dance works for performance. | I am not yet able to realize, develop, and refine a dance work for a performance. | I can realize, develop, and refine at least one dance work for performance that communicates. | I can realize, develop, and refine multiple dance works for performance that communicate. |
| **Responding**<br>I can respond to dance by Analyzing, Interpreting, and Critiquing how dance conveys meaning. | I am not yet able to respond to dance by analyzing, interpreting, and critiquing how dance conveys meaning. | I can begin to respond to dance by analyzing, interpreting, and critiquing how dance conveys meaning. | I can demonstrate the ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work a performance. | I can demonstrate and explain my ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work for a performance. |
| I can Perceive and Analyze dance. | I am not yet able to perceive and analyze dance. | I can begin to perceive and analyze dance. | I can demonstrate the ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work a performance. | I can demonstrate and explain my ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work for a performance. |
| I can Interpret intent and meaning of dance. | I am not yet able to interpret intent and meaning of dance. | To a limited degree, I can interpret intent and meaning of dance. | I can analyze, interpret, and select dance works for at least one performance. | I can analyze, interpret, and select dance works for more than one performance. |
| I can Apply criteria to evaluating dance pieces. | I am not yet able to apply criteria to evaluating dance pieces. | To a limited degree, I can apply criteria to evaluating dance pieces. | I can realize, develop, and refine at least one dance work for performance that communicates. | I can realize, develop, and refine multiple dance works for performance that communicate. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

**GRADE BAND**
**3-5**

SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Dance** **Connecting** I can connect personal meaning and external context to dance by Synthesizing, and Relating knowledge and personal experience to works of dance through and during the learning process. | I am not yet able to connect personal meaning and external context to dance by synthesizing, and relating knowledge and personal experience to works of dance through and during the learning process. | I can begin to connect personal meaning and external context to dance by synthesizing, and relating knowledge and personal experience to works of dance through and during the learning process. | I can successfully connect personal meaning and external context to dance by synthesizing, and relating knowledge and personal experience to at least one work of dance through and during the learning process. | I can successfully connect personal meaning and external context to dance by synthesizing, and relating knowledge and personal experience to multiple works of dance through and during the learning process. |
| I can Apply societal, cultural, and historical contexts to dance related ideas, work, and creative movement. | I am not yet able to apply societal, cultural, and historical contexts to dance related ideas, work, and creative movement. | I can apply historical but not societal and cultural contexts to dance related ideas, work, and creative movement. | I can apply societal, cultural, and historical contexts to dance related ideas, work, and creative movement. | I can apply societal, cultural, and historical contexts to dance related ideas, work, and creative movement and demonstrate how these details help reveal information about the work and its context. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 3-5**

# Media Arts

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has not yet made progress in meeting the competency.

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Media Arts** **Creating** I can Create and communicate by applying the skills and language of a specific media arts form to Conceive, Develop, and Construct artistic ideas and work. | I am not yet able to generate, conceptualize, and organize media arts ideas. | I can create but not able to communicate by applying the skills and language of a specific media arts form to conceive, develop, and construct artistic ideas and work. | I can create and communicate by applying the skills and language of a specific media art form to conceive, develop, and construct artistic ideas and work. | I can create and communicate in multiple media art forms by applying the skills and language of that form to conceive, develop, and construct artistic ideas and work. |
| I can Generate, Conceptualize, and Organize media arts ideas. | I am not yet able to communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I can generate and conceptualize, but not independently organize an idea into a media art work. | I can generate, conceptualize, and organize ideas in at least one media art form. | I can generate, conceptualize, and organize ideas through various media arts forms. |
| I can Refine and Complete media art ideas. | I am not yet able to refine and complete ideas into media art work | I can begin to refine but not complete ideas into media art work. | I can refine and complete ideas into media art work. | I can refine and complete ideas through multiple media art forms. |
| I can communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I am not yet able to communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I can begin to communicate through creative movement by applying dance skills and language to Explore and Revise learning through dance. | I can communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I can communicate through creative movement by applying dance skills and language to Explore, Plan, Revise, Excel in dance and learning. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas* *05/03/21  01:59pm MM*

**GRADE BAND 3-5**

SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Media Arts** **Performing** I can demonstrate the ability to Apply the skills and understanding of how the media arts communicate ideas and work through Integration, Practice, and Presentation. | I am not yet able to integrate forms and content, practice, and present media art works. | I can begin to integrate forms and content, practice, and present media art works. | I can integrate forms and content, practice, and present through at least one media art form. | I can integrate forms and content, practice, and present through more than one media art form. |
| I can Analyze and Interpret media art works. | I cannot yet analyze and interpret media art works. | I can analyze and interpret media art works to a limited extent. | I can analyze and interpret comfortably in at least one media art work. | I can analyze and interpret multiple forms of media art works for presentation. |
| I can Realize, Develop, and Refine media art works for presentation. | I am not yet able to realize, develop, and refine media art works for presentation. | I can realize and begin to develop, but not refine media art works for presentation. | I can realize, develop, and refine in at least one media art form for presentation. | I can realize, develop, and refine in multiple media art forms for presentation that that communicates. |
| **Responding** I can respond to the media arts by Perceiving, Interpreting and Evaluating how media artworks convey meaning. | I am not yet able to respond to media arts by Perceiving, Interpreting and Evaluating how media artworks convey meaning. | I can begin to respond to media arts by Perceiving, and Evaluating but not Interpreting how media artworks convey meaning. | I can successfully respond to the media arts by Perceiving, Interpreting and Evaluating how media artworks convey meaning. | I can successfully respond to various forms of the media arts by Perceiving, Interpreting and Evaluating how these forms convey meaning. |
| I can Perceive and Analyze the media. | I am not yet able to perceive and analyze the media. | I can begin to perceive and analyze the media. | I can with confidence perceive and analyze at least one form of media. | I can perceive and analyze various forms of media. |
| I can Interpret intent and meaning of media artworks. | I am not yet able to interpret intent and meaning of media artworks. | To a limited degree, I can interpret intent and meaning of media artworks. | I can interpret intent and meaning of at least one form of media artwork. | I can interpret intent and meaning of multiple media art forms. |
| I can apply criteria to Evaluating media artworks | I am not yet able to apply criteria to evaluating media artworks. | I can apply criteria to evaluating media artworks. | I can apply criteria to evaluating media artworks. | I can create criteria for and apply criteria to evaluating multiple media art form. |

494

Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 3-5**

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Media Arts** **Responding** I can respond to the media arts by Perceiving, Interpreting and Evaluating how media artworks convey meaning. | I am not yet able to respond to media arts by Perceiving, Interpreting and Evaluating how media artworks convey meaning. | I can begin to respond to media arts by Perceiving, and Evaluating but not Interpreting how media artworks convey meaning. | I can successfully respond to the media arts by Perceiving, Interpreting and Evaluating how media artworks convey meaning. | I can successfully respond to various forms of the media arts by Perceiving, Interpreting and Evaluating how these forms convey meaning. |
| I can Perceive and Analyze the media. | I am not yet able to perceive and analyze the media. | I can begin to perceive and analyze the media. | I can with confidence perceive and analyze at least one form of media. | I can perceive and analyze various forms of media. |
| I can Interpret intent and meaning of media artworks. | I am not yet able to interpret intent and meaning of media artworks. | To a limited degree, I can interpret intent and meaning of media artworks. | I can interpret intent and meaning of at least one form of media artwork. | I can interpret intent and meaning of multiple media art forms. |
| I can apply criteria to Evaluating media artworks | I am not yet able to apply criteria to evaluating media artworks. | I can apply criteria to evaluating media artworks. | I can apply criteria to evaluating media artworks. | I can create criteria for and apply criteria to evaluating multiple media art form. |
| **Connecting** I can Connect personal meaning and external context to media arts by Synthesizing and Relating through and during the art-making process. | I am not yet able to connect personal meaning and external context to media arts by synthesizing and relating through and during the art-making process. | I can begin to connect personal meaning and external context to media arts by synthesizing and relating through and during the art-making process. | I can successfully connect personal meaning and external context to media arts by synthesizing and relating through and during the art-making process. | I can successfully connect personal meaning and external context to more than one media arts form by synthesizing and relating through and during the art-making process. |
| I can Synthesize and Relate knowledge and personal experience to artistic ideas for media art works. | I am not yet able to synthesize and relate knowledge and personal experience to artistic ideas for media art works. | I can relate knowledge and personal experience to artistic ideas for media art works but not synthesize those into a media art work. | I can synthesize and relate knowledge and personal experience to artistic ideas for media art works. | I can synthesize and relate knowledge and personal experience to artistic ideas through multiple forms of media art works. |
| I can Apply societal, cultural, and historical contexts to ideas media art work. | I am not yet able to apply societal, cultural, and historical contexts to media art work. | I can apply at least one of the following, societal, cultural, and/ or historical contexts to media art work. | I can apply societal, cultural, and historical contexts to at least one form of media art work. | I can apply societal, cultural, and historical contexts to more than one form of media art. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

415



GRADE BAND
**3-5**

SPECIALS PERFORMANCE-BASED ASSESSMENT

# Music

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has not yet made progress in meeting the competency.

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Music** **Creating** I can create and communicate by applying the skills and language of music to Imagine, Plan, and Make musical ideas and work | I am not yet able to create and communicate by applying the skills and language of music to imagine, plan, and make musical ideas and work. | I can create and communicate by applying the skills and language of music to imagine and plan but not yet make musical ideas and work. | I can create and communicate by applying the skills and language of music to imagine, plan, and make musical ideas and work. | I can create and communicate by applying the skills and language of music to imagine, plan, and make musical ideas and work, while creating work that shows the culmination of a process of creation and communication. |
| I can Generate, Develop, and Organize musical ideas. | I am not yet able to generate, develop, and organize musical ideas. | I am beginning to develop the skills and knowledge needed to generate, develop, and organize musical ideas. | I can generate, develop, and organize musical ideas. | I can generate, develop, and organize musical ideas for more than one musical genre. |
| I can create by applying the skills and language of music to Evaluate, Refine, and Present musical ideas and work. | I am not yet able to create by applying the skills and language of music to evaluate, refine, and present musical ideas and work. | I am beginning to create by applying the skills and language of music to evaluate, refine, and present musical ideas and work. | I can create by applying the skills and language of music to evaluate, refine, and present musical ideas and work. | I can create by applying the skills and language of music to evaluate, refine, and present original musical ideas and work using expertise, context, and expressive intent to influence creative choices. |
| I can create and communicate by applying the skills and language of music to Imagine, Plan, and Make musical ideas and work. | I am not yet able to reflect upon and refine musical ideas and work. | I can reflect upon but not yet able to independently refine musical ideas and work. | I can reflect upon and refine musical ideas and work. | I can reflect upon and refine musical ideas and work for more than one musical genre. |
| I can Present original musical ideas and work | I am not yet able to present original musical ideas and work. | I am experimenting with creating and presenting original musical ideas and work. | I can present original musical ideas and work. | I can create and present more than one original musical idea and work. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
416
Kansas State Department of Education | www.ksde.org

GRADE BAND
**3-5**

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Music**<br>**Performing**<br>I can demonstrate the ability to apply skills and effectively communicate musical ideas and work through Selection, Analysis, and Interpretation. | I am not yet able to demonstrate the ability to apply skills and effectively communicate musical ideas and work through selection, analysis, and interpretation. | I am beginning to find the ability to apply skills and communicate musical ideas and work through selection, analysis, and interpretation. | I can demonstrate the ability to apply skills and effectively communicate musical ideas and work through selection, analysis, and interpretation of at least one musical genre. | I can demonstrate the ability to apply skills and effectively communicate musical ideas and work through selection, analysis, and interpretation of more than one musical genre. |
| I can Select musical works based on interest, knowledge, technical skill and context. | I am not yet able to select musical works based on interest, knowledge, technical skill and context. | I am beginning to learn how to select musical works based on interest, knowledge, technical skill and context. | I can select musical works based on interest, knowledge, technical skill and context. | I can select and perform musical works based on interest, knowledge, technical skill and context. |
| I can Analyze the structure and context of musical works. | I am not yet able to analyze the structure and context of musical works. | I am beginning to analyze the structure and context of musical works. | I can analyze the structure and context of musical works. | I can analyze and demonstrate the structure and context of musical works. |
| I can Develop personal interpretations of musical works. | I am not yet able to develop personal interpretations of musical works. | I am beginning to develop personal interpretations of musical works. | I can develop personal interpretations of musical works. | I can develop personal interpretations of musical works and perform based on those interpretations. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Music** **Performing** I can demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. | I am not yet able to demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. | I am beginning to demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. | I can demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. | I can demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. |
| I can Evaluate and Refine personal and ensemble performances. | I am not yet able to evaluate and refine personal and ensemble performances. | I am beginning to learn how to evaluate and refine personal and ensemble performances. | I can evaluate and refine personal and ensemble performances. | I can evaluate and refine personal and ensemble performances of various genre. |
| I can Perform expressively and accurately with appropriate interpretation. | I am not yet able to perform expressively and accurately with appropriate interpretation. | I am beginning to perform expressively and accurately with appropriate interpretation. | I can perform expressively and accurately with appropriate interpretation. | I can perform various genre of music expressively and accurately with appropriate interpretation. |

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 3-5**

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Music** **Responding** I can respond to music by Selecting, Analyzing, Interpreting and Evaluating, how music conveys meaning. | I am not yet able to respond to music by selecting, analyzing, interpreting and evaluating, how music conveys meaning. | I can respond to music I have selected, but still learning how to analyze, interpret and evaluate how this music conveys meaning. | I can respond to music by Selecting, analyzing, interpreting and evaluating, how music conveys meaning. | I can successfully respond to multiple music genre by selecting, analyzing, interpreting and evaluating, how music conveys meaning and provide compelling rationale. |
| I can Select musical works for a variety of purposes. | I am not yet able to select musical works for a variety of purposes. | I can select a musical work or works for at least one purpose. | I can select musical works for a variety of purposes. | I can select musical works for a variety of purposes and provide rationale for selection. |
| I can Perceive and Analyze musical works. | I am not yet able to perceive and analyze musical works. | To a limited degree, I can perceive and analyze musical works. | I can perceive and analyze musical works. | I can perceive and analyze musical works and provide rationale. |
| I can Interpret intent and meaning of musical works. | I am not yet able to interpret intent and meaning of musical works. | I am beginning to interpret intent and meaning of musical works. | I can interpret intent and meaning of musical works. | I can interpret intent and meaning of musical works and provide rationale. |
| I can Apply criteria to evaluating musical works. | I am not yet able to apply criteria to evaluating musical works. | I am beginning to learn how to apply criteria to evaluating musical works. | I can apply criteria to evaluating musical works. | I can create and apply criteria to evaluating musical works. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

**GRADE BAND 3-5**

SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Music** **Connecting** I can Connect personal meaning and external context to music through and during the music learning process. | I am not yet able to connect, personal meaning and external context to music through and during the music learning process. | I can begin to connect, personal meaning and external context to music through and during the music learning process. | I can connect, personal meaning and external context to music through and during the music learning process. | I can connect, personal meaning and external context to music through and during the music learning and making process. |
| I can Synthesize and Relate knowledge and personal experience to musical ideas and work. | I am not yet able to evaluate and I am not yet able to synthesize and relate knowledge and personal experience to musical ideas and work. refine personal and ensemble performances. | I am beginning to synthesize and relate knowledge and personal experience to musical ideas and work. | I can synthesize and relate knowledge and personal experience to musical ideas and work. | I can synthesize and relate knowledge and personal experience to musical ideas and work in and through the music making process. |
| I can Apply societal, cultural, and historical contexts to musical ideas and work. | I am not yet able to apply societal, cultural, and historical contexts to musical ideas and work. | I am beginning to relate and apply societal, cultural, and historical contexts to musical ideas and work. | I can apply societal, cultural, and historical contexts to musical ideas and work. | I can apply societal, cultural, and historical contexts to musical ideas and work of various genre. |

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM
Kansas State Department of Education | www.ksde.org

**GRADE BAND
3-5**

# PE

## Scope and Sequence for K-12 Physical Education

### LEGEND

**E = Emerging.**
Students participate in deliberate practice tasks that will lead to skill and knowledge acquisition.

**M = Maturing.**
Students can demonstrate the critical elements of the motor skills/knowledge components of the grade-level outcomes, which will continue to be refined with practice.

**A = Applying.**
Students can demonstrate the critical elements of the motor skills/knowledge components of the grade-level outcomes within a variety of physical activity environments.

| PE STANDARD 1. Motor skills and movement patterns | Grade 3 | Grade 4 | Grade 5 |
|---|---|---|---|
| Hopping | A | → | → |
| Galloping | A | → | → |
| Running | A | → | → |
| Sliding | A | → | → |
| Skipping | A | → | → |
| Leaping | M | A | → |
| Jumping and Landing | M | A | → |
| • Spring and step | | E | M |
| • Jump rope | M | A | |
| Balance | M | → | A |
| Weight Transfer | M | → | |
| Rolling | E | → | M |
| Curling and stretching | M | → | A |
| Twisting and bending | M | → | A |
| Throwing | | | |
| • Underhand | M | → | → |
| • Overhand | E | → | M |

| PE STANDARD 1. Motor skills and movement patterns | Grade 3 | Grade 4 | Grade 5 |
|---|---|---|---|
| Catching | E | M | A |
| Dribbling/ball control | | | |
| • Hands | E | M | A |
| • Feet | E | → | M |
| • With implement | E | → | M |
| Kicking | E | M | |
| Volleying | | | |
| Underhand | E | M | A |
| Overhead | | E | → |
| Striking - with short implement | E | M | A |
| Striking - with long implement | E | → | M |
| Combining locomotors and manipulatives | | E | → |
| Combining jumping, landing, locomotors and manipulatives | | | E |

| PE STANDARD 1. Motor skills and movement patterns | Grade 3 | Grade 4 | Grade 5 |
|---|---|---|---|
| Combining balance and weight transfers | E | → | → |
| Shooting on goal | | | E |
| Passing and receiving | | | |
| • Hands | | | E |
| • Feet | | E | → |
| • Lead pass | | | E |

**SPECIALS PERFORMANCE-BASED ASSESSMENT**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

SPECIALS PERFORMANCE-BASED ASSESSMENT

| PE STANDARD 2. Motor skills and movement patterns | Grade 3 | Grade 4 | Grade 5 |
|---|---|---|---|
| Movement concepts, principles and knowledge | E | M | → |
| Strategies and tactics | E | → | → |

| PE STANDARD 3. Health-enhancing level of fitness and physical activity | Grade 3 | Grade 4 | Grade 5 |
|---|---|---|---|
| Physical activity knowledge | E | → | M |
| Engages in physical activity | E | → | M |
| Fitness knowledge | E | → | M |
| Assessment and program planning | E | → | M |
| Nutrition | E | → | → |

| PE STANDARD 4. Responsible personal and social behavior | Grade 3 | Grade 4 | Grade 5 |
|---|---|---|---|
| Demonstrating personal responsibility | M | → | → |
| Accepting feedback | M | → | → |
| Working with others | M | → | → |
| Following rules and etiquette | E | → | M |
| Safety | M | → | A |

| PE STANDARD 5. Recognizes the value of physical activity | Grade 3 | Grade 4 | Grade 5 |
|---|---|---|---|
| For health | E | → | → |
| For challenge | E | → | → |
| For self-expression/enjoyment | E | → | M |
| For social interaction | E | → | → |

422

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



GRADE BAND
**3-5**

# Theatre

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has not yet made progress in meeting the competency.

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Theatre**<br><br>**Creating**<br><br>I can create and communicate by applying the skills and language of theatre through Envisioning, Conceptualizing, Developing, and Rehearsing artistic ideas and work. | Degree to which competency has been met.<br><br>I am not yet able to create and communicate by applying the skills and language of theatre through envisioning, conceptualizing, developing, and rehearsing artistic ideas and work. | Degree to which competency has been met.<br><br>I am beginning to create and communicate by applying the skills and language of theatre by envisioning, conceptualizing, developing, and rehearsing artistic ideas and work. | Degree to which competency has been met.<br><br>I can create and communicate by applying the skills and language of theatre through envisioning, conceptualizing, developing, and rehearsing artistic ideas through at least one theatrical performance. | Degree to which competency has been met.<br><br>I can create and communicate by applying the skills and language of theatre through envisioning, conceptualizing, developing, and rehearsing artistic ideas through more than one theatrical performance. |
| I can Organize artistic ideas for theatre. | I am not yet able to organize artistic ideas for theatre. | I can begin to organize artistic ideas for theatre. | I can organize artistic ideas for theatre. | |
| I can Refine and Complete artistic ideas through a theatrical performance. | I am not yet able to refine and complete artistic ideas through a performance. | I can begin to refine but not complete ideas into media art work. | I can refine and complete artistic ideas successfully for a theatrical performance. | I can refine and complete artistic ideas successfully for more than one theatrical performance. |
| I can communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I am not yet able to communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I can begin to communicate through creative movement by applying dance skills and language to Explore and Revise learning through dance. | I can communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I can communicate through creative movement by applying dance skills and language to Explore, Plan, Revise, Excel in dance and learning. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**3-5**

**SPECIALS PERFORMANCE-BASED ASSESSMENT**

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Theatre** **Responding** I can respond to theatre by Reflecting, Interpreting, and Evaluating how productions convey meaning. | I am not yet able to respond to theatre by Reflecting, Interpreting, and Evaluating how productions convey meaning. | I can begin to respond to theatre by Reflecting, Interpreting, and Evaluating how productions convey meaning. | I can respond to theatre by Reflecting, Interpreting, and Evaluating how at least one production conveys meaning. | I can respond to theatre by Reflecting, Interpreting, and Evaluating how productions convey meaning. |
| I can Perceive and Evaluate theatrical work. | I am not yet able to perceive and evaluate theatrical work. | I can begin to perceive and evaluate theatrical work. | I can perceive and evaluate theatrical work. | I can perceive and evaluate theatrical work and provide compelling rationale to support. |
| I can Interpret intent and meaning of theatrical work. | I am not yet able to interpret intent and meaning of theatrical work. | To a limited degree, I can interpret intent and meaning of theatrical work. | I can interpret intent and meaning of theatrical work. | I can interpret intent and meaning of theatrical work and provide compelling and creative support for alternative interpretation. |
| I can apply criteria when evaluating theatrical work. | I am not yet able to apply criteria when evaluating theatrical work. | I can begin to apply criteria when evaluating theatrical work. | I can apply criteria when evaluating theatrical work. | I can create and apply criteria for evaluating theatrical work. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

424

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 3-5**

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Theatre** **Connecting** I can connect personal meaning and external context to theatre by Empathizing, Interrelating, and Researching works. | I am not yet able to connect personal meaning and external context to theatre by empathizing, interrelating, and researching works. | I can begin to connect personal meaning and external context to theatre by empathizing, interrelating, and researching works. | I can successfully connect personal meaning and external context to theatre by empathizing, interrelating, and researching works. | I can successfully connect personal meaning and external context to multiple theatrical pieces by empathizing, interrelating, and researching those works. |
| I can Synthesize and Relate knowledge and personal experience to theatrical ideas and work. | I am not yet able to synthesize and relate knowledge and personal experience to theatrical ideas and work. | I can begin to synthesize and relate knowledge and personal experience to theatrical ideas and work. | I can synthesize and relate knowledge and personal experience to ideas and at least one theatrical work. | I can synthesize and relate knowledge and personal experience to multiple theatrical ideas and works. |
| I can Apply societal, cultural, and historical contexts to theatrical ideas and work. | I am not yet able to apply societal, cultural, and historical contexts to theatrical ideas and work. | I am beginning to apply societal, cultural, and historical contexts to theatrical ideas and work. | I can apply societal, cultural, and historical contexts to theatrical ideas and work. | I can apply societal, cultural, and historical contexts to theatrical ideas and work and successfully perform the role of a character in that work. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND 3-5**

SPECIALS PERFORMANCE-BASED ASSESSMENT

# Visual Arts

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has not yet made progress in meeting the competency.

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Visual Arts** Creating | | | | |
| I can create and communicate by applying the skills and language of a specific visual arts form to Investigate, Plan, and Make artistic ideas and work. | I am not yet able to create and communicate by applying the skills and language of a specific visual art form to investigate, plan, and make artistic ideas and wo | I can create but not able to communicate by applying the skills and language of a specific visual art form to investigate, plan, and make artistic ideas and work. | I can create and communicate by applying the skills and language of theatre through envisioning, conceptualizing, developing, and rehearsing artistic ideas through at least one theatrical performance. | I can create and communicate by applying the skills and language of theatre through envisioning, conceptualizing, developing, and rehearsing artistic ideas through more than one theatrical performance. |
| I can Generate, Conceptualize, and Organize artistic ideas. | I am not yet able to generate, conceptualize, and organize artistic ideas. | I can generate and conceptualize, but not organize artistic ideas. | I can generate, conceptualize, and organize artistic ideas. | I can generate, conceptualize, and organize multiple artistic ideas. |
| I can Refine and Complete artistic ideas. | I am not yet able to refine and complete artistic ideas. | I can create and communicate in multiple visual art forms by applying the skills and language of a specific visual art form to investigate, plan, and make artistic ideas and work. | I can refine and complete artistic ideas. | I can refine and complete multiple artistic ideas. |
| I can create by applying the skills and language of a specific visual arts form to Reflect, Refine, and Continue with artistic ideas and work. | I am not yet able to create by applying the skills and language of a specific visual art form through reflecting, refining, and continuing with artistic ideas and work. | I can create by applying the skills (elements) but not the language (principles) of a specific visual art form through reflecting, refining, and continuing with artistic ideas and work. | I can create by applying the skills and language of a specific visual art form through reflecting, refining, and continuing with artistic ideas and work. | I can create in multiple visual art forms by applying the skills and language of that visual art form through reflecting, refining, and continuing with artistic ideas and work. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
426
Kansas State Department of Education | www.ksde.org



GRADE BAND
**3-5**

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Visual Arts** **Presenting** I can demonstrate the ability to apply the skills and understanding of how the visual arts communicate through Selection, Analyzation, and Sharing of artistic ideas and work for presentation. | I am not yet able to apply the skills and understanding of how the visual arts communicate through Selection, Analyzation, and Sharing of artistic ideas and work for presentation. | I can demonstrate the ability to apply the skills and understanding of how the visual arts communicate but not able to apply this to Selection, Analyzation, and Sharing of artistic ideas and work for presentation. | I can demonstrate the ability to apply the skills and understanding of how the visual arts communicate through Selection, Analyzation, and Sharing of artistic ideas and work for presentation. | I can demonstrate the ability to apply the skills and understanding of how multiple visual arts forms communicate through Selection, Analyzation, and Sharing of artistic ideas and work for presentation. |
| I can Interpret artistic works for presentation. | I am not yet able to interpret artistic works for presentation. | I can interpret at least one artistic work for presentation. | I can interpret more than one artistic work for presentation. | I can interpret multiple artistic works for presentation. |
| I can Realize, Develop, and Refine artistic works for presentation. | I am not yet able to realize, develop, and refine artistic works for presentation. | I can realize and develop, but not refine artistic works for presentation. | I can realize, develop, and refine artistic works for presentation. | I can realize, develop, and refine multiple artistic works for an exhibition that communicates. |
| **Responding** I can successfully respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning. | I am not yet able to successfully respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning. | I can begin to respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning. | I can successfully respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning. | I can successfully respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning and provide compelling rationale. |
| I can Interpret intent and meaning of artistic work. | I am not yet able to interpret intent and meaning of artistic work. | I can begin to interpret intent and meaning of artistic work. | I can interpret intent and meaning of artistic work. | I can interpret intent and meaning of artistic work and provides compelling rationale to support. |
| I can apply criteria to Analyzing and Interpreting artistic work. | I am not yet able to realize, develop, and refine artistic works for presentation. | To a limited degree, I can apply criteria to analyzing and interpreting artistic work. | I can apply criteria to analyzing and interpreting artistic work. | I can apply criteria to analyzing and interpreting artistic work and provide additional support for my interpretation. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**3-5**

SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Visual Arts** **Connecting** I can successfully connect, personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing, and Interpreting to works of art through and during the art-making process. | I am not yet able to connect, personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing, and Interpreting to works of art through and during the art-making process. | I can begin to connect, personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing, and Interpreting to works of art through and during the art-making process. | I can successfully connect, personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing, and Interpreting to works of art through and during the art-making process. | I can successfully connect, personal meaning and external context to multiple visual arts by Relating, Perceiving, Analyzing, and Interpreting to works through and during the art-making process. |
| I can Synthesize and Relate knowledge and personal experience to artistic ideas and artistic work. | I am not yet able to create a work of art that communicates about events in home, school, or community life. | I can create a work of art that begins to communicate about events in home, school, or community life. | I can create a work of art that clearly communicates about events in home, school, or community life. | I can create works of art that clearly communicates in-depth about events in home, school, and/or community life. |
| I can Apply societal, cultural, and historical contexts to artistic ideas and artistic work. | I am not yet able to compare and contrast details in art works from different times or places to determine their uses. | I can compare and contrast details in art works from different times or places but am not able to determine their uses based on their context. | I can compare and contrast details in art works from different times or places and explain how these details help reveal information about the work. | I can compare and contrast multiple details in art works from different times or places and thoroughly explains how these details help reveal information about the work and its context. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND**
**3-5**

# Library Media

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information Value:** A successful student can identify different types of resources and their uses for varied information needs, personal interests, and purposes and make connections among those materials. | I can recognize different resources such as fiction and non-fiction. | I can use different resources such as fiction and non-fiction for appropriate tasks. | I can locate different resources such as fiction and non-fiction for appropriate tasks. | I can independently select different resources such as fiction and non-fiction for appropriate tasks. | G5 1.1 G5 1.2 G5 1.5 G5 1.6 |
| | I can state the difference between books and digital sources. | I can use books and digital sources. | I can locate books and access digital sources. | I can locate books and access digital sources independently. | |
| | I can state what information I gathered from each source. | I can make connections from the information I gathered from each source. | I can apply the information gained from multiple sources. | I can synthesize the information obtained from various sources. | |
| A successful student can analyze elements of a story and characteristics of different genres. | I can recognize the characters, setting, plot and theme. | I can identify the characters, setting, plot and theme. | I can analyze the characters, setting, plot and theme. | I can analyze the characters, setting, plot and theme and make connections among them. | G5 1.7 G5 1.9 |
| | I can recognize realistic fiction, fantasy, fairy tales and informational text. | I can identify realistic fiction, historical fiction, fantasy, fairy tales, fables and informational text. | I can identify realistic fiction, historical fiction, science fiction, fantasy, fairy tales, fables, legends and informational text. | I can identify various genres representing a variety of cultures and time periods. | |

**LIBRARY MEDIA PERFORMANCE-BASED ASSESSMENT**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**3-5**

LIBRARY MEDIA PERFORMANCE-BASED ASSESSMENT

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information as Exploration:**<br><br>A successful student can identify and use appropriate search terms based on need. | I can enter an assigned search term for specific projects i.e. keyword search, in the card/online catalog. | I can determine terms, on my own, to use in keyword search In card/online catalog. | I can identify terms to use for a specific search i.e. subject headings, keywords, author or title, and use them to search in the card/online catalog. | I can independently identify terms to use for a search such as subject headings, keywords, author or title and use in appropriate search methods to lookup in card/online and modify my search when needed. | G5 2.2 |
| A successful student can access and utilize information to answer questions. | I can access and use various sections of the physical library to answer questions. | I can access and use various sections of the physical library independently and digital library, with assistance, to answer questions. | I can independently access and use various sections, both physical and digital, of the library to answer questions. | I can independently access and use various sections, both physical and digital, of the library and determine which format is more reliable to answer questions. | G5 2.3 G5 2.4 |
| | I can identify and use parts of book such as glossary, copyright date, title page and table of contents. | I can identify and use parts of a book such as glossary, copyright date, publisher, title page, table of contents and index. | I can identify and use parts of book such as appendix, glossary, copyright date, publisher, title page, table of contents, index and preface. | I can identify and use parts of book such as appendix, glossary, copyright date, publisher, title page, table of contents, index and preface and apply it to my own written works. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**3-5**

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information Research as Inquiry:** A successful student can utilize an appropriate research model to determine the need for and produce information on a given topic through the use of a variety of sources. | I can follow the steps of a basic research model with assistance and guidance. | I can follow the steps of a basic research model with some assistance and guidance. | I can independently follow the steps of a basic research model with minimal assistance. | I can independently follow the steps of a basic research model with no assistance. | G5 3.2 G5 3.4 G5 3.5 |
| | I can list information on a topic from more than one source | I can determine the need of information on a given topic and use a variety of sources to demonstrate knowledge. | I can combine information from a variety of sources to apply and demonstrate knowledge on a given topic. | I can work independently to combine information from a variety of sources to demonstrate and apply knowledge on a given topic. | |
| A successful student can refine questions as information needs change. | I can create questions needed to find information on a given topic. | I can refine questions, with assistance, on a given topic as information needs change. | I can refine and clarify questions as information needs change to find information on a given topic. | I can effectively create questions on a given topic to find information needed. | G5 3.1 |
| **Information Authority:** A successful student can select and evaluate appropriate resources based on knowledge of currency, credibility, accuracy and relevance. | I can select appropriate resources based on knowledge of currency and relevance. | I can select appropriate resources based on knowledge of currency, relevance and accuracy | I can select appropriate resources based on knowledge of currency, relevance, accuracy and credibility. | I can compare and contrast appropriate resources based on knowledge of currency, relevance, accuracy and credibility. | G5 4.1 G5 4.2 G5 4.4 |
| | A successful student can define or give examples of plagiarism and intellectual freedom. | I can recognize examples of plagiarism. | I can recognize examples of plagiarism and intellectual freedom. | I can define and give examples of plagiarism and intellectual freedom. | G5 6.5 G5 6.6 |

**LIBRARY MEDIA PERFORMANCE-BASED ASSESSMENT**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

LIBRARY MEDIA PERFORMANCE-BASED ASSESSMENT

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information Format:**<br>A successful student can organize, synthesize and present information to express new understandings from a variety of sources. | I can, with assistance, find information from various forms both digital and print. | I can, with little assistance, find information from various forms both digital and print. | I can locate and use information from various forms both digital and print. | I can independently select formats and use information from various sources to show my learning. | G5 5.2 G5 5.3 G5 5.5 |
| | I can fill in outline forms such as story map, etc. | I can independently fill in outline forms such as story map, etc. | I can create forms such as story map, etc. | I can create forms such as outlines, storymaps, etc. to organize information. | |
| | I can, with assistance, present the information in an assigned format. | I can present the information in an assigned format. | I can select and create a format to present information. | I can select and create multiple formats to present the information. | |
| A successful student can apply internet safety rules. | I can state internet safety rules. | I can understand internet safety rules. | I can understand and apply internet safety rules. | I can teach others internet safety rules. | G5 5.6 |
| **Information as Conversation:**<br>A successful student can discuss and respond respectfully to the point of views and ideas of others, changing ideas when appropriate and acknowledge the contribution of others to the conversation. | I can discuss and respond respectfully to the point of views and ideas of others. | I can discuss and respond respectfully to the point of views and ideas of others and acknowledge the contribution of others. | I can discuss and respond respectfully to the points of view and ideas of others, modify my thinking when appropriate and acknowledge the contribution of others. | I can facilitate a discussion and respond respectfully to the points of view and ideas of others, modify my thinking when appropriate and acknowledge the contribution of others. | G5 6.1, G5 6.2 |
| A successful student can summarize and paraphrase with assistance and create a basic bibliography. | I can create a basic bibliography. | I can paraphrase ideas with assistance and create a basic bibliography. | I can paraphrase ideas and summarize information with assistance creating a basic bibliography. | I can paraphrase and summarize information with minimal assistance and create a basic bibliography to cite sources used. | G5 6.3, G5 6.4 |



NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Grade Band
# 3-5

# Essential Elements (EE)
# Assessment

All students are taught academic content for their enrolled grade level. Students who have the most significant cognitive exceptionalities mostly take the alternate assessments and may need content aligned to alternate academic achievement standards. These standards are aligned with the general education content standards with reduced depth, breadth and complexity. Competencies for this population are the same as for students following the general education curriculum. However, the learning targets and measurement tables for this population align to the alternate academic achievement standards.

Students who have the most significant cognitive exceptionalities, who are eligible for an alternate assessment, work from the alternate academic achievement standards. The DLM Essential Elements (2020) allow students access to instruction aligned to grade level academic content. Goals and instruction listed in the IEP for these students are linked to the enrolled grade level DLM Essential Elements (2020). Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. Students who demonstrate mastery of level 3 or 4 competencies may not be appropriately challenged when working from the Essential Elements. Providing a continuum between the level 4 skill on the Essential Elements Competency Rubric and the level 1 skill on the Competency Rubric (2019) for each grade band will assist those students in the transition to the Kansas competencies/state standards.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND 3-5**

**EE EXECUTIVE SUMMARY**

This section of the guidance document seeks to support educators as they consider ways to develop, refine and/or implement a comprehensive, balanced and cohesive approach to meaningfully assess student learning in a competency-based model. When thinking about mastery, a multiple-measures approach can be useful and may include a variety of assessments, ranging from the use of rubrics that focus on the depth of a student's understanding to nationally normed assessments by age and/or ability to state accountability assessment systems. What follows as guidance to consider may be best conceptualized by thinking of it from the perspective of assessing student learning.

## Performance-Based Assessment and the Use of Rubrics

- **Continuity and Comprehensive Approach:** The grade-band teams from Phase I of this project developed both the competencies and a set of performance-based "I can ..." rubrics.

  - SECD, specials, electives and CTE are also included for your consideration and inclusion in assessing broader STEAM and Humanities competencies.

- **Interpretation of Performance Levels:** These rubrics contain four performance levels that include "I can ..." statements that intend to reflect the various stages of what students know and are able to do through progressive depths of each competency. Ideally, students move to and through each of the levels from left to right, but this may take place at different times for each student. Webb's Depth of Knowledge (DOK) is included as a familiar reference to help support the development of instruction in a leveled manner.

  - **Level 1** may be thought of as introducing or beginning/DOK: Recall and Reproduce

  - **Level 2** may be thought of as developing or emerging/DOK: Application and Reasoning

  - **Level 3** may be thought of as demonstrating or creating/DOK: Strategic Thinking

  - **Level 4** may be thought of as extending or enriching/DOK: Extended Thinking

  **NOTE:** Levels 1-4 are not intended to predict Kansas State Assessment scores.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**3-5**

EE EXECUTIVE SUMMARY

## Levels Explanation

Webb's Depth of Knowledge: Use to Align "A successful student can ..." Statements to Appropriate Performance Level

| Performance Level | I can ... |
|---|---|
| Level 1 | Recall and Reproduction<br>• Recall a fact, term, definition, principle or concept; perform a simple procedure.<br>• Items typically specify what the student is to do, which is often to carry out some procedure that can be performed mechanically.<br>• Recall of a fact, information, definition, term or performance of a process or procedure. |
| Level 2 | Basic Application of Skills and Concepts<br>• Apply conceptual knowledge:<br>  • Use provided information to select appropriate procedures for a task.<br>  • Perform two or more steps with decision points along the way.<br>  • Solve routine problems; organize or display data.<br>  • Interpret or use simple graphs.<br>• Items require students to make some decisions as to how to approach the question or problem. These actions imply more than one mental or cognitive process/step.<br>• Includes the engagement of some mental processing beyond recalling or reproducing a response. |
| Level 3 | Strategic Thinking<br>• Apply reasoning, using evidence, and developing a plan to approach or solve abstract, complex or nonroutine problems; interpret information and provide justification when more than one approach is possible.<br>• Items require students to justify the responses they give and may have more than one possible answer.<br>• Requires deep understanding as exhibited through planning, using evidence, and more demanding cognitive reasoning. The cognitive demands are complex and abstract. |
| Level 4 | Extended Thinking<br>• Perform investigations or apply concepts and skills that require research and problem solving across content areas or multiple sources.<br>• Items require students to bring together skill and knowledge from various domains. Due to the complexity of cognitive demand, this level often requires an extended period to answer. A DOK 4 is first a DOK 3 with added connections.<br>• Requires high cognitive demand and is very complex. Students are expected to make connections and relate ideas within the content or among areas - and have to select or devise one approach among many alternatives on how the situation can be solved. |

**This is the target**



GRADE BAND
**3-5**

EE EXECUTIVE SUMMARY

## Subject Area Abbreviations:

**AFNR**   Agriculture, Foods and Natural Resources

**AC**   Architecture and Construction

**BC**   Business Career

**BC.BMAE**   Business Management, Administration and Entrepreneurship

**BC.F**   Finance

**BC.M**   Marketing

**DNC**   Dance

**FCS**   Family and Consumer Sciences

**ELA**   English Language Arts

**ENG**   Engineering

**HB**   Health and Biosciences

**HE**   Health

**HGSS**   History, Government and Social Studies

**HUM**   Humanities

**IT**   Information Technology

**LPSCS**   Law, Public Safety, Corrections and Security

**MA**   Media Arts

**MATH**   Math

**MNFR**   Manufacturing

**MUS**   Music

**PE**   Physical Education

**SCI**   Science

**SCI.ESS**   Earth and Space Science

**SCI.LS**   Life Science

**SCI.PS**   Physical Science

**SECD**   Social-Emotional Character Development

**STM**   STEAM

**THR**   Theatre

**TRAN**   Transportation

**WL**   World Languages

**VA**   Visual Arts

## Grade Bands:

**P**   Pre-K to 2nd grade

**IM**   3rd to 5th grade

**MS**   6th to 8th grade

**HS**   9th to 12th grade

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**3-5**

# EE ELA

**PRIORITY:** A successful student can write to inform/explain and express themselves clearly.

**ELA**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can select a topic and write about it including one fact or detail. | I can turn my own body, head, or otherwise direct my attention to objects or people | I can select a familiar topic to share about (may be from a set of options) and can use drawing, dicating, or writing to share about it. | I can write about a specific topic using facts and details to describe the topic. | I can select a topic for writing an informational text and then find information that is either tactile, visual, or multimedia for use when writing the text. | EE.W.3.2.a |
| I can list words, facts, or details related to the topic. | I can indicate an object when it is referred to by name. | I can select a familiar topic to share about (may be from a set of options) and can use drawing, dicating, or writing to share about it. | I can write about a specific topic using facts and details to describe the topic. | I can identify facts and details related to topic from a set of choices. | EE.W.4.2.b |
| I can introduce a topic and write to convey information about it including visual, tactual or multimedia information as appropriate. | I can describe the effects and impacts that natural hazards have on society | I can write about a specific topic using facts and details to describe the topic. | I can introduce a topic while writing an informational text and convey information about it including visual, tactual, or multimedia information as appropriate. | I can introduce an informational topic while writing and extend by writing about ideas and information related to the topic. | EE.W.5.2.a |
| I can provide facts, details, or other information related to the topic. | I can use multiple resources to classify the positive and negative impacts that human activity has on the Earth. | I can identify the specific details, such as the people, places, things and events, that occur within a specific personal experience. | I can identify facts and details related to topic from a set of choices, and provide written facts, details, and or information about a topic. | I can put facts or details identified about a topic into writing. | EE.W.5.2.b |
| I can capitalize the first word in a sentence. | I can understand that letters are used to write words, not numbers, punctuation, or other symbols and we don't draw pictures to represent the referent. | I can indicate knowledge that when a word is capitalized the first letter in the word is in uppercase. | I can capitalize the first letter of sentences. | I can capitalizes the correct words when writing a title. | EE.L.4.2.a |
| I can spell words phonetically drawing on knowledge of letter-sound relationships, and/or common spelling patterns. | I can understand that letters are used to write words, not numbers, punctuation, or other symbols and we don't draw pictures to represent the referent. | I can produce a string of letters (student attempts to write words) by combining random letters. | I can spell words with inflectional endings (e.g., walked, eats, sleeping). | I can spell words with inflectional endings (e.g., walked, eats, sleeping). | EE.L.4.2.d |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

EE ELA PERFORMANCE-BASED ASSESSMENT



**EE ELA PERFORMANCE-BASED ASSESSMENT**

**PRIORITY:** A successful student can narrate real or imagined events by describing details and in a clear sequence.

### ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can with guidance and support, produce writing that expresses more than one idea. | I can sustain my own attention to objects, pictures, or multimedia for more than a fleeting moment. | I can use two words together when producing a written text. | I can write more than one idea about a topic. | I can produce a complete thought in writing. Up to this point, students may produce writing that requires some interpretation or context to understand (e.g., frg lgs = frogs use their legs to jump). By this node students are able to create a complete thought (e.g., Frogs jump). The produced thought may not be grammatically correct (i.e., The frogs can jump), but still conveys a complete thought or idea. | EE.W.3.4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

438

**GRADE BAND**
**3-5**

## PRIORITY: I can with guidance and support, produce writing that expresses more than one idea.

### ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can answer who and what questions to demonstrate understanding of details in a text. | I can pay attention to either the entire object, a characteristic of the object, or an action in which the object can perform after some verbal label has been attached to it. | I can answer questions posed by others asking who and what about the key details in a familiar narrative. | I can produce responses to questions seeking information on specific characters and what each of them did in a narrative by providing details on them. | I can answer questions posed by others asking who, what, where, when, why, and how about the details in a narrative. | EE.RL.3.1 |
| I can use details from the text to recount what the text says. | I can recognize when I encounter familiar people, objects, places, and events. | I can identify the explicitly-stated actions of characters in a story. | I can recount events from a narrative using details, not provide a complete summary or tell the details in temporal order but the details are accurate. | I can recount key details of a story. | EE.RL.4.1 |
| I can identify words in the text to answer a question about explicit information. | I can indicate an object when it is referred to by name. | I can identify the key elements in a story (main characters, setting, and major events.). | I can produce responses to questions asking about explicit information contained in a narrative by determining specific words related to or comprising of information. | I can find specific details in a narrative to answer questions asking about information explicitly stated in the narrative. | EE.RL.5.1 |

EE ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**3-5**

**PRIORITY:** A successful student can determine the central message, moral or theme and be able to form a summary of the text.

**ELA**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can associate details with events in stories from diverse cultures. | I can correctly look at the scene demonstrating a possible event and ignore the scene demonstrating an impossible event based on an understanding that objects still exist despite not being seen (i.e., object permanence). | I can represent a conceptual connection between a detail and an event in a familiar text. | I can associate details with events in stories from fables, folktales, or diverse cultures. | I can retell stories from various cultures, such as myths, fables, and folktales, by recounting key details from them. | EE.RL.3.2 |
| I can identify the main idea of the text when it is explicitly stated. | I can recognize when I encounter familiar people, objects, places, and events. | I can identify the concrete details, such as individuals, events, or ideas in familiar informational texts. | I can identify the overall general topic of any brief (no more than a paragraph) familiar informational text. | I can identify the theme of a story, which includes a short, concise sentence about the overall meaning of the narrative. | EE.RL.4.2 |
| I can identify the central idea or theme of a story, drama, or poem. | I can recognize when I encounter familiar people, objects, places, and events. | I can identify the concrete details mentioned in beginner level informational texts. | I can identify the main idea for a paragraph in an informational text that lacks an explicit statement of the topic. | I can determine the details that provide for the foundation of the theme in a narrative. | EE.RL.5.2 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

440

EE ELA PERFORMANCE-BASED ASSESSMENT

**GRADE BAND**
**3-5**

**PRIORITY: A successful student can compare and contrast 2 or more characters, settings or events in a text.**

**ELA**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can identify the feelings of characters in a story. | I can use or identify feeling words related to self, such as happy, sad, tired, worried, or angry. | I can identify the feelings of characters when explicitly stated in familiar stories. | I can identify the feelings of specific characters in narratives. | I can identify how a character's actions make them feel OR can identify how the character's desires or feelings lead to an action. | EE.RL.3.3 |
| I can use details from the text to describe characters in the story. | I can indicate an object when it is referred to by name. | I can identify the key elements in a story, including the main characters, setting, and the major events. | I can describe characters in a narrative using appropriate words, rather than reacting to/relying on the illustrations. | I can use details from a narrative to describe characters, setting, and events (students may not identify specific key details, but are able to identify additional information about a story). | EE.RL.4.3 |
| I can compare two characters in a familiar story. | I can indicate an object when it is referred to by name. | I can use illustrations and/or details of a text to describe the events. | I can compare different characters in a familiar story. | I can contrast different characters in a familiar story using specific key details. | EE.RL.5.3 |

EE ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND**
**3-5**

EE ELA PERFORMANCE-BASED ASSESSMENT

**PRIORITY:** A successful can determine words in a text, the meaning of words used in the text, and story elements that change at the beginning, middle, and end of the text.

**ELA**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can determine words and phrases that complete literal sentences in a text. | I can pay attention to either the entire object, a characteristic of the object, or an action in which the object can perform after some verbal label has been attached to it. | I can provide real-life examples of words connected to a use (describe people who are friendly). | I can ascertain which words or phrases fit the meaning of literal sentences in a text and can complete those sentences by choosing the best ones. | I can identify simple semantic definitions for unambiguous words in a text. | EE.RL.3.4 |
| I can list words, facts, or details related to the topic. | I can indicate an object when it is referred to by name. | I can ascertain which words or phrases fit the meaning of literal sentences in a text and can complete those sentences by choosing the best ones. | I can identify simple semantic definitions for unambiguous words in a text. | I can understand that words can have multiple meanings that may include a concrete and psychological meaning (e.g., "sweet"). | EE.RL.4.4 |
| I can introduce a topic and write to convey information about it including visual, tactual or multimedia information as appropriate. | I can recognize when I encounter familiar people, objects, places, and events. | I can identify simple semantic definitions for unambiguous words in a text. | I can represent the meaning of domain specific words and phrases in text. | I can demonstrate an understanding of the use of a multiple meaning word. | EE.RL.5.4 |
| I can provide facts, details, or other information related to the topic. | I can engage in a behavior indicating I am attending to the text (story, information, book, alphabet book). May display this with this gaze, decreased movement (i.e, stilling) and noise. | I can determine the elements (e.g., setting events) that occur at the beginning and end of a familiar, linear story. | I can determine the events that occur at the beginning, middle, and end of a familiar, linear story. | I can identify the beginning and end of an unfamiliar story. | EE.RL.3.5 extended |
| I can capitalize the first word in a sentence. | I can recognize when I encounter familiar people, objects, places, and events. | I can determine the events that occur at the beginning, middle, and end of a familiar, linear story. | I can identify characteristics elements of stories in a text, including main character, setting initiating and resolution events. | I can identify an element of the story that undergoes change(s) from beginning to end (e.g., character or setting). | EE.RL.4.5 |
| I can spell words phonetically drawing on knowledge of letter-sound relationships, and/or common spelling patterns. | I can pay attention to either an entire object, a characteristics of the object or an action in which the object can perform after some verbal label has been attached to it. | I can identify characteristic elements of stories in a text, including main character, setting, initiating, resolution events. | I can identify an element or setting in the story that undergoes change(s) from beginning to end (e.g., character). | I can use information about structure to make determinations about the text. | EE.RL.5.5 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**3-5**

**PRIORITY:** A successful student can compare and contrast the treatment of similar themes and topics and patterns and events in multicultural literature.

**ELA**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can identify common elements in two stories in a series. | I can pay attention to either the entire object, a characteristic of the object, or an action in which the object can perform after some verbal label has been attached to it. | I can represent a conceptual connection between a detail and an event in a familiar text. | I can pick out the story elements, such as characters, settings and events, across two narratives with the same series of books. | I can use the similarities in the plots of different narratives to compare them. | EE.RL.3.9 |
| I can compare stories, myths, or texts with similar topics or themes. | I can pay attention to either the entire object, a characteristic of the object, or an action in which the object can perform after some verbal label has been attached to it. | I can identify and recall how characters' actions affect the consequences that occur in the story afterwards. | I can determine how two narratives on similar topics or specific themes are similar to one another on their coverage of the topics. | I can find the similarities and differences between two narratives with a similar theme or topic. | EE.RL.5.9 extended |

EE ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND 3-5**

**PRIORITY:** A successful can determine words in a text, the meaning of words used in the text, and story elements that change at the beginning, middle, and end.of the text.

## ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can answer who and what questions to demonstrate understanding of details in a text. | I can pay attention to either the entire object, a characteristic of the object, or an action in which the object can perform after some verbal label has been attached to it. | I can identify the concrete details, such as individuals, events, or ideas in familiar informational texts. | I can answer questions posed by others regarding the concrete details of an informational text. | I can identify words or details to answer a question about explicit information presented in the text. | EE.RI.3.1 |
| I can identify explicit details in an informational text. | I can indicate an object when it is referred to by name. | I can identify the explicitly-stated actions of characters in a story. | I can recount events from a narrative using details. | I can identify words or details to answer a question about explicit information presented in the text. | EE.RI.4.1 |
| I can identify words in the text to answer questions about explicit information. | I can demonstrate an understanding that I can communicate my preference for an object (like, dislike) through either verbal or nonverbal means when asked yes/no questions. | I can answer questions posed by others regarding the concrete details of an informational text. | I can identify words or details to answer a question about explicit information presented in the text. | I can find specific details in an informational text to answer questions asking about information explicitly stated in the text. | EE.RI.5.1 |
| I can locate information in print or digital sources. | I can tell that all objects have some function or action typically associated with it (object action). | I can identify a detail from either the text itself or the illustration provided with the text (the goal here is to promote the understanding the structurally informational texts often contain images. that support the text and provide information). | I can locate information by using the text features including bold, italics, and underlined text, headings, captions, icons, graphics or illustrations, text boxes, table of contents, and glossaries. | I can locate information in a text by using the specific text features, which can include bold print, captions, and subheadings. | EE.RI.5.7 extended |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

EE ELA PERFORMANCE-BASED ASSESSMENT

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND**
**3-5**

**PRIORITY:** A successful student can explain relationships or interactions based on specific information in historical, scientific or technical text.

**ELA**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can answer who and what questions to demonstrate understanding of details in a text. | I can correctly look at the scene demonstrating a possible event and ignore the scene demonstrating an impossible event based on an understanding that objects still exist despite not being seen (i.e., object permanence). | I can represent a conceptual connection between a detail and an event in a familiar text. | I can associate details with events in stories from fables, folktales, or diverse cultures. | I can identify explicit details in an informational text. | EE.RI.3.2 |
| I can identify the main idea of a text when it is explicitly stated. | I can indicate an object when it is referred to by name. | I can identify the concrete details, such as individuals, events, or ideas in familiar informational texts. | I can identify the overall, general topic of any brief (no more than a paragraph) familiar informational text. | I can determine which words contained in an informational text relate to the topic of the text. | EE.RI.4.2 |
| I can identify the main idea of a text when it is not explicitly stated. | I can recognize when I encounter familiar people, objects, places, and events. | I can identify the concrete details mentioned in beginner level informational texts. | I can identify the main idea for a paragraph in an informational text that lacks and explicit statement of the topic. | I can determine which details contained within a paragraph of an informational text provide an important contribution to the paragraph's main idea. | EE.RI.5.2 |

EE ELA PERFORMANCE-BASED ASSESSMENT



GRADE BAND
**3-5**

EE ELA PERFORMANCE-BASED ASSESSMENT

**PRIORITY:** A successful student can integrate information from multiple texts to write or speak about a subject knowledgeably.

## ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can identify common elements in two stories. | I can pay attention to either the entire object a characteristic of the object, or an action in which the object can perform after some verbal label has been attached to it. | I can identify the concrete details, such as individuals, events, or ideas in familiar informational texts. | I can determine how various informational texts on the same topic are similar in what is presented on the topic. | I can compare informational texts on the same topic based on the specific details used to discuss the topic. | EE.RI.3.9 |
| I can compare details presented in two texts on the same topic. | I can indicate an object when it is referred to by name. | I can determine when two different informational texts on the same topic based on the specific details used to discuss the topic. | I can compare informational texts on the same topic based on the specific details used to discuss the topic. | I can compare and contrast informational texts on the same topic based on the specific details used to discuss the topic. | EE.RI.4.9 |
| I can compare and contrast details gained from two texts on the same topic. | I can indicate an object when it is referred to by name. | I can compare informational texts on the same topic based on the specific details used to discuss the topic. | I can compare and contrast informational texts on the same topic based on the specific details used to discuss the topic. | After reading two texts on the same topic, I can compare and contrast the main points of each. | EE.RI.5.9 extended |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**3-5**

## PRIORITY: A successful student can read and comprehend grade level informational text.

**ELA**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can use sentence level context to determine which word is missing from a content area text. | I can demonstrate a receptive understanding of the object words that accompany familiar games or routines. | I can determine the meaning of a word when the definition is given using positives, relative clauses, within a conjunction, or a direct explanation within a text. Examples and restatements may also be used in the sentence. | I can identify what word is missing in a written sentence by using the surrounding words in the sentence and the meaning of the sentence as clues. | I can identify what word is missing within a text by using the surrounding words and sentences and their meaning as clues to the meaning of the missing word. | EE.L.5.4.a |
| I can demonstrate understanding of words that have similar meanings. | I can recognize when I encounter familiar people, objects, places, and events.. | I can demonstrate an understanding of words with opposite meanings (e.g, cold, hot, up, down). | I can demonstrate an understanding that when two words have the same meaning they are synonyms (the student may or may not explicitly use the term synonym, but this term should be use with the student). | I can cease to overgeneralize words. I can use the proper extension of word meaning. | EE.L.5.5.c |

EE ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND 3-5**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

EE ELA PERFORMANCE-BASED ASSESSMENT

**PRIORITY: A successful student can explain relationships or interactions based on specific information in historical, scientific or technical text.**

**ELA**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can order two events from a text as first, and next. | I can identify the next step or event in a sequence from a familiar routine. | I can identify specific events in a familiar information text. | I can identify the order in which two events occur in an informational text. | I can identify information that indicates the temporal order of ideas or events presented in an informational text. | EE.RI.3.3 |
| I can identify an explicit detail that is related to an individual, event, or idea in a historical, scientific, or technical text. | I can indicate an object when it is referred to by name. | I can identify concrete details, such as individuals, events, or ideas in familiar informational texts. | I can determine whether a concrete detail is related to an individual, event or idea discussed in an informational text. | I can find the similarities between the key details, such as the individuals, events, or ideas, located within an informational text. | EE.RI.4.3 |
| I can compare two individuals, events, or ideas in a text. | I can indicate an object when it is referred to by name. | I can identify the concrete details mentioned in beginner level informational texts. | I can find the similarities between the key details, such a the individuals, events, or ideas located within an informational text. | I can find the similarities and differences between the key details located within an informational text. | EE.RI.5.3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

## PRIORITY: A successful student can describe the overall structure of events, ideas, concepts, or information in text.

**ELA**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can with guidance and support, use text features including headings and keywords to locate information in a text. | I can produce some type of communication (body movement, sound, facial expression, or gaze) indicating I desire a specific object in my immediate environment, such as food or a toy. | I can identify illustrations or tactile graphics/objects that reflect aspects of a familiar text, such as setting, characters, or action if it is a story or a person, place, thing, or idea if it is an informational text. | I can locate information within an informational text by using the text features including bold, italics, and underlined text, headings, captions, icons, graphics, or illustrations, text boxes, table of contents, and glossaries. | I can locate information in a text by using the specific text features, which can include bold print, captions, and subheadings. | EE.RI.3.5 |
| I can identify elements that are characteristic of informational texts. | I can demonstrate an understanding that objects differ in the physical characteristics and can make judgments of similarity or differences based on the physical characteristics of objects. | I understand that informational texts often provide pictures/illustrations or tactile graphics/objects that supplement the text and can help to provide information or clarify the text. | I can identify elements that are characteristic of informational texts. These elements in the presentation of information which is organized using text features (that serve to organize information - titles, keyword, illustrations/graphics, headings, etc.) and logical presentation of information (rather than event oriented structure). | I can determine if an informational text is providing information about events, giving directions, or providing information on a topic. | EE.RI.4.5 |
| I can determine if a text tells about events, gives directions, or provides information on a topic. | I can pay attention to either the entire object, a characteristic of the object, or an action in which the object can perform after some verbal label has been attached to it. | I can identify a detail in an informational text from either the text itself or the illustration provided with the text (the goal here is to promote the understanding the structurally informational texts often contain images that support the text and provide information) | I can determine if an informational text is providing information about events, giving directions, or providing information on a topic. | I can understand how the title indicates information about or fits the structure of an informational text. | EE.RI.5.5 |
| I can determine the point of view of the narrator. | I can recognize when I encounter familiar people, objects places, and events. | I can determine who the narrator is in a story when I am reading. | I can determine what the point of view for the narrator of a story. | I can describe what the narrator or current speaker is thinking or feeling by identifying relevant words or phrases, such as "I ruminated on the missed opportunity at catching the thief on that fateful night at | EE.RL.5.6 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**3-5**

**EE ELA PERFORMANCE-BASED ASSESSMENT**

**PRIORITY:** A successful student can determine words and their meanings included in a variety of text formats (e.g., domain specific, literal phrases, etc.).

## ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can determine words and phrases that complete literal sentences in a text. | I can pay attention to either the entire object, a characteristic of the object, or an action in which the object can perform after some verbal label has been attached to it. | I can identify the relationship between multiple concrete facts or details in a literature or informational text. | I can find two points made by an author of an informational text that related to each other. | I can provide the reasons an author includes (i.e. details) that support the points of an informational text. | EE.RI.3.8 extended |
| I can determine meaning of words in text. | I can indicate an object when it is referred to by name. | I can determine what the points are that the author of an unfamiliar informational text is trying to communicate to the reader. | I can provide the reasons an author includes (i.e., details) that support the points of an informational text. | I can find out how specific points made by an author in an informational text relate to the reasons supporting it. | EE.RI.4.8 extended |
| I can determine the meanings of domain-specific words and phrases. | I can recognize when I encounter familiar people, objects, places, and events. | I can find two points made by an author of an informational text that relate to each other. | I can find out how specific points made by an author in an informational text relate of the reasons supporting it. | I can identify the examples reflecting the points, reasoning, and details (key individuals, events, and ideas) used by the author in an informational text. | EE.RI.5.8 extended |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

450

**GRADE BAND 3-5**

**PRIORITY:** A successful student can determine which words are used in a variety of texts that convey meaning (e.g., emotional, opposites, etc.).

## ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can determine the literal meaning of words and phrases in context. | I can pay attention to either the entire object, a characteristic of the object, or an action in which the object can perform after some verbal label has been attached to it. | I can determine when two words have the same, similar, or different meanings or whether meanings of a single word are the same or different. | I can determine the literal meaning of words and phrases using the context in which they are located. | I can ascertain which words or phrases fit the meaning of literal sentences in a text and can complete those sentences by choosing the best ones. | EE.L.3.5.a |
| I can identify words that describe personal emotional states. | I can pay attention to either the entire object, a characteristic of the object, or an action in which the object can perform after some verbal has been attached to it. | I can exhibit an understanding of feeling words. | I can identify feeling words to describe myself. | I can describe the internal (motivations, feelings) and external traits (appearance) of a character. | EE.L.3.5.c |
| I can demonstrate an understanding of opposites. | I can recognize when I encounter familiar people, objects, places, and events. | I can provide real-life examples of words connected to use (describe people who are friendly). | I can demonstrate an understanding of words with opposite meaning (e.g., cold, hot, up, and down). | I can demonstrate an understanding that when two words have the same meaning, they are synonyms (the student may or may not explicitly use the term synonym, but this term should be used with the student). | EE.L.4.5.c |

EE ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND**
# 3-5

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

# EE Mathematics

A successful student will fluently add, subtract, multiply, and divide multi-digit numbers.

## Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can use repeated addition to find the total number of objects and determine the sum. | I can recognize separateness and set. | I can combine and partition sets. I can recognize the (+, -, and =) signs. | I can determine the unknown in an addition and subtraction equation. | I can solve join and separate problems. | EE.3.OA.4 |
| I can solve one-step real world problems using addition or subtraction within 20. | I can combine and partition sets. | I can demonstrate the concept of addition and subtraction. | I can solve addition and subtraction problems within 100. | I can solve 2-step addition and subtraction word problems. | EE.3.OA.8; EE.4.OA.3; EE.4.NBT.4 |
| I can perform repeated addition to find the total number of objects and determine the sum. | I can recognize subset, separateness, and set. | I can represent repeated addition with an equation. | I can solve repeated addition problems. | I can demonstrate the concept of multiplication. | EE.3.OA.1-2. |
| I can demonstrate the connection between repeated addition and multiplication. | I can recognize subset, set, and separateness. | I can represent addition with an equation and a model. | I can demonstrate the concept of multiplication. | I can multiply by 1, 2, 3, 4, and 5 | EE.4.OA.1-2 |
| I can multiply whole numbers up to 5x5. | I can recognize subset, separateness, and set. | I can solve repeated addition problems. | I can multiply by 1, 2, 3, 4, and 5. | I can apply the relationship between multiplication and division. | EE.5.NBT.5 |
| I can illustrate the concept of division using fair and equal share. | I can recognize subset, separateness, and set. | I can partition sets. | I can partition sets into equal subsets. | I can demonstrate the concept of division. | EE.5.NBT.6-7 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**3-5**

A successful student can explain and make generalizations about the patterns in a place value system, use this understanding and the properties of operations to perform single and multi-digit arithmetic, including whole numbers and decimals, and understand how concepts of area, perimeter, and volume relate to multiplication and addition.

## Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can identify arithmetic patterns. | I can recognize same and different. | I can recognize patterns. | I can recognize repeating patterns, symbolic patterns, and growing patterns. | I can extend a symbolic pattern by applying the rule. I can recognize the pattern rule in a growing pattern. | EE.3.OA.9 |
| I can determine the area of a square or rectangle by counting units of measure (unit squares). | I can recognize some and separateness. | I can explain unit square and area. | I can calculate area by counting unit squares or tiling. | I can solve word problems involving area of rectangles. | EE.4.MD.3 |
| I can measure mass or volume using standard tools. | I can recognize different and same. | I can measure volume and mass using informal units. | I can use an appropriate tool to measure liquid volumes in cups, mass in ounces, and mass in pounds. | I can estimate liquid volume in cups, mass in ounces, and mass in pounds. | EE.4.MD.2.b |
| I can determine the volume of a rectangular prism by counting units of measure (unit cubes). | I can recognize separateness and enclosure. | I can explain volume as a composition of cube units and calculate volume by counting unit cubes. | I can calculate volume of a right rectangular prism by packing unit cubes. | I can solve word problems involving volume of rectangular prisms. | EE.5.MD.4-5 |

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

## A successful student can generate, analyze, and explain numerical patterns and relationships.

### Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can demonstrate understanding of place value to tens. | I can recognize separateness and set. | I can recognize multiple tens of something and compose numbers based on tens. | I can explain value for ones and tens. | I can explain the relationship between rounding and place value. I can explain value for hundreds. | EE.3.NBT.2 |
| I can count by tens using models such as objects, base ten blocks, or money. | I can recognize before and after. | I can count to 30. | I can skip count by 10s | I can skip count by 10s starting at a multiple of 10. I can count dimes and 10 dollar bills. | EE.3.NBT.3 |
| I can compare whole numbers to 10 using symbols (<,>,=). | I can recognize set and separateness. | I can compare 2 quantities up to 10 using models. | I can compare 2 numerals up to 10 using symbols. | I can compare 2 numerals up to 100 using symbols. I can order 2 one digit numerals from least to greatest and greatest to least. | EE.4.NBT.2 |
| I can round any whole number 0-30 to the nearest ten. | I can use perceptual subitizing (visual recognition of pattern such as dots on a die). | I can recognize ten and something, multiple tens of something, and decompose numbers based on tens. | I can round whole numbers from 0-30 to the nearest ten. | I can round whole numbers 0-100 to the nearest ten. | EE.4.NBT.3 |
| I can use repeated patterns to make predictions. | I can recognize attribute values and arrange objects in pairs. | I can recognize symbolic patterns, repeated patterns, and pictorial patterns. | I can recognize the core unit in a repeated pattern. | I can extend a pictorial or symbolic pattern by applying the rule. | EE.4.OA.5. |
| I can compare numbers up to 99 using base ten models. | I can recognize separateness and set. | I can compare 2 quantities up to 10 using models. | I can compare 2 quantities up to 100 using symbols. | I can compare 2 numerals up to 100 using symbols. I can order 2 one digit numerals from least to greatest and greatest to least. | EE.5.NBT.1; EE.5.NBT.3 |
| I can identify and extend numerical patterns. | I can order objects, classify, and contrast objects. | I can recognize repeating patterns, growing patterns, symbolic patterns, and shrinking patterns. | I can extend a symbolic pattern by applying the rule. | I can predict an element in a symbolic pattern by applying the rule. | EE.3.NF.1-3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

A successful student will demonstrate an understanding of fractions (concepts of fractional/decimal parts, estimating, equivalency, ordering) and all four operations with fractions by applying understandings of whole numbers through the use of visual models to represent and explain concepts.

## Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can differentiate a fractional part from a whole. | I can recognize some, separateness, and wholeness. | I can partition shapes. | I can recognize parts of a given whole or unit. I can explain unit fraction. | I can recognize fraction, whole on an area model, and one half on an area model. | EE.3.NF.1-3 |
| I can identify models of on-half (1/2) and one-fourth (1/4). | I can recognize separateness and wholeness. | I can partition shapes into equal parts. | I can recognize one half and one fourth on an area model. | I can recognize halves and fourths on an area model. | EE.4.NF.1-2. |
| I can differentiate between whole and half. | I can recognize wholeness and separateness. | I can recognize parts of a given whole or a unit. I can explain unit fraction. | I can recognize fraction. I can recognize one half and whole on an area model. | I can recognize one fourth, halves and fourths on an area model. | EE.4.NF.3 |
| I can identify models of halves (1/2, 2/2) and fourths (1/4, 2/4, 3/4, 4/4). | I can recognize some and separateness. | I can recognize one fourth and one half on a set model and area model. | I can recognize fourths and halves on a set model and area model. | I can recognize proper fractions with a set and an area model. | EE.5.NF.1. |
| I can identify models of thirds (1/2, 2/3, 3/3) and tenths (1/10, 2/10, 3/10, 4/10, 5/10, 6/10, 7/10, 8/10, 9/10). | I can recognize some and separateness. | I can recognize one third and on tenth on an area model. | I can recognize thirst and tenths on an area model. | I can recognize proper fractions with an area model. | EE.5.NF.2. |

**EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**3-5**

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

A successful student can demonstrate an understanding of measurement concepts (time, length, and/or money) by constructing reasonable estimates and solving problems involving all four operations (addition, subtraction, multiplication, and division).

## Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can tell time to the hour on a digital clock. | I can attend and recognize different. | I can recognize the hour and minute on a digital clock. | I can tell time to the hour on a digital clock. | I can tell time to the half hour and quarter hour on a digital clock. | EE.3.MD.1 |
| I can measure length of objects using standard tools, such as rulers, yardsticks, and meter sticks. | I can recognize attribute values. | I can measure length using informal units. | I can use an appropriate tool to measure length in inches and in feet. | I can compare lengths of 2 or more objects using standard tools. | EE.3.MD.4 |
| I can tell time using a digital clock. I can tell time to the nearest hour using an analog clock. | I can attend and recognize different. | I can recognize the hour and minute hand on an analog clock. | I can tell time to the hour on an analog clock and read a digital clock. | I can tell time to the half hour and quarter hour on an analog clock. | EE.4.MD.2.a. |
| I can identify coins (penny, nickel, dime, quarter) and their values. | I can attend. | I can recognize money. | I can recognize and state the value of penny, nickel, dime, and quarter. | I can state the value of a penny related to a quarter; a nickel related to a quarter; a penny related to a dime; a penny related to a nickel; and a nickel related to a dime. | EE.4.MD.2.d |
| I can tell time using an analog or digital clock to the half or quarter hour. | I can attend and recognize different. | I can recognize the hour and minute hand on a clock. | I can tell time to the quarter hour and half hour. | I can represent time. | EE.5.MD.1.a |
| I can use standard units to measure weight and length of objects. | I can recognize attribute values. | I can make direct comparison of 2 lengths or masses and order more than 2 lengths or masses. | I can measure using length in inches and feet and mass in pounds and ounces using an appropriate tool. | I can estimate length in inches or feet and mass in pounds or ounces | EE.5.MD.1.b |
| I can indicate relative value of collections of coins. | I can recognize attribute values. | I can recognize and state the value of a penny, nickel, dime, and quarter. | I can state the value of a nickel related to a dime; a nickel related to a quarter; a penny related to a nickel; a dime related to a dime; and a penny related to a quarter. | I can count mixed coins. | EE.5.MD.1.c |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

A successful student can collect, represent, and interpret data with multiple categories and solve problems using the data.

## Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can use picture or bar graph data to answer questions about data. | I can recognize attribute values and arrange objects in pairs. | I can recognize the structure of a bar graph and picture graph. | I can use bar graphs and picture graphs to read the data. | I can use graphs to read between the data. | EE.3.MD.3 |
| I can interpret data from a picture or bar graph. | I can classify and order objects. | I can use bar graphs and picture graphs to read the data. | I can use graphs to read between the data. | I can use graphs to read beyond the data. | EE.4.MD.4.b |
| I can represent and interpret data on a picture, line plot, or bar graph. | I can arrange objects in pairs and recognize attribute values. | I can use bar graphs, picture graphs, and line plots to read the data. | I can represent data using bar graphs, picture graphs, and line plots. I can use graphs to read between the data. | I can use graphs to read beyond the data.. | EE.5.MD.2 |

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND 3-5**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

## EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

A successful student can create, identify, and distinguish between lines, angles and shapes based on their properties and defining attributes using a coordinate plane.

### Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can recognize that shapes can be partitioned into equal areas. | I can recognize unit, wholeness, and parts of a given whole or a unit. | I can partition a circle into 2, 3, or 4 equal parts. I can partition a rectangle into 2, 3, or 4 equal parts. | I can partition any shape into equal parts. | I can recognize one tenth, one third, one half, and one fourth on an area model. | EE.3.G.2 |
| I can recognize parallel lines and intersecting lines. | I can recognize attribute values. | I can recognize line and line segment. | I can recognize intersecting lines/line segments and parallel lines/line segments. | I can recognize perpendicular lines/line segments. I can recognize parallel line segments in a two-dimensional figure. | EE.4.G.1 |
| I can recognize angles in geometric shapes. | I can recognize attribute values. | I can recognize line, ray, and line segment. | I can recognize angle. | I can make direct comparison of 2 angles. | EE.4.MD.5 |
| I can identify angles as larger and smaller. | I can recognize attribute values, different, and same. | I can recognize more amount and less amount. | I can make direct comparison of 2 angles. | I can order more than 2 angles using direct comparison. | EE.4.MD.6 |
| I can sort 2D figures and identify the attributes (angles, number of sides, corners, coor) they have in common. | I can recognize same and different. | I can describe attributes of shapes. | I can analyze shapes to identify common attributes. | I can explain attribute relationships between shapes. | EE.5.G.1-4 |
| I can identify common 3D shapes. | I can notice what is new. | I can match the same 3D shapes with same size and different orientation, different size and different orientation, same size and same orientation, and different size and same orientation. | I can recognize spheres, cones, cubes, and cylinders. | I can use geometric shapes to describe objects. I can describe attributes of shapes. | EE.5.MD.3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

# EE Science

## Structures and Properties of Matter:

A successful student can explore how any type of matter can be divided into small particles too small to be seen, but still exist, and how measurements of properties can be used to identify materials, even when mixed or changed.

| Science | Structures and Properties of Matter | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can recognize the change in state from liquid to solid or from solid to liquid of the same material. | I can compare the weight of an object before and after it changes from a liquid to a solid and from a solid to a liquid ..... | I can measure and compare weights of substances before and after heating, cooling, or mixing substances to show that weight of matter is conserved. | I can read graphs containing solid, liquid and gaseous data/measurements. | EE.5-PS1-2 |
| I can match materials with similar physical properties | I can classify materials by physical properties. (e.g., weight, shape, texture, buoyancy, color, or magnetism). | I can make observations and measurements to identify materials based on their properties (e.g., weight, shape, texture, buoyancy, color, or magnetism). | I can compare properties of materials. | EE.5-PS1-3 |

## Energy:

A successful student can explore the relationships between energy and objects, sound, light, and heat. Successful students can explore the production, transference, and transformation of energy. Students will explore the ways that energy and fuel are derived from natural sources and how use of that energy and fuel affect the environment.

| Science | Energy | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify simple models that show that plants need sunlight to grow. | I can use models to describe that plants capture energy from sunlight. | I can create a model to describe that energy in animals' food was once energy from the sun. | I can describe how plants that animals eat get energy from the sun to grow. | EE.5.PS3-1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

EE SCIENCE PERFORMANCE-BASED ASSESSMENT



**EE SCIENCE PERFORMANCE-BASED ASSESSMENT**

## Forces and Interactions:

A successful student can explore how forces act on objects with strength and direction and can be measured. A successful student can explore how electric and magnetic forces affect objects within contact or not in contact at all, and how the gravitational force of the Earth pulls objects.

| Science | Forces and Interactions | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can recognize the direction an object will go when dropped. | I can predict the direction an object will go when dropped. | I can demonstrate that the gravitational force exerted by Earth on objects is directed down. | I can demonstrate and describe that gravity forces objects down through multiple trials and differing objects. | EE.5-PS1-2 |

## Energy:

A successful student can explore the relationships between energy and objects, sound, light, and heat. Successful students can explore the production, transference, and transformation of energy. Students will explore the ways that energy and fuel are derived from natural sources and how use of that energy and fuel affect the environment.

| Science | Energy | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify simple models that show that plants need sunlight to grow. | I can use models to describe that plants capture energy from sunlight. | I can create a model to describe that energy in animals' food was once energy from the sun. | I can describe how plants that animals eat get energy from the sun to grow. | EE.5.PS3-1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



GRADE BAND
**3-5**

## Structure and Function:

A successful student can explore how light reflection is processed by the eye to make sense of an object. The successful student can investigate how plants and animals use internal and external structures to aid in growth, survival, behavior, and reproduction. Successful students can explore how animals use their perceptions, memories, and senses to guide their actions.

| Science | Structure and Function | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can distinguish things that grow from things that don't grow. | I can provide evidence that plants grow. | I can provide evidence that plants need air and water to grow. | I can describe the internal and external structures of plants. | EE.5.LS1-1 |

## Matter and Energy in Organisms and Ecosystems:

A successful student can explore the connections between energy, the sun, plants, air, water, organisms, fungi, bacteria, and decomposers. Successful students can explore the interdependence of ecosystems, the web of life, healthy organisms, and the environment.

| Science | Matter and Energy in Organisms and Ecosystems | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can distinguish things that grow from things that don't grow. | I can provide evidence that plants grow. | I can provide evidence that plants need air and water to grow. | I can collect plant growth data through investigations using air, light, water, and soil. | EE.5.LS1-1 |
| I can identify common human foods. | I can identify a model that shows the movement of matter from plants to animals (e.g., food chain/food web). | I can create a model to show the movement of matter (e.g., plant growth, eating, composting) through living things. | I can summarize the relationship between plants, animals, and decomposers in the environment. | EE.5.LS2-1 |

EE SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

EE SCIENCE PERFORMANCE-BASED ASSESSMENT

## Science — Matter and Energy in Organisms and Ecosystems

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can identify simple models that show that plants need sunlight to grow. | I can use models that show that plants need sunlight to grow. | I can create a model to describe that energy in animals' food was once energy from the sun. | I use models to describe that energy in animals' food was once energy from the sun. | EE.5-PS3-1 |

## Interdependent Relationships in Ecosystems:

A successful student can explore how being part of a group helps animals obtain food, defend themselves, cope with changes, and survive in a variety of habitats. Successful students can explore how fossils provide evidence about organisms and how some plants and animals are no longer found on Earth.

## Science — Interdependent Relationships in Ecosystems

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| Not applicable to Essential Elements. | | | | |

## Inheritance and Variation of Traits:

A successful student can explore how reproduction is essential to the continued existence of every kind of organism and how plants and animals inherit characteristics from their parents and other characteristics are the result of the environment.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND**
# 3-5

| Science | Inheritance and Variation of Traits | | | | |
|---------|-------|-------|-------|-------|-------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** | |
| Not applicable to Essential Elements. | | | | | |

## Weather and Climate:

A successful student can explore how scientists use weather patterns to make predictions and how climate and rainfall help shape the land and affect the types of living things found in a region.

| Science | Weather and Climate | | | |
|---------|-------|-------|-------|-------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| Not applicable to Essential Elements. | | | | |

## Earth's Systems:

A successful student can explore how rock, soil, water, ice, air and humans interact in multiple ways to affect Earth's surface materials and processes. Successful students can further explore how weather patterns are influenced by the interaction of wind and clouds with landforms. Successful students can further explore Earth's salt and freshwater resources and the volcanoes and earthquake patterns and occurrences.

| Science | Earth's Systems | | | |
|---------|-------|-------|-------|-------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can anticipate routine (e.g., clothes to wear, activities to do) to follow when it is raining. | I can recognize how water (hydrosphere) affects people in a region (e.g., floods, droughts, mudslide, tourism, and recreation). | I can develop a model showing how water (hydrosphere) affects the living things (biosphere) found in a region. | I can define and give examples of hydrosphere and biosphere. | EE.5-ESS2-1 |

EE SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org                                    463



EE SCIENCE PERFORMANCE-BASED ASSESSMENT

## Human Sustainability:

A successful student can explore how humans interact with natural hazards, natural energy and fuel resources, and how their activities in agriculture, industry and everyday life impact land, vegetation, streams, oceans, air, and outer space. Successful students can explore actions that help protect Earth's resources and environment.

| Science Human Sustainability | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify one way to protect a resource of Earth (e.g., put paper in the recycling bin). | I can compare two methods people can use to help protect the Earth's resources. | I can use information to describe how people can help protect the Earth's resources and how that affects the environment. | I can make a list of environmental problem that affect the Earth's resources. | EE.5-ESS3-1 |

## Space Systems:

A successful student will explore patterns of day and night, shadows, and positions of the sun, moon, and stars throughout a day, month, and year and how these patterns are affected by orbits and rotations of the moon around Earth and Earth around sun.

| Science Space Systems | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can iorder events in daily routine including sunrise and sunset. | I can recognize patterns about the length of daylight hours over time (e.g., week-to-week, month-to-month). | I can represent and interpret data on a picture, line or bar graph to show seasonal patterns in the length of daylight hours. | I can show how shadows change throughout the day based on the sun. | EE.5-ESS1-2 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
464                                                        Kansas State Department of Education | www.ksde.org



NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Grade Band
# 3-5

# Implementation

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**IMPLEMENTATION**

# Competency Codes Narrative

To ensure teachers can make connections from the instructional examples to the competencies, a simple competency coding system has been developed. Each instructional example contains a section titled "Competency Codes Addressed." Under that heading, competencies across all subject matter areas related to the instructional example will be listed. For instance, one of the instructional examples for the 9-12 grade band is:

Instructional Example:

| INSTRUCTION EXAMPLE | COMPETENCY CODES ADDRESSED |
|---|---|
| Podcast and/or Documentary Film with Marketing Plan (ELA, HGSS, Science, Speech, Business, Broadcasting, Graphic Design, Media Center Specialist, other subject areas as appropriate) | ELA.HS: 1.1, 3.1-3.5, 5.1, BC.M.HS 1.1, IT.HS 1.1, HUM.HS: 1.1, 2.1, 3.1, 5.1 |

As you can see, there are competencies across multiple subject areas involved in this cross-curricular learning activity. Each competency has a code that leads back to the competencies listed at the beginning of each grade band. Below is the competency code IT.HS 1.1 with what each part of a code denotes:



| SUBJECT AREA | GRADE BAND | PRINCIPLE | COMPETENCY |
|---|---|---|---|
| Information Technology | High School | 1 | 1 |

Here is the competency in its full form, color-coded to match above:



| Information Technology (Subject Area) | | | A successful student can demonstrate an understanding of graphic design elements and principles by creating a graphic design project portfolio of collected or self-created graphic design projects. (Competency) |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

466

**GRADE BAND
3-5**

IMPLEMENTATION

## Subject Area Abbreviations:

| | |
|---|---|
| **AFNR** | Agriculture, Foods and Natural Resources |
| **AC** | Architecture and Construction |
| **BC** | Business Career |
| **BC.BMAE** | Business Management, Administration and Entrepreneurship |
| **BC.F** | Finance |
| **BC.M** | Marketing |
| **DNC** | Dance |
| **FCS** | Family and Consumer Sciences |
| **ELA** | English Language Arts |
| **ENG** | Engineering |
| **HB** | Health and Biosciences |
| **HE** | Health |
| **HGSS** | History, Government and Social Studies |
| **HUM** | Humanities |
| **IT** | Information Technology |
| **LPSCS** | Law, Public Safety, Corrections and Security |
| **MA** | Media Arts |
| **MATH** | Math |
| **MNFR** | Manufacturing |
| **MUS** | Music |
| **PE** | Physical Education |
| **SCI** | Science |
| **SCI.ESS** | Earth and Space Science |
| **SCI.LS** | Life Science |
| **SCI.PS** | Physical Science |
| **SECD** | Social-Emotional Character Development |
| **STM** | STEAM |
| **THR** | Theatre |
| **TRAN** | Transportation |
| **WL** | World Languages |
| **VA** | Visual Arts |

## Grade Bands:

| | |
|---|---|
| **P** | Pre-K to 2nd grade |
| **IM** | 3rd to 5th grade |
| **MS** | 6th to 8th grade |
| **HS** | 9th to 12th grade |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

**IMPLEMENTATION**

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

Grade Band
# 3-5

# Philosophy

The 2020 school year will provide all educators a number of unique challenges in terms of reaching students during a possible educational disruption. The following document provides guidance in helping prepare for potential disruptions to the 2020-21 academic year.

This document supports instruction and the individual strengths of every educator in the state of Kansas while offering strategies, competencies and guidance in engaging students and celebrating their learning. While this is not a definitive step by step guide, we hope it may serve as a resource to approach the current challenges upon us.

The upcoming school year will be taught in an on-site, hybrid and/or remote learning environment. We recommend that educators prepare early for the possibility of an educational disruption and therefore plan activities that incorporate all curricular areas.

Throughout this document there will be three learning environments that are referenced:

- **On-site Learning Environment:** students and teachers will be in school with or without social distancing practices put into place.

- **Hybrid Learning Environment:** students would be spending part of their time in the classroom and part of their time learning remotely from home. For remote learning scenarios, please see page 3 for Remote Learning Daily Log requirements.

- **Remote Learning Environment:** students would be doing all of their learning from home and not entering the school building at all. For remote learning scenarios, please see page 3 for Remote Learning Daily Log requirements.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 3-5**

The Implementation team's philosophy is that there are multiple learning environments that can lead to student success during an educational disruption. All learning environments in this document are focused around using the Navigating Change 2020 competencies and rubrics from KSDE. The competencies were created to work for all models of instruction but work best in a competency based system.

**Competency-based education** is a compilation of strategies used to ensure equity for all students and allows mastery to be shown based upon progression of learning, not seat time. Students are empowered daily through their rigorous learning experiences and assessment is meaningful and timely. This system is a shift from the traditional education model. When looking at using competencies, districts should be aware that their whole system cannot shift from traditional to full blown competency based in the matter of days, weeks, or even months. A shift from a traditional system to a competency based system takes ample time, professional development, and a complete understanding for a successful implementation to occur. However, schools can explore and use elements of a competency based system during an educational disruption, Kansas Redesign, or a traditional setting. In a competency based education system teachers should not feel compelled to follow a particular scope and sequence, but should instead choose an instructional path that provides high quality learning opportunities for all students. A competency based system also shifts away from traditional grading and looks at progression towards mastery for each student and their work with each competency. This would be accomplished using a rubric system, such as the one KSDE has created.

**Implementation of a competency-based education system includes teachers collaborating with other teachers.** We encourage teachers to collaborate with other professionals in their departments, cross-curricularly, from other districts, or across the nation to develop high quality instruction that could occur in a variety of environments. This includes providing students a voice and choice in their learning, that is multi-disciplinary, with clear milestones of learning, and an attainable producible body of work demonstrating mastery of skills.

Guiding Statements:

- Collaboration is Key
- Consistency, Connection, Progress
- Students have voice and choice in place, pace, and path
- Competencies not Checklists
- Plan Early

**NOTE:** Examples of the Navigating Change 2020 staff and student surveys are located in the appendices.

**IMPLEMENTATION**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

Grade Band
# 3-5

# Grading Considerations

Ultimately, grading will be determined by each school district's Boards of Education. Contemplating translating from Competency Scores to a local grading system on a particular student product, school districts might want to consider the following example. Within the Competency Rubrics there are variances of grading possibilities utilizing differing mathematical calculations (For example, a 3.5 competency score might translate to a traditional grade of B+). Listed below is one possible example. Please note, that the KSDE competency based educational system does not rely on a traditional A, B, C grading system, but instead seeks to have students progress toward mastery of learning and skills through multiple exposures.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
470                                    Kansas State Department of Education | www.ksde.org

**GRADE BAND 3-5**

# Accommodations/Modifications

At times it is necessary to provide students with accommodations or modifications to ensure equal access to the general education curriculum and opportunity to demonstrate mastery of concepts. In these scenarios, it is important for educational teams to work collaboratively to determine what individualized accommodations or modifications are necessary for the student to be successful. To assist with this understanding, definitions of an accommodation and modification are provided below.

## Accommodation:

A change to instruction, testing, or presentation of materials to support access to the general education curriculum. Students with gaps, deficiencies, and exceptionalities who utilize accommodations are expected to demonstrate mastery. Areas in which you may utilize accommodations are environmental, presentation, assistive technology, assignments, reinforcement, and testing adaptations. Accommodations adapt learning for students but do not:

- Change the content of instruction
- Change the learning expectations
- Reduce the requirements of the academic task

## Modification:

A change to instruction, testing, or curriculum that alters the content of the academic competency or demonstration of student mastery. Areas in which you may consider a modification to curriculum, adaptation of materials, grades, appropriate expectations, change in testing protocols. Modifications change learning for students by:

- Changing the learning expectation(s) for the student
- Reducing task requirement(s)
- Inquiry Learning/Project Based Learning

IMPLEMENTATION

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



IMPLEMENTATION

# Family Engagement

Educators are encouraged to consistently welcome and encourage all stakeholders to engage in effective communication and active participation as a collaborative team within the learning process. Effective communication will incorporate a unified message that is clear, concise, honest and transparent to all stakeholders.

Building relationships through two-way communication assembles the strong foundation designed to be proactive and interactive. Relationship building should include efforts to educate all stakeholders of the differences in regards to race, socio-economic status, culture, beliefs, language, sexual orientation, gender identity/expression, family composition, etc.

It is recommended that special attention and supports be given to those students transitioning to new buildings (examples: kindergarten, sixth grade, ninth grade, new students to the district, etc.).

Schools are encouraged to include all stakeholders, especially caregivers, in the decision-making process through surveys, participation on task forces and committees, along with letting their voice be the catalyst to action. A successful family/school partnership encompasses the elements of trust, validation, acknowledgement, transparency and a shared responsibility throughout the learning process with a "student first mindset" through respect and dignity.

**Communication Considerations, Caregivers and Stakeholders:**

- Multi-Mode - Written, live and/or recorded video and/or audio.
- Clear, concise and consistent language, avoiding acronyms and abbreviations.
- Using home language.
- Acknowledge and validate concerns.
- Flexible to the needs/abilities.
- Share access to all resources.
- Tutorials of online platforms prior to use.
- Social media (i.e., Twitter, Instagram, Snapchat, Facebook, etc.).
- Text messaging, mail and email.
- School messenger, robocalls.
- Local access television or newspaper.

**Activities list that could engage all stakeholders virtually or in-person:**

- Stakeholder surveys.
- Involvement in community events.
- Porch or driveway meetings.
- Neighborhood meetings.
- Parent camps.
- Content area/fine arts nights.
- Popsicles in the park, game/pie nights.
- Coffee with the Counselors.
- Classic pen pals for students in the classroom with students at home.
- Virtual parties, scavenger hunts, sing-a-longs, etc.
- Business partner engagement in classes or displaying student work.
- Career days/chats.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
472                                                                                    Kansas State Department of Education | www.ksde.org

**GRADE BAND
3-5**

# Inquiry Learning/Problem-Based Learning (PBL)

**IMPLEMENTATION**

## General Overview of Inquiry Learning/PBL:

Activating student curiosity and inquiry by a problem or question that is meaningful to the student. A teaching method in which students gain knowledge and skills by working for an extended period of time to investigate and respond to an authentic, engaging, and complex question, problem, or challenge.

## Elements of High-Quality Instruction

- Authentic, real life, meaningful driving questions
- Active engagement through hands-on activities
- Scaffold student thinking/learning
- Feedback and Revision throughout
- Inquiry Process

## Social-Emotional Character Development (SECD)
*(Dispositions - Mindset and Soft Skills)*

- Student collaboration
- Team Building
- Time-Management
- Perseverance
- Communication

## Elements of Collaboration/Possible Collaboration Partners

- CTE
- Specials
- Student Support Teams
- ELL Teachers
- Community
- Field Experts

## Workflow
*(Milestones of Learning)*

- Driving question introduced
- Student utilize various platforms to research (groups, individually, in-person, remotely)
- Project milestones/assessments threaded throughout
- Feedback, Revision, Reflection
- Presentations of work

## Showcase of Student Learning
*(End Product)*

- Present to a public and authentic audience (community members, experts, etc.)

## Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.



**GRADE BAND 3-5**

# Personalized Learning

**IMPLEMENTATION**

## General Overview of Personalized Learning:

Personalized Learning places the whole child at the center of instruction. It is informed by strong educator/student/family/community relationships to provide equity and choice in time, place, path, pace, and demonstration of learning.

## Elements of High-Quality Instruction

- Use Universal Design for Learning (UDL) to understand how students learn and develop learner agency (voice, choice, engagement, motivation, ownership, purpose, self-efficacy)
- Flexible content and tools to allow for a differentiated place, pace, and path
- Instruction aligned to specific student needs and learning goals
- Frequent data collection to inform instructional decisions and groupings
- Use Universal Design for Learning (UDL) to understand how students learn and develop learner agency (voice, choice, engagement, motivation, ownership, purpose, self-efficacy)
- Flexible content and tools to allow for a differentiated place, pace, and path
- Instruction aligned to specific student needs and learning goals
- Frequent data collection to inform instructional decisions and groupings

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Student voice and choice
- Students knowing themselves as learners
- Time-management
- Perseverance
- Ownership of learning and outcomes
- Sense of purpose
- Growth mindset
- Goal setting

## Elements of Collaboration/Collaboration Partners

- Grade bands of teachers (K-2, 3-5, 6-8, 9-12)
- Student Support Teams
- ELL Teachers
- Librarians
- PLC teams
- Teaching partners
- Specials teachers (PE, Music, Art)

## Workflow
*(Milestones of Learning)*

- Students and teacher identify learning goals, deadlines, and objectives for individual students
- Work through a series of targeted instruction
- Frequent data collection through teacher observation and questioning
- Meet with students 1:1 and together reflect, goal set, and determine next steps

## Showcase of Student Learning
*(End Product)*

- Complete goal information in personalized binder
- Videos productions (Chatterpix, Screencastify, green screen, Flipgrid, etc.)
- Discussions with teachers
- Completed projects

## Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND
3-5**

# Nature-Based Outdoor Learning

**IMPLEMENTATION**

### General Overview of Nature-Based Outdoor Learning:

Outdoor learning (also known as forestry learning or nature based classrooms) shifts to embracing nature while exploring learning concepts, skills, and SEL. Child-initiated purposeful and imaginative play, whole brain learning, environmental stewardship, and teaching across the curriculum are all elements of this learning model. Significant time in nature is at the core of the curriculum where teachers implement high-quality, early childhood practices as well as high quality environmental education practices. Outdoor learning can help promote a healthy lifestyle, enable students to understand how nature supports life, appreciate sustainability as a community practice, and develop empathy for all forms of life.

### Elements of High-Quality Instruction

- Student exploration with adult support
- Allow students to problem solve while exploring the environment
- Scaffold questioning to support student inquiry

### SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Self-regulation/self-discipline
- Communication (verbal and non-verbal)
- Collaboration and team building
- Self-confidence and self-efficacy
- Negotiating skills
- Sense of curiosity
- Listening skills
- Creativity

### Elements of Collaboration/Possible Collaboration Partners

- All content/subject areas
- Guest community speakers
- Kansas Department of Wildlife, Parks and Tourism
- Kansas Farm Bureau
- Student support teams
- ELL teachers
- Local County extension offices
- 4H and Scouting Programs
- Nature Centers and Zoos

### Workflow
*(Milestones of Learning)*

- Students explore the natural environment around them through inquiry and use information to answer an essential question
- Hands-on activities/exploration
- Teacher observes students play, exploration, questioning, and communication
- Extensions, enrichment, and real-world applications of skills and concepts

### Showcase of Student Learning
*(End Product)*

- Photos/videos
- Journals
- Drawings/pictures
- Construction projects
- Dramatic Performances
- Nature Based Solutions to real world problems

### Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM*



**IMPLEMENTATION**

# Flipped/Blended Learning

## General Overview of Flipped/Blended Learning:

Blended learning combines multiple educational opportunities. Learning usually occurs on-site while using technology to facilitate some of the learning activities. However, this could also be used in a hybrid learning environment. There is an element of student control over time, place, and pace. Learning in this model may resemble rotations, flex modules, small groups, and Universal Design for Learning (UDL).

## Elements of High-Quality Instruction

- Scaffold student thinking/learning through videos, direct teaching, and assessment
- Provide time for student-teacher conversations and check-ins
- Incorporate consistent and tight feedback loops

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Identify personal strengths and weaknesses
- Achieve school goals
- Perseverance
- Communication
- Ownership of learning and outcomes
- Growth Mindset
- Elements of Collaboration/Possible Collaboration Partners
- Grade bands of teachers (K-2, 3-5, 6-8, 9-12)
- Student Support Teams
- ELL Teachers
- Librarians
- PLC teams
- Teaching partners

## Workflow
*(Milestones of Learning)*

- Student is given scaffolds to support learning/thinking
- Student has voice and choice in place, pace and path of learning
- Teacher is monitoring student progress through check-ins, feedback cycles and assessment
- Students progress through learning goals at their own pace with support from the teacher
- Exit Tickets
- Projects
- Mini-assessments
- Collaborative Activities
- Learning games with reflection

## Accommodations/Modifications/ Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**3-5**

# Play-Based Learning

IMPLEMENTATION

## General Overview of Play-Based Learning :

An intentional combination of child-directed play and teacher guidance. Guided play involves teachers' setting up the environment to nudge children toward a learning goal while still providing children with choices (Serious Fun: How Guided Play Extends Children's Learning, p.3). Students organize and make sense of their social world as they actively engage with people, objects, and the environment.

## Elements of High-Quality Instruction

- Examine how students work through the learning process (observing, communicating, measuring, reasoning, visual representation, etc.)
- Intentionally plan for competency-based outcomes
- Model play behaviors and ask open-ended questions
- Watch for child-initiated interests and observe child-environment interactions
- Use context-based assessments with play settings and utilize data to plan/create play environments

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Self-regulation
- Communication
- Role-playing
- Problem-solving
- Verbal and non-verbal cues
- Listening
- Conflict resolution
- Elements of Collaboration/Possible Collaboration Partners
- Specials (PE, Music, Art, Theater, etc.)
- Community Members
- Multiple content/subject areas

## Workflow
*(Milestones of Learning)*

- Stations/areas are set up around the classroom and are open for student exploration
- Teacher scaffolds student learning/ thinking through conversation and questioning
- Teacher observes student learning through peer conversation and questioning
- Students record observations, learning, and thinking

## Showcase of Student Learning
*(End Product)*

- Performance projects
- Videos
- Drawings/visual representations
- Oral explanations/demonstrations
- Teach peers

## Accommodations/Modifications/ Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support



**GRADE BAND 3-5**

IMPLEMENTATION

# Co-Teaching

## General Overview of Co-Teaching:

Co-teaching is two or more people sharing responsibility for teaching some or all of the students assigned to a classroom. It involves the distribution of responsibility among teachers for planning, instruction, and assessment for a classroom. Co-teaching is a creative way to connect with and support others in order to reach all types of learners. Partners must establish trust and effective communication while working together to be creative in order to overcome challenges and conflicts. There are several possible models of co-teaching: One teach, one observes; One teach, one assist; Parallel teaching; Station teaching; Alternative teaching; Team teaching

## Elements of High-Quality Instruction

- Clearly define roles and responsibilities and plan together
- Discuss the big picture issues or critical concepts that lead into differentiated activities and assessments
- Reflect on practices and make changes for future lessons

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Elements of Collaboration/Possible Collaboration Partners
- Grade level team teachers/PLC
- ELL teachers
- Student support teams
- Specials (PE, Music, Art, Theater, etc.)

## Workflow
*(Milestones of Learning)*

- Present a major concept/question
- Have smaller activities, stations, etc. for students to work through to gain a better understanding of the concept
- Students may work with one or both teachers

## Showcase of Student Learning
*(End Product)*

## Accommodations/Modifications/ Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

# Differentiated Learning

IMPLEMENTATION

## General Overview of Differentiated Instruction:

Differentiated Instruction is building lessons that include various approaches so that all students can learn effectively, according to their needs. Teachers develop materials that meet all students where they are. Teachers must know their students, their needs, similarities, differences, etc. in order to provide the right instruction for each student. The method focuses on content, process, and product.

## Elements of High-Quality Instruction

- Classroom climate and learning environment are set up to be conducive for independent learning
- Determine what a student needs to learn and how they will access appropriate information
- Scaffold activities, projects, etc. for student access and let students own the knowledge
- Students summatively show what they have learned and are allowed to choose how they show their learning
- Allow for students to help one another when they need assistance

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Collaboration
- Self-regulation
- Time management
- Communication
- Listening
- Self-directed learning

## Elements of Collaboration/Possible Collaboration Partners

- Student Support Teams
- ELL Teachers
- Cross-Curricular Teachers
- Grade Band Teacher Teams

## Workflow
*(Milestones of Learning)*

- Students explore a topic through different learning experiences set up by the teacher
- Students work to own the knowledge, ideas, and skills necessary to master the content
- Summative assessment

## Showcase of Student Learning
*(End Product)*

- Dramatic Performances
- Create a mural/painting/drawing
- Write a letter
- Any student created product that contains required elements

## Accommodations/Modifications/ Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



IMPLEMENTATION

# Small Group/Cooperative Learning

## General Overview of Small Group/Cooperative Learning:

- Elements of High-Quality Instruction
- Teachers can personalize learning and work more closely with each student
- Frequent and immediate feedback
- Opportunity to teach and reteach specific skills to specific groups of students
- Student confidence is built through collaboration and working towards achieving a similar goal

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)Teamwork*

- Collaboration
- Listening and Speaking
- Time management
- Self-Regulation
- Elements of Collaboration/Possible Collaboration Partners
- Student Support Teams
- ELL teachers
- Grade Band Teacher Teams

## Workflow
*(Milestones of Learning)*

- Students are taught/introduced to a topic as a whole group and then break into small groups to continue learning and understanding
- Teacher is working with one group while others are working with peers or individually on meaningful work.
- Students complete tasks one at a time
- This process may be repeated several times in one week

## Showcase of Student Learning
*(End Product)*

## Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Grade Band

# 3-5

# Implementation

# Instructional Examples

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM

481



**GRADE BAND 3-5**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

*IMPLEMENTATION – INSTRUCTIONAL EXAMPLES*

# PERSONALIZED LEARNING OR SMALL GROUP, COOPERATIVE

*Instructional Example:*

## Examining Historical Events and Different Cultures Through Shared Literature

*Competency Codes Addressed:*
*ELA: ELA.IM 1.3, ELA.IM 2.1, ELA.IM 2.2, ELA.IM 3.1, ELA.IM 3.2, ELA.IM 3.3, ELA.IM 3.5, ELA.IM 4.1, ELA. IM ELA.IM.4.2, ELA.IM 4.4, ELA.IM 4.5, ELA.IM 4.6, ELA.IM 4.7*
*HGSS: HGSS.IM 1.1, HGSS.IM 2.1, HGSS.IM 2.2, HGSS.IM 4.1, HGSS.IM 4.2*

### Elements of High-Quality Instruction

- Students read a grade appropriate literature selection about a historically significant event. A teacher may choose to connect with a class of students in another part of the country or world for a shared reading experience.
- Students explore the historical significance of events in the book as well as the impact on the families in the book's setting.
- Students compare and contrast other self-selected historical events.
- Students explore primary and secondary resources through research, and create their own first person account based upon their chosen historical event.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Empathy - Students put themselves in the shoes of others.
- Social Awareness: Age appropriate understanding of racial or regional stereotypes, appreciation/respect for different cultures, identification of cause and effect in a historical context.
- Communication and Interpersonal Skills as students work in interest groups, lead book studies/discussions, and justify their reasoning.
- Problem-solving.

### Elements of Cross-Curricular Collaboration

- Reading
- Social Studies
- SEL
- Library

### Who might be your collaboration partners?

- Members of the community
- Librarian
- Tech Integration
- Specials teachers
- Counselor
- Partner teachers

### Workflow *(Milestones of Learning)*

- Identify details, infer and summarize.
- Explore point of view and theme.
- Recognize the difference between first-person and second-person accounts.
- Examine how historical events affect story characters and make connections to the present.
- Explain how regional and geographical factors affect the everyday lives of people as they live through conflict, and transfer that understanding to other historical events, such as the Trail of Tears, as well as current day events.

### Showcase of Student Learning *(End Product)*

- Students create a project to teach others how a historical event has affected a group of citizens. Students choose their method of presentation (story, play, video, song, poem, technology project, etc.).
- Students create and share an original first person account or historical based narrative from their research of an event or region. This could be through writing, speaking or technology.
- Students conduct interviews and compile a collection of first person accounts from family or community members who have experienced a historically significant event.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**3-5**

**Accommodation/Modification Considerations** *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

**Progression Toward Mastery**
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

**On-Site Learning Environment**
When on-site, be intentional about teaching free online resources, such as the State Library site, as well as other technology tools available through your district

**Hybrid Learning Environment**

*Home:*
Students complete initial read of texts. Teacher recording of read alouds/shared texts available to students as needed, students research other historical events and cultures, develop questions from their research, and work on components of their project with support from parents or peers via shared docs.

*On-site:*
Close reading via teacher and student-led book discussions, direct instruction of map and globe skills, teacher-guided discussion groups about significance of other historical events, teacher checkpoints with students on their projects.

**Remote Learning Environment**
Prerecorded mini lessons, collection of print and digital resources for students to explore at home, small-group interactive technology sessions to help students structure their project steps, final projects are shared online.

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

# INQUIRY LEARNING/PROJECT BASED LEARNING

*IMPLEMENTATION – INSTRUCTIONAL EXAMPLES*

*Instructional Example:*

## Examining a Community Problem

*Competency Codes Addressed: Opinion and Informational Writing*
*ELA: ELA.IM 1.1, ELA.IM 1.2, ELA.IM 2.1, ELA.IM 2.2, ELA.IM 3.2, ELA.IM 4.1, ELA.IM 4.3, ELA.IM 4.7*
*HGSS: HGSS.IM 3.1, HGSS.IM 3.2*

### Elements of High-Quality Instruction

- Students are introduced to high-quality children's literature in which kids make a difference in their communities.
- Students identify a problem in their school or community and design solutions to address the problems.
- Students engage in teacher led and student led discussions, read literature and informational texts, write and communicate.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Students solicit the feedback from others and engage in active listening and effective communication.
- Students examine the impact of helping others.
- Citizenship, perseverance, examining different points of view.

### Elements of Cross-Curricular Collaboration

- Reading
- Writing
- Research
- Communication
- Problem solving
- Engineering design thinking
- Civic engagement

### Who might be your collaboration partners?

- City council,
- Business leaders
- School administration if problem identified is in school building
- Student council
- Librarians
- Teacher partners
- Parents

### Workflow *(Milestones of Learning)*

- Identify problems.
- Brainstorm solutions.
- Conduct interviews.
- Research, conduct surveys.
- Write (opinion and informational)/ design a method for modeling and communicating solutions.
- Present to authentic audience.
- Reflect.

### Showcase of Student Learning *(End Product)*

- Students present solutions to city council or other authentic group - in person, via interactive technology sessions, or by prerecorded video.
- Students present solutions to a broader audience via newspaper or social media (letters to editor, newspaper submissions).
- Students use a technology tool to create a visual method to showcase their solutions (student voice and choice).
- Accommodation/

### Modification Considerations *(per KSDE guidance)*

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies, and exceptions some students will require additional support through specially-designed instruction and/or tiered systems of support.

### Progression Toward Mastery

Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

484

**GRADE BAND**
# 3-5

# Learning Environment Considerations

**On-Site Learning Environment**
When on-site, be intentional about teaching free online resources such as the State Library site as well as other technology tools available through your district.

Invite community leaders into your classroom.

**Hybrid Learning Environment**
Teacher explicitly teaches design thinking when students are on site. Students practice the process under teacher guidance. Teacher guides inquiry based group discussions and helps students organize their ideas and next steps.

Project components are developed at home with the teacher supporting students with research material, check points, and problem-solving.

Students work collaboratively with peers when on site or with their team and teacher together via interactive technology sessions.

**Remote Learning Environment**
Direct instruction via prerecorded or synchronous interactive technology sessions, small group brainstorming among learners in shared Google Doc, teacher consults with small groups via interactive technology to guide their design thinking.

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM

**GRADE BAND
3-5**

## IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Instructional Example:*
# Children's Business Fair
*Competencies Codes Addressed:*
ELA: ELA.IM 1.1, ELA.IM 1.2, ELA.IM 1.3, ELA.IM 2.1, ELA.IM 2.2, ELA.IM 3.1, ELA.IM 3.2, ELA.IM 3.3, ELA.IM 4.1, ELA.IM 4.3, ELA.IM 4.4, ELA.IM 5.1
HGSS: HGSS.IM 5.1, HGSS.IM 5.2

### Elements of High-Quality Instruction
- Students are introduced to high quality children's literature where entrepreneurship is a theme.
- Students engage in discussions about the vocabulary and business concepts encountered in the text.
- Students can debate as they read about the different business strategies presented in the book and the pros and cons of each.
- Students create their own business after doing some 'market research' and participate in a Business Fair to showcase their business plan and product or service.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Communication skills
- Responsible decision making and problem solving
- Interpersonal Skills
- Social Awareness

### Elements of Cross-Curricular Collaboration
- Math
- Art
- Library

- Science
- Who might be your collaboration partners?
- Community business leaders.
- Art teacher with product design, marketing.
- Librarian with researching business plans.
- Science/engineering depending on the product being created.
- Workflow (Milestones of Learning)
- Reading, discussion, conduct market research (survey, interviews).
- Create a business plan and product or design a service based on the needs of their consumers.
- Present business at business fair.
- Reflect.

### Showcase of Student Learning *(End Product)*
- Business plan and example of product or service with supporting evidence of the need for this business presented at business fair or in an electronic presentation.

### Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems

of support.

### Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4)

## Learning Environment Considerations

### On-Site Learning Environment
When on-site, be intentional about teaching free online resources such as the State Library site, as well as other technology tools available through your district.

Invite local entrepreneurs, business owners and experts in the field to your classroom.

### Hybrid Learning Environment
Students read sections of text either at home or on-site, depending on materials.

Teacher explicitly teaches vocabulary when students are on site. Teacher guides inquiry based group discussions and helps students organize their ideas and next steps. Students engage in discussions both on site and at home through an interactive medium.

Project components are developed at home with the teacher supporting students with research material, check points, and problem-solving.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**3-5**

Students work collaboratively with peers when on-site or with their team and teacher together via interactive technology sessions.

Invite local entrepreneurs, business owners and experts in the field to your classroom.

**Remote Learning Environment**
Students read sections of text at home.

Teacher explicitly teaches vocabulary and guides inquiry based group discussions and helps students organize their ideas and next steps through either pre-recorded lessons or synchronous interactive technology sessions.

Students engage in discussions with others at home through an interactive medium.

Students work collaboratively with their team and teacher together via interactive technology sessions

Student project will be a video showing their business plan and product that will be posted to a school site for parents and other members of the school and community to view.

Invite local entrepreneurs, business owners, experts in the field to your classroom.

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

*Instructional Example:*

## Debate and Advocacy

*Competency Codes Addressed:*
*ELA: ELA.IM 1.1, ELA.IM 1.2, ELA.IM 1.3, ELA.IM 2.1, ELA.IM 2.2, ELA.IM 4.2, ELA.IM 4.3, ELA.IM 4.5, ELA.IM 4.6, ELA.IM 4.7*
*HGSS: HGSS.IM 1.1, HGSS.IM 1.2, HGSS.IM 2.1, HGSS.IM 2.2*

### Elements of High-Quality Instruction
- Students explore events before, during and after the American Revolution or other historical event.
- Groups of students choose an event from that time period to research in-depth, explore multiple perspectives and then hold a debate about that event from the perspective of the Patriots or the Loyalists (as an example).
- Students transfer their knowledge of how to debate a topic to a current debatable issue of their choosing, following the same format of researching that topic in groups and then holding a debate over their gathered reasons and evidence.
- Students write a letter or find another avenue (social media, interview, video) to show their advocacy for the issue they debated.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Students demonstrate respectful communication skills and active listening.
- Students describe how words, voice tone/volume, and body language affect communication.
- Responsible decision-making.

- Conflict resolution.
- Problem-solving/critical thinking.
- Self-management.
- Interpersonal skills.
- Social awareness.

### Elements of Cross-Curricular Collaboration
- Science
- Math
- Research

### Who might be your collaboration partners?
- Community members
- Parents
- Libraran

### Workflow *(Milestones of Learning)*
- Read and discuss events leading up to, during and after the American Revolution.
- Direct Instruction over the debate process, determining reasons, gathering evidence to support reasons.
- Determining the main idea and details is a sub-lesson of this concept.
- Use the debate framework to research one event during that time.
- Hold a debate with group members researching the same event.
- Choose a current debatable issue to research and then hold a debate.

- Use gained knowledge to advocate for their position on the current issue in their chosen format.

### Showcase of Student Learning *(End Product)*
- Final debate and evidence of advocacy (letter, social media, interview, video).

### Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND
3-5**

## Learning Environment Considerations

**On-Site Learning Environment**
When on-site, be intentional about teaching free online resources, such as the State Library site, as well as other technology tools available through your district.

**Hybrid Learning Environment**
Students read text either at home or on-site, depending on materials.

Teacher explicitly teaches vocabulary when students are on site. Teacher models a debate and also has it recorded to use for students to refer to whether they are at home or at school.

Students work collaboratively with peers when on site or with their team and teacher together via interactive technology sessions.

Students hold their debates on site or through synchronous interactive technology sessions. ,

Project components are developed at home with the teacher supporting students with research material, check points, and problem solving.

**Remote Learning Environment**
Teacher provides students with texts to read at home.

Teacher explicitly teaches vocabulary, models a debate and has it recorded to use for students to refer to.

Students work collaboratively with peers and teacher together via interactive technology sessions

Students hold their debates through synchronous interactive technology meetings.

Project components are developed at home with the teacher supporting students with research material, check points, and problem solving

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

489

**GRADE BAND**
**3-5**

**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

*Instructional Example:*

# Rights and Responsibilities: Instructing Students to Have Civil Conversations While Learning About Government, History, and Law

*Competency Codes Addressed:*
*ELA: ELA.IM 1.2, ELA.IM 2.1, ELA.IM 2.2, ELA.IM 4.2, ELA.IM ELA.IM 4.3, ELA.IM 4.5, ELA.IM 5.1*
*HGSS: HGSS.IM 3.1, HGSS.IM 3.2*

### Elements of High-Quality Instruction

- Driving/Essential Question: How can students apply the knowledge they have about our government, community and school to engage in civil conversations and advocate their role as a citizen/community member?

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Decision-making
- Self awareness
- Problem-solving
- Self-management

### Elements of Cross-Curricular Collaboration

- ELA
- Writing
- HGSS

### Who might be your collaboration partners?

- Grade-level partner
- Vertical teams
- Specialists (Title/instructional coach)
- Community and business partners
- Librarian

### Workflow *(Milestones of Learning)*

- Teacher pre-assesses students.
- Teacher explicitly teaches vocabulary.
- Students drive what learning opportunities they need as well as tools to acquire to successfully showcase their learning. (visiting local service agencies, watching elections, being present at a local school board meeting, making phone calls, researching past campaigns).
- Teacher facilitates.
- Students work collaboratively with peers with checkpoints to see if they must pivot their learning.
- Teacher checks for learning and understanding to see if she needs to intervene at several points.
- Students explore a local cause, service or election (voice and choice, pace, place and path).
- Teacher assesses based on the showcase of student learning (students are only assessed individually).

### Showcase of Student Learning *(End Product)*

- Students gain knowledge of the democratic process and apply the knowledge to their own school or classroom to organize a mock election or mock city council meeting and/or develop a student government within their classroom.
- Study the different local public and human service agencies you have in your community and visit them.
- Students design and organize a fundraiser or an awareness campaign for their charity or agency.

### Accommodation/Modification Considerations *(per KSDE guidance)*

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery

Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**3-5**

# Learning Environment Considerations

**On-Site Learning Environment**
When on-site, be intentional about teaching free online resources, such as the State Library site, as well as other technology tools available through your district.

**Hybrid Learning Environment**
Students read text either at home or on-site, depending on materials.

Teacher explicitly teaches vocabulary when students are on-site or has it recorded to use for students to refer to whether they are at home or at school.

Students work collaboratively with peers when on-site or with their team and teacher together via interactive technology sessions.

Students hold their mock election, fundraiser or awareness campaign on-site or through synchronous interactive technology sessions.

Project components are developed at home with the teacher supporting students with research material, check points and problem-solving.

**Remote Learning Environment**
Students can virtually tour the local agencies to gain knowledge and still organize a virtual fundraiser.

Students can virtually watch all the elections/debates current and past ones. They could have virtual elections using a variety of technology methods and platforms.

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

# FLIPPED/BLENDED LEARNING

*Instructional Example:*

## Choices of Consequences: Examining leaders in history and the consequences of their actions.

*Competency Codes Addressed:*
ELA: ELA.IM 1.1, ELA.IM 1.2, ELA.IM 2.1, ELA.IM 2.2, ELA.IM 4.3, ELA.IM4.4, ELA.IM 4.6, ELA.IM 4.7, ELA.IM 5.1
HGSS: HGSS.IM 1.1, HGSS.IM 1.2, HGSS.IM 2.1, HGSS.IM 2.2

### Elements of High-Quality Instruction
- Driving Question: Which leader in history do I think is the strongest?
- Students research leaders from events in history to discover who they believe made the most impactful choices with the fewest consequences.
- Students write an opinion paper on this chosen leader and include evidence to defend their conclusions.
- Students orally report their findings in a speech to an audience.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Decision-making
- Self awareness
- Problem-solving
- Self-management
- Elements of Cross-Curricular Collaboration
- ELA
- Writing
- HGSS

### Who might be your collaboration partners?
- Grade level partner
- Vertical teams
- Specialists
- HGSS teachers from Middle and High School
- Community and business partners
- Librarians
- Workflow (Milestones of Learning)
- Teachers pre-assess students on their thoughts on the essential question as well as essential vocab.
- Students gain information on leaders, events, fact and opinion, choices, and consequences (using technologies and experiences available in your district and community).
- Teacher checks for understanding.
- Students write their speeches (speeches need to include: distinctions in regards to their leader and the events they were responsible for and the choices their leader made as well as consequences that derived from those decisions).
- Students may work in collaborative groups if they choose.
- Teacher is available as facilitator.
- Students drive projects and have a say in voice and choice and pace, place and path.
- Teacher sets checkpoints.
- Students determine how to showcase their learning (voice, time, props, visuals).
- Class data can be collected and analyzed to determine class popularity of a particular leader.

- Teacher assesses learning based on showcase of learning (from the individual only, not as a group).

### Showcase of Student Learning *(End Product)*
- Two students debate their opinions after giving their speeches while the class asks probing questions. Data can be collected pre/post debate to see if the debate changed the class data.
- Students can be creative in ways to gain support on their "opinion" to try and change opinions of others to change the class data.

### Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1,

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**3-5**

# Learning Environment Considerations

### On-Site Learning Environment

Teachers should pre-teach any platforms that you would want students to know and be able to use if and when remote learning were to take place.

When on-site, be intentional about teaching free online resources, such as the State Library site, as well as other technology tools available through your district.

### Hybrid Learning Environment

Students read text either at home or on-site, depending on materials.

Teacher explicitly teaches vocabulary when students are on-site or has it recorded to use for students to refer to whether they are at home or at school.

Students work collaboratively with peers when on-site or with their team and teacher together via interactive technology sessions.

Students hold their speeches and debates through synchronous interactive technology sessions.

Project components are developed at home with the teacher supporting students with research material, check points, and problem-solving.

### Remote Learning Environment

Students need access to the internet. Follow the same plan as Hybrid learning.

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**3-5**

# PERSONALIZED LEARNING

**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

*Instructional Example:*

## Poetry and Prose Poetry, Poetry Poetry

*Competency Codes Addressed:*
*ELA: ELA.IM 3.4, ELA.IM 4.4,ELA.IM 5.1*
*\*possible PE, Music, Art*

### Elements of High-Quality Instruction

- Students engage in a 'Poetry Book Tasting,' where they interact with a variety of types of poetry (haiku, free verse, narrative poetry etc.) and create their own 'to read' lists.
- Students discover, through the whole class read alouds, different types of poetry and characteristics of each which can be posted on anchor charts in the room.
- Students engage in discussions with their peers in partners or small groups about the types of poetry they are reading using the common vocabulary.
- Students choose a piece of poetry (or an original poem they write themselves) to memorize and/or and present during a Poetry Slam presentation.
- Students include a visual and incorporate movement and/or music that fits with the piece of poetry being presented.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Communication Skills
- Self-awareness
- Self -management
- Interpersonal Skills

### Elements of Cross-Curricular Collaboration

- Reading
- PE
- Music
- Art
- Library

### Who might be your collaboration partners?

- Librarians
- PE teachers
- Music teachers
- Art teachers
- Parents

### Workflow *(Milestones of Learning)*

- Poetry Tasting (could be done in the library), create a 'to read' list, poetry discussion with partners or in small groups, one poetry piece selected to memorize or write themselves, create visual, music and or movement to accompany the presentation.

### Showcase of Student Learning *(End Product)*

- Poetry Slam presentation. The presentation will incorporate movement, music and a visual as well as the student presenting their memorized piece of poetry.

### Accommodation/Modification Considerations *(per KSDE guidance)*

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery

Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

**GRADE BAND
3-5**

## Learning Environment Considerations

### On-Site Learning Environment Considerations

When on-site, be intentional about teaching free online resources, such as the State Library site, as well as other technology tools available through your district.

### Hybrid Learning Environment Considerations

*On-site:*
Book Tasting, students create to read lists and gather books to read. Teacher shares read-alouds and provides direct instruction of characteristics of types of poetry, which will be recorded and posted for students at home to view.  Students will work with their partners or groups in person or through interactive technology sessions to discuss what they are reading.  Teacher supports students with research material, check points and problem-solving on project for Poetry Slam.

*Home:*
Students read poetry from their lists. Students view videos of read-alouds and instruction of poetry characteristics. Students will work with their partners or groups through interactive technology sessions to discuss what they are reading. Project components are developed at home with the teacher supporting students with research material, check points and problem-solving.

### Remote Learning Environment Considerations

Prerecorded mini lessons, collection of print and digital resources for students to explore at home, small group interactive technology sessions to discuss their reading. Teachers help students structure their project steps, final projects are shared online.

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

Grade Band
# 3-5

# Implementation
# STEAM Instructional
# Examples

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

497

**IMPLEMENTATION – STEAM INSTRUCTIONAL EXAMPLES**

# INQUIRY-BASED LEARNING, PBL

*Instructional Example:*
## Earth's Systems: Blended Learning, Inquiry Learning, Personalized Learning, Co-Teaching, Cooperative Learning Groups

*Competency Codes Addressed:*
*Science: SCI.ESS.IM 4.4*
*ELA: ELA.IM 4.3, ELA.IM 4.6, ELA.IM 2.1, ELA.IM 2.2*
*History, Government, Social Studies: HGSS.IM 4.1*
*Math: MATH.IM 3.1*

### Elements of High-Quality Instruction
- Individual Student Goal Setting using Competency Scale with reflection time after to compare goal to final mastery level.
- In a blended model style, teachers use easy video tools to offer explicit directions that students could use to review goals and directions.
- Offer ongoing feedback as students are creating the product.
- End product is student choice.
- Grades are individual, not one grade per group.
- Scaffolding activities.
- Relevant: Student connections (self and world).
- Inquiry-based with guided questions.
- Student centered.
- Hands -on, active learning.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Collaboration with other students during discussion time.
- Self-reflection.
- Resilience and perseverance.
- Good citizenship and social responsibilities.
- Communication, multiple perspectives.
- Student voice and choice in place, pace and path.

### Cross-Curricular Collaboration Opportunities
- ELA reading informational text.
- ELA speaking and listening during presentation and discussions.
- Math: Interpreting data from maps, calculations percentages of fresh water/salt water. Changing percentages to fractions.
- Geography: Regions of the world.

### Who might be your collaboration partners?
- Meteorologists connect with video conferencing.
- Science teacher working with math teacher.
- Cohort/House leaders/parents/caretakers, etc.
- Librarian
- Special education teacher
- ELL teacher
- Paraprofessionals
- Art teacher

### Workflow *(Milestones of Learning)*
- Students goal set using competency scale.
- Explicit directions and vocabulary building.
- Material exploration using things such as hyperdocs, videos, playlist, Multimedia text sets, books, web documents.
- Apply information in science journal - this could be a graphic organizer, notesketch taking or more.
- Brainstorm book outline and ideas.
- Plan storyboard.
- Create model.
- Film presentations and attach QR codes to model then students can gallery walks and create a museum video tours.
- Reflect.
- Reevaluate student goal setting.

### Showcase of Student Learning *(End Product)*
- Students create and present a model (could be 3D) showing the Earth and its features and how the Earth's systems interact.

### Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

498

additional support through specially-designed instruction and/or tiered systems of support.

**Progression Toward Mastery**
Level 3 is considered mastery of a competency. Scale shows progression toward mastery with the levels of learning (1, 2, 3, 4) Refer to KSDE competency scale to monitor student progression toward mastery of each competency.

## Learning Environment Considerations

**On-Site Learning Environment**
Technology access, collaboration with educational peers, flexibility with interruptions and technology issues, sharing resources with fellow students,

Share final products and presentations with families, school and community through communication tools already established, reflection time.

**Hybrid Learning Environment**
*In-Class*
- Teach research skills, check-ins to assess progress, instruct how to structure projects. Work on final product

*Home/Digital*
- Online sessions to brainstorm models, collaboration time to discuss information, collaborative work time.
- Use tools that allow collaboration to work on the product.
- Ongoing feedback digitally and sessions throughout process.
- Share final products with families, school

and community through communication tools already established.

**Remote Learning Environment**
- Instructional consideration: Mini-lessons (prerecorded videos or Zoom/Google Hangout lessons).
- Zoom collaborative work time.
- Student practice: Handouts/resources are digital (such as Google Docs).
- Provide guidance for parental editing and project suggestions.
- Share final products with families, school and community through communication tools already established.
- Ongoing:  Student check-ins to monitor progress.

IMPLEMENTATION – STEAM INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND 3-5**

*IMPLEMENTATION – STEAM INSTRUCTIONAL EXAMPLES*

# PBL UTILIZING BLENDED LEARNING, INQUIRY LEARNING, PERSONALIZED LEARNING, CO-TEACHING, COOPERATIVE LEARNING GROUPS

*Instructional Example:*

## Cooking w/ STEAM

Create a party using class' favorite modified family recipes

*Competency Codes Addressed:*
*Math: MATH.IM 3.1*

### Elements of High-Quality Instruction

- Plans using the competency scale.
- Individual student goal setting using competency scale with reflection time after to compare goal to final mastery level.
- In a blended model style, teachers use easy video tools to offer explicit directions that students could use to review goals and directions.
- Uses different learning modalities for students: reading passages, videos, etc.
- Offers ongoing feedback as students are creating their item.
- End Product is student choice.
- Grades are individual, not one grade per group.
- Scaffolded activities.
- Pose purposeful questions.
- Active student engagement and collaboration.
- Connect mathematical concepts and representations.
- Individual student goal setting using competency scale with reflection time after to compare goal to final mastery level.

- In a blended model style, teachers use easy video tools to offer explicit directions that students could use to review goals and directions.
- Offer ongoing feedback as students are creating the product of their choice digital or analog.
- End product is student choice.
- Grades are individual, not one grade per group.
- Utilize bilingual faculty/support staff,
- Use visual context and manipulatives,
- Utilizes language translation tool such Google Translate,
- Intentional diverse teaming among students for peer support
- Collaborative group supporting each other,
- Utilizes digital tools such as Immersive Reader in Edge Browser Microsoft or text to speech.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Collaboration with other students.
- Self-reflection.
- Resilience and perseverance.
- Good citizenship and social responsibilities.
- Communication, multiple perspectives.

- Student voice and choice in place, pace and path.
- Empathy.
- Work ethic.
- Creativity.

### Elements of Cross-Curricular Collaboration

- Math > Humanities
- Math > FCS
- Math > Technology
- Math > Art
- Math > Music (if part of the party)

### Who might be your collaboration partners?

- Experts in catering field
- Cohort/House leaders/parents/ caretakers/etc.
- Teachers: Math, FCS, ELL, SPED, paras, art

### Workflow *(Milestones of Learning)*

- Student Goal Setting based on competency scales.
- Explore Equivalent Fractions. You could use videos, hyperdocs, Multimedia Text Sets, Articles, Playlist.
- Bring in favorite family recipes (with exact measurements).
- Plan the party (invitations, decor, music, etc., to accommodate the number attending

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

- Assessment is explaining how their recipe was altered to accommodate the numbers attending the party.
- Reflect on learning by explaining how the recipes now can feed the number of people invited.
- Reevaluate goal setting:
- ** An extension could be to create ONE supply list for the party) Evaluate the recipes and apply them to an actual party > reevaluate goal setting.

### Showcase of Student Learning (End Product)

- Students have a working document of choice that has the complete party planned from invitations to recipes converted for the number of people coming.
- Math Journal could be used for the extension discussion.

### Accommodation/Modification Considerations (per KSDE guidance)

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery

Level 3 is considered mastery of a competency. Scale shows progression toward mastery with the levels of learning (1, 2, 3, 4). Refer to KSDE competency scale to monitor student progression toward mastery of each competency.

## Learning Environment Considerations

### On-Site Learning Environment

Technology access, collaboration with educational peers, flexibility with interruptions and technology issues, sharing resources with fellow students, Share final products with families, school, and community through communication tools already established, reflection time.

### Hybrid Learning Environment

*In-class*
Teach research skills, check-ins to assess progress, instruct how to structure projects. Work on final product.

*Home/Digital*
Online sessions to apply data to predictions, an extension of collaboration time to discuss data, brainstorm tips Breakout rooms in digital video tools to collaborate.

Use tools that allow collaboration to work on the product.

Ongoing feedback digitally and sessions throughout process.

Share final products with families, school, and community through communication tools already established.

### Remote Learning Environment

Instructional consideration: Mini-lessons (pre-recorded videos or Zoom/Google Hangout lessons).

Student practice: Handouts/resources are digital (such as Google Docs).

Provide guidance for parental editing and project suggestions.

Share final products with families, school, and community through communication tools already established.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

**IMPLEMENTATION – STEAM INSTRUCTIONAL EXAMPLES**

*Instructional Example:*

# Human Sustainability How do humans impact the environment and what actions can we take to protect it?

Students explore and design solutions on how humans interact with natural hazards, natural energy and fuel resources and how they impact the land. They will create an action plan to help protect the earth and its resources.

*Competency Codes Addressed:*
*Science: SCI.ESS.IM 4.5*
*Math: MATH.IM.4.2, MATH.IM.4.1*
*ELA: ELA.IM 1.1, ELA.IM 1.2 , ELA.IM 4.1*

### Elements of High-Quality Instruction
- Use the competency scale to plan, student goal set and reflect.
- Use different modalities and scaffolded activities  to connect concepts for learners such as explicit vocabulary teaching, video tools for reteaching, tech accessibility tools for writing and reading
- Offers ongoing feedback as students are creating their item
- Student-led with ongoing feedback based on student work
- Utilize collaborative partners

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Cohort/House Leaders/Parents/ Caretakers/etc.
- Collaboration with other students

- Self-reflection
- Resilience and perseverance
- Good citizenship and social responsibilities
- Communication, Multiple Perspectives
- Student Voice and Choice in Place, Pace, and Path

### Cross-Curricular Collaboration Opportunities
- Science and Math > Data
- Science and ELA > Writing Process
- Science and Technology
- Science and Art > Design
- Science and Music > Sound

### Who might be your collaboration partners?
- Science Teacher working w/ Math Teacher
- Cohort / House Leaders
- Librarian
- Special Education Teacher
- ELL Teacher
- Paras
- Art and Music Teachers
- Meteorologist/ National Weather Service guest speakers or field trip
- Conservation guest speakers or field trip
- Recycling guest speakers or field trip

### Workflow *(Milestones of Learning)*
- Have individuals or as a group work through the Hyperdoc in Resources.
- Allow ample time for research and project development.  Guide students by offering a variety of tools for the final product whether it be digital or analog.
- Make sure the student or group is using their time wisely and accomplishing one

objective at a time.
- Individuals or groups will compile all information and put it in a presentation format of their choice to share.

### Showcase of Student Learning *(End Product)*
- Digital Tools: Slides, PowerPoint, Adobe Spark, Keynote, $BookCreator, Flipgrid.
- Style: eBook, Comic, Play, Newscast, Infographic, poster.
- Combination: Flipgrid screen recording to explain their presentation
- Analog: Play, Demonstration, Live-Broadcast, Infographic, poster, one-pager.
- Publish and share.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**3-5**

### Accommodation/Modification Considerations *(per KSDE guidance)*

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies, and exceptions some students will require additional support through specially-designed instruction and/or tiered systems of support.

### Progression Toward Mastery

Level 3 is considered mastery of a competency. Scale shows progression toward mastery with the levels of learning (1, 2, 3, 4) Refer to KSDE competency scale to monitor student progression toward mastery of each competency.

## Learning Environment Considerations

### On-Site Learning Environment

Technology access, collaboration with educational peers, flexibility with interruptions and technology issues, sharing resources with fellow students, share final products with families, school and community through communication tools already established, reflection time.

### Hybrid Learning Environment

*In-class*
- Teach research skills, check-ins to assess progress, instruct how to structure projects. Work on final product

*Home/Digital*
Online sessions to apply data to predictions, an extension of collaboration time to discuss data, brainstorm tips breakout rooms in digital video tools to collaborate.

Use tools that allow collaboration to work on the product.

Ongoing feedback digitally and sessions throughout process.

Share final products with families, school and community through communication tools already established.

### Remote Learning Environment

Instructional consideration: Mini-lessons (prerecorded videos or Zoom/Google Hangout lessons).

Student Practice: Handouts/resources are digital (such as Google Docs).

Provide guidance for parental editing and project suggestions.

Share final products with families, school and community through communication tools already established.

On-going students check in for progress. This can be done through office hours and/or ___ dates.

IMPLEMENTATION – STEAM INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION – STEAM INSTRUCTIONAL EXAMPLES**

# PBL MODEL

*Instructional Example:*

## Meal Planning with a Budget

*Competency Codes Addressed:*
*Math: MATH.IM 1.1*
*ELA: ELA.IM 2.1, ELA.IM 4.6.*
*History, Government, Social Studies: HGSS.IM 5.1*

### Elements of High-Quality Instruction
- High engagement
- Real-world situation.
- Relevant - student connections (self and world).
- Collaborative groups.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Empathy
- Work ethic
- Perseverance

### Cross-Curricular Collaboration Opportunities
- ELA
- Social studies

### Workflow *(Milestones of Learning)*
- Driving Question: How does math impact daily budgeting?
- Students and/or students plan for and create a meal for various group sizes within a specific budget. (This could be for a specific group, or just in general.)
- Students and/or student teams decide on amounts of ingredients/food needed for various group sizes within a specific budget.

- Students and/or student teams add, subtract, multiply, or divide to get ingredient/food quantities needed for various group sizes within a specific budget.
- Other options:
  - Create a menu for their meal.
  - Create an advertisement for their meal.
  - Decide on a profit margin if they were a business.

### Who might be your collaboration partners?
- Grocery store (local)
- Family and consumer science class
- SPED, ELL
- Cohort/house leaders/parents/caretakers/etc.

### Showcase of Student Learning *(End Product)*
- Make an actual meal for a group reflecting an accurate amount of ingredients/food for that size of group, and staying within a given budget.
- Journal and/or video of their process as they show how they figured out the amount of ingredients/food they needed for their group size while staying within budget.
- Menu.
- Advertisement.
- Chart showing profit margin of each food item.

### Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery
Level 3 is considered mastery of a competency, scale shows progression toward mastery with the levels of learning (1, 2, 3, 4). Refer to KSDE competency scale to monitor student progression toward mastery of each competency.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
504                                                    Kansas State Department of Education | www.ksde.org



GRADE BAND
**3-5**

# Learning Environment Considerations

**On-Site Learning Environment**
Collaboration could happen via collaborative tools of your district's choosing, video calls, etc.

If space and guidelines allow, the actual meal could take place at a school building or community building.

**Hybrid Learning Environment**
Collaboration could happen via collaborative tools of your district's choosing, video calls, etc.

If space and guidelines allow, the actual meal could take place at a school building or community building.

**Remote Learning Environment**
Collaboration could happen via collaborative tools of your district's choosing, video calls, etc.

End product/meal would need to be a virtual meal instead of in-person.

IMPLEMENTATION – STEAM INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION – STEAM INSTRUCTIONAL EXAMPLES**

*Instructional Example:*
# Place Value
# Creating an Wild Animal Field Guide

Explore place value by breaking down mathematical facts about animals in a habitat and compare the facts of the animals.

*Competency Codes Addressed:*
*Math: MATH.IM 1.2*
*ELA: ELA.IM 1.2, ELA.IM 2.2*
*Science: SCI.LS.IM 3.1, SCI.LS.IM 3.2 SCI.LS.IM 3.3, SCI.LS.IM 3.4*

## Elements of High-Quality Instruction
- Pose purposeful questions.
- Active student engagement and collaboration.
- Connect mathematical concepts and representations.
- Individual student goal setting using competency scale with reflection time after to compare goal to final mastery level.
- In a blended model style, teachers use easy video tools to offer explicit directions that students could use to review goals and directions.
- Offer ongoing feedback as students are working through the lessons and producing final product.
- Grades are individual.
- Scaffolding activities.
- Use visual context and manipulatives.
- Preteach vocabulary.
- Scaffolded language supports.
- Slower speech and simple sentences.
- Visual supports.

- Sentence frames/sentence starters.
- Build background knowledge (visuals, read aloud, video).
- Collaborative group supporting each other.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Collaboration with other students.
- Self-reflection.
- Resilience and perseverance.
- Good citizenship and social responsibilities.
- Communication, multiple perspectives.
- Student voice and choice in place, pace and path.

## Cross-Curricular Collaboration Opportunities
- Math > Place Value
- ELA > Informational Writing, Presenting information
- Science and Technology
- Art > Illustrations
- PE > Movement

## Who might be your collaboration partners?
- Science Teacher working w/ Math Teacher
- Cohort/House Leaders/Parents/Care-Takers/Etc...
- Librarian
- Special Education Teacher
- ELL Teacher
- Paras
- Art and Music Teachers
- Interview or visit to a Zoologist

## Workflow *(Milestones of Learning)*

- Driving Question: How does data impact human interaction with animals?
- Students select a habitat and research animals from that habitat.
- Students compare and order the size/weight of each animal.
- Students show the weight, height, and lifespan of each animal in word form, standard form, rounded form and as a place value model.
- Students write an expository outline for each animal.
- Students reflect on their learning and growth throughout the project with a digital presentation or a live presentation.

## Showcase of Student Learning *(End Product)*
Students reflect on their learning and growth throughout the project with a digital or live presentation.

- Digital Tools: Slides, PowerPoint, Adobe Spark, Keynote, $BookCreator, Flipgrid.
- Style: Actual Model of Product, eBook, Comic, Play, Newscast, Infographic, poster.
- Combination: Flipgrid screen recording to explain their learning.
- Analog: Science fair, play, demonstration, live broadcast, infographic, poster, one-pager.
- Produce and share.

## Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**3-5**

them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery
Level 3 is considered mastery of a competency. Scale shows progression toward mastery with the levels of learning (1, 2, 3, 4). Refer to KSDE competency scale to monitor student progression toward mastery of each competency.

## Learning Environment Considerations

### On-Site Learning Environment
Technology access, collaboration with educational peers, flexibility with interruptions and technology issues, sharing resources with fellow students, share final products with families, school and community through communication tools already established, reflection time.

### Hybrid Learning Environment
*In-class*
Teach research skills, check-ins to assess progress, instruct how to structure projects. Work on final product.

*Home/Digital*
Online sessions to apply data to predictions, an extension of collaboration time to discuss data, brainstorm tips Breakout rooms in digital video tools to collaborate, research different animals.

Use tools that allow collaboration to work on the product.

Ongoing feedback digitally and sessions

throughout process.

Share final products with families, school, and community through communication tools already established.

### Remote Learning Environment
Instructional consideration: Mini-lessons (prerecorded videos or Zoom/Google Hangout lessons).

Student practice: Handouts/resources are digital (such as Google Docs).

Provide guidance for parental editing and project suggestions.

Share final products with families, school and community through communication tools already established.

On-going students check in for progress. This can be done through office hours and/or ___ dates.

IMPLEMENTATION – STEAM INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**3-5**

IMPLEMENTATION – STEAM INSTRUCTIONAL EXAMPLES

# BLENDED LEARNING, INQUIRY LEARNING, PERSONALIZED LEARNING, CO-TEACHING, COOPERATIVE LEARNING GROUPS

*Instructional Example:*

## Students will design a tiny house for a client using all four operations with time, length and money.

*Competency Codes Addressed:*
*Math: MATH.IM.4.1*
*ELA: ELA.IM 1.1, ELA.IM 2.1*
*Design Process*

### Elements of High-Quality Instruction
- Pose driving questions.
- Active student engagement and collaboration.
- Connect mathematical concepts and representations.
- Individual student goal setting using competency scale with reflection time after to compare goal to final mastery level.
- In a blended model style, teachers use easy video tools to offer explicit directions that students could use to review goals and directions.
- Offer ongoing feedback as students are creating the product.
- End product is student choice.
- Grades are individual, not one grade per group.
- Scaffolding activities.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Collaboration with other students
- Self-reflection
- Resilience and perseverance
- Good citizenship and social responsibilities
- Communication; multiple perspectives
- Student voice and choice in place, pace and path.

### Cross-Curricular Collaboration Opportunities
- ELA: opinion writing, speaking

### Who might be your collaboration partners?
- Math teacher working with ELA teacher
- Cohort /House Leaders
- Librarian/media specialist
- Special Education teacher
- ELL teacher
- Paras
- Architect
- Local lumber store
- Parents

### Workflow *(Milestones of Learning)*
- Driving Question>meet with client to discuss wants of house > work collaboratively to design a house with all criteria.
- Use operation with length, and money when designing house.
- Create a timeline to create house. > write an opinion paper giving reasons to support cost and design of the house > present tiny house project to the client.
- Showcase of Student Learning (End Product)
- End product will be a 3D project of the tiny house.
- This could be made of index cards or a material of their choosing.
- Presentation of projects to client can be in person or digital.

### Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery
Level 3 is considered mastery of a competency. Scale shows progression toward mastery with the levels of learning (1, 2, 3, 4) Refer to KSDE competency scale to monitor student progression toward mastery of each competency.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

508


GRADE BAND
**3-5**

## Learning Environment Considerations

### On-Site Learning Environment

Cohorts have the same materials for learning labs. Technology access, Collaboration with peer teachers, flexibility with interruptions and technology issues, sharing resources with fellow students, share final product with families, school, and community through communication tools already established, reflection time.

### Hybrid Learning Environment

*In-class*
- Teach mini lessons with time, money, and length, check-ins to assess progress, instruct how to structure projects. Work on final product.

*Home/Digital*
- online sessions to apply data to predictions, an extension of collaboration time to discuss data, brainstorm tips. Breakout rooms in digital video tools to collaborate.

Use tools that allow collaboration to work on the product.

Ongoing feedback digitally and sessions throughout process.

Share final products with families, school, and community through communication tools already established.

### Remote Learning Environment

Instructional Consideration: Mini-lessons (pre-recorded videos or Zoom/Google Hangout lessons).

Student Practice: Handouts/resources are digital (such as Google Docs).

Provide guidance for parental editing and project suggestions.

Share final products with families, school, and community through communication tools already established.

On-going students check in for progress during scheduled times.

IMPLEMENTATION – STEAM INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND 3-5**

IMPLEMENTATION – STEAM INSTRUCTIONAL EXAMPLES

# CO-TEACHING, INQUIRY LEARNING OR OUTDOOR LEARNING

*Instructional Example:*
## Energy Sources and Transformations

Students may choose any digital or analog method of presenting a project that contains these objectives.

- Identify at least five sources of energy.
- Explain how natural resources are being used for energy and fuel and the effects this has on the environment.
- Describe how energy can be converted from one form to another. Ex: solar to electrical, wind to electrical.
- Extension activity: for Level 4 Learners: Calculate the savings of using other forms of energy.

*Competency Codes Addressed:*
*Science: SCI.PS.IM 2.4*
*ELA: ELA.IM 1.3, ELA.IM 2.1, ELA.IM 2.2, ELA.IM 4.3, ELA.IM 4.4*
*Math: MATH.IM.4.1, MATH.IM.4.2*
*Social Emotional: SECD.IM 1.4, SECD.IM 4.7, SECD.IM 5.4, SECD.IM 6.1, SECD.IM 6.3*
*Visual Arts: VA.IM 3.1, VA.IM 3.2*

## Elements of High-Quality Instruction

- Pose purposeful questions.
- Active student engagement and collaboration.
- Connect mathematical concepts and representations.
- Individual student goal setting using competency scale with reflection time after to compare goal to final mastery level.
- In a blended model style, teachers use easy video tools to offer explicit directions that students could use to review goals and directions.
- Offer ongoing feedback as students are creating the product of their choice digital or analog.
- Scaffolding activities.
- Use visual context and manipulatives.
- Intentional diverse teaming among students for peer support.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Cohort/House leaders/parents/ caretakers/etc.
- Collaboration with other students.
- Self-reflection, resilience, and perseverance.
- Good citizenship, social responsibilities, communication, and multiple perspectives.
- student voice and choice in place, pace and path.
- promoting and encouraging students to keep an open mindset.

## Elements of Collaboration

- Science
- Math
- ELA
- Technology
- Art
- PE
- Music

## Who might be your collaboration partners?

- Science/Math/ELA/Technology, Art, PE and Music
- Cohort/House Leaders/Parents/Care-Takers/Etc...
- Special Education Teacher/ELL Teacher/ Paras
- Wind, Solar plant, or Electric Company guest speakers or field trip

## Workflow *(Milestones of Learning)*

- Student goal setting using competency scale.
- Have individuals or as a group work through the Hyperdoc in Resources.
- Allow ample time for research and project development.
- Guide students by offering a variety of tools for the final product whether it be digital or analog.
- Check for grade level specific content area vocabulary used throughout the project.
- Individuals or groups will compile all information and put it in a presentation format of their choice to share.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND
3-5**

## Showcase of Student Learning (End Product)

- Digital Tools: Slides, PowerPoint, Flipgrid
- Style: eBook, Comic, Play, Newscast, Infographic, poster
- Analog: Play, Demonstration, Live-Broadcast, Infographic, poster, Publish and Share: Presentation style will be Student's Choice
- End Product will be analog or digital and must contain the objectives listed above.

## Accommodation/Modification Considerations (per KSDE guidance)

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Progression Toward Mastery

Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

# Learning Environment Considerations

## On-Site Learning Environment

Technology Access, Collaboration with Educational Peers, Flexibility with interruptions and technology issues, sharing resources with fellow students, Share final products with families, school, and community through communication tools already established, reflection time, and etc.

## Hybrid Learning Environment

### In-class

Teach research skills, check-ins to assess progress, instruct how to structure projects. Work on final product

### Home/Digital

Online sessions to apply data to predictions, an extension of collaboration time to discuss data, brainstorm tips. Breakout rooms in digital video tools to collaborate.

Use tools that allow collaboration to work on the product.

Ongoing feedback digitally and sessions throughout process.

Share final products with families, school, and community through communication tools already established

## Remote Learning Environment

Instructional Consideration: Mini-lessons (pre-recorded videos or Zoom/Google Hangout lessons).

Student Practice: Handouts/resources are digital (such as Google Docs).

Provide guidance for parental editing and project suggestions.

Share final products with families, school, and community through communication tools already established.

On-going students check in for progress. This can be done through office hours and/or ___ dates.

IMPLEMENTATION – STEAM INSTRUCTIONAL EXAMPLES



GRADE BAND
**3-5**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

IMPLEMENTATION – STEAM INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

Grade Band
# 3-5

# Implementation
# Specials Instructional
# Examples

**SPECIALS INSTRUCTIONAL EXAMPLES**

**IMPLEMENTATION –**

# Physical Education/Health
# INQUIRY BASED/PERSONALIZED LEARNING

*Instructional Example:*
## Creating a "How-To" video of essential skills needed in Physical Education

*Competency Codes Addressed:*
*PE: PE.IM 1.1, PE.IM 1.2, PE.IM 2.1, PE.IM 2.2, PE.IM 2.3, PE.IM 2.4, PE.IM 2.4*

### Elements of High-Quality Instruction
- Video instruction designed for universal appeal.
- Adequate explanation for students and support people.
- Multiple methods for return demonstration (i.e. video, written, completed competency logs).

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Demonstrated turn-taking.
- Responding appropriately to disappointment (losing).
- Persevering through difficult tasks.
- Following multi-step instructions.

### Elements of Collaboration
- Incorporate math concepts (i.e. distance, velocity, trajectory, shapes) that pertain to games played or watched on video.
- Reading/language arts - incorporate rules and strategies written at grade level.

### Who might be your collaboration partners?
- ELA
- Math
- Community-based fitness/health centers
- OT/PT for suggestions in teaching new motor skills.

### Workflow *(Milestones of Learning)*
- All targeted skills reduced to specific components to be taught and assessed separately.
- Complete the entire motor skills as a distinct isolated skill.
- Incorporate the skill into a game or recreational activity.
- Demonstrate the ability to recall and perform the skill spontaneously in different contexts over time.

### Showcase of Student Learning *(End Product)*
- Demonstrate in person or during virtual instruction.

### Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies, and exceptions some students will require additional support through specially

designed instruction and/or tiered systems of support.

### Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

### On-Site Learning Environment
- Provide examples of quality skill components reduced to the simplest components.
- Ask for a return demonstration of each component until mastered.
- Visual and auditory cues are used including foot patterns on the ground and or touch cues for body positioning in space.
- Reduce competing visual and auditory stimuli while learning a new skill.
- Proactively prepare students with reliable technology for hybrid or remote learning.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**3-5**

### Hybrid Learning Environment
- Use students and the teacher to provide a model of each component of the skill. Teach the most challenging or any new components while on-site.
- The use of virtual instruction, video demonstration, real time instruction to insure students have a good model to emulate.
- Use time away to practice skill components using portable visual supports (i.e. foot patterns on the floor).

### Remote Learning Environment
- Use students and the teacher to provide a model of each component of the skill.
- Use slow motion virtual instruction for each component of the skill (if possible).
- Use video demonstration, real time instruction to insure students have a good model to emulate.
- Use portable visual supports (i.e. foot patterns on the floor) if possible to supplement the instruction.
- Students can submit video clips of them demonstrating targeted skills.

### (2-3) Resources:
Age-appropriate skill demonstration.

Business partnerships to provide reliable locations for activity outside of school.

Written, oral, and/or video instruction to teach new motor skills.

IMPLEMENTATION – SPECIALS INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**IMPLEMENTATION – SPECIALS INSTRUCTIONAL EXAMPLES**

# PERSONALIZED LEARNING

*Instructional Example:*

## Creating a journal of daily habits that represents themselves as a healthy individual

*Competencies Addressed:*
*PE: IM4.1, PE IM4.2, PE IM4.3*
*Health:HLTH.IM.1.7, HLTH.IM.1.6, HLTH.IM.1.5, HLTH.IM.1.4, HLTH.IM.1.3, HLTH.IM.1.2*
*SECD: SECD.IM 2.3, SECD.IM 2.4, SECD.IM 4.10*

**Elements of High-Quality Instruction**
- Providing examples of quality habits (pictures, video clips, written examples).
- Students can record oral responses rather than write.
- Support for struggling students.

**SECD Incorporation** *(Dispositions - Mindset and Soft Skills)*
- Self motivation
- Responsibility
- Problem-solving
- Positive attitude
- Goal-Setting
- Elements of Collaboration
- Writing
- Social Emotional learning
- Who might be your collaboration partners?
- ELA, counselor
- Community-based recreation/fitness centers
- Workflow (Milestones of Learning)
- Logging daily habits (nutrition/activity/physical/mental health habits).
- Research of healthier options.
- Application of healthier options.
- Showcase of Student Learning (End Product)
- Journal or video that represents beginning to end transformation and application of quality habits.
- Produce an oral or written summary of a numeric, graph, or visual representation of the achievement.

**Accommodation/Modification Considerations** *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

**Progression Toward Mastery**
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND
3-5**

## Learning Environment Considerations

### On-Site Learning Environment
- Provide examples of quality habits and give the students time to log and research realistic habits that they intend to apply to their daily life.
- Present a foundation of expectations and provide a template that is user friendly for students and assistants working with the students.
- Design activities that promote fitness and nutrition to teach practical habits that are consistent with a healthy life.
- Proactively prepare students with reliable technology for hybrid or remote learning.

### Hybrid Learning Environment
- Students supported in completing the log or using technology to record their success.
- The use of virtual instruction, video demonstration, real time instruction to insure students have a deep understanding of targeted health habits.
- Provide timely and meaningful feedback to students as targets are attempted/met.
- Students can compare/contrast healthy living and what changes peers could make.

### Remote Learning Environment
- Providing timely feedback to students seeking help and requesting options.
- Sharing ideas that could be incorporated between peers.
- Including family members and/or caretakers.
- Individualized support for struggling students.

### (2-3) Resources:
- Current health data on activities and nutrition converted to a level appropriate for students.
- Business partnerships to provide reliable locations for activity outside of school.
- Journal system for in-person and remote learning.

IMPLEMENTATION – SPECIALS INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**3-5**

*IMPLEMENTATION – SPECIALS INSTRUCTIONAL EXAMPLES*

# Music
# CO-TEACHING

*Instructional Example:*

## Folk Dance Analyzation/ Create B Section given A Section

*Competency Codes Addressed:*
*Music: MUS.IM 1.1, MUS.IM 2.1,MUS.IM 2.2 MUS.IM 3.1, MUS.IM 3.2, MUS.IM 3.3,MUS.IM 4.1, MUS.IM 4.2*

### Elements of High-Quality Instruction
- Student voice and choice in project selection.
- Flexibility in project product.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Student voice and choice.
- Students knowing themselves as learners.
- Time-management.
- Perseverance.
- Ownership of learning and outcomes.
- Sense of purpose.
- Growth mindset.
- Goal setting .

### Elements of Collaboration
- Music: Form, analysis, elements of music
- PE: Rhythm, dance forms, body awareness

### Who might be your collaboration partners?
- PE teacher
- Local dance teachers/troups

### Workflow *(Milestones of Learning)*
- Analyze piece of music through dance
- Transfer analyzation of dance to musical form
- Given the A section dance, student creates a B section

### Showcase of Student Learning *(End Product)*
- Demonstration of dance
- Video of student performing dance
- Students teach others their dance

### Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations:

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially-designed instruction and/or tiered systems of support.

### On-Site Learning Environment
- Constant support by teachers.

### Hybrid Learning Environment
- Teacher support
- Parent/guardian support
- Access to technology

### Remote Learning Environment
- Teacher support
- Parent/guardian support
- Access to technology

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**3-5**

# OUTDOOR CLASSROOM

*Instructional Example:*

## Acoustics

*Competency Codes Addressed:*
*Music: MUS.IM 1.1,MUS.IM 2.1, MUS.IM 2.2,MUS.*
*IM 6.1, MUS.IM 6.2,*
*Science: SCI.PS.IM 2.4*

### Elements of High-Quality Instruction
Students engage in exploration of acoustic
properties in a variety of ways

- **Places:** Which places are conducive to
  music making?
- **Objects:** What found objects are best for
  music making?
- **Body percussion:** Which parts of my
  body are best for music making?
- **Body position:** Does it make a difference
  if I am standing up or laying down?

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- **On-site:** Students work together to sing
  or play in canon to discover which places
  outside work for resonance
- **Blended:** Students explore at home
  where there are resonant areas, then
  share with a small group
- **Remote:** Students explore around their
  home/park/socially-distanced place and
  prepare a presentation.
- Student voice and choice.
- Students knowing themselves as
  learners.

- Perseverance.
- Ownership of learning and outcomes.
- Sense of purpose.
- Growth mindset.
- Goal setting.

### Elements of Collaboration
- **Music:**
  - How is sound made?
  - What are resonant properties?
  - Music history - Gregorian chant
- **Science:**
  - How is sound made?
  - What is the relationship between sound
    and space?
- **Humanities:**
  - Public performance
  - Ancient Grecian amphitheatres

### Who might be your collaboration partners?
- Grade-level teachers
- Engineers
- Music makers - musicians, instrument
  designers

### Workflow *(Milestones of Learning)*
- Prior knowledge:
  - Vocabulary
    - Acoustics
    - Vibration
    - Sound wave
    - Canon

- Students:
  - Describe how sound is made.
  - Explain their preference for various
    places to perform using musical
    vocabulary.
  - Perform as part of an ensemble (on-
    site and hybrid only).
  - Explain musical choices - instrument
    selection, place, instrument design.

### Showcase of Student Learning *(End Product)*
- Variety of technology presentations:
  - Slide show
  - Movie
  - Other multimedia presentation

### Performance for teachers/class
Students teach others how to create
instruments

### Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks
for the various learning environments,
consideration for students who will need
access to instruction that will prepare
them to meet, achieve or exceed grade-
level competencies should be a priority.
To access and address gaps, deficiencies
and exceptionalities, some students will
require additional support through specially
designed instruction and/or tiered systems of
support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**IMPLEMENTATION – SPECIALS INSTRUCTIONAL EXAMPLES**

**Progression Toward Mastery**
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

### On-Site Learning Environment
- Teacher support.
- Variety of spaces and materials to create sound.

### Hybrid Learning Environment

- Teacher support.
- Access to materials.
- Access to technology.
- Parent/guardian support.

### Remote Learning Environment
- Access to materials.
- Access to technology.
- Parent/guardian support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

# Art
# OUTDOOR CLASSROOM

*Instructional Example:*

## Materials in Art - How do artists work? How do objects, places, and design shape lives and communities?

Students explore the impact of materials and place on artistic process and product. Students explore multiple materials, techniques and compositional approaches, using innovative thinking to generate new ideas, connect to and expand on existing ideas, and create personally satisfying work. Students articulate how their work was influenced by available materials and physical location.

*Competency Codes Addressed:*
*Visual Arts: VA.IM.1.1, VA.IM.1.2, VA.IM. 2.1, VA.IM.3.1, VA.IM.3.2, VA.IM. 4.1, VA.IM. 4.2, VA.IM. 4.3, VA.IM. 5.1*

### Elements of High-Quality Instruction
- Pose purposeful, open-ended questions.
- Active student engagement.
- Encouragement to play and experiment without fear of "failure" - reflection on all artistic behaviors can offer insight.
- In a blended model style, teachers use easy video tools to explain concepts, introduce artists or offer explicit directions for media, techniques or processes for creation.
- Offer feedback as students are creating.
- End product is student choice with

presentation.
- Hands on, active learning.
- Using different learning modalities for students: reading passages, videos, images, etc.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Communication skills.
- Self-regulation.
- Growth mindset.
- Problem-solving.
- Soliciting feedback and being an active listener.
- Demonstrating respect for the perspectives of others.
- Collaboration and conflict resolution strategies.
- Goal-setting, planning and organization of time and materials.
- Perseverance.

### Elements of Collaboration
- Instruction could include connections to mathematical concepts (symmetry, pattern, line/angle/shape) and/or social studies (Native American and Colonial available media, culture and styles of artwork).
- Who might be your collaboration partners?
- Local nurseries or recycling centers or other business partners (materials)
- Classroom teachers
- Nature centers or museums who feature nature art

- Caregivers or families at home
- Workflow (Milestones of Learning)
- Students:
- Perceive and analyze works of constructed and natural environments. Some possible connections include assemblage/recycled/trash art, sand mandalas, Andy Goldsworthy, Patrick Dougherty, Christo, etc. (Responding/ Connecting)
- Explore/experiment with:
- Outdoor spaces for creating artwork.
- Nontraditional classroom materials (natural materials like wood/stone/leaves, fibers, sidewalk chalk, natural pigments).
- Techniques for working with materials.
- Compositional elements (such as symmetry, movement, rhythm/pattern).
- Demonstrate safe use of materials. (Creating)
- Create outdoor works on school grounds or at home. (Creating)
- Reflect on how this site-specific artwork:
- Interacts with surrounding objects and places
- Shapes, defines or enhances one's life (Responding and Connecting)
- Could be presented differently using evolving technology
- Might be preserved and protected.
- This can be self-reflection, peer critique or class critique during creation of the project and again after work has been refined. (Creating/Presenting)

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 3-5**

**IMPLEMENTATION – SPECIALS INSTRUCTIONAL EXAMPLES**

**Showcase of Student Learning** *(End Product)*
- Written/spoken/recorded criticism of outdoor artists or artwork example(s) viewed in class
- Outdoor artwork (temporary or permanent).
- Artist statement where students reflect on materials, process and presentation.
- Possible digital presentation: photographs or video that could be displayed, shared on social media or added to a digital portfolio.

**Accommodation/Modification Considerations** *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies, and exceptions some students will require additional support through specially-designed instruction and/or tiered systems of support.

**Progression Toward Mastery**
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

**On-Site Learning Environment**
- Consider available space and materials and alternate plans for weather.
- Possible grouping of students for collaboration.
- Can multiple classes repurpose the same materials used for temporary installations?

**Hybrid Learning Environment**
- Available space, technology and materials to learn, create and submit artwork - Where and how will instruction be delivered?

**Where and how will creation occur?**
- Creation could be individual or collaborative. If collaborative, how will you support communication of group members when learning is occurring asynchronously?
- Ways to communicate timeline and help students track work progress to deadline.

**Remote Learning Environment**
- How to support students in finding/adapting to available space and materials.
- Some students may not have natural materials available. Alternate materials at home could include Legos, blocks, laundry, recyclables and other materials not available at school. Providing a wide range of choices and examples is essential to accommodate individual student resources. Focus the lesson

on the process of HOW and WHAT you created was guided by the MATERIALS and SPACE you had available.
- Creation would be individual rather than collaborative OR collaborative with family/caregivers.
- Ways to communicate timeline and help students track work progress to deadline.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND
3-5**

# CO-TEACHING

*Instructional Example:*
## Amusement Park Ride Design

Students explore the science of energy and force, coupled with the arts of storytelling and visual design, to create memorable amusement park ride designs.

*Competency Codes Addressed:*
ELA: ELA.IM.1.1, ELA.IM.1.2
Science: SCI.IM.1.1, SCI.PS.IM.2.3, SCI.PS.IM.2.4
Visual Arts: VA.IM.1.1, VA.IM.1.2, VA.IM. 2.1, VA.IM. 4.1, VA.IM. 4.2, VA.IM. 4.3, VA.IM. 5.1

### Elements of High-Quality Instruction
- Pose purposeful, open-ended questions.
- Active student engagement.
- Provide planning documents to help students structure the design process.
- Create structured opportunities for ongoing feedback and reflection as students are planning/creating.
- In a blended model style, teachers use easy video tools to explain concepts, introduce artists or offer explicit directions for media, techniques or processes that students could use for creation.
- Pace of learning is student led with teacher check-ins.
- Scaffolding activities.
- Hands on, active learning.
- Using different learning modalities for students: reading passages, videos, images etc.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Communication skills.
- Self-regulation.
- Growth mindset.
- Problem-solving.
- Soliciting feedback and being an active listener.
- Demonstrating respect for the perspectives of others.
- Collaboration and conflict resolution strategies.
- Goal-setting, planning and organization of time and materials.
- Perseverance.

### Co-elements of Collaboration
- Art
- Science
- Engineering Design
- ELA
- Media Arts
- Who might your collaboration partners be?
- Classroom/STEAM/technology integration teachers
- Theme park or entertainment venue (arcade, mini golf)
- Engineering firms
- Parents/community members with training in this field

### Workflow *(Milestones of Learning)*
*Students:*
- Study the topics of energy and force through science activities and then identify these forces/movements in amusement park rides.
- Watch amusement park ride videos and analyze why certain motions/forces were engineered for the theme/story of each ride. Could possibly interview or connect with ride designers or engineers.
- Analyze how artistic choices in ride design (color/pattern, design, scale) tell a story or set a mood for riders. (Responding/Connecting)
- Articulate in planning documents how they will proceed from ideas to creation. Employ the engineering design process to design and test a miniature model of a ride vehicle to withstand a chosen force. (Creating)
- Choose a theme or story for the ride and design artistic elements that contribute to the ride vehicle's design and movement to tell the "story." (Creating)
- Reflect on choices of media, subject, etc. and how they contribute to the work's meaning and value. This can be self-reflection or paired critique or class critique during creation of the project and again after work has been refined. (Creating, Responding)

IMPLEMENTATION – SPECIALS INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

**IMPLEMENTATION – SPECIALS INSTRUCTIONAL EXAMPLES**

**Showcase of Student Learning** *(End Product)*
- Constructed miniature ride vehicle model (paper, cardboard, other art supplies)
- Live demonstration or recording of a ride vehicle model "in action"
- Description of how ride design and chosen story connect to chosen force(s) to create a cohesive ride experience
- Design layout board (drawn or digitally created) for a "pitch" to the theme park company for a new ride. The layout should show a color scheme and imagery chosen to enhance the ride story/theme (Creating)
- Artist statement or presentation (written, spoken or recorded) to accompany the design board that explains the "pitch" of how design choices (color, shape, pattern, etc.) were made and how they contribute to visually telling the ride story/theme (Presenting)

**Showcase of Student Learning** *(End Product)*
- Constructed miniature ride vehicle model (paper, cardboard, other art supplies)
- Live demonstration or recording of a ride vehicle model "in action"
- Description of how ride design and chosen story connect to chosen force(s) to create a cohesive ride experience
- Design layout board (drawn or digitally created) for a "pitch" to the theme park company for a new ride. The layout should show a color scheme and imagery chosen to enhance the ride story/theme (Creating)
- Artist statement or presentation (written, spoken or recorded) to accompany the design board that explains the "pitch" of

how design choices (color, shape, pattern, etc.) were made and how they contribute to visually telling the ride story/theme (Presenting)

**Accommodation/Modification Considerations** *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies, and exceptions some students will require additional support through specially-designed instruction and/or tiered systems of support.

**Progression Toward Mastery**
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

**On-Site Learning Environment**
- Ability for students to collaborate in person: cooperative groups with individual accountability/grading or individual work.
- Building schedule to accommodate teacher collaboration and co-teaching.

**Hybrid Learning Environment**
Part cooperative groups when at school and part individual when remote - Where and how will instruction be delivered? Where and how will creation occur?

Ways to communicate timeline and help students track work progress to deadline.

Availability of supplies and/or digital media to create and submit artwork in each setting.

**Remote Learning Environment**
- May need more time/support to complete individually.
- Ways to communicate timeline and help students track work progress to deadline.
- Availability of supplies and/or digital media to create and submit artwork.
- Alternate materials at home could include Legos, blocks, recyclables and other materials not available at school. Providing a wide range of choices and examples is essential to accommodate individual student resources.

524

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

# Counseling
## PERSONALIZED LEARNING

*Instructional Example:*
### Self-Efficacy

*Competencies Addressed:*
*SECD: SECD.IM 1.1, SECD.IM 1.2, SECD.IM1.4, SECD.IM 2.3, SECD.IM 2.4, SECD.IM 2.5, SECD. IM 2.6, SECD.IM 2.7, SECD.IM 2.8, SECD.IM 3.3, SECD.IM 3.4, SECD.IM 3.5, SECD.IM 3.6, SECD. IM 4.5, SECD.IM 4.6, SECD.IM 4.7, SECD.IM 4.8, SECD.IM 4.9, SECD.IM 4.10, SECD.IM 5.2, SECD. IM 5.3, SECD.IM 5.4, SECD.IM 6.6*

### Elements of High-Quality Instruction
- Teacher assesses student learning styles/intelligence strengths through the implementation of a survey.
- Teacher works with students to identify and set personal goals (education, skill development, interpersonal, intrapersonal, behavioral, etc.).
- Student has voice and choice in place, pace and path of learning.
- Teacher conducts individual conferences with students for needed direct instruction and to monitor student progress.
- Students work on their own personalized choice board (menu, playlist, etc.) to reach their own goals.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Student voice and choice.
- Students knowing themselves as learners.
- Time-management.
- Perseverance.
- Ownership of learning and outcomes.
- Sense of purpose.
- Growth mindset.
- Goal setting.

### Elements of Collaboration
- Classroom teachers
- Student support teams
- ELL teachers
- Specials teachers (PE, Music, Art)
- SPED

### Who might be your collaboration partners?
- Classroom teachers
- Student support teams
- ELL teachers
- Specials teachers (PE, Music, Art)
- SPED
- Parents/caregivers

### Workflow *(Milestones of Learning)*
- Students and teacher identify learning styles, set learning goals (short and long term), deadlines, and objectives for individual students.
- Work through a series of specific details regarding self-efficacy, learning styles, and multiple intelligences.
- Frequent data collection through teacher observation and questioning.
- Meet with students 1:1 and reflect, reassess goal set, and determine next steps.
- Students progress through learning goals at their own pace with support from the teacher.
- Showcase of Student Learning (End Product)
- By hand (complete goal information in personalized binder).
- Digital (learning management system, personalized folder, etc.)/

### Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND 3-5**

**IMPLEMENTATION – SPECIALS INSTRUCTIONAL EXAMPLES**

exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

### On-Site Learning Environment
- Building schedule to accommodate teacher collaboration and personalized learning.
- Students complete initial learning style/multiple intelligence survey.
- Teacher direct instruction.
- Ability for students to collaborate in person: cooperative groups with individual accountability or individual work.

### Hybrid Learning Environment

*On-site:*
- Teacher guided discussions regarding learning styles/multiple intelligences.
- Be intentional on how to set measurable goals.
- Small group/individual help for understanding.

*Home:*
- Teacher will provide a playlist of learning styles/multiple intelligences sites for students and parent/caregivers to explore.
- Students will meet weekly with teacher(s) and parents/caregivers to evaluate goal progress.
- Set office hours conducive to parent/caregiver work schedules for answering questions.
- Technology.

### Remote Learning Environment
- Prerecorded mini lessons, collection of print and digital resources for students to explore at home
- Weekly check-in with students and parents/caregivers to evaluate goal progress.
- Set office hours conducive to parents/caregivers work schedules for answering questions.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

526

# CO-TEACHING

*Instructional Example:*

## Mindset

*Competencies Addressed:*
*SECD: SECD.IM 2.4. SECD.IM 2.5, SECD.IM 3.3,*
*SECD.IM 3.5, SECD.IM 4.8, SECD.IM 4.9, SECD.*
*IM 4.10*

### Elements of High-Quality Instruction
- Clearly define roles and responsibilities and plan together.
- Discuss the big picture issues or critical concepts that lead into differentiated activities and assessments.
- Reflect on practices and make changes for future lessons.
- Model and practice skills.
- Model high-quality student-to-student conversations.
- Ask and answer open-ended questions.
- Students participate in collaborative work with peers.
- Technology Integration.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Achieve school goals.
- Perseverance.
- Communication.
- Ownership of learning and outcomes.
- Growth mindset.

### Elements of Cross-Curricular Collaboration Schoolwide Monthly Mindset Themes
- September: Learning, everybody does it.
- October: The brain is like a muscle, it grows.
- November: I am part of a group, ask for help.
- December: Challenge Yourself...it's important!
- January: Accepting feedback.
- February: Goal setting
- March: Learning from Mistakes
- April: The Power of Yet
- May: I Got This!

Lessons/activities planned each month for the theme in collaboration with partners.

Teachers plan a "Growth Mindset" day, each semester, to provide activities for students to develop a growth mindset.

### Who might be your collaboration partners?
- Classroom teachers
- ELL teachers
- Student support teams
- Specials (PE, Music, Art, Theater, etc)
- Parents/caregivers
- SPED

### Workflow *(Milestones of Learning)*
*Students:*
- Define mindset.
- Explain difference between growth and fixed mindset.

- Examine their own mindsets.
- Explore each monthly theme as they occur.
- Develop a monthly mindset entry to explore the various monthly themes and document their learning.

### Showcase of Student Learning *(End Product)*
- Digital (Google Slides, PicCollage, SeeSaw, Google Draw, Book Creator).
- By hand (journal entry).
- Video Creation - Using Various platforms (iMovie, FlipGrid, Green Screen, etc.).

### Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION – SPECIALS INSTRUCTIONAL EXAMPLES**

## Learning Environment Considerations

### On-Site Learning Environment
- Building schedule to accommodate teacher collaboration and co-teaching
- Ability for students to collaborate in person: cooperative groups with individual accountability or individual work

### Hybrid Learning Environment

*On site:*
- Teacher guided discussions regarding mindset.
- Small group/individual help for understanding.

*Home*
- Teacher will provide a playlist of mindset sites for students and parent/caregivers to explore the monthly themes.
- Students will complete a monthly journal entry regarding the theme of the month with the help of parents/caregivers.
- Set office hours conducive to parent/ caregiver work schedules for answering questions.
- Technology

### Remote Learning Environment
- Pre-recorded mini lessons
- Teacher created collection of print and digital resources for students to explore at home to guide journal entries.
- Provide a format for sharing journal entries.
- Set office hours conducive to parent/ caregiver work schedules for answering questions.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Grade Band
# 6-8

# Contents

Access and Equity _____ 530

COMPETENCIES _____ 534
ELA _____ 536
HGSS _____ 537
Mathematics _____ 540
Science _____ 542
Measuring SECD _____ 545
SECD _____ 551
Humanities _____ 554
STEAM _____ 560
Specials _____ 568

Special Education _____ 576
Library Media _____ 581

ASSESSMENT _____ 585
ELA _____ 589
HGSS _____ 597
EL HGSS _____ 607
Mathematics _____ 611
EL Mathematics _____ 627
Science _____ 631
EL Science _____ 652
Humanities _____ 655

STEAM _____ 665
Specials _____ 704
Library Media _____ 724

EE ASSESSMENT _____ 731

IMPLEMENTATION _____ 765
Philosophy _____ 768
Grading Considerations _____ 770
Accommodations/Modifications _____ 771
Family Engagement _____ 772
Instructional Examples _____ 781

Grade Band
# 6-8

# Access and Equity

We recognize that our communities are diverse and so are the needs and aspirations of the students we serve. Incorporating an access and equity lens into how you plan and deliver instruction, services and support not only makes it more safe, meaningful and effective but ensures that you are doing so in a way that thoughtfully engages and includes individuals and communities who have been historically excluded. We strongly encourage you to incorporate an access and equity lens focused on all students as you incorporate the guidance contained in this document.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

ACCESS AND EQUITY

# What does the Law Require?

If a school district has elected to provide the general education curriculum this school year via multiple learning environments (e.g., on-site, hybrid and remote), then the district must ensure that each student has equal access to the same opportunities. This includes students with exceptionalities and students of every race, color and national origin. School district officials have discretion to make educational decisions based on local health needs and concerns. Compliance with national, state and local health recommendations should not create civil rights concerns. Section 504 of the Rehabilitation Act of 1973 (Section 504) prohibits disability discrimination by schools receiving federal financial assistance. Title II of the Americans with Disabilities Act of 1990 (Title II) prohibits disability discrimination by public entities, including schools. Title VI of the Civil Rights Act of 1964 (Title VI) prohibits race, color and national origin discrimination by schools receiving federal funds. As school leaders respond to evolving conditions, they should be mindful of the requirements of Section 504, Title II and Title VI, to ensure that all students are able to study and learn in an environment that is safe and free from discrimination.

School districts should continually discuss and evaluate whether any education learning environment it is implementing is discriminatory, either on its face or as implemented, results in discrimination to a specific group of students protected by federal anti-discrimination laws.

For students with exceptionalities and an IEP this includes a free appropriate public education (FAPE). School districts must provide a FAPE to students with exceptionalities and an IEP consistent with the need to protect the health and safety of students with exceptionalities and those individuals providing education, specialized instruction and related services to these students. In this unique and ever-changing environment, these exceptional circumstances may affect how all educational and related services and supports are provided. FAPE may include, as appropriate, special education and related services provided through an on-site learning environment, a hybrid learning environment, or a remote learning environment.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



ACCESS AND EQUITY

# What are Ways I Can Do That?

1. Establish a plan and schedule to reflect and evaluate on whether the education and services being provided are effective for diverse students. Analyze relevant data on engagement and academics to determine whether students of color, English language learners, immigrant students, students with exceptionalities, students who are gifted, students who qualify for free and reduced lunch, among others, are learning. This should be discussed and evaluated separately by learning environment (e.g. in-person, hybrid and remote learning environment). If any of these groups are not succeeding within the given learning environment, the instructional approach might need to be more culturally responsive. This should be done individually, by all educators, and collectively at the building and district level on a set schedule throughout the school year. Individuals and groups should work to identify success gaps for certain students or groups or students, determine why this success gap is occurring, and action plan to mitigate the gap and prevent future gaps from occurring.

2. Work and study collaboratively within your building or district to understand inequity by design and its impact on student instruction. Identify resources that will be helpful to each educator and collectively, as a building and district, in confronting and addressing access and equity. This is a significant and important task and is not just accomplished by KSDE providing a few resources, but the following resources are shared as a starting point for continuing this important work within each classroom (on-site, hybrid, or remote), building and district.

   a. Clinton, J. (2020). Supporting Vulnerable Children in the Face of a Pandemic: A paper prepared for the Australian Government Department of Education, Skills and Employment. Centre for Program Evaluation, Melbourne Graduate School of Education, The University of Melbourne. https://www.dese.gov.au/system/files/doc/other/clinton_supporting_vulnerable_children_final.pdf

   b. New Jersey Department of Education Internal Equity Team list of resources, https://www.nj.gov/education/equity/resources/

   c. Culturally Reponsive Teaching and The Brain by Zaretta Hammond, https://crtandthebrain.com/

   d. Coaching for Equity by Elena Aguilar (forthcoming)

   e. Excellence Through Equity: Five Principles of Courageous Leadership to Guide Achievement for Every Student by Alan M. Blankstein and Pedro Noguera with Lorena Kelly

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

3. Across all learning environments, ensure educators are focused on building and maintaining relationships with students. There are many positive stories about how this occurred during continuous learning in the spring of 2020. This will be more critical as we move into the 2020–21 school year. But we can't stop at building and maintaining relationships. Educators then must use those relationships as an entry point into positive and meaningful instruction for all students.

4. Maintain equitable access to your school's offered programs and practices. Implement programs and practices that provide equal access and enable all students to thrive academically, athletically, socially, and emotionally.

5. Demonstrate inclusive teaching and learning. Examine and revise your curriculum and teaching practices as necessary to ensure that you are effective in reaching every student. Train your teachers to recognize and to understand the range of needs, social-emotional and academic, among your students and to hone their skills in building and sustaining an inclusive classroom.

6. Encourage self-reflection and exploration. Teach individuals to self-reflect, question their cultural viewpoints and assumptions, and to modify them when appropriate. Commit to exploring your school's unique cultures to better understand the encounters of people from diverse backgrounds and to challenging your own practices.

7. Have meaningful interaction and dialogue. Challenge everyone to interact meaningfully with the entire school community and to learn from each other, honoring differences. Create a safe environment allowing for expression of differences in ways that encourage dialogue and education rather than alienation.

8. Encourage community involvement and service: Use the above practices to instill a consciousness of social justice, an ethic of citizenship, and a commitment to service. Teach and practice responsibility towards and engagement in your school, your larger community, and the world.

ACCESS AND EQUITY

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

## Grade Band
# 6-8

# Competencies

Kansans should be proud of everything accomplished while navigating unprecedented times and facing unique educational challenges in the response to COVID-19.

A Continuous Learning Task Force commissioned by the Kansas State Department of Education (KSDE) developed meaningful ways to help Kansas school districts successfully complete the 2019-2020 school year with social-emotional support and grace for all stakeholders among its top priorities.

Districts should include considerations for the possibility of interruptions to learning because of COVID-19. To provide resources and guidance, Kansas Commissioner of Education Dr. Randy Watson assembled the Learning for the Future Task Force. With more time to prepare, this team was charged with developing a comprehensive way to ensure academic rigor and that schools can assess student learning in meaningful and actionable ways.

What follows is the result of recent collaboration among nearly 100 Kansas teachers, administrators, service centers, educational consultants, KSDE program directors and more. The goal was to review and analyze nearly 30 years of work among current Kansas Standards and, in 30 days, develop a competency-based model in PreK-2, 3-5, 6-8 and 9-12 grade bands that is also organized by broader themes of Humanities and STEAM.

This work has the potential to change the way we meet students' needs for the next 30 years and beyond by allowing students to demonstrate mastery of their learning in a variety of ways.

In a competency-based model, students move through the curriculum in a personalized way at their own pace, which is also aligned to their individual plan of study. Students progress or advance by demonstrating mastery when they are ready, not based on seat time or calendars.

Competencies themselves are often broadly stated and may include groups of related standards within and between subject areas, resulting in an instructional learning environment that does not focus on teaching singular skills. This, in turn, provides for a variety of opportunities for students to demonstrate their learning in ways that are meaningful and relevant to them by exploring passions and asking their own questions as problem-solving prompts. To accomplish this, each student receives the differentiated support he or she needs to be successful and, after demonstrating mastery on his or her schedule, moves on to the next level.

This resource and accompanying guidance seeks to provide you and your leadership team with the foundation for planning and implementing a competency-based curriculum, instruction and assessment model for your school district, Pre-K-12, that will focus on rigor, accountability and an unwavering commitment to personalizing learning for students.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

COMPETENCIES

## Subject Area Abbreviations:

| | | | | |
|---|---|---|---|---|
| AFNR | Agriculture, Foods and Natural Resources | LPSCS | Law, Public Safety, Corrections and Security |
| AC | Architecture and Construction | MA | Media Arts |
| BC | Business Career | MATH | Math |
| BC.BMAE | Business Management, Administration and Entrepreneurship | MNFR | Manufacturing |
| | | MUS | Music |
| BC.F | Finance | PE | Physical Education |
| BC.M | Marketing | SCI | Science |
| DNC | Dance | SCI.ESS | Earth and Space Science |
| FCS | Family and Consumer Sciences | SCI.LS | Life Science |
| ELA | English Language Arts | SCI.PS | Physical Science |
| ENG | Engineering | SECD | Social-Emotional Character Development |
| HB | Health and Biosciences | STM | STEAM |
| HE | Health | THR | Theatre |
| HGSS | History, Government and Social Studies | TRAN | Transportation |
| HUM | Humanities | WL | World Languages |
| IT | Information Technology | VA | Visual Arts |

## Grade Bands:

P Pre-K to 2nd grade
IM 3rd to 5th grade
MS 6th to 8th grade
HS 9th to 12th grade

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



**GRADE BAND**
# 6-8

ELA COMPETENCIES

# ELA

| ELA Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Text Complexity | A successful student can interpret an author's purpose and intent in complex text. | ELA.MS 1.1, ELA.MS 1.2, ELA.MS 1.3, ELA.MS 1.4, ELA.MS 1.5, ELA.MS 1.6, ELA.MS 1.7, ELA.MS 1.8, ELA.MS 1.9 | W6.9, 7.9, 8.9, RL6.2, 7.2, 8.2, RL6.5,7.5, 8.5, RL6.6, 7.6, 8.6, RL6.13, 7.13, 8.13, RI6.5, 7.5, 8.5, RI6.6, 7.6, 8.6, RI6.9,7.9, 8.9, RI6.13, 7.13, 8.13 |
| Clear, Concise Communication | A successful student can adapt speech and writing to enhance or refine a message. | ELA.MS 2.1, ELA.MS 2.2, ELA.MS 2.3, ELA.MS 2.4, ELA.MS 2.5, ELA.MS 2.6, ELA.MS 2.7 | W6.4, 7.4, 8.4, W6.10.a, 7.10.a, W7.10.c, W6.10.g, W6.11, W6.12, 7.12, 8.12, SL6.1.c, 7.1.c, 8.1.c, SL7.3, SL6.6, 7.6, 8.6, SL7.7.a |
| Vocabulary | A successful student can interpret, acquire and use words precisely. | ELA.MS 3.1, ELA.MS 3.2, ELA.MS 3.3, ELA.MS 3.4 | SL6.6, 7.6, 8.6, SL6.8, 7.8, 8.8, SL7.7a, RL6.4, 7.4, 8.4, RL7.11, 8.11, RL7.11.b, 8.11.b, RL7.11.c, 8.11.c, RL7.11.d, 8.11.d, RI7.11.a, RI7.11.b, RI7.11.d, RI7.12.a, RI7.12.b, RI7.12.c |
| Argument | A successful student can produce a well-developed argument. | ELA.MS 4.1, ELA.MS 4.2, ELA.MS 4.3, ELA.MS 4.4, ELA.MS 4.5 | W6.1, 7.1, 8.1, SL6.1b, SL6.1.c, 7.1.c, 8.1.c, SL6.1.d, 7.1.d, 8.1.c, SL7.3, SL8.4, SL6.8, 7.8, 8.8, RI6.8, 8.8 |
| Credibility and Relevance | A successful student can analyze sources for credibility and relevance. | ELA.MS 5.1, ELA.MS 5.2, ELA.MS 5.3, ELA.MS 5.4 | W6.1, 7.1, 8.1, W6.7, 7.7, 8.7, W6.9, 7.9, 8.9, W6.8, 7.8, 8.8, RL6.1, 7.1, 8.1, RI6.2, 7.2, 8.2, RI6.3, 8.3, RI6.4, 8.4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

536

**GRADE BAND**
**6-8**

# HGSS

**PRIORITY:** A successful student will recognize and draw conclusions about significant historical, economic, and political choices and the resulting consequences.

| HGSS Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Choices Have Consequences | A successful student can: | | |
| | • **Priority:** Recognize and draw conclusions about significant historical, economic and political choices and the resulting consequences. | HGSS.MS 1.1, HGSS.MS 1.2, HGSS.MS 1.3, HGSS.MS 1.4, HGSS.MS 1.5 | 1,2,3,4,5 |
| | • **Extended:** Investigate examples of choices, asking questions and making claims about their consequences on contemporary issues. | HGSS.MS 6.1, HGSS.MS 6.2, HGSS.MS 6.3, HGSS.MS 6.4, HGSS.MS 6.5 | 1,2,3,4,5 |
| Individuals Have Rights and Responsibilities | A successful student can: | | |
| | • **Priority:** Recognize and draw conclusions about the rights and responsibilities of people. | HGSS.MS 2.1, HGSS.MS 2.2, HGSS.MS 2.3, HGSS.MS 2.4, HGSS.MS 2.5, HGSS.MS 2.6 | 1,2,3,4,5 |
| | • **Extended:** Investigate the rights and responsibilities of individuals, making claims and using evidence to make connections to contemporary issues. | HGSS.MS 7.1, HGSS.MS 7.2, HGSS.MS 7.3, HGSS.MS 7.4, HGSS.MS 7.5, HGSS.MS 7.6 | 1,2,3,4,5 |

HGSS COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

HGSS COMPETENCIES

| HGSS Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Societies are Shaped by the Identities, Beliefs and Practices of Individuals and Groups | A successful student can: | | |
| | • Priority: Recognize and draw conclusions about the ways societies are shaped through identities, beliefs and practices of individuals and groups. | HGSS.MS 3.1, HGSS.MS 3.2, HGSS.MS 3.3, HGSS.MS 3.4, HGSS.MS 3.5, HGSS.MS 3.6 | 1,2,3,4,5 |
| | • Extended: Investigate the way societies are shaped and make claims supported with evidence and argument. | HGSS.MS 8.1, HGSS.MS 8.2, HGSS.MS 8.3, HGSS.MS 8.4, HGSS.MS 8.5, HGSS.MS 8.6 | 1,2,3,4,5 |
| Societies Experience Continuity and Change Over Time | A successful student can: | | |
| | • Priority: Recognize and draw conclusions about societal continuity and change over time. | HGSS.MS 4.1, HGSS.MS 4.2, HGSS.MS 4.3, HGSS.MS 4.4, HGSS.MS 4.5, HGSS.MS 4.6 | 1,2,3,4,5 |
| | • Extended: Apply understanding of continuity and change to investigate contemporary issues using evidence and argument. | HGSS.MS 9.1, HGSS.MS 9.2, HGSS.MS 9.3, HGSS.MS 9.4, HGSS.MS 9.5 | 1,2,3,4,5 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

| HGSS Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Relationships Among People, Places, Ideas and Environments are Dynamic | A successful student can: | | |
| | • Priority: Recognize and draw conclusions about historical, economic and geographic relationships impacting individuals and communities. | HGSS.MS 5.1, HGSS.MS 5.2, HGSS.MS 5.3, HGSS.MS 5.4, HGSS.MS 5.5, HGSS.MS 5.6 | 1,2,3,4,5 |
| | • Extended: Investigate and connect historical, economic and geographic relationships to contemporary issues using evidence and argument. | HGSS.MS 10.1, HGSS.MS 10.2, HGSS.MS 10.3, HGSS.MS 10.4, HGSS.MS 10.5, HGSS.MS 10.6 | 1,2,3,4,5 |

HGSS COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

**MATHEMATICS COMPETENCIES**

# Mathematics

| MATHEMATICS CLASSIFICATION | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Mathematical Practices | A successful student can demonstrate the ability to use the eight mathematical practices fluidly across skills and concepts: | | |
| | 1. Make sense of problems and persevere in solving them. | | |
| | 2. Reason abstractly and quantitatively. | | |
| | 3. Construct viable arguments and critique the reasoning of others. | | |
| | 4. Model with mathematics. | | |
| | 5. Use appropriate tools strategically. | | |
| | 6. Attend to precision. | | |
| | 7. Look for and make use of structure. | | |
| | 8. Look for and express regularity in repeated reasoning. | | |
| Ratios and Proportions | A successful student can understand and analyze proportional relationships and use them to make sense of and solve problems. | MATH.MS 1.1, MATH.MS 1.2, MATH.MS 1.3, MATH.MS 1.4, MATH.MS 1.5 | 6.RP.A1, 6.RP.A2, 6.RP.A3, 7.RP. A1, 7.RP.A2, 7.RP.A3, 7.SP.C5, (7.G.A1, 7.SP.C6, 7.SP.C7, 7.SP.C8 extended) |
| Number Systems | A successful student can apply number sense and mathematical operations within number systems to solve problems. | MATH.MS 2.1, MATH.MS 2.2, MATH.MS 2.3, MATH.MS 2.4, MATH.MS 2.5, MATH.MS 2.6, MATH.MS 2.7, MATH.MS 2.8 | 6.NS.A1, 6.NS. B2, 6.NS.B3, 6.NS.C5, 6.NS. C6, 6.NS.C7, 6.NS.C8, 7.NSA1, 7.NS.A2, 7.NS. A3, 8.NS.A1, 8.NS.A2, (8.EE. A2, 8.EE.A3 extended) |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
540     Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND**
**6-8**

**MATHEMATICS COMPETENCIES**

| MATHEMATICS CLASSIFICATION | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Expressions and Equations | A successful student can create, interpret, use and analyze patterns of algebraic structures to make sense of problems. | MATH.MS 3.1, MATH.MS 3.2, MATH.MS 3.3, MATH.MS 3.4, MATH.MS 3.5, MATH.MS 3.6, MATH.MS 3.7, MATH.MS 3.8, MATH.MS 3.9, MATH.MS 3.10, MATH.MS 3.11, MATH.MS 3.12 | 6.EE.A1, 6.EE.A2, 6.EE.A3, 6.EE.B4, 6.EE.B5, 6.EE.B6, 6.EE.B7, 6.EE.B8 7.EE.A1, 7.EE.A2, 7.EE.A3, 7.EE.B4 8.EE.A1, 8.EE.B4, 8.EE.B5, 8.EE.B6, 8.EE.B7, 6.NS.B4 |
| Functions | A successful student can use functions to interpret and analyze a variety of contexts. | MATH.MS 4.1, MATH.MS 4.2, MATH.MS 4.3 | 8.F.A1, 8.F.A2, 8.F.B4 (8.F.A3 & 8.F.B5 extended) |
| Geometry | A successful student can prove, understand and model geometric concepts using appropriate tools and theorems to solve problems and apply logical reasoning. | MATH.MS 5.1, MATH.MS 5.2, MATH.MS 5.3, MATH.MS 5.4, MATH.MS 5.5, MATH.MS 5.6 | 6.G.A1, 6.G.A2, 6.G.A3, 6.G.A4, 7.G.B4, 7.G.B5, 7.G.B6, 8.G.A1, 8.G.A2, 8G.A3, 8.G.A4, 8.G.A5, 8.GA6, (7.G.A2, 7.G.A3, 8.G.B7, 8.G.B8, 8.G.B9, 8.G.C10, 8.G.C11, 8.G.C12 extended) |
| Statistics | A successful student can use a variety of data analysis and statistics strategies to analyze, develop and evaluate inferences based on data. | MATH.MS 6.1, MATH.MS 6.2, MATH.MS 6.3 | 6.SP.A1, 6.SP.A2, 6.SP.A3, 6.SP.B4, 6.SP.B5, 7.SP.A1, 7.SP.A2, 8.SP.A1, 8.SP.A2, 8.SP.A3, (7.SP.B3, 7.SP.B4 extended) |



**GRADE BAND 6-8**

# Science

SCIENCE COMPETENCIES

| Science Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Physical Science | A successful student can: | | |
| | • Understand the structure, properties and interactions of matter at the molecular scale. | SCI.MS 1.1, SCI.MS 1.2 | MS-PS1-1, MS-PS1-3, MS-PS1-4 |
| | • Understand chemical reactions at the molecular scale. | SCI.MS 2.1, SCI.MS 2.2 | MS-PS1-2, MS-PS1-5, MS-PS1-6 |
| | • Understand the relationships among forces and motion and interactions between objects and within systems of objects. | SCI.MS 3.1, SCI.MS 3.2, SCI.MS 3.3 | MS-PS2-1, MS-PS2-2, MS-PS2-3, MS-PS2-4, MS-PS2-5 |
| | • Understand how energy is defined, transferred, transformed and conserved by objects and within systems. | SCI.MS 4.1, SCI.MS 4.2, SCI.MS 4.3 | MS-PS3-1, MS-PS3-2, MS-PS3-3, MS-PS3-4, MS-PS3-5 |
| | • Understand characteristic properties of waves and electromagnetic radiation and how they behave and transmit information. | SCI.MS 5.1, SCI.MS 5.2 | MS-PS4-1, MS-PS4-2, MS-PS4-3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

| Science Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Life Science | A successful student can: | | |
| | • Understand the relationship between an organisms' structures, their organization and its life functions, including information processing. | SCI.MS 7.1, SCI.MS 7.2, SCI.MS 7.3 | MS-LS1-1, MS-LS1-2, MS-LS1-3, MS-LS1-8 |
| | • Understand how organisms use matter and energy and how it flows through an ecosystem. | SCI.MS 8.1, SCI.MS 8.2 | MS-LS1-6, MS-LS1-7, MS-LS2-1, MS-LS2-3, MS-LS2-4 |
| | • Understand how organisms interact within an environment to obtain matter and energy. | SCI.MS 9.1 | MS-LS2-2, MS-LS2-5 |
| | • Understand how organisms within an ecosystem use matter and energy to grow, develop and reproduce. | SCI.MS 10.1, SCI.MS 10.2 | MS-LS1-4, MS-LS1-5, MS-LS3-1, MS-LS3-2, MS-LS4-5 |
| | • Understand why the relationship between the environment and genetic variation within a species affects survival and reproduction over time. | SCI.MS 11.1, SCI.MS 11.2 | MS-LS4-1, MS-LS4-2, MS-LS4-3, MS-LS4-4, MS-LS4-6 |

SCIENCE COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

SCIENCE COMPETENCIES

| Science Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Earth and Space Science | A successful student can: | | |
| | • Understand the properties and predictable patterns of objects and phenomena in the universe and our solar system. | SCI.MS 12.1 | MS-ESS1-1, MS-ESS1-2, MS-ESS1-3 |
| | • Understand how Earth's conditions and processes and life on Earth have changed over time. | SCI.MS 13.1, SCI.MS 13.2 | MS-ESS1-4, MS-ESS2-2, MS-ESS2-3 |
| | • Understand how Earth materials and the major systems of Earth interact over time. | SCI.MS 14.1, SCI.MS 14.2 | MS-ESS2-1, MS-ESS2-4, MS-ESS3-1 |
| | • Understand the factors and processes that regulate climate and weather on Earth. | SCI.MS 15.1, SCI.MS 15.2, SCI.MS 15.3 | MS-ESS2-5, MS-ESS2-6, MS-ESS3-5 |
| | • Understand how natural hazards can be predicted and how human activities affect Earth systems. | SCI. MS 16.1, SCI. MS 16.2, SCI. MS 16.3, SCI. MS 16.4, SCI. MS 16.5, SCI. MS 16.6, SCI. MS 16.7, SCI. MS 16.8, SCI. MS 16.9, | MS-ESS3-2, MS-ESS3-3, MS-ESS3-4 |
| Engineering Design | A successful student can understand engineering designs to define problems, develop solutions, and optimize solutions to a problem in life science. | SCI.MS 6.1, SCI.MS 6.2, SCI.MS 6.3, SCI.MS 6.4 | MS-ETS1-1, MS-ETS1-2, MS-ETS1-3, MS-ETS1-4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

# Measuring Social-Emotional Character Development

Social-emotional character development (SECD) is paramount to student learning and school improvement. When students are supported to enhance their social and emotional learning (SEL) skills, they also improve their academic and career outcomes.[1]

## SECD + SEL = SEG

SECD are the Social Emotional Character Development standards for Kansas schools. SEL is the process by which children and adults learn how to understand and manage emotions, develop care and concern for others, set and achieve positive goals, and make responsible decisions. Together SECD and SEL result in SEG, social emotional growth.

Kansas schools have started to develop and track students' social and emotional learning as an indicator of student success within accountability models. In Kansas K-12 education, SECD is embedded into the Kansas Education Systems Accreditation (KESA) and Kansas School Redesign. The following information can help guide Kansas schools as they seek ways to measure that growth.

## SEL is Strengths Based

SEL assessment requires a strengths-based approach: that is, assessment focuses on knowledge and use of skills that are actively taught and supported in the school setting. These SEG measures and the goal of assessment is distinct from screening for risk for mental and behavioral health needs. A strengths-based approach proactively builds on the strengths and skills individuals possess to foster further development of competencies, just as educators do for any other academic content area. In parallel, the assessment of adult-driven SEL practices must be strengths based, focusing on methods for being proactive in holistically supporting young people's social, emotional, and academic development.

Assessment of social and emotional competencies helps paint a fuller picture of youth's capabilities and needs, while assessment of adult SE competencies and practices, as well as school climate and culture, paint a fuller picture of the support youth are given to gain and express these competencies. As widespread implementation of SEL practices gains traction, SEL data are increasingly available in multiple forms. Available data speak to culture and climate of settings, effective implementation of SEL programs and practices, and growth in individuals' development of social and emotional competencies.[2]

---

1    Farrington et al.
2012; Gayl, 2017; Heckman, 2008; West et al.
2016). These skills may also be malleable and amenable to intervention (Durlak, Weissberg, Dymnicki, Taylor, and Schellinger, 2011; What Works Clearinghouse, 2007

2    Measuring SEL, CASEL 2019

*Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM*

**GRADE BAND 6-8**

**SECD COMPETENCIES**

## Data and Measuring SECD

Regarding data, Kansas school communities are encouraged to:[3]

- Be proficient in collecting, interpreting and analyzing data;
- Utilize multiple measures;
- Implement programs that are evidenced based:
- Become aware of all the sources of data available; and
- Be able to show how intentional interventions increase skill acquisition.

Schools should capitalize on their local experts, such as counselors, social workers, school psychologists, and early childhood educators, who are uniquely trained in social emotional development and the impact of community context in nurturing development. These professionals are positioned to help educational communities build capacity in adult SEL competencies, teaching, and measuring SECD.

## Three Types of Collectable Data

There are essentially three types of increasingly rigorous SECD data that schools may collect: Process Data, Perception Data, and Outcome Data.

**PROCESS DATA:** What was done for whom?

- Evidence that the social emotional learning lessons occurred;
- How the social emotional learning lesson or activity was conducted;
- How many students were involved in core lessons (Tier 1);
- How many students also received Tier 2 or Tier 3 intervention

*Examples of process data:*
- 33 staff were trained in the ABC SEL curriculum
- 3 lessons on bullying were taught in every class, 6-8th grade;
- 98% of key elements on the lesson plan were addressed (good fidelity of implementation);
- 201 of 204 students participated in the core lesson(s) and 3 were absent;
- 15 students participated in small group assertive skills intervention as well;
- 5 students participated in Cognitive Behavioral Intervention for Trauma in Schools (CBITS)

**PERCEPTION DATA:** What do people think they know, believe or can do? How do they feel their environment supports or impedes them?

- Measures perception of climate and culture;
- Measures what students or adults are perceived to have gained in knowledge, skills, attitudes or beliefs

*Examples of perception data:*
- 89% of students reported seeing bullying at school on the Kansas Communities That Care Survey;
- 78% of students said that adults do "nothing" or "I'm not certain" in response to bullying;
- After training, 92% of teachers said they felt confident delivering the curriculum;
- After the bullying lessons, 69% of students believed they could implement one strategy to combat bullying (student perception, belief);
- After the bullying lessons, 95% of students said bullying is unacceptable (attitude);
- After assertive skills lessons, 89% of teachers felt that students were implementing strategies to be upstanders and reduce bullying (teacher perception of student skills);
- After teaching conflict resolution lessons, 78% of teachers said they were more likely to address conflict and potential bullying situations (teacher perception of adult skills);

---

[3] Adapted from Dr. Sharon Sevier, Chair of the Board, American School Counselor Association, Rockwood R-VI School District, Lafayette High School, Missouri; Data and Advocacy: A Step by Step Approach. 2014.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
546                                          Kansas State Department of Education | www.ksde.org

SECD COMPETENCIES

**OUTCOME DATA:** What is the impact on development, learning and wellbeing? Are we seeing growth in knowledge and performance/behaviors?

- Demonstrates a change in knowledge and/or skill in action;
- Demonstrates whether the program has/has not impacted the student's ability to utilize new knowledge, attitudes, behaviors, skills;
- Demonstrates whether or not change has occurred in climate and culture

*Examples of Outcome data:*
- Immediate Examples (pre/post):
- Before the bullying lessons 56% of students could correctly report the signs of bullying and after the bullying lessons, 98% of students correctly reported the signs of bullying (demonstrated knowledge increase);
- After the bullying lessons, 95% of students effectively demonstrated one strategy to address bullying (skill performance);

*Intermediate Examples (quarter/semester/year):*
- "Before the bullying lessons 50 cases of bullying were reported for the quarter; after the lessons, there were only 10 cases for the quarter."
- 82% of staff showed growth on the Adult SE Competency Self-Assessment from first to second semester.
- Long-range Examples (showing impact over time, i.e. CORE data):
- "On the Kansas Communities That Care survey, 20% fewer students reported witnessing bullying this year over last year. This correlated with decreases in depression and not feeling safe at school, and an increase in average GPA for these grade levels."

# Measuring Growth: Three Key Categories of SECD Data

Social emotional growth (SEG) results from the interplay of (a) proactive teaching and learning of social emotional skills and competencies, (b) a supportive culture and climate, and (c) a clear improvement cycle used by schools. We can teach skills, but if the culture allows little opportunity for practice throughout the day, and the climate is negative and deficit-focused or we ignore addressing mental health concerns, those skills may be difficult for students to put into action. Therefore, these three key categories of SECD Data are recommended when developing a robust approach to measuring SEG locally:

1. **VALIDATED STRENGTHS-BASED MEASURES.** For example, these often come with an evidence-based Social Emotional Learning curriculum to show attainment of knowledge, skills and behaviors that are being taught. These measures are usually either in the form of *perception data* or *outcome data* focused on knowledge or performance of skills/behavior.

2. **CULTURE AND CLIMATE.** Validated School Climate Data. For example, the Kansas Communities That Care survey obtains student perception data about school climate; likewise, the Kansas Family Engagement Survey obtains caregiver *perception data* about school climate. School Culture Data is often represented by "On-Track" Indicators such as: attendance, office discipline referrals and suspensions/expulsions, and course grades. Evidence of strong implementation of SEL curriculum may also be considered in this category.

3. **CLEAR IMPROVEMENT CYCLE DATA.** A responsive school has a consistent, system-wide process for reviewing Strengths-based Skill Measures against Culture and Climate data while screening for risk to get students additional supports they may need. A clear improvement cycle results in adaptations at the individual level to support students in need, and adjustments at the systems level to ensure a healthy culture and climate that fosters equity, learning and wellbeing.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**SECD COMPETENCIES**

Here is a listing of commonly collected SECD data sources and how they may relate to these three key categories.

| Commonly Collected Data[4] | SOURCES AND CATEGORY | CATEGORY |
|---|---|---|
| SECD/SEL skill mastery | Self, Teacher, Parent, Peer or Observer Rating or Other Assessment Tools commonly provided in evidence-based SEL curricula and programs | Strengths-based Measure |
| SEL Fidelity of Implementation and Adult Competencies tools | Commonly provided in evidence-based SEL curricula and programs | Culture and climate |
| Absenteeism | School records | Culture and climate |
| Retention in grade | School records | Culture and climate |
| Suspensions, Office Discipline Referrals | School records | Culture and climate |
| Grades, Academic performance | School records, state assessments and other content formative assessments | Culture and climate |
| School climate perceptions | Kansas Communities That Care Survey (KCTC), Family Engagement Survey (FES) or other student, family and/or staff survey | Culture and climate |
| School engagement | School Surveys or Tools, such as the KCTC or Psychological Sense of School Membership Scale (PSSM) | Culture and climate |
| Behavioral or mental health risk | Universal Screeners, such as:<br>• BASC-BESS (Behavior Assessment System for Children-Behavioral and Emotional Screening System) SAEBRS (Social, Academic, Emotional Behavior Risk Screener)<br>• SRSS-IE (Student Risk Screening Scale – Internalizing and Externalizing)<br>• SDQ (Strength and Difficulties Questionnaire)<br>• The Ages and Stages Questionnaires (ASQ-3 and ASQ-SE2)<br>• Mental health screeners such as:<br>  ◦ SCAS (Spence Children's Anxiety Scale)<br>  ◦ Self, Teacher, Parent, Peer or Observer Rating or Survey<br>  ◦ Diagnostic tools as needed | Clear improvement cycle |

---

4   Adapted from Hanover Research, 2018.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
548                                                                    Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**6·8**

# Measuring Employability Skills

It is important that schools and districts measure the essential employability skills and knowledge that students gain from Work-Based Learning (WBL) experiences and give students an opportunity to document and reflect on their learning. The assessment and reflection process is critical in that it:

• Helps students make personal connections to their experiences.

• Guides the learning process and deepens/extends the learning from the WBL experience.

• Allows students to see how academic and technical skills are applied in authentic settings.

• Provides a tool for students to self-assess their employability skills and areas of improvement.

• Promotes the need for and completion of postsecondary training.

Additionally, measurement of student learning from WBL experiences provides schools and districts with data that inform continuous improvement of the quality of WBL experiences for all students. Schools and districts can use this data for multiple purposes aimed at improving the system at all levels. This includes measuring graduating students' career readiness; systematically determining gaps in employability skills acquisition to improve WBL experiences and academics at the student level and/or schoolwide; and reviewing the quality of WBL experiences across individual business and industry partners.

Please find the complete guide to measuring employability and work-based learning at: Measuring Employability Skills.[5]

How Assessing SECD/SEL Flows with the Overall SECD/SEL Program[6]



Fig 1

SECD COMPETENCIES

5   https://www.ksde.org/Portals/0/CSAS/CSAS%20Home/Plan_Of_Study/Employability%20Skills_Measuring%20and%20Reflecting%20Student%20Learning%20062020.pdf?ver=2020-06-02-094312-770

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND**
**6-8**

SECD COMPETENCIES

# Resources

The following resources align with the State Board Goal of "Measuring SECD/SEL Locally" and provide examples of how to collect SECD/SEL data at the district, building and student levels.

Measuring SECD Toolkit[7]
This document summarizes examples of how to collect and utilize SECD data to drive decision making. Please check back closer to the beginning of school as it will be revised and posted.

Kansas Communities That Care Survey[8]
The Kansas Communities That Care (KCTC) is the best tool for assessing student perceptions around SEL and all Kansas schools are encouraged to utilize it.

Assessment Guide for SEL (CASEL)[9]
CASEL is the preeminent authority for developing, implementing and measuring SEL.

Measuring Employability Skills[5]
For the first time KSDE has developed a document that helps schools learn how to assess and measure student employability and work-based learning skills.

Likert Scale for SECD Student Growth Measure[10]
An example of how to measure individual student SECD skills.

Reflecting on Adult SE Competencies Personal Assessment and Reflection Tool[11]
This tool from CASEL provides a framework and process for staff to reflect on their own social and emotional growth.

Trauma-informed Toolkit[12]
This toolkit will help schools address trauma experienced by student, staff and families as a result of the current pandemic crisis.

Trauma, Toxic Stress, and Caregiver Well-Being: Practices for Fostering Resilience in Children/Youth and Caregivers (TASN)[13]
This TASN document addresses how to provide assistance for trauma, toxic stress, resilience and caregiver wellbeing.

7   https://www.ksde.org/Portals/0/CSAS/Content%20Area%20(M-Z)/School%20Counseling/Soc_Emot_Char_Dev/Measuring%20SECD%20Toolkit.pdf?ver=2017-02-16-094209-983

8   http://kctcdata.org/

9   https://measuringsel.casel.org/access-assessment-guide/

10  https://www.ksde.org/Portals/0/CSAS/Content%20Area%20(M-Z)/School%20Counseling/Soc_Emot_Char_Dev/Likert%20Scale%20for%20SECD%20Student%20Growth%20Measure.pdf?ver=2015-02-24-121600-343

11  https://schoolguide.casel.org/focus-area-2/learn/reflecting-on-personal-sel-skills/

12  https://www.transformingeducation.org/trauma-informed-sel-toolkit/

13  https://ksdetasn.org/smhi

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
550                                    Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**6-8**

# SECD

SECD COMPETENCIES

| SECD Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Character Development: | A successful student can: | | |
| Core Principles | • Understand and demonstrate appropriate and inappropriate behaviors and the impact it has on others in all communities. | SECD.MS 1.1 | |
| | • Create clear and consistent expectations of good character in all settings. | SECD.MS 1.2 | |
| | • Analyze the characteristics of caring relationships, hurtful relationships, and identify trusting adults. | SECD.MS 1.3 | |
| | • Practice active listening. | SECD.MS 1.4 | |
| | • Utilize multiple media and technologies:<br>  ○ Ethically and respectfully.<br>  ○ Evaluate its effectiveness.<br>  ○ Assesses its impact. | SECD.MS | |
| | • Differentiate behavior as bullying or not and can model positive peer interactions that are void of bullying behaviors. | SECD.MS | |
| | • Analyze how a bystander can be part of the problem or part of the solution by becoming an "upstander." | SECD.MS | |
| | • Apply empathic concern and tries to understand the perspective or point of view of others. | SECD.MS | |
| Responsible Decision-Making and Problem-Solving | • Manage safe and unsafe situations. | SECD.MS 2.1 | |
| | • Monitor how responsible decision-making affects progress toward achieving goals. | SECD.MS 2.2 | |
| | • Recognize the consequences of sexting and sexual behavior, including sexual consent and the inability of minors to give consent. | SECD.MS 2.3 | |
| | • Recognize how, when and who to ask for help. | SECD.MS 2.4 | |
| | • Monitor factors that will inhibit or advance effective time management. | SECD.MS 2.5 | |
| | • Analyze their daily schedule of school work and activities for effectiveness and efficiency. | SECD.MS 2.6 | |
| | • Construct and model classroom expectations and routines. | SECD.MS 2.7 | |
| | • Compare and contrast behaviors that do or do not support positive classroom management. | SECD.MS 2.8 | |
| | • Identify specific feelings about a problem and apply appropriate self-regulation skills. | SECD.MS 2.9 | |
| | • Identify, state and demonstrate problem-solving processes. | SECD.MS 2.10 | |
| | • Understand resiliency and how to make adjustments and amendments to the plan | SECD.MS 2.11 | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

**GRADE BAND**
**6-8**

SECD COMPETENCIES

| SECD Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Personal Development: | A successful student can: | | |
| Self-Awareness | • Critically reflect on common emotions and effective behavioral responses | SECD.MS 3.1 | |
| | • Recognize common stressors and the degree of emotion experienced (for example, in face-to-face or electronic communication. | SECD.MS 3.2 | |
| | • Analyze personality traits, personal strengths, weaknesses, interests and abilities | SECD.MS 3.3 | |
| | • Identify resources for problem-solving (additional print and electronic resources or specific subject problem-solving models). | SECD.MS 3.4 | |
| | • Identify external supports (for example, friends, inspirational characters in literature, historical figures and media representations). | SECD.MS 3.5 | |
| | • Recognize how behavioral choices impact success | SECD.MS 3.5 | |
| | • Identify self-enhancement, self-preservation and self-help strategies. | SECD.MS 3.6 | |
| Self-Management | • Identify multiple techniques to manage stress and maintain confidence. | SECD.MS 4.1 | |
| | • Recognize the impact of personal care | SECD.MS 4.2 | |
| | • Practice effective communication (for example, listening, reflecting and responding) | SECD.MS 4.3 | |
| | • Recognize logical fallacies, bias, hypocrisy, contradiction, distortion and rationalization | SECD.MS 4.4 | |
| | • Demonstrate and describe personal responsibilities to self, others and the environment (for example, friends, family, school, community, state, country, culture and the world). | SECD.MS 4.5 | |
| | • Analyze the personal impact of helping others. | SECD.MS 4.5 | |
| | • Analyze experiences that shape their perspective and demonstrate empathy in a variety of settings and situations. | SECD.MS 4.6 | |
| | • Utilize external supports and describe common and creative strategies for overcoming or mitigating obstacles | SECD.MS 4.7 | |
| | • Analyze the factors that lead to the achievement of school and personal goals, including the effect personal habits and meaningful practice have on that achievement. | SECD.MS 4.8 | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
552                                             Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**6-8**

| SECD Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Social Development: | A successful student can: | | |
| Social Awareness | • Identify a range of emotions in others based on verbal and nonverbal cues in different situations. | SECD.MS 5.1 | |
| | • Demonstrate respect and empathy for other people's perspectives. | SECD.MS 5.2 | |
| | • Practice strategies for accepting and respecting similarities and differences, including "perspective taking" as a strategy. | SECD.MS 5.3 | |
| | • Demonstrate a growth mindset and a willingness to integrate diverse points of view. | SECD.MS 5.4 | |
| Interpersonal Skills | • Monitor how facial expressions, body language and tone impact interactions and can determine when and how to respond to the needs of others, demonstrating empathy, respect and compassion. | SECD.MS 6.1 | |
| | • Engage in advocacy and/or refusal skills during times of bullying, harassment, intimidation or abusive behavior., Identify appropriate and inappropriate uses of social and other media and the potential repercussions and implications. | SECD.MS 6.2 | |
| | • Understand how safe and risky behaviors affect relationships, one's health and well-being and understands effective responses. | SECD.MS 6.3 | |
| | • Respond in a healthy manner to peer pressure against self and others | SECD. MS 6.4 | |
| | • Evaluate how self-regulation and relationships impact life. | SECD. MS 6.5 | |
| | • Identify the impact of social media in relationships., Identify the role and needs of self and others when managing and resolving conflict in a constructive manner. | SECD.MS 6.6 | |
| | • Practice active listening and respectful communication skills. | SECD.MS 6.7 | |
| | • Reflect on previous experiences to gain conflict management skills. | SECD.MS 6.8 | |

SECD COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

GRADE BAND
**6-8**

HUMANITIES COMPETENCIES

# Humanities

Academic subject areas that describe, study or inform the human experience, which includes, but is not limited to, literature, history, philosophy, visual arts and performing arts.

| Humanities Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **ELA** | A successful student can: | | |
| Text Complexity | • Interpret an author's purpose and intent in complex text. | ELA.MS 1.1, ELA.MS 1.2, ELA.MS 1.3, ELA.MS 1.4, ELA.MS 1.5, ELA.MS 1.6, ELA.MS 1.7, ELA.MS 1.8, ELA.MS 1.9 | PRIORITY RI.6.2, 7.2, 8.2, RI.6.5,7.5, 8.5 RI.6.6, 7.6, 8.6, RI.6.13, 7.13, 8.13, RI6.5, 7.5, 8.5, RI6.6, 7.6, 8.6, RI6.9,7.9, 8.9, RI6.13, 7.13, 8.13, W6.9, 7.9, 8.9 |
| Clear, Concise Communication | • Adapt speech and writing to enhance or refine a message. | ELA.MS 2.1, ELA.MS 2.2, ELA.MS 2.3, ELA.MS 2.4, ELA.MS 2.5, ELA.MS 2.6, ELA.MS 2.7 | PRIORITY W6.4, 7.4, 8.4, W6.10.a, 7.10.a, W7.10.c, W6.10.g, W6.12, 7.12, 8.12, SL6.1.c, 7.1.c, 8.1c, SL6.6, 7.6, 8.6, SL7.7.a, SL 8.1d |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
554                                                                          Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

| Humanities Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **ELA** | A successful student can: | | |
| Vocabulary | • Interpret, acquire and use words precisely. | ELA.MS 3.1, ELA.MS 3.2, ELA.MS 3.3, ELA.MS 3.4 | PRIORITY SL6.6, 7.6, 8.6, SL6.8, 7.8, 8.8, SL7.7a, W6.10.a, 7.10.a RL6.4, 7.4, 8.4, RL7.11, 8.11, RL7.11.b, 8.11.b, RL7.11.c, 8.11.c, RL7.11.d, 8.11.d, RI7.11.a, RI7.11.b, RI7.11.d, RI7.12.a, RI7.12.b, RI7.12.c |
| Argument | • Produce a well-developed argument. | ELA.MS 4.1, ELA.MS 4.2, ELA.MS 4.3, ELA.MS 4.4, ELA.MS 4.5 | PRIORITY W6.1, 7.1, 8.1 SL6.1b SL6.1.c, 7.1.c, 8.1.c SL6.1.d, 7.1.d, 8.1.c, SL 7.3 SL8.4, SL6.8, 7.8, 8.8, RI6.8, 8.8 |
| Credibility and Relevance | • Analyze sources for credibility and relevance. | ELA.MS 5.1, ELA.MS 5.2, ELA.MS 5.3, ELA.MS 5.4 | PRIORITY W6.1, 7.1, 8.1, W6.7, 7.7, 8.7, W6.9, 7.9, 8.9, W6.8, 7.8, 8.8, RL6.1, 7.1, 8.1, RI6.2, 7.2, 8.2, RI6.3, 8.3, RI6.4, 8.4 |

HUMANITIES COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

HUMANITIES COMPETENCIES

| Humanities Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **HGSS** | A successful student can: | | |
| Choices Have Consequences | • **Extended:** Investigate examples of choices, asking questions and making claims about their consequences on contemporary issues. | HGSS.MS 6.1, HGSS.MS 6.2, HGSS.MS 6.3, HGSS.MS 6.4, HGSS.MS 6.5 | 1, 2, 3, 4, 5 |
| Individuals Have Rights and Responsibilities | • **Extended:** Investigate the rights and responsibilities of individuals, making claims and using evidence to make connections to contemporary issues. | HGSS.MS 7.1, HGSS.MS 7.2, HGSS.MS 7.3, HGSS.MS 7.4, HGSS.MS 7.5, HGSS.MS 7.6 | 1, 2, 3, 4, 5 |
| Societies Are Shaped by the Identities, Beliefs, and Practices of Individuals and Groups | • **Extended:** Investigate the way societies are shaped and make claims supported with evidence and argument. | HGSS.MS 8.1, HGSS.MS 8.2, HGSS.MS 8.3, HGSS.MS 8.4, HGSS.MS 8.5, HGSS.MS 8.6 | 1, 2, 3, 4, 5 |
| Societies Experience Continuity and Change over Time | • **Extended:** Understanding of continuity and change to investigate contemporary issues using evidence and argument. | HGSS.MS 9.1, HGSS.MS 9.2, HGSS.MS 9.3, HGSS.MS 9.4, HGSS.MS 9.5 | 1, 2, 3, 4, 5 |
| Relationships among People, Places, Ideas, and Environments Are Dynamic | • **Extended:** Investigate and connect historical, economic and geographic relationships to contemporary issues using evidence and argument. | HGSS.MS 10.1, HGSS.MS 10.2, HGSS.MS 10.3, HGSS.MS 10.4, HGSS.MS 10.5, HGSS.MS 10.6 | 1, 2, 3, 4, 5 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

556

| Humanities Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **SECD** | | | |
| Character Development: | A successful student can: | | |
| Core Principles | • Understand and demonstrate appropriate and inappropriate behaviors and the impact it has on others in all communities. | SECD.MS 1.1 | |
| | • Create clear and consistent expectations of good character in all settings. | SECD.MS 1.2 | |
| | • Analyze the characteristics of caring relationships, hurtful relationships, and identify trusting adults. | SECD.MS 1.3 | |
| | • Practice active listening. | SECD.MS 1.4 | |
| | • Utilize multiple media and technologies:<br>  ○ Ethically and respectfully.<br>  ○ Evaluate its effectiveness.<br>  ○ Assesses its impact. | SECD.MS | |
| | • Differentiate behavior as bullying or not and can model positive peer interactions that are void of bullying behaviors. | SECD.MS | |
| | • Analyze how a bystander can be part of the problem or part of the solution by becoming an "upstander." | SECD.MS | |
| | • Apply empathic concern and tries to understand the perspective or point of view of others. | SECD.MS | |
| Responsible Decision-Making and Problem-Solving | • Manage safe and unsafe situations. | SECD.MS 2.1 | |
| | • Monitor how responsible decision-making affects progress toward achieving goals. | SECD.MS 2.2 | |
| | • Recognize the consequences of sexting and sexual behavior, including sexual consent and the inability of minors to give consent. | SECD.MS 2.3 | |
| | • Recognize how, when and who to ask for help. | SECD.MS 2.4 | |
| | • Monitor factors that will inhibit or advance effective time management. | SECD.MS 2.5 | |
| | • Analyze their daily schedule of school work and activities for effectiveness and efficiency. | SECD.MS 2.6 | |
| | • Construct and model classroom expectations and routines. | SECD.MS 2.7 | |
| | • Compare and contrast behaviors that do or do not support positive classroom management. | SECD.MS 2.8 | |
| | • Identify specific feelings about a problem and apply appropriate self-regulation skills. | SECD.MS 2.9 | |
| | • Identify, state and demonstrate problem-solving processes. | SECD.MS 2.10 | |
| | • Understand resiliency and how to make adjustments and amendments to the plan. | SECD.MS 2.11 | |

HUMANITIES COMPETENCIES

**GRADE BAND 6-8**

HUMANITIES COMPETENCIES

| Humanities Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **SECD** | | | |
| Personal Development: | | | |
| Self-Awareness | • Critically reflect on common emotions and effective behavioral responses | SECD.MS 3.1 | |
| | • Recognize common stressors and the degree of emotion experienced (for example, in face-to-face or electronic communication. | SECD.MS 3.2 | |
| | • Analyze personality traits, personal strengths, weaknesses, interests and abilities | SECD.MS 3.3 | |
| | • Identify resources for problem-solving (additional print and electronic resources or specific subject problem-solving models). | SECD.MS 3.4 | |
| | • Identify external supports (for example, friends, inspirational characters in literature, historical figures and media representations). | SECD.MS 3.5 | |
| | • Recognize how behavioral choices impact success | SECD.MS 3.5 | |
| | • Identify self-enhancement, self-preservation and self-help strategies. | SECD.MS 3.6 | |
| Self-Management | • Identify multiple techniques to manage stress and maintain confidence. | SECD.MS 4.1 | |
| | • Recognize the impact of personal care | SECD.MS 4.2 | |
| | • Practice effective communication (for example, listening, reflecting and responding) | SECD.MS 4.3 | |
| | • Recognize logical fallacies, bias, hypocrisy, contradiction, distortion and rationalization | SECD.MS 4.4 | |
| | • Demonstrate and describe personal responsibilities to self, others and the environment (for example, friends, family, school, community, state, country, culture and the world). | SECD.MS 4.5 | |
| | • Analyze the personal impact of helping others. | SECD.MS 4.5 | |
| | • Analyze experiences that shape their perspective and demonstrate empathy in a variety of settings and situations. | SECD.MS 4.6 | |
| | • Utilize external supports and describe common and creative strategies for overcoming or mitigating obstacles | SECD.MS 4.7 | |
| | • Analyze the factors that lead to the achievement of school and personal goals, including the effect personal habits and meaningful practice have on that achievement. | SECD.MS 4.8 | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
558                                                    Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND**
**6-8**

| SECD Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **SECD** | A successful student can: | | |
| **Social Development:** | A successful student can: | | |
| Social Awareness | • Identify a range of emotions in others based on verbal and nonverbal cues in different situations. | SECD.MS 5.1 | |
| | • Demonstrate respect and empathy for other people's perspectives. | SECD.MS 5.2 | |
| | • Practice strategies for accepting and respecting similarities and differences, including "perspective taking" as a strategy. | SECD.MS 5.3 | |
| | • Demonstrate a growth mindset and a willingness to integrate diverse points of view. | SECD.MS 5.4 | |
| Interpersonal Skills | • Monitor how facial expressions, body language and tone impact interactions and can determine when and how to respond to the needs of others, demonstrating empathy, respect and compassion. | SECD.MS 6.1 | |
| | • Engage in advocacy and/or refusal skills during times of bullying, harassment, intimidation or abusive behavior., Identify appropriate and inappropriate uses of social and other media and the potential repercussions and implications. | SECD.MS 6.2 | |
| | • Understand how safe and risky behaviors affect relationships, one's health and well-being and understands effective responses. | SECD.MS 6.3 | |
| | • Respond in a healthy manner to peer pressure against self and others | SECD. MS 6.4 | |
| | • Evaluate how self-regulation and relationships impact life. | SECD. MS 6.5 | |
| | • Identify the impact of social media in relationships., Identify the role and needs of self and others when managing and resolving conflict in a constructive manner. | SECD.MS 6.6 | |
| | • Practice active listening and respectful communication skills. | SECD.MS 6.7 | |
| | • Reflect on previous experiences to gain conflict management skills. | SECD.MS 6.8 | |

HUMANITIES COMPETENCIES

**GRADE BAND**
# 6-8

STEAM COMPETENCIES

# STEAM

Academic subject areas that facilitate inquiry, creation and analysis, which includes, but is not limited to, science, technology, engineering, the arts and mathematics. Arts integration enhances expression, dialogue and critical thinking.

| STEAM Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Mathematics** | A successful student can: | | |
| Mathematical Practices | • Make sense of problems and:<br>　1. Persevere in solving them.<br>　2. Reason abstractly and quantitatively.<br>　3. Construct viable arguments and critique the reasoning of others.<br>　4. Model with mathematics.<br>　5. Use appropriate tools strategically.<br>　6. Attend to precision.<br>　7. Look for and make use of structure.<br>　8. Look for and express regularity in repeated reasoning. | | |
| Ratios and Proportions | • Understand and analyze proportional relationships and use them to make sense of and solve problems. | MATH.MS 1.1,<br>MATH.MS 1.2,<br>MATH.MS 1.3,<br>MATH.MS 1.4,<br>MATH.MS 1.5 | 6.RP.A1, 6.RP.<br>A2, 6.RP.A3,<br>7.RP.A1, 7.RP.<br>A2, 7.RP.<br>A3, 7.SP.C5,<br>(7.G.A1; 7.SP.<br>C6, 7.SP.<br>C7, 7.SP.C8<br>extended) |
| Number Systems | • Apply number sense and mathematical operations within number systems to solve problems. | MATH.MS 2.1,<br>MATH.MS 2.2,<br>MATH.MS 2.3,<br>MATH.MS 2.4,<br>MATH.MS 2.5,<br>MATH.MS 2.6,<br>MATH.MS 2.7,<br>MATH.MS 2.8 | 6.NS.A1, 6.NS.<br>B2, 6.NS.<br>B3, 6.NS.C5,<br>6.NS.C6, 6.NS.<br>C7, 6.NS.C8,<br>7.NSA1, 7.NS.<br>A2, 7.NS.A3,<br>8.NS.A1, 8.NS.<br>A2, (8.EE.<br>A2, 8.EE.A3<br>extended) |

**GRADE BAND 6-8**

| STEAM Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Mathematics** | A successful student can: | | |
| Expressions and Equations | • Create, interpret, use, and analyze patterns of algebraic structures to make sense of problems. | MATH.MS 3.1, MATH.MS 3.2, MATH.MS 3.3, MATH.MS 3.4, MATH.MS 3.5, MATH.MS 3.6, MATH.MS 3.7, MATH.MS 3.8, MATH.MS 3.9, MATH.MS 3.10, MATH.MS 3.11, MATH.MS 3.12 | 6.EE.A1, 6.EE.A2, 6.EE.A3, 6.EE.B4, 6.EE.B5, 6.EE.B6, 6.EE.B7, 6.EE.B8 7.EE.A1, 7.EE.A2, 7.EE.A3, 7.EE.B4 8.EE.A1, 8.EE.B4, 8.EE.B5, 8.EE.B6, 8.EE.B7, 6.NS.B4 |
| Functions | • Use functions to interpret and analyze a variety of contexts. | MATH.MS 4.1, MATH.MS 4.2, MATH.MS 4.3 | 8.F.A1, 8.F.A2, 8.F.B4 (8.F.A3 and 8.F.B5 extended) |
| Geometry | • Prove, understand and model geometric concepts using appropriate tools and theorems to solve problems and apply logical reasoning. | MATH.MS 5.1, MATH.MS 5.2, MATH.MS 5.3, MATH.MS 5.4, MATH.MS 5.5, MATH.MS 5.6 | 6.G.A1, 6.G.A2, 6.G.A3, 6.G.A4, 7.G.B4, 7.G.B5, 7.G.B6, 8.G.A1, 8.G.A2, 8G.A3, 8.G.A4, 8.G.A5, 8.GA6, (7.G.A2, 7.G.A3, 8.G.B7, 8.G.B8, 8.G.B9, 8.G.C10, 8.G.C11, 8.G.C12 extended) |
| Statistics | • Use a variety of data analysis and statistics strategies to analyze, develop and evaluate inferences based on data. | MATH.MS 6.1, MATH.MS 6.2, MATH.MS 6.3 | 6.SP.A1, 6.SP.A2, 6.SP.A3, 6.SP.B4, 6.SP.B5, 7.SP.A1, 7.SP.A2, 8.SP.A1, 8.SP.A2, 8.SP.A3, (7.SP.B3, 7.SP.B4 extended) |

STEAM COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

**STEAM COMPETENCIES**

| STEAM Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Science** | A successful student can: | | |
| Engineering Design | • Understand engineering designs to define problems, develop solutions, and optimize solutions to a problem in life science. | SCI.MS 6.1, SCI.MS 6.2, SCI.MS 6.3, SCI.MS 6.4 | MS-ETS1-1, MS-ETS1-2, MS-ETS1-3, MS-ETS1-4 |
| Physical Science | • Understand the structure, properties and interactions of matter at the molecular scale. | SCI. MS 1.1, SCI.MS 1.2 | MS-PS1-1, MS-PS1-3, MS-PS1-4 |
| | • Understand chemical reactions at the molecular scale. | SCI.MS 2.1, SCI.MS 2.2 | MS-PS1-2, MS-PS1-5, MS-PS1-6 |
| | • Understand the relationships among forces and motion and interactions between objects and within systems of objects. | SCI.MS 3.1, SCI.MS 3.2, SCI.MS 3.3 | MS-PS2-1, MS-PS2-2, MS-PS2-3, MS-PS2-4, MS-PS2-5 |
| | • Understand how energy is defined, transferred, transformed and conserved by objects and within systems. | SCI.MS 4.1, SCI.MS 4.2, SCI.MS 4.3 | MS-PS3-1, MS-PS3-2, MS-PS3-3, MS-PS3-4, MS-PS3-5 |
| | • Understand characteristic properties of waves and electromagnetic radiation and how they behave and transmit information. | SCI.MS 5.1, SCI.MS 5.2 | MS-PS4-1, MS-PS4-2, MS-PS4-3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
# 6-8

STEAM COMPETENCIES

| STEAM Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Science** | A successful student can: | | |
| Life Science | • Understand the relationship between an organisms' structures, their organization and its life functions, including information processing. | SCI.MS 7.1, SCI.MS 7.2, SCI.MS 7.3 | MS-LS1-1, MS-LS1-2, MS-LS1-3, MS-LS1-8 |
| | • Understand how organisms use matter and energy and how it flows through an ecosystem. | SCI.MS 8.1, SCI.MS 8.2 | MS-LS1-6, MS-LS1-7, MS-LS2-1, MS-LS2-3, MS-LS2-4 |
| | • Understand how organisms interact within an environment to obtain matter and energy. | SCI.MS 9.1 | MS-LS2-2, MS-LS2-5 |
| | • Understand how organisms within an ecosystem use matter and energy to grow, develop and reproduce. | SCI.MS 10.1, SCI.MS 10.2 | MS-LS1-4, MS-LS1-5, MS-LS3-1, MS-LS3-2, MS-LS4-5 |
| | • Understand why the relationship between the environment and genetic variation within a species affects survival and reproduction over time. | SCI.MS 11.1, SCI.MS 11.2 | MS-LS4-1, MS-LS4-2, MS-LS4-3, MS-LS4-4, MS-LS4-6 |

GRADE BAND
**6-8**

STEAM COMPETENCIES

| STEAM Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Science** | A successful student can: | | |
| Earth and Space Science | • Understand the properties and predictable patterns of objects and phenomena in the universe and our solar system. | SCI.MS 12.1 | MS-ESS1-1, MS-ESS1-2, MS-ESS1-3 |
| | • Understand how Earth's conditions and processes and life on Earth have changed over time. | SCI.MS 13.1, SCI.MS 13.2 | MS-ESS1-4, MS-ESS2-2, MS-ESS2-3 |
| | • Understand how Earth materials and the major systems of Earth interact over time. | SCI.MS 14.1, SCI.MS 14.2 | MS-ESS2-1, MS-ESS2-4, MS-ESS3-1 |
| | • Understand the factors and processes that regulate climate and weather on Earth. | SCI.MS 15.1, SCI.MS 15.2, SCI.MS 15.3 | MS-ESS2-5, MS-ESS2-6, MS-ESS3-5 |
| | • Understand how natural hazards can be predicted and how human activities affect Earth systems. | SCI. MS 16.1, SCI. MS 16.2, SCI. MS 16.3, SCI. MS 16.4, SCI. MS 16.5, SCI. MS 16.6, SCI. MS 16.7, SCI. MS 16.8, SCI. MS 16.9, | MS-ESS3-2, MS-ESS3-3, MS-ESS3-4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND**
**6-8**

| STEAM Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|

## SECD

**Character Development:**    A successful student can:

Core Principles

- Understand and demonstrate appropriate and inappropriate behaviors and the impact it has on others in all communities
- Create clear and consistent expectations of good character in all settings.
- Analyze the characteristics of caring relationships, hurtful relationships, and identify trusting adults.
- Practice active listening.
- Utilize multiple-media and technologies ethically, respectfully, evaluate its effectiveness and assesses its impact.
- Differentiate behavior as bullying or not and can model positive peer interactions that are void of bullying behaviors.
- Analyze how a bystander can be part of the problem or part of the solution by becoming an "upstander."
- Apply empathic concern and tries to understand the perspective or point of view of others.

Responsible Decision-
Making and Problem-
Solving

- Manage safe and unsafe situations.
- Monitor how responsible decision making affects progress towards achieving goals.
- Recognize the consequences of sexting and sexual behavior, including sexual consent and the inability of minors to give consent.
- Recognize how, when and who to ask for help.
- Monitor factors that will inhibit or advance effective time management.
- Analyze their daily schedule of school work and activities for effectiveness and efficiency.
- Construct and model classroom expectations and routines.
- Compare and contrast behaviors that do or do not support positive classroom management.
- Identify specific feelings about a problem and apply appropriate self-regulation skills.
- Identify, state and demonstrate problem-solving processes.
- Understand resiliency and how to make adjustments and amendments to the plan.



STEAM COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



**GRADE BAND 6-8**

STEAM COMPETENCIES

| STEAM Classification | COMPETENCY | | CODE | STANDARDS |
|---|---|---|---|---|

## SECD

**Personal Development:** A successful student can:

**Self-Awareness**
- Critically reflect on common emotions and effective behavioral responses
- Recognize common stressors and the degree of emotion experienced (for example, in face-to-face or electronic communication).
- Analyze personality traits, personal strengths, weaknesses, interests and abilities.
- Identify resources for problem-solving (additional print and electronic resources or specific subject problem-solving models)
- Recognize how behavioral choices impact success
- Identify self-enhancement, self-preservation and self-help strategies.

**Self-Management**
- Identify multiple techniques to manage stress and maintain confidence
- Recognize the impact of personal care.
- Practice effective communication (for example, listening, reflecting and responding).
- Recognize logical fallacies, bias, hypocrisy, contradiction, distortion and rationalization.
- Demonstrate and describe personal responsibilities to self, others and the environment (for example, friends, family, school, community, state, country, culture and the world).
- Analyze the personal impact of helping others.
- Analyze experiences that shape their perspective and demonstrate empathy in a variety of settings and situations.
- Utilize external supports and describe common and creative strategies for overcoming or mitigating obstacles.
- Analyze the factors that lead to the achievement of school and personal goals, including the effect personal habits and meaningful practice have on that achievement.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

566

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 6-8**

| STEAM Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|

## SECD

**Social Development:**  A successful student can:

**Social Awareness**
- Identify a range of emotions in others based on verbal and non-verbal cues in different situations.
- Demonstrate respect and empathy for other people's perspectives.
- Practice strategies for accepting and respecting similarities and differences, including "perspective-taking" as a strategy.
- Demonstrate a growth mindset and a willingness to integrate diverse points of view.

**Interpersonal Skills**
- Monitor how facial expressions, body language and tone impact interactions and can determine when and how to respond to the needs of others, demonstrating empathy, respect and compassion.
- Engage in advocacy and/or refusal skills during times of bullying, harassment, intimidation or abusive behavior.
- Understand how safe and risky behaviors affect relationships, one's health and well-being, and understands effective responses.
- Identify the role and needs of self and others when managing and resolving conflict in a constructive manner.
- Respond in a healthy manner to peer-pressure against self and others.
- Evaluate how self-regulation and relationships impact your life.
- Identify the impact of social media in relationships.
- Identify the role and needs of self and others when managing and resolving conflict in a constructive manner.
- Practice active listening and respectful communication skills.
- Reflect on previous experiences to gain conflict management skills.

STEAM COMPETENCIES



**GRADE BAND**
**6-8**

# Specials

**SPECIALS COMPETENCIES**

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|

## Agriculture

(Agriculture, Foods and Natural Resources - AFNR)

A successful student can:

- A successful student can analyze how issues, trends, technologies and public policies impact systems in the Agriculture, Food and Natural Resources (AFNR) Career Cluster.

- A successful student can evaluate the nature and scope of the AFNR Career Cluster and the role of AFNR in society and the economy.

- A successful student can examine and summarize the importance of health, safety and environmental management systems in AFNR workplaces.

- A successful student can demonstrate stewardship of natural resources in AFNR activities.

- A successful student can describe career opportunities and means to achieve those opportunities in each of the AFNR Career Pathways.

- A successful student can analyze the interaction among AFNR systems in the production, processing and management of food, fiber and fuel and the sustainable use of natural resources.

## Architecture and Construction

A successful student can:

- A successful student can use vocabulary, symbols and formulas common to architecture and construction.

- A successful student can use architecture and construction skills to create and manage a project.

- A successful student can comply with regulations and applicable codes to establish and manage a legal and safe workplace.

- A successful student can evaluate the nature and scope of the Architecture and Construction Career Cluster and the role of architecture and construction in society and the economy

- A successful student can describe the roles, responsibilities and relationships found in the architecture and construction trades and professions, including labor/management relationships.

- A successful student can read, interpret and use technical drawings, documents and specifications to plan a project.

- A successful student can describe career opportunities and means to achieve those opportunities in each of the Architecture and Construction Career Pathways.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

568

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|

**Business Career Field:**

A successful student can:

Business Management, Administration and Entrepreneurship

- A successful student can explore opportunities in the various business careers.
- A successful student can construct a solution to managing customer relations.

Finance
- A successful student can estimate mathematical concepts, skills and strategies to manage personal financial resources.

Marketing
- A successful student can research and explain the importance of branding to achieve desired outcomes.
- A successful student can assess processes to determine customer needs and wants.

**Dance**

A successful student can:

- Communicate learning through creative movement by applying dance skills and language to Explore, Plan and Revise learning through dance by:
  - Exploring, planning and revising ideas.
  - Refining and completing ideas.

- Demonstrate the ability to apply skills and understanding of how dance communicates through Expression, Embodiment and Presentation of their artistic ideas and work for presentation by:
  - Analyzing, interpreting, and selecting dance works for presentation.
  - Realizing, developing and refining dance works for presentation.

- Respond to dance by Analyzing, Interpreting and Critiquing how artworks convey meaning by:
  - Perceiving and analyzing dance. Interpreting intent and meaning of dance.
  - Applying criteria to artistic work.

- Connect, personal meaning and external context to dance by Synthesizing and Relating to works of dance through and during the learning process by:
  - Synthesizing and relating knowledge and personal experience to dance.
  - Applying societal, cultural and historical contexts to dance ideas and artistic work.

SPECIALS COMPETENCIES

**GRADE BAND 6-8**

SPECIALS COMPETENCIES

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|

### Engineering

A successful student can:

- Use STEM concepts and processes to solve problems involving design and/or production.
- Display and communicate STEM information.
- Apply processes and concepts for the use of technological tools in STEM.
- Apply the elements of the design process.
- Apply the knowledge learned in STEM to solve problems.
- Apply the knowledge learned in the study of STEM to provide solutions to human and societal problems in an ethical and legal manner.

### Family and Consumer Sciences (FCS)

A successful student can:

#### Wellness

- Practice sound communication and conflict resolution with peers and in family settings.
- Analyze food sourcing (e.g. Farm to fork, producer vs purchaser) and basic food preparation with safety and sanitation practices with accuracy.
- Demonstrate understanding of lifelong wellness through personal decision-making across the wellness triangle and identify strategies for promoting wellness in others.

#### Sustainability

- Demonstrate willingness to practice social responsibility related to goods and services, including care of clothing, household possessions, money management, shared ownership with family members and community property.

#### Global Connectiveness

- Investigate interconnectivity of the world through study of cultures, and lifestyles of people and families (e.G. The food chain, housing access clothing and household goods manufacturing).
- Demonstrate positive people skills with peers, family members and community citizens to create a better society through personal actions (i.E. Leadership, cooperation, decision-making, goal-setting, problem-solving, creativity, management and critical thinking).

#### Technology

- Analyze how technology can help and hurt humans across the lifespan.
- Illustrate the role of technology and use of equipment in ks fcs field careers.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE· KANSAS' GUIDE TO LEARNING AND· SCHOOL SAFETY OPERATIONS

**GRADE BAND 6-8**

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|

## Health

### Health Competencies

A successful student can:

- Comprehend concepts related to health promotion and disease prevention to enhance health.  — PE.MS 6.1
- Analyze the influence of family, peers, culture, media, technology, and other factors on health behaviors.  — PE.MS 7.1
- Demonstrate the ability to access valid information, products, and services to enhance health.  — PE MS 8.1
- Demonstrate the ability to use interpersonal communication skills to enhance health and avoid or reduce health risks.  — PE MS 9.1
- Demonstrate the ability to use decision-making skills to enhance health.  — PE MS 10.1
- Demonstrate the ability to use goal-setting skills to enhance health.  — PE MS 11.1
- Demonstrate the ability to practice health-enhancing behaviors and avoid or reduce health risks.  — PE MS 12.1
- Demonstrate the ability to advocate for personal, family, and community health.  — PE MS 13.1

## Information Technology

### Graphic Design and Digital Communications

A successful student can:

- Explore present and future uses of graphic design by looking at the present market and predicting trends (i.e. magazines, logos, hang tags, store signage, product and packaging design).
- critique photographic works (including content, composition, and the ability to convey a message or tell a story in a single image).

### Computer Science

- Develop and implement a process to evaluate existing computing devices and recommend improvements to design based on analysis of how other users interact with the device.
- Design algorithms in natural language, flow and control diagrams, comment within code and/or pseudocode to solve complex problems.

SPECIALS COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND**
**6-8**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

SPECIALS COMPETENCIES

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|

## Media Arts

A successful student can:

- Create and communicate by applying the skills and language of a specific media arts form to Conceive, Develop and Construct artistic ideas and work by:
  - Generating, conceptualizing and organizing media arts ideas.
  - Refining and completing media ideas.
  - Reflecting upon the process, refining and continuing artistic ideas.

- Demonstrate the ability to apply the skills and understanding of how the media arts communicate through their Integration, Practice and Presentation of their artistic ideas and work by:
  - Analyzing, interpreting, and selecting artistic works for presentation.
  - Realizing, developing and refining artistic works for presentation.

- Respond to the media arts by Perceiving, Interpreting and Evaluating how media artworks convey meaning by:
  - Perceiving and analyzing the media.
  - Interpreting intent and meaning of media artworks.
  - Applying criteria to evaluating media artworks.

- Connect personal meaning and external context to the media arts by Synthesizing and Relating through and during the art-making process by:
  - Synthesizing and relating knowledge and personal experience to artistic ideas and artistic work.
  - Applying societal, cultural and historical contexts to artistic ideas and artistic work.

## Music

A successful student can:

- Create and communicate by applying the skills and language of music to **Imagine, Plan** and **Make** musical ideas and work by:   MUS MS 1.1
  - Generating, developing, and organizing musical ideas.

- Create by applying the skills and language of music to **Evaluate, Refine** and **Present** musical ideas and work by:   MUS MS 2.1
  - Reflecting upon and refining musical ideas and work.
  - Presenting original musical ideas and work.

- Demonstrate the ability to apply skills and effectively communicate musical ideas and work through **Selection, Analysis** and **Interpretation** by:   MUS MS 3.1
  - Selecting musical works based on interest, knowledge, technical skill and context.
  - Analyzing the structure and context of musical works.
  - Developing personal interpretations of musical works.

- Demonstrate the ability to apply skills and effectively communicate through the process of **Rehearsing, Evaluating, Refining** and **Performing** musical works by:   MUS MS 4.1
  - Evaluating and refining personal and ensemble performances.
  - Performing expressively and accurately with appropriate interpretation.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| | • Respond to music by Selecting, **Analyzing**, **Interpreting** and **Evaluating** how music conveys meaning by:<br>  ○ Selecting musical works for a variety of purposes. Perceiving and analyzing musical works.<br>  ○ Interpreting intent and meaning of musical works.<br>  ○ Applying criteria to evaluating musical works. | MUS MS 5.1 | |
| | • **Connect** personal meaning and external context to music through and during the music learning process by:<br>  ○ Synthesizing and relating knowledge and personal experience to musical ideas and work.<br>  ○ Applying societal, cultural and historical contexts to musical ideas and work. | MUS MS 6.1 | |
| **Physical Education (PE)** | A successful student can: | | |
| Rhythms | • Demonstrate a variety of rhythmic movements while following a pattern with or without a leader and create a routine independently, with a partner or small group. | PE.MS 1.1 | S1. M1 |
| Games and Sports | • Throw an object, demonstrating a mature motor pattern to a moving target during drills and lead-up games and catch an object, demonstrating a mature motor pattern during drills and lead-up games. | PE.MS 2.1 | S1.M2 and M18, S1. M21 |
| | • Strike an object, demonstrating a mature motor pattern toward a target while under control during drills or lead-up games and volley an object, demonstrating a mature motor pattern during drills or lead-up games, as well as attempt the two-hand overhand pass (set). | PE.MS 2.2 | S1, M12, M13, M14, M15, M19 and M21, S1. M16 and M17 |
| | • Dribble with hands, demonstrating a mature motor pattern, while changing speeds and directions during drills or lead-up games. | PE.MS.2.3 | S1. M8 |
| | • Dribble with feet, demonstrating a mature motor pattern, while changing speeds and directions during drills or lead-up games. | PE.MS.2.4 | S1. M9 |

SPECIALS COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**SPECIALS COMPETENCIES**

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Applies Knowledge | • Create or reduce space during drills or lead-up games through approach or retreat. | PE.MS.3.1 | S2. M1, M2, M3, M4, M5 and M7 |
| | • Vary speed, direction and positioning in order to anticipate the relationship between the object and target during drills or lead-up games. | PE.MS.3.2 | S2.M8 and M9 |
| | • Select an offensive or defensive tactic during drills or lead-up games. | PE.MS.3.3 | S2. M10, M12 and M13 |
| Knowledge and Skills | • Identify the health-related components of fitness and name an activity that improves each one. | PE.MS.4.1 | S3.M1 |
| | • Create SMART goals and develop a personal fitness program. | PE.MS.4.2 | S3.M15 and M16 |
| | • Describe the relationship between poor nutrition and health risk factors. | PE.MS.4.3 | S3, M17 |
| | • Recognize situations that produce stress and perform stress-reducing activities. | PE.MS.4.4 | S3, M18 |
| Responsibility and Value of Physical Activity | • Show respect to equipment, facilities, self, and others; accept feedback appropriately; provide encouragement to classmates of varying skill levels and participate cooperatively; respond appropriately to conflict; understand the rules and etiquette for physical activities and games; come to class prepared; and participate safely and appropriately. | PE.MS.5.1 | S4, M1, M2, M3, M4, M5, M6 and M7 |
| | • Explain the importance of benefits gained through lifelong participation in physical activity. | PE.MS.5.2 | S5. M2 and M4 |

## Visual Arts

**Visual Arts Competencies**

A successful student can:

• Create and communicate by applying the skills and language of a specific visual arts form to Investigate, Plan and Make artistic ideas and work by:
  ◦ Generating, conceptualizing, and organizing artistic ideas.
  ◦ Refining and completing artistic ideas.

• Create by applying the skills and language of a specific visual arts form to Reflect, Refine and Continue with artistic ideas and work by:
  ◦ Reflecting upon the process, refining and continuing artistic ideas.

• Demonstrate the ability to apply the skills and understanding of how the visual arts communicate through their Selection, Analyzation and Sharing of their artistic ideas and work for presentation by:
  ◦ Analyzing, interpreting, and selecting artistic works for presentation.
  ◦ Realizing, developing and refining artistic works for presentation.

• Respond to the visual arts by Perceiving, Analyzing and Interpreting how artworks convey meaning by:
  ◦ Perceiving and analyzing artistic work. Interpreting intent and meaning of artistic work.
  ◦ Applying criteria to artistic work.

GRADE BAND
**6-8**

| Specials Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| | • Connect personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing, and Interpreting works of art through and during the art-making process by:<br>  ◦ Synthesizing and relating knowledge and personal experience to artistic ideas and artistic work.<br>  ◦ Applying societal, cultural and historical contexts to artistic ideas and artistic work. | | |

SPECIALS COMPETENCIES

Kansas State Department of Education ¦ www.ksde.org

**GRADE BAND**
# 6-8

**SPECIAL EDUCATION COMPETENCIES**

# Special Education

In general, it is expected that children with exceptionalities will achieve these competencies with the support of special education services, related services and supplementary aids and services specified in an Individualized Education Program (IEP) or 504 Plan. In addition, IEP teams have authority to modify curriculum and to set educational goals to enable children with exceptionalities to make appropriate educational progress in light of each child's unique circumstances. The modified curriculum and educational goals set by an IEP team for an individual child with an exceptionality might be different than the outcomes expected of other students. When, and to the extent, educational goals specified in an IEP are different than the competencies described in this document, the successful student can achieve the educational goals specified in their IEP.

**The Special Education Guidance Document is located on the Special Education section of the KSDE website:**

- Special Education Guidance Document[1]

- KSDE Special Education webpage, COVID-19 Updates[2]

## Students in Special Education and the Competencies

Navigating Change: Kansas' Guide to Learning and School Safety Operations (2020) is designed to lead the way we meet students' needs by allowing students to demonstrate mastery of their learning in a variety of ways. Therefore, all students in Special Education will access core grade-band competencies.

Students in Special Education need to be able to access instruction that will prepare them to meet grade-level competencies. Access to core content (Tier 1) is a priority so learning gaps do not widen. To address skill deficits needed to access core content (Tier 1), some students will also require additional support through specially-designed instruction and/or a tiered system of support.

Kansas Multi-Tiered System of Supports and Alignment (2015) is an evidenced-based framework used in Kansas schools for organizing and providing a tiered instructional continuum to support learning for all students, including students with exceptionalities. Kansas MTSS and Alignment supports access to core instruction for all students with differentiated instruction as needed to enable every learner to achieve high standards. Tiered interventions, in addition to core instruction, are recommended when it is necessary to address skill deficits or to support a child in reaching higher levels of accomplishment. We

contend all students are general education students, including students with the most significant cognitive exceptionalities

Furthermore, students should not be hindered in learning grade-band content. For example, a student who has learning gaps either due to their exceptionality and/or lack of exposure will not be limited solely to the attainment of prerequisite skills. Therefore, high-quality instruction, accommodations, and modifications should provide the differentiation needed for students to access this grade-level content. High-quality instruction involves a scaffold or strategy to access or attach new learning. High-quality instruction does not repeatedly focus on the same skill, lesson content or information introduced in the general education classroom. Additionally, students who are gifted should not be held to only learning grade-band content. Students who are gifted should be supported through high-quality instruction, accommodations and modifications to provide the differentiation needed for students to achieve higher levels of accomplishment. The IEP Team of a child who is gifted may specify in the child's IEP that they are permitted to test out of, or work at an individual rate, and receive credit for required or prerequisite courses, or both, at all grade levels (K.A.R. § 91-40-3 (g)). A child who is gifted may also receive credit for college study at the college or high school level, or both (K.A.R. § 91-40-3(H)).

1    https://www.ksde.org/Portals/0/ECSETS/Announcements/COVID-SpEd-FAQ.pdf

2    https://www.ksde.org/Agency/Division-of-Learning-Services/Special-Education-and-Title-Services/Special-Education

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

Moreover, standards guide the goals for Individualized Education Programs (IEPs). IEP goals require specially designed instruction to address the learning gap and advance the student's current level of functioning or for students who are gifted, to address the unique needs of the child that result from the child's giftedness, including supporting the child in achieving higher levels of accomplishment. Therefore, Special Education goals should not replace the grade-level curriculum taught in the general education classroom.

Some students will require accommodations in order to demonstrate mastery of the competencies. Accommodations are changes in procedures or materials that ensure equitable access to instructional and assessment content. Accommodations may be embedded (digitally-provided) or nonembedded (locally provided). These are generally available for students for whom there is a documented need on an IEP, Section 504 plan or Individual Learning Plan (ILP) Accommodations should be individualized for each student; more does not equate to better. Some examples are listed Table 1.

Table 1: Common Accommodations and Categories

| COMMON ACCOMMODATIONS | CATEGORIES |
|---|---|
| Provide Access to Grade-Level Content | • Human reader<br>• Text to speech/digital text (eg. Kansas Infinitext)<br>• Speech to text<br>• Provide smaller numbers in math with grade level skills<br>• Build background knowledge<br>• Provide manipulatives (number line, two color chips, base ten blocks, etc.<br>• Use of facts charts, formulas or word banks to facilitate processing<br>• Reducing auditory and visual background (increase white space, highlight key concepts)<br>• Provide note taking assistance or notes (provide outline, cloze notes, etc.<br>• Orally assess understanding |
| Adjust Level of Material | • Reduce complexity to student's ability level (text, vocabulary, sentence structure, questions, simplify directions, etc. |
| Provide Tools for Organization of Information | • Organize information presented, such as provide a detailed model to follow during multiple-step procedures (e.g.<br>• task schedule, process, prewriting, graphic organizer, etc.<br>• Provide digital and non-digital tools to facilitate student organization<br>• Use graph paper, paper with vertical lines or raised-line paper for alignment of problems |

SPECIAL EDUCATION COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

SPECIAL EDUCATION COMPETENCIES

| COMMON ACCOMMODATIONS | CATEGORIES |
|---|---|
| Provide More Opportunities for Practice/Exposure | • Multiple exposures until mastery<br>• Front load prerequisite information<br>• Code text to enhance background knowledge<br>• Provide questions or cues to student in advance<br>• Reinforce directions (students repeat, number list for multiple steps, etc.)<br>• Additional time for verbal response, assignments, and assessments<br>• Allow for processing with peers before production<br>• Consistent, distributed practice with vocabulary (academic vocab, Tier 2 vocabulary words)<br>• Small group instruction<br>• Text sets (multiple pieces of text on same topic to deepen understanding) |
| Focus information to key Information/Skills | • Chunk assignments/assessments<br>• Highlight or emphasize critical information<br>• Eliminate repetitive practice when mastery is shown<br>• Reduce volume of writing and copying in favor of quality<br>• Reduce number of choices on multiple choice assessments<br>• Spelling is not penalized |
| Vary and Pair Modalities when Presenting Information | • Pair visual, auditory, and tactile cues<br>• Orally assess understanding<br>• Offer student voice and choice (Visual, Auditory, Kinesthetic/Tactile) |

Detailed information about the use of accommodations for instruction and assessment of all students can be found in the How to Select, Administer and Evaluate Use of Accommodations for Instruction and Assessment of all Students (2020) guidance document located at https://www.ksdetasn.org/resources/2283

One way to ensure students have access to core (Tier 1) content is to intentionally create a plan for differentiating the content to meet the student's needs. The National Center on Intensive Intervention has created a planning template built on the seven dimensions of intervention intensity (https://intensiveintervention.org/sites/default/files/Student_Intervention_Plan_508.pdf).

This template assists with planning and documenting the dimensions of intervention for small groups and individual students. The Taxonomy of Intervention Intensity (2017) developed by the National Center on Intensive Intervention identified seven dimensions that support educators in evaluating and building intervention intensity: strength, dosage, alignment, attention to transfer, comprehensiveness, behavioral support, and individualization (https://intensiveintervention.org/taxonomy-intervention-intensity).

It is important to recognize students who receive Special Education Services and Supports have equitable access to all instructional opportunities and activities offered to their peers. Their participation in core content areas (Tier 1) with individualized accommodations, modifications, and supports make it possible for them to do so.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
578       Kansas State Department of Education | www.ksde.org



# Students Who Have the Most Significant Cognitive Exceptionalities

All students are taught academic content for their enrolled grade level. Students who have the most significant cognitive exceptionalities mostly take the alternate assessments and may need content aligned to alternate academic achievement standards. These standards are aligned with the general education content standards with reduced depth, breadth and complexity. Competencies for this population are the same as for students following the general education curriculum. However, the learning targets and measurement tables for this population align to the alternate academic achievement standards.

Students who have the most significant cognitive exceptionalities, who are eligible for an alternate assessment, work from the alternate academic achievement standards. The DLM Essential Elements (2020) allow students access to instruction aligned to grade level academic content. Goals and instruction listed in the IEP for these students are linked to the enrolled grade level DLM Essential Elements (2020). Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. Students who demonstrate mastery of level 3 or 4 competencies may not be appropriately challenged when working from the Essential Elements. Providing a continuum between the level 4 skill on the Essential Elements Competency Rubric and the level 1 skill on the Competency Rubric (2019)

for each grade band will assist those students in the transition to the Kansas competencies/state standards.

Students who have a most significant cognitive exceptionality must have access to grade-level academic standards. This can be accomplished through the Kansas MTSS Alignment for all students. In this delivery system, supplemental special education supports simplify, magnify, and modify what is taught in the general education classroom. For students receiving Tier 1 support with their general education peers, the instruction should be focused on priority learning targets. Navigating Change: Kansas Guide to Learning and School Safety Operations (2020) has identified the primary or essential learning targets in the Competency Rubrics. The Essential Elements Competency Rubrics (2017) provide learning targets aligned to the Essential Elements. While the learning targets differ in depth, breadth, and complexity, the overarching competencies remain the same. Using the identified primary learning targets, students who have a most significant cognitive exceptionality can be educated in an inclusive environment during core (Tier 1) instruction. Tier 2 and Tier 3 instruction should focus on providing the additional instruction essential for closing the gap for students. Instruction could be delivered in homogenous small groups or in some cases, individualized instruction, as intensity of need increases.

# References

Kansas State Department of Education. (2020). How to select, administer and evaluate use of accommodations for instruction and assessment of all students. https://www.ksdetasn.org/resources/2283

Kansas State Department of Education. (2019) . Essential Elements by Linkage Level Data. https://www.ksde.org/Portals/0/SES/DLM/KSDE-EE-LinkageLevels3-10.pdf

Kansas State Department of Education. (2015). Kansas multi-system of support and alignment. https://www.ksdetasn.org/mtss

Kansas State Department of Education. (2020). Navigating Change: Kansas Guide to Learning and School Safety Operations. https://www.ksde.org/Teaching-Learning/Resources/Navigating-Change-Kansas-Guide-to-Learning-and-School-Safety-Operations

SPECIAL EDUCATION COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**6·8**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

National Center on Intensive Interventions. (2017). Intervention plan (for small groups or individual students), American Institute of Research. https://intensiveintervention.org/sites/default/files/Student_Intervention_Plan_508.pdf

National Center on Intensive Interventions. (2017). Taxonomy of intervention intensity: Academics, American Institute of Research. https://intensiveintervention.org/taxonomy-intervention-intensity

Dynamic Learning Maps Alternative Assessment Consortium. (2020). Dynamic learning maps alternative assessment, The University of Kansas. https://dynamiclearningmaps.org/

SPECIAL EDUCATION COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

# Library Media

## School Librarian

"School librarians fulfill five important roles: instructional partner, teacher, leader, information specialist, and program administrator, all of which highlight the profession's skill at building relationships and creating an inclusive school culture" (AASL, 2020, para. 1). School librarians are prepared as teaching partners who serve as instructional librarians in all subject areas.  They dovetail with classroom teachers to strengthen and support literacy in all of its many facets. In online and face-to-face learning environments and across grade levels, school librarians teach students to demonstrate measurable academic, cognitive, and technology skills associated with learning about the value of information in various contexts and formats, research as inquiry, scholarly conversation, and searching as strategic exploration going beyond simple Google searches. School librarians are prepared to recommend and make accessible high quality digital and print teaching materials. As teaching partners, school librarians ensure that students have learning experiences, building each year on prior learning, that will prepare them now and in their future civic involvement, jobs, college, and careers to be effective and efficient users of information. School librarians as Kansas licensed teachers are active participants in continuous improvement processes in their school districts.

## References

American Association of School Librarians, 2020, Pandemic Resources for School Librarians. Document ID: 99ec732a-b7ce-4a8d-a12c-7a603c528d15. Retrieved from http://www.ala.org/aasl/about/pandemic

American Association of School Librarians, 2018, Standards Framework for Learners. Retrieved from https://standards.aasl.org/wp-content/uploads/2018/08/180206-AASL-framework-for-learners-2.pdf

Association of College and Research Libraries, 2016, Framework for Information Literacy in Higher Education. Retrieved from http://www.ala.org/acrl/standards/ilframework

Kansas State Department of Education, 2019, Kansas Education Systems Accreditation Guidance 2019-2020. Retrieved from https://www.ksde.org/Portals/0/TLA/Accreditation/KESA%20Guidance.pdf

Kansas State Department of Education, 2016, Kansas Library and Technology Curricular Standards. Retrieved from https://www.ksde.org/LinkClick.aspx?fileticket=9IEAE56aAc0%3d&tabid=476&portalid=0&mid=3268

LIBRARY MEDIA COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND
6-8**

**LIBRARY MEDIA COMPETENCIES**

Standards available upon request.

| Library Media Classification | COMPETENCY | CODE |
|---|---|---|
| **Information Value** | A successful student can: | |
| | • Identify, critically evaluate, and utilize resources from a wide range of formats that provide access to diverse perspectives, multiple viewpoints, and creative expressions in response to an information need. | G8.1.1 G8.1.2 G8.1.3 |
| | • Use information to create meaningful connections or conclusions that facilitate problem-solving and decision-making. | G8.1.4 G8.1.5 G8.1.6 G8.1.7 G8.4.1 |
| **Information as Exploration** | A successful student can develop and satisfy personal curiosity by reading widely and deeply for recreational and informational needs across multiple formats and genres. | G8.2.1 G8.2.2 G8.2.3 |
| **Information Research as Inquiry** | A successful student can: | |
| | • Develop essential questions, perform advanced search techniques to seek diverse perspectives to resolve queries, and analyze and synthesize information to create new meanings. | G8.3.1 G8.3.2 G8.3.3 |
| | • Display curiosity, perseverance, and initiative to draw conclusions, make informed decisions, and construct and apply new knowledge and solutions that are personally relevant using inquiry and design processes. | G8.3.4 G8.3.5 G8.3.6 G8.3.7 G 8.3.8 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

| Library Media Classification | COMPETENCY | CODE |
|---|---|---|
| Information Authority | A successful student can: | |
| | • Evaluate sources for points-of-view, bias, value and intent, identify inaccurate or misleading information, and compare and contrast multiple sources to verify accuracy. | G8.4.2 G8.4.3 G8.4.4 G8.4.5 |
| | • Apply best practices regarding intellectual property and plagiarism. | G8.4.6 G8.5.8 G8.6.1 G8.6.2 G8.6.3 G8.6.4 |
| Information Format | A successful student can: | |
| | • Demonstrate the ability to find, organize, and communicate information using the most appropriate formats and tools for the message and audience. | G8.5.1 G8.5.2 G8.5.3 |
| | • Practice safe, legal, ethical, and responsible use of websites and social media. | G8.5.4 G8.5.5 G8.5.6 G8.5.8 |
| Information as Conversation | A successful student can articulate awareness of First Amendment rights, responsibilities, and intellectual freedom while encouraging and recognizing multiple perspectives both from their learning community as well as in information resources. | G8.6.1 G8.6.2 G8.6.5 G8.6.6 G8.6.7 |

LIBRARY MEDIA COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

LIBRARY MEDIA COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Grade Band
# 6-8

# Assessment

This section of the guidance document seeks to support educators as they consider ways to develop, refine and/or implement a comprehensive, balanced and cohesive approach to meaningfully assess student learning in a competency-based model. When thinking about mastery, a multiple-measures approach can be useful and may include a variety of assessments, ranging from the use of rubrics that focus on the depth of a student's understanding to nationally normed assessments by age and/or ability to state accountability assessment systems. What follows as guidance to consider may be best conceptualized by thinking of it from the perspective of assessing student learning.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

ASSESSMENT

# Performance-Based Assessment and the Use of Rubrics

- **Continuity and Comprehensive Approach:** The grade-band teams from Phase I of this project developed both the competencies and a set of performance-based "I can ..." rubrics.

  - SECD, specials, electives and CTE are also included for your consideration and inclusion in assessing broader STEAM and Humanities competencies.

- **Interpretation of Performance Levels:** These rubrics contain four performance levels that include "I can ..." statements that intend to reflect the various stages of what students know and are able to do through progressive depths of each competency. Ideally, students move to and through each of the levels from left to right, but this may take place at different times for each student. Webb's Depth of Knowledge (DOK) is included as a familiar reference to help support the development of instruction in a leveled manner.

  - **Level 1** may be thought of as introducing or beginning/DOK: Recall and Reproduce

  - **Level 2** may be thought of as developing or emerging/DOK: Application and Reasoning

  - **Level 3** may be thought of as demonstrating or creating/DOK: Strategic Thinking

  - **Level 4** may be thought of as extending or enriching/DOK: Extended Thinking

  **NOTE:** Levels 1-4 are not intended to predict Kansas State Assessment scores.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**6-8**

A S S E S S M E N T

# Levels Explanation

Webb's Depth of Knowledge: Use to Align "A successful student can ..." Statements to Appropriate Performance Level

| Performance Level | I can ... |
|---|---|
| Level 1 | **Recall and Reproduction**<br>• Recall a fact, term, definition, principle or concept; perform a simple procedure.<br>• Items typically specify what the student is to do, which is often to carry out some procedure that can be performed mechanically.<br>• Recall of a fact, information, definition, term or performance of a process or procedure. |
| Level 2 | **Basic Application of Skills and Concepts**<br>• Apply conceptual knowledge:<br> ◦ Use provided information to select appropriate procedures for a task.<br> ◦ Perform two or more steps with decision points along the way.<br> ◦ Solve routine problems; organize or display data.<br> ◦ Interpret or use simple graphs.<br>• Items require students to make some decisions as to how to approach the question or problem. These actions imply more than one mental or cognitive process/step.<br>• Includes the engagement of some mental processing beyond recalling or reproducing a response. |
| Level 3 | **Strategic Thinking**<br>• Apply reasoning, using evidence, and developing a plan to approach or solve abstract, complex or nonroutine problems; interpret information and provide justification when more than one approach is possible.<br>• Items require students to justify the responses they give and may have more than one possible answer.<br>• Requires deep understanding as exhibited through planning, using evidence, and more demanding cognitive reasoning. The cognitive demands are complex and abstract. |
| Level 4 | **Extended Thinking**<br>• Perform investigations or apply concepts and skills that require research and problem solving across content areas or multiple sources.<br>• Items require students to bring together skill and knowledge from various domains. Due to the complexity of cognitive demand, this level often requires an extended period to answer. A DOK 4 is first a DOK 3 with added connections.<br>• Requires high cognitive demand and is very complex. Students are expected to make connections and relate ideas within the content or among areas - and have to select or devise one approach among many alternatives on how the situation can be solved. |

**This is the target**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

ASSESSMENT

## Subject Area Abbreviations:

| | |
|---|---|
| AFNR | Agriculture, Foods and Natural Resources |
| AC | Architecture and Construction |
| BC | Business Career |
| BC.BMAE | Business Management, Administration and Entrepreneurship |
| BC.F | Finance |
| BC.M | Marketing |
| DNC | Dance |
| FCS | Family and Consumer Sciences |
| ELA | English Language Arts |
| ENG | Engineering |
| HB | Health and Biosciences |
| HE | Health |
| HGSS | History, Government and Social Studies |
| HUM | Humanities |
| IT | Information Technology |

| | |
|---|---|
| LPSCS | Law, Public Safety, Corrections and Security |
| MA | Media Arts |
| MATH | Math |
| MNFR | Manufacturing |
| MUS | Music |
| PE | Physical Education |
| SCI | Science |
| SCI.ESS | Earth and Space Science |
| SCI.LS | Life Science |
| SCI.PS | Physical Science |
| SECD | Social-Emotional Character Development |
| STM | STEAM |
| THR | Theatre |
| TRAN | Transportation |
| WL | World Languages |
| VA | Visual Arts |

## Grade Bands:

| | |
|---|---|
| P | Pre-K to 2nd grade |
| IM | 3rd to 5th grade |
| MS | 6th to 8th grade |
| HS | 9th to 12th grade |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

# ELA

A successful student can interpret an author's purpose and intent in complex text.

## ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can summarize a text. | I can retell a text without adding personal opinions or judgments. | I can collapse key details into categories that produce big ideas to focus the summary. | My summary covers the beginning, middle, and end big ideas of a text.<br><br>My summary does not contain specific details.<br><br>I can summarize a text without adding personal opinions or judgments. | I can combine multiple pieces of text into a focused summary about a topic. | W6.9, W7.9, W8.9 |
| The student can explain how the theme in narrative text is represented through literary elements. | I can retell a text without adding personal opinions or judgments. | I can identify a theme presented in a text.<br><br>I can identify details that help convey a stated theme. | I can summarize how the stated theme develops over the course of the text.<br><br>I can summarize the relationship between the theme and literary elements (e.g., characters, setting, plot). | Critique author's effectiveness of message using literary elements - intentionality in purpose | RL6.2, RL7.2, RL8.2 |
| The student can compare two pieces of text and will analyze how each text's structure contributes to its meaning and style | I can identify the structure within a text.<br><br>I can identify how a specific part (e.g., sentence, chapter, scene, stanza) fits within the overall structure | I can identify the parts of stories, dramas, or poems when writing or speaking about a text.<br><br>I can explain the overall structure of two different texts.<br><br>I can identify how a specific part (e.g., sentence, chapter, scene, stanza) impacts the development of theme, setting, plot. | I can compare and contrast how the overall structure of two or more different texts contributes to differing developments of theme.<br><br>I can identify how a specific part (e.g., sentence, chapter, scene, stanza) builds on earlier parts of the text.<br><br>I can explain how structure contributes to the text's meaning or style. | I can analyze the overall structure of two or more different texts.<br><br>I can defend how those structures contribute to each text's meaning or style. | RL6.5, RL 7.5, RL8.5 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

**ELA PERFORMANCE-BASED ASSESSMENT**

## ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can analyze how variations in the characters' and reader's perspective create effects (e.g., humor, suspense). | I can identify the perspective of a narrator or speaker in a text. | I can identify how characters' perspectives change over the course of a text.<br><br>I understand how the author's use of point-of-view may create reader bias on specific characters/actions. | I can analyze how the author uses perspective to create irony for effect. | I can evaluate how the author developed the text through the perspectives of multiple characters and created irony for effect. | RL6.6, RL7.6, RL8.6 |
| The student can read and comprehend high quality dramas, prose and poetry of appropriate quantitative and qualitative complexity. | With teacher scaffolds, I can elect, read, and interpret increasingly complex literary texts at grade level (vocabulary, background knowledge, verbal reasoning, and/or structure). | With peer support, I can elect, read, and interpret increasingly complex literary texts at grade level (vocabulary, background knowledge, verbal reasoning, and/or structure) | I can elect, read, and interpret increasingly complex literary texts at grade level independently. | I can elect, read, and interpret increasingly complex literary texts above grade level. | RL6.13, RL7.13, RL8.13 |
| The student can use knowledge of text structures or text features to enhance comprehension. | I can explain how the text structure and text features organize a text and contribute to the whole. | I can identify the structure and features used within a specific paragraph and the role of specific sentences in developing an idea or key concept. | I can interpret the impact of structure and text features on meaning. | I can analyze and interpret why the author structured elements within the text in a certain manner and the impact of that structure on meaning. | RL6.5, RL 7.5, RL8.5 |
| The student can analyze how the author acknowledges and responds to opposing viewpoints and/or evidence to achieve his/her purpose. | I can identify the author's purpose or position used in a text and find explicit details that support it. | I can identify instances where the author distinguishes his /her purpose or position from that of others in the text by using explicit and implicit details. | I can explain how the author achieves his/her purpose or position by locating where the author acknowledges and/or responds to opposing evidence or viewpoints with explicit and implicit details. | I can analyze the author's purpose or position in a text and evaluate his/her effectiveness in acknowledging and responding to opposing evidence or viewpoints by the use of explicit and implicit details. | RI6.6, RI7.6, RI8.6 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

## ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can analyze the same event or topic depicted by different authors | I can compare one author's presentation of an event or topic with that of another author's presentation of an event or topic identify where they differ on facts. | I can distinguish how author's emphasize different factual evidence to advance a different interpretation. | I can differentiate when authors produce different interpretations of the same event or topic to advance a purpose or position. | I can analyze conflicting information on the same event or topic and identify where the texts disagree on matters of fact or interpretation. | RI6.9, RI7.9, RI8.9 |
| The student can read and comprehend high quality and engaging informational text of appropriate quantitative and qualitative complexity. | With teacher scaffolds, I can elect, read, and interpret increasingly complex informational texts at grade level (vocabulary, background knowledge, verbal reasoning, and/or structure). | With peer support, I can elect, read, and interpret increasingly complex informationals texts at grade level (vocabulary, background knowledge, verbal reasoning, and/or structure). | I can elect, read, and interpret increasingly complex informational texts at grade level independently. | I can elect, read, and interpret increasingly complex informational texts above grade level. | RI6.13, RI7.13, RI8.13 |

## English Learner (EL)

| | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | |
|---|---|---|---|---|---|
| | A successful Level 1 EL student can use or manipulate pictures, single-word, or simple phrases from pictures or text to demonstrate understanding. | A successful Level 2 EL student can read simple paragraphs and stories to produce writing that contains simple sentence patterns and includes simple conventions with scaffolding as needed. | A successful Level 3 EL student can use reading strategies to comprehend a variety of texts (story, drama, poems, etc.) and produce writing that develops a topic appropriate for the task that includes basic conventions and vocabulary. | A successful Level 4 EL student can analyze texts and produce grade appropriate writing using academic words, phrases, and conventions. | |

ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND**
**6-8**

**ELA PERFORMANCE-BASED ASSESSMENT**

## The successful student can adapt speech and writing to enhance or refine a message.

### ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can pose questions that elicit elaboration and respond to others' questions and comments with relevant observations and ideas. | I can ask clarifying questions to a speaker within a collegial discussion. | In a discussion, I can affirm a speaker's contribution and then contribute additional evidence and observations. | In a discussion, I can disagree using appropriate language and offer a contradictory claim with supporting evidence. Moreover, I can ask questions that allows the speaker to elaborate their position. | In a discussion, I can enter and exit the discussion using appropriate language and supporting evidence. I can also pose questions that engage others in new claims related to the topic. | SL.6.1c, SL.7.1c, SL.8.1c, SL.6.3, SL.7.3, SL.8.3 |
| I can adapt speech and writing to a variety of contexts and tasks, demonstrating command of formal English when indicated or appropriate. | I can identify formal settings that require formal English. | I can adapt my use of informal English within formal settings. | I can evaluate my audience and choose the appropriate form of English (formal or informal) to best convey my message. | I can vary word choice, sentence construction, and pronoun usage to enhance delivery of my message in various contexts and with different tasks. | SL.6.6, SL.7.6, SL.7.7 |
| The student can produce clear and coherent writing in which the development, organization, and style are appropriate. | I can develop a topic with interesting facts, anecdotes and examples that respond to my audience's needs. . | I can develop a topic that responds to my audience's needs and provides organization to assist the reader. | I can write in a style that develops and organizes information that responds to audience needs. Transitional language to guide the reader is used. | I can write in a unique style that connects, elaborates, and/or refines ideas to produce clear, coherent writing. Transitional language guides the reader, but it also assists the reader in making connections and clarifying information. | W.6.4, W.7.4, W.8.4 |
| The student can write for a ranges of discipline-specific tasks, purposes and audiences with varying time frames. | I can adjust my writing to consider my audience | I can adjust my writing to achieve my purpose for targeted audiences. | I can use discipline-specific content to enhance my message and achieve my purpose for various audiences. | Within short or extended time frames, I can maintain consistency using discipline-specific content to enhance my message and achieve my purpose for various audiences. | ELA.W6.12, ELA W7.12, ELA.W8.12 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 6-8**

## ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can communicate ideas concisely | I can identify repetitive language. | I can identify and revise wordy or repetitive language | I can produce a clear, concise message by revising wordy and repetitive language and/or combining sentences. | I can construct concise sentences using clauses and phrases to reduce repetitiveness and wordiness. | ELA.W.6.10a, ELA. W7.10a, ELA.SL7.7a |
| The student can maintain consistency in tone. | I can establish a tone, but it varies in appropriateness | I can establish an appropriate tone | I can establish and maintain a formal tone that fits my purpose. | I can vary my tone to reflect my intent for different purposes and audiences. | W.6.10g, RL 6.4, RL 7.4, RL 8.4, RI 6.4, RI 7.4, RI 8.4 |
| The student can enhance meaning through the effective use of sentence structure and transitions to signal relationships amongst ideas. | I can use appropriate coordinating conjunctions to signal the relationship between independent clauses. | I can use subordinating conjunctions in complex sentences to signal temporal and relational transitions. | I can combine sentences to enhance the relationship between ideas and include transitions that support logical connections amongst text to address the needs of the audience. | I can use transitional adverbs in various sentence structures to show the relationships between my sentences and paragraphs. | W7.10c, SL6.7a, .SL7.7, W 6.1c, W7.1c, W8.1c |

## EL

| | | | | | |
|---|---|---|---|---|---|
| | A successful Level 1 EL student can use speech, gestures, or manipulate pictures, single-word, or simple phrases from pictures or text to demonstrate and communicate understanding. | A successful Level 2 EL student can attempt to demonstrate understanding of text or task to produce writing or speech that has simple sentence patterns and includes simple conventions with scaffolding as needed. | A successful Level 3 EL student can produce clear and coherent writing or speech that develops a topic appropriate for the task that includes basic conventions and vocabulary.(EL.R. 7.4) | A successful Level 4 EL student can produce clear and cohesive writing or speech for a targeted audience or purpose. (EL R.8.4) | |

ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**6-8**

**A successful student can interpret, acquire and use words precisely.**

ELA PERFORMANCE-BASED ASSESSMENT

## ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can express a message and adapt to variety of contexts maintaining formal English. | I can express a clear message with words that convey an idea. | I can express a clear message using descriptive words and mostly formal language. | I can adapt and express clear, concise ideas using formal English and precise words in a variety of contexts. | I can express clear, concise ideas in formal English and adapt in the moment the words to fit a variety of contexts and audiences. | SL6.6, SL7.6, SL8.6, SL6.8, SL7.8, SL8.8 |
| The student can use language that expresses ideas precisely and concisely. | I can express ideas that are sometimes difficult to follow due to wordiness or redundancy. | I can select and use descriptive words to convey ideas with some wordiness and redundancy. | I express ideas with concise words by recognizing and eliminating wordiness and redundancy. | I express clear, concise ideas with carefully selected precise words. | W6.10a, W7.10a |
| The student can determine the meaning of words and phrases as used in text. | I can determine the meanings of words and phrases using context. | I can determine the meanings of words and phrases using definitions (denotative), meaningful parts of words, and associations (connotative) along with context. | I can determine the meanings of words using my knowledge of language (figurative, connotative, denotative, multiple meanings, Greek and Latin affixes and roots). | I can determine the meanings of words and use words concisely and precisely taking advantage of the nuances in their meaning in different contexts to strengthen my ideas. | RL6.4, RL7.4, RL8.4, RL7.11b, RL8.11b, RL7.11c, RL8.11c, RI7.11a, RI7.11b, RI7.12a, RI7.12b, RI7.12c |
| The student can verify the meanings of words and acquire them for later use. | I can determine the meanings of words and phrases from text using definitions. | I can determine the meanings of words and phrases by monitoring my understanding and using definitions/context clues. | I can determine the meaning of words or phases as I read by monitoring and verifying their meaning and use them various settings. | I can determine the meaning of words or phrases through a variety of monitoring strategies and apply them for effect in various settings. | RL7.11d, RL8.11d, RI7.11d |

## EL

| | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | |
|---|---|---|---|---|---|
| | A successful Level 1 EL student can use speech, gestures, or manipulate pictures, single-word, or simple phrases from pictures or text to demonstrate and communicate understanding. | A successful level 2 EL student can attempt to demonstrate understanding of words and language to comprehend text. | A successful Level 3 EL student can use strategies to comprehend and demonstrate understanding of author's word choice and use of figurative language using basic conventions and vocabulary. | A successful Level 4 EL student can use knowledge of language and its conventions when reading to aid comprehension of texts to analyze complex ideas and demonstrate understanding of author's word choice, tone, and use of figurative language. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



GRADE BAND
**6-8**

## A successful student can produce a well-developed argument.

**ELA**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can analyze, reflect, and research to prepare claims or evidence. | I can research and find information that support an argument. | I can research and combine information from several sources to develop an argument with limited evidence to support the claim(s). | I can research and analyze information to formulate and prepare a well-supported argument using evidence-based claims. | I can research and analyze information to formulate a credible, evidence-based argument and claims to defend against potential counterarguments or misinformation. | RI6.8, RI7.8 |
| The student can pose and answer questions with relevant evidence, observation and ideas. | I can answer questions using evidence. | I can pose and answer questions using evidence, ideas, and observations. | I can pose and address questions using relevant evidence, observations and ideas. | I can pose and address questions using precise relevant evidence and elaborate on observations and ideas. | SL6.1d, SL7.1d, SL8.1d, SL6.8, SL7.8, SL8.8 |
| The student can effectively present an argument (audience/task). | I can write and present an argument. | I can identify and revise wordy or repetitive language. | I can write and present in a focused manner an argument and claims using relevant evidence, sound reasoning and well-chosen details. | I can write and present in a focused manner an argument and claims using relevant evidence, sound reasoning and well-chosen details specific to audience and task. | W6.1, W7.1, W8.1, SL8.4, SL6.8, SL7.8, SL8.8 |
| The student can identify opposing claims to my argument and defend claims using a counterargument. | I can write and present an argument. | I can identify and revise wordy or repetitive language. | I can write and present in a focused manner an argument and claims using relevant evidence, sound reasoning and well-chosen details specific to audience and task. | I can write and present in a focused manner an argument and claims using relevant evidence, sound reasoning and well-chosen details specific to audience and task. | SL6.1b, SL6.1c, SL7.1c, SL8.1c |
| The student can evaluate the effectiveness of the argument. | I can identify opposing claims and paraphrase or demonstrating understanding of these challenges. | I can identify opposing claims and justify my own position and if warranted modify my own view. | I can respond to questions and identify opposing arguments/claims and counter with relevant evidence to defend my view. | I can identify and anticipate counterarguments to prepare a defense or rebuttal that is responsive to other's questions and comments to defend and elaborate on my view. | SL7.3 |

ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

ELA PERFORMANCE-BASED ASSESSMENT

## A successful student can analyze sources for credibility and relevance.

### ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can conduct research to answer a question. | I can conduct short research to answer a question using multiple sources. | I can conduct research to answer a question using multiple sources and generate additional questions to help focus my research. | I can conduct short/long research to answer a question (including self-generated questions) drawing on multiple sources and generate related questions to further focus the research. | I can conduct short/ long research from a self generated question and as the research unfolds refine my question and inquiry through additional focused questions and examination of multiple sources. | W6.7, W7.7, W8.7, RL6.1, RL7.1, RL8.1, RI6.2, RI7.2, RI7.3 |
| The student can locate evidence that supports my research from multiple sources and types (print and digital) of sources. | I can locate information from multiple print and digital sources that relate to a given topic. | I can locate relevant information from multiple print and digital sources that relate to a given topic. | I can locate relevant information from multiple print and digital sources and quote or paraphrase key information. | I can locate supporting information from multiple print and digital sources and quote or paraphrase key information from credible sources to answer my research question(s). | W6.7, W7.7, W8.7, RL6.1, RL7.1, RL8.1, RI6.2, RI7.2, RI7.3 |
| The student can determine the credibility and relevance of sources. | I can gather information from multiple sources on a given topic. | I can gather relevant information from multiple sources on a given topic. | I can gather relevant information from multiple sources and assess the credibility of each source. | I can develop criteria to determine the relevance and credibility of sources and select and defend this evidence based on these criteria. | RL6.1, RL7.1, RL8.1, RI6.3, RI8.3, RI6.4, RI8.4 |
| The student can analyze and reflect on the effectiveness of my evidence in supporting my position. | I can determine the effectiveness of my evidence by identifying if there was evidence from multiple sources to answer my question. | I can determine the effectiveness of my evidence by identifying if there was evidence from multiple sources to answer my question. | I can evaluate the effectiveness of my evidence by reflecting on the quality of the sources relevance evidence found to answer my question. | I can evaluate the effectiveness of my evidence by analyzing the quality of sources and relevance of evidence to my question and reflect on the potential need for additional information to fully address my question. | W6.1, W7.1, W8.1, W6.9, W7.9, W8.9, RI6.8, RI7.8, RI8.8 |

### EL

| | A successful Level 1 EL student can point to a picture and/or single word in response to a direct text-dependent question. (R.7.1) | A successful Level 2 EL student can locate or give a detail from a simple text in response to a direct text-dependent question. (R.7.1) | A successful Level 3 EL student can cite one piece of relevant evidence to support analysis of what the text says explicitly as well as inferences drawn from the text. (R.7.1/8.1) | A successful Level 4 EL student can cite several pieces of evidence, both explicit and implicit, to support analysis and help to determine its relevance and effectiveness of the text. (8-8.1) | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND
6-8**

# HGSS

A successful student will recognize and draw conclusions about significant historical, economic, and political choices and the resulting consequences.

| HGSS | | | | | |
|---|---|---|---|---|---|
| **LEARNING TARGET** | **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1,2,3,4,5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies needed information to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1,2,3,4,5 |
| The student can use critical thinking and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1,2,3,4,5 |
| The student can ask significant questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions. | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1,2,3,4,5 |
| The student can demonstrate understanding of historical events by categorizing the causes and impact. | I can identify the short and long term consequences of a choice. | I can explain why choices have both short and long term impact. | I can compare the short and long term impacts of different choices related to the same topic or event and explain their causes. | I can analyze the impact of choices and apply that knowledge in new situations. | 1,4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

HGSS PERFORMANCE-BASED ASSESSMENT



GRADE BAND
**6-8**

## A successful student will recognize and draw conclusions about the rights and responsibilities of people.

**HGSS**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1,2,3,4,5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies needed information to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1,2,3,4,5 |
| The student can use critical thinking and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1,2,3,4,5 |
| The student can ask significant questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions. | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1,2,3,4,5 |
| The student can describe and discuss the rights and responsibilities of individuals and groups in shaping public policy | I can list examples of individuals and groups that have shaped public policy. | I can describe the reasons why individuals and groups have helped shape public policy. | I can evaluate the effectiveness of different attempts by individuals and groups to shape public policy. | I can design and organize solutions intended to affect changes in local, state, or national public policy. | 2 |
| The student can discuss how perspectives shape the world we live in | I can accept or believe something because I understand it. | I can describe why others hold opposing perspectives because I know how to think about things in different ways. | I can apply my understanding of opposing perspectives in both historical and contemporary settings. | I can accept and hold opposing perspectives on issues because I know how to think in different ways. | 2 |

**HGSS PERFORMANCE-BASED ASSESSMENT**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

A successful student will recognize and draw conclusions about the ways societies are shaped through identities, beliefs, and practices of individuals and groups.

HGSS

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1,2,3,4,5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies needed information to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1,2,3,4,5 |
| The student can use critical thinking and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1,2,3,4,5 |
| The student can ask significant questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions. | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1,2,3,4,5 |
| The student can describe and discuss the power and impact of citizens, political parties, media, and interest groups of creating public policy. | I can explain that public policy is created by a variety of means. | I can produce examples of impact made by some stakeholders on public policy. | I can produce examples and cite evidence of impact made by a wide variety of stakeholders on public policy and how they influence society. | I can collaborate with other stakeholders to help create and shape public policy to improve my life and the lives around me. | 2 |
| The student can describe aspects of personal identity and respect differences in the identities of others. | I can describe the identity of myself and others. | I can describe the identity of myself and others without judgement. | I can analyze and explain the impact of my identity and of others on the development of societies. | I can recognize and correct misconceptions that others may have about my identity and the identity of others. | 3 |

HGSS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



## A successful student will recognize and draw conclusions about societal continuity and change over time.

**HGSS**

HGSS PERFORMANCE-BASED ASSESSMENT

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1,2,3,4,5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies information needed to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1,2,3,4,5 |
| The student can use critical thinking, and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1,2,3,4,5 |
| The student can ask significant questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions. | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1,2,3,4,5 |
| The student can demonstrate historical knowledge about a time period or era by highlighting the significance and/or recounting an appropriate narrative. | I can recall facts, terms, and concepts about an historic time period or era. | I can compare and contrast issues from a historic time period or era with those of present time. | I can compare and contrast historic issues with contemporary issues using a variety of perspectives. | I can use my understanding of past and present issues to predict their possible future impact on society. | 3 |
| The student can discuss specific instances of continuity and change over time within economics, geography, government, and history. | I can list examples of continuity and change over time. | I can list and summarize reasons for continuity and change over time. | I can investigate continuity and change over time using the perspectives of different individuals and groups. | I can analyze and synthesize multiple perspectives of continuity and change and develop predictions on how they may apply to contemporary issues. | 4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

600

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 6-8**

## A successful student will recognize and draw conclusions about historical, economic, and geographic relationships impacting individuals and communities.

**HGSS**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1,2,3,4,5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies needed information to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1,2,3,4,5 |
| The student can use critical thinking and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1,2,3,4,5 |
| The student can ask geographic questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions. | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1,2,3,4,5 |
| The student can use technology and other representations to explain relationships between people, places, and ideas. | I can effectively communicate information using a single format. | I can effectively communicate information in two or more formats. | I can use a wide variety of mediums to create effective communication that conveys information and emotion to a specific audience. | I can design an effective communication strategy that conveys information, concepts, and emotion to a variety of audiences in multiple formats. | 5 |
| The student can analyze and interpret geographic information. | I can identify geographic relationships. | I can organize relationships into patterns that make sense to me. | I can make inferences about the important differences and similarities of relationships that occur across time periods. | I can develop evidence-based solutions to contemporary issues using a variety of geography related tools. | 6 |

HGSS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

601



GRADE BAND
**6-8**

**EXTENDED:** A successful student will investigate examples of choices, asking questions, and making claims about consequences on contemporary issues. -

**HGSS**

HGSS PERFORMANCE-BASED ASSESSMENT

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1,2,3,4,5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies needed information to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1,2,3,4,5 |
| The student can use critical thinking and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1,2,3,4,5 |
| The student can ask significant questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions. | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1,2,3,4,5 |
| The student can discuss how choices affect the well-being of individuals, businesses, and society. | I can recognize and list short-term consequences of choices that impact myself. | I can recognize and list short-term consequences of choices that impact others. | I can infer the short and long term impact of people's' choices by examining those choices from different perspectives. | I can develop, describe, and support a plan outlining effective choices based on possible positive outcomes. | 1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

GRADE BAND
**6-8**

**EXTENDED:** A successful student will investigate the rights and responsibilities of individuals, making claims and usig evidence to make connections to contemporary issues.

**HGSS**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1,2,3,4,5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies needed information to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1,2,3,4,5 |
| The student can use critical thinking and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1,2,3,4,5 |
| The student can ask significant questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions. | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1,2,3,4,5 |
| The student can use fact-based criteria and evidence to assess differing viewpoints. | I can identify multiple opinions on a specific issue. | I can compare and contrast multiple opinions on a specific issue. | I can use fact based evidence to take a position on a specific issue while evaluating multiple opinions. | I can take a fact based position on a specific issue while evaluating multiple opinions, communicating that position to policy makers. | 3 |
| The student can demonstrate the connection to personal interest, civic virtue, and democratic principles in their own life. | I can describe the importance of civic virtue in individuals. | I can identify and summarize examples of individuals demonstrating civic virtues in historic settings. | I can analyze similarities and differences of past demonstrations of civic virtue with my own personal examples. | I can apply intentional democratic principles to take action in my school and in out-of-school civic contexts in order to benefit myself and others. | 2 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

**HGSS PERFORMANCE-BASED ASSESSMENT**

**GRADE BAND 6-8**

**EXTENDED:** A successful student will investigate the way societies are shaped and make claims supported with evidence and argument.

**HGSS**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1,2,3,4,5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies needed information to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1,2,3,4,5 |
| The student can use critical thinking and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1,2,3,4,5 |
| The student can ask significant questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions. | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1,2,3,4,5 |
| The student can identify the relevance of particular sources to a particular inquiry. | I can locate sources that help answer questions. | I can locate and identify sources that answer questions. | I can locate and identify sources that best answer questions and lead to understanding. | I can locate and identify multiple diverse sources that best answer questions and lead to understanding. | 1,2,3,4,5 |
| The student can investigate other people's histories and lived experiences, respectfully ask questions, and listen nonjudgmentally. | I can locate sources that describe individual experiences. | I can locate and use credible sources demonstrating the impact of individual past experience on the development of society. | I can use evidence to draw my own conclusions about the impact of multiple people's past experiences on the development of society. | I can use evidence of people's past experiences to predict the possible impact on future societal events. | 3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org
604

HGSS PERFORMANCE-BASED ASSESSMENT

**GRADE BAND 6-8**

**EXTENDED:** A successful student will apply understanding of continuity and chagne to investigate contemporary issues using evidence and argument.

**HGSS**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1,2,3,4,5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies needed information to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1,2,3,4,5 |
| The student can use critical thinking and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1,2,3,4,5 |
| The student can ask significant questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions. | I can pose and accurately respond to multi-part questions with an explanation of my thinking | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1,2,3,4,5 |
| The student can examine examples of continuity and change with diverse partners and content, building on the ideas of others, and expressing their own clearly. | I can list detailed examples of continuity and change. | I can summarize a variety of opionions of why and how things change and remain the same over time. | I can uncover multiple sources of evidence documenting continuity and change in order to support a personal opinion on a contemporary issue. | I can examine examples of fact-based perspectives of continuity and change to predict future events and plan realistic responses. | 4 |

**HGSS PERFORMANCE-BASED ASSESSMENT**



**GRADE BAND 6-8**

**EXTENDED:** A successful student will investigate and connect historical, economic, and geographic relationships to contemporary issues using evidence and argument.

**HGSS**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1,2,3,4,5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies needed information to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1,2,3,4,5 |
| The student can use critical thinking and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1,2,3,4,5 |
| The student can ask economic questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and respond to basic informational type questions. | I can pose and respond to multi-part questions with an explanation of my thinking. | I can make evidence-based inferences connecting past relationships and contemporary events. | I can pose sophisticated questions on abstract concepts and apply evidence-based answers to real world situations. | 1,2,3,4,5 |
| The student can discuss how perspectives shape the world we live in | I can describe different historical perspectives. | I can explain how different historical perspectives shaped a specific historical period. | I can compare and contrast my understanding of how past events were influenced by different perspectives to current points of view. | I can apply my understanding of multiple perspectives to predict future relationships. | 3 |
| The student can explain how economic decisions affect the well-being of individuals, businesses, and society. | I can list major economic decisions made in history. | I can provide examples of how past economic decisions impacted individuals, businesses, and society. | I can analyze past economic impacts and compare them to contemporary events. | I can provide alternative solutions to current economic problems, using fact-based evidence to support my thinking. | 1 |

**HGSS PERFORMANCE-BASED ASSESSMENT**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

# EL HGSS

It is important to recognize that students who receive ESOL Services have equitable access to all instructional opportunities and activities offered to their peers. Their participation in core content with individualized accommodations, modifications, and supports makes it possible for them to do so. Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. All students are taught academic content for their enrolled grade level. Competencies for this population are the same as for students following the general education curriculum. However, the measurement tables for this population align to The Kansas Standards for English Learners. These standards create a foundation upon which successful English language instruction is built. The premise of these standards is supporting individual students to gain a level of proficiency with the English language that allows them to be highly successful in obtaining grade level academic standards in as short of time as possible. Both social English and academic English are required to attain mastery of the English language and of school success. These standards below frame expectations of "what students need to know and be able to do" from a level 1 to level 4 of English fluency and how that relates to a mastery level.

**Special Note:** These standards are grade banded and overarching. Some competencies are designed with the end in mind. Therefore, a student in 6th -7th grade may be at a level 1 or 2, but is expected to progress to a level 3 or 4 by grade 8.

| HGSS | EL | | | |
|------|-----|-----|-----|-----|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can echo read a content-related sentence or paragraph with support and guidance. | A successful level 2 EL student can read simple and decodable content-related text while relying on picture clues for accuracy and understanding with some prompting and guidance. | A successful level 3 EL student can read near grade level content-related text with some errors and some dis-fluency while relying on strategies such as pictures, context to confirm understanding and rereading to self-correct with minimal support. | A successful level 4 EL student can read on-level content-specific text with purpose and understanding with accuracy, appropriate rate, and expression by rereading when necessary with some errors and self-correction. | EL RF.4 |
| A successful level 1 EL student can point to a picture and/or single word in response to a direct text-dependent question with guidance and support. | A successful level 2 EL student can locate or give a detail from a simple text in response to a direct text-dependent question with guidance and support. | A successful level 3 EL student can identify details in response to an explicit text-dependent question with minimal guidance and support. | A successful level 4 EL student can identify details in response to explicit or implicit text-dependent questions. | EL R.1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**6-8**

EL HGSS PERFORMANCE-BASED ASSESSMENT

| HGSS | EL | | | |
|------|-----|-----|-----|-----|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can point to a picture or illustration depicting the reasoning with prompting and support. | A successful level 2 EL can identify a reason using a simple word or phrase with prompting and support. | A successful level 3 EL student can identify and begin to explain two or more reasons using simple sentences with minimal support. | A successful level 4 EL student can explain the reasoning of responses and distinguish between relevant and irrelevant information. | EL R. 8 |
| A successful level 1 EL student can read a few key content-specific words and/or phrases with prompting and support. | A successful level 2 EL can use content-specific vocabulary words from simple text to better comprehend with prompting and support. | A successful level 3 EL student can use knowledge about content-specific words and language to comprehend basic text with minimal support. | A successful level 4 EL can apply knowledge about content-specific language and how it functions to better comprehend text. | EL R.7.10 and 8.10 |
| A successful level 1 EL student can point to a picture and/ or content-specific word in a simple text with prompting and support. | A successful level 2 EL student can read simple sentences and/or paragraphs within a modified text and begin to utilize text features to aid in comprehension with prompting and support. | A successful level 3 EL student can apply reading strategies and understanding of text features in near grade-level text with minimal support and guidance. | A successful level 4 EL can read and comprehend high quality informational text. | EL R.13 |
| A successful level 1 EL student can produce writing that includes a lot of copied text, much of it with errors. | A successful level 2 EL student can produce writing that shows the usage of simple words and/or sentence frames, limited mechanics, and capitalization with prompting and support. | A successful level 3 EL student can produce writing that includes use of mostly correct capitalization, punctuation, and mostly correct spelling with minimal support. | A successful level 4 EL student can demonstrate correct use of capitalization and punctuation. Demonstrate correct spelling with only limited evident errors. | EL W.11 |
| A successful level 1 EL student can copy, write and/or draw key words or phrases to express thoughts with prompting and support. Invented spelling may be evident. | A successful level 2 EL student can write key words within sentence frames relying on pictures and background knowledge for a specific task with prompting and support. | A successful level 3 EL student can write complete sentences to form a paragraph for a discipline-specific task and audience over an extended time frame with minimal support. | A successful level 4 EL student can write well-organized, cohesive paragraphs appropriate for a range of discipline-specific tasks, purposes, and audiences. | EL W.12 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

| HGSS | EL | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can nod for "yes" and "no", draw, and point to identify information with prompting and support or remain in silent period absorbing surroundings. | A successful level 2 EL student can produce one/two word responses or a simple sentence with limited comprehension when asked explicit questions with prompting and support. Follow rules for discussions. | A successful level 3 EL student can participate in collaborative discussion, coming prepared and ready to express ideas. Follow the rules of discussion, acknowledging others' information with minimal support. | A successful level 4 EL student can fully participate and/or engage in collaborative discussions, expressing ideas clearly, building on others' ideas. Come to discussions prepared, explicitly drawing on the information. Follow the rules of discussion, acknowledging other's information. | SL .1 |
| A successful level 1 EL student can offer single-word responses that indicate agreement or disagreement (yes/no) and/or information from diverse media. | A successful level 2 EL student can produce simple sentences based on facts learned when engaging with information from diverse media with prompting and support. | A successful level 3 EL student can explain how the ideas and details clarify a topic of study. | A successful level 4 EL student can summarize information presented in diverse media formats and explain connection between information and a discipline-specific task. | EL SL.2 |
| A successful level 1 EL student can provide a basic written, drawn, or spoken explanation about the information given with prompting and support. | A successful level 2 EL student can identify the reasoning with prompting and support. | A successful level 3 EL student can produce simple sentences using one piece of evidence to support reasoning with minimal support. | A successful level 4 EL student can produce complete sentences using multiple pieces of evidence to evaluate and support reasoning. | EL SL.3 |

EL HGSS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

EL HGSS PERFORMANCE-BASED ASSESSMENT

| HGSS | EL | | | |
| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| A successful level 1 EL student can draw or point to pictures to sequence ideas logically and/or present facts and details to support main ideas with support or remain in silent period absorbing surroundings. | A successful level 2 EL student can produce one/two words or phrases to present information about a familiar topic, text, and/or opinion by sequencing ideas logically. Provide facts and details to support main ideas with support. | A successful level 3 EL student can present using simple sentences on information that is focused with some reasoning, organization, description, facts, details, and is delivered with appropriate eye contact and adequate volume | A successful level 4 EL student can present clear and logical information supported by facts, details, examples and is presented with appropriate eye contact, adequate volume, and clear pronunciation. | EL SL.6.4, 7.4, 8.4 |
| A successful level 1 EL student can copy, write and/or draw key words or phrases to express thoughts with prompting and support. Invented spelling may be evident. | A successful level 2 EL student can write key words within sentence frames relying on pictures and background knowledge for a specific task with prompting and support. | A successful level 3 EL student can write complete sentences to form a paragraph for a discipline-specific task and audience over an extended time frame with minimal support. | A successful level 4 EL student can write well-organized, cohesive paragraphs appropriate for a range of discipline-specific tasks, purposes, and audiences. | EL W.12 |
| A successful level 1 EL can nod for "yes" or "no", draw, and/or point to pictures of common items found within a school and/or home environment. Repeat key discipline-specific terms with prompting and support or remain in silent period absorbing surroundings. | A successful level 2 EL student can acquire key content specific vocabulary to add to a personal vocabulary bank with prompting and support. | A successful level 3 EL student can acquire and produce grade-appropriate academic and domain-specific words and phrases with minimal prompting and support. | A successful level 4 EL student can acquire and apply grade-appropriate general academic and domain-specific words and phrases accurately. | EL SL. 8 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 6-8**

# Mathematics

A successful student can understand and analyze proportional relationships and use them to make sense of and solve problems.

## Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can express and use ratios and rates in real-world and mathematical problems. | I can use ratio language to describe a part-to-part and part-to-whole relationship. | I can create tables of equivalent ratios relating quantities. | I can use ratio and rate reasoning to solve real-world and mathematical problems. | I can use ratio reasoning to convert units of measure. | 6.RP.1, 6.RP.3a, 6.RP.3c |
| | I can use given ratio tables to solve ratio problems. | I can find missing values in tables whose x values do not increase by one. | | I can manipulate and transform units of measure appropriately when multiplying and dividing quantities. | |
| | I can find missing values in tables whose x value increases by one. | | | | |
| The student can solve real-world problems involving percentages. | I can write percents using visual models (ex. percent bars, number lines, or 10x10 grids). | I can find the percentage of a quantity. | I can solve real-world problems by finding the percentage of a quantity and by finding the whole when given a part and the percent. | I can solve real-world and mathematical multi-step problems involving percentages in a context based on my interests. | 6.RP.3b |
| | I can write percents as a rate per 100. (ex. 34% is 34/100) | I can find the whole when given a part and the percent. | | | |
| | I can write ratios/rates as percents. (ex 1 to 4 is 25%) | | | | |
| The student can use the probability of a chance event to determine the likelihood of the event occurring. | I can express the probability of a chance event as a ratio, fraction, or percent. | I can use the probability of a chance event to describe the likelihood of something happening. | I can use the probability of chance compound events to describe the likelihood of something happening. | I can find compound probability of events and interpret its real-world meaning in a context based on my interests. | 7.SP.C5, 7.SP.C6, 7.SP.C7, 7.SP.C8 |
| | | I can explain my result in terms of the event. | I can explain my result in terms of the compound event. | | |

*MATHEMATICS PERFORMANCE-BASED ASSESSMENTS*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

611



GRADE BAND
**6-8**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**MATHEMATICS PERFORMANCE-BASED ASSESSMENTS**

## Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can express and use unit rates in real-world and mathematical problems. | I can express a unit rate with a numerator or denominator of 1.<br><br>I can compute unit rates associated with whole numbers. | I can locate the unit rate on a graph.<br><br>I can explain the unit rate using points (0,0) and (1,r).<br><br>I can determine a proportional relationship, recognizing that every pair of numbers in a table or graph has the same unit rate. | I can compute unit rates associated with ratios of fractions.<br><br>I can compute unit rates in a real-world contexts based on my interests.<br><br>I can explain what the point (x,y) on a graph of a proportional relationship means in the terms of the situation. | I can solve real-world problems involving proportional relationships represented verbally, graphically, numerically in tables, or algebraically, and identify connections between representations. | 6.RP.3, 7.RP.2a, 7.RP.2c, 7.RP.3 |
| The student can solve problems involving proportional relationships. | I can determine whether two quantities are in a proportional relationship using a table and graph. | I can create a table, using a graph to determine/prove that the values are proportional.<br><br>I can create a graph and use a table to determine/prove that the values are proportional. | I can represent proportional relationships using equations.<br><br>I can use proportional relationships to solve multistep ratio and percent problems. | I can use proportional relationships to solve multi-step ratio and percent problems in a real-world context based on my interests. | 6.RP.3, 7.RP.2a, 7.RP.2c, 7.RP.3 |
| **Extended:** The student can use proportional reasoning to solve problems involving scale drawings. | I can describe the relationship between a geometric figure and its scale drawing using ratio reasoning. | I can describe the relationship between a geometric figure and its scale drawing using scale factor for length. | I can compute actual lengths and areas from a scale drawing.<br>I can reproduce a scale drawing using a different scale. | I can describe the relationship between a geometric figure and its scale drawing using scale factor for area.<br><br>I can create a scale drawing in real-world contexts based on my interests. | 7.G.1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**A successful student can apply number sense and mathematical operations within number systems to solve problems.**

| Mathematics | | | | | |
|---|---|---|---|---|---|
| **LEARNING TARGET** | **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can solve problems involving division of fractions and interpret the meaning of the quotient as related to the context of the problem. | I can connect division of fractions to a visual model.<br><br>I can divide fractions between 0 and 1 including:<br><br>a fraction by a whole number,<br><br>a fraction by a unit fraction with the same denominator. | I can divide by fractions between 0 and 1 including:<br><br>a whole number by a fraction,<br><br>a mixed number by a whole number and a fraction. | I can solve a division problem involving fractions and draw a model to show my solution in a real-world context. | I can demonstrate division of fractions in real-world contexts. | 6.NS.1, 7.NS.3 |
| The student can fluently (effectively, accurately, and flexibly) divide whole numbers in context. | I can recognize division as repeated subtraction using whole numbers without remainders.<br><br>I can divide multi-digit numbers without remainders using a concrete or pictorial representation. | I can divide multi-digit whole numbers using multiple methods. (i.e. partial quotients, area model, standard algorithm, traditional algorithm.)<br><br>I can express the remainder of a quotient as a whole number. | I can fluently (effectively, accurately, and flexibly) divide multi-digit numbers using an efficient algorithm.<br><br>I can write a remainder of the quotient expressed as a decimal.<br><br>I can divide whole numbers in real-world contexts.<br><br>I can write the solution in terms of the context. | I can write a remainder of the quotient expressed as a fraction.<br><br>I can demonstrate division of whole numbers in real-world contexts based on my interests. | 6.NS.2, 7.NS.3 |

MATHEMATICS PERFORMANCE-BASED ASSESSMENTS

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

## Mathematics

MATHEMATICS PERFORMANCE-BASED ASSESSMENTS

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can fluently (effectively, accurately, and flexibly) add and subtract rational numbers expressed as decimals in context. | I can estimate the sum and difference of decimals.<br><br>I can calculate the sum or difference of decimals with the same place value using an efficient algorithm. | I can calculate the sum or difference of decimals with different place using an efficient algorithm. | I can calculate the sum or difference of decimals with varying place value and whole numbers using an efficient algorithm.<br><br>I can add and subtract decimals in real-world contexts.<br><br>I can write the solution in terms of the context. | I can demonstrate addition and subtraction of decimals and whole numbers in real-world contexts based on my interests. | 6.NS.3, 7.NS.3 |
| The student can fluently (effectively, accurately, and flexibly) multiply and divide rational numbers expressed as decimals in context. | I can estimate the product and quotient for decimals greater than 1. | I can estimate the product and quotient for decimals between 0 and 1.<br><br>I can find the product and quotient of decimals using pictures or visual representations. | I can calculate the product and quotient of decimals using an efficient algorithm.<br><br>I can multiply and divide decimals in real-world contexts.<br><br>I can write the solution in terms of the context. | I can demonstrate multiplication and division of decimals in real-world contexts based on my interests. | 6.NS.3, 7.NS.3 |
| The student can extend understanding of the real number system to integers and absolute values. | I can locate integers as a point on the number line.<br><br>I can identify opposites on a number line or coordinate system.<br><br>I can use negatives to describe quantities having opposite directions or values. | I can understand that the distance from a whole number to zero is the same distance as its opposite to zero on a number line.<br><br>I can locate integer coordinate pairs as a location on a coordinate plane. | I can use integers to represent quantities in real-world contexts.<br><br>I can explain the meaning of zero in real-world contexts.<br><br>I can use absolute value to represent and compare numbers. | I can write a remainder of the quotient expressed as a fraction.<br><br>I can demonstrate division of whole numbers in real-world contexts based on my interests. | 6.NS.5, 6.NS.6, 6.NS.7, 6.NS.8, 7.NS.1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

## Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can add and subtract rational numbers expressed as integers in context. | I can model addition and subtraction of same-sign integers using a visual representation.<br><br>I can model zero pairs using a visual representation. | I can model addition and subtraction of different-sign integers using a visual representation.<br><br>I can use integers to find a distance between two points. | I can develop and use an algorithm to calculate the sum and difference of integers.<br><br>I can add and subtract integers in real-world contexts.<br><br>I can write the solution in terms of the context. | I can demonstrate addition and subtraction of integers in real-world contexts based on my interests. | 7.NS.1, 7.NS.3 |
| The student can fluently (effectively, accurately, and flexibly) multiply and divide rational numbers expressed as decimals in context. | I can estimate the product and quotient for decimals greater than 1. | I can estimate the product and quotient for decimals between 0 and 1.<br>I can find the product and quotient of decimals using pictures or visual representations. | I can calculate the product and quotient of decimals using an efficient algorithm.<br><br>I can multiply and divide decimals in real-world contexts.<br><br>I can write the solution in terms of the context. | I can demonstrate multiplication and division of decimals in real-world contexts based on my interests. | 6.NS.3, 7.NS.3 |
| The student can extend understanding of the real number system to integers and absolute values. | I can locate integers as a point on the number line.<br><br>I can identify opposites on a number line or coordinate system.<br><br>I can use negatives to describe quantities having opposite directions or values. | I can understand that the distance from a whole number to zero is the same distance as its opposite to zero on a number line.<br><br>I can locate integer coordinate pairs as a location on a coordinate plane. | I can use integers to represent quantities in real-world contexts.<br><br>I can explain the meaning of zero in real-world contexts.<br><br>I can use absolute value to represent and compare numbers. | I can write a remainder of the quotient expressed as a fraction.<br><br>I can demonstrate division of whole numbers in real-world contexts based on my interests. | 6.NS.5, 6.NS.6, 6.NS.7, 6.NS.8, 7.NS.1 |

MATHEMATICS PERFORMANCE-BASED ASSESSMENTS

MATHEMATICS PERFORMANCE-BASED ASSESSMENTS

## Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can add and subtract rational numbers expressed as integers in context. | I can model addition and subtraction of same-sign integers using a visual representation. I can model zero pairs using a visual representation. | I can model addition and subtraction of different-sign integers using a visual representation. I can use integers to find a distance between two points. | I can develop and use an algorithm to calculate the sum and difference of integers. I can add and subtract integers in real-world contexts. I can write the solution in terms of the context. | I can demonstrate addition and subtraction of integers in real-world contexts based on my interests. | 7.NS.1, 7.NS.3 |
| The student can multiply and divide rational numbers expressed as integers in context. | I can represent multiplication and division of integers using a visual model.    I can connect repeated addition of a negative number to multiplication. I can connect repeated subtraction of a negative number to division. | I can estimate the product and quotient for decimals between 0 and 1. I can find the product and quotient of decimals using pictures or visual representations. | I can develop and use an algorithm to calculate the product and quotient of integers. I can multiply and divide integers in real-world contexts. I can write the solution in terms of the context. | I can demonstrate multiplication and division of integers in real-world contexts based on my interests. | 7.NS.1, 7.NS.3 |
| The student can identify and use irrational numbers in context. | I can identify irrational numbers. | I can use rational numbers to approximate irrational numbers on the number line. | I can use approximations of irrational numbers in real-world situations. | I can use perfect squares to estimate a square root. | 8.NS.1, 8.NS.2 |
| **Extended:** The student can use scientific notation to express very small and very large numbers. | I can convert between standard form and scientific notation with a single-digit whole number times a whole-number power of 10. | I can convert between standard form and scientific notation with a single-digit whole number times an integer power of 10. | I can convert between standard form and scientific notation with a decimal times an integer power of 10. | I can estimate quantities in scientific notation to express how many times larger or smaller one quantity is compared to another. I can use scientific notation given a context. | 8.EE.2, 8.EE.3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

616

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND
6-8**

A successful student can create, interpret, use, and analyze patterns of algebraic structures to make sense of problems.

## Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can write and evaluate numerical and algebraic expressions using rational numbers. | I can write numerical expressions with one or two operations.<br><br>I can evaluate numerical expressions without exponents. | I can write algebraic expressions with one or two operations.<br><br>I can evaluate algebraic expressions without exponents.<br><br>I can write and evaluate numerical expressions with whole number exponents. | I can write and evaluate numerical expressions with whole number exponents and parentheses.<br><br>I can write and evaluate algebraic expressions with whole number exponents and parentheses. | I can write and evaluate numerical and algebraic expressions in real-world problems. | 6.EE.1, 6.EE.2a, 6.EE.2c |
| The student can add and subtract algebraic expressions. | I can add and subtract linear expressions with whole number coefficients. | I can add and subtract linear expressions with integer coefficients. | I can add and subtract linear expressions with rational coefficients. | I can apply the properties of operations to algebraic expressions in real-world contexts based on my interests. | 7.EE.1 |
| The student can find the greatest common factor and least common multiple for two whole numbers. | I can find all factors of a number less than or equal to 100.<br><br>I can find a given number of multiples for a number less than or equal to 12. | I can find common factors of two numbers less than or equal to 100.<br><br>I can find multiples of two numbers less than or equal to 12. | I can find the greatest common factor of two numbers less than or equal to 100.<br><br>I can find the least common multiple of two whole numbers less than or equal to 12. | I can express a sum of two whole numbers with a common factor as a multiple of a sum of two whole numbers with no common factor. | 6.NS.4 |
| The student can use the distributive property to factor and expand algebraic expressions. | I can use the distributive property to expand linear expressions with whole number coefficients.<br><br>I can recognize equivalences between expanded and factored forms. | I can use the distributive property to expand linear expressions with integer coefficients.<br><br>I can apply the distributive property to factor linear expressions with whole number coefficients. | I can use the distributive property to expand linear expressions with rational coefficients.<br><br>I can apply the distributive property to factor linear expressions with integer coefficients. | I can apply the distributive property to solve real-world problems. | 7.EE.1 |

MATHEMATICS PERFORMANCE-BASED ASSESSMENTS

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**6-8**

MATHEMATICS PERFORMANCE-BASED ASSESSMENTS

## Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can identify and generate equivalent expressions by applying the properties of operations. | I can identify parts of an expression using mathematical terms. | I can identify equivalent expressions.<br><br>I can identify and use variables when writing algebraic expressions. | I can generate equivalent expressions.<br><br>I can rewrite expressions to show how quantities are related in a problem solving context. | I can justify why two expressions are equivalent. | 6.EE.2b, 6.EE.3, 6.EE.5, 7.EE.2 |
| The student can evaluate multi-step expressions to solve mathematical problems. | I can evaluate multi-step numerical expressions with integers, common fractions (with denominators of 2 through 10, 25, 50, or 100), or decimals (to the hundredths place). | I can evaluate multi-step algebraic expressions with integers, common fractions (with denominators of 2 through 10, 25, 50, or 100), or decimals (to the hundredths place). | I can evaluate and solve multi-step mathematical problems with any rational numbers. | I can evaluate and solve multi-step real-world problems with any rational numbers. | 7.EE.A.3 |
| The student can write one-variable equations and inequalities for mathematical and real-world problems and determine solutions through substitution and solving. | I can distinguish between equations and inequalities with integer coefficients.<br><br>I can use substitution to determine whether a given number makes an equation true. | I can use substitution to determine whether a given number makes an inequality true.<br><br>I can solve one-variable equations. | I can identify and use variables when writing one-variable equations and inequalities.<br><br>I can graph solutions to one-variable inequalities on a number line. | I can interpret the solution sets to one-variable inequalities. | 6.EE.4, 6.EE.6, 6.EE.7, 7.EE.4b |
| The student can use the distributive property to factor and expand algebraic expressions. | I can use the distributive property to expand linear expressions with whole number coefficients.<br><br>I can recognize equivalences between expanded and factored forms. | I can use the distributive property to expand linear expressions with integer coefficients.<br><br>I can apply the distributive property to factor linear expressions with whole number coefficients. | I can use the distributive property to expand linear expressions with rational coefficients.<br><br>I can apply the distributive property to factor linear expressions with integer coefficients. | I can apply the distributive property to solve real-world problems. | 7.EE.4, 8.EE.7 |

**GRADE BAND 6-8**

## Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can represent and solve equations in real-world and mathematical problems. | I can solve equations in the form $px + q = r$ (where p, q, and r are integers). I can solve one- and two-step linear equations in one variable with integer coefficients and with the same variable appearing on one side of the equal sign. | I can represent and solve equations in the form of $px + q = r$ and $p(x + q) = r$ (where p, q, and r are rational numbers) in problem situations. I can solve multi-step linear equations in one variable with rational coefficients and with the variable appearing on one side of the equal sign (includes situations with one solution, infinitely many solutions, or no solution). | I can solve and produce examples of multi-step linear equations in one variable with rational coefficients and with variables appearing on both sides of the equal sign (includes situations with one solution, infinitely many solutions, or no solutions) in real-world contexts. I can fluently (effectively, accurately, and flexibly) solve equations in the form of $px + q = r$ and $p(x + q) = r$ (where p, q, and r are rational numbers). | I can solve and produce examples of linear equations in one variable and with the variable appearing on both sides of the equal sign in real-world contexts based on my interests. | 7.EE.4, 8.EE.7 |
| The student can represent and solve inequalities in real-world and mathematical problems. | I can solve one- and two-step linear inequalities in one variable with integer coefficients and with the same variable appearing on one side of the inequality sign. | I can represent and solve one-step linear inequalities in problem situations. I can solve multi-step linear inequalities in one variable with integer coefficients and with variable appearing on one side of the inequality sign. | I can represent and solve inequalities in the form $px + q > r$ and $px + q < r$ (where p, q, and r are rational numbers) in problem situations. I can solve multi-step linear inequalities in one variable with rational coefficients and with the variable appearing on one side of the inequality sign in real-world contexts. | I can use graphs, tables, or context to analyze two-step equations that represent relationships between dependent and independent variables. | 7.EE.A3 |

MATHEMATICS PERFORMANCE-BASED ASSESSMENTS

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
# 6-8

MATHEMATICS PERFORMANCE-BASED ASSESSMENTS

## Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can represent and analyze quantitative relationships between dependent and independent variables. | I can identify a table of values that represent a relationship between two variables of the forms $y = kx$ and $y = x +/- c$ with rational numbers.<br><br>I can plot points corresponding to equations on a coordinate plane. | I can use variables to represent and analyze two quantities that change in relationship to each other of the forms $y = kx$ and $y = x +/- c$ with rational numbers.<br><br>I can use graphs and tables to represent two quantities that change in relationship to each other. | I can use graphs, tables, or context to analyze the relationship between dependent and independent variables and relate them to a linear equation. | I can use graphs, tables, or context to analyze two-step equations that represent relationships between dependent and independent variables. | 6.EE.8 |
| The student can understand the connections between proportional relationships, lines, and linear equations. | I can graph a proportional relationship on a coordinate plane.<br><br>I can identify the slope and y-intercept given a graph. | I can compare two different proportional relationships represented in the same way.<br><br>I can use any two coordinate points to calculate the slope of a line.<br><br>I can generate the equation $y = mx$ or $y = mx + b$ of a line given a graph. | I can compare two different proportional relationships represented in different ways.<br><br>I can identify the relationship between proportional and non-proportional linear relationships as a result of a vertical translation.<br><br>I can determine the slope and y-intercept of a line.<br><br>I can generate the equation $y = mx$ or $y = mx + b$ of a line represented in a variety of ways. | I can use similar triangles to explain why the slope is the same between any two distinct points on a non-vertical line in a coordinate plane.<br><br>I can describe the relationship between proportional and nonproportional relationships.<br><br>I can use proportional relationships to identify other points on the line. | 8.EE.4, 8.EE.5, 8.EE.6 |
| The student can solve equations involving square and cube roots. | I can solve equations of the form $x^2 = p$ by giving the solution with a square root symbol or calculating the square root of a whole number perfect square (solutions between 0 and 5). | I can solve equations of the form $x^2 = p$ by calculating the square root of a whole number perfect square (solutions between 0 and 15). | I can solve equations of the form $x^2 = p$ and $x^3 = p$ by calculating the square root or cube root of a whole number perfect square or cube in a formula and in real-world context. | I can solve equations of the form $x^2 = p$ and $x^3 = p$ by calculating the square root or cube root of a whole number perfect square or cube in a formula and in real-world context. | 8.EE.1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

## A successful student can use functions to interpret and analyze a variety of contexts.

### Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can define and evaluate a function. | I can identify whether an input-output pair satisfies a function. | I can produce input-output pairs for a given function. | I can define a function as a rule that assigns exactly one output to each input. | I can evaluate a function to solve mathematical and real-world problems. | 8.F.1 |
| The student can recognize and compare linear functions. | I can identify whether a relationship (algebraic or numerical in tables) is a function. | I can recognize the same linear function represented in different ways.<br><br>I can compare properties of two linear functions represented in the same way.<br><br>I can identify whether a function is linear from its graph. | I can compare properties of two linear functions represented in a variety of ways.<br>*I can recognize that linear equations of the form $y = mx + b$ is a function. | I can apply properties of functions to determine if a function is linear or not linear. | 8.F.2, 8.F.3 |
| The student can use functions to model and describe relationships between quantities. | I can construct a graph or table to model a linear relationship between two quantities.<br><br>I can find the rate of change of a linear relationship displayed in a graph or table. | I can create a function to represent a linear relationship between two quantities (from a graph, verbal description, or coordinate values). | I can determine the rate of change and initial value of a linear function (from a graph, verbal description, or coordinate values). | I can interpret the rate of change and initial value of a linear function in terms of the situation it models and its graph or table of values. | 8.F.4, 8.F.5 |

MATHEMATICS PERFORMANCE-BASED ASSESSMENTS

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

MATHEMATICS PERFORMANCE-BASED ASSESSMENTS

A successful student can prove, understand, and model geometric concepts using appropriate tools and theorems to solve problems and apply logical reasoning.

## Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can solve real-world and mathematical problems involving area of 2-D polygons. | I can draw polygons in a coordinate plane when given coordinates for the vertices. | I can develop and use a formula to find the area of all triangles. | I can use the area of triangles and quadrilaterals to solve real-world problems. | I can apply the area (and perimeter) of triangles and quadrilaterals to solve real-world problems including 2-D composite shapes. | 6.G.1, 6.G.3, 7.G.6 |
| | I can use two coordinates to determine the length of the side. | I can use composition and decomposition of triangles and quadrilaterals to develop a formula and use it to find the area of special quadrilaterals (including parallelograms, kites and trapezoids) | | | |
| | I can find the area of a polygon created on the coordinate plane. | | | | |
| | I can decompose a quadrilateral into two triangles. | | | | |
| A student can solve real-world and mathematical problems involving circumference and area of circles. | I can explain the relationship between radius and diameter. | I can express the ratio of circumference to diameter as π. | I can apply my knowledge of circumference of circles to develop and use the formula for the area of circles. | I can find the perimeter and areas of two dimensional composite figures with circles and semicircles to solve real-world problems. | 7.G.4, 7.G.6, 8.G.10 |
| | I can define circumference. | | I can apply the formula to find the area of a circle in real-world contexts. | I can find the perimeter and areas of two dimensional composite figures with circles and semicircles to solve real-world problems based on my interests. | |
| A student can solve real-world and mathematical problems involving volume of prisms and cylinders. | I can develop a general rule for finding the volume of a prism. | I can explain the relationship between the volume formula for prisms and cylinders. | I can find the volume of prisms and cylinders to solve real-world problems. | I can find the volume of prisms and cylinders to solve real-world problems based on my interests. | 6.G.2, 7.G.5, 7.G.6 |
| | I can find the volume of a prism that has fraction measurements. | I can find the volume of prisms and cylinders. | | | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

GRADE BAND
**6-8**

## Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Extended:** A student can solve real-world and mathematical problems involving volume of pyramids and cones. | I can develop a general rule for finding the volume of a pyramid. | I can explain the relationship between the volume formula for pyramids and cones. | I can find the volume of pyramids and cones to solve real-world problems. | I can find the volume of pyramids and cones to solve real-world problems based on my interests. | 8.G.10, 8.G.11, 8.G.12 |
| | I can find the volume of a pyramid that has fraction measurements. | I can find the volume of pyramids and cones. | | | |
| A student can solve real-world and mathematical problems involving surface area of prisms and cylinders. | I can create nets of rectangles and triangles to represent prisms. | I can explain the relationship between the surface area for prisms and cylinders. | I can find the surface area of prisms and cylinders to solve real-world problems. | I can find the surface area of prisms and cylinders to solve real-world problems based on my interests. | 6.G.4, 7.G.5, 7.G.6 |
| | I can develop a general rule for finding the surface area of prisms. | I can find the surface area of prisms and cylinders. | | | |
| **Extended:** A student can solve real-world and mathematical problems involving surface area of pyramids and cones. | I can create nets of rectangles and triangles to represent pyramids. | I can explain the relationship between the surface area for pyramids and cones. | I can find the surface area of pyramids and cones to solve real-world problems. | I can find the surface area of pyramids and cones to solve real-world problems based on my interests. | 6.G.4, 8.G.10, 8.G.11, 8.G.12 |
| | I can develop a general rule for finding the surface area of pyramids. | I can find the surface area of pyramids and cones. | | | |

MATHEMATICS PERFORMANCE-BASED ASSESSMENTS

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

**MATHEMATICS PERFORMANCE-BASED ASSESSMENTS**

## Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can apply concepts of angle measurements and angle relationships. | I can measure angles in degrees using a protractor. | I can draw angles of a specified measure using a protractor and a straight edge. | I can write and solve an equation to find unknown angles and/or calculate missing angle measurements when parallel lines are cut by a transversal on a diagram. | I can write and solve an equation to find unknown angles and/or calculate missing angle measurements when parallel lines are cut by a transversal on a diagram in a real-world problem based on my interests. | 8.G.1, 8.G.2, 8.G.3, 8.G.4, 8.G.5 |
| | I can calculate the measure of a larger angle composed of non-overlapping parts. | I can calculate the angle measure by decomposing a larger angle into non-overlapping smaller angles | | | |
| | I can classify supplementary, complementary, vertical, adjacent, and corresponding angles, including parallel lines cut by a transversal. | I can find an unknown angle in a visual representation by using the relationship between types of angles | I can apply facts about angle relationships to a multi-step problem in order to find the measure of an unknown angle. | I can apply facts about angle relationships to a multi-step problem in order to find the measure of an unknown angle within a real-world context. | |
| | | I can explain the relationship between supplementary, complementary, vertical, adjacent, and corresponding angles, including parallel lines cut by a transversal. | | | |
| The student can apply properties of triangles to solve problems. | I can model examples and non-examples of triangles with given specific measures of angles or sides using manipulatives, a ruler and protractor and/or technology. | I can describe when the given measures of angles or sides determine:<br>• A unique triangle.<br>• More than one triangle.<br>• No triangle. | I can justify whether three side lengths or three angle measures form a triangle using a sketch and reasoning. | I can solve real-world problems involving triangle side lengths and angle measurement. | 8.G.5, 8.G.6 |
| | I can develop the understanding that the sum of the interior angles in a triangle are 180 degrees. | I can describe the relationship between the measures of interior and exterior angles of a triangle. | I can make inferences about the relationship between the measures of interior and exterior angles of a triangle to find the measure of missing angles. | | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

## Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Extended:** A student can develop and apply the Pythagorean theorem to solve real-world problems. | I can identify the hypotenuse and legs of a right triangle. | I can determine whether a triangle is a right triangle given side lengths. | I can develop a formula based on the Pythagorean Theorem to describe this relationship found in right triangles. | I can apply the Pythagorean theorem to solve real-world problems based on my interests. | 8.G.7, 8.G.8, 8.G.9 |
| | I can draw right triangles given measures of the legs and hypotenuse. | I can model an informal proof of the Pythagorean Theorem and its converse. | I can use the formula I developed to find the measure of a missing leg or the hypotenuse of a right triangle. | I can calculate the distance between any two points in a two-dimensional coordinate system. | |
| | | | I can calculate the distance between two points that represent vertices of a right triangle in a two-dimensional coordinate system. | | |

MATHEMATICS PERFORMANCE-BASED ASSESSMENTS

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**A successful student can use a variety of data analysis and statistics strategies to analyze, develop and evaluate inferences based on data.**

## Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can apply concepts of statistical measures of center and variability to summarize and describe one-variable data distributions. | I can calculate measure of centers or measures of variability for a given data set. | I can use measure of centers or measures of variability to summarize and describe one-variable distributions in a context. | I can independently collect, display, and analyze a set of one-variable data in relation to their context. | I can describe, interpret, and note any striking deviations from the overall pattern with reference to the context in which the data are gathered based on my own statistical question. | 6.SP.1, 6.SP.2, 6.SP.3, 6.SP.4, 6.SP.5 |
| The student can use random sampling to draw inferences about a population. | I can recognize when a sample population is representative of a population. | I can use given statistics to gain information about a population through a sample population. | I can justify if a random sample is representative of a population.<br><br>I can generate data from a random sample to draw inferences about a population. | I can generate data from a random sample to draw inferences about two populations based on my own statistical question. | 7.SP.1, 7.SP.2, 7.SP.3, 7.SP.4 |
| The student can interpret patterns of association in two-variable data. | I can construct scatter plots for given two-variable data sets. | I can interpret scatter plots for two-variable data, describing patterns. (Patterns could include clustering, outliers, positive or negative association, linear association, or nonlinear association). | I can use a straight line to model linear association relationships between two quantitative variables, informally judging closeness of the data points to the line. | I can generate a statistical question and use statistics to answer my question.<br><br>I can use a model from a linear association to solve problems.<br><br>I can interpret the slope and intercept of a linear model given a context. | 8.SP.1, 8.SP.2, 8.SP.3, 8.F.3, 8.F.5 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

MATHEMATICS PERFORMANCE-BASED ASSESSMENTS

# EL Mathematics

It is important to recognize that students who receive ESOL Services have equitable access to all instructional opportunities and activities offered to their peers. Their participation in core content with individualized accommodations, modifications, and supports makes it possible for them to do so. Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. All students are taught academic content for their enrolled grade level. Competencies for this population are the same as for students following the general education curriculum. However, the measurement tables for this population align to The Kansas Standards for English Learners. These standards create a foundation upon which successful English language instruction is built. The premise of these standards is supporting individual students to gain a level of proficiency with the English language that allows them to be highly successful in obtaining grade level academic standards in as short of time as possible. Both social English and academic English are required to attain mastery of the English language and of school success. These standards below frame expectations of "what students need to know and be able to do" from a level 1 to level 4 of English fluency and how that relates to a mastery level.

**Special Note:** These standards are grade banded and overarching. Some competencies are designed with the end in mind. Therefore, a student in 6th -7th grade may be at a level 1 or 2, but is expected to progress to a level 3 or 4 by grade 8.

| Mathematics | EL | | | |
|-------------|-----------|-----------|-----------|-----------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can echo read a numerical math sentence or paragraph with support and guidance. | A successful level 2 EL student can read simple and decodable numerical math word problems while relying on picture clues for accuracy and understanding with some prompting and support. | A successful level 3 EL student can read near grade level numerical word problems with some errors and some dis-fluency while relying on strategies such as pictures, context to confirm understanding and rereading to self-correct with minimal support. | A successful level 4 EL student can read on-level numerical word problems with purpose and understanding with accuracy, appropriate rate, and expression by rereading when necessary with some errors and self-correction. | EL RF.4 |
| A successful level 1 EL student can point to a picture and/or single word in response to a direct text-dependent question with guidance and support. | A successful level 2 EL student can locate or give a detail from a simple text in response to a direct text-dependent question with guidance and support. | A successful level 3 EL student can identify details in response to an explicit text-dependent question with minimal guidance and support. | A successful level 4 EL student can identify details in response to explicit or implicit text-dependent questions. | EL R.1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

EL MATHEMATICS PERFORMANCE-BASED ASSESSMENT

| Mathematics | EL | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can point to a picture or illustration depicting the reasoning with prompting and support. | A successful level 2 EL can identify a reason using a simple word or phrase with prompting and support. | A successful level 3 EL student can identify and begin to explain two or more reasons using simple sentences with minimal support. | A successful level 4 EL student can explain the reasoning of responses and distinguish between relevant and irrelevant information. | EL R. 8 |
| A successful level 1 EL student can read a few key math words and/or phrases with prompting and support | A successful level 2 EL can use math vocabulary words from text to better comprehend the math related text with prompting and support. | A successful level 3 student can use knowledge about math words and language to comprehend basic text with minimal support. | A successful level 4 EL can apply knowledge about math language and how it functions to better comprehend text. | EL R.8.10 |
| A successful level 1 EL student can sort common objects into categories with some prompting and support. Attempt to identify real-life connections between math words and their uses with prompting and support. | A successful level 2 EL student can begin to recognize similar attributes and sort common objects into categories with prompting and support. Identify real-life connections between math words and their uses. | A successful level 3 EL student can begin to recognize and explain relationships between math vocabulary and real-life applications with minimal support. | A successful level 4 EL can explain relationships between math vocabulary and real-life applications. | EL R 6.12 |
| A successful level 1 EL student can produce writing that includes a lot of copied text, much of it with errors. | A successful level 2 EL student can produce writing that shows the usage of simple words, limited mechanics, and capitalization with prompting and support. | A successful level 3 EL student can produce writing that includes mostly correct use of capitalization, punctuation, and mostly correct spelling with minimal support. | A successful level 4 EL student can demonstrate correct use of capitalization and punctuation. Demonstrate correct spelling with only limited evident errors. | EL W.11 |
| A successful level 1 EL student can copy, write and/or draw key words or phrases to express thoughts with prompting and support. Invented spelling may be evident. | A successful level 2 EL student can write key words within sentence frames relying on pictures and background knowledge for a specific task with prompting and support. | A successful level 3 EL student can write complete sentences to form a paragraph for a discipline-specific task and audience over an extended time frame with minimal support. | A successful level 4 EL student can write well-organized, cohesive paragraphs appropriate for a range of discipline-specific tasks, purposes, and audiences. | EL W.12 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 6-8**

| Mathematics | EL | | | | |
|---|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** | |
| A successful level 1 EL student can nod for "yes" and "no", draw, and point to identify information with prompting and support or remain in silent period absorbing surroundings. | A successful level 2 EL student can produce one/two word responses or a simple sentence with limited comprehension when asked explicit questions with prompting and support. Follow rules for discussions. | A successful level 3 EL student can participate in collaborative discussion, coming prepared and ready to express ideas. Follow the rules of discussion, acknowledging others' information with minimal support. | A successful level 4 EL student can fully participate and/or engage in collaborative discussions, expressing ideas clearly, building on others' ideas. Come to discussions prepared, explicitly drawing on the information. Follow the rules of discussion, acknowledging others' information. | SL.1 | |
| A successful level 1 EL student can offer single-word responses that indicate agreement or disagreement (yes/no) and/or information from diverse media. | A successful level 2 EL student can produce simple sentences based on facts learned when engaging with information from diverse media with prompting and support. | A successful level 3 EL student can explain how the ideas and details clarify a topic of study. | A successful level 4 EL student can summarize information presented in diverse media formats and explain connection between information and a discipline-specific task. | EL SL.2 | |
| A successful level 1 EL student can provide a basic written, drawn, or spoken explanation about the information given with prompting and support. | A successful level 2 EL student can identify the reasoning with prompting and support. | A successful level 3 EL student can produce simple sentences using one piece of evidence to support reasoning with minimal support. | A successful level 4 EL student can produce complete sentences using multiple pieces of evidence to evaluate and support reasoning. | EL SL.3 | |

EL MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

EL MATHEMATICS PERFORMANCE-BASED ASSESSMENT

| Mathematics | EL | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL can nod for "yes" or "no", draw, and/or point to pictures of common items found within a school and/or home environment. Repeat key discipline-specific terms with prompting and support or remain in silent period absorbing surroundings. | A successful level 2 EL student can acquire key content-specific vocabulary to add to personal vocabulary bank with prompting and support. | A successful level 3 EL student can acquire and produce grade-appropriate academic and domain-specific words and phrases with minimal prompting and support. | A successful level 4 EL student can acquire and apply grade-appropriate general academic and domain-specific words and phrases accurately. | EL SL. 8 |
| A successful level 1 EL student can copy, write and/or draw key words or phrases to express thoughts with prompting and support. Invented spelling may be evident. | A successful level 2 EL student can write key words within sentence frames relying on pictures and background knowledge for a specific task with prompting and support. | A successful level 3 EL student can write complete sentences to form a paragraph for a discipline-specific task and audience over an extended time frame with minimal support. | A successful level 4 EL student can write well-organized, cohesive paragraphs appropriate for a range of discipline-specific tasks, purposes, and audiences. | EL W.12 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND**
**6-8**

# Science

A successful student can understand the structure, properties, and interactions of matter at the molecular scale.

## Science

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| Develop models to describe the atomic composition of simple molecules and extended structures. | I can identify parts of an atom. | I can identify atomic and molecular structures. | I can use models to describe atomic and molecular structures. | I can use models to relate chemical properties to atomic and molecular structures | MS PS1-1 |
| **Extended:** Gather and make sense of information to describe that synthetic materials come from natural resources and impact society. | I can identify properties of substances. | I can organize information about the properties of substances. | I can relate collected information about the properties of designed materials to their properties. | I can collect and synthesize information about the properties of designed materials to evaluate potential impacts, | MS PS1-3 |
| Develop a model that predicts and describes changes in particle motion, temperature, and state of a pure substance when thermal energy is added or removed. | I can describe the relative motion of a solid, liquid, or gas at the particle level. | I can describe how substances change at the particle level with the temperature of the system changes. | I can use a model to describe how substances change at the particle level with the temperature of the system changes. | I can develop a model that predicts and describes changes in particle motion, temperature, and state of a pure substance at the particle level when thermal energy is added or removed. | MS PS1-4 |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

## A successful student can understand chemical reactions at the molecular scale.

**SCIENCE PERFORMANCE-BASED ASSESSMENT**

### Science

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| Develop models to describe the atomic composition of simple molecules and extended structures. | I can identify parts of an atom. | I can identify atomic and molecular structures. | I can analyze data to identify a chemical reaction occurred. | I can support an argument with evidence that a chemical reaction occurred. | MS PS1-2 |
| **Extended:** Gather and make sense of information to describe that synthetic materials come from natural resources and impact society. | I can identify properties of substances. | I can organize information about the properties of substances. | I can use a model to describe how mass is conserved in a chemical reaction at the atomic level. | I can develop and use models to explain how mass is conserved in chemical reactions at the atomic level. | MS PS1-6, MS PS 3-3 |
| Develop a model that predicts and describes changes in particle motion, temperature, and state of a pure substance when thermal energy is added or removed. | I can describe the relative motion of a solid, liquid, or gas at the particle level. | I can describe how substances change at the particle level with the temperature of the system changes. | I can design a device that uses changes in thermal energy. | I can design and optimize a device that uses changes in thermal energy. | MS PS1-4 |
| Develop models to describe the atomic composition of simple molecules and extended structures. | I can identify parts of an atom. | I can identify if a chemical reaction occurred. | I can analyze data to identify a chemical reaction occurred. | I can support an argument with evidence that a chemical reaction occurred. | MS PS1-2 |
| **Extended:** Gather and make sense of information to describe that synthetic materials come from natural resources and impact society. | I can identify properties of substances. | I can describe how mass is conserved in a chemical reaction. | I can use a model to describe how mass is conserved in a chemical reaction at the atomic level. | I can develop and use models to explain how mass is conserved in chemical reactions at the atomic level. | MS PS1-5 |
| Develop a model that predicts and describes changes in particle motion, temperature, and state of a pure substance when thermal energy is added or removed. | I can describe the relative motion of a solid, liquid, or gas at the particle level. | I can describe how modifying factors (type of material, quantity, etc.) to change the amount of thermal energy transferred. | I can design a device that uses changes in thermal energy. | I can design and optimize a device that uses changes in thermal energy. | MS PS1-6, MS PS 3-3 |

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
# 6-8

**A successful student understands the relationships among forces and motion and interactions between objects and within systems of objects.**

## Science

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| Apply Newton's Third Law to design a solution to a problem involving the motion of two colliding objects. | I can describe the forces exerted two objects collide. | I can describe how modifying factors (mass, speed) effect the forces exerted when two objects collide. | I can design a device that involves the motion of two colliding objects. | I can design and optimize a device that involves the motion of two colliding objects. | MS PS2-1 |
| Plan an investigation to provide evidence that the change in an object's motion depends on the sum of the forces on the object and the mass of the object. | I can define unbalanced forces and describe how it affects motion. | I can observe and record the changes in motion of unbalanced forces. | I can investigate the changes in motion of unbalanced forces. | I can investigate and analyze data from the changes in motion of unbalanced forces. | MS PS2-2 |
| Extended: Construct and present arguments using evidence to support the claim that gravitational interactions are attractive and depend on the masses of interacting objects. | I can identify the relationship between mass and gravity. | I can recognize that gravity is an attractive force between objects of various masses, | I can use evidence to argue for the gravitational interaction between objects of various masses. | I can evaluate evidence to argue for the gravitational interaction between objects of various masses. | MS PS 2-4 |
| Ask questions about data to determine the factors that affect the strength of electric and magnetic forces.<br><br>Conduct an investigation and evaluate the experimental design to provide evidence that fields exist between objects exerting forces on each other even though the objects are not in contact. | I can describe the effects of electric or magnetic fields on objects. | I can describe the effects of electric and magnetic fields on objects. | I can collect evidence for the effects of electric and magnetic fields on objects. | I collect evidence to explain the effects of electric and magnetic fields on objects. | MS PS2-3, MS-PS2-5 |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

A successful student can understand how energy is defined, transferred, transformed, and conserved by objects and within systems.

SCIENCE PERFORMANCE-BASED ASSESSMENT

## Science

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| Construct and interpret graphical displays of data to describe the relationships of kinetic energy to the mass of an object and to the speed of an object. | I can describe the relationship of kinetic energy to the mass and speed of objects. | I can explain the relationship of kinetic energy to the mass and speed of objects. | I can interpret data to describe the relationship of kinetic energy to the mass and speed of objects. | I can generate, collect, and interpret data to explain the relationship of kinetic energy to the mass and speed of objects. | MS-PS3-1 |
| Develop a model to describe that when the arrangement of objects interacting at a distance changes, different amounts of potential energy are stored in the system. | I can identify potential energy in different systems. | I can describe the relationship between the distance between two objects and its potential energy. | I can develop a model to describe the interactions of objects in a system based upon potential energy. | I can develop models to explain the interactions of objects in a system based upon different forms of potential energy. | MS-PS3-2 |
| Plan an investigation to determine the relationships among the energy transferred, the type of matter, the mass, and the change in the average kinetic energy of the particles as measured by the temperature of the sample.

Construct, use, and present arguments to support the claim that when the kinetic energy of an object changes, energy is transferred to or from the object. | I can describe the relationship between temperature and kinetic energy. | I can describe how the type of matter and mass effect the temperature change or amount of energy transferred. | I can investigate a change in temperature or amount of energy transferred based on the type of matter or mass. | I can investigate and analyze a change in temperature and amount of energy transferred based on the type of matter or mass. | MS-PS3-4
MS-PS3-5 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

634

GRADE BAND
**6-8**

**A successful student can understand characteristic properties of waves and electromagnetic radiation and how they behave and transmit information.**

## Science

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| Use mathematical representations to describe a simple model for waves that includes how the amplitude of a wave is related to the energy in a wave. | I can identify various wave properties. | I can identify various wave properties and behavior. | I can use mathematical representations to describe wave properties and behavior. | I can use mathematical representations and models to describe wave properties and behavior. | MS-PS4-1 |
| Develop and use a model to describe that waves are reflected, absorbed, or transmitted through various materials. | I can describe wave interactions (reflection, absorption, transmitted). | I can observe how waves interact with different media. | I can develop models to describe wave interactions with different media. | I can collect data and develop models that describe wave interactions with different media. | MS-PS4-2 |
| **Extended:** Integrate qualitative scientific and technical information to support the claim that digitized signals are a more reliable way to encode and transmit information than analog signals. | I can describe the digital or analog signals. | I can describe the reliability of digital and analog signals. | I can support a claim for the reliability of digital over analog signals. | I can use evidence to support an argument for the reliability of digital over analog signals. | MS-PS4-3 |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**A successful student can understand engineering designs to define problems, develop solutions, and optimize solutions to a problem in life science.**

## Science

SCIENCE PERFORMANCE-BASED ASSESSMENT

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| Define the criteria and constraints of a design problem with sufficient precision to ensure a successful solution, taking into account relevant scientific principles and potential impacts on people and the natural environment that may limit possible solutions. | I can identify components of a design. | I can describe potential impacts of a design. | I can describe the potential impacts of a design in order to define criteria and constraints. | I can evaluate the potential impacts of a design in order to prioritize criteria and constraints. | MS-ETS1-1. |
| Evaluate competing design solutions using a systematic process to determine how well they meet the criteria and constraints of the problem. | I can identify competing designs to solve a specific problem. | I can compare competing designs to solve a specific problem. | I can evaluate competing designs to solve a specific problem using criteria and constraints. | I can support an argument for the best design to solve a specific problem using criteria and constraints. | MS-ETS1-2 |
| Analyze data from tests to determine similarities and differences among several design solutions to identify the best characteristics of each that can be combined into a new solution to better meet the criteria for success. | I can use my observations to compare design solutions. | I can use test data to compare design solutions. | I can analyze test data to compare design solutions. | I can analyze test data to support an argument for an optimal design. | MS-ETS1-3 |
| Develop a model to generate data for iterative testing and modification of a proposed object, tool, or process such that an optimal design can be achieved. | I can identify possible improvements to a design. | I can explain how to improve a design through repeated testing. | I can develop a model to optimize a design through repeated testing. | I can analyze and synthesize data in order to develop a model that optimizes a design through repeated testing. | MS-ETS-1-4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
636
Kansas State Department of Education | www.ksde.org

**GRADE BAND
6-8**

A successful student can understand the relationship between an organisms' structures, their organization, and its life functions, including information processing.

**Science**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| Conduct an investigation to provide evidence that living things are made of cells; either one cell or many different numbers and types of cells. | I can recognize that living things are made of cells. | I can distinguish between living and nonliving based on living things are made of cells. | I can use data from investigations as evidence that living things are made of cells. | I can use models and data from investigations as evidence that living things are made of cells. | MS-LS1-1 |
| Develop and use a model to describe the function of a cell as a whole and ways the parts of cells contribute to the function. | I can identify parts of cells. | I can describe how cells or parts of cells work together. | I can develop models to describe how cells or parts of cells work together. | I can develop models to support an argument for how cells or parts of cells work together. | MS-LS1-2 |
| Priority: Use argument supported by evidence for how the body is a system of interacting subsystems composed of groups of cells.

Extended: Gather and synthesize information that sensory receptors respond to stimuli by sending messages to the brain for immediate behavior or storage as memories. | I can identify interacting groups of cells. | I can describe how interacting groups of cells work together. | I can support an argument for how interacting groups of cells perform life functions. | I can support an argument with evidence of how interacting groups of cells perform life functions. | MS-LS1-3; MS-LS1-8 |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

## A successful student can understand how organisms use matter and energy and how it flows through an ecosystem.

**SCIENCE PERFORMANCE-BASED ASSESSMENT**

### Science

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| Construct a scientific explanation based on evidence for the role of photosynthesis in the cycling of matter and flow of energy into and out of organisms. | I can explain how photosynthesis moves matter and energy from one organism to another. | I can explain how photosynthesis moves matter and energy through organisms in cycles. | I can use evidence to explain how photosynthesis moves matter and energy through organisms in cycles. | I can collect and use evidence to explain how photosynthesis moves matter and energy through organisms in cycles. | MS-LS1-6 |
| **Extended:** Develop a model to describe how food is rearranged through chemical reactions forming new molecules that support growth and/or release energy as this matter moves through an organism. | I can explain why energy is needed in organisms. | I can explain how energy is used in organisms via cellular respiration. | I can develop a model of chemical reactions involving food molecules (sugar) to explain how energy is used in organisms. | I can collect data to develop a model of chemical reactions involving food molecules (sugar) to explain how energy is used in organisms. | MS-LS1-7 |
| Analyze and interpret data to provide evidence for the effects of resource availability on organisms and populations of organisms in an ecosystem. Develop a model to describe the cycling of matter and flow of energy among living and nonliving parts of an ecosystem. Construct an argument supported by empirical evidence that changes to physical or biological components of an ecosystem affect populations. | I can identify living and nonliving components in an ecosystem an organism needs for survival. | I can describe how organisms within an ecosystem depend upon living and nonliving components. | I can develop a model that describes how organisms within an ecosystem depend upon the cycling of living and nonliving components. | I can collect data to develop models that explain how organisms within an ecosystem depend upon the cycling of living and nonliving components. | MS-LS2-1 MS-LS2-3 MS-LS2-4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**6-8**

**A successful student can understand how organisms interact within an environment to obtain matter and energy.**

## Science

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| Construct an explanation that predicts patterns of interactions among organisms across multiple ecosystems. | I can identify different interactions of organisms. | I can identify different interactions of organisms in ecosystems. | I can explain interaction patterns among organisms in ecosystems. | I can make generalized hypotheses about interaction patterns among organisms in ecosystems. | MS-LS2-2 |
| **Extended:** Evaluate competing design solutions for maintaining biodiversity and ecosystem services. | I can identify some effects of human interactions on ecosystems. | I can describe the effects of human actions upon biodiversity. | I can evaluate solutions that minimize the effects of human actions upon biodiversity. | I can evaluate and refine solutions that minimize the effects of human actions upon biodiversity or upon ecosystem services. | MS-LS2-5 |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



SCIENCE PERFORMANCE-BASED ASSESSMENT

A successful student can understand engineering designs to define problems, develop solutions, and optimize solutions to a problem in life science.

## Science

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Extended:** Use argument based on empirical evidence and scientific reasoning to support an explanation for how characteristic animal behaviors and specialized plant structures affect the probability of successful reproduction of animals and plants respectively. | I can identify various animal behaviors or plant structures that affect reproduction. | I can describe why animal behaviors or plant structures affect reproduction. | I can use evidence to support the claim that animal behaviors or plant structures affect reproduction. | I can gather and use evidence to support the claim that animal behaviors or plant structures affect reproduction. | MS-LS1-4 |
| Develop and use a model to describe why asexual reproduction results in offspring with identical genetic information and sexual reproduction results in offspring with genetic variation. | I can define asexual and sexual reproduction. | I can identify differences in offspring based on reproduction type. | I can use a model to describe why genetic variation occurs or does not occur based on reproduction type. | I can develop and use a model to describe why genetic variation occurs or does not occur based on reproduction type. | MS-LS3-2 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

GRADE BAND
**6-8**

## Science

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Priority:** Construct a scientific explanation based on evidence for how environmental and genetic factors influence the growth of organisms. | I can identify that genetic and environmental factors affect organisms. | I can explain how genetic and environmental factors affect organisms. | I can use evidence to explain how genetic and environmental factors affect organisms. | I can use models and evidence to explain how genetic and environmental factors affect organisms. | MS-LS1-5, MS-LS3-1 |
| **Extended:** Develop and use a model to describe why structural changes to genes (mutations) located on chromosomes may affect proteins and may result in harmful, beneficial, or neutral effects to the structure and function of the organism. | | | | | |
| **Extended:** Gather and synthesize information about technologies that have changed the way humans influence the inheritance of desired traits in organisms. | I can identify information about how humans influence inheritance of traits in organisms. | I can gather information about how humans influence the inheritance of traits in organisms. | I can gather and synthesize information about how humans influence the inheritance of traits in organisms. | I can gather, synthesize, and communicate information about how humans influence the inheritance of traits in organisms. | MS-LS4-5 |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

SCIENCE PERFORMANCE-BASED ASSESSMENT

A successful student can understand why the relationship between the environment and genetic variation within a species affects survival and reproduction over time.

## Science

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| Analyze and interpret data for patterns in the fossil record that document the existence, diversity, extinction, and change of life forms throughout the history of life on Earth under the assumption that natural laws operate today as in the past. | I can identify patterns of relatedness of organisms and fossils based on anatomy. | I can explain patterns of relatedness of organisms and fossils based on anatomy. | I can analyze data to explain patterns of relatedness of organisms and fossils based on anatomy. | I can investigate and analyze data to explain patterns of relatedness of organisms and fossils based on anatomy. | MS-LS4-1 |
| Apply scientific ideas to construct an explanation for the anatomical similarities and differences among modern organisms and between modern and fossil organisms to infer evolutionary relationships. Analyze displays of pictorial data to compare patterns of similarities in the embryological development across multiple species to identify relationships not evident in the fully formed anatomy. | | | | | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

## Science

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Extended:** Construct an explanation based on evidence that describes how genetic variations of traits in a population increase some individuals' probability of surviving and reproducing in a specific environment. | I can recognize that specific traits will lead to increases or decreases in survival or reproduction chances. | I can predict that specific traits will lead to increases or decreases in survival or reproduction chances. | I can use evidence to explain why specific traits will lead to increases or decreases in survival or reproduction chances. | I can use evidence and models to explain why specific traits will lead to increases or decreases in survival or reproduction chances. | MS-LS4-4 |
| Use mathematical representations to support explanations of how natural selection may lead to increases and decreases of specific traits in populations over time. | I can identify changes in traits within populations over time. | I can predict changes in traits within populations over time. | I can use mathematical relationships to explain changes in traits within populations over time. | I can analyze data and use mathematical relationships to explain changes in traits within populations over time. | MS-LS4-6 |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

**SCIENCE PERFORMANCE-BASED ASSESSMENT**

A successful student can understand engineering designs to define problems, develop solutions, and optimize solutions to a problem in life science.

## Science

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| Define the criteria and constraints of a design problem with sufficient precision to ensure a successful solution, taking into account relevant scientific principles and potential impacts on people and the natural environment that may limit possible solutions. | I can identify components of a design. | I can describe potential impacts of a design. | I can describe the potential impacts of a design in order to define criteria and constraints. | I can evaluate the potential impacts of a design in order to prioritize criteria and constraints. | MS-ETS-1 |
| Evaluate competing design solutions using a systematic process to determine how well they meet the criteria and constraints of the problem. | I can identify competing designs to solve a specific problem. | I can compare competing designs to solve a specific problem. | I can evaluate competing designs to solve a specific problem using criteria and constraints. | I can support an argument for the best design to solve a specific problem using criteria and constraints. | MS-ETS1-2 |
| Analyze data from tests to determine similarities and differences among several design solutions to identify the best characteristics of each that can be combined into a new solution to better meet the criteria for success. | I can use my observations to compare design solutions. | I can use test data to compare design solutions. | I can analyze test data to compare design solutions. | I can analyze test data to support an argument for an optimal design. | MS-ETS1-3 |
| Priority: Develop a model to generate data for iterative testing and modification of a proposed object, tool, or process such that an optimal design can be achieved. | I can identify possible improvements to a design. | I can explain how to improve a design through repeated testing. | I can develop a model to optimize a design through repeated testing. | I can analyze and synthesize data in order to develop a model that optimizes a design through repeated testing. | MS-ETS1-4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

A successful student can understand the properties and predictable patterns of objects and phenomena in the universe and our Solar System.

## Science

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Priority:** Develop and use a model of the Earth-sun-moon system to describe the cyclic patterns of lunar phases, eclipses of the sun and moon, and seasons. | I can define axis, rotation, and revolution as they pertain to the positioning of the Earth, Sun, and Moon. | I can identify patterns involving the Sun and the Moon based upon their relative positions. | I can use a model to explain patterns involving the Sun and the Moon based upon their relative positions. | I can use a model to explain patterns and make predictions involving the Sun and the Moon based upon their relative positions. | MS-ESS1-1 |
| **Extended:** Develop and use a model to describe the role of gravity in the motions within galaxies and the solar system. | I can define gravity and identify how it affects motion of objects on Earth. | I can recognize how gravity affects motion within the Solar System and within galaxies. | I can model how gravity explains motion within the Solar System and within galaxies. | I can gather information to develop a model of how gravity explains motion within the Solar System and within galaxies. | MS-ESS1-2 |
| **Extended:** Analyze and interpret data to determine scale properties of objects in the solar system. | I can list the objects that make up our solar system. | I can identify properties of objects in the Solar System. | I can analyze data to determine the properties of objects in the Solar System. | I can analyze data to explain the differences in the properties of objects in the Solar System. | MS-ESS1-3 |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**6-8**

SCIENCE PERFORMANCE-BASED ASSESSMENT

**A successful student can understand how Earth's conditions and processes and life on Earth have changed over time.**

## Science

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Extended:** Construct a scientific explanation based on evidence from rock strata for how the geologic time scale is used to organize Earth's 4.6-billion-year-old history. | I can identify the natural processes that record Earth's history. | I can use rock formations and fossils to describe Earth's history. | I can use rock formations and fossil evidence to explain Earth's history. | I can synthesize information from rock formations and fossil evidence to explain Earth's history. | MS-ESS1-4 |
| Construct an explanation based on evidence for how geoscience processes have changed Earth's surface at varying time and spatial scales. | I can recognize the role that geologic processes have in changing Earth's surface. | I can identify geological processes that create geological features. | I can explain how geological processes of different time and spatial scales create geological features. | I can gather evidence to explain how geological processes of varying time and spatial scales create geological features. | MS-ESS2-2 |
| Analyze and interpret data on the distribution of fossils and rocks, continental shapes, and seafloor structures to provide evidence of the past plate motions. | I can identify how Earth's layers interact to cause plate tectonics. | I can use rock formations and fossils to describe evidence of past tectonic plate motions. | I can analyze and interpret rock formations and fossils evidence as data to provide evidence of past tectonic-plate motions. | I can analyze and interpret data to develop models that provide evidence of past tectonic-plate motions. | MS-ESS2-3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**6-8**

## A successful student can understand how Earth materials and the major systems of Earth interact over time.

### Science

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| Develop a model to describe the cycling of Earth's materials and the flow of energy that drives this process. | I can identify the process by which Earth cycles its materials. | I can describe the role of energy in the cycling of Earth's materials. | I can model and describe the role of energy in the cycling of Earth's materials. | I can model and use evidence to explain the role of energy in the cycling of Earth's materials. | MS-ESS2-1 |
| Develop a model to describe the cycling of water through Earth's systems driven by energy from the sun and the force of gravity. | I can identify the process and steps by which Earth cycles its water. | I can describe the roles of energy and gravity in the water cycle. | I can develop a model to describe the roles of energy and gravity in the water cycle. | I can develop and use a model to explain the roles of energy and gravity in the water cycle. | MS-ESS3-1 |
| Construct a scientific explanation based on evidence for how the uneven distributions of Earth's mineral, energy, and groundwater resources are the result of past and current geoscience processes. | I can observe Earth's uneven distribution of natural resources. | I can describe how Earth's processes are related to the uneven distribution of natural resources. | I can use evidence from Earth's processes to explain the uneven distribution of natural resources. | I can evaluate evidence from Earth's uneven processes to explain the distribution of natural resources. | MS-ESS2-3 |

SCIENCE PERFORMANCE-BASED ASSESSMENT



GRADE BAND
**6-8**

## A successful student can understand the factors and processes that regulate climate and weather on Earth.

SCIENCE PERFORMANCE-BASED ASSESSMENT

| Science | | | | | |
|---|---|---|---|---|---|
| **LEARNING TARGET** | **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| Collect data to provide evidence for how the motions and complex interactions of air masses result in changes in weather conditions. | I can identify the patterns in weather conditions impacted by air masses (temperature, air pressure, humidity, wind speed). | I can relate the interaction of air masses to changes in weather. | I can gather evidence of the interaction of air masses to explain changes in weather. | I can gather and evaluate evidence of the interaction of air masses to explain changes in weather. | MS-ESS2-5 |
| Develop and use a model to describe how unequal heating and rotation of the Earth cause patterns of atmospheric and oceanic circulation that determine regional climates. | I can describe how climate differs from weather and list some factors that drive differences in climate. | I can describe how heat and Earth's rotation produce differences in atmospheric and oceanic circulation patterns that lead to different climates. | I can use a model to describe how heat and Earth's rotation produce differences in atmospheric and oceanic circulation patterns that lead to different climates. | I can use evidence to develop a model that explains how heat and Earth's rotation produce differences in atmospheric and oceanic circulation patterns that lead to different climates. | MS-ESS2-6 |
| Ask questions to clarify evidence of the factors that have caused the rise in global temperatures over the past century. | I can describe trends in Earth's heating and cooling patterns. | I can identify both human activities and/or natural processes that impact earth's global temperature. | I can observe patterns in data that connect the changes in natural processes and/or human activities related to greenhouse gas production. | I can ask questions to clarify evidence of the factors that have caused the rise in global temperatures over the past century. | MS-ESS3-5 |

Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 6-8**

A successful student can understand how natural hazards can be predicted and how human activities affect Earth systems.

## Science

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| Collect data to provide evidence for how the motions and complex interactions of air masses result in changes in weather conditions. | I can identify the patterns in weather conditions impacted by air masses (temperature, air pressure, humidity, wind speed). | I can relate the interaction of air masses to changes in weather. | I can gather evidence of the interaction of air masses to explain changes in weather. | I can evaluate strategies to minimize dangers from natural hazards through forecasting and technology. | MS-ESS3-2 |
| Collect data to provide evidence for how the motions and complex interactions of air masses result in changes in weather conditions. | I can describe how climate differs from weather and list some factors that drive differences in climate. | I can describe how heat and Earth's rotation produce differences in atmospheric and oceanic circulation patterns that lead to different climates. | I can use a model to describe how heat and Earth's rotation produce differences in atmospheric and oceanic circulation patterns that lead to different climates. | I can design and refine a method to monitor or minimize human impacts on the environment. | MS-ESS3-3 |
| Ask questions to clarify evidence of the factors that have caused the rise in global temperatures over the past century. | I can describe trends in Earth's heating and cooling patterns. | I can identify both human activities and/or natural processes that impact earth's global temperature. | I can observe patterns in data that connect the changes in natural processes and/or human activities related to greenhouse gas production. | I can gather and use evidence to argue that population growth increases the use of natural resources and causes environmental changes. | MS-ESS3-4 |
| **Extended:** Analyze and interpret data on natural hazards to forecast future catastrophic events and inform the development of technologies to mitigate their effects. | I can identify natural hazards that Earth experiences. | I can describe characteristics of natural hazards. | I can identify data patterns about natural hazards. | I can evaluate strategies to minimize dangers from natural hazards through forecasting and technology. | MS-ESS3-2 |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

SCIENCE PERFORMANCE-BASED ASSESSMENT

## Science

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| Apply scientific principles to design a method for monitoring and minimizing a human impact on the environment. | I can describe human impacts on the environment. | I can describe human impacts on the environment and list potential methods to minimize the impact. | I can design a method to monitor or minimize human impacts on the environment. | I can design and refine a method to monitor or minimize human impacts on the environment. | MS-ESS3-3 |
| **Extended:** Construct an argument supported by evidence for how increases in human population and per-capita consumption of natural resources impact Earth's systems. | I can describe how an increase in the use of natural resources impacts the environment. | I can describe how population growth increases the use of natural resources and causes environmental changes. | I can use evidence to argue that population growth increases the use of natural resources and causes environmental changes. | I can gather and use evidence to argue that population growth increases the use of natural resources and causes environmental changes. | MS-ESS3-4 |

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 6-8**

## A successful student can understand engineering designs to define problems, develop solutions, and optimize solutions to a problem in Earth and space science.

### Science

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| Define the criteria and constraints of a design problem with sufficient precision to ensure a successful solution, taking into account relevant scientific principles and potential impacts on people and the natural environment that may limit possible solutions. | I can identify components of a design. | I can describe potential impacts of a design. | I can describe the potential impacts of a design in order to define criteria and constraints. | I can evaluate the potential impacts of a design in order to prioritize criteria and constraints. | MS-ETS-1 |
| Evaluate competing design solutions using a systematic process to determine how well they meet the criteria and constraints of the problem. | I can identify competing designs to solve a specific problem. | I can compare competing designs to solve a specific problem. | I can evaluate competing designs to solve a specific problem using criteria and constraints. | I can support an argument for the best design to solve a specific problem using criteria and constraints. | MS-ETS1-2 |
| Analyze data from tests to determine similarities and differences among several design solutions to identify the best characteristics of each that can be combined into a new solution to better meet the criteria for success. | I can use my observations to compare design solutions. | I can use test data to compare design solutions. | I can analyze test data to compare design solutions. | I can analyze test data to support an argument for an optimal design. | MS-ETS1-3 |
| Develop a model to generate data for iterative testing and modification of a proposed object, tool, or process such that an optimal design can be achieved. | I can identify possible improvements to a design. | I can explain how to improve a design through repeated testing. | I can develop a model to optimize a design through repeated testing. | I can analyze and synthesize data in order to develop a model that optimizes a design through repeated testing. | MS-ETS1-4 |

EL SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



*EL SCIENCE PERFORMANCE-BASED ASSESSMENT*

# EL Science

It is important to recognize that students who receive ESOL Services have equitable access to all instructional opportunities and activities offered to their peers. Their participation in core content with individualized accommodations, modifications, and supports makes it possible for them to do so. Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. All students are taught academic content for their enrolled grade level. Competencies for this population are the same as for students following the general education curriculum. However, the measurement tables for this population align to The Kansas Standards for English Learners. These standards create a foundation upon which successful English language instruction is built. The premise of these standards is supporting individual students to gain a level of proficiency with the English language that allows them to be highly successful in obtaining grade level academic standards in as short of time as possible. Both social English and academic English are required to attain mastery of the English language and of school success. These standards below frame expectations of "what students need to know and be able to do" from a level 1 to level 4 of English fluency and how that relates to a mastery level.

**Special Note:** These standards are grade banded and overarching. Some competencies are designed with the end in mind. Therefore, a student in 6th -7th grade may be at a level 1 or 2, but is expected to progress to a level 3 or 4 by grade 8.

| Science | EL | | | | |
|---------|-----|-----|-----|-----|-----|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** | |
| A successful level 1 EL student can echo read a content-related sentence or paragraph with support and guidance. | A successful level 2 EL student can read simple and decodable content-related text while relying on picture clues for accuracy and understanding with some prompting and guidance. | A successful level 3 EL student can read near grade level content-related text with some errors and some dis-fluency while relying on strategies such as pictures, context to confirm understanding, and rereading to self-correct with minimal support. | A successful level 4 EL student can read on-level content-specific text with purpose and understanding with accuracy, appropriate rate, and expression by rereading when necessary with some errors and self-correction. | EL RF.4 | |
| A successful level 1 EL student can point to a picture and/or single word in response to a direct text-dependent question with guidance and support. | A successful level 2 EL student can locate or give a detail from a simple text in response to a direct text-dependent question with guidance and support. | A successful level 3 EL student can identify details in response to an explicit text-dependent question with minimal guidance and support. | A successful level 4 EL student can identify details in response to explicit or implicit text-dependent questions. | EL R.1 | |
| A successful level 1 EL can point to a picture or illustration depicting the reasoning with prompting and support. | A successful level 2 EL can identify a reason using a simple word or phrase with prompting and support | A successful level 3 EL student can identify and begin to explain two or more reasons using simple sentences with minimal support. | A successful level 4 EL student can explain the reasoning of responses and distinguish between relevant and irrelevant information. | EL R. 8 | |

**GRADE BAND 6-8**

| Science | EL | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can point to a picture and/or content-specific word in a simple text with prompting and support. | A successful level 2 EL student can read simple sentences and/or paragraphs within a modified text and begin to utilize text features to aid in comprehension with prompting and support. | A successful level 3 EL student can apply reading strategies and understanding of text features in near grade-level text with minimal support and guidance. | A successful level 4 EL can read and comprehend high quality informational text. | EL R.13 |
| A successful level 1 EL student can read a few key content-specific words and/or phrases with prompting and support. | A successful level 2 EL can use content-specific vocabulary words from simple text to better comprehend with prompting and support. | A successful level 3 student can use knowledge about content-specific words and language to comprehend basic text with minimal support. | A successful level 4 EL can apply knowledge about content-specific language and how it functions to better comprehend text. | EL R.7.10 and 8.10 |
| A successful level 1 EL student can produce writing that includes a lot of copied text, much of it with errors. | A successful level 2 EL student can produce writing that shows the usage of simple words and/or sentence frames, limited mechanics, and capitalization with prompting and support. | A successful level 3 EL student can produce writing that includes use of mostly correct capitalization, punctuation, and mostly correct spelling with minimal support. | A successful level 4 EL student can demonstrate correct use of capitalization and punctuation. Demonstrate correct spelling with only limited evident errors. | EL W.11 |
| A successful level 1 EL student can copy, write and/or draw key words or phrases to express thoughts with prompting and support. Invented spelling may be evident. | A successful level 2 EL student can write key words within sentence frames relying on pictures and background knowledge for a specific task with prompting and support. | A successful level 3 EL student can write complete sentences to form a paragraph for a discipline-specific task and audience over an extended time frame with minimal support. | A successful level 4 EL student can write well-organized, cohesive paragraphs appropriate for a range of discipline-specific tasks, purposes, and audiences. | EL W.12 |
| A successful level 1 EL student can nod for "yes" and "no", draw, and point to identify information with prompting and support or remain in silent period absorbing surroundings. | A successful level 2 EL student can produce one/two word responses or a simple sentence with limited comprehension when asked explicit questions with prompting and support. Follow rules for discussions. | A successful level 3 EL student can participate in collaborative discussion, coming prepared and ready to express ideas. Follow the rules of discussion, acknowledging others' information with minimal support | A successful level 4 EL student can fully participate and/or engage in collaborative discussions, expressing ideas clearly, building on others' ideas. Come to discussions prepared, explicitly drawing on the information. Follow the rules of discussion, acknowledging other's information. | SL.1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

**EL SCIENCE PERFORMANCE-BASED ASSESSMENT**

**HUMANITIES PERFORMANCE-BASED ASSESSMENT**

| Science | EL | | | |
|---------|-----|-----|-----|-----|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can offer single-word responses that indicate agreement or disagreement (yes/no) and/or information from diverse media. | A successful level 2 EL student can produce simple sentences based on facts learned when engaging with information from diverse media with prompting and support. | A successful level 3 EL student can explain how the ideas and details clarify a topic of study. | A successful level 4 EL student can summarize information presented in diverse media formats and explain connection between information and a discipline- specific task. | EL SL.2 |
| A successful level 1 EL student can provide a basic written, drawn, or spoken explanation about the information given with prompting | A successful level 2 EL student can identify the reasoning with prompting and support. | A successful level 3 EL student can produce simple sentences using one piece of evidence to support reasoning with minimal support. | A successful level 4 EL student can produce complete sentences using multiple pieces of evidence to evaluate and support reasoning. | EL SL.3 |
| A successful level 1 EL can nod for 'yes" or "no", draw, and/or point to pictures of common items found within a school and/or home environment. Repeat key discipline-specific terms with prompting and support or remain in silent period absorbing surroundings. | A successful level 2 EL student can acquire key content specific vocabulary to add to personal vocabulary bank with prompting and support. | A successful level 3 EL student can acquire and produce grade-appropriate academic and domain-specific words and phrases with minimal prompting and support. | A successful level 4 EL student can acquire and apply grade-appropriate general academic and domain-specific words and phrases accurately. | EL SL. 8 |
| A successful level 1 EL student can copy, write and/or draw key words or phrases to express thoughts with prompting and support. Invented spelling may be evident. | A successful level 2 EL student can write key words within sentence frames relying on pictures and background knowledge for a specific task with prompting and support. | A successful level 3 EL student can write complete sentences to form a paragraph for a discipline-specific task and audience over an extended time frame with minimal support. | A successful level 4 EL student can write well-organized, cohesive paragraphs appropriate for a range of discipline-specific tasks, purposes, and audiences. | EL W.12 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

654

GRADE BAND
**6-8**

# Humanities

A successful student will recognize and draw conclusions about significant historical, economic, and political choices and the resulting consequences.

## Humanities

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1,2,3,4,5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies needed information to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1,2,3,4,5 |
| The student can use critical thinking and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1,2,3,4,5 |
| The student can ask significant questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions. | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1,2,3,4,5 |
| The student can demonstrate understanding of historical events by categorizing the causes and impact. | I can identify the short and long term consequences of a choice. | I can explain why choices have both short and long term impact | I can compare the short and long term impacts of different choices related to the same topic or event and explain their causes. | I can analyze the impact of choices and apply that knowledge in new situations. | |

*HUMANITIES PERFORMANCE-BASED ASSESSMENT*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
# 6-8

**HUMANITIES PERFORMANCE-BASED ASSESSMENT**

## A successful student will recognize and draw conclusions about the rights and responsibilities of people.

### Humanities

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1,2,3,4,5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies needed information to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1,2,3,4,5 |
| The student can use critical thinking and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1,2,3,4,5 |
| The student can ask significant questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions. | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1,2,3,4,5 |
| The student can describe and discuss the rights and responsibilities of individuals and groups in shaping public policy | I can list examples of individuals and groups that have shaped public policy. | I can describe the reasons why individuals and groups have helped shape public policy. | I can evaluate the effectiveness of different attempts by individuals and groups to shape public policy. | I can design and organize solutions intended to affect changes in local, state, or national public policy. | 2 |
| The student can discuss how perspectives shape the world we live in. | I can accept or believe something because I understand it. | I can describe why others hold opposing perspectives because I know how to think about things in different ways. | I can apply my understanding of opposing perspectives in both historical and contemporary settings | I can accept and hold opposing perspectives on issues because I know how to think in different ways. | 2 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

656

**GRADE BAND 6-8**

A successful student will recognize and draw conclusions about the ways societies are shaped through identities, beliefs, and practices of individuals and groups.

## Humanities

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1,2,3,4,5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies needed information to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1,2,3,4,5 |
| The student can use critical thinking and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1,2,3,4,5 |
| significant questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions. | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1,2,3,4,5 |
| The student can describe and discuss the power and impact of citizens, political parties, media, and interest groups of creating public policy. | I can explain that public policy is created by a variety of means. | I can produce examples of impact made by some stakeholders on public policy. | I can produce examples and cite evidence of impact made by a wide variety of stakeholders on public policy and how they influence society. | I can collaborate with other stakeholders to help create and shape public policy to improve my life and the lives around me. | 2 |
| The student can describe aspects of personal identity and respect differences in the identities of others. | I can describe the identity of myself and others. | I can describe the identity of myself and others without judgement. | I can analyze and explain the impact of my identity and of others on the development of societies. | I can recognize and correct misconceptions that others may have about my identity and the identity of others. | 3 |

HUMANITIES PERFORMANCE-BASED ASSESSMENT



GRADE BAND
**6-8**

**A successful student will recognize and draw conclusions about societal continuity and change over time.**

HUMANITIES PERFORMANCE-BASED ASSESSMENT

## Humanities

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1,2,3,4,5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies needed information to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1,2,3,4,5 |
| The student can use critical thinking, and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1,2,3,4,5 |
| The student can ask significant questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions. | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1,2,3,4,5 |
| The student can demonstrate historical knowledge about a time period or era by highlighting the significance and/or recounting an appropriate narrative. | I can recall facts , terms, and concepts about an historic time period or era. | I can compare and contrast issues from a historic time period or era with those of present time. | I can compare and contrast historic issues with contemporary issues using a variety of perspectives. | I can use my understanding of past and present issues to predict their possible future impact on society. | 3 |
| The student can discuss specific instances of continuity and change over time within economics, geography, government, and history. | I can list examples of continuity and change over time. | I can list and summarize reasons for continuity and change over time. | I can investigate continuity and change over time using the perspectives of different individuals and groups. | I can analyze and synthesize multiple perspectives of continuity and change and develop predictions on how they may apply to contemporary issues. | 4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**6-8**

## A successful student will recognize and draw conclusions about historical, economic, and geographic relationships impacting individuals and communities.

### Humanities

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1,2,3,4,5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies needed information to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1,2,3,4,5 |
| The student can use critical thinking and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1,2,3,4,5 |
| The student can ask geographic questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions. | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1,2,3,4,5 |
| The student can use technology and other representations to explain relationships between people, places, and ideas. | I can effectively communicate information using a single format. | I can effectively communicate information in two or more formats | I can use a wide variety of mediums to create effective communication that conveys information and emotion to a specific audience. | I can design an effective communication strategy that conveys information, concepts, and emotion to a variety of audiences in multiple formats. | 5 |
| The student can analyze and interpret geographic information. | I can identify geographic relationships. | I can organize relationships into patterns that make sense to me. | I can make inferences about the important differences and similarities of relationships that occur across time periods. | I can develop evidence-based solutions to contemporary issues using a variety of geography related tools. | 6 |

**HUMANITIES PERFORMANCE-BASED ASSESSMENT**

GRADE BAND
**6-8**

**EXTENDED:** A successful student will investigate examples of choices, asking questions, and making claims about consequences on contemporary issues.

HUMANITIES PERFORMANCE-BASED ASSESSMENT

## Humanities

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1,2,3,4,5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies needed information to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1,2,3,4,5 |
| The student can use critical thinking and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1,2,3,4,5 |
| The student can ask significant questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1,2,3,4,5 |
| The student can discuss how choices affect the well-being of individuals, businesses, and society. | I can recognize and list short-term consequences of choices that impact myself. | I can recognize and list short-term consequences of choices that impact others. | I can infer the short and long term impact of people's's choices by examining those choices from different perspectives. | I can develop, describe, and support a plan outlining effective choices based on possible positive outcomes. | 1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**6-8**

**EXTENDED:** A successful student will investigate the rights and responsibilities of individuals, making claims and usig evidence to make connections to contemporary issues.

## Humanities

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1, 2, 3, 4, 5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies needed information to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1, 2, 3, 4, 5 |
| The student can use critical thinking and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1, 2, 3, 4, 5 |
| The student can ask significant questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions. | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1, 2, 3, 4, 5 |
| The student can use fact-based criteria and evidence to assess differing viewpoints. | I can identify multiple opinions on a specific issue. | I can compare and contrast multiple opinions on a specific issue. | I can use fact based evidence to take a position on a specific issue while evaluating multiple opinions. | I can take a fact based position on a specific issue while evaluating multiple opinions, communicating that position to policy makers. | 3 |
| The student can demonstrate the connection to personal interest, civic virtue, and democratic principles in their own life. | I can describe the importance of civic virtue in individuals. | I can identify and summarize examples of individuals demonstrating civic virtues in historic settings. | I can analyze similarities and differences of past demonstrations of civic virtue with my own personal examples. | I can apply intentional democratic principles to take action in my school and in and out-of-school civic contexts in order to benefit myself and others. | 2 |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



GRADE BAND
**6-8**

**EXTENDED:** A successful student will investigate the way societies are shaped and make claims supported with evidence and argument.

**Humanities**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1,2,3,4,5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies needed information to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1,2,3,4,5 |
| The student can use critical thinking and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1,2,3,4,5 |
| The student can ask significant questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1,2,3,4,5 |
| The student can identify the relevance of particular sources to a particular inquiry. | I can locate sources that help answer questions. | I can locate and identify sources that answer questions. | I can locate and identify sources that best answer questions and lead to understanding. | I can locate and identify multiple diverse sources that best answer questions and lead to understanding. | 1,2,3,4,5 |
| The student can investigate other people's histories and lived experiences, respectfully ask questions, and listen nonjudgmentally. | I can locate sources that describe individual experiences. | I can locate and use credible sources demonstrating the impact of individual past experience on the development of society. | I can use evidence to draw my own conclusions about the impact of multiple people's past experiences on the development of society. | I can use evidence of people's past experiences to predict the possible impact on future societal events. | 3 |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 6-8**

**EXTENDED:** A successful student will apply understanding of continuity and chagne to investigate contemporary issues using evidence and argument. -

## Humanities

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1,2,3,4,5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies information to build meaning. | I can independently evaluate evidence that supplies information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1,2,3,4,5 |
| The student can use critical thinking and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1,2,3,4,5 |
| The student can ask significant questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions. | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1,2,3,4,5 |
| The student can examine examples of continuity and change with diverse partners and content, building on the ideas of others, and expressing their own clearly. | I can list detailed examples of continuity and change. | I can summarize a variety of opionions of why and how things change and remain the same over time. | I can uncover multiple sources of evidence, documenting continuity and change in order to support a personal opinion on a contemporary issue. | I can examine examples of fact-based perspectives of continuity and change to predict future events and plan realistic responses. | 4 |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



STEAM PERFORMANCE-BASED ASSESSMENT

**EXTENDED:** A successful student will apply understanding of continuity and chagne to investigate contemporary issues using evidence and argument.

## Humanities

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| The student can demonstrate content knowledge in economics, geography, government, and history. | I can recall facts to prove what I know. | I can demonstrate how facts support specific concepts to prove what I know. | I can demonstrate what I know by interpreting information in different ways to build meaning. | I can apply what I know to new and different situations and topics. | 1, 2, 3, 4, 5 |
| The student can source, contextualize, corroborate, and analyze discipline specific text including primary and secondary sources. | I can organize evidence provided for me that supplies needed information to build meaning. | I can independently evaluate evidence that supplies needed information to build meaning. | I can independently evaluate multiple pieces of evidence from different disciplines to build meaning. | I can apply information gathered from multiple pieces of evidence to solve problems both past and present. | 1, 2, 3, 4, 5 |
| The student can use critical thinking and social studies practices to carry out research and inquiry. | I can organize research resources provided to me. | I can describe how my research was completed. | I can produce evidence and artifacts of my research, with the ability to plan similar inquiries. | I can plan future inquiries, understanding that each inquiry may require different research strategies. | 1, 2, 3, 4, 5 |
| The student can ask significant questions, make claims, and support them with corroborated, relevant evidence and argument. | I can pose and accurately respond to basic informational type questions. | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and respond to questions about a topic and address them with accurate evidence-based explanations of my thinking. | I can pose sophisticated questions on abstract concepts/big ideas and apply evidence-based answers to real world situations. | 1, 2, 3, 4, 5 |
| The student can examine examples of continuity and change with diverse partners and content, building on the ideas of others, and expressing their own clearly. | I can list detailed examples of continuity and change. | I can summarize a variety of opinions of why and how things change and remain the same over time. | I can uncover multiple sources of evidence documenting continuity and change in order to support a personal opinion on a contemporary issue. | I can examine examples of fact-based perspectives of continuity and change to predict future events and plan realistic responses. | 4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

# STEAM

A successful student can understand and analyze proportional relationships and use them to make sense of and solve problems.

| STEAM | | | | | |
|---|---|---|---|---|---|
| **LEARNING TARGET** | **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| **Mathematics** The student can express and use ratios and rates in real-world and mathematical problems. | =I can use ratio language to describe a part-to-part and part-to-whole relationship. I can use given ratio tables to solve ratio problems. I can find missing values in tables whose x value increases by one. | I can create tables of equivalent ratios relating quantities. I can find missing values in tables whose x values do not increase by one. | I can use ratio and rate reasoning to solve real-world and mathematical problems. | I can use ratio reasoning to convert units of measure. I can manipulate and transform units of measure appropriately when multiplying and dividing quantities. | 6.RP.A1, 6.RP.A2, 6.RP.A3, 7.RP.A1, 7.RP.A2, 7.RP.A3, 7.SP.C5, (7.G.A1, 7.SP.C6, 7.SP.C7, 7.SP.C8 extended) |
| The student can solve real-world problems involving percentages. | I can write percents using visual models (ex. percent bars, number lines, or 10x10 grids). I can write percents as a rate per 100. (ex. 34% is 34/100) I can write ratios/rates as percents. (ex 1 to 4 is 25%) | I can find the percentage of a quantity. I can find the whole when given a part and the percent. | I can solve real-world problems by finding the percentage of a quantity and by finding the whole when given a part and the percent. | I can solve real-world and mathematical multi-step problems involving percentages in a context based on my interests. | |
| The student can use the probability of a chance event to determine the likelihood of the event occurring. | I can express the probability of a chance event as a ratio, fraction, or percent. | I can use the probability of a chance event to describe the likelihood of something happening. I can explain my result in terms of the event. | I can use the probability of chance compound events to describe the likelihood of something happening. *I can explain my result in terms of the compound event. | I can find compound probability of events and interpret its real-world meaning in a context based on my interests. | |

**STEAM PERFORMANCE-BASED ASSESSMENT**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

**STEAM PERFORMANCE-BASED ASSESSMENT**

## STEAM

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Mathematics** | | | | | |
| The student can express and use unit rates in real-world and mathematical problems. | I can express a unit rate with a numerator or denominator of 1.<br><br>I can compute unit rates associated with whole numbers. | I can locate the unit rate on a graph.<br><br>I can explain the unit rate using points (0,0) and (1,r).<br><br>I can determine a proportional relationship, recognizing that every pair of numbers in a table or graph has the same unit rate. | I can compute unit rates associated with ratios of fractions.<br><br>I can compute unit rates in a real-world contexts based on my interests.<br><br>I can explain what the point (x,y) on a graph of a proportional relationship means in the terms of the situation. | I can solve real-world problems involving proportional relationships represented verbally, graphically, numerically in tables, or algebraically, and identify connections between representations. | |
| The student can solve problems involving proportional relationships. | I can determine whether two quantities are in a proportional relationship using a table and graph. | I can create a table, using a graph to determine/prove that the values are proportional.<br><br>I can create a graph and use a table to determine/prove that the values are proportional. | I can represent proportional relationships using equations.<br><br>I can use proportional relationships to solve multistep ratio and percent problems. | I can use proportional relationships to solve multi-step ratio and percent problems in a real-world context based on my interests. | |
| Extend: The student can use proportional reasoning to solve problems involving scale drawings. | I can describe the relationship between a geometric figure and its scale drawing using ratio reasoning. | I can describe the relationship between a geometric figure and its scale drawing using scale factor for length. | I can compute actual lengths and areas from a scale drawing.<br><br>I can reproduce a scale drawing using a different scale. | I can describe the relationship between a geometric figure and its scale drawing using scale factor for area.<br><br>I can create a scale drawing in real-world contexts based on my interests. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

A successful student can apply number sense and mathematical operations within number systems to solve problems.

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Mathematics** I can solve problems involving division of fractions and interpret the meaning of the quotient as related to the context of the problem. | I can connect division of fractions to a visual model. I can divide fractions between 0 and 1 including: a fraction by a whole number, a fraction by a unit fraction with the same denominator. | I can divide by fractions between 0 and 1 including: a whole number by a fraction, a mixed number by a whole number and a fraction. | I can solve a division problem involving fractions and draw a model to show my solution in a real-world context. | I can demonstrate division of fractions in real-world contexts. | 6.NS.A1, 6.NS.B2, 6.NS.B3, 6.NS.C5, 6.NS.C6, 6.NS.C7, 6.NS.C8, 7.NS.A1, 7.NS.A2, 7.NS.A3, 8.NS.A1, 8.NS.A2, (8.EE.A2, 8.EE.A3 extended) |
| The student can fluently (effectively, accurately, and flexibly) divide whole numbers in context. | I can recognize division as repeated subtraction using whole numbers without remainders. I can divide multi-digit numbers without remainders using a concrete or pictorial representation. | I can divide multi-digit whole numbers using multiple methods. (i.e. partial quotients, area model, standard algorithm, traditional algorithm.) I can express the remainder of a quotient as a whole number. | I can fluently (effectively, accurately, and flexibly) divide multi-digit numbers using an efficient algorithm. I can write a remainder of the quotient expressed as a decimal. I can divide whole numbers in real-world contexts. I can write the solution in terms of the context. | I can write a remainder of the quotient expressed as a fraction. I can demonstrate division of whole numbers in real-world contexts based on my interests. | |
| The student can fluently (effectively, accurately, and flexibly) multiply and divide rational numbers expressed as decimals in context. | I can estimate the product and quotient for decimals greater than 1. | I can estimate the product and quotient for decimals between 0 and 1. I can find the product and quotient of decimals using pictures or visual representations. | I can calculate the product and quotient of decimals using an efficient algorithm. I can multiply and divide decimals in real-world contexts. I can write the solution in terms of the context. | I can demonstrate addition and subtraction of decimals and whole numbers in real-world contexts based on my interests. | |

*STEAM PERFORMANCE-BASED ASSESSMENT*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**STEAM PERFORMANCE-BASED ASSESSMENT**

## STEAM

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Mathematics** The student can extend understanding of the real number system to integers and absolute values. | I can locate integers as a point on the number line. I can identify opposites on a number line or coordinate system. I can use negatives to describe quantities having opposite directions or values. | I can understand that the distance from a whole number to zero is the same distance as its opposite to zero on a number line. I can locate integer coordinate pairs as a location on a coordinate plane. | I can use integers to represent quantities in real-world contexts. I can explain the meaning of zero in real-world contexts. I can use absolute value to represent and compare numbers. | I can solve problems involving integers in real-world contexts based on my interests. I can explain the meaning of zero in real-world contexts based on my interests. | |
| The student can add and subtract rational numbers expressed as integers in context. | I can model addition and subtraction of same-sign integers using a visual representation. I can model zero pairs using a visual representation. | I can model addition and subtraction of different-sign integers using a visual representation. I can use integers to find a distance between two points. | I can develop and use an algorithm to calculate the sum and difference of integers. I can add and subtract integers in real-world contexts. I can write the solution in terms of the context. | I can demonstrate addition and subtraction of integers in real-world contexts based on my interests. | |
| The student can multiply and divide rational numbers expressed as integers in context. | I can represent multiplication and division of integers using a visual model. I can connect repeated addition of a negative number to multiplication. I can connect repeated subtraction of a negative number to division. | I can use models to calculate the product or quotient of integers. | I can develop and use an algorithm to calculate the product and quotient of integers. I can multiply and divide integers in real-world contexts. I can write the solution in terms of the context. | I can demonstrate multiplication and division of integers in real-world contexts based on my interests. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**6-8**

## STEAM

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Mathematics**<br><br>The student can identify and use irrational numbers in context. | I can identify irrational numbers. | I can use rational numbers to approximate irrational numbers on the number line. | I can use approximations of irrational numbers in real-world situations. | Extension: I can use perfect squares to estimate a square root. | |
| **Extended:**<br>The student can use scientific notation to express very small and very large numbers. | I can convert between standard form and scientific notation with a single-digit whole number times a whole-number power of 10. | I can convert between standard form and scientific notation with a single-digit whole number times an integer power of 10. | I can convert between standard form and scientific notation with a decimal times an integer power of 10. | I can estimate quantities in scientific notation to express how many times larger or smaller one quantity is compared to another.<br><br>I can use scientific notation given a context. | |

STEAM PERFORMANCE-BASED ASSESSMENT

GRADE BAND
**6-8**

STEAM PERFORMANCE-BASED ASSESSMENT

**A successful student can create, interpret, use, and analyze patterns of algebraic structures to make sense of problems.**

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Mathematics** | | | | | |
| The student can write and evaluate numerical and algebraic expressions using rational numbers. | I can write numerical expressions with one or two operations. I can evaluate numerical expressions without exponents. | I can write algebraic expressions with one or two operations. I can evaluate algebraic expressions without exponents. I can write and evaluate numerical expressions with whole number exponents. | I can write and evaluate numerical expressions with whole number exponents and parentheses. I can write and evaluate algebraic expressions with whole number exponents and parentheses. | I can write and evaluate numerical and algebraic expressions in real-world problems. | 6.EE.1, 6.EE.2, 6.EE.3, 6.EE.4, 6.EE.5, 6.EE.6, 6.EE.7, 6.EE.8, 7.EE.1, 7.EE.2, 7.EE.3, 7.EE.4, 8.EE.1, 8.EE.4, 8.EE.5, 8.EE.6, 8.EE.7, 6.NS.4 |
| The student can add and subtract algebraic expressions. | I can add and subtract linear expressions with whole number coefficients. | I can add and subtract linear expressions with integer coefficients. | I can add and subtract linear expressions with rational coefficients. | I can apply the properties of operations to algebraic expressions in real-world contexts based on my interests. | |
| The student can find the greatest common factor and least common multiple for two whole numbers. | I can find all factors of a number less than or equal to 100. I can find a given number of multiples for a number less than or equal to 12. | I can find common factors of two numbers less than or equal to 100. I can find multiples of two numbers less than or equal to 12. | I can find the greatest common factor of two numbers less than or equal to 100. I can find the least common multiple of two whole numbers less than or equal to 12. | I can express a sum of two whole numbers with a common factor as a multiple of a sum of two whole numbers with no common factor. | |
| The student can use the distributive property to factor and expand algebraic expressions. | I can use the distributive property to expand linear expressions with whole number coefficients. I can recognize equivalences between expanded and factored forms. | I can use the distributive property to expand linear expressions with integer coefficients. I can apply the distributive property to factor linear expressions with whole number coefficients. | I can use the distributive property to expand linear expressions with rational coefficients. I can apply the distributive property to factor linear expressions with integer coefficients. | I can apply the distributive property to solve real-world problems. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

GRADE BAND
**6-8**

## STEAM

STEAM PERFORMANCE-BASED ASSESSMENT

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Mathematics** | | | | | |
| The student can identify and generate equivalent expressions by applying the properties of operations. | I can identify parts of an expression using mathematical terms. | I can identify equivalent expressions.<br><br>I can identify and use variables when writing algebraic expressions. | I can generate equivalent expressions.<br><br>I can rewrite expressions to show how quantities are related in a problem solving context. | I can justify why two expressions are equivalent. | |
| The student can evaluate multi-step expressions to solve mathematical problems. | I can evaluate multi-step numerical expressions with integers, common fractions (with denominators of 2 through 10, 25, 50, or 100), or decimals (to the hundredths place). | I can evaluate multi-step algebraic expressions with integers, common fractions (with denominators of 2 through 10, 25, 50, or 100), or decimals (to the hundredths place). | *I can evaluate and solve multi-step mathematical problems with any rational numbers. | I can evaluate and solve multi-step real-world problems with any rational numbers. | |
| The student can write one-variable equations and inequalities for mathematical and real-world problems and determine solutions through substitution and solving. | I can distinguish between equations and inequalities with integer coefficients.<br><br>I can use substitution to determine whether a given number makes an equation true. | I can use substitution to determine whether a given number makes an inequality true.<br><br>I can solve one-variable equations. | I can identify and use variables when writing one-variable equations and inequalities.<br><br>I can graph solutions to one-variable inequalities on a number line. | I can interpret the solution sets to one-variable inequalities. | |
| The student can represent and solve equations in real-world and mathematical problems. | I can solve equations in the form px + q = r (where p, q, and r are integers).<br><br>I can solve one- and two-step linear equations in one variable with integer coefficients and with the same variable appearing on one side of the equal sign. | I can represent and solve equations in the form of px + q = r and p(x + q) = r (where p, q, and r are rational numbers) in problem situations.<br><br>I can solve multi-step linear equations in one variable with rational coefficients and with the variable appearing on one side of the equal sign (includes situations with one solution, infinitely many solutions, or no solution). | I can solve and produce examples of multi-step linear equations in one variable with rational coefficients and with variables appearing on both sides of the equal sign (includes situations with one solution, infinitely many solutions, or no solutions) in real-world contexts.<br><br>I can fluently (effectively, accurately, and flexibly) solve equations in the form of px + q = r and p(x + q) = r (where p, q, and r are rational numbers). | I can solve and produce examples of linear equations in one variable and with the variable appearing on both sides of the equal sign in real-world contexts based on my interests. | |

GRADE BAND
**6-8**

STEAM PERFORMANCE-BASED ASSESSMENT

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Mathematics** | | | | | |
| The student can represent and solve inequalities in real-world and mathematical problems. | I can solve one- and two-step linear inequalities in one variable with integer coefficients and with the same variable appearing on one side of the inequality sign. | I can represent and solve one-step linear inequalities in problem situations.<br><br>I can solve multi-step linear inequalities in one variable with integer coefficients and with variable appearing on one side of the inequality sign. | I can represent and solve inequalities in the form $px + q > r$ and $px + q < r$ (where p, q, and r are rational numbers) in problem situations.<br><br>I can solve multi-step linear inequalities in one variable with rational coefficients and with the variable appearing on one side of the inequality sign in real-world contexts. | I can solve and produce examples of linear inequalities in one variable and with the variable appearing on both sides of the inequality signs in real-world contexts based on my interests.. | |
| The student can represent and analyze quantitative relationships between dependent and independent variables. | I can identify a table of values that represent a relationship between two variables of the forms $y = kx$ and $y = x +/- c$ with rational numbers.<br><br>I can plot points corresponding to equations on a coordinate plane. | I can use variables to represent and analyze two quantities that change in relationship to each other of the forms $y = kx$ and $y = x +/- c$ with rational numbers.<br><br>I can use graphs and tables to represent two quantities that change in relationship to each other. | I can use graphs, tables, or context to analyze the relationship between dependent and independent variables and relate them to a linear equation. | I can use graphs, tables, or context to analyze two-step equations that represent relationships between dependent and independent variables. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 6-8**

## STEAM

STEAM PERFORMANCE-BASED ASSESSMENT

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Mathematics** | | | | | |
| The student can understand the connections between proportional relationships, lines, and linear equations. | I can graph a proportional relationship on a coordinate plane.<br><br>I can identify the slope and y-intercept given a graph. | I can compare two different proportional relationships represented in the same way.<br><br>I can use any two coordinate points to calculate the slope of a line.<br><br>I can generate the equation $y = mx$ or $y = mx + b$ of a line given a graph. | I can compare two different proportional relationships represented in different ways.<br><br>I can identify the relationship between proportional and non-proportional linear relationships as a result of a vertical translation.<br><br>I can determine the slope and y-intercept of a line.<br><br>I can generate the equation $y = mx$ or $y = mx + b$ of a line represented in a variety of ways. | I can use similar triangles to explain why the slope is the same between any two distinct points on a non-vertical line in a coordinate plane.<br><br>I can describe the relationship between proportional and nonproportional relationships.<br><br>I can use proportional relationships to identify other points on the line. | |
| The student can represent and solve equations in real-world and mathematical problems. | I can solve equations in the form $px + q = r$ (where p, q, and r are integers).<br><br>I can solve one- and two-step linear equations in one variable with integer coefficients and with the same variable appearing on one side of the equal sign. | I can represent and solve equations in the form of $px + q = r$ and $p(x + q) = r$ (where p, q, and r are rational numbers) in problem situations.<br><br>I can solve multi-step linear equations in one variable with rational coefficients and with the variable appearing on one side of the equal sign (includes situations with one solution, infinitely many solutions, or no solution). | I can solve and produce examples of multi-step linear equations in one variable with rational coefficients and with variables appearing on both sides of the equal sign (includes situations with one solution, infinitely many solutions, or no solutions) in real-world contexts.<br><br>I can fluently (effectively, accurately, and flexibly) solve equations in the form of $px + q = r$ and $p(x + q) = r$ (where p, q, and r are rational numbers). | I can solve and produce examples of linear equations in one variable and with the variable appearing on both sides of the equal sign in real-world contexts based on my interests. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

## A successful student can use functions to interpret and analyze a variety of contexts.

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Mathematics**<br>The student can define and evaluate a function. | I can identify whether an input-output pair satisfies a function. | I can produce input-output pairs for a given function. | I can define a function as a rule that assigns exactly one output to each input. | I can evaluate a function to solve mathematical and real-world problems. | 8.F.A1, 8.F.A2, 8.F.B4 (8.F.A3 & 8.F.B5 extended) |
| The student can recognize and compare linear functions. | I can identify whether a relationship (algebraic or numerical in tables) is a function. | I can recognize the same linear function represented in different ways.<br><br>I can compare properties of two linear functions represented in the same way.<br><br>I can identify whether a function is linear from its graph. | I can compare properties of two linear functions represented in a variety of ways.<br><br>I can recognize that linear equations of the form y = mx + b is a function. | I can apply properties of functions to determine if a function is linear or not linear. | |
| The student can use functions to model and describe relationships between quantities. | I can construct a graph or table to model a linear relationship between two quantities.<br><br>I can find the rate of change of a linear relationship displayed in a graph or table. | I can create a function to represent a linear relationship between two quantities (from a graph, verbal description, or coordinate values). | can determine the rate of change and initial value of a linear function (from a graph, verbal description, or coordinate values). | I can interpret the rate of change and initial value of a linear function in terms of the situation it models and its graph or table of values. | |

**STEAM PERFORMANCE-BASED ASSESSMENT**

*Clerk of the District Court, Johnson County Kansas*<br>*05/03/21  01:59pm MM*<br>Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

A successful student can prove, understand, and model geometric concepts using appropriate tools and theorems to solve problems and apply logical reasoning.

**STEAM**

STEAM PERFORMANCE-BASED ASSESSMENT

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Mathematics** The student can solve real-world and mathematical problems involving area of 2-D polygons. | I can draw polygons in a coordinate plane when given coordinates for the vertices. I can use two coordinates to determine the length of the side. I can find the area of a polygon created on the coordinate plane. I can decompose a quadrilateral into two triangles. | I can develop and use a formula to find the area of all triangles. I can use composition and decomposition of triangles and quadrilaterals to develop a formula and use it to find the area of special quadrilaterals (including parallelograms, kites & trapezoids) | I can use the area of triangles and quadrilaterals to solve real-world problems. | I can apply the area (and perimeter) of triangles and quadrilaterals to solve real-world problems including 2-D composite shapes. | 6.G.A1, 6.G.A2, 6.G.A3, 6.G.A4, 7.G.B4, 7.G.B5, 7.G.B6, 8.G.A1, 8.G.A2, 8G.A3, 8.G.A4, 8.G.A5, 8.GA6, 7.G.A2, 7.G.A3, 8.G.B7, 8.G.B8, 8.G.B9, 8.G.C10, 8.G.C11, 8.G.C12 extended) |
| A student can solve real-world and mathematical problems involving circumference and area of circles. | I can explain the relationship between radius and diameter. I can define circumference. | I can express the ratio of circumference to diameter as π. | I can apply my knowledge of circumference of circles to develop and use the formula for the area of circles. I can apply the formula to find the area of a circle in real-world contexts. | I can find the perimeter and areas of two dimensional composite figures with circles and semicircles to solve real-world problems. I can find the perimeter and areas of two dimensional composite figures with circles and semicircles to solve real-world problems based on my interests. | |
| A student can solve real-world and mathematical problems involving volume of prisms and cylinders. | I can develop a general rule for finding the volume of a prism. I can find the volume of a prism that has fraction measurements. | I can explain the relationship between the volume formula for prisms and cylinders. I can find the volume of prisms and cylinders. | I can find the volume of prisms and cylinders to solve real-world problems. | I can find the volume of prisms and cylinders to solve real-world problems based on my interests. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:39pm MM*

**GRADE BAND**
# 6-8

STEAM PERFORMANCE-BASED ASSESSMENT

## STEAM

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Mathematics** | | | | | |
| **Extended:** A student can solve real-world and mathematical problems involving volume of pyramids and cones. | I can develop a general rule for finding the volume of a pyramid.<br><br>I can find the volume of a pyramid that has fraction measurements. | I can explain the relationship between the volume formula for pyramids and cones.<br><br>I can find the volume of pyramids and cones. | I can find the volume of pyramids and cones to solve real-world problems. | I can find the volume of pyramids and cones to solve real-world problems based on my interests. | |
| A student can solve real-world and mathematical problems involving surface area of prisms and cylinders. | I can create nets of rectangles and triangles to represent prisms.<br><br>I can develop a general rule for finding the surface area of prisms. | I can explain the relationship between the surface area for prisms and cylinders.<br><br>I can find the surface area of prisms and cylinders. | I can find the surface area of prisms and cylinders to solve real-world problems. | I can find the surface area of prisms and cylinders to solve real-world problems based on my interests. | |
| The student can apply concepts of angle measurements and angle relationships. | I can measure angles in degrees using a protractor.<br><br>I can calculate the measure of a larger angle composed of non-overlapping parts. I can classify supplementary, complementary, vertical, adjacent, and corresponding angles, including parallel lines cut by a transversal. | I can draw angles of a specified measure using a protractor and a straight edge.<br><br>I can calculate the angle measure by decomposing a larger angle into non-overlapping smaller angles.<br><br>I can find an unknown angle in a visual representation by using the the relationship between types of angles<br><br>I can explain the relationship between supplementary, complementary, vertical, adjacent, and corresponding angles, including parallel lines cut by a transversal. | I can write and solve an equation to find unknown angles and/or calculate missing angle measurements when parallel lines are cut by a transversal on a diagram.<br><br>I can apply facts about angle relationships to a multi-step problem in order to find the measure of an unknown angle. | I can write and solve an equation to find unknown angles and/or calculate missing angle measurements when parallel lines are cut by a transversal on a diagram in a real-world problem based on my interests.<br><br>I can apply facts about angle relationships to a multi-step problem in order to find the measure of an unknown angle within a real-world context. | |

**GRADE BAND 6-8**

**STEAM**

STEAM PERFORMANCE-BASED ASSESSMENT

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Mathematics** <br><br> The student can apply properties of triangles to solve problems. | I can model examples and non-examples of triangles with given specific measures of angles or sides using manipulatives, a ruler and protractor and/or technology. <br><br> I can develop the understanding that the sum of the interior angles in a triangle are 180 degrees. | I can describe when the given measures of angles or sides determine: <br> a unique triangle <br> more than one triangle <br> no triangle. <br><br> I can describe the relationship between the measures of interior and exterior angles of a triangle. | I can justify whether three side lengths or three angle measures form a triangle using a sketch and reasoning. <br><br> I can make inferences about the relationship between the measures of interior and exterior angles of a triangle to find the measure of missing angles. | I can solve real-world problems involving triangle side lengths and angle measurement. | |
| **Extended:** <br> A student can develop and apply the Pythagorean theorem to solve real-world problems. | I can identify the hypotenuse and legs of a right triangle. <br><br> I can draw right triangles given measures of the legs and hypotenuse. | I can determine whether a triangle is a right triangle given side lengths. <br><br> I can model an informal proof of the Pythagorean Theorem and its converse. | I can develop a formula based on the Pythagorean Theorem to describe this relationship found in right triangles. <br><br> I can use the formula I developed to find the measure of a missing leg or the hypotenuse of a right triangle. <br><br> I can calculate the distance between two points that represent vertices of a right triangle in a two-dimensional coordinate system. | I can apply the Pythagorean theorem to solve real-world problems based on my interests. <br><br> I can calculate the distance between any two points in a two-dimensional coordinate system. | |

GRADE BAND
**6-8**

A successful student can use a variety of data analysis and statistics strategies to analyze, develop and evaluate inferences based on data.

STEAM PERFORMANCE-BASED ASSESSMENT

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Mathematics** | | | | | |
| The student can apply concepts of statistical measures of center and variability to summarize and describe one-variable data distributions. | I can calculate measure of centers or measures of variability for a given data set. | I can use measure of centers or measures of variability to summarize and describe one-variable distributions in a context. | I can independently collect, display, and analyze a set of one-variable data in relation to their context. | I can describe, interpret, and note any striking deviations from the overall pattern with reference to the context in which the data are gathered based on my own statistical question. | 6.SP.A1, 6.SP.A2, 6.SP.A3, 6.SP.B4, 6.SP.B5, 7.SP.A1, 7.SP.A2, 8.SP.A1, 8.SP.A2, 8.SP.A3, (7.SP.B3, 7.SP.B4 extended) |
| The student can use random sampling to draw inferences about a population. | I can recognize when a sample population is representative of a population. | I can use given statistics to gain information about a population through a sample population. | I can justify if a random sample is representative of a population. I can generate data from a random sample to draw inferences about a population. | I can generate data from a random sample to draw inferences about two populations based on my own statistical question. | |
| The student can interpret patterns of association in two-variable data. | I can construct scatter plots for given two-variable data sets. | I can interpret scatter plots for two-variable data, describing patterns. (Patterns could include clustering, outliers, positive or negative association, linear association, or nonlinear association). | I can use a straight line to model linear association relationships between two quantitative variables, informally judging closeness of the data points to the line. | I can generate a statistical question and use statistics to answer my question. I can use a model from a linear association to solve problems. I can interpret the slope and intercept of a linear model given a context. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org
678

**GRADE BAND
6-8**

**A successful student can understand the structure, properties, and interactions of matter at the molecular scale.**

## STEAM

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Mathematics** | | | | | |
| MS PS1-1 Essential | I can identify parts of an atom. | I can identify atomic and molecular structures. | I can use models to describe atomic and molecular structures. | I can use models to relate chemical properties to atomic and molecular structures | MS-PS1-1, MS-PS1-3, MS-PS1-4 |
| MS PS1-3 Extend | I can identify properties of substances. | I can organize information about the properties of substances. | I can relate collected information about the properties of designed materials to their properties. | I can collect and synthesize information about the properties of designed materials to evaluate potential impacts, | |
| MS PS1-4 Essential | I can describe the relative motion of a solid, liquid, or gas at the particle level. | I can describe how substances change at the particle level with the temperature of the system changes. | I can use a model to describe how substances change at the particle level with the temperature of the system changes. | I can develop a model that predicts and describes changes in particle motion, temperature, and state of a pure substance at the particle level when thermal energy is added or removed. | |

**STEAM PERFORMANCE-BASED ASSESSMENT**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**A successful student can understand chemical reactions at the molecular scale.**

STEAM PERFORMANCE-BASED ASSESSMENT

## STEAM

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Science** MS PS1-2 Essential | I can list indicators of a chemical reaction. | I can identify if a chemical reaction occurred. | I can analyze data to identify a chemical reaction occurred. | I can support an argument with evidence that a chemical reaction occurred. | MS-PS1-2, MS-PS1-5, MS-PS1-6, MS PS 3-3 |
| MS PS1-5 Essential | I can state the Law of Conservation of Mass. | I can describe how mass is conserved in a chemical reaction. | I can use a model to describe how mass is conserved in a chemical reaction at the atomic level. | I can develop and use models to explain how mass is conserved in chemical reactions at the atomic level. | |
| MS PS1-6 MS PS 3-3 Extend | I can describe how thermal energy can be transferred from one substance to another. | I can describe how modifying factors (type of material, quantity, etc.) to change the amount of thermal energy transferred. | I can design a device that uses changes in thermal energy. | I can design and optimize a device that uses changes in thermal energy. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

680

**GRADE BAND**
**6-8**

A successful student understands the relationships among forces and motion and interactions between objects and within systems of objects.

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Science** | | | | | |
| MS PS2-1 Essential | I can describe the forces exerted two objects collide. | I can describe how modifying factors (mass, speed) effect the forces exerted when two objects collide. | I can design a device that involves the motion of two colliding objects. | I can design and optimize a device that involves the motion of two colliding objects. | MS-PS2-1, MS-PS2-2, MS-PS2-3, MS-PS2-4, MS-PS2-5 |
| MS PS2-2 Essential | I can define unbalanced forces and describe how it affects motion. | I can observe and record the changes in motion of unbalanced forces. | I can investigate the changes in motion of unbalanced forces. | I can investigate and analyze data from the changes in motion of unbalanced forces, | |
| MS PS 2-4 Extend | I can identify the relationship between mass and gravity. | I can recognize that gravity is an attractive force between objects of various masses, | I can use evidence to argue for the gravitational interaction between objects of various masses. | I can evaluate evidence to argue for the gravitational interaction between objects of various masses. | |
| MS PS2-3 MS-PS2-5 Essential | I can describe the effects of electric or magnetic fields on objects. | I can describe the effects of electric and magnetic fields on objects. | I can collect evidence for the effects of electric and magnetic fields on objects. | I collect evidence to explain the effects of electric and magnetic fields on objects. | |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



STEAM PERFORMANCE-BASED ASSESSMENT

A successful student can understand how energy is defined, transferred, transformed, and conserved by objects and within systems.

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Science**<br>MS PS2-1<br>Essential | I can describe the relationship of kinetic energy to the mass and speed of objects. | I can explain the relationship of kinetic energy to the mass and speed of objects. | I can interpret data to describe the relationship of kinetic energy to the mass and speed of objects. | I can generate, collect, and interpret data to explain the relationship of kinetic energy to the mass and speed of objects. | MS-PS3-1, MS-PS3-2, MS-PS3-4, MS-PS3-5 |
| MS-PS3-2<br>Essential | I can identify potential energy in different systems. | I can describe the relationship between the distance between two objects and its potential energy. | I can develop a model to describe the interactions of objects in a system based upon potential energy. | I can develop models to explain the interactions of objects in a system based upon different forms of potential energy. | |
| MS-PS3-4<br>MS-PS3-5<br>Essential | I can describe the relationship between temperature and kinetic energy. | I can describe how the type of matter and mass effect the temperature change or amount of energy transferred. | I can investigate a change in temperature or amount of energy transferred based on the type of matter or mass. | I can investigate and analyze a change in temperature and amount of energy transferred based on the type of matter or mass. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

A successful student can understand characteristic properties of waves and electromagnetic radiation and how they behave and transmit information.

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Science** | | | | | |
| MS-PS4-1 Essential | I can identify various wave properties. | I can identify various wave properties and behavior. | I can use mathematical representations to describe wave properties and behavior. | I can use mathematical representations and models to describe wave properties and behavior. | MS-PS4-1, MS-PS4-2, MS-PS4-3 |
| MS-PS4-2 Essential | I can describe wave interactions (reflection, absorption, transmitted). | I can observe how waves interact with different media. | I can develop models to describe wave interactions with different media. | I can collect data and develop models that describe wave interactions with different media. | |
| MS-PS4-3 Extend | I can describe the digital or analog signals. | I can describe the reliability of digital and analog signals. | I can support a claim for the reliability of digital over analog signals. | I can use evidence to support an argument for the reliability of digital over analog signals. | |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**6-8**

**STEAM PERFORMANCE-BASED ASSESSMENT**

A successful student can understand engineering designs to define problems, develop solutions, and optimize solutions to a problem in life science.

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Science** MS-ETS1-1 Essential | I can identify components of a design. | I can describe potential impacts of a design. | I can describe the potential impacts of a design in order to define criteria and constraints. | I can evaluate the potential impacts of a design in order to prioritize criteria and constraints. | MS-ETS1-1, MS-ETS1-2, MS-ETS1-3, MS-ETS1-4 |
| MS-ETS1-2 Essential | I can identify competing designs to solve a specific problem. | I can compare competing designs to solve a specific problem. | I can evaluate competing designs to solve a specific problem using criteria and constraints. | I can support an argument for the best design to solve a specific problem using criteria and constraints. | |
| MS-ETS1-3 Essential | I can use my observations to compare design solutions. | I can use test data to compare design solutions. | I can analyze test data to compare design solutions. | I can analyze test data to support an argument for an optimal design. | |
| MS-ETS-1-4 Essential | I can identify possible improvements to a design. | I can explain how to improve a design through repeated testing. | I can develop a model to optimize a design through repeated testing. | I can, and synthesize data to develop a model to optimize a design through repeated testing. | |

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM
Kansas State Department of Education | www.ksde.org

684

GRADE BAND
**6-8**

A successful student can understand the relationship between an organisms' structures, their organization, and its life functions, including information processing.

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Science**<br>MS-LS1-1<br>Essential | I can recognize that living things are made of cells. | I can distinguish between living and nonliving based on living things are made of cells. | I can use data from investigations as evidence that living things are made of cells. | I can use models and data from investigations as evidence that living things are made of cells. | MS-LS1-1, MS-LS1-2, MS-LS1-3, MS-LS1-8 |
| MS-LS1-2<br>Essential | I can identify parts of cells. | I can describe how cells or parts of cells work together. | I can develop models to describe how cells or parts of cells work together. | I can develop models to support an argument for how cells or parts of cells work together. | |
| MS-LS1-3<br>MS-LS1-8<br>Essential | I can identify interacting groups of cells. | I can describe how interacting groups of cells work together. | I can support an argument for how interacting groups of cells perform life functions. | I can support an argument with evidence of how interacting groups of cells perform life functions. | |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**6-8**

**A successful student can understand how organisms use matter and energy and how it flows through an ecosystem.**

STEAM PERFORMANCE-BASED ASSESSMENT

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Science**<br>MS-LS1-6<br>Essential | I can explain how photosynthesis moves matter and energy from one organism to another. | I can explain how photosynthesis moves matter and energy through organisms in cycles. | can use evidence to explain how photosynthesis moves matter and energy through organisms in cycles. | I can collect and use evidence to explain how photosynthesis moves matter and energy through organisms in cycles. | MS-LS1-6, MS-LS1-7, MS-LS2-1, MS-LS2-3, MS-LS2-4 |
| MS-LS1-7<br>Extend | I can explain why energy is needed in organisms. | I can explain how energy is used in organisms via cellular respiration. | I can develop a model of chemical reactions involving food molecules (sugar) to explain how energy is used in organisms. | I can collect data to develop a model of chemical reactions involving food molecules (sugar) to explain how energy is used in organisms. | |
| MS-LS2-1<br>MS-LS2-3<br>MS-LS2-4<br>Essential | I can identify living and nonliving components in an ecosystem an organism needs for survival. | I can describe how organisms within an ecosystem depend upon living and nonliving components. | I can develop a model that describes how organisms within an ecosystem depend upon the cycling of living and nonliving components. | I can collect data to develop models that explain how organisms within an ecosystem depend upon the cycling of living and nonliving components. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**6-8**

**A successful student can understand how organisms interact within an environment to obtain matter and energy.**

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Science**<br>MS-LS2-2<br>Essential | I can identify different interactions of organisms. | I can identify different interactions of organisms in ecosystems. | I can explain interaction patterns among organisms in ecosystems. | I can make generalized hypotheses about interaction patterns among organisms in ecosystems. | MS-LS2-2, MS-LS2-5 |
| MS-LS2-5<br>Extend | I can identify some effects of human interactions on ecosystems. | I can describe the effects of human actions upon biodiversity. | I can evaluate solutions that minimize the effects of human actions upon biodiversity. | I can evaluate and refine solutions that minimize the effects of human actions upon biodiversity or upon ecosystem services. | |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

GRADE BAND
# 6-8

**A successful student can understand how organisms within an ecosystem use matter and energy to grow, develop, and reproduce.**

STEAM PERFORMANCE-BASED ASSESSMENT

## STEAM

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Science**<br>MS-LS1-4<br>Extend | I can identify various animal behaviors or plant structures that affect reproduction. | I can describe why animal behaviors or plant structures affect reproduction. | I can use evidence to support the claim that animal behaviors or plant structures affect reproduction. | I can gather and use evidence to support the claim that animal behaviors or plant structures affect reproduction. | MS-LS1-4, MS-LS1-5, MS-LS3-1, MS-LS3-2, MS-LS4-5 |
| MS-LS3-2<br>Essential | I can define asexual and sexual reproduction. | I can identify differences in offspring based on reproduction type. | I can use a model to describe why genetic variation occurs or does not occur based on reproduction type. | I can develop and use a model to describe why genetic variation occurs or does not occur based on reproduction type. | |
| MS-LS1-5<br>MS-LS3-1<br>Essential | I can identify that genetic and environmental factors affect organisms. | I can explain how genetic and environmental factors affect organisms. | I can use evidence to explain how genetic and environmental factors affect organisms. | I can use models and evidence to explain how genetic and environmental factors affect organisms. | |
| MS-LS4-5<br>Extend | I can identify information about how humans influence inheritance of traits in organisms. | I can gather information about how humans influence the inheritance of traits in organisms. | I can gather and synthesize information about how humans influence the inheritance of traits in organisms. | I can gather, synthesize, and communicate information about how humans influence the inheritance of traits in organisms. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

A successful student can understand why the relationship between the environment and genetic variation within a species affects survival and reproduction over time.

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Science**<br>MS-LS4-1<br>MS-LS4-2<br>MS-LS4-3<br>Essential | I can identify patterns of relatedness of organisms and fossils based on anatomy. | I can explain patterns of relatedness of organisms and fossils based on anatomy. | I can analyze data to explain patterns of relatedness of organisms and fossils based on anatomy. | I can investigate and analyze data to explain patterns of relatedness of organisms and fossils based on anatomy. | MS-LS4-1, MS-LS4-2, MS-LS4-3, MS-LS4-4, MS-LS4-6 |
| MS-LS4-4<br>Extend | I can recognize that specific traits will lead to increases or decreases in survival or reproduction chances. | I can predict that specific traits will lead to increases or decreases in survival or reproduction chances. | I can use evidence to explain why specific traits will lead to increases or decreases in survival or reproduction chances. | I can use evidence and models to explain why specific traits will lead to increases or decreases in survival or reproduction chances. | |
| MS-LS4-6<br>Essential | I can identify changes in traits within populations over time. | I can predict changes in traits within populations over time. | I can predict changes in traits within populations over time. | I can analyze data and use mathematical relationships to explain changes in traits within populations over time. | |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*<br>*05/03/21  01:59pm MM*



GRADE BAND
**6-8**

A successful student can understand engineering designs to define problems, develop solutions, and optimize solutions to a problem in life science.

**STEAM**

STEAM PERFORMANCE-BASED ASSESSMENT

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Science** MS-ETS1-1 Essential | I can identify components of a design. | I can describe potential impacts of a design. | I can describe the potential impacts of a design in order to define criteria and constraints. | I can evaluate the potential impacts of a design in order to prioritize criteria and constraints. | MS-ETS1-1, MS-ETS1-2, MS-ETS1-3, MS-ETS1-4 |
| MS-ETS1-2 Essential | I can identify competing designs to solve a specific problem. | I can compare competing designs to solve a specific problem. | I can evaluate competing designs to solve a specific problem using criteria and constraints. | I can support an argument for the best design to solve a specific problem using criteria and constraints. | |
| MS-ETS1-3 Essential | I can use my observations to compare design solutions. | I can use test data to compare design solutions. | I can analyze test data to compare design solutions. | I can analyze test data to support an argument for an optimal design. | |
| MS-ETS-1-4 Essential | I can identify possible improvements to a design. | I can explain how to improve a design through repeated testing. | I can develop a model to optimize a design through repeated testing. | I can, and synthesize data to develop a model to optimize a design through repeated testing. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

A successful student can understand the properties and predictable patterns of objects and phenomena in the universe and our Solar System.

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Science**<br>MS-ESS1-1<br>Essential | I can define axis, rotation, and revolution as they pertain to the positioning of the Earth, Sun, and Moon. | I can identify patterns involving the Sun and the Moon based upon their relative positions. | I can use a model to explain patterns involving the Sun and the Moon based upon their relative positions. | I can use a model to explain patterns and make predictions involving the Sun and the Moon based upon their relative positions. | MS-ESS1-1, MS-ESS1-2, MS-ESS1-3 |
| MS-ESS1-2<br>Extend | I can define gravity and identify how it affects motion of objects on Earth. | I can recognize how gravity affects motion within the Solar System and within galaxies. | I can model how gravity explains motion within the Solar System and within galaxies. | I can gather information to develop a model of how gravity explains motion within the Solar System and within galaxies. | |
| MS-ESS1-3<br>Extend | I can list the objects that make up our solar system. | I can identify properties of objects in the Solar System. | I can analyze data to determine the properties of objects in the Solar System. | I can analyze data to explain the differences in the properties of objects in the Solar System. | |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**6-8**

STEAM PERFORMANCE-BASED ASSESSMENT

**A successful student can understand how Earth's conditions and processes and life on Earth have changed over time.**

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Science** | | | | | |
| MS-ESS1-4 Extend | I can identify the natural processes that record Earth's history. | I can use rock formations and fossils to describe Earth's history. | I can use rock formations and fossil evidence to explain Earth's history. | I can synthesize information from rock formations and fossil evidence to explain Earth's history. | MS-ESS1-4, MS-ESS2-2, MS-ESS2-3 |
| MS-ESS2-2 Essential | I can recognize the role that geologic processes have in changing Earth's surface. | I can identify geological processes that create geological features. | I can explain how geological processes of different time and spatial scales create geological features. | I can gather evidence to explain how geological processes of varying time and spatial scales create geological features. | |
| MS-ESS2-3 Essential | I can identify how Earth's layers interact to cause plate tectonics. | I can use rock formations and fossils to describe evidence of past tectonic plate motions. | I can analyze and interpret rock formations and fossils evidence as data to provide evidence of past tectonic-plate motions. | I can analyze and interpret data to develop models that provide evidence of past tectonic-plate motions. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

692

**GRADE BAND 6-8**

## A successful student can understand how Earth's conditions and processes and life on Earth have changed over time.

### STEAM

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Science**<br>MS-ESS1-4<br>Extend | I can identify the natural processes that record Earth's history. | I can use rock formations and fossils to describe Earth's history. | I can use rock formations and fossil evidence to explain Earth's history. | I can synthesize information from rock formations and fossil evidence to explain Earth's history. | MS-ESS1-4, MS-ESS2-2, MS-ESS2-3 |
| MS-ESS2-2<br>Essential | I can recognize the role that geologic processes have in changing Earth's surface. | I can identify geological processes that create geological features. | I can explain how geological processes of different time and spatial scales create geological features. | I can gather evidence to explain how geological processes of varying time and spatial scales create geological features. | |
| MS-ESS2-3<br>Essential | I can identify how Earth's layers interact to cause plate tectonics. | I can use rock formations and fossils to describe evidence of past tectonic plate motions. | I can analyze and interpret rock formations and fossils evidence as data to provide evidence of past tectonic-plate motions. | I can analyze and interpret data to develop models that provide evidence of past tectonic-plate motions. | |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*<br>*05/03/21  01:59pm MM*

GRADE BAND
# 6-8

**A successful student can understand the factors and processes that regulate climate and weather on Earth.**

STEAM PERFORMANCE-BASED ASSESSMENT

## STEAM

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Science** MS ESS2-5 Essential | I can identify the patterns in weather conditions impacted by air masses (temperature, air pressure, humidity, wind speed). | I can relate the interaction of air masses to changes in weather. | I can gather evidence of the interaction of air masses to explain changes in weather. | I can gather and evaluate evidence of the interaction of air masses to explain changes in weather. | MS-ESS2-5, MS-ESS2-6, MS-ESS3-5 |
| MS ESS2-6 Essential | I can describe how climate differs from weather and list some factors that drive differences in climate. | I can describe how heat and Earth's rotation produce differences in atmospheric and oceanic circulation patterns that lead to different climates. | I can use a model to describe how heat and Earth's rotation produce differences in atmospheric and oceanic circulation patterns that lead to different climates. | I can use evidence to develop a model that explains how heat and Earth's rotation produce differences in atmospheric and oceanic circulation patterns that lead to different climates. | |
| MS ESS3-5 Essential | I can describe trends in Earth's heating and cooling patterns. | I can identify both human activities and/or natural processes that impact earth's global temperature. | I can observe patterns in data that connect the changes in natural processes and/or human activities related to greenhouse gas production. | I can questions to clarify evidence of the factors that have caused the rise in global temperatures over the past century. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

**A successful student can understand how natural hazards can be predicted and how human activities affect Earth system.**

**STEAM**

STEAM PERFORMANCE-BASED ASSESSMENT

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Science** | | | | | |
| MS-ESS3-2 Extend | I can identify natural hazards that Earth experiences. | I can describe characteristics of natural hazards. | I can identify data patterns about natural hazards. | I can evaluate strategies to minimize dangers from natural hazards through forecasting and technology. | MS-ESS3-2, MS-ESS3-3, MS-ESS3-4 |
| MS-ESS3-3 Essential | I can describe human impacts on the environment. | I can describe human impacts on the environment and list potential methods to minimize the impact. | I can design a method to monitor or minimize human impacts on the environment. | I can design and refine a method to monitor or minimize human impacts on the environment. | |
| MS-ESS3-4 Extend | I can describe how an increase in the use of natural resources impacts the environment. | I can describe how population growth increases the use of natural resources and causes environmental changes. | I can use evidence to argue that population growth increases the use of natural resources and causes environmental changes. | I can gather and use evidence to argue that population growth increases the use of natural resources and causes environmental changes. | |



**GRADE BAND 6-8**

STEAM PERFORMANCE-BASED ASSESSMENT

A successful student can understand engineering designs to define problems, develop solutions, and optimize solutions to a problem in Earth and space science.

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **Science**<br>MS-ETS1-1<br>Essential | I can identify components of a design. | I can describe potential impacts of a design. | I can describe the potential impacts of a design in order to define criteria and constraints. | I can evaluate the potential impacts of a design in order to prioritize criteria and constraints. | MS-ETS1-1, MS-ETS1-2, MS-ETS1-3, MS-ETS1-4 |
| MS-ETS1-2<br>Essential | I can identify competing designs to solve a specific problem. | I can compare competing designs to solve a specific problem. | I can evaluate competing designs to solve a specific problem using criteria and constraints. | I can support an argument for the best design to solve a specific problem using criteria and constraints. | |
| MS-ETS1-3<br>Essential | I can use my observations to compare design solutions. | I can use test data to compare design solutions. | I can analyze test data to compare design solutions. | I can analyze test data to support an argument for an optimal design. | |
| MS-ETS-1-4<br>Essential | I can identify possible improvements to a design. | I can explain how to improve a design through repeated testing. | I can develop a model to optimize a design through repeated testing. | I can develop a model to optimize a design through repeated testing. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 6-8**

## A successful student can analyze sources for credibility and relevance.

**STEAM**

STEAM PERFORMANCE-BASED ASSESSMENT

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA**<br>I can conduct research to answer a question. | I can conduct short research to answer a question using multiple sources. | I can conduct research to answer a question using multiple sources and generate additional questions to help focus my research. | I can conduct short/long research to answer a question (including self-generated questions) drawing on multiple sources and generate related questions to further focus the research. | I can conduct short/long research from a self generated question and as the research unfolds refine my question and inquiry through additional focused questions and examination of multiple sources. | W6.1, 7.1, 8.1<br>W6.7, 7.7, 8.7<br>W6.9, 7.9, 8.9<br>W6.8, 7.8, 8.8<br>RI.6.1, 7.1, 8.1<br>RI6.2, 7.2, 8.2<br>RI6.3, 8.3<br>RI6.4, 8.4 |
| I can locate evidence that supports my research from multiple sources and types (print and digital) of sources. | I can locate information from multiple print and digital sources that relate to a given topic. | I can locate relevant information from multiple print and digital sources that relate to a given topic. | I can locate relevant information from multiple print and digital sources and quote or paraphrase key information. | I can locate supporting information from multiple print and digital sources and quote or paraphrase key information from credible sources to answer my research question(s). | |
| I can determine the credibility and relevance of sources. | I can gather information from multiple sources on a given topic. | I can gather relevant information from multiple sources on a given topic. | I can gather relevant information from multiple sources and assess the credibility of each source. | I can develop criteria to determine the relevance and credibility of sources and select and defend this evidence based on these criteria. | |
| I can analyze and reflect on the effectiveness of my evidence in supporting my position. | I can determine the effectiveness of my evidence by determining if evidence I found answered my question. | I can determine the effectiveness of my evidence by identifying if there was evidence from multiple sources to answer my question. | I can evaluate the effectiveness of my evidence by reflecting on the quality of the sources relevance evidence found to answer my question. | I can evaluate the effectiveness of my evidence by analyzing the quality of sources and relevance of evidence to my question and reflect on the potential need for additional information to fully address my question. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**GRADE BAND 6-8**

STEAM PERFORMANCE-BASED ASSESSMENT

## A successful student can interpret, acquire and use words precisely.

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA**<br>I can express a message and adapt to variety of contexts maintaining formal English. | I can express a clear message with words that convey an idea. | I can express a clear message using descriptive words and mostly formal language. | I can adapt and express clear, concise ideas using formal English and precise words in a variety of contexts. | I can express clear, concise ideas in formal English and adapt in the moment the words to fit a variety of contexts and audiences. | PRIORITY SL6.6, 7.6, 8.6; SL6.8, 7.8, 8.8; SL7.7a; W6.10.a, 7.10.a<br>RL6.4, 7.4, 8.4<br>RL7.11, 8.11<br>RL7.11.b, 8.11.b<br>RL7.11.c, 8.11.c<br>RL7.11.d, 8.11.d<br>RI7.11.a<br>RI7.11.b<br>RI7.11.d<br>RI7.12.a<br>RI7.12.b<br>RI7.12.c |
| I can use language that expresses ideas precisely and concisely. | I can express ideas that are sometimes difficult to follow due to wordiness or redundancy. | I can select and use descriptive words to convey ideas with some wordiness and redundancy. | I express ideas with concise words by recognizing and eliminating wordiness and redundancy.. | I express clear, concise ideas with carefully selected precise words. | |
| I can determine the meaning of words and phrases as used in text. | I can determine the meanings of words and phrases using context. | I can determine the meanings of words and phrases using definitions (denotative), meaningful parts of words, and associations (connotative) along with context. | I can determine the meanings of words using my knowledge of language (figurative, connotative, denotative, multiple meanings, Greek and Latin affixes and roots). | I can determine the meanings of words and use words concisely and precisely taking advantage of the nuances in their meaning in different contexts to strengthen my ideas. | |
| I can verify the meanings of words and acquire them for later use. | I can determine the meanings of words and phrases from text using definitions. | I can determine the meanings of words and phrases by monitoring my understanding and using definitions/context clues. | I can determine the meaning of words or phases as I read by monitoring and verifying their meaning and use them various settings. | I can determine the meaning of the word or phrases through a variety of monitoring strategies and apply them for effect in various settings. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
698    Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 6-8**

## A successful student can interpret an author's purpose and intent in complex text.

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA**<br><br>The student can summarize a text. | I can retell a a text without adding personal opinions or judgments. | I can collapse key details into categories that produce big ideas to focus the summary. | My summary covers the beginning, middle, and end big ideas of a text. My summary does not contain specific details. I can summarize a text without adding personal opinions or judgments. | I can combine multiple pieces of text into a focused summary about a topic. | PRIORITY<br>RI.6.2, 7.2, 8.2<br>RI.6.5,7.5, 8.5<br>RI.6.6, 7.6, 8.6<br>RI.6.13, 7.13, 8.13<br>RI.6.5, 7.5, 8.5<br>RI.6.6, 7.6, 8.6<br>RI.6.9,7.9, 8.9<br>RI.6.13, 7.13, 8.13<br>W.6.9, 7.9, 8.9 |
| The student can use knowledge of text structures or text features to enhance comprehension. | I can explain how the text structure and text features organize a text and contribute to the whole. | I can identify the structure and features used within a specific paragraph and the role of specific sentences in developing an idea or key concept. | I can interpret the impact of structure and text features on meaning. | I can analyze and interpret why the author structured elements within the text in a certain manner and the impact of that structure on meaning. | |
| The student can analyze how the author acknowledges and responds to opposing viewpoints and/or evidence to achieve his/her purpose. | I can identify the author's purpose or position used in a text and find explicit details that support it. | I can identify instances where the author distinguishes his /her purpose or position from that of others in the text by using explicit and implicit details. | I can explain how the author achieves his/her purpose or position by locating where the author acknowledges and/or responds to opposing evidence or viewpoints with explicit and implicit details. | I can analyze the author's purpose or position in a text and evaluate his/ her effectiveness in acknowledging and responding to opposing evidence or viewpoints by the use of explicit and implicit details. | |

STEAM PERFORMANCE-BASED ASSESSMENT

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM

GRADE BAND
**6-8**

STEAM PERFORMANCE-BASED ASSESSMENT

## STEAM

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA**<br>The student can analyze the same event or topic depicted by different authors | I can compare one author's presentation of an event or topic with that of another author's presentation of an event or topic identify where they differ on facts. | I can distinguish how author's emphasize different factual evidence to advance a different interpretation. | I can differentiate when authors produce different interpretations of the same event or topic to advance a purpose or position. | I can analyze conflicting information on the same event or topic and identify where the texts disagree on matters of fact or interpretation. | PRIORITY<br>RL6.2, 7.2, 8.2<br>RL6.5,7.5, 8.5<br>RL6.6, 7.6, 8.6<br>RL6.13, 7.13, 8.13<br>RI6.5, 7.5, 8.5<br>RI6.6, 7.6, 8.6<br>RI6.9,7.9, 8.9<br>RI6.13, 7.13, 8.13<br>W6.9, 7.9, 8.9 |
| The student can read and comprehend high quality and engaging informational text of appropriate quantitative and qualitative complexity. | With teacher scaffolds, I can elect, read, and interpret increasingly complex informational texts at grade level (vocabulary, background knowledge, verbal reasoning, and/or structure). | With peer support, I can elect, read, and interpret increasingly complex informationals texts at grade level (vocabulary, background knowledge, verbal reasoning, and/or structure). | I can elect, read, and interpret increasingly complex informational texts at grade level independently. | I can elect, read, and interpret increasingly complex informational texts above grade level. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

GRADE BAND
**6-8**

## The successful student can adapt speech and writing to enhance or refine a message.

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA** <br><br> The student can pose questions that elicit elaboration and respond to others' questions and comments with relevant observations and ideas. | I can ask clarifying questions to a speaker within a collegial discussion. | In a discussion, I can affirm a speaker's contribution and then contribute additional evidence and observations. | In a discussion, I can disagree using appropriate language and offer a contradictory claim with supporting evidence.  Moreover, I can ask questions that allows the speaker to elaborate their position. | In a discussion, I can enter and exit the discussion using appropriate language and supporting evidence.  I can also pose questions that engage others in new claims related to the topic. | PRIORITY <br> W6.4, 7.4, 8.4 <br> W6.10.a, 7.10.a <br> W7.10.c <br> W6.10.g <br> W6.12, 7.12, 8.12 <br> SL6.1.c, 7.1.c, 8.1c <br> SL6.6, 7.6, 8.6 <br> SL7.7.a <br> SL 8.1d |
| The student can produce clear and coherent writing in which the development, organization, and style are appropriate. | I can develop a topic with interesting facts, anecdotes and examples that respond to my audience's needs. . | I can develop a topic that responds to my audience's needs and provides organization to assist the reader. | I can write in a style that develops and organizes information that responds to audience needs. Transitional language to guide the reader is used. . | I can write in a unique style that connects, elaborates, and/ or refines ideas to produce clear, coherent writing. Transitional language guides the reader, but it also  assists the reader in making connections and clarifying information. | |
| The student can write for a ranges of discipline-specific tasks, purposes and audiences with varying time frames. | I can adjust my writing to consider my audience | I can adjust my writing to achieve my purpose for targeted audiences. | I can use discipline-specific content to enhance my message and achieve my purpose for various audiences. | Within short or extended time frames, I can  maintain consistency using discipline-specific content to enhance my message and achieve my purpose for various audiences. | |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

701

GRADE BAND
**6-8**

**STEAM PERFORMANCE-BASED ASSESSMENT**

**STEAM**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| **ELA**<br>The student can communicate ideas concisely | I can identify repetitive language. | I can identify and revise wordy or repetitive language | I can produce a clear, concise message by revising wordy and repetitive language and/or combining sentences. | I can construct concise sentences using clauses and phrases to reduce repetiveness and wordiness. | PRIORITY<br>W6.4, 7.4, 8.4<br>W6.10.a, 7.10.a<br>W7.10.c<br>W6.10.g<br>W6.12, 7.12, 8.12<br>SL6.1.c, 7.1.c, 8.1c<br>SL6.6, 7.6, 8.6<br>SL7.7.a<br>SL 8.1d |
| The student can enhance meaning through the effective use of sentence structure and transitions to signal relationships amongst ideas. | I can use appropriate coordinating conjunctions to signal the relationship between independent clauses. | I can use subordinating conjunctions in complex sentences to signal temporal and relational transitions. | I can combine sentences to enhance the relationship between ideas and include transitions that support logical connections amongst text to address the needs of the audience. | I can use transitional adverbs in various sentence structures to show the relationships between my sentences and paragraphs. | |

*Clerk of the District Court, Johnson County Kansas*<br>*05/03/21  01:59pm MM*<br>Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

GRADE BAND
**6-8**

| STEAM | | |
|---|---|---|
| **LEARNING TARGET** | **LEVEL 3** | **STANDARDS** |
| **SECD**<br>**Character Development:**<br>Core Principles | Understand and demonstrate appropriate and inappropriate behaviors and the impact it has on others in all communities., Create clear and consistent expectations of good character in all settings., Analyze the characteristics of caring relationships, hurtful relationships, and identify trusting adults., Practice active listening., Utilize multiple media and technologies;, Ethically and respectfully. , Evaluate its effectiveness., Assesses its impact., Differentiate behavior as bullying or not and can model positive peer interactions that are void of bullying behaviors., Analyze how a bystander can be part of the problem or part of the solution by becoming an "upstander.", Apply empathic concern and tries to understand the perspective or point of view of others. | SECD.MS 1 |
| Responsible Decision-Making and Problem-Solving | Manage safe and unsafe situations., Monitor how responsible decision-making affects progress toward achieving goals., Recognize the consequences of sexting and sexual behavior, including sexual consent and the inability of minors to give consent., Recognize how, when and who to ask for help., Monitor factors that will inhibit or advance effective time management., Analyze their daily schedule of school work and activities for effectiveness and efficiency., Construct and model classroom expectations and routines., Compare and contrast behaviors that do or do not support positive classroom management., Identify specific feelings about a problem and apply appropriate self-regulation skills., Identify, state and demonstrate problem-solving processes., Understand resiliency and how to make adjustments and amendments to the plan. | SECD.MS 2 |
| Self-Awareness | Critically reflect on common emotions and effective behavioral responses., Recognize common stressors and the degree of emotion experienced (for example, in face-to-face or electronic communication., Analyze personality traits, personal strengths, weaknesses, interests and abilities., Identify resources for problem-solving (additional print and electronic resources or specific subject problem-solving models)., Identify external supports (for example, friends, inspirational characters in literature, historical figures and media representations)., Recognize how behavioral choices impact success., Identify self-enhancement, self-preservation and self-help strategies. | SECD.MS 3 |
| Self-Management | Identify multiple techniques to manage stress and maintain confidence., Recognize the impact of personal care., Practice effective communication (for example, listening, reflecting and responding)., Recognize logical fallacies, bias, hypocrisy, contradiction, distortion and rationalization., Demonstrate and describe personal responsibilities to self, others and the environment (for example, friends, family, school, community, state, country, culture and the world)., Analyze the personal impact of helping others., Analyze experiences that shape their perspective and demonstrate empathy in a variety of settings and situations., Utilize external supports and describe common and creative strategies for overcoming or mitigating obstacles., Analyze the factors that lead to the achievement of school and personal goals, including the effect personal habits and meaningful practice have on that achievement. | SECD.MS 4 |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**6-8**

**SPECIALS PERFORMANCE-BASED ASSESSMENT**

# Specials

## Dance

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has not yet made progress in meeting the competency.

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Dance** I can communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I am not yet able to communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I can begin to communicate through creative movement by applying dance skills and language to Explore and Revise learning through dance. | I can communicate through creative movement by applying dance skills and language to Explore, Plan, Revise, Excel in dance and learning. | I can communicate through creative movement by applying dance skills and language to Explore, Plan, Revise, Excel in dance and learning. |
| **Performing** I can demonstrate the ability to apply skills and understanding of how dance communicates through Expression, Embodiment, and Presentation of artistic ideas and work for a performance. | I am not yet able to demonstrate the ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work. | I can begin to demonstrate the ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work. | I can demonstrate the ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work a performance. | I can demonstrate and explain my ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work for a performance. |
| I can Analyze, Interpret, and Select dance works for a performance. | I am not yet able to analyze, interpret, and select dance works for a performance. | I can Analyze, Interpret, but not select dance works for a performance. | I can analyze, interpret, and select dance works for at least one performance. | I can analyze, interpret, and select dance works for more than one performance. |
| I can Realize, Develop, and Refine dance works for performance. | I am not yet able to realize, develop, and refine a dance work for a performance. | I can realize and develop, but not refine a dance work for performance. | I can realize, develop, and refine at least one dance work for performance that communicates. | I can realize, develop, and refine multiple dance works for performance that communicate. |

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 6-8**

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Dance** **Responding** I can respond to dance by Analyzing, Interpreting, and Critiquing how dance conveys meaning. | I am not yet able to respond to dance by analyzing, interpreting, and critiquing how dance conveys meaning. | I can begin to respond to dance by analyzing, interpreting, and critiquing how dance conveys meaning. | I can respond to dance by analyzing, interpreting, and critiquing how dance conveys meaning. | I can successfully respond to dance by analyzing, interpreting, and critiquing how dance conveys meaning and provide compelling rationale through demonstration. |
| I can Perceive and Analyze dance. | I am not yet able to perceive and analyze dance. | I can begin to perceive and analyze dance. | I can perceive and analyze dance. | I can perceive and analyze dance and apply that knowledge to communicating through an original creative movement. |
| I can Interpret intent and meaning of dance. | I am not yet able to interpret intent and meaning of dance. | To a limited degree, I can interpret intent and meaning of dance. | I can interpret intent and meaning of dance. | I can interpret intent and meaning of dance and apply that knowledge to communicating through an original creative dance piece. |
| I can Apply criteria to evaluating dance pieces. | I am not yet able to apply criteria to evaluating dance pieces. | To a limited degree, I can apply criteria to evaluating dance pieces. | I can apply criteria to evaluating dance pieces. | I can create and apply criteria for evaluating dance pieces. |
| **Connecting** I can connect personal meaning and external context to dance by Synthesizing, and Relating knowledge and personal experience to works of dance through and during the learning process. | I am not yet able to connect personal meaning and external context to dance by synthesizing, and relating knowledge and personal experience to works of dance through and during the learning process. | I can begin to connect personal meaning and external context to dance by synthesizing, and relating knowledge and personal experience to works of dance through and during the learning process. | I can successfully connect personal meaning and external context to dance by synthesizing, and relating knowledge and personal experience to at least one work of dance through and during the learning process. | I can successfully connect personal meaning and external context to dance by synthesizing, and relating knowledge and personal experience to multiple works of dance through and during the learning process. |
| I can Apply societal, cultural, and historical contexts to dance related ideas, work, and creative movement. | I am not yet able to apply societal, cultural, and historical contexts to dance related ideas, work, and creative movement. | I can apply historical but not societal and cultural contexts to dance related ideas, work, and creative movement. | I can apply societal, cultural, and historical contexts to dance related ideas, work, and creative movement. | I can apply societal, cultural, and historical contexts to dance related ideas, work, and creative movement and demonstrate how these details help reveal information about the work and |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**6-8**

## Media Arts

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has not yet made progress in meeting the competency.

SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Media Arts**<br><br>Creating<br><br>I can Create and communicate by applying the skills and language of a specific media arts form to Conceive, Develop, and Construct artistic ideas and work. | I am not yet able to create and communicate by applying the skills and language of a specific media arts form to conceive, develop, and construct artistic ideas and work. | I can create but not able to communicate by applying the skills and language of a specific media arts form to conceive, develop, and construct artistic ideas and work. | I can create and communicate by applying the skills and language of a specific media art form to conceive, develop, and construct artistic ideas and work. | I can create and communicate in multiple media art forms by applying the skills and language of that form to conceive, develop, and construct artistic ideas and work. |
| I can Generate, Conceptualize, and Organize media arts ideas | I am not yet able to generate, conceptualize, and organize media arts ideas. | I can generate and conceptualize, but not independently organize an idea into a media art work. | I can generate, conceptualize, and organize ideas in at least one media art form. | I can generate, conceptualize, and organize ideas through various media art forms. |
| I can Refine and Complete media art ideas | I am not yet able to refine and complete ideas into media art work. | I can begin to refine but not complete ideas into media art work. | I can refine and complete ideas into media art work. | I can refine and complete ideas through multiple media art forms. |

**GRADE BAND 6-8**

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Media Arts** **Producing** I can demonstrate the ability to Apply the skills and understanding of how the media arts communicate ideas and work through Integration, Practice, and Presentation. | I am not yet able to integrate forms and content, practice, and present media art works. | I can begin to integrate forms and content, practice, and present media art works. | I can integrate forms and content, practice, and present through at least one media art form. | I can integrate forms and content, practice, and present through more than one media art form. |
| I can Analyze and Interpret media art works. | I cannot yet analyze and interpret media art works. | I can analyze and interpret media art works to a limited extent. | I can analyze and interpret comfortably in at least one media art work. | I can analyze and interpret multiple forms of media art works for presentation. |
| I can Realize, Develop, and Refine media art works for presentation. | I am not yet able to realize, develop, and refine media art works for presentation. | I can realize and begin to develop, but not refine media art works for presentation. | I can realize, develop, and refine in at least one media art form for presentation. | I can realize, develop, and refine in multiple media art forms for presentation that that communicates. |
| **Responding** I can respond to the media arts by Perceiving, Interpreting and Evaluating how media artworks convey meaning. | I am not yet able to  respond to media arts by Perceiving, Interpreting and Evaluating how media artworks convey meaning. | I can begin to respond to media arts by Perceiving, and Evaluating but not Interpreting how media artworks convey meaning. | I can  successfully respond to the media arts by Perceiving, Interpreting and Evaluating how media artworks convey meaning. | I can  successfully respond to various forms of the media arts by Perceiving, Interpreting and Evaluating how these forms convey meaning. |
| I can Perceive and Analyze the media. | I am not yet able to perceive and analyze the media. | I can begin to perceive and analyze the media. | I can with confidence perceive and analyze at least one form of media. | I can perceive and analyze various forms of media. |
| I can Interpret intent and meaning of media artworks. | I am not yet able to  interpret intent and meaning of media artworks. | To a limited degree, I can interpret intent and meaning of media artworks. | I can interpret intent and meaning of at least one form of media artwork. | I can interpret intent and meaning of multiple media art forms. |
| I can apply criteria to Evaluating media artworks. | I am not yet able to apply criteria to evaluating media artworks. | I can apply criteria to evaluating media artworks. | I can apply criteria to evaluating media artworks. | I can create criteria for and apply criteria to evaluating multiple media art form. |

**SPECIALS PERFORMANCE-BASED ASSESSMENT**

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM

**GRADE BAND 6-8**

SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Media Arts** **Connecting** I can Connect personal meaning and external context to media arts by Synthesizing and Relating through and during the art-making process. | I am not yet able to connect personal meaning and external context to media arts by synthesizing and relating through and during the art-making process. | I can begin to connect personal meaning and external context to media arts by synthesizing and relating through and during the art-making process.. | I can successfully connect personal meaning and external context to media arts by synthesizing and relating through and during the art-making process. | I can successfully connect personal meaning and external context to more than one media arts form by synthesizing and relating through and during the art-making process. |
| I can Synthesize and Relate knowledge and personal experience to artistic ideas for media art works. | I am not yet able to synthesize and relate knowledge and personal experience to artistic ideas for media art works. | I can relate knowledge and personal experience to artistic ideas for media art works but not synthesize those into a media art work. | I can synthesize and relate knowledge and personal experience to artistic ideas for media art works. | I can synthesize and relate knowledge and personal experience to artistic ideas through multiple forms of media art works. |
| I can Apply societal, cultural, and historical contexts to ideas media art work. | I am not yet able to apply societal, cultural, and historical contexts to media art work. | I can apply at least one of the following, societal, cultural, and/ or historical contexts to media art work. | I can apply societal, cultural, and historical contexts to at least one form of media art work. | I can apply societal, cultural, and historical contexts to more than one form of media art. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**6-8**

# Music

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has not yet made progress in meeting the competency.

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Music** **Creating** I can create and communicate by applying the skills and language of music to Imagine, Plan, and Make musical ideas and work. | I am not yet able to create and communicate by applying the skills and language of music to imagine, plan, and make musical ideas and work. | I can create and communicate by applying the skills and language of music to imagine and plan but not yet make musical ideas and work. | I can create and communicate by applying the skills and language of music to imagine, plan, and make musical ideas and work. | I can create and communicate by applying the skills and language of music to imagine, plan, and make musical ideas and work, while creating work that shows the culmination of a process of creation and communication. |
| I can Generate, Develop, and Organize musical ideas. | I am not yet able to generate, develop, and organize musical ideas. | I am beginning to develop the skills and knowledge needed to generate, develop, and organize musical ideas. | I can generate, develop, and organize musical ideas. | I can generate, develop, and organize musical ideas for more than one musical genre. |
| I can create by applying the skills and language of music to Evaluate, Refine, and Present musical ideas and work. | I am not yet able to create by applying the skills and language of music to evaluate, refine, and present musical ideas and work. | I am beginning to create by applying the skills and language of music to evaluate, refine, and present musical ideas and work. | I can create by applying the skills and language of music to evaluate, refine, and present musical ideas and work. | I can create by applying the skills and language of music to evaluate, refine, and present original musical ideas and work using expertise, context, and expressive intent to influence creative choices. |
| I can Reflect upon and Refine musical ideas and work. | I am not yet able to reflect upon and refine musical ideas and work. | I can reflect upon but not yet able to independently refine musical ideas and work. | I can reflect upon and refine musical ideas and work. | I can reflect upon and refine musical ideas and work for more than one musical genre. |
| I can Present original musical ideas and work. | I am not yet able to present original musical ideas and work. | I am experimenting with creating and presenting original musical ideas and work. | I can present original musical ideas and work. | I can create and present more than one original musical idea and work. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

SPECIALS PERFORMANCE-BASED ASSESSMENT

GRADE BAND
**6-8**

SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Music** **Performing** I can demonstrate the ability to apply skills and effectively communicate musical ideas and work through Selection, Analysis, and Interpretation. | I am not yet able to demonstrate the ability to apply skills and effectively communicate musical ideas and work through selection, analysis, and interpretation. | I am beginning to find the ability to apply skills and communicate musical ideas and work through selection, analysis, and interpretation. | I can demonstrate the ability to apply skills and effectively communicate musical ideas and work through selection, analysis, and interpretation of at least one musical genre. | I can demonstrate the ability to apply skills and effectively communicate musical ideas and work through selection, analysis, and interpretation of more than one musical genre. |
| I can Select musical works based on interest, knowledge, technical skill and context. | I am not yet able to select musical works based on interest, knowledge, technical skill and context. | I am beginning to learn how to select musical works based on interest, knowledge, technical skill and context. | I can select musical works based on interest, knowledge, technical skill and context. | I can select and perform musical works based on interest, knowledge, technical skill and context. |
| I can Analyze the structure and context of musical works. | I am not yet able to analyze the structure and context of musical works. | I am beginning to analyze the structure and context of musical works. | I can analyze the structure and context of musical works. | I can analyze and demonstrate the structure and context of musical works. |
| I can Develop personal interpretations of musical works. | I am not yet able to develop personal interpretations of musical works. | I am beginning to develop personal interpretations of musical works. | I can develop personal interpretations of musical works. | I can develop personal interpretations of musical works and perform based on those interpretations. |
| I can demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. | I am not yet able to demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. | I am beginning to demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. | I can demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. | I can demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. |
| I can Evaluate and Refine personal and ensemble performances. | I am not yet able to evaluate and refine personal and ensemble performances. | I am beginning to learn how to evaluate and refine personal and ensemble performances. | I can evaluate and refine personal and ensemble performances. | I can evaluate and refine personal and ensemble performances of various genre. |
| I can Perform expressively and accurately with appropriate interpretation. | I am not yet able to perform expressively and accurately with appropriate interpretation. | I am beginning to perform expressively and accurately with appropriate interpretation. | I can perform expressively and accurately with appropriate interpretation. | I can perform various genre of music expressively and accurately with appropriate interpretation. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

| Specials | NO EVIDENCE - 1<br>Degree to which competency has been met. | LIMITED EVIDENCE - 2<br>Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3<br>Degree to which competency has been met. | STRONG EVIDENCE - 4<br>Degree to which competency has been met. |
|---|---|---|---|---|
| **Music**<br><br>Responding<br><br>I can respond to music by Selecting, Analyzing, Interpreting and Evaluating, how music conveys meaning. | I am not yet able to respond to music by selecting, analyzing, interpreting and evaluating, how music conveys meaning. | I can respond to music I have selected, but still learning how to analyze, interpret and evaluate how this music conveys meaning. | I can respond to music by Selecting, analyzing, interpreting and evaluating, how music conveys meaning. | I can successfully respond to multiple music genre by selecting, analyzing, interpreting and evaluating, how music conveys meaning and provide compelling rationale. |
| I can Select musical works for a variety of purposes. | I am not yet able to select musical works for a variety of purposes. | I can select a musical work or works for at least one purpose. | I can select musical works for a variety of purposes. | I can select musical works for a variety of purposes and provide rationale for selection. |
| I can Perceive and Analyze musical works. | I am not yet able to perceive and analyze musical works. | To a limited degree, I can perceive and analyze musical works. | I can perceive and analyze musical works. | I can perceive and analyze musical works and provide rationale. |
| I can Interpret intent and meaning of musical works. | I am not yet able to interpret intent and meaning of musical works. | I am beginning to interpret intent and meaning of musical works. | I can interpret intent and meaning of musical works. | I can interpret intent and meaning of musical works and provide rationale. |
| I can Apply criteria to evaluating musical works. | I am not yet able to apply criteria to evaluating musical works. | I am beginning to learn how to apply criteria to evaluating musical works. | I can apply criteria to evaluating musical works. | I can create and apply criteria to evaluating musical works. |
| Connecting<br><br>I can Connect personal meaning and external context to music through and during the music learning process. | I am not yet able to connect, personal meaning and external context to music through and during the music learning process. | I can begin to connect, personal meaning and external context to music through and during the music learning process. | I can connect, personal meaning and external context to music through and during the music learning process. | I can connect, personal meaning and external context to music through and during the music learning and making process. |
| I can Synthesize and Relate knowledge and personal experience to musical ideas and work. | I am not yet able to synthesize and relate knowledge and personal experience to musical ideas and work. | I am beginning to synthesize and relate knowledge and personal experience to musical ideas and work. | I can synthesize and relate knowledge and personal experience to musical ideas and work. | I can synthesize and relate knowledge and personal experience to musical ideas and work in and through the music making process. |
| I can Apply societal, cultural, and historical contexts to musical ideas and work. | I am not yet able to apply societal, cultural, and historical contexts to musical ideas and work. | I am beginning to relate and apply societal, cultural, and historical contexts to musical ideas and work. | I can apply societal, cultural, and historical contexts to musical ideas and work. | I can apply societal, cultural, and historical contexts to musical ideas and work of various genre. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM

**GRADE BAND 6-8**

SPECIALS PERFORMANCE-BASED ASSESSMENT

# PE

## Scope and Sequence for K-12 Physical Education

### LEGEND

**E = Emerging.**
Students participate in deliberate practice tasks that will lead to skill and knowledge acquisition.

**M = Maturing.**
Students can demonstrate the critical elements of the motor skills/knowledge components of the grade-level outcomes, which will continue to be refined with practice.

**A = Applying.**
Students can demonstrate the critical elements of the motor skills/knowledge components of the grade-level outcomes within a variety of physical activity environments.

### PE

| Motor skills and movement patterns | Grade 6 | Grade 7 | Grade 8 |
|---|---|---|---|
| Hopping | A | → | → |
| Galloping | A | → | → |
| Running | A | → | → |
| Sliding | A | → | → |
| Skipping | A | → | → |
| Leaping | A | → | → |
| Jumping and Landing | A | → | → |
| • Spring and step | A | → | → |
| • Jump stop | E | M | A |
| • Jump rope | | | |
| Balance | A | → | → |
| Weight Transfer | A | → | → |
| Rolling | A | → | → |
| Curling and stretching | A | → | → |

### PE

| Motor skills and movement patterns | Grade 6 | Grade 7 | Grade 8 |
|---|---|---|---|
| Twisting and bending | A | → | → |
| Throwing | | | |
| • Underhand | A | → | → |
| • Overhand | A | → | → |
| Catching | A | → | → |
| Dribbling/ball control | | | |
| • Hands | A | → | → |
| • Feet | A | → | → |
| • With implement | A | → | → |
| Kicking | A | → | → |
| Volleying | | | |
| • Underhand | A | → | → |
| • Set | | E | → |

### PE

| Motor skills and movement patterns | Grade 6 | Grade 7 | Grade 8 |
|---|---|---|---|
| Striking - with short implement | A | → | → |
| • Fore/backhand | E | → | M |
| Striking - with long implement | A | → | → |
| • Fore/backhand | | E | → |
| Combining locomotors and manipulatives | M | → | A |
| Combining jumping, landing locomotors and manipulatives | M | A | → |
| Combining balance and weight transfers | M | → | A |
| Serving | | | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND**
**6-8**

| PE<br>Motor skills and movement patterns | Grade 6 | Grade 7 | Grade 8 |
|---|---|---|---|
| • Underhand | E | M | A |
| • Overhand | E | → | → |
| Shooting on goal | E | → | M |
| Passing and receiving | | | |
| • Hands | E | M | → |
| • Feet | E | → | M |
| • With implement | E | → | M |
| • Forearm pass | E | → | M |
| • Lead pass | E | M | → |
| • Give and go | E | M | → |
| Offensive skills | | | |
| • Pivots | E | M | A |
| • Fakes | E | → | M |
| • Jab step | E | → | M |
| • Screen | | | E |
| Defensive skills | | | |
| • Drop step | E | → | M |
| • Defensive or athletic stance | E | → | M |

| PE<br>STANDARDS 2:<br>Concepts and Strategies | Grade 6 | Grade 7 | Grade 8 |
|---|---|---|---|
| Movement concepts, principles and knowledge | A | → | → |
| Strategies and tactics | M | → | A |
| Communication (games) | E | → | M |
| Creating space (invasion) | | | |
| • Varying pathways, speed, direction | E | M | A |
| • Varying type of pass | E | M | A |
| • Selecting appropriate offensive tactics with object | E | → | M |
| • Selecting appropriate offensive tactics without object | E | → | M |
| • Using width and length of the field/court | E | → | M |
| • Playing with one player up (e.g., 2 v 1) | E | → | M |
| Reducing space (invasion) | | | |
| • Changing size and shape of defender's body | E | M | A |

| PE<br>STANDARDS 2:<br>Concepts and Strategies | Grade 6 | Grade 7 | Grade 8 |
|---|---|---|---|
| • Changing angle to gain competitive advantage | E | → | M |
| • Denying the pass/player progress | E | → | → |
| • Playing with on player down (e.g., 1 v 2) | E | → | → |
| Transition (invasion) | E | M | A |
| Creating space (net/wall) | | | |
| • Varying force, angle and/ or direction to gain competitive advantage | E | → | M |
| • Using offensive tactic/ shot to move opponent out of position | E | → | → |
| Reducing space (net/wall) | | | |
| • Returning to home position | E | → | M |
| • Shifting to reduce angle for return | E | → | → |
| Target | | | |
| • Selecting appropriate shot/ club | E | → | M |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**6-8**

SPECIALS PERFORMANCE-BASED ASSESSMENT

**PE STANDARDS 2: Concepts and Strategies**

| | Grade 6 | Grade 7 | Grade 8 |
|---|---|---|---|
| • Applying blocking strategy | E | → | → |
| • Varying speed and trajectory | E | → | M |
| **Fielding/striking** | | | |
| • Applying offensive strategies | | E | → |
| • Reducing open spaces | E | → | M |

**PE Health-enhancing level of fitness and physical activity**

| | Grade 6 | Grade 7 | Grade 8 |
|---|---|---|---|
| Physical activity knowledge | M | → | A |
| Engages in physical activity | M | → | A |
| Fitness knowledge | M | → | → |
| Assessment and program planning | M | → | A |
| Nutrition | E | M | → |
| Stress management | E | → | → |

**PE STANDARDS 5: Recognizes the value of physical activity**

| | Grade 6 | Grade 7 | Grade 8 |
|---|---|---|---|
| For health | E | → | → |
| For challenge | E | → | → |
| For self-expression/enjoyment | E | → | M |
| For social interaction | E | → | → |

**PE Responsible personal and social behavior**

| | Grade 6 | Grade 7 | Grade 8 |
|---|---|---|---|
| Demonstrating personal responsibility | A | → | → |
| Accepting feedback | A | → | → |
| Working with others | A | → | → |
| Following rules and etiquette | M | A | → |
| Safety | A | → | → |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

## Theatre

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has not yet made progress in meeting the competency.

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Theatre** **Creating** I can create and communicate by applying the skills and language of theatre through Envisioning, Conceptualizing, Developing, and Rehearsing artistic ideas and work. | I am not yet able to create and communicate by applying the skills and language of theatre through envisioning, conceptualizing, developing, and rehearsing artistic ideas and work. | I am beginning to create and communicate by applying the skills and language of theatre by envisioning, conceptualizing, developing, and rehearsing artistic ideas and work. | I can create and communicate by applying the skills and language of theatre through envisioning, conceptualizing, developing, and rehearsing artistic ideas through at least one theatrical performance. | I can create and communicate by applying the skills and language of theatre through envisioning, conceptualizing, developing, and rehearsing artistic ideas through more than one theatrical performance. |
| I can Organize artistic ideas for theatre. | I am not yet able to organize artistic ideas for theatre. | I can begin to organize artistic ideas for theatre. | I can organize artistic ideas for theatre. | |
| I can Refine and Complete artistic ideas through a theatrical performance. | I am not yet able to refine and complete artistic ideas through a performance. | I can begin to refine but not complete artistic ideas for a successful theatrical performance. | I can refine and complete artistic ideas successfully for a theatrical performance. | I can refine and complete artistic ideas successfully for more than one theatrical performance. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**SPECIALS PERFORMANCE-BASED ASSESSMENT**

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Theatre** **Performing** I can demonstrate the ability to apply the skills and understanding of how theatre communicates through Selection, Preparation, Sharing, and Presentation of artistic ideas and work. | I am not yet able to demonstrate the ability to apply the skills and understanding of how theatre communicates through selection, preparation, sharing, and presentation of artistic ideas and work. | I can demonstrate the ability to apply the skills and understanding of how theatre communicates through preparation and sharing, but not through selection and presentation of artistic ideas and work. | I can demonstrate the ability to apply the skills and understanding of how theatre communicates through selection, preparation, sharing, and presentation of artistic ideas and work through at least one performance. | I can demonstrate the ability to apply the skills and understanding of how theatre communicates through selection, preparation, sharing, and presentation of artistic ideas and work through more than one performance. |
| I can Reflect on, Interpret, and Select artistic works for presentation. | I am not yet able to reflect on, interpret, and select artistic works for presentation. | I can reflect on, begin to interpret, but not select an artistic work for presentation based on a specific purpose. | I can reflect on, interpret, and select an artistic work for presentation based on a specific purpose. | I can reflect on, interpret, and select artistic works for presentation based on a specific purpose for each work. |
| I can Realize, Develop, and Refine artistic works for presentation. | I am not yet able to realize, develop, and refine artistic works for presentation. | I can realize and develop, but not refine artistic works for presentation. | I can realize, develop, and refine artistic works for presentation. | I can realize, develop, and refine multiple artistic works for a performance that successfully communicates. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 6-8**

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Theatre** **Responding** I can respond to theatre by Reflecting, Interpreting, and Evaluating how productions convey meaning. | I am not yet able to respond to theatre by Reflecting, Interpreting, and Evaluating how productions convey meaning. | I can begin to respond to theatre by Reflecting, Interpreting, and Evaluating how productions convey meaning. | I can respond to theatre by Reflecting, Interpreting, and Evaluating how at least one production conveys meaning. | I can respond to theatre by Reflecting, Interpreting, and Evaluating how productions convey meaning. |
| I can Perceive and Evaluate theatrical work. | I am not yet able to perceive and evaluate theatrical work. | I can begin to perceive and evaluate theatrical work. | I can perceive and evaluate theatrical work. | I can perceive and evaluate theatrical work and provide compelling rationale to support. |
| I can Interpret intent and meaning of theatrical work. | I am not yet able to interpret intent and meaning of theatrical work. | To a limited degree, I can interpret intent and meaning of theatrical work. | I can interpret intent and meaning of theatrical work. | I can interpret intent and meaning of theatrical work and provide compelling and creative support for alternative interpretation. |
| I can apply criteria when evaluating theatrical work. | I am not yet able to apply criteria when evaluating theatrical work. | I can begin to apply criteria when evaluating theatrical work. | I can apply criteria when evaluating theatrical work. | I can create and apply criteria for evaluating theatrical work. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**6-8**

SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Theatre** **Connecting** I can connect personal meaning and external context to theatre by Empathizing, Interrelating, and Researching works. | I am not yet able to connect personal meaning and external context to theatre by empathizing, interrelating, and researching works. | I can begin to connect personal meaning and external context to theatre by empathizing, interrelating, and researching works. | I can successfully connect personal meaning and external context to theatre by empathizing, interrelating, and researching works. | I can successfully connect personal meaning and external context to multiple theatrical pieces by empathizing, interrelating, and researching those works. |
| I can Synthesize and Relate knowledge and personal experience to theatrical ideas and work. | I am not yet able to synthesize and relate knowledge and personal experience to theatrical ideas and work. | I can begin to synthesize and relate knowledge and personal experience to theatrical ideas and work. | I can synthesize and relate knowledge and personal experience to ideas and at least one theatrical work. | I can synthesize and relate knowledge and personal experience to multiple theatrical ideas and works. |
| I can Apply societal, cultural, and historical contexts to theatrical ideas and work. | I am not yet able to apply societal, cultural, and historical contexts to theatrical ideas and work. | I am beginning to apply societal, cultural, and historical contexts to theatrical ideas and work. | I can apply societal, cultural, and historical contexts to theatrical ideas and work. | I can apply societal, cultural, and historical contexts to theatrical ideas and work and successfully perform the role of a character in that work. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**6-8**

# Visual Arts

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has not yet made progress in meeting the competency.

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Visual Arts** **Creating** | | | | |
| I can create and communicate by applying the skills and language of a specific visual arts form to Investigate, Plan, and Make artistic ideas and work. | I am not yet able to create and communicate by applying the skills and language of a specific visual art form to investigate, plan, and make artistic ideas and work. | I can create but not able to communicate by applying the skills and language of a specific visual art form to investigate, plan, and make artistic ideas and work. | I can create and communicate by applying the skills and language of a specific visual art form to investigate, plan, and make artistic ideas and work. | I can create and communicate in multiple visual art forms by applying the skills and language of a specific visual art form to investigate, plan, and make artistic ideas and work. |
| I can Generate, Conceptualize, and Organize artistic ideas. | I am not yet able to generate, conceptualize, and organize artistic ideas. | I can generate and conceptualize, but not organize artistic ideas. | I can generate, conceptualize, and organize artistic ideas. | I can generate, conceptualize, and organize multiple artistic ideas. |
| I can Refine and Complete artistic ideas. | I am not yet able to refine and complete artistic ideas. | I can refine but not complete artistic ideas. | I can refine and complete artistic ideas. | I can refine and complete multiple artistic ideas. |
| I can create by applying the skills and language of a specific visual arts form to Reflect, Refine, and Continue with artistic ideas and work. | I am not yet able to create by applying the skills and language of a specific visual art form through reflecting, refining, and continuing with artistic ideas and work. | I can create by applying the skills (elements) but not the language (principles) of a specific visual art form through reflecting, refining, and continuing with artistic ideas and work. | I can create by applying the skills and language of a specific visual art form through reflecting, refining, and continuing with artistic ideas and work. | I can create in multiple visual art forms by applying the skills and language of that visual art form through reflecting, refining, and continuing with artistic ideas and work. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Visual Arts** **Presenting** I can demonstrate the ability to apply the skills and understanding of how the visual arts communicate through Selection, Analyzation, and Sharing of artistic ideas and work for presentation. | I am not yet able to apply the skills and understanding of how the visual arts communicate through Selection, Analyzation, and Sharing of artistic ideas and work for presentation. | I can demonstrate the ability to apply the skills and understanding of how the visual arts communicate but not able to apply this to Selection, Analyzation, and Sharing of artistic ideas and work for presentation. | I can demonstrate the ability to apply the skills and understanding of how the visual arts communicate through Selection, Analyzation, and Sharing of artistic ideas and work for presentation. | I can demonstrate the ability to apply the skills and understanding of how multiple visual arts forms communicate through Selection, Analyzation, and Sharing of artistic ideas and work for presentation. |
| I can Interpret artistic works for presentation. | I am not yet able to interpret artistic works for presentation. | I can interpret at least one artistic work for presentation. | I can interpret more than one artistic work for presentation. | I can interpret multiple artistic works for presentation. |
| I can Realize, Develop, and Refine artistic works for presentation. | I am not yet able to realize, develop, and refine artistic works for presentation. | I can realize and develop, but not refine artistic works for presentation. | I can realize, develop, and refine artistic works for presentation. | I can realize, develop, and refine multiple artistic works for an exhibition that communicates. |
| **Responding** I can successfully respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning. | I am not yet able to successfully respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning. | I can begin to respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning. | I can demonstrate the ability to apply the skills and understanding of how the visual arts communicate through Selection, Analyzation, and Sharing of artistic ideas and work for presentation. | I can successfully respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning. and provide compelling rationale. |
| I can Interpret intent and meaning of artistic work. | I am not yet able to interpret intent and meaning of artistic work. | I can begin to interpret intent and meaning of artistic work. | I can interpret intent and meaning of artistic work. | I can interpret intent and meaning of artistic work and provides compelling rationale to support. |
| I can apply criteria to Analyzing and Interpreting artistic work. | I am not yet able to apply criteria to analyzing and interpreting artistic work. | To a limited degree, I can apply criteria to analyzing and interpreting artistic work. | I can apply criteria to analyzing and interpreting artistic work. | I can apply criteria to analyzing and interpreting artistic work and provide additional support for my interpretation. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**6-8**

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Visual Arts** **Connecting** I can successfully connect, personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing, and Interpreting to works of art through and during the art-making process. | I am not yet able to connect, personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing, and Interpreting to works of art through and during the art-making process. | I can begin to connect, personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing, and Interpreting to works of art through and during the art-making process. | I can successfully connect, personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing, and Interpreting to works of art through and during the art-making process. | I can successfully connect, personal meaning and external context to multiple visual arts by Relating, Perceiving, Analyzing, and Interpreting to works through and during the art-making process. |
| I can Synthesize and Relate knowledge and personal experience to artistic ideas and artistic work | I am not yet able to create a work of art that communicates about events in home, school, or community life. | I can create a work of art that begins to communicate about events in home, school, or community life. | I can create a work of art that clearly communicates about events in home, school, or community life. | I can create works of art that clearly communicates in-depth about events in home, school, and/or community life. |
| I can Apply societal, cultural, and historical contexts to artistic ideas and artistic work | I am not yet able to compare and contrast details in art works from different times or places to determine their uses. | I can compare and contrast details in art works from different times or places but am not able to determine their uses based on their context. | I can compare and contrast details in art works from different times or places and explain how these details help reveal information about the work. | I can compare and contrast multiple details in art works from different times or places and thoroughly explains how these details help reveal information about the work and its context. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas* *05/03/21 01:59pm MM*

**GRADE BAND 6-8**

SPECIALS PERFORMANCE-BASED ASSESSMENT

# World Language Competencies and Performance Indicators

The Kansas World Language Standards are competency-based and not linked to a specific grade or age of student. These standards incorporate the recommendations of the American Council on the Teaching of Foreign Languages (ACTFL) and align with the 7 Rose Capacities passed by Kansas legislators. The acquisition of a second language is not a function of a certain number of courses, but it does require consistent and sustained practice to reach each level of proficiency. Students who actively read, speak, write, listen, and interact with others in the target language can usually expect to reach Novice High after 240 hours of language study. Novice High is not a functional level of proficiency. In order to reach minimal functional proficiency, Intermediate Mid, a student needs approximately four hundred and eighty hours of interaction with the language. There are many factors that influence an individual's ability to learn a second language: motivation, individual aptitude for learning languages, similarity of the language to the speaker's own first language, etc.

The following competencies are based on these general time parameters based on the Foreign Service Institute's experience of teaching languages and the ACTFL's guidance on the subject as well.

Proficiency is what an individual can do with the language in the setting of that language. Performance is what a student can do in class with structured and scaffolded activities.

The Kansas World Language standards emphasize what students can do with the language, not on what the students can not yet do with the language.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**6-8**

| Specials | COMPETENCY |
| --- | --- |

## World Languages

### Communication

Novice learners can:

- Communicate through speaking, signing, or writing on very familiar topics using a variety of words and phrases that they have practiced and memorized.
- Recognize some familiar words and phrases when they hear them spoken.
- Recognize some words or characters. They can understand some learned or memorized words when they read.
- Can write lists and memorized phrases on familiar topics

### Culture

Novice learners can:

- Use culturally appropriate expressions for greetings, leave-takings, and common classroom or social interactions.
- Use the target language to investigate, explain and reflect on the relationship between the practices and perspectives of the cultures studied.
- Appreciate and sometimes participate in some games, rituals, and celebrations of the cultures studied.
- Identify tangible products of the culture such as toys, dress, homes, art, music, monuments, currency, and famous people.

### Comparisons

Novice learners can:

- Observe and compare formal and informal registers of language
- Recognize similarities and differences between the sound and writing systems in the language they are learning and their own.
- Inventory idiomatic expressions in both their native language and the language being learned and talk about how idiomatic expressions work in general.

### Communities

Novice learners can:

- Attempt to interact in the target language with members of their community.
- Identify professions that require proficiency in the target language
- Exchange basic information about themselves, their studies, or their family, with speakers of the target language and/or students in other classes, in face-to-face or virtual settings, such as social media, instant messaging, and video conferencing.

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

LIBRARY MEDIA PERFORMANCE-BASED ASSESSMENT

GRADE BAND
**6-8**

# Library Media

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information Value:**<br><br>A successful student can identify, critically evaluate, and utilize resources from a wide range of formats that provide access to diverse perspectives, multiple viewpoints, and creative expressions in response to an information need. | I can identify an information need when a question is provided for me. | I can explain why information is needed to solve for an information need. | I can write an essential question that states my information need. | I can evaluate, reflect, revise, and hone my information query as I gather information. | G8.1.1, G8.1.2, G8.1.3, G8.1.4, G8.1.5, G8.1.6, G8.1.7, G8.4.1 |
| | I can recognize that different points of view (POV) can influence the facts and opinions presented in controversial issues. | I can explain how different points of view (POV) can influence the facts and opinions presented in controversial issues. | I can demonstrate how different points of view (POV) can influence the facts and opinions presented in controversial issues. | I can express how different points of view (POV) can influence the facts and opinions presented in controversial issues. | |
| | I can describe different types of resources that are appropriate for my information need. | I can use different types of resources that are appropriate for my information need. | I can distinguish which types of resources that are most appropriate for my information need and use them to create a product to showcase my understanding for my intended audience. | I can integrate resources from a variety of sources and formats that are most appropriate for my information need and create an original product that showcases my learning for a wide audience. | |
| | I can state the value of information I find in a variety of resources and formats. | I can analyze the value of information I find in various resources and formats. | I can utilize resources from multiple types of sources. | I can analyze the value of information I find in various resources and formats. | |
| | I can identify characteristics of fiction and nonfiction genres that represent a variety of points of view, culture, and time periods. | I can distinguish characteristics of fiction and nonfiction genres that represent a variety of points of view, culture, and time periods. | I can compare the value of information I find in various resources and formats. | I can create original work from curated resources. | |
| | | | I can cite textual evidence for characteristics of fiction and nonfiction genres that represent a variety of points of view, culture, and time periods. | I can analyze textual evidence from multiple texts to describe characteristics of fiction and nonfiction genres that represent a variety of points of view, culture, and time periods. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
724    Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information Value:**<br><br>A successful student can create meaningful connections or conclusions that facilitate problem-solving and decision-making. | I can tell how information helps me make a decision or how it helps me solve a problem with guidance. | I can gather and summarize how information helps me make a decision or how it helps me solve a problem when I have an information need. | I can curate information to identify and research real world problems and present possible solutions for an intended audience. | I can curate and integrate information to solve a real world problem and present the solution to people who can facilitate change. | G8.1.2, G8.1.3, G8.1.4, G8.1.7 |
| **Information as Exploration:**<br><br>A successful student can develop and satisfy personal curiosity by reading widely and deeply for recreational and informational needs across multiple formats and genres. | I can identify resources available in the physical library and online with guidance. | I can access and use various sections of the physical and virtual library with guidance to satisfy my needs and interests. | I can independently access and use various sections of the physical and virtual library to satisfy my needs and interests. | I can act independently to access and use various sections of the physical and virtual school library in addition to community and state library resources to satisfy my needs and interests. | G8.2.1, G8.2.2, G8.2.3 |
| | I can recognize parts and functions of print and digital information sources (i.e., index, table of contents, glossary, text features, etc.) | I can use parts and functions of print and digital information sources (i.e., index, table of contents, glossary, text features, etc. | I can comprehensively use parts and functions of print and digital information sources (i.e., index, table of contents, glossary, text features, etc.) | I can comprehensively use parts and functions of print and digital information sources (i.e., index, table of contents, glossary, text features, etc.) | |
| | I can ask for guidance to identify texts that match my interests or personal information needs to select texts. | I can, with assistance, use tools (book displays, book reviews, etc) to choose texts that interest me or satisfy an information need. | I can independently use various tools (book displays, book reviews, etc) to select texts that interest me or satisfy an information need. | I can contribute to various tools (book displays, book reviews, etc) to help others select texts meet their personal interests and information needs. | |

LIBRARY MEDIA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

LIBRARY MEDIA PERFORMANCE-BASED ASSESSMENT

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information Research as Inquiry:** A successful student can develop essential questions, perform advanced search techniques to seek diverse perspectives to resolve queries, and analyze and synthesize information to create new meanings. | I can identify a simple question about a personal interest or a curricular topic with guidance. | I can develop a question about a personal interest or a curricular topic with guidance. | I can write an essential question that states my information need. | I can reevaluate, revise, and hone an essential question about a topic of personal interest or a curricular topic. | G8.3.1, G8.3.2, G8.3.3, G8.3.4, G8.3.6, G8.3.7 |
| | I can recall necessary background knowledge as context for new meaning when prompted. | I can summarize necessary background knowledge as context for new meaning with assistance. | I can use multiple search strategies to resolve queries. | I can synthesize information from multiple search strategies to resolve queries. | |
| | I can select a simple search strategy to answer an information need with assistance. | I can construct a simple search strategy to answer an information need with guidance. | I can compare search strategies to determine the best strategy to answer an information need. | I can evaluate search strategies to determine the best strategy to answer my information need. | |
| | I can recognize the usefulness of resources to answer an information need. | I can summarize resources that relate to information needs. | I can analyze and reflect on the usefulness, quality, and accuracy of curated resources. | I can synthesize and apply information to create innovative solutions to a challenge or problem. | |
| | | | I can communicate my understanding gained from resources. | I can reevaluate, revise, and hone an essential question about a topic of personal interest or a curricular topic. | |
| | | | | I can synthesize information from multiple search strategies to resolve queries. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**6-8**

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information Research as Inquiry:** A successful student can display curiosity, perseverance, and initiative to draw conclusions, make informed decisions, and construct and apply new knowledge and solutions that are personally relevant using inquiry and design processes. | I can state my curiosity in pursuit of my interests and information needs. | I can harness my curiosity to further my learning. | I can pursue my curiosity by thoughtfully persisting through challenges. | I can engage in sustained inquiry. | G8.3.5, G8.3.6, G8.3.7, G8.3.8 |
| | I can list the steps of an inquiry model in order to find solutions for an information need. | I can follow the steps of an inquiry model in order to find solutions for an information need. | I can adapt the steps of an inquiry model in order to find solutions for an information need. | I can persist through self-directed pursuits by creating and making. | |
| | | I can recognize that capabilities and skills of curiosity and perseverance can be developed. | I can recognize that my capabilities and skills can be developed, improved, and expanded. | I can open-mindedly reflect and act upon feedback for positive and constructive growth. | |
| | | I can accept feedback to grow and learn. | I can problem solve through cycles of design, implementation, and reflection. | I can engage in inquiry-based processes for personal growth. | |
| | | | I can act on feedback to improve. | I can seek out opportunities to challenge myself and grow as a learner. | |

LIBRARY MEDIA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

**LIBRARY MEDIA PERFORMANCE-BASED ASSESSMENT**

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information Authority:** A successful student can evaluate sources for points-of-view, bias, value and intent, identify inaccurate or misleading information, and compare and contrast multiple sources to verify accuracy. | I can define terms related to point of view, bias, value, and intent of information. | I can identify, with assistance, terms related to point of view, bias, value, and intent of information within a resource. | I can evaluate resources for purpose, message, accuracy, bias, and intended audience. | I can adopt a mindset that applies critical thinking towards points-of-view, bias, value, and intent expressed in information and sources. | G8.4.2, G8.4.3, G8.4.4, G8.4.5 |
| | I can, with assistance, compare multiple sources for accurate information. | I can compare multiple sources for accurate information. | I can compare and contrast multiple sources and formats to determine if information is accurate, relevant, or misleading. | | |
| | | | I can adopt a mindset that applies critical thinking towards points-of-view, bias, value, and intent expressed in information and sources. | | |
| A successful student can apply best practices regarding intellectual property and plagiarism. | I can define plagiarism and recognize the importance of intellectual property. | I can, with guidance, summarize information in my own words. | I can independently summarize and paraphrase information in my own words to avoid plagiarism. | I can create and publish work that demonstrates a developmentally appropriate understanding of copyright, attribution, principles of Fair Use, Creative Commons licenses, and the effect of genre on conventions of attribution and citation. | G8.4.6, G8.5.8, G8.6.1, G8.6.2, G8.6.3, G8.6.4 |
| | I can recognize the need to give credit to sources of information. | I can, with assistance, use an appropriate editorial style to create a bibliography. | I can use an appropriate editorial style to give credit to the original work of others. | I can create in text citations and bibliographic citations in an appropriate editorial style to acknowledge authorship and intellectual property rights. | |
| | I can create a basic bibliography with assistance. | | | | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

GRADE BAND
**6-8**

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information Format:** A successful student can demonstrate the ability to find, organize, and communicate information using the most appropriate formats and tools for the message and audience. | I can, with assistance, find and organize information to create a product. | I can find and organize information to generate a product that illustrate my learning with some assistance. | I can find and organize information in order to create a product that communicates a message. | I can organize, adapt, and communicate information within the global learning community. | G8.5.1, G8.5.2, G8.5.3, G8.5.4, G8.5.5, G8.5.6, G8.5.7 |
| | I can, with guidance, use tools to effectively communicate my learning. | I can, with guidance, select tools to effectively communicate my learning to my intended audience. | I can choose the most appropriate format and tool for my information product, taking into consideration my message and audience. | | |
| A successful student can practice safe, legal, ethical, and responsible use of websites and social media. | I can recognize the elements of digital citizenship (i.e. safe, responsible, ethical, and legal information behaviors). | I can, with guidance, practice the elements of digital citizenship (i.e. safe, responsible, ethical, and legal information behaviors). | I can ethically use information and modify others' work to exercise digital citizenship (i.e. safe, responsible, ethical and legal information behaviors). | I can inspire others to engage in safe, responsible, ethical, and legal information behaviors. | G8.5.8 |
| | | | I can demonstrate that I am a smart consumer of products and information in a constantly changing media landscape. | I can demonstrate that I am a smart consumer of products and information in a constantly changing media landscape. | |

LIBRARY MEDIA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

LIBRARY MEDIA PERFORMANCE-BASED ASSESSMENT

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information as Conversation:** A successful student can articulate awareness of First Amendment rights, responsibilities, and intellectual freedom while encouraging and recognizing multiple perspectives both from their learning community as well as in information resources. | I can, with assistance, state First Amendment rights, responsibilities, and intellectual freedom. | I can explain my knowledge of First Amendment rights, responsibilities, and intellectual freedom. | I can articulate my knowledge of First Amendment rights, responsibilities, and intellectual freedom in conversation with others. | I can use my knowledge of First Amendment rights, responsibilities, and intellectual freedom to defend the rights of others. | G8.6.1, G8.6.2, G8.6.5, G8.6.6, G8.6.7 |
| | I can recognize the potential for multiple perspectives within text resources and my learning community. | I can consider multiple perspectives within text resources and my learning community. | I can consider and demonstrate respect for multiple perspectives within text resources and my learning community. | I can advocate for multiple perspectives within text resources and my learning community. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Grade Band
# 6-8

# Essential Elements (EE)

# Assessment

All students are taught academic content for their enrolled grade level. Students who have the most significant cognitive exceptionalities mostly take the alternate assessments and may need content aligned to alternate academic achievement standards. These standards are aligned with the general education content standards with reduced depth, breadth and complexity. Competencies for this population are the same as for students following the general education curriculum. However, the learning targets and measurement tables for this population align to the alternate academic achievement standards.

Students who have the most significant cognitive exceptionalities, who are eligible for an alternate assessment, work from the alternate academic achievement standards. The DLM Essential Elements (2020) allow students access to instruction aligned to grade level academic content. Goals and instruction listed in the IEP for these students are linked to the enrolled grade level DLM Essential Elements (2020). Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. Students who demonstrate mastery of level 3 or 4 competencies may not be appropriately challenged when working from the Essential Elements. Providing a continuum between the level 4 skill on the Essential Elements Competency Rubric and the level 1 skill on the Competency Rubric (2019) for each grade band will assist those students in the transition to the Kansas competencies/state standards.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
# 6-8

**EE ASSESSMENT**

This section of the guidance document seeks to support educators as they consider ways to develop, refine and/or implement a comprehensive, balanced and cohesive approach to meaningfully assess student learning in a competency-based model. When thinking about mastery, a multiple-measures approach can be useful and may include a variety of assessments, ranging from the use of rubrics that focus on the depth of a student's understanding to nationally normed assessments by age and/or ability to state accountability assessment systems. What follows as guidance to consider may be best conceptualized by thinking of it from the perspective of assessing student learning.

## Performance-Based Assessment and the Use of Rubrics

- **Continuity and Comprehensive Approach:** The grade-band teams from Phase I of this project developed both the competencies and a set of performance-based "I can ..." rubrics.
  - SECD, specials, electives and CTE are also included for your consideration and inclusion in assessing broader STEAM and Humanities competencies.

- **Interpretation of Performance Levels:** These rubrics contain four performance levels that include "I can ..." statements that intend to reflect the various stages of what students know and are able to do through progressive depths of each competency. Ideally, students move to and through each of the levels from left to right, but this may take place at different times for each student. Webb's Depth of Knowledge (DOK) is included as a familiar reference to help support the development of instruction in a leveled manner.

  - **Level 1** may be thought of as introducing or beginning/DOK: Recall and Reproduce

  - **Level 2** may be thought of as developing or emerging/DOK: Application and Reasoning

  - **Level 3** may be thought of as demonstrating or creating/DOK: Strategic Thinking
  - **Level 4** may be thought of as extending or enriching/DOK: Extended Thinking

  **NOTE:** Levels 1-4 are not intended to predict Kansas State Assessment scores.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
732                                                          Kansas State Department of Education | www.ksde.org

GRADE BAND
**6-8**

EE ASSESSMENT

# Levels Explanation

Webb's Depth of Knowledge: Use to Align "A successful student can …" Statements to Appropriate Performance Level

| Performance Level | I can … |
|---|---|
| Level 1 | **Recall and Reproduction**<br>• Recall a fact, term, definition, principle or concept; perform a simple procedure.<br>• Items typically specify what the student is to do, which is often to carry out some procedure that can be performed mechanically.<br>• Recall of a fact, information, definition, term or performance of a process or procedure. |
| Level 2 | **Basic Application of Skills and Concepts**<br>• Apply conceptual knowledge:<br>  ◦ Use provided information to select appropriate procedures for a task.<br>  ◦ Perform two or more steps with decision points along the way.<br>  ◦ Solve routine problems; organize or display data.<br>  ◦ Interpret or use simple graphs.<br>• Items require students to make some decisions as to how to approach the question or problem. These actions imply more than one mental or cognitive process/step.<br>• Includes the engagement of some mental processing beyond recalling or reproducing a response. |
| Level 3 | **Strategic Thinking**<br>• Apply reasoning, using evidence, and developing a plan to approach or solve abstract, complex or nonroutine problems; interpret information and provide justification when more than one approach is possible.<br>• Items require students to justify the responses they give and may have more than one possible answer.<br>• Requires deep understanding as exhibited through planning, using evidence, and more demanding cognitive reasoning. The cognitive demands are complex and abstract. |
| Level 4 | **Extended Thinking**<br>• Perform investigations or apply concepts and skills that require research and problem solving across content areas or multiple sources.<br>• Items require students to bring together skill and knowledge from various domains. Due to the complexity of cognitive demand, this level often requires an extended period to answer. A DOK 4 is first a DOK 3 with added connections.<br>• Requires high cognitive demand and is very complex. Students are expected to make connections and relate ideas within the content or among areas - and have to select or devise one approach among many alternatives on how the situation can be solved. |

**This is the target**



GRADE BAND
**6-8**

EE ASSESSMENT

# Subject Area Abbreviations:

**AFNR** Agriculture, Foods and Natural Resources

**AC** Architecture and Construction

**BC** Business Career

**BC.BMAE** Business Management, Administration and Entrepreneurship

**BC.F** Finance

**BC.M** Marketing

**DNC** Dance

**FCS** Family and Consumer Sciences

**ELA** English Language Arts

**ENG** Engineering

**HB** Health and Biosciences

**HE** Health

**HGSS** History, Government and Social Studies

**HUM** Humanities

**IT** Information Technology

**LPSCS** Law, Public Safety, Corrections and Security

**MA** Media Arts

**MATH** Math

**MNFR** Manufacturing

**MUS** Music

**PE** Physical Education

**SCI** Science

**SCI.ESS** Earth and Space Science

**SCI.LS** Life Science

**SCI.PS** Physical Science

**SECD** Social-Emotional Character Development

**STM** STEAM

**THR** Theatre

**TRAN** Transportation

**WL** World Languages

**VA** Visual Arts

# Grade Bands:

**P** Pre-K to 2nd grade

**IM** 3rd to 5th grade

**MS** 6th to 8th grade

**HS** 9th to 12th grade

734

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**6-8**

# EE ELA

I can be a successful student can adapt speech and writing to enhance or refine a message.

**EE ELA PERFORMANCE-BASED ASSESSMENT**

## EE ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can spell untaught words phonetically, drawing on letter-sound relationships and common spelling patterns. | I can recognize the sound of the letter of my first name in words I hear and see and can correctly represent this letter when spelling words that start with the same letter. | I can use spelling patterns (rhymes) in familiar words to spell new words. | I can use letter sounds knowledge to spell words phonetically by including letters that represent sounds from different words. | I can spell words with inflectional endings (e.g., walked, eats, sleeping). | EE.L.6.2.B. |
| I can introduce a topic and write to convey ideas and information about it including visual, tactual, or multimedica information as appropriate. | I can uses eye-gaze, physical movement, gestures, or vocalizations to indicate choice when given a choice of two objects. | I can select a topic for writing an informational text and then find information that is either tactile, visual, or multimedia for use when writing the text. | I can introduce an informational topic while writing and extend by writing about ideas and information related to the topic. | I can produce an informational piece of writing in which the topic is clearly introduced and the details about the topic (may be visual, tactual, or multimedia) are presented within a clear organizational structure. | EE.W.6.2.a |
| I can provide facts, details or other information related to the topic. | I can recognize the sound of the letter of my first name in words I hear and see and can correctly represent this letter when spelling words that start with the same letter. | I can select a topic and use drawing, dictating, or writing to compose a message with at least one fact or detail about the selected topic (may require some interpretation as I may not be using phonetic spelling or complete simple sentences). | I can identify facts and details related to topic from a set of choices. Now I am able to provide written facts, details, and/or informational about the topic. | I can put facts or details identified about a topic into writing. | EE.W.6.2.b |
| I can use end punctuation when writing a sentence or question. | I can comprehend that all objects have some functions or action typically associated with it (object action). | I can demonstrate an understanding that some type of punctuation needs to occur after each sentence and can recognize the different types. | I can appropriately use the various types of end punctuation in my writing. | I can demonstrate an understanding that commas are a common form of punctuation. | EE.L.7.2.a |



EE ELA PERFORMANCE-BASED ASSESSMENT

## EE ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can spell words, phonetically, drawing on knowledge of letter-sound relationships and/or common spelling patterns. | I can recognize the sound of the letter of my first name in words I hear and see and can correctly represent this letter when spelling words that start with the same letter. | I can use spelling patterns (e.g., rhymes) in familiar words to spell new words. | I can use letter-sound knowledge to spell words phonetically by including letters that represent sounds from the word. | I can spell words with inflectional endings (e.g., walked, eats, sleeping). | EE.L.7.2.b |
| I can introduce a topic and write to convey ideas and information about it including visual, tactual, or multimedica information as appropriate. | I can comprehend that all objects have some functions or action typically associated with it (object or action). | I can select a topic for writing in an informational text and then find information that is either tactile, visual, or multimedia for use when writing the text. | I can introduce an informational topic while writing and extend by writing about ideas and information related to the topic. | I can produce an informational piece of writing in which the topic is clearly introduced and the details about the topic (may be visual, tactual, or multimedia) are presented within a clear organizational structure. | EE.W.7.2.a |
| I can provide facts, details, or other information related to the topic. | I can determine some of the relevant words for describing people, places, things, or events familiar to me. | I can add information to writing (writing is meant inclusively here - writing, drawing, or dictation) that helps to strengthen the overall message). | I can identify facts and details related to topic from a set of choices. Now I am able to provide written facts, details, and/or information about topic. | I can put facts or details identified about a topic into writing. | EE.W.7.2.b |
| I can select domain-specific vocabulary to use in writing about a topic. | I can demonstrate understanding that specific members comprise a broad category. | I can identify words in speech or text that are domain-specific words (i.e., words that are specific to a content are or discipline). | I can select domain-specific words to use for writing about a topic. | I can include domain-specific vocabulary when writing an informative text. | EE.W.7.2.d |
| I can write one or more facts or details related to the topic. | I can determine some of the relevant words for describing people, places, things, or events familiar to the student. | I can provide written facts, details, and/or information about a topic. | I can put facts or details identified about a topic into writing. | I can develop a topic with facts or details related to the topic | EE.W.8.2.b |
| I can write complete thoughts as appropriate. | I can produce single word utterances. | I can use two words together when producing a written text. | I can create a complete thought (e.g. Frogs jump) may not be grammatically correct (i.e., The frogs can jump), but still convey as complete thought or idea. | I can write coherent, semantically accurate, and grammatically correct simple sentences. | EE.W.8.2.c |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:39pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

GRADE BAND
**6-8**

## EE ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can use domain specific vocabulary related to the topic. | I can determine if the member belongs in the category when supplied with a member of a category. | I can select domain-specific words to use for writing about a topic. | I can include domain-specific vocabulary when writing an informational text. | I can use domain-specific vocabulary to strengthen claims in informative writing (student is both able to write claims at this stage and can appropriately make use of domain specific vocabulary to enhance claims. | EE.W.8.2.d |
| I can provide a closing. | I can identify the end or completion of a routine. | I can write concluding sentence, statement, or section of a written text to bring together all the information presented in the text. | I can produce conclusion for the text I am writing. | I can create a writing piece that includes a conclusion that is relevant to the main topic of the piece. | EE.W.8.2.F |
| I can introduce a topic clearly and write to convey ideas and information about it including visual, tactual, or multimedia information as appropriate. | I can use eye-gaze, physical movement, gesture, or vocalization to indicated choice. | I can select a topic for writing an informational text and then find information that is either tactile, visual, or multimedia for use when writing the text. | I can introduce an informational topic while writing and extend it by writing about ideas and information related to the topic. | I can produce an informational piece of writing in which the topic is clearly introduced and the details about the topic (may be visual, tactual, or multimedia) are presented within a clear organizational structure. | EE.W.8.2.a |
| I can write one or more facts or details related to the topic. | I can determine some of the relevant words for describing people, places, things, or events familiar to the student. | I can provide written facts, details, and/or information about a topic. | I can put facts or details identified about a topic into writing. | I can develop a topic with facts or details related to the topic | EE.W.8.2.b |
| I can write complete thoughts as appropriate. | I can produce single word utterances. | I can use two words together when producing a written text. | I can create a complete thought (e.g. Frogs jump) may not be grammatically correct (i.e., The frogs can jump), but still convey as complete thought or idea. | I can write coherent, semantically accurate, and grammatically correct simple sentences. | EE.W.8.2.c |

EE ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

**EE ELA**

EE ELA PERFORMANCE-BASED ASSESSMENT

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can use domain specific vocabulary related to the topic. | I can determine if the member belongs in the category when supplied with a member of a category. | I can select domain-specific words to use for writing about a topic. | I can include domain-specific vocabulary when writing an informational text. | I can use domain-specific vocabulary to strengthen claims in informative writing (student is both able to write claims at this stage and can appropriately make use of domain specific vocabulary to enhance claims. | EE.W.8.2.d |
| I can provide a closing. | I can identify the end or completion of a routine. | I can write concluding sentence, statement, or section of a written text to bring together all the information presented in the text. | I can produce conclusion for the text I am writing. | I can create a writing piece that includes a conclusion that is relevant to the main topic of the piece. | EE.W.8.2.F |
| I can introduce a topic clearly and write to convey ideas and information about it including visual, tactual, or multimedia information as appropriate. | I can use eye-gaze, physical movement, gesture, or vocalization to indicated choice. | I can select a topic for writing an informational text and then find information that is either tactile, visual, or multimedia for use when writing the text. | I can introduce an informational topic while writing and extend it by writing about ideas and information related to the topic. | I can produce an informational piece of writing in which the topic is clearly introduced and the details about the topic (may be visual, tactual, or multimedia) are presented within a clear organizational structure. | EE.W.8.2.a |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

## A successful student can interpret, acquire and use words precisely.

**EE ELA**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can identify the meaning of simple similes. | I can understand adjectives in others speech. | I can understand that words can have multiple meanings that may include a concrete and psychological meaning (e.g., "sweet"). | I can determine the meaning of similes and metaphors. | I can interpret figures of speech (or phrases that go beyond a literal interpretation) including idioms, metaphors, and similes. | EE.L.6.5.a |
| I can demonstrate understanding of words by identifying other words with similar and different meanings. | I can make generalizations about the category to novel instances of that category using my categorical knowledge. | I can identify two adjectives or two verbs with a largely opposite meaning. | I can determine which words relate to a target word by having similar or different meanings. This includes words varying in how similar or different in meaning they are to target. | I can determine the synonyms and antonyms of a target word based on the similarities and differences in their meaning. | EE.L.6.5.b |
| I can determine how word choice changes the meaning of a text. | I can understand adjectives in others speech. | I can understand that words might have a slightly different meaning or use depending on the specific context in which they are used. | I can ascertain how the meaning of a narrative is influenced by the author's choice of words. | I can infer word meaning using semantic clues in the sentence or paragraph, including restatement, illustrations or examples, similes, metaphors, personification, summary, and cause/effect. | EE.RL.6.4 extended |
| I can determine the meaning of simple idioms and figures of speech as they are used in a text. | I can demonstrate an understanding of names of objects or people who are not immediately present. | I can determine the meaning of multiple meaning words using the surrounding context of a word in a text. | I can determine the meaning of frequently occurring or transparent simple idioms and figures of speech when reading a narrative. | I can identify the commonly understood cultural and/ or emotional meaning of words and phrases in a text. | EE.RL.7.4 extended |
| I can determine connotative meanings of words and phrases in a text. | I can determine when two words have the same, similar, or different meanings or whether meanings of a single word are the same or different. | I can determine the meaning of frequently occurring or transparent simple idioms and figures of speech. | I can identify the commonly understood cultural and/ or emotional meaning of words and phrases used in text. | I can ascertain the figurative meanings of words and phrases in narratives, such as common idioms, analogies, and figures of speech. | EE.RL.8.4 |
| I can demonstrate understanding of the use of multiple meaning words | I can understand adjectives in others speech. | I can use the surrounding context of a word in a text to determine the meaning of multiple meaning words. | I can demonstrate an understanding of the use of a multiple meaning word. | I can identify the intended meaning of multiple meaning words in a text | EE.L.8.5.a |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:52pm MM*



GRADE BAND
**6-8**

**A successful student can interpret an author's purpose and intent in complex text.**

## EE ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can identify details in a text that are related to the theme or central idea. | I can pair an object with a picture, tactile graphic or other symbolic representation of the object. | I can identify what the overall goal or main idea of a single episode is in a narrative by inferring from the characters, settings, and actions. | I can ascertain how the meaning of a narrative is influenced by the author's choices of words. | I can determine the events that provide for the foundation of the theme in a narrative | EE.RL.6.2 |
| I can determine the structure of a text (e.g., story, poem, or drama). | I can recognize when I encounter familiar people, objects, places, and events. | I can determine the events that come at the beginning, middle, and end of a text. | I can use information about structure to make determinations about what comes next in text. | I can compare the structure of two or more texts (e.g., stories, poems, or dramas). | EE.RI.6.5 |
| I can determine how the title fits the structure of the text. | I can demonstrate receptive understanding of action words that accompany familiar games and routines. | I can determine if an informational text is providing information about events, giving directions, or providing information on a topic. | I can understand how the title indicates information about or fits the structure of an informational text. | I can identify details that are related to the main idea of a text. | EE.RI.6.5 |
| I can determine the meaning of simple idioms and figures of speech as they are used in a text. | I can recognize when I encounter familiar people, objects, places, and events. | I can determine who the narrator is in a story I am reading. | I can describe what the narrator or current speaker is thinking or feeling by identifying relevant words or phrases, such as "I ruminated on the missed opportunity at catching the thief on that fateful night at the mansion." | I can compare the points of views of two characters or narrators in a text. | EE.RL.6.6 extended |
| I can identify words or phrases in the text that describe or show the author's point of view. | I can demonstrate receptive understanding of action words that accompany familiar games and routines. | I can identify the relationships between multiple concrete facts or details in a literature or informational text. | I can identify words or phrases for determining the author's point of view of an informational text. | I can identify the author's point of view or purpose for writing an informational text on the topic at hand. The point of view of an author is his/her physical or mental relationship with a specific event or area of a general nature. | EE.RI.6.6 extended |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

740

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

GRADE BAND
**6-8**

## EE ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can compare and contrast how two texts describe the same events. | I can identify actions associated with the routine as a result of experience with a routine. | I can identify information that indicates the temporal order of ideas or events presented in an informational text. | I can identify similarities and differences in multiple perspectives of accounts on a single event or topic. | I can discover the similarities and differences in how two different informational texts on the same topic present the details to the reader. This presentation would include the specific details that are presented, how the details are arranged, and what is drawn from the details. | EE.RI.6.9 extended |
| I can identify events in a text that are related to the theme or central idea. | I can pair an object with a picture, tactile graphic or other symbolic representation of the object. | I can identify what the overall goal or main idea of a single episode is in a narrative by inferring from the characters, settings, and actions. | I can determine the events that provide for the foundation of the theme in a narrative. | I can determine the events that are relevant to the theme or central idea and help the reader to infer it. | EE.RL.7.2 |
| I can determine how a fact, step, or event fits into the overall structure of the text. | I can comprehend that all objects have some functions or action typically associated with it (object action) | I can understand how the title indicates information about or fits the structure of an informational text. | I can identify how a fact, step, or event fits into text taking the structure of the text into account. | I can determine how a keyword, phrase, sentence, or paragraph contributes to the overall structure of an informational text. | EE.RI.7.5 |
| I can compare the structure of two or more texts (e.g., stories, poems, or dramas). | I can differentiate between text and pictures by pairing an object with a picture, tactile graphic or other symbolic representation of the object. | I can use information about structure to make determinations about what comes next in a text. | I can compare the structure of two or more texts (stories, poems, dramas). | I can compare and contrast the structure of two or more texts (e.g., stories, poems, or dramas). | EE.RL.7.5 extended |
| I can determine an author's purpose or point of view. | I can identify people associated with the routine as a result of experience with a routine. | I can compare and contrast informational texts on the same topic based on the specific details used to discuss the topic. | I can identify the author's point of view or purpose for writing (authors physical or mental relationship with a specific event or area of a general topic). | I can pick out examples in an informational text or a presentation on a topic describing or supporting the author's or presenter's point of view on the topic. | EE.RI.7.6 extended |

EE ELA PERFORMANCE-BASED ASSESSMENT

**GRADE BAND**
**6-8**

**EE ELA PERFORMANCE-BASED ASSESSMENT**

**EE ELA**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can compare and contrast how different texts on the same topic present the details. | I can use categorical knowledge can make generalizations about the category to novel instances of that category. | I can compare and contrast informational texts on the same topic based on the specific details used to discuss the topic. | I can determine how informational texts relate to each other based on the central ideas, theme, or arguments and the concepts included in them. | I can compare the arguments and the supporting claims, reasons, and evidence made by authors of two different informational texts on the same topic. | EE.RI.7.9 extended |
| I can recount an event related to the theme or central idea, including details about character and setting. | I can identify the next step or event in a sequence from a familiar routine. | I can identify a theme of a story - short, concise sentence about the overall meaning of the narrative. | I can relate an event with details about specific characters and settings that help the reader to infer the theme or central idea. | I can relate two or more events with details about specific characters and settings that help the reader to infer the theme or central idea of a narrative. | EE.RL.8.2 |
| I can recount events in the order they were presented in the text. | I can identify the next step or event in sequence from a familiar routine. | I can identify the relationship between multiple concrete facts or details. | I can recall and describe events and details as they appeared in order in text. | I can ascertain the logical relationship or interaction between two or more individuals, events, ideas, or other details in an informational text. | EE.RI.8.3 |
| I can compare and contrast the structure of two or more texts. | I can understand adjectives in others speech. | I can compare the structure of two or more texts (stories, poems, or dramas). | I can compare and contrast the structure of two or more texts. | I can identify where a text deviates from a chronological presentation of events. | EE.RL.8.5 extended |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**6-8**

## EE ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can identify people associated with the routine as a result of experience with a routine. | I can identify people associated with the routine as a result of experience with a routine. | I can identify the author's point of view or purpose for writing an informational text on the topic at hand (my physical or mental relationship with a specific event or area of a general topic.) | I can pick out examples in informational text or a presentation on a topic describing or supporting the author;s or presenter's point of view on topic. | I can determine the examples the author provides in an informational text on a topic that indicate or suggest his/her purpose for writing the text. | EE.RI.8.6 extended |
| I can compare and contrast themes, patterns of events, or characters across two or more stories or dramas. | I can understand adjectives in others speech. | I can determine when a character changes in how he/she feels emotionally over the course of and in response to the events in a story. | I can determine how different narratives are the same and different in terms of their theme, plot, and story elements, such as characters, settings, and events. | I can identify similarities in how different informational texts on the same topic handle and/or explain alternative viewpoints. | EE.RL.8.9 extended |
| I can identify where two different texts on the same topic differ in their interpretation of the details. | I can realize that what I am thinking or viewing may or may not be the same as what other people are thinking. | I can determine the specific points that an author or speaker uses that corroborate and support a claim. | I can compare and contrast how similar themes and topics are addressed in texts using different forms or from different genres, such as between stories and poems and between historical novels and fantasy stories. | I can compare and contrast how similar themes and topics are addressed in texts using different forms or from different genres, such as between stories and poems and between historical novels and fantasy stories. | EE.RL.8.9 extended |

**EE ELA PERFORMANCE-BASED ASSESSMENT**



*EE ELA PERFORMANCE-BASED ASSESSMENT*

## A successful student can produce a well-developed argument.

### EE ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can distinguish claims in a text supported by reason. | I can demonstrate an understanding that objects differ in the physical characteristic and can make judgments of similarity or difference based on the physical characteristics of objects. | I can determine the details used by another person to defend a claim. | I can distinguish between claims that a speaker/author supports with evidenced from those that aren't supported. | I can determine the specific points that an author or speaker uses that corroborate and support a claim. | EE.RI.6.8 extended |
| I can determine how a claim or reason fits into the overall structure of an informational text. | I can have an association with a certain event and anticipate what is to come with the appropriate response to well-known interactions with another individual (concept of instantaneity. | I can determine how key word, phrase, sentence, or paragraph contributes to the overall structure of an informational text. | I can ascertain the organization an author of an informational text uses in arranging the claims and reasons on the topic. | I can describe the overall text structure used in an informational text. | EE.RI.7.8 extended |
| I can determine the argument made by an author in an informational text. | I can realize that my thoughts or views may or may not be the same as what other people see or think. | I can identify an explicitly made argument (overtly stated) - similar to locating the main idea in persuasive text-central argument presented. | I can identify an explicitly made argument (overtly stated) - similar to locating the main idea in persuasive text-central argument presented. | I can identify an argument as an association between a claim and its evidence. | EE.RI.8.8 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

## A successful student can analyze sources for credibility and relevance.

**EE ELA**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can determine what a text says explicitly as well as what simple inferences must be drawn. | I can demonstrate receptive understanding of action words that accompany familiar games and routines. | I can identify the concrete details, such as, characters, objects, settings, and major events that are specifically stated in the text. | I can analyze a narrative and differentiate between explicitly-stated information and implications in the text that require inference. | I can analyze a narrative to identify where it expresses information explicitly and where inferences should be made to determine the implicit information underlying the explicit information. | EE.RL.6.1 |
| I can analyze a text to determine what it says explicitly as well as what inferences should be drawn. | I can differentiate between text and pictures by paring an object with a pictures, tactile graphic, or another symbolic representation of the object. | I can identify the concrete details, such as, characters, objects, settings, and major events that are specifically stated in the text. | I can analyze informational text and differentiate between explicitly stated information and implications in the text that require an inference. | I can determine both explicit information and can identify within the text where an inference is needed (they still don't necessarily have to be able to make the inference). | EE.RI.6.1 |
| I can determine the main idea of a passage and details or facts related to it. | I can demonstrate a receptive understanding of the property words that describe the objects that accompany familiar games or routines. | I can determine which details in a paragraph of an informational text are important. | I can determine which details contained within a paragraph of informational text provides an important contribution to the main idea of the paragraph. | I can determine which key details in an informational text support the main idea of the whole text or a section of it. | EE.RI.6.2 |
| I can identify a detail that elaborates upon individuals, events, or ideas introduced in a text. | I can determine some of the relevant words for describing people, places, things, or events familiar to me. | I can determine whether a concrete detail is related to an individual, event, or idea discussed in an informational text. | I can determine when specific details provided in an informational text expand and elaborate on other details in the same text. | I can identify details that are related to the main idea of a text. | EE.RI.6.3 |

EE ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

**EE ELA PERFORMANCE-BASED ASSESSMENT**

## EE ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can analyze text to identify where information is explicitly stated and where inferences must be drawn. | I can differentiate between the text and picture by paring an object with a picture, tactile graphic, or other symbolic representation of the object. | I can produce responses to questions asking about explicit information contained in a narrative by determining specific words related to or compromising of information. | I can ascertain how the meaning of an informational text is altered by the specific word choices the author makes. | I can determine how word choice in an informational text is used to persuade or inform. | EE.RI.6.4 extended |
| I can determine the main idea of a passage and details or facts related to it. | I can demonstrate a receptive understanding of the property words that describe the objects that accompany familiar games or routines. | I can determine which details in a paragraph of an informational text are important. | I can analyze a narrative to identify where it expresses information explicitly and where inferences should be made to determine the implicit information underlying the explicit information. | I can analyze a narrative to identify what it is stating explicitly and implicitly. | EE.RL.7.1 |
| I can analyze text to identify where information is explicitly stated and where inferences must be drawn. | I can differentiate between the text and picture by paring an object with a picture, tactile graphic, or other symbolic representation of the object. | I can produce responses to questions asking about explicit information contained in a narrative by determining specific words related to or compromising of information. | I can analyze a narrative to identify where it expresses information explicitly and where inferences should be made to determine the implicit information underlying the explicit information. | I can analyze a narrative to identify what it is stating explicitly and implicitly. | EE.RL.7.1 |
| I can analyze text to identify where information is explicitly stated and where inferences must be drawn. | I can differentiate between text and pictures by pairing an object with a picture, tactile graphic or other symbolic representation of the object. | I can identify words or details to answer a question about explicit information presented in the text. | I can determine both explicit information and can identify within the text where an inference is needed (they still don't necessarily have to be able to take the inferences). | I can determine the difference between what an informational text states explicitly and implicitly. | EE.RI.7.1 |
| I can determine two or more central ideas in a text. | I can pair an object with a picture, tactile graphic, or other symbolic representation of the object. | I can identify the main idea for a paragraph in an informational text that lacks an explicit statement of the topic. | I can determine more than one main idea in an informational text. | I can summarize the information in a familiar informational text. | EE.RI.7.2 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

746

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

GRADE BAND
**6-8**

## EE ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can determine how two individuals, events, or ideas in a text are related. | I can use categorical knowledge, can make generalizations about the category to move instances of that category. | I can find two points made by an author of an informational text that relate to each other. | I can determine the specific relationship between two or more individuals, events, ideas, or other details in an informational text. | I can provide a description of the interaction or relationship between any two or details in an informational text. | EE.RI.7.3 |
| I can determine how words or phrases are used to persuade or inform a text. | I can understand adjectives in speech. | I can use the surrounding context of a phrase to determine the meaning of an unknown phrase. | I can determine how word choice in an informational text is used to persuade or inform. | I can identify the commonly understood cultural and/or emotional meaning of words and phrases in a text. | EE.RI.7.4 extended |
| I can cite text to support inferences from stories and poems. | I can identify the objects that are used in a routine. | I can identify details about characters, objects, setting and major events that come from information not specifically stated in a narrative text. | I can identify and cite the explicit information stated in the text supporting the inferences made while reading a narrative text. | I can determine which citations refer to explicit information and which citations refer to inferred information in a narrative text | EE.RI.8.1 |
| I can cite text to support inferences from informational text. | I can identify the objects that are used in a routine as a result of experience with routines. | I can use information and details explicitly mentioned in the text for citing. | I can use information and details inferred from the information explicitly mentioned in the text for citing. | I can determine which citations refer to explicit information and which citations refer to inferred information in an informational text | EE.RI.8.1 |
| I can provide a summary of a familiar informational text. | I can demonstrate understanding when information is not pertinent to the current task and can prevent this information from affecting decisions and performance, allowing me to focus on the relevant task information. | I can determine more than one idea in an informational text. | I can summarize the information in a familiar informational text. | I can summarize an informational text, including relevant details and descriptive information. | EE.RI.8.2 |

EE ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

EE ELA PERFORMANCE-BASED ASSESSMENT

## EE ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can recount events in the order they were presented in the text. | I can identify the next step or event in a sequence from a familiar routine. | I can identify the relationship between multiple concrete facts or details. | I recall and describe events and details in the same order as they appeared in text. | I can ascertain the logical relationship or interaction between two or more individuals, events, ideas, or other details in an informational text. | EE.RI.8.3 |
| I can determine connotative meanings of words and phrases in a text. | I can determine when two words have the same, similar or different meanings or whether meanings of a single word are the same or different. | I can determine the literal meaning of words and phrases using context in which they are located. | I can identify the commonly understood cultural and/or emotional meaning of words and phrases. | I can determine the figurative meaning of words and phrases as the author intended in an informational text, such as common idioms, analogies, and figures of speech. | EE.RI.8.4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

# EE Mathematics

Ratios and Proportional Relationships:

A successful student can understand and analyze proportional relationships and use them to make sense of and solve problems using the Standards for Mathematical Practices.

| EE Mathematics | Ratios and Proportional Relationships | | | | |
|---|---|---|---|---|---|
| **LEARNING TARGET** | **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can demonstrate a simple ratio relationship. | I can recognize wholeness, a unit, and parts of a given whole or a unit. | I can partition any shape into equal parts (explain unit fraction and fraction). | I can recognize and represent many to 1 ratios. | I can recognize many to many ratio. | EE.6.RP.1 |
| I can use a ratio to model or describe a relationship. | I can recognize separateness, set and subset. | I can explain ratio, recognize many to 1 ratio. | I can recognize and represent many to many ratios. | I can explain rates as ratios. | EE.7.RP.1-3 |
| I can describe the probability of events occurring as possible or impossible. | I can recognize attribute values. | I can recognize the outcomes of an event. | I can classify events as possible or impossible | I can recognize probability as the likelihood of an event | EE.7.SP.5-7 |

*EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT**

## The Number System:

A successful student can apply number sense and mathematical operations within number systems to solve real-world problems using the Standards for Mathematical Practice.

| **EE Mathematics** | The Number System | | | | |
|---|---|---|---|---|---|
| **LEARNING TARGET** | **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can understand that positive and negative numbers are used together to describe quantities having opposite directions or value (e.g., temperature above and below zero. | I can recognize separateness and set. | I can recognize opposite numbers. | I can use positive and negative numbers in real-world context (temperature above and below zero). | I can relate the meaning of 0 to positive and negative numbers in real-world contexts and explain inequalities from real-world contexts. | EE.6.NS.5-8 |
| I can compare the relationship between two unit fractions. | I can recognize wholeness, unit, and parts of a given whole or a unit. | I can recognize fraction, unit fraction, numerator, and denominator. | I can explain relationships between unit fractions. | I can explain numerator and denominator, compare fractions using models, decompose a fraction into a sum of unit fractions with the same denominator, and add fractions with common denominators. | EE.6.NS.1 |
| I can apply the concept of fair share and equal shares to divide. | I can recognize separateness, set, and subset. | I can explain repeated subtraction; represent repeated subtraction with an equation; and represent repeated subtraction with a model. | I can demonstrate the concept of division. | I can divide by 1,2,3,4,5,or 10. | EE.6.NS.2 Extended |
| I can apply the concept of fair share and equal shares to divide. | I can recognize separateness, set, and subset. | I can demonstrate the concept of multiplication. | I can multiply by 1, 2, 3, 4, and/or 5. | I can apply the relationship between multiplication and division and divide by 1,2,3,4,and/or 5. | EE.6.NS.3 Extended |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 6-8**

## EE Mathematics — The Number System

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can add fractions with like denominators (halves, thirds, fourths, and tenths) with sums less than or equal to one. | I can recognize separateness and set. | I can explain the concept of addition and subtraction of fractions and decompose a fraction into a sum of unit fractions with the same denominator. | I can add fractions with common denominators. | I can add or subtract fractions with denominators of 10 and 100. | EE.7.NS.1 |
| I can solve multiplication problems with products to 100. | I can recognize separateness and set. | I can recognize separateness and set. | I can demonstrate the concept of multiplication. | I can multiply by 1,2,3,4,5,6,7,8,9,and 10. | EE.7. NS.2.a |
| I can express a fraction with a denominator of 10 as a decimal. | I can recognize separateness, and set. | I can recognize tenths and one tenth in a set model. | I can explain the decimal point and represent a fraction with a denominator of 10 as a decimal. | I can explain place value for tenths and compare two decimals to tenths using symbols. | EE.7. NS.2.c-d |
| I can compare quantities represented as decimals in real world examples to tenths. | I can recognize separateness, set, and subset. | I can represent a decimal to tenths as a fraction. | I can compare two decimals to tenths using symbols. | I can compare two decimals to hundredths using symbols. | EE.7.NS.3 |
| I can solve division problems with divisors up to five and also with a divisor of 10 without remainders. | I can recognize separateness, set, and subset. | I can demonstrate the concept of division. | I can divide by 1,2,3,4,5, and/or 10 | I can explain the relationship between multiplication and division. | EE.7.NS.2.b Extended |
| I can subtract fractions with like denominators (halves, thirds, fourths, and tenths) with minuends less than or equal to one. | I can recognize separateness and subset. | I can decompose a fraction into a sum of unit fractions with the same denominator and explain the concept of addition and subtraction of fractions. | I can subtract fractions with common denominators. | I can add or subtract fractions with denominators of 10 and 100. | EE.8.NS.1 |

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**6-8**

**EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT**

**EE** Mathematics — The Number System

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can subtract fractions with like denominators (halves, thirds, fourths, and tenths) with minuends less than or equal to one. | I can recognize separateness and subset. | I can decompose a fraction into a sum of unit fractions with the same denominator and explain the concept of addition and subtraction of fractions. | I can subtract fractions with common denominators. | I can add or subtract fractions with denominators of 10 and 100. | EE.8.NS.1 |
| I can express a fraction with a denominator of 100 as a decimal. | I can recognize separateness and set. | I can explain decimal point and represent a fraction with a denominator of 10 as decimal. | I can represent a fraction with a denominator of 100 as a decimal. | I can compare two decimals to hundredths using symbols. | EE.7. NS.2.a |
| I can compare quantities represented as decimals in real-world examples to hundredths. | I can recognize separateness. | I can represent a decimal to the tenths and hundredths as a fraction. | I can compare two decimals to hundredths using symbols. | I can compare two decimals to thousandths and beyond using symbols. | EE.8.NS.2.b |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND
6-8**

# Expressions and Equations:

A successful student can create, interpret, use, and analyze patterns of algebraic structures to make sense of problems using the Standards for Mathematical Practice.

**EE** Mathematics    Expressions and Equations

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can identify equivalent number sentences. | I can combine and compare sets. | I can represent addition and subtraction with equations. | I can evaluate if equations are true or false and recognize equivalent algebraic expressions. | I can use properties of addition to create an equivalent algebraic expression. | EE.6.EE.1-2 |
| I can apply the properties of addition to identify equivalent numerical expressions. | I can combine and compare sets. | I can evaluate if equations are true or false and apply the associative property and commutative property of addition. | I can recognize equivalent algebraic expressions and use properties of addition to create an equivalent algebraic expression. | I can use properties of operations to generate equivalent expressions involving addition and subtractions. | EE.6.EE.3 |
| I can apply the concept of fair share and equal shares to divide. | I can partition and combine sets I can match an equation to a real-world problem in which variables are used to represent numbers. | I can represent expressions with variables and represent the unknown in an equation. | I can represent real-world problems as equations. | I can solve real-world problems using equations with non-negative rational numbers. | EE.6.EE.5-7 Extended |
| I can use the properties of operations as strategies to demonstrate that expressions are equivalent. | I can partition and combine sets | I can apply the associative property of multiplication, commutative property of addition, associative property of addition, and commutative property of multiplication. | I can use properties of operations to generate equivalent expressions involving subtraction and use properties of operations to generate equivalent expressions involving addition. | I can recognize growing and shrinking patterns. | EE.7.EE.1 |

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

**GRADE BAND 6-8**

**EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT**

## EE Mathematics — Expressions and Equations

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can identify an arithmetic sequence of whole numbers with a whole number common difference. | I can classify, contrast, and order objects. | I can recognize growing and shrinking patterns. | I can recognize arithmetic sequences. | I can recognize the recursive rule for arithmetic sequences. | EE.7.EE.2 |
| I can identify the meaning of an exponent (limited to exponents of 2 and 3). | I can combine sets and demonstrate the concept of addition. | I can demonstrate the concept of multiplication; explain multiplication problems, and explain product. | I can recognize exponents. | I can explain product of powers property of exponents; apply zero exponent property; explain power of product property of exponents; and explain quotient of powers property of exponents. | EE.8.EE.1 |
| I can solve simple algebraic equations with one variable using addition and subtraction. | I can partition and combine sets | I can determine the unknown in an addition equation and subtraction equation. | I can solve linear equations in one variable. | I can solve linear inequalities in one variable. | EE.8.EE.7 |
| I can identify a geometric sequence of whole numbers with a whole number common ratio. | I can classify, contrast, and order objects. | I can recognize shrinking and growing patterns. | I can recognize geometric sequences. | I can recognize the recursive rule for geometric sequences. | EE.8.EE.2 |

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM
Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

## Functions:

**A successful student can use functions to interpret and analyze a variety of contexts using the Standards for Mathematical Practice.**

| EE Mathematics — Functions | | | | | |
|---|---|---|---|---|---|
| **LEARNING TARGET** | **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify the missing number that completes another ordered pair when given a function table with at least 2 complete ordered pairs. | I can arrange objects in pairs and order objects | I can extend a symbolic pattern by applying the rule and can explain coordinate pairs (ordered pairs). | I can generate ordered pairs from 2 distinct numerical patterns. | I can recognize covariation and correspondence (function). | EE.8.F.1-3 |
| I can determine the values or rule of a function using a graph or a table. | I can arrange objects into pairs and order objects. | I can recognize direction of covariation and recognize covariation. | I can describe the function rule from the list of ordered pairs given in a table and describe the function rule from a given graph. | I can recognize function. | EE.8.F.4 Extended |

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



*EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT*

## Geometry:

A successful student can prove, understand, and model geometric concepts using appropriate tools and theorems to solve problems and apply logical reasoning using the Standards for Mathematical Practice.

| **EE** Mathematics  Geometry | | | | | |
|---|---|---|---|---|---|
| **LEARNING TARGET** | **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can solve real world and mathematical problems about area using unit squares. | I can recognize some and separateness. | I can calculate area by counting unit squares and calculate area of a rectangle with tiling. | I can solve word problems involving area of rectangles. | I can relate tiling and formula as methods for calculating area of a rectangle. I can calculate area for rectangles with formula. | EE.6.G.1 |
| I can solve real world and mathematical problems about volume using unit cubes. | I can recognize separateness and enclosure | I can calculate volume by counting unit cubes and calculate volume of a right rectangular prism by packing unit cubes. | I can solve world problems involving volume of rectangular prism. | I can calculate volume of right rectangular prisms with formula. | EE.6.G.2 Extended |
| I can match two similar geometric shapes that are proportional in size and in the same orientation. | I can attend and notice what is new. | I can match 2D or 3D shapes that are same size and orientation. | I can match 2D or 3D shapes that are different size same orientation. | I can match the same 2D and 3D shapes with different size and different orientations. | EE.7.G.1 |
| I can recognize geometric shapes with given conditions. | I can recognize same and different. | I can describe attributes of shapes. | I can recognize shapes with specific attributes. | I can classify shapes with specified attributes. | EE.7.G.2 |
| I can determine the perimeter of a rectangle by adding the measures of the sides. | I can recognize attribute values. | I can explain length and perimeter. | I can calculate perimeter by counting unit lengths on grid or adding all the side lengths. | I can use coordinates to calculate perimeters of polygons | EE.7.G.4 |
| I can recognize angles that are acute, obtuse, and right. | I can recognize attribute values. | I can recognize angle. | I can recognize obtuse, acute, and right angles. | I can compare angles to a right angle. | EE.7.G.5 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

756

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 6-8**

## EE Mathematics — Geometry

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can recognize translations, rotations, and reflections of shapes. | I can recognize attribute values. | I can explain transformations. | I can recognize translation, reflection, and rotation. | I can explain the properties of lines and line segments in transformation; explain the properties of angles in transformations; and explain the properties of parallel lines in transformations. | EE.8.G.1 |
| I can identify shapes that are congruent. | I can recognize same and different. | I can describe attributes of shapes; analyze shapes to identify common attributes; and explain attribute relationship between shapes. | I can recognize congruent figures. | I can explain the relationship between congruent figures and transformation and use a sequence of transformations to describe congruence of 2 given figures. | EE.8.G.2 |
| I can identify similar shapes with and without rotation. | I can recognize same and different. | I can recognize similar figures and rotation. | I can explain the relationship between similar figures and transformations. | I can use a sequence of transformations to describe similarity of 2 given figures. | EE.8.G.4 |
| I can compare any angle to a right angle and describe the angle as greater than, less than, or congruent to a right angle. | I can recognize attribute values. | I can recognize obtuse, acute, and right angles. | I can compare angles to a right angle. | I can explain complementary angles. | EE.8.G.5 |
| I can use the formulas for perimeter, area, and volume to solve real world and mathematical problems (limited to perimeter and area of rectangles and volume of rectangular prisms). | I can recognize attribute values. | I can explain volume, area, length, and perimeter. | I can calculate volume of right rectangular prisms with formula; calculate area for rectangles with formula; and calculate the perimeter of parallelograms with formula. | I can solve word problems involving volume or rectangular prisms, area of rectangles, and perimeter of polygons. | EE.8.G.9 |

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



## Statistics:

A successful student can use a variety of data analysis and statistics strategies to analyze, develop and evaluate inferences based on data using the Standards for Mathematical Practice.

| **EE** Mathematics Statistics | | | | | |
|---|---|---|---|---|---|
| **LEARNING TARGET** | **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can summarize data distributions shown in graphs or tables. | I can classify and order objects. | I can recognize outliers, peaks in a data distribution, symmetric distribution, and analyze the overall shape of the data distribution. | I can summarize data by overall shape. | I can use the overall shape of data distributions to recognize appropriate measures of center or spread. | EE.6.SP.5 |
| I can compare two sets of data within a single data display such as a picture graph, line plot, or bar graph. | I can classify and order objects. | I can recognize outliers, peaks in a data distribution, symmetric distribution, outliers; and variability in a data set. | I can compare differences in shape of 2 or more sets of data. | I can draw inferences by comparing two data sets. | EE.7.SP.3 |
| I can construct a graph or table from given categorical data and compare data categorized in the graph or table. | I can classify and order objects. | I can use bar graphs, picture graphs, line plots and tally charts to read the data. | I can represent data using bar graph, picture graph, line plot and tally chart and use graphs and tally charts to read between the data. | I can use graphs and tally charts to read beyond the data. | EE.8.SP.4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
6-8

# EE Science

A successful student can understand the structure, properties, and interactions of matter at the molecular scale.

**EE Science**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| Not applicable to Essential Elements | | | | |

A successful student can understand chemical reactions at the molecular scale.

**EE Science**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can observe and identify examples of change (e.g. state of matter, color, temperature, and odor). | I can gather data on the properties (e.g., color, texture, odor, and state of matter) of substances before and after chemical changes have occurred (e.g., burning sugar or burning steel wool, rust, effervescent tablets). | I can interpret and analyze data on the properties (e.g., color, texture, odor, and state of matter) of substances before and after chemical changes have occurred (e.g., burning sugar or burning steel wool, rust, effervescent tablets). | I can make a claim supported by evidence to explain patterns of chemical properties that occur in a substance during a common chemical reaction (e.g., baking soda and vinegar). | EE.MS-PS1-2 |

A successful student can understand how energy is defined, transferred, transformed, and conserved by objects and within systems.

**EE Science**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can identify objects/materials used to minimize or maximize thermal energy transfer (e.g., gloves, vacuum flask, insulated hot pad holder or foam cup). | I can investigate objects/materials, and predict their ability to maximize or minimize thermal energy transfer. | I can test and refine a device (e.g., foam cup, insulated box, or thermos) to either minimize or maximize thermal energy transfer (e.g., keeping liquids hot or cold, preventing liquids from freezing, keeping hands warm in cold temperatures). | I can investigate and predict the temperatures of two liquids before and after combining to show uniform energy distribution. | EE.MS-PS3-3 |

EE SCIENCE PERFORMANCE-BASED ASSESSMENT

**GRADE BAND 6-8**

EE SCIENCE PERFORMANCE-BASED ASSESSMENT

A successful student can understand characteristic properties of waves and electromagnetic radiation and how they behave and transmit information.

**EE Science**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| Not applicable to Essential Elements | | | | |

A successful student can understand the relationship between an organisms' structures, their organization, and its life functions, including information processing.

**EE Science**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| I can recognize major organs of animals. | I can use a model to demonstrate how organs are connected in major organ systems. | I can make a claim about how a structure (e.g., organs and organ systems) and its related function supports survival of animals (circulatory, digestive, and respiratory systems). | I can use a model to illustrate the organization and interaction of major organs into systems (e.g., circulatory, respiratory, digestive, sensory) in the body to provide specific functions. | EE,MS-LS1-3 |

A successful student can understand how organisms use matter and energy and how it flows through an ecosystem.

**EE Science**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| Not applicable to Essential Elements | | | | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

A successful student can understand how organisms interact within an environment to obtain matter and energy.

| EE Science | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify food that animals eat. | I can classify animals based on what they eat (e.g, herbivore, omnivore, carnivore). | I can use models of food chains/webs to identify producers and consumers in aquatic and terrestrial ecosystems. | I can use a graphical representation to explain the dependence of an animal population on other organisms for food and their environment for shelter. | EE.MS-LS2-2 |

A successful student can understand how organisms within an ecosystem use matter and energy to grow, develop, and reproduce.

| EE Science | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can match organisms to their habitats. | I can identify factors that influence growth of organisms. | I can interpret data to show that environmental resources (e.g., food, light, space, water) influence growth of organisms (e.g., drought decreasing plant growth, fertilizer increasing plant growth, different varieties of plant seeds growing at different rates in different conditions, fish growing larger in large ponds than small ponds). | I can explain how the traits of particular species that allow them to survive in their specific environments. | EE.MS-LS1-5 |

A successful student can understand why the relationship between the environment and genetic variation within a species affects survival and reproduction over time.

| EE Science | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| Not applicable to Essential Elements | | | | |

EE SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**6-8**

EE SCIENCE PERFORMANCE-BASED ASSESSMENT

A successful student can understand the properties and predictable patterns of objects and phenomena in the universe and our Solar System.

**EE Science**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| Not applicable to Essential Elements | | | | |

A successful student can understand how Earth's conditions and processes and life on Earth have changed over time.

**EE Science**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| I can identify differences in weather conditions from day to day. | I can identify geoscience processes (e.g, wind, rain, runoff) that have an impact on landforms (e.g, landslides, erosion such as gullies). | I can explain how geoscience processes that occur daily (e.g., wind, rain, runoff) slowly change the surface of Earth, while catastrophic events (e.g, earthquakes, tornadoes, floods) can quickly change the surface of Earth. | I can can recognize the role that geologic processes have in changing Earth's surface. | EE.MS-ESS2-2 |

A successful student can understand how Earth materials and the major systems of Earth interact over time.

**EE Science**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| Not applicable to Essential Elements | | | | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND
6-8**

**A successful student can understand the factors and processes that regulate climate and weather on Earth.**

| EE Science | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can interpret basic weather information (e.g, radar, map) to identify weather conditions. | I can interpret basic weather information (e.g, radar, map) to compare weather conditions (either over several days at the same location or different locations on the same day). | I can interpret basic weather information (e.g, radar, map) to make predictions about future conditions (e.g, precipitation, temperature, wind). | I can relate the interaction of air masses to changes in weather. | EE.MS-ESS2-6 |

**A successful student can understand how natural hazards can be predicted and how human activities affect Earth systems.**

| EE Science | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can recognize resources (e.g., food, water, shelter, air) in the local environment that are important for human life. | I can recognize ways in which humans impact the environment (e.g., agriculture, pollution, recycling, city growth). | I can develop a plan to monitor and minimize a human impact on the local environment (e.g., water, land, pollution). | I can analyze data to determine the effects of a conservation strategy on the level of a natural resource. | EE.MS-ESS3-3 |

EE SCIENCE PERFORMANCE-BASED ASSESSMENT

GRADE BAND
**6-8**

EE SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Grade Band
# 6-8

# Implementation

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

# Competency Codes Narrative

To ensure teachers can make connections from the instructional examples to the competencies, a simple competency coding system has been developed. Each instructional example contains a section titled "Competency Codes Addressed." Under that heading, competencies across all subject matter areas related to the instructional example will be listed. For instance, one of the instructional examples for the 9-12 grade band is:

Instructional Example:

| INSTRUCTION EXAMPLE | COMPETENCY CODES ADDRESSED |
|---|---|
| Podcast and/or Documentary Film with Marketing Plan (ELA. HGSS, Science, Speech, Business, Broadcasting, Graphic Design, Media Center Specialist, other subject areas as appropriate) | ELA.HS: 1.1, 3.1-3.5, 5.1, BC.M.HS 1.1, IT.HS 1.1, HUM.HS: 1.1, 2.1, 3.1, 5.1 |

As you can see, there are competencies across multiple subject areas involved in this cross-curricular learning activity. Each competency has a code that leads back to the competencies listed at the beginning of each grade band. Below is the competency code IT.HS 1.1 with what each part of a code denotes:



| SUBJECT AREA | GRADE BAND | PRINCIPLE | COMPETENCY |
|---|---|---|---|
| Information Technology | High School | 1 | 1 |

Here is the competency in its full form, color-coded to match above:



| Information Technology (Subject Area) | | | A successful student can demonstrate an understanding of graphic design elements and principles by creating a graphic design project portfolio of collected or self-created graphic design projects. (Competency) |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

766

GRADE BAND
**6·8**

## Subject Area Abbreviations:

| | | | | |
|---|---|---|---|---|
| **AFNR** | Agriculture, Foods and Natural Resources | **LPSCS** | Law, Public Safety, Corrections and Security |
| **AC** | Architecture and Construction | **MA** | Media Arts |
| **BC** | Business Career | **MATH** | Math |
| **BC.BMAE** | Business Management, Administration and Entrepreneurship | **MNFR** | Manufacturing |
| | | **MUS** | Music |
| **BC.F** | Finance | **PE** | Physical Education |
| **BC.M** | Marketing | **SCI** | Science |
| **DNC** | Dance | **SCI.ESS** | Earth and Space Science |
| **FCS** | Family and Consumer Sciences | **SCI.LS** | Life Science |
| **ELA** | English Language Arts | **SCI.PS** | Physical Science |
| **ENG** | Engineering | **SECD** | Social-Emotional Character Development |
| **HB** | Health and Biosciences | | |
| **HE** | Health | **STM** | STEAM |
| **HGSS** | History, Government and Social Studies | **THR** | Theatre |
| | | **TRAN** | Transportation |
| **HUM** | Humanities | **WL** | World Languages |
| **IT** | Information Technology | **VA** | Visual Arts |

## Grade Bands:

| | |
|---|---|
| **P** | Pre-K to 2nd grade |
| **IM** | 3rd to 5th grade |
| **MS** | 6th to 8th grade |
| **HS** | 9th to 12th grade |

IMPLEMENTATION

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

## Grade Band
# 6-8

## Philosophy

The 2020 school year will provide all educators a number of unique challenges in terms of reaching students during a possible educational disruption. The following document provides guidance in helping prepare for potential disruptions to the 2020-21 academic year.

This document supports instruction and the individual strengths of every educator in the state of Kansas while offering strategies, competencies and guidance in engaging students and celebrating their learning. While this is not a definitive step by step guide, we hope it may serve as a resource to approach the current challenges upon us.

The upcoming school year will be taught in an on-site, hybrid and/or remote learning environment. We recommend that educators prepare early for the possibility of an educational disruption and therefore plan activities that incorporate all curricular areas.

Throughout this document there will be three learning environments that are referenced:

- **On-site Learning Environment:** students and teachers will be in school with or without social distancing practices put into place.

- **Hybrid Learning Environment:** students would be spending part of their time in the classroom and part of their time learning remotely from home. For remote learning scenarios, please see page 3 for Remote Learning Daily Log requirements.

- **Remote Learning Environment:** students would be doing all of their learning from home and not entering the school building at all. For remote learning scenarios, please see page 3 for Remote Learning Daily Log requirements.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

IMPLEMENTATION

The Implementation team's philosophy is that there are multiple learning environments that can lead to student success during an educational disruption. All learning environments in this document are focused around using the Navigating Change 2020 competencies and rubrics from KSDE. The competencies were created to work for all models of instruction but work best in a competency based system.

**Competency-based education** is a compilation of strategies used to ensure equity for all students and allows mastery to be shown based upon progression of learning, not seat time. Students are empowered daily through their rigorous learning experiences and assessment is meaningful and timely. This system is a shift from the traditional education model. When looking at using competencies, districts should be aware that their whole system cannot shift from traditional to full blown competency based in the matter of days, weeks, or even months. A shift from a traditional system to a competency based system takes ample time, professional development, and a complete understanding for a successful implementation to occur. However, schools can explore and use elements of a competency based system during an educational disruption, Kansas Redesign, or a traditional setting. In a competency based education system teachers should not feel compelled to follow a particular scope and sequence, but should instead choose an instructional path that provides high quality learning opportunities for all students. A competency based system also shifts away from traditional grading and looks at progression towards mastery for each student and their work with each competency. This would be accomplished using a rubric system, such as the one KSDE has created.

**Implementation of a competency-based education system includes teachers collaborating with other teachers.** We encourage teachers to collaborate with other professionals in their departments, cross-curricularly, from other districts, or across the nation to develop high quality instruction that could occur in a variety of environments. This includes providing students a voice and choice in their learning, that is multi-disciplinary, with clear milestones of learning, and an attainable producible body of work demonstrating mastery of skills.

Guiding Statements:

- Collaboration is Key
- Consistency, Connection, Progress
- Students have voice and choice in place, pace, and path
- Competencies not Checklists
- Plan Early

**NOTE:** Examples of the Navigating Change 2020 staff and student surveys are located in the appendices.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Grade Band
# 6-8

# Grading Considerations

Ultimately, grading will be determined by each school district's Boards of Education. Contemplating translating from Competency Scores to a local grading system on a particular student product, school districts might want to consider the following example. Within the Competency Rubrics there are variances of grading possibilities utilizing differing mathematical calculations (For example, a 3.5 competency score might translate to a traditional grade of B+). Listed below is one possible example. Please note, that the KSDE competency based educational system does not rely on a traditional A, B, C grading system, but instead seeks to have students progress toward mastery of learning and skills through multiple exposures.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

770

GRADE BAND
**6-8**

# Accommodations/Modifications

At times it is necessary to provide students with accommodations or modifications to ensure equal access to the general education curriculum and opportunity to demonstrate mastery of concepts. In these scenarios, it is important for educational teams to work collaboratively to determine what individualized accommodations or modifications are necessary for the student to be successful. To assist with this understanding, definitions of an accommodation and modification are provided below.

### Accommodation:

A change to instruction, testing, or presentation of materials to support access to the general education curriculum. Students with gaps, deficiencies, and exceptionalities who utilize accommodations are expected to demonstrate mastery. Areas in which you may utilize accommodations are environmental, presentation, assistive technology, assignments, reinforcement, and testing adaptations. Accommodations adapt learning for students but do not:

- Change the content of instruction
- Change the learning expectations
- Reduce the requirements of the academic task

### Modification:

A change to instruction, testing, or curriculum that alters the content of the academic competency or demonstration of student mastery. Areas in which you may consider a modification to curriculum, adaptation of materials, grades, appropriate expectations, change in testing protocols. Modifications change learning for students by:

- Changing the learning expectation(s) for the student
- Reducing task requirement(s)
- Inquiry Learning/Project Based Learning

IMPLEMENTATION

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

IMPLEMENTATION

# Family Engagement

Educators are encouraged to consistently welcome and encourage all stakeholders to engage in effective communication and active participation as a collaborative team within the learning process. Effective communication will incorporate a unified message that is clear, concise, honest and transparent to all stakeholders.

Building relationships through two-way communication assembles the strong foundation designed to be proactive and interactive. Relationship building should include efforts to educate all stakeholders of the differences in regards to race, socio-economic status, culture, beliefs, language, sexual orientation, gender identity/expression, family composition, etc.

It is recommended that special attention and supports be given to those students transitioning to new buildings (examples: kindergarten, sixth grade, ninth grade, new students to the district, etc.).

Schools are encouraged to include all stakeholders, especially caregivers, in the decision-making process through surveys, participation on task forces and committees, along with letting their voice be the catalyst to action. A successful family/school partnership encompasses the elements of trust, validation, acknowledgement, transparency and a shared responsibility throughout the learning process with a "student first mindset" through respect and dignity.

**Communication Considerations, Caregivers and Stakeholders:**

- Multi-Mode - Written, live and/or recorded video and/or audio.
- Clear, concise and consistent language, avoiding acronyms and abbreviations.
- Using home language.
- Acknowledge and validate concerns.
- Flexible to the needs/abilities.
- Share access to all resources.
- Tutorials of online platforms prior to use.
- Social media (i.e., Twitter, Instagram, Snapchat, Facebook, etc.).
- Text messaging, mail and email.
- School messenger, robocalls.
- Local access television or newspaper.

**Activities list that could engage all stakeholders virtually or in-person:**

- Stakeholder surveys.
- Involvement in community events.
- Porch or driveway meetings.
- Neighborhood meetings.
- Parent camps.
- Content area/fine arts nights.
- Popsicles in the park, game/pie nights.
- Coffee with the Counselors.
- Classic pen pals for students in the classroom with students at home.
- Virtual parties, scavenger hunts, sing-a-longs, etc.
- Business partner engagement in classes or displaying student work.
- Career days/chats.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

# Inquiry Learning/Problem-Based Learning (PBL)

IMPLEMENTATION

## General Overview of Inquiry Learning/PBL:

Activating student curiosity and inquiry by a problem or question that is meaningful to the student. A teaching method in which students gain knowledge and skills by working for an extended period of time to investigate and respond to an authentic, engaging, and complex question, problem, or challenge.

## Elements of High-Quality Instruction

- Authentic, real life, meaningful driving questions
- Active engagement through hands-on activities
- Scaffold student thinking/learning
- Feedback and Revision throughout
- Inquiry Process

## Social-Emotional Character Development (SECD)
*(Dispositions - Mindset and Soft Skills)*

- Student collaboration
- Team Building
- Time-Management
- Perseverance
- Communication

## Elements of Collaboration/Possible Collaboration Partners

- CTE
- Specials
- Student Support Teams
- ELL Teachers
- Community
- Field Experts

## Workflow
*(Milestones of Learning)*

- Driving question introduced
- Student utilize various platforms to research (groups, individually, in-person, remotely)
- Project milestones/assessments threaded throughout
- Feedback, Revision, Reflection
- Presentations of work

## Showcase of Student Learning
*(End Product)*

- Present to a public and authentic audience (community members, experts, etc.)

## Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



IMPLEMENTATION

# Personalized Learning

## General Overview of Personalized Learning:

Personalized Learning places the whole child at the center of instruction. It is informed by strong educator/student/family/community relationships to provide equity and choice in time, place, path, pace, and demonstration of learning.

## Elements of High-Quality Instruction

- Use Universal Design for Learning (UDL) to understand how students learn and develop learner agency (voice, choice, engagement, motivation, ownership, purpose, self-efficacy)
- Flexible content and tools to allow for a differentiated place, pace, and path
- Instruction aligned to specific student needs and learning goals
- Frequent data collection to inform instructional decisions and groupings
- Use Universal Design for Learning (UDL) to understand how students learn and develop learner agency (voice, choice, engagement, motivation, ownership, purpose, self-efficacy)
- Flexible content and tools to allow for a differentiated place, pace, and path
- Instruction aligned to specific student needs and learning goals
- Frequent data collection to inform instructional decisions and groupings

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Student voice and choice
- Students knowing themselves as learners
- Time-management
- Perseverance
- Ownership of learning and outcomes
- Sense of purpose
- Growth mindset
- Goal setting

## Elements of Collaboration/Collaboration Partners

- Grade bands of teachers (K-2, 3-5, 6-8, 9-12)
- Student Support Teams
- ELL Teachers
- Librarians
- PLC teams
- Teaching partners
- Specials teachers (PE, Music, Art)

## Workflow
*(Milestones of Learning)*

- Students and teacher identify learning goals, deadlines, and objectives for individual students
- Work through a series of targeted instruction
- Frequent data collection through teacher observation and questioning
- Meet with students 1:1 and together reflect, goal set, and determine next steps

## Showcase of Student Learning
*(End Product)*

- Complete goal information in personalized binder
- Videos productions (Chatterpix, Screencastify, green screen, Flipgrid, etc.)
- Discussions with teachers
- Completed projects

## Accommodations/Modifications/ Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

774

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

# Nature-Based Outdoor Learning

IMPLEMENTATION

## General Overview of Nature-Based Outdoor Learning:

Outdoor learning (also known as forestry learning or nature based classrooms) shifts to embracing nature while exploring learning concepts, skills, and SEL. Child-initiated purposeful and imaginative play, whole brain learning, environmental stewardship, and teaching across the curriculum are all elements of this learning model. Significant time in nature is at the core of the curriculum where teachers implement high-quality, early childhood practices as well as high quality environmental education practices. Outdoor learning can help promote a healthy lifestyle, enable students to understand how nature supports life, appreciate sustainability as a community practice, and develop empathy for all forms of life.

## Elements of High-Quality Instruction

- Student exploration with adult support
- Allow students to problem solve while exploring the environment
- Scaffold questioning to support student inquiry

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Self-regulation/self-discipline
- Communication (verbal and non-verbal)
- Collaboration and team building
- Self-confidence and self-efficacy
- Negotiating skills
- Sense of curiosity
- Listening skills
- Creativity

## Elements of Collaboration/Possible Collaboration Partners

- All content/subject areas
- Guest community speakers
- Kansas Department of Wildlife, Parks and Tourism
- Kansas Farm Bureau
- Student support teams
- ELL teachers
- Local County extension offices
- 4H and Scouting Programs
- Nature Centers and Zoos

## Workflow
*(Milestones of Learning)*

- Students explore the natural environment around them through inquiry and use information to answer an essential question
- Hands-on activities/exploration
- Teacher observes students play, exploration, questioning, and communication
- Extensions, enrichment, and real-world applications of skills and concepts

## Showcase of Student Learning
*(End Product)*

- Photos/videos
- Journals
- Drawings/pictures
- Construction projects
- Dramatic Performances
- Nature Based Solutions to real world problems

## Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



IMPLEMENTATION

# Flipped/Blended Learning

## General Overview of Flipped/Blended Learning:

Blended learning combines multiple educational opportunities. Learning usually occurs on-site while using technology to facilitate some of the learning activities. However, this could also be used in a hybrid learning environment. There is an element of student control over time, place, and pace. Learning in this model may resemble rotations, flex modules, small groups, and Universal Design for Learning (UDL).

## Elements of High-Quality Instruction

- Scaffold student thinking/learning through videos, direct teaching, and assessment
- Provide time for student-teacher conversations and check-ins
- Incorporate consistent and tight feedback loops

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Identify personal strengths and weaknesses
- Achieve school goals
- Perseverance
- Communication
- Ownership of learning and outcomes
- Growth Mindset
- Elements of Collaboration/Possible Collaboration Partners
- Grade bands of teachers (K-2, 3-5, 6-8, 9-12)
- Student Support Teams
- ELL Teachers
- Librarians
- PLC teams
- Teaching partners

## Workflow
*(Milestones of Learning)*

- Student is given scaffolds to support learning/thinking
- Student has voice and choice in place, pace and path of learning
- Teacher is monitoring student progress through check-ins, feedback cycles and assessment
- Students progress through learning goals at their own pace with support from the teacher
- Exit Tickets
- Projects
- Mini-assessments
- Collaborative Activities
- Learning games with reflection

## Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

GRADE BAND
**6-8**

IMPLEMENTATION

# Play-Based Learning

## General Overview of Play-Based Learning :

An intentional combination of child-directed play and teacher guidance. Guided play involves teachers' setting up the environment to nudge children toward a learning goal while still providing children with choices (Serious Fun: How Guided Play Extends Children's Learning, p.3). Students organize and make sense of their social world as they actively engage with people, objects, and the environment.

## Elements of High-Quality Instruction

- Examine how students work through the learning process (observing, communicating, measuring, reasoning, visual representation, etc.)
- Intentionally plan for competency-based outcomes
- Model play behaviors and ask open-ended questions
- Watch for child-initiated interests and observe child-environment interactions
- Use context-based assessments with play settings and utilize data to plan/create play environments

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Self-regulation
- Communication
- Role-playing
- Problem-solving
- Verbal and non-verbal cues
- Listening
- Conflict resolution
- Elements of Collaboration/Possible Collaboration Partners
- Specials (PE, Music, Art, Theater, etc.)
- Community Members
- Multiple content/subject areas

## Workflow
*(Milestones of Learning)*

- Stations/areas are set up around the classroom and are open for student exploration
- Teacher scaffolds student learning/thinking through conversation and questioning
- Teacher observes student learning through peer conversation and questioning
- Students record observations, learning, and thinking

## Showcase of Student Learning
*(End Product)*

- Performance projects
- Videos
- Drawings/visual representations
- Oral explanations/demonstrations
- Teach peers

## Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

IMPLEMENTATION

# Co-Teaching

## General Overview of Co-Teaching:

Co-teaching is two or more people sharing responsibility for teaching some or all of the students assigned to a classroom. It involves the distribution of responsibility among teachers for planning, instruction, and assessment for a classroom. Co-teaching is a creative way to connect with and support others in order to reach all types of learners. Partners must establish trust and effective communication while working together to be creative in order to overcome challenges and conflicts. There are several possible models of co-teaching: One teach, one observes; One teach, one assist; Parallel teaching; Station teaching; Alternative teaching; Team teaching

### Elements of High-Quality Instruction

- Clearly define roles and responsibilities and plan together
- Discuss the big picture issues or critical concepts that lead into differentiated activities and assessments
- Reflect on practices and make changes for future lessons

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Elements of Collaboration/Possible Collaboration Partners
- Grade level team teachers/PLC
- ELL teachers
- Student support teams
- Specials (PE, Music, Art, Theater, etc.)

### Workflow
*(Milestones of Learning)*

- Present a major concept/question
- Have smaller activities, stations, etc. for students to work through to gain a better understanding of the concept
- Students may work with one or both teachers

## Showcase of Student Learning
*(End Product)*

### Accommodations/Modifications/ Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND
6-8**

# Differentiated Learning

IMPLEMENTATION

## General Overview of Differentiated Instruction:

Differentiated Instruction is building lessons that include various approaches so that all students can learn effectively, according to their needs. Teachers develop materials that meet all students where they are. Teachers must know their students, their needs, similarities, differences, etc. in order to provide the right instruction for each student. The method focuses on content, process, and product.

## Elements of High-Quality Instruction

- Classroom climate and learning environment are set up to be conducive for independent learning
- Determine what a student needs to learn and how they will access appropriate information
- Scaffold activities, projects, etc. for student access and let students own the knowledge
- Students summatively show what they have learned and are allowed to choose how they show their learning
- Allow for students to help one another when they need assistance

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Collaboration
- Self-regulation
- Time management
- Communication
- Listening
- Self-directed learning

## Elements of Collaboration/Possible Collaboration Partners

- Student Support Teams
- ELL Teachers
- Cross-Curricular Teachers
- Grade Band Teacher Teams

## Workflow
*(Milestones of Learning)*

- Students explore a topic through different learning experiences set up by the teacher
- Students work to own the knowledge, ideas, and skills necessary to master the content
- Summative assessment

## Showcase of Student Learning
*(End Product)*

- Dramatic Performances
- Create a mural/painting/drawing
- Write a letter
- Any student created product that contains required elements

## Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

IMPLEMENTATION

# Small Group/Cooperative Learning

### General Overview of Small Group/Cooperative Learning:

- Elements of High-Quality Instruction
- Teachers can personalize learning and work more closely with each student
- Frequent and immediate feedback
- Opportunity to teach and reteach specific skills to specific groups of students
- Student confidence is built through collaboration and working towards achieving a similar goal

### SECD Incorporation
*(Dispositions - Mindset and Soft Skills)Teamwork*

- Collaboration
- Listening and Speaking
- Time management
- Self-Regulation
- Elements of Collaboration/Possible Collaboration Partners
- Student Support Teams
- ELL teachers
- Grade Band Teacher Teams

### Workflow
*(Milestones of Learning)*

- Students are taught/introduced to a topic as a whole group and then break into small groups to continue learning and understanding
- Teacher is working with one group while others are working with peers or individually on meaningful work
- Students complete tasks one at a time
- This process may be repeated several times in one week

### Showcase of Student Learning
*(End Product)*

### Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org
780

Grade Band
# 6-8

# Implementation
# **Instructional Examples**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

*Instructional Example:*

# Brief But Spectacular Interviews

*Competency Codes Addressed:*
VA.MS 1.5, ELA.MS 1, HGSS.MS 3, SECD.MS 5, SECD.MS 6

## Elements of High-Quality Instruction

- Essential question: Why is it important for people to share their ideas and passions with others?
- Appropriate materials available for all students.
- Remember, this is an interview not a presentation. While the end product is a three- to four-minute segment, the actual piece begins as an in-depth interview. The interviews are conducted as conversations for 30-45 minutes and yield the most interesting and relevant points in the final edit. This eliminates the pressure of having to be "spectacular" in a short amount of time — a tall order for even the most seasoned guests.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Social Awareness
  a. Recognize the thoughts, feelings, and perspective of others.
  b. Demonstrate awareness of cultural issues and a respect for human dignity and differences.
- Interpersonal Skills
  a. Demonstrate communication and social skills to interact effectively.

## Elements of Collaboration

- ELA, Social Studies,
- Art, Film, Media Arts,
- Journalism, School Counselor

## Who might be your collaboration partners?

- Teachers of ELA, Social Studies, Art, Film, Media Arts, Journalism
- Family, friends, community members
- Local TV station, school district director of communications
- School counselors could provide supplementary material on empathy or respecting human dignity and differences.

## Workflow *(Milestones of Learning)*

- Introduce assignment by showing a few Brief but Spectacular videos from PBS News Hour.
- Together as a class note the purpose of the segments, commonalities across all segments, video practices, the feeling you are left with at the end of each segment.
- Discuss and practice how to give an in-depth interview and encourage rambling.
- Practice editing a piece down to three to four minutes.
- Learn about simple video editing tools, music, additional footage that will enhance the final product.
- Determine target of interview and reach out.
- Conduct in-depth video interview.
- Transcribe interview.

- Edit down to the main points and collaborate with ELA to discuss story themes.
- Collaborate with media arts, art and journalism teachers to edit and produce video (or end product if doing a display or preparing to share information in person).
- Reflect on the essential question.

## Showcase of Student Learning *(End Product)*

- Brief but spectacular 3-4 minute video product
- Low tech options could include art display of findings, a news article, or a one-on-one discussion of findings with teachers
- Showcase student work to the community via social media, local TV station, or community presentation.

## Accommodation/Modification Considerations *(per KSDE guidance)*

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**6-8**

**Progression Toward Mastery**
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

**On-Site Learning Environment**
Introduction, practice interviews and editing to find themes can be done in class as in the hybrid model. Consider inviting interviewees to the school building to video. Coordinate with the media center for access to technology.

**Hybrid Learning Environment**

*Remote:*
Assign videos for students to watch before coming to class and provide discussion questions as preparation materials.

*On-site:*
Conduct a class discussion regarding the videos, in small groups of two to three students can practice conducting 20-minute, in-depth interviews, in ELA practice finding themes in qualitative interviews and discuss how to edit the work

*Remote:*
Conduct video interview, transcribe interview, create brief but spectacular video, upload video to classroom site.

**Remote Learning Environment**
Consider pairing students through video using technology such as zoom breakout rooms to practice interviews. Consider doing a video of yourself, put together a brief timeline and start rambling, proceed through all of the editing and production steps.

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND
6-8**

**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

*Instructional Example:*

# Play and character Analysis/ Monologue Performance

*Competency Codes Addressed:*
*Opinion and Informational Writing*
ELA.MS 2, ELA. MS 3, ELA.MS 4, ELA.MS 5
THR.MS 1, THR.MS 2, THR. MS 3, THR.MS 4
SECD.MS 5, SECD.MS 6

## Elements of High-Quality Instruction
- Technology Integration
- Research and analysis skills
- Writing for a global audience
- Student Choice and Voice
- Creativity

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Respect for others.
- Sharing your voice while respecting other voices.
- Presenting in front of an audience.
- Self-confidence in personal opinions and research.

## Elements of Collaboration
- ELA: Analysis
- HGSS: Time Period in History

## Who might be your collaboration partners?
- ELA teachers
- History teachers

## Workflow *(Milestones of Learning)*
- Lesson on analysis and what to expect when analyzing a play.
- Play selection of the students choice.
- Actual reading of the show.
- Analysis of the show and characters.
- Pick a monologue from the show for performance.
- Use the character analysis and play analysis to guide character development and the character itself.
- Perform the monologue for the class.
- Showcase of Student Learning (End Product)
- Final analysis of the play and its characters.
- Final monologue scene.

## Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

# Learning Environment Considerations

## On-Site Learning Environment
On-site considerations would include class time used for direct instruction (lecture), creation of the final products that show mastery. Could also include time for peer critique and feedback. Final performance would be in front of their peers and would be critiqued by peers and the teacher.

## Hybrid Learning Environment
Hybrid considerations would include both class time and videos used for direct instruction (lecture),creation of the final products that show mastery. Peer critique and feedback could be given via shared documents via google drive. Final performance would be in front of their peers and would be critiqued by peers and the teacher.  Final performance would be via recording or in person with critiques to follow suite.

## Remote Learning Environment
Remote considerations would include video lectures, creation of the final products that show mastery. Peer critique and feedback could be given via shared documents via google drive.  Final performance would be in front of their peers and would be critiqued by peers and the teacher. Final performance would be via recording with critiques to follow suite.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

*Instructional Example:*

# Art and the Self

*Competencies Codes Addressed:*
ELA.MS 2.1, ELA.MS 2.2, ELA.MS 2.3, ELA.MS 3.1,
ELA.MS 4.1, ELA.MS 4.3
VA.MS 1.1, VA.MS 1.2, VA.MS 2.1, VA.MS 3.1,
VA.MS 3.2, VA.MS 4.1, VA.MS 4.2, VA.MS 4.3,
VA.MS 5.1, VA.MS 5.2
SECD. MS 5, SECD. MS 4

## Elements of High-Quality Instruction

- Pose purposeful, open-ended questions.
- Hands-on learning for active student engagement.
- In a blended model style, teachers use easy video tools to explain concepts, introduce artists or offer explicit directions for media, techniques or processes that students could use for creation.
- Provide planning documents to help students structure the design process, recording, organizing, and clarifying their ideas.
- Create structured opportunities for ongoing feedback and reflection as students are planning/creating.
- Pace of learning is student-led with teacher checking in periodically.
- End product involves a high level of student choice and is relevant (connection to self and world)

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Self-Awareness: Understanding and expressing personal thoughts, mindsets, and emotions in constructive ways.
  a. Understand and analyze thoughts, mindsets, and emotions.
  b. Identify and assess personal qualities and external supports
- Self-Management: Understanding and practicing strategies for managing thoughts and behaviors, reflecting on perspectives, and setting and monitoring goals.
  a. Understand and practice strategies for managing thoughts and behaviors, such as resiliency.
  b. Reflect on perspectives and emotional responses.
  c. Set, monitor, adapt, and evaluate goals to achieve in school and life.

## Elements of Collaboration

- Strong connections exist between the artistic process, synthesizing and relating knowledge and personal experience to artistic ideas and artistic work (VA.MS 5.1), writing, and mental health.

## Who might be your collaboration partners?

- ELA teachers
- School Counselors
- Family members
- Community members (Guest artists, mental health experts, writers, poets)

## Workflow *(Milestones of Learning)*

- Students will perceive and analyze works of art (Responding/Connecting).
- Drawing and writing prompts may be used to increase student comfort levels with expressing personal ideas and emotions.
- Students complete scaffolding assignments such as brainstorming symbols and colors that can be used to represent ideas.
- Teacher presents guidelines and parameters of the project, encouraging student choice and creativity.
- Students create sketches to generate and refine artistic ideas.
- Students refine and complete the final project.
- Students photograph the completed project or prepare it to hang for presentation.
- Students write an artist statement, analyzing their artistic choices and reflecting on the artistic process, challenges, and successes.

## Showcase of Student Learning *(End Product)*

- Business plan and example of product or service with supporting evidence of the need for this business presented at business fair or in an electronic presentation.

## Accommodation/Modification Considerations *(per KSDE guidance)*

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**



**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

them to meet, achieve or exceed grade-level competencies should be a priority. Progression Toward Mastery

Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4)

## Learning Environment Considerations

**On-Site Learning Environment**
Students may work in teams to collaborate, critique ongoing projects, sketches, or final presentations. Consider recording live demonstrations to post on YouTube, Google Classroom or another online platform in the case of a disruption. Field trips or guest speakers (writers, artists) may be possible with planning. On-site counseling team is a valuable resource.

**Hybrid Learning Environment**
Create videos for demonstrations, introducing new content, and art analysis.

Consider "flipping" the classroom: Provide students with introductory knowledge at home before/after attending school for the hands-on activities.

Community partners (writers, artists, or other guest speakers) may visit with students via Zoom or Google Hangouts.

Consider sending critical materials with students ahead of time in "art kits" so projects may be completed at home. Provide specific and timely feedback to projects and assignments in person, in writing, or via online platforms or email.

**Remote Learning Environment**
Create videos for demonstrations, introducing new content, and art analysis. Recordings may be shared via online platforms such as Google Classroom. Videos may be used as scaffolding exercises, enrichment, or prompts for discussion. Students may photograph completed projects and share via email or online tools..

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

*Instructional Example:*

# Compare Modes of Transportation (Car, Train, Bus and Plane) by Planning Family Trip

*Competency Codes Addressed:*
*BC.F.MS 2.1, TRAN.MS 1.1, TRAN.MS 3.1, SCI.MS 16.2*
*HGSS.MS 3.3, HGSS.MS 5.1*
*MATH.MS 1.1, MATH.MS 2.5*
*SECD.MS 1, SECD.MS 2, SECD.MS 3, SECD.MS 4, SECD.MS 5, SECD.MS 6*

## Elements of High-Quality Instruction
- Quality sources/credible source
- Note taking and organization
- Collaboration
- Use of Technology

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Appropriate Use of Media/Technology
- Effective Time Management
- Positive Classroom Behavior
- Recognize strengths/weaknesses in self
- Effective Communication
- Demonstrate empathy in a variety of settings and situations
- Respect and Empathy for others
- Active Listening and respectful communication skills
- Identify Impact of Behavioral Choices

## Cross-Curricular Collaboration Opportunities
- Science
- Math
- Research

## Who might be your collaboration partners?
- **CTE and Math:** Use of math skills to figure distance
- **CTE and HGSS:** Stop at historical venues, map skills
- **CTE and SECD:** Plan for events/stops that other family members would enjoy

## Workflow *(Milestones of Learning)*
- Research four modes of transportation.
- Brainstorm/research desired stops along the way
- Figure distance traveled by each.
- First recording/draft.
- Peer editing.
- Revise.
- Finalize and create the final recording.
- Publish to community/stakeholders

## Showcase of Student Learning *(End Product)*
- Digital Presentations
- By Hand (physical model/representation)
- Video Creation - Using Various platforms (iMovie, FlipGrid, Loom, etc.)

## Accommodations/Modifications for ELL
- Sources in native language.
- Translation Applications and Software
- Build essential background knowledge: vocabulary, context, etc.
- Provide visuals: pictures or video
- Student Group Assistance
- Extended work time

## Progression toward Mastery
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Learning Environment Considerations

### On-Site Learning Environment
Media Center Access, Collaboration with Educational Peers, Student access to computers and printers, Flexibility with interruptions and technology issues, sharing checked out resources/technology with fellow students, time for final presentations.

Model research process (evaluating resources, note taking, outlining, drafting, revising, etc.).

### Hybrid Learning Environment
In-class – Teach research skills, check-ins to assess progress, instruct how to structure research and use technology appropriately.

*Home/Digital:*
- Students should complete research, outline, and revision outside the classroom.
- Guidance on how to do this should be

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



GRADE BAND
**6-8**

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

provided in some form, this could be through handouts.
- Invite parents/community members to online final presentations. Parents can also help with the editing process (with guidance).

**Remote Learning Environment**
- Instructional Consideration: Mini-lessons
- Student Practice: Handouts/resources are digital

**Remote Learning Environment Considerations**
- Instructional Consideration: Mini-lessons
- Student Practice: Handouts/resources are digital
- Provide guidance for parental editing and project suggestions
- Invite parents/stakeholders to online final presentations
- Have weekly students check in for progress. This can be done through office hours and/or submission of homework.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 6-8**

*Instructional Example:*

# Develop a Marketing Plan for a Newly Developed Product That Will Be Marketed and Sold Online

*Competency Codes Addressed:*
BC.MS 3.1, BC.M.MS 3.2, IT.MS 1.1, IT.MS 1.2
MATH.MS 6.1, MATH.MS 3.9, MATH.MS 3.8,
MATH.MS 1.1,2,4
ELA.MS 2 (all)
SCI.MS 10.2
HGSS.MS 1.5 HGSS.MS 4.4, HGSS.MS 4.5
SECD.MS 1, SECD.MS 2, SECD.MS 3, SECD.MS 4,
SECD.MS 5, SECD.MS 6

## Elements of High-Quality Instruction
- Quality sources/credible source
- Note taking and organization
- Collaboration
- Use of Technology
- Project Based Learning Model
- Student Led Inquiry
- Verbal Communication
- Written Communication

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Appropriate Use of Media/Technology
- Effective Time Management
- Positive Classroom Behavior
- Recognize strengths/weaknesses in self
- Effective Communication

## Elements of Collaboration
- **CTE and Math:** Calculate costs associated with advertising
- **CTE and HGSS:** Research history of

products similar to this one and how the economy has affected these type of sales
- **CTE and SECD:** Discuss marketing techniques and how they can be used to trigger emotions, thoughts, decisions, etc.
- CTE and Science – Conduct research about the ingredients in the project and if it is safe for our environment

## Who might be your collaboration partners?
- SPED
- Technology Instructors (computers course)
- Media Center (research/databases)
- School Counselors
- Other Content Area Teachers
- Community Members

## Workflow *(Milestones of Learning)*
- Brainstorm ideas
- Create a Business Plan/Proposal
- Develop product and sample if needed
- Finalize cost, profit margin and financials
- Oral Presentation to launch marketing plan
- Finalize business plan (including marketing strategy)
- Final Evaluation of business, inventory, financials

## Showcase of Student Learning *(End Product)*
- Digital (Google Slides, PPT, Prezi, Zoom,Google Tour, etc)
- By Hand (physical model/representation)
- Video Creation - Using Various platforms (iMovie, FlipGrid, Loom, etc.)

## Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies, and exceptionalities some students will require additional support through specially-designed instruction and/or tiered systems of support.

## Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

# Learning Environment Considerations

## On-Site Learning Environment
- Allow for individual, small group, large group, and full group opportunities and collaboration
- Provide differentiated support for each student to reach grade-level standards.
- Model research process (evaluating resources, note taking, outlining, drafting, revising, etc.)

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

### Hybrid Learning Environment

*On-Site:*
- Ensure students have resources and/or software to use remotely.
- Allow for individual and small group collaboration.
- Provide lesson and content support to the group in order to reach content standards.
- Provide individual lessons and content support for each student to reach content standards.

*Remote:*
- Provide support to students via Zoom or email as they independently work on projects.
- Provide students time to facilitate with each other via apps, zoom, or other online components.
- Provide extra time and support for students who need it.
- Provide opportunities for students to Zoom, in classes, with other stakeholders or project contributors.

### Remote Learning Environment
- Provide differentiated online support.
- Utilize interactive and collaborative online platforms or applications.
- Provide extra time and support for students who need it.
- Provide timely and effective feedback.
- Set up student opportunity to engage with community.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

*Instructional Example:*

# Energy Exploration

Compare models of energy, how they were captured and utilized - both historically and currently. Creation of energy producing mechanisms and research displays - creation of turbine, trifold, movie, presentation, essay.

*Competency Codes Addressed:*
ENG.MS 1-6, FCS.MS 4.1, ELA.MS 2.3, ELA.MS 2.5
8, ELA.MS 4.1, ELA.MS 4.2, ELA.MS 4.3, ELA.MS
5, MATH.MS 3.8, MATH.MS 3.10, SCI.MS 6, SCI.
MS 15.1, SCI.MS 15.3, SCI.MS 16.1
HGSS.MS 1, HGSS.MS 2.4, HGSS.MS 4.5,
HGSS.MS 5.6
SECD.MS 1, SECD.MS 2, SECD.MS 3, SECD.MS 4,
SECD.MS 5, SECD.MS 6

## Elements of High-Quality Instruction

- Quality sources/credible sources
- Note taking and organization
- Collaboration
- Use of Technology
- Understanding of the content and material ideas.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Appropriate Use of Media/Technology
- Effective Time Management
- Positive Classroom Behavior
- Recognize strengths/weaknesses in self
- Effective Communication
- Demonstrate empathy in a variety of settings and situations
- Respect and Empathy for others
- Active Listening and respectful communication skills
- Growth Mindset to Integrate Diverse

Points of View
- Identify the Role/Needs of Self/Others when Managing and Solving Conflict

## Elements of Collaboration

- **CTE and Math:** Calculate output based on wind speed, pitch of the blades increasing output
- **CTE and Science:** Energy consumption versus output of different types of energy sources. Explore weather patterns/ natural resources for placement of wind turbines, oil derricks, etc.
- **CTE and English:** Research Solar, Wind, Nuclear and Fossil Fuel energy usage. Analyze the efficiency, effectiveness, cost/benefit, and develop a stance for the most effective.
- **CTE and History:** Research historical milestones in energy creation. Hydroelectricity through nuclear, solar, and wind energy. When they were developed, why. Explore maps and why certain areas utilize energy sources.

## Who might be your collaboration partners?

*Community:*
- Nearby wind farms/oil fields/farmers/ energy producers, city manager, lumberyards, contractors (construction), power companies, colleges with energy programs

*In School:*
- Tech Instructors
- Media Center
- Content area teachers
- SPED
- Counselors (job aspect)

**Showcase of Student Learning** *(End Product)*
- Two students debate their opinions after giving their speeches while the class asks probing questions. Data can be collected pre/post debate to see if the debate changed the class data.
- Students can be creative in ways to gain support on their "opinion" to try and change opinions of others to change the class data.

**Workflow** *(Milestones of Learning)*
- Research modes of energy production
- Brainstorm/research history and geographic usages through history Look specifically at renewable energy opportunities
- Sketch an outline/blueprints, write a rough draft(non-construction), or create a presentation OR create a wind turbine
- Analyze the systems and come to a conclusion on the most efficient system

**Showcase of Student Learning** *(End Product)*
- Social media demonstrations, community showcase night, completed projects displayed in collaborative businesses.

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

### Accommodation/Modification Considerations *(per KSDE guidance)*

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression toward Mastery

Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

### On-Site Learning Environment

Discuss the various types of energy and their history. Go through the curriculum lessons (20 lessons can be adapted) Explore the positive and negative aspects of each type of energy. Progress with the construction of a wind turbine - creation of blades, base, and "gears." Test the model to determine the most efficient blade design, gear ratio and blade pitch.

### Hybrid Learning Environment

Research and design takes place at home. Instruction and planning of projects takes place outside of school through virtual meetings, readings, and webquests. Construction and distribution of supplies at school.

3D printed parts - create at home, print at school. Construction of wind tunnels, testing of the pitch and output takes place at school.

### Remote Learning Environment

Adaptation of project - discover how much energy is produced by revolutions per minute versus output, create video, create blade design, research different tower designs, compare various types of energy (solar, fossil fuels, wind, nuclear). Instruction on research skills, regular check-ins and small group meetings to ensure project advancement and answer questions.

Pre-recorded lessons, informational packets sent via email/mail, utilization of digital turn in platform (Google classroom, canvas, etc.).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND 6-8**

*Instructional Example:*

# Career Exploration Choice Board: Students having voice and choice in Career Exploration

*Competency Codes Addressed:*
AFNR.MS 5.1, BC.BMAE.MS 1.1, AC.MS 7.1, MNFR.MS 4.1, TRAN.MS 6.1, LPSCS.MS 5.1, FCS.MS, ENG.MS, IT.MS
ELA.MS 2, ELA.MS 3, ELA.MS 5
SECD.MS 1, SECD.MS 2, SECD.MS 3, SECD.MS 4, SECD.MS 5, SECD.MS 6

## Elements of High-Quality Instruction
- Quality sources/credible source
- Note taking and organization
- Collaboration
- Use of Technology

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Appropriate Use of Media/Technology
- Effective Time Management
- Positive Classroom Behavior
- Recognize strengths/weaknesses in self
- Effective Communication
- Demonstrate empathy in a variety of settings and situations
- Respect and Empathy for others
- Active Listening and respectful communication skills
- Growth Mindset to Integrate Diverse Points of View
- Identify the Role/Needs of Self/Others when Managing and Solving Conflict
- Conflict Management

## Elements of Collaboration
- CTE and ELA--Constructing short presentations
- CTE and Math--Determining yearly salary and/or hourly wages

## Who might be your collaboration partners?
- SPED
- Technology Instructors (computers course)
- Media Center (research/databases)
- School Counselors
- Other Content Area Teachers
- Community Members

## Workflow *(Milestones of Learning)*
- Determine choices on choice board.
- Research career opportunities.
- Create Presentations.

## Showcase of Student Learning *(End Product)*
- Social media demonstrations, community showcase night, completed projects displayed in collaborative business
- Digital (Google Slides, PPT, Prezi, Zoom, Google Tour)
- By Hand (physical model/representation)
- Video Creation - Using Various platforms (iMovie, FlipGrid, Loom, etc.)

## Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

# Learning Environment Considerations

## On-Site Learning Environment Considerations
Media Center Access, Collaboration with Educational Peers, Student access to computers and printers, Flexibility with interruptions and technology issues, sharing checked out resources/technology with fellow students, time for final presentations, access to College and Career Readiness Software.

## Hybrid Learning Environment Considerations

*In-class:*
Teach research skills, check-ins to assess progress, instruct how to structure research and use technology appropriately, instruct how to access and use College and Career Readiness Software to research Career Exploration associated with the 7 Career Fields and 16 Career Clusters.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES



IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Home/Digital:*

- Students should complete their Career Exploration Choice Board outside the classroom.
- Guidance on how to do this should be provided in some form, this could be through handouts, Digital/online/virtual Meetings, videos.
- Invite parents/community members to online final presentations. Parents can also help with the editing process (with guidance).

**Remote Learning Environment Considerations**

*Instructional Consideration:*

- Mini-lessons (pre-recorded videos or Digital/online/virtual Meeting lessons).

*Student Practice:*

- Handouts/resources are digital (such as Google Docs).
- Provide guidance for parental editing and project suggestions
- Invite parents/stakeholders to online final presentations
- Have weekly students check in for progress. This can be done through office hours and/or submission of homework.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

*Instructional Example:*

# Corn Plastic

Discuss the use of petroleum based and renewable plastics. Create and modify ratios to create different properties of plastic.

*Competency Codes Addressed:*
ENG.MS 1-6, HGSS, Math Science, FCS, SECD.MS 1, SECD.MS 2, SECD.MS 3, SECD.MS 4, SECD.MS 5, SECD.MS 6

### Elements of High-Quality Instruction
- Quality sources/credible sources
- Note taking and organization
- Collaboration
- Use of Technology
- Understanding of the content and material ideas

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Appropriate Use of Media/Technology
- Effective Time Management
- Positive Classroom Behavior
- Recognize strengths/weaknesses in self
- Effective Communication
- Demonstrate empathy in a variety of settings and situations
- Respect and Empathy for others
- Active Listening and respectful communication skills
- Reflect on Common Emotions and Responses

### Cross-Curricular Collaboration Opportunities
- **CTE and Math:** Determine Ratios, calculate production need to meet needs
- **CTE and Science:** Soil science what nutrients are needed to grow corn, water consumption.
- **CTE and English:** Research use of plastics, analyze and defend stance of renewables vs. petroleum based.
- **CTE and History:** Research historical milestones with use of plastics, how the evolution of materials has changed, changes in demand.

### Who might be your collaboration partners?
- Community: Local producers, grain elevators
- In School:
- Tech Instructors
- Media Center
- Content area teachers
- SPED
- Counselors (job aspect)

### Workflow *(Milestones of Learning)*
- Research models of production.
- Brainstorm/research history and geographic usages throughout history.
- Look specifically at renewable.
- Analyze the systems and come to a conclusion on the most efficient system

### Accommodation/Modification EL
- Sources in native language.
- Translations for software.
- Vocabulary, videos, guides all translated.
- Additional meeting times and guidance.
- Extended time.

### Accommodation/Modification for SPED
Text Select: Provide text in a lower lexile that is still on topic, provide text in larger font, provide text with images.

Speech-to-text – Google Docs.

Text reader – Applications to read text/articles to students.

Reduced work – Focus less sources or pre-selected sources by instructor.

Reduction of required research sections.

Extended Time – Provide students more time to complete the assignment.

### Progression Toward Mastery
Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4). Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency.

## Learning Environment Considerations

### On-Site Learning Environment
Discuss the various types of plastics and their use. Utilize framework from Kansas Corn website.

### Hybrid Learning Environment
Research and design takes place at home. Instruction and planning of project takes

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

place outside of school through virtual meetings, readings, and webquests. Construction and distribution of supplies at school.

Plastics can be created with basic kitchen supplies at home, may require parental supervision

**Remote Learning Environment**

Adaptation of project - Focus on corn production as well as uses. Including, but not limited to, plant/soil science, land use, impacts of refuse.

Pre-recorded lessons, informational packets sent via email/mail, utilization of digital turn in platform (Google classroom, canvas, etc.).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

*Instructional Example:*

# Three Act Math Inquiry-Based Learning

*Competency Codes Addressed:*
*Math.M. 1 (all), Math.MS 2 (all), Math.MS 3 (all), Math.MS 4 (all), Math.MS 5 (all), Math.MS 6 (all)*
*ELA.MS 2, ELA.MS 4*
*SECD MS. 2, SECD MS.3, SECD.MS 4,*

## Elements of High-Quality Instruction
- High levels of student engagement.
- Student inquiry.
- ELA/Writing integration.
- Low floor, high ceiling.
- Multiple methods/opportunities for problem-solving.
- Promotes a mathematical mindset.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Student voice and choice.
- Increases student confidence toward mathematics.
- Perseverance and GRIT.
- Self-reflection.
- Responding to feedback by modifying work.
- Students learn from their mistakes in a safe way/environment.

## Elements of Collaboration
- Writing/ELA
- Science

## Who might be your collaboration partners?
- ELA
- Science
- Special Education Teachers
- EL Support Staff
- Content PLC
- Grade-Level PLC

## Workflow *(Milestones of Learning)*
- Have individuals or as a group work through Act One: Students watch a video or view image(s) provided for Act One using the Notice and Wonder protocol. Using their noticings and wonderings, students collectively brainstorm questions they have regarding the video or image(s) and determine which of those questions can be answered using mathematics.
- Act Two: Students brainstorm and identify information needed to answer the questions that can be answered mathematically.
- Act Three: Student groups share out their findings (answers and reasoning). Teacher presents the actual answer to the students by revealing the final video or image(s).
- Sequel: Students reflect on their estimates made in Act One. Students reflect on their mathematics learning as a result of this work.

## Showcase of Student Learning *(End Product)*
- Presentation of final answer with supporting data and evidence
- Student conversations and collaboration

## Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Progression toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

# Learning Environment Considerations

## On-Site Learning Environment
Technology access, collaboration with educational peers, flexibility with interruptions and technology issues, sharing resources with fellow students, share final products with families, school and community through communication tools already established, reflection time.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

### On-Site Learning Environment Considerations

Utilize vertical nonpermanent surfaces (whiteboards) during student collaboration and work time. Have students make their "just right" predictions on a post-it note that one or two students then sort from least to greatest. Student collaboration is key. The teacher should make note of all student questions (notices and wonderings) on the whiteboard as they are shared out.

### Hybrid Learning Environment

Students can view the Act One video or image(s) remotely, making note of their notices and wonders as they view the video. Students can also complete the Sequel phase of this work remotely. This leaves the final steps of Act One (sharing questions and revealing the actual question), Act Two, and Act Three to be completed in-person.

### Remote Learning Environment

This work is highly collaborative. In the event that it must occur in a fully remote learning environment, teachers must consider and identify ways for students to collaborate virtually with one another to ensure student learning is fully maximized. This collaboration could be done in small-group virtual meetings (breakouts following whole-group introductions) or via email between students assigned to a specific group.

798

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**6-8**

*Instructional Example:*

# Park Design Project: Planning with a Budget

*Competency Codes Addressed:*
*MATH.MS 5.1, MATH.MS 5.2, MATH.MS 5.3,*
*MATH.MS 5.4, MATH.MS 5.5, MATH.MS 5.6*
*SECD.MS 2, SECD.MS 4, SECD.MS 6*

## Elements of High-Quality Instruction
- Student choice.
- High levels of student engagement.
- Clear expectations.
- Freedom to ask questions.
- Teacher feedback.
- Accountability.
- Options for cross-curricular work and collaboration.
- Ability to answer essential questions.
- Precise language/vocabulary.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Time management
- Student voice and choice
- Decision-making
- Problem-solving
- Perseverance
- Organizational skills
- Communication

## Elements of Collaboration
- ELA – Write a narrative describing the park using precise language
- SCI – Solve problems or explain the forces and motion or engineering designs of different parts of the park equipment, or use this as an opportunity to make observations for life science activities
- HGSS – Explain how a new park will impact the surrounding community, research the history of the community that the park would be in
- ART – Designing the look of the park
- PE – Visit a nearby park for reference
- TECHNOLOGY – Design a digital version of the park

## Who might be your collaboration partners?
- SPED and EL Teachers
- Cross-Curricular Collaboration Teachers

## Workflow *(Milestones of Learning)*
- Hook: Students can identify familiar shapes that they find in playground equipment, or alternatively, they can describe their favorite park while explaining the shapes of the playground equipment or park features
- Students learn about finding the area and volume of different shapes that will be used in the park project
- Students are given time to brainstorm and sketch out what they want to do for their park
- Students will complete a final design of their park layout to include specific park or playground equipment (ex. slides, swings, merry-go-round, sandbox, paths)
- Students will find the area or volume of the equipment in their park (slides as triangles, merry-go-round as a circle, volume of a sandbox, etc.), and can answer questions to find other desired information (i.e. composite area/volume)
- Students can write a narrative using specific language or vocabulary terms explaining the shapes of the equipment and their areas/volumes.
- Students can present their final product

## Showcase of Student Learning *(End Product)*
- Physical or digital park design (paper, poster, Google, Microsoft, Photoshop, Paint, Desmos, etc.)
- Calculations for area problems (worksheet, lined paper, etc.)
- Written/typed narrative of park layout using precise language
- Presentation of final product to peers or family

## Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

## Learning Environment Considerations

### On-Site Learning Environment

Look at pictures/videos of parks and ask students to call out what familiar shapes they see, shapes could then be drawn on top of the image to make it stand out to each student. Alternatively, ask students to share a description of their favorite park and prompt them to describe the setting using geometry vocabulary. Use the shapes that your students will be learning about to determine which shapes need to be used in the park project. Choose how you want students to share their final project (paper, digital, 3D, etc.), how many area or volume calculations are needed and how they will be displayed, and any additional questions students need to answer (i.e. Find the composite area...), and expectations for the written paper or presentation. This project could be given for individual students, partners, or even groups. A quick internet search will provide many examples of similar geometry park projects or worksheets that could be used to meet various needs. You can also adapt the theme to meet the interests of students like a city map, amusement park, video game map, or house blueprint..

### Hybrid Learning Environment

Milestones of learning can be broken up to meet the needs of the class. The initial hook can be done from home by sharing thoughts or images in a discussion board. Students who don't have access to technology could do a quick draw/write at home using the same prompt and then share when they're back in class. Brainstorming, the final design, and the written narrative could also be done from home either digitally or on paper. Class time can be dedicated to instructional time, finding the area/volume of the different pieces of park equipment, and answering questions and presenting the final product. Activities done in class can be recorded and made available to students to review if they are stuck on their work at home. Use the shapes that your students will be learning about to determine which shapes need to be used in the park project. Choose how you want students to share their final project (paper, digital, 3D, etc.), how many area or volume calculations are needed and how they will be displayed, and any additional questions students need to answer (i.e. Find the composite area ...), and expectations for the written paper or presentation. This project could be given for individual students, partners, or even groups. A quick internet search will provide many examples of similar geometry park projects or worksheets that could be used to meet various needs. You can also adapt the theme to meet the interests of students like a city map, amusement park, video game map or house blueprint.

### Remote Learning Environment

Students with access to technology: Hook and brainstorm time can be done through a discussion board online or submitted electronically. "Class time" can be held through video conferences with the whole class or individual students/groups. Recordings of the class sessions can be recorded so that students can review them if they get stuck at home. Park design and questions can be done completely digitally and submitted through your platform of choice. Students could also work on paper and submit images of their work.

Students without access to technology: Instructions, work, and examples could be sent home through the mail with a return envelope and stamp. Phone conferences can be made to answer questions or work with students.

Use the shapes that your students will be learning about to determine which shapes need to be used in the park project. Choose how you want students to share their final project (paper, digital, 3D, etc.), how many area or volume calculations are needed and how they will be displayed, and any additional questions students need to answer (i.e. Find the composite area...), and expectations for the written paper or presentation. This project could be given for individual students, partners, or even groups. A quick internet search will provide many examples of similar geometry park projects or worksheets that could be used to meet various needs. You can also adapt the theme to meet the interests of students like a city map, amusement park, video game map, or house blueprint.

800

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

*Instructional Example:*

# Mystery Powders

*Competency Codes Addressed:*
SCI.MS 2.1
ELA.MS 1, ELA.MS 2, ELA.MS 4
HGSS.MS 4
SECD.MS 1, SECD.MS 2, SECD.MS 3, SECD.MS 4,
SECD.MS 5, SECD.MS 6

## Elements of High-Quality Instruction
- Question(s):
- How can we determine the ingredients in a dry cookie mix by using physical and chemical properties and/or changes?
- How is chemistry used to solve crimes?

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Core development: Create caring community.
- Responsible decision making and problem-solving.
- Self -Awareness: Understanding and expressing personal thoughts, mindsets, and emotions in constructive ways.
- Self-management: Understanding and practicing strategies for managing thoughts, behaviors, reflecting on perspectives, and setting and monitoring goals.
- Social awareness.
- Interpersonal skills.
- Students show the weight, height, and lifespan of each animal in word form, standard form, rounded form and as a place value model.

- Students write an expository outline for each animal.
- Students reflect on their learning and growth throughout the project with a digital presentation or a live presentation.

## Showcase of Student Learning *(End Product)*
Students reflect on their learning and growth throughout the project with a digital or live presentation.

- Digital Tools: Slides, PowerPoint, Adobe Spark, Keynote, $BookCreator, Flipgrid.
- Style: Actual Model of Product, eBook, Comic, Play, Newscast, Infographic, poster.
- Combination: Flipgrid screen recording to explain their learning.
- Analog: Science fair, play, demonstration, live broadcast, infographic, poster, one-pager.
- Produce and share.

## Elements of Collaboration
- ELA - story elements, creative writing, peer editing, read mystery, compare-contrast mystery story and movie adaptation
- HGSS - role of science in crime investigations, development of FBI, CSI, etc
- FCS - careers in Forensic Chemistry or related fields

## Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare

them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Who might be your collaboration partners?
- SPED and ELL Teachers
- Guest speakers - community and/or via Zoom
- Core Teachers
- Essential Teachers - design and modeling, art, multimedia, speech/drama, music, FCS

## Workflow *(Milestones of Learning)*
- Engage:
  - Teacher or invited guest tells a story about the Mystery of Cookie Mix Case (change the setting to fit the time of year or current events - KC Wolf's Good Luck cookies, Cupid's Friendship cookies, etc)
  - Class brainstorms how chemistry could help solve a mystery or crime.
- Explore:
  - Go over safety and procedures for labs, allow small groups to test specified known samples
  - Research agreed upon aspects of chemistry (physical vs chemical properties and change) or science in solving crimes, history of agencies, techniques.
- Explain:
  - Use additional mini-lessons and

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

resources for students to understand basic chemistry concepts - textbook, activities, videos, etc
  • Have students share data gathered and compare observations from identified samples.
• Elaborate:
  • Have students test samples of mixes and either in lab groups or individually complete a CER graphic organizer.
  • Create a presentation of how chemistry is utilized in solving mysteries or crimes.
• Evaluation:
  • Each student writes a summary based on CER and identifies the mix believed to be the correct cookie mix.

**Showcase of Student Learning** *(End Product)*
• See Elaborate in Workflow -- Completion of CER chart and identify correct mixture
• Presentation of forensic history and chemistry concepts to class via choice list which could include, but not limited to original: trifold, science fair project trifold, news reporter video segment, create a model (physical or via app/program), and include explanations, slide presentation, original game (board, computer program), etc.
• And/or - see Evaluation in Workflow

**Accommodation/Modification Considerations** *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

**Progression Toward Mastery**
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

# Learning Environment Considerations

**On-Site Learning Environment**

*In-Class Science:*
  • 5E Model (engage, explore, explain, elaborate, evaluate)
  • Whole class participate in mini-lessons; small lab groups or individually: stations, activities, guided practice
  • Present in either small groups or whole class findings of identified samples
  • Research time online - in class, at home
  • Create rough draft forensic chemistry

presentations and/or written story/article/report and share with one or two peers or teacher for informal feedback
  • Create and share final presentations and/or written story/article/report - self reflections on rubrics, peer questions/comments at end of presentation, teacher feedback on rubrics

**Hybrid Learning Environment**

*In-Class Science:*
See above with modifications as needed and use district approved platform for instruction and resources (i.e., Google Classroom, SeeSaw, etc)

*Virtual Meeting Science:*
Possibly more direct instruction, discussion - (some aspects of explore, explain, elaborate, and evaluate)

*At-Home:*
  • Use of district approved platform for instructions and resources
  • Teacher created assignment, videos, online resources for all students to access
  • Have small groups conduct partial testing at home with supplies on hand to share with class via online meeting or in class
  • Research using technology, taking notes from a variety of sources (text, video, etc)
  • Create rough draft and peer or adult edit for feedback
  • Creation of end product
  • Share information with approved audience - in class, family members, invited support staff or community members, etc. and use teacher provided feedback form on rubrics

*Office of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND
6-8**

**Remote Learning Environment**
- See Hybrid Learning and consider modifying all 5 E steps for more direct instruction and/or allow for more time in each step.
- Unless all students have access to materials for labs, activities - consider demonstration videos or online class meetings.
- Consider kits of consumable items in plastic bags that paras or volunteers could put together for pick up/ drop off sites.
- Provide printout of basic documents, readings, etc.

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**6-8**

**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

*Instructional Example:*

# Redacted Poetry (Blackout/ Erasure/Found)

*Competency Codes Addressed:*
ELA.MS 1.2, ELA.MS 1.5, ELA.MS 2.2, ELA.MS 2.3, ELA.MS 2.4, ELA.MS 2.5, ELA.MS 3.1, ELA.MS 3.2, ELA.MS 3.4
SECD.MS 1, SECD.MS 2, SECD.MS 3, SECD.MS 4

**Elements of High-Quality Instruction**
- Strategic thinking
- Word economy
- Speaking and listening skills
- Exploration of language and vocabulary

**SECD Incorporation** *(Dispositions - Mindset and Soft Skills)*
- Active Listening
- Effective Communication
- Apply Empathy and Understanding to others perspectives
- Recognize strengths/weaknesses of self
- Effective Time Management

**Elements of Collaboration**
- ELA and HGSS: Excerpts from articles, textbooks, magazines, newspapers, etc.
- ELA and Science: Excerpts from articles, textbook, magazine, newspaper, etc.
- ELA and VA: Completed work

**Who might be your collaboration partners?**
- Teachers of: science, HGSS, visual arts, media center, technology, SPED, EL

**Workflow** *(Milestones of Learning)*
- Introduce form and examples of redacted poetry
- Determine topic/purpose (allow flexibility/ choice)
- Provide source material for students (page or pages from novel, textbook, magazine, newspaper, etc)
- Students present completed work orally
- Students present completed work visually (in visual arts or tech-based format)

**Showcase of Student Learning** *(End Product)*
- Student reads completed work (online/ recording or in class)
- Display work (online collection or in class)

**Accommodation/Modification Considerations** *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

**Progression toward Mastery**
Student reads completed work (online/ recording

## Learning Environment Considerations

**On-Site Learning Environment**
- Media Center Access
- Collaboration with Educational Peers
- Student access to computers and printers
- Student access to visual art supplies
- Flexibility with interruptions and technology issues
- Time for final presentation

**Hybrid Learning Environment**
*In class:*
Direct instruction, check-ins to assess progress, allows for verbal peer collaboration/feedback, visual art display.

*Home/Digital:*
Source material should be available online for editing/redacting, oral presentation may be done live or as a video performance, visual presentation can be completed using available technology, or the oral and visual presentations may be completed together as a "poster" or slide show that combines each student reading the poem during a visual presentations.

**Remote Learning Environment**
*Instructional Consideration:*
- Mini-lessons (pre-recorded videos or Zoom/Google Hangout).

*Student Practice:*
- Handouts/resources are digital (such as

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
6-8

Google Docs, video links).
- Provide guidance for parental editing and project suggestions.
- Invite parents to online final presentations.
- Have regular students check in for progress. This can be done through office hours and/or submission of homework.

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Instructional Example:*

# Menu System for Colonial America

*Competency Codes Addressed:*
HGSS.MS 1.1, HGSS.MS 1.2, HGSS.MS 1.3 HGSS.MS 2.1, HGSS.MS 2.2,, HGSS.MS 3.1, HGSS.MS 3.2, HGSS.MS 3.3, HGSS.MS 5.1, HGSS.MS 5.2, HGSS.MS 5.3, HGSS.MS 5.4, HGSS.MS 5.5, HGSS.MS 5.6
ELA.MS 1.1, ELA.MS 1.8, ELA.MS 1.9, ELA.MS 2.2, ELA.MS 2.3, ELA.MS 2.5, ELA.MS 3.1, ELA.MS 3.2, ELA.MS 3.3, ELA.MS 4.1, ELA.MS 4.2, ELA.MS 4.3, ELA.MS 5.1, ELA.MS 5.2, ELA.MS 5.3, ELA.MS 5.4
SECD.MS 1, SECD.MS 2, SECD. MS 3, SECD.MS 4, SECD.MS 6

## Elements of High-Quality Instruction
- Student voice and choice on the tasks they choose to complete and how they show their mastery of the competencies.
- Students set and track their own learning goals.
- Rubrics that show what it will require to produce proficient work for each menu option.
- Students must choose at least 1 assignment in each major category - government, geography, economics and culture. To achieve proficiency for the unit student must complete any combination of assignments that will equal at least 800 points.

*Government*
- Research Project (300 possible)
- Book Review (100 possible)
- Article Review (50 possible
- Game Creation (200 possible)

- Unit Test (100 possible)
- Concept Map of unit test content (50 possible)
- Geography
- Research Project (300 possible)
- Book Review (100 possible)
- Article Review (50 possible)
- Game Creation (200 possible)
- Unit Test (100 possible)
- Concept Map of unit test content (50 possible

*Economics*
- Research Project (300 possible)
- Book Review (100 possible)
- Article Review (50 possible)
- Game Creation (200 possible)
- Unit Test (100 possible)
- Concept Map of unit test content (50 possible)

*Culture*
- Research Project (300 possible)
- Book Review (100 possible)
- Article Review (50 possible)
- Game Creation (200 possible)
- Unit Test (100 possible)
- Concept Map of unit test content (50 possible)

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Appropriate Use of Media/Technology
- Effective Time Management
- Positive Classroom Behavior
- Recognize strengths/weaknesses in self
- Effective Communication
- Demonstrate empathy in a variety of settings and situations
- Respect and Empathy for others

- Active Listening and respectful communication skills

## Elements of Collaboration
- Could work with music or art teachers to study the contemporary art that was popular at the time and explain how it reflected society as a whole. Could work with the PE teacher to replicate and teach other students the games that were popular among children during the time period.

## Who might be your collaboration partners?
- Library-Media Specialist; Art; Music; Dance; PE

## Workflow *(Milestones of Learning)*
- This instructional framework could cover a significant period of time. It could be modified by reducing the number of points needed/offered. You could also scaffold this by giving more specific topics for each of the main categories or by providing certain resources to students thus limiting the scope of each activity.

## Showcase of Student Learning *(End Product)*
- Could include: Research paper, video, podcast, timeline, prototype, model, digital story, multimedia presentation, newscast, music, blog, etc.

## Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

### On-Site Learning Environment
On-site considerations would include access to the library, primary source documents via the internet, other internet research availability and/or sources distributed by the teacher for some topics/areas within the larger subject of Colonial America. Class time would be used for direct instruction (lecture), research by individual students, creation of the final products that show mastery. Could also include time for peer critique and feedback.

### Hybrid Learning Environment
Consideration would have to be given to the accessibility of internet resources for research purposes. Students without internet access at home could use on-site time for research and creation of products to show mastery of the competencies. On-site time would best be used for group activities and discussion of the particular topics of government, geography, economics and culture. It would also be necessary for teachers to meet with students (especially those without regular internet access) to give feedback on the progress and help guide their research in the proper direction.

### Remote Learning Environment
Access to research and project creation tools would be of primary concern during remote learning. It may be necessary to provide hard copies of sources and documents to students that have no, or limited, access to the internet. Meetings in small groups or individually with students via technology would help to provide feedback on product, maintain progress toward completion and allow for discussion of challenging content. Students would be able to either share their work with their peers via technology, or perhaps there could be a class webpage or google document where student work could be displayed and shared. This could also be shared with families and other stakeholders. Lectures and other direct instruction could be provided asynchronously online, or during "Zoom" type meetings.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Instructional Example:*

# Scavenger Hunt Project

*Competency Codes Addressed:*
HGSS MS 1.1, HGSS MS 1.3, HGSS MS 2.4, HGSS
MS 3.5, HGSS MS 5.4
ELA MS 1.1, ELA MS 4.1, ELA MS 1.9
SCI MS 7.3, SCI MS 8.2, SCI MS 10.2, SCI MS 9.1
SECD.MS 1, SECD.MS 2, SECD. MS 3, SECD.MS 4,
SECD.MS 6

## Elements of High-Quality Instruction
- Using prior knowledge
- Research skills
- Problem-solving
- Quality note taking
- Collaboration
- Public speaking

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Appropriate Use of Media/Technology
- Effective Time Management
- Positive Classroom Behavior
- Recognize strengths/weaknesses in self
- Effective Communication
- Demonstrate empathy in a variety of settings and situations
- Respect and Empathy for others
- Active Listening and respectful communication skills

## Elements of Collaboration
- ELA/ HGSS: Excerpts from articles, textbooks, magazines, newspapers, etc.
- HGSS and Science: Excerpts from articles, textbook, magazine, newspaper, etc.
- HGSS and Music: Music from a given time period
- HGSS and Art: Artwork and artists from a given time period

## Who might be your collaboration partners?
- SPED
- ELL
- ELA
- Science
- Music
- Art
- Technology

## Workflow *(Milestones of Learning)*
- Read, discuss and research a time period in history or an era
- Students find articles, stories, music, artifacts from that time period
- Demonstrate a task from the given time period
- Present your findings to class or electronically

## Showcase of Student Learning *(End Product)*
*In class:*
- Create a presentation to share with the class. Use a choice board to give students options for different types of presentations.  Share items you found and a task you can demonstrate.

*Digital:*
- Create a powerpoint or slide show. One slide for each item you located or task you can demonstrate.

## Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

# Learning Environment Considerations

## On-Site Learning Environment
Traditional instruction over a time period using note taking, lecture, research, text, etc.

Students locate a determined number of artifacts and demonstrate a determined number of demonstrations from the time period studied.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

## Hybrid Learning Environment

*In class:*
- Instruction, note taking, lecture, research, text, etc.

*Outside class:*
- Project will be submitted via google slides or PowerPoint.
  - Students will create a slideshow with one slide per entry. On each slide, they will include a selfie of themselves with the artifact, item or a self of them performing a task. Each slide can include video.
  - Final presentation will be using zoom and share out with class.

## Remote Learning Environment

- Project will be submitted via google slides or PowerPoint.
  - Students will create a slideshow with one slide per entry. On each slide, they will include a selfie of themselves with the artifact, item or a self of them performing a task. Each slide can include video.
  - Final presentation will be using zoom and share out with class.

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Instructional Example:*
# Museum Exhibit

*Competency Codes Addressed:*
ELA.MS 1.9, ELA.MS 2.3, ELA.MS 2.5, ELA.MS 2.6,
ELA.MS 3.1, ELA.MS 4.1, ELA.MS 4.2, ELA.MS 4.3,
ELA.MS 4.5, ELA.MS 5.1, ELA.MS 5.2, ELA.MS 5.3,
ELA.MS 5.4
SECD.MS 1, SECD.MS 2, SECD. MS 3, SECD.MS 4
SECD.MS 5, SECD.MS 6
VA.MS 1.1, VA.MS 1.2
HGSS.MS - All

## Elements of High-Quality Instruction
- Quality sources/credible source.
- Research writing: Note taking and organization.
- MLA formatting .
- Work Cited page.
- Producing a well-developed argument.
- Supporting an argument with evidence from texts.
- Authentic Audience (Museum Curators if possible).
- -Students select an event or person from history, research, and create a presentation to persuade a museum to have an exhibit for that event/person because of their impact on the state/country. Students can design the museum exhibit as well. For an authentic audience - present to local museum employees.

## SECD Incorporation (Dispositions - Mindset and Soft Skills)
- Relationships with Others
- Active Listening
- Effective Communication

- Apply Empathy and Understanding to others perspectives
- Recognize strengths/weaknesses in self
- Conflict management skills
- Growth Mindset to integrate diverse points of view
- Effective Time Management

## Elements of Collaboration
- HGSS: the topic could be a famous person or a famous event from history or current events.
- Science: the topic could be a famous scientist, scientific discovery, or part of scientific history.
- Art: design the museum exhibit, either digitally or physically.

## Who might be your collaboration partners?
- HGSS teacher
- Science teacher
- Library/Media Specialist
- Museum employees as experts and authentic audience
- Art teacher
- SPED teacher
- EL teacher

## Workflow (Milestones of Learning)
- Presearching: students gather basic information about potential research topics.
- Students select research topic/person, write research question.
  - As students research, lessons on the following topics:
  - Search techniques, including keyword searches.

- Citing sources.
- Taking notes and avoiding plagiarism.
- Analyzing sources for credibility and relevance.
- Students research, determine their reason and evidence.
- Students prepare a showcase of student learning.

## Showcase of Student Learning (End Product)
- Presentation
- Video
- Write a paper
- Create a brochure
- Design the museum exhibit (virtually or physically)

## Accommodation/Modification Considerations (per KSDE guidance)
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1,

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

## Learning Environment Considerations

### On-Site Learning Environment

Allow student choice in working independently or in a group, determine how much teacher guidance is necessary for topic selection. Determine how much guidance students will need to complete the research. If time or research skills are a concern, consider pre-selecting sources or sites for students to use in their research.

### Hybrid Learning Environment

- On-Site: check-ins with students, lessons on research skills, students find resources and print for home reading if applicable.
- **Remote:** students continue research and developing an argument, students practice or work on their showcase of learning.

### Remote Learning Environment

Consider student access to resources while off-site. Provide resources to students who need them.

Instruction: Lessons can be 1) filmed and uploaded to a shared platform 2) demonstrated during a live virtual lesson.

Student work: students work on their research and note-taking in Google Docs or Slides, using Google Classroom for teachers to check in frequently. Presentations can be given virtually or recorded and shared.

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

*Instructional Example:*

# Archaeology Dig

*Competencies Addressed:*
HGSS.MS 3, HGSS.MS 4, HGSS.MS 5
ELA.MS 2.1, ELA.MS 2.5
SECD.MS 1, SECD.MS 2, SECD.MS 5, SECD.MS 6

## Elements of High-Quality Instruction
- Hands-on learning.
- Open-ended questions.
- Analyzing primary sources (artifacts can be bought, made, or pictures).
- Support an argument with evidence.
- Draw conclusions based on evidence.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Accepting and Respecting Similarities and Differences.
- Growth Mindset to Integrate Diverse Points of View.
- Active Listening and Respectful Communication Skills
- Effective Time Management.
- Apply Empathy and Understanding to Others' Perspectives.

## Elements of Collaboration
- Art – to help students make a reproduction of an artifact, to help determine possible tools and materials that were used in making the original artifacts

## Who might be your collaboration partners?
- SpEd
- EL

**Workflow** *(Milestones of Learning)*
- Students are placed in groups and given a selection of artifacts -these can be buried in a container of sand ("dig site") or simply given to the students
- Students will choose roles (leader, digger, scribe, artisan) and then use appropriate tools to undercover the artifacts (if using a dig site; if not, adjust as needed)
- As artifacts are uncovered, students work together to fill out their "paperwork for the museum." This contains questions about what students think the artifact is for, made from, etc. It also includes areas for drawing the artifact.
- Students write questions they have about the artifacts and/or the civilization that created them.
- These questions can be used as the basis for PBL activities or for teacher directed instruction.

**Showcase of Student Learning** *(End Product)*
- This will depend on how you run the dig.
- If you use it as an introduction to a unit, the paperwork will be the end product.
- If it is used as the springboard for a driving question, the PBL will determine the end product.
- If this is used as a culminating activity, students could choose one or more related artifacts and use knowledge gained from the unit to explain its purpose, construction, significance, etc. Students could even create a reproduction of the artifact(s) they chose.

## Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Progression toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4.

# Learning Environment Considerations

## On-Site Learning Environment
- Access to artifacts: buying, making, or borrowing items. These could be real, replicas, or something modern that students can 'imagine' are artifacts. If this isn't possible, consider printing off pictures of artifacts or collecting images onto a document.
- Dig site materials: see resources.
- Placing students into groups.
- Time for activity and clean up (you will

812

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**6-8**

also need to time to rebury items if you
have multiple classes in one day).

**Hybrid Learning Environment**
- In class - complete the dig and numbering
  artifacts, upload pictures of each artifact
  so that group members can complete
  paperwork at home.
- At home - complete paperwork and
  questions.

**Remote Learning Environment**
- Record someone digging the site
  and have students watch, then fill in
  paperwork (can collaborate on a Google
  Doc, break out groups on Zoom, etc.).
- Take pictures or video of artifacts from
  all angles and post/email for students
  to look over in order to complete
  paperwork.

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

*Instructional Example:*

# Create Commercial

*Competency Codes Addressed:*
*ELA.MS 5.2*
*HGSS.MS 3.2, HGSS.MS 5.1*
*SCI.MS 11, SCI.MS 1, Math.MS (All competencies could be addressed)*
*SECD.MS 1, SECD.MS 2, SECD.MS 3, SECD.MS 4, SECD.MS 5, SECD.MS 6*

### Elements of High-Quality Instruction
- Quality sources/credible source
- Research writing: note taking and organization
- Collaboration
- Use of Technology

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Appropriate Use of Media/Technology.
- Effective Time Management.
- Positive Classroom Behavior.
- Recognize strengths/weaknesses in self.
- Effective Communication.
- Demonstrate empathy in a variety of settings and situations.
- Respect and Empathy for others.
- Active Listening and respectful communication skills.
- Identify Bullying Behavior.
- Bystander vs. Upstander. Relationships with Others.
- Conflict Management Skills.
- Appropriate and Inappropriate Uses of Social Media.
- Identify and Understand Safe and Risky Behaviors, Including the Impact.
- Respond to Peer Pressure.
- Personal Care.

- Personal Impact on Helping Others.

### Cross-Curricular of Collaboration
- SPED
- Technology Instructors (computers course)
- Media Center (research/databases)
- School Counselors
- Other Content Area Teachers
- Community Members (Local TV Network)

### Who might be your collaboration partners?
- SPED
- Technology Instructors (computers course)
- Media Center (research/databases)
- School Counselors
- Other Content Area Teachers
- Community Members (Local TV Network)

### Workflow *(Milestones of Learning)*
- 1) Brainstorm Specific Topic, 2) Completed Research (Concept Flow Chart or notes), 3) Outline/Section Creations, 4) First Recording/Draft, 5) Peer Editing, 6) Revise 7) Finalize and Create Final Recording, 8) Publish to Community/Stakeholders

### Showcase of Student Learning *(End Product)*
- Digital (Google Slides, Canva, PPT, Prezi, Zoom,Google Tour)
- By Hand (physical model/representation)
- Video Creation - Using Various platforms (iMovie, FlipGrid, Loom, etc.)

### Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery

of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations:

### On-Site Learning Environment
Media Center Access, Collaboration with Educational Peers, Student access to computers and printers, Flexibility with interruptions and technology issues, sharing checked out resources/technology with fellow students, time for final presentations.

Model research process (evaluating resources, note taking, outlining, drafting, revising, etc.)

### Hybrid Learning Environment
*In-class:*
- Teach research skills, check-ins to assess progress, instruct how to structure research and use technology appropriately.

*Home/Digital:*
- Students should complete research, outline, and revision outside the classroom. Guidance on how to do this should be provided in some form, this could be through handouts, Meet/Zoom Meetings, Loom videos .
- Invite parents/community members to online final presentations. Parents can also help with the editing process (with guidance).

Clerk of the District Court, Johnson County Kansas
05/03/21 01:59pm MM

**GRADE BAND
6-8**

**Remote Learning Environment**
- Instructional Consideration: Mini-lessons (pre-recorded videos or Zoom/Google Meet lessons).
- Student Practice: Handouts/resources are digital (such as Google Docs).
- Provide guidance for parental editing and project suggestions.
- Invite parents/stakeholders to online final presentations.
- Have weekly students check in for progress. This can be done through office hours and/or submission of homework.

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM*

GRADE BAND
**6-8**

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Instructional Example:*
# Resiliency Units

*Competency Codes Addressed:*
*LA.MS 2 (all), ELA.MS 3 (all), ELA.MS 4 (all),*
*ELA.MS 5 (all)*
*HGSS.MS 1.1*
*SECD.MS 1, SECD.MS 2, SECD.MS 3, SECD.MS 4,*
*SECD.MS 5, SECD.MS 6,*

## Elements of High-Quality Instruction
- Pre Assessment
- Model and practice skills
- Model high-quality student-to-student conversations
- Ask and answer open-ended questions
- Students participate in collaborative work with peers
- Technology Integration

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Good Character Expectations
- Appropriate Use of Media/Technology
- Effective Time Management
- Self-Regulation
- Resiliency
- Identify External Supports
- Identify Self-Help Strategies
- Identify techniques to manage stress
- Effective Communication
- Utilize External Supports to Overcome Obstacles
- Analyze factors that lead to achievements
- Respect and Empathy for Others
- Active Listening and Respectful Communication Skills

## Elements of Collaboration
- SECD and HGSS – Research famous person and describe what experiences have caused them to be resilient
- SECD and ELA – Use writing process to explain importance of growth mindset in school and life
- SECD and PE – Discuss how mindfulness could be used before athletic event
- SECD and Art – Create self portraits before and after using coping skills

## Who might be your collaboration partners?
- School Counselors, Technology teacher, homeroom teachers, ELA teachers, SPED teacher, PE/Art/Music teachers

## Workflow *(Milestones of Learning)*
- Pre-assess to determine what skill(s), ex: Emotional Regulation, Personal Safety, Problem Solving Skills, Coping Skills, Growth Mindset, Mindfulness, Self Care, Relationships with Peers, students need to work on
- Model and practice skills using mini-lessons, including respectful discussion skills
- Give opportunities for practicing skills using a variety of ways (role playing, centers, in class discussions, online discussions, working with a group, etc.)
- Assess understanding of skills.

## Showcase of Student Learning *(End Product)*
- Digital (Google Slides, Canva, PPT, Prezi, Zoom,Google Tour)
- By Hand (physical model/representation)
- Video Creation - Using Various platforms (iMovie, FlipGrid, Loom, etc.)

## Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

# Learning Environment Considerations

## On-Site Learning Environment
- Students are going to have experienced trauma from this crisis, start with the very basics.
- Access to media center.
- Small group learning for each component.
- Individual learning/session if needed.
- Modeling research process (evaluating resources, note taking, outlining, drafting, revising, etc.).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
816
Kansas State Department of Education | www.ksde.org

**GRADE BAND
6-8**

### Hybrid Learning Environment
- In person: Same as on-site.
- Home/digital:
- Record lessons given in person to post online for students at home.
- Check-in for understanding.

### Remote Learning Environment
- Provide additional information/support for parents.
- Meet with small groups to allow students opportunity to practice skills.
- Instructional Consideration: Mini-lessons (pre-recorded videos or Zoom/Google Meet lessons).
- Student Practice: Handouts/resources are digital (such as Google Docs).
- Provide guidance for parental editing and project suggestions.
- Invite parents/stakeholders to online final presentations.
- Have weekly students check in for progress. This can be done through office hours and/or submission of homework.

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

*Instructional Example:*

# High-Quality Collaborative Conversations

*Competency Codes Addressed:*
ELA.MS 1 (all), ELA.MS 2 (all), ELA.MS 3 (all), ELA.MS 4 (all)
HGSS.MS 1 (all), HGSS.MS 3 (all), HGSS.MS 4 (all)
SECD.MS 1, SECD.MS 2, SECD.MS 3, SECD.MS 4, SECD.MS 5, SECD.MS 6

### Elements of High-Quality Instruction
- Model high-quality student-to-student conversations
- Ask and answer open-ended questions
- Students support claims by citing text evidence
- Students access complex texts
- Students participate in collaborative work with peers
- Students apply peer-led conversations to a piece of writing to showcase learning and understanding of the text/topic/concept

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Appropriate Use of of Media/Technology
- Effective Time Management
- Positive Classroom Behavior
- Recognize strengths/weaknesses in self
- Effective Communication
- Demonstrate empathy in a variety of settings and situations
- Respect and Empathy for others
- Active Listening and respectful communication skills
- Relationship with Others
- Growth Mindset to Integrate Diverse Points of View

### Elements of Collaboration
- Social Studies – Utilize articles, textbooks, magazines, newspapers, etc. connected to Social Studies content/learning
- Science – Utilize articles, textbook, magazine, newspaper, etc. connected to Science content/learning

### Who might be your collaboration partners?
- Social Studies (HGSS)
- Science
- Special Education Team
- EL Support Staff
- Content PLC
- Grade-Level PLC
- Speech and Debate/Forensics

### Workflow *(Milestones of Learning)*
- Model cooperative learning and collaborative conversation routines
- Discuss the purpose of open-ended, text-dependent questions
- Pose and respond to open-ended questions in small groups
- Students share out conversations and citation of text evidence to support responses
- Apply knowledge from student conversations and share outs to quick write about the text

### Showcase of Student Learning *(End Product)*
- Summary of group conversations
- Small group presentations to whole class
- Individual quick writes

### Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies, and exceptions some students will require additional support through specially-designed instruction and/or tiered systems of support.

### Progression Toward Mastery

Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

### On-Site Learning Environment
- Students are able to access the text collaboratively either on paper or electronically. Students will be provided background information related to the text being accessed and will be given essential ideas/questions to consider while reading the text. This essential idea/question will directly correlate with the text and prepare students to answer questions related to the grade-level

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

standards. Students will access the text collaboratively as a whole group, in small groups, or individually. After accessing the text, students will be provided open-ended questions (one at a time) related to the text and the grade-level standards being addressed. Students will respond to these questions collaboratively in small groups preparing a response to share with the whole class. Following small group discussions, a spokesperson/representative from each group will share their group's answer to the open-ended question presented. Groups then respond to, ask questions of, and clarify the responses of other small groups. Students express their learning in relation to the essential idea/question in written form to illustrate their level of understanding/mastery.

**Hybrid Learning Environment**
- Digital/Virtual – Students are able to access the text independently either on paper or electronically. Students will be provided background information related to the text being accessed and will be given essential ideas/questions to consider while reading the text (recorded video or live virtual meeting). This essential idea/question will directly correlate with the text and prepare students to answer questions related to the grade-level standards. Students will access the text collaboratively as a whole group, in small groups, or individually.
- In-Person – After accessing the text, students will be provided open-ended questions (one at a time) related to the

text and the grade-level standards being addressed. Students will respond to these questions collaboratively in small groups preparing a response to share with the whole class. Following small group discussions, a spokesperson/representative from each group will share their group's answer to the open-ended question presented. Groups then respond to, ask questions of, and clarify the responses of other small groups.
- Either Setting – Students express their learning in relation to the essential idea/question in written form to illustrate their level of understanding/mastery.

**Remote Learning Environment**
- This work is highly collaborative. In the event that it must occur in a fully remote learning environment, teachers must consider and identify ways for students to collaborate virtually with one another to ensure student learning is fully maximized. This collaboration could be done in small-group virtual meetings (breakouts following whole-group introductions), via email between students assigned to a specific group, through a discussion board platform within a learning management system, or even within a running Google Doc. Small group size should not exceed three to five students.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

*Instructional Example:*

# Digital Storytelling

*Competency Codes Addressed:*
*HGSS.MS 1.1 HGSS.MS 1.2 HGSS.MS 1. 3 HGSS.
MS 1.4 HGSS.MS 1.5 HGSS.MS 2.1 HGSS.MS 2.2
HGSS.MS 2.3HGSS.MS 2.4 HGSS.MS 2.5 HGSS.
MS 2.6 GSS.MS 3.1 HGSS.MS 3.2 HGSS.MS 3.3
HGSS.MS 3.4 HGSS.MS 3.5 HGSS.MS 3.6 HGSS.
MS 4.1 HGSS.MS 4.2 H GSS.MS 4.3 HGSS.MS 4.4
HGSS.MS 4.5 HGSS.MS 4.6 HGSS.MS 5.1 HGSS.
MS 5.2 HGSS.MS 5.3 HGSS.MS 5.4  HGSS.MS 5.5
HGSS.MS 5.6  HGSS.MS 5.7
ELA.MS 1.1 ELA.MS 1.3 ELA.MS1.S  SECD.MS 5,
SECD.MS 6
ELA.MS1.7 ELA.MS1.8 ELA.MS1.9 ELA.MS2.2 ELA.
MS2.3 ELA.MS2.4
ELA.MS2.5 ELA.MS2.6 ELA.MS 2.7 ELA.MS2.9
ELA.MS3.1
ELA.MS3.2 ELA.MS3.3 ELA.MS3.4 ELA.MS3.5
ELA.MS4.1 ELA.MS4.2
ELA.MS4.3ELA.MS4.4
SECD.MS 1,  SECD.MS 2, SECD.MS 3, SECD.MS 4,*

## Elements of High-Quality Instruction
- Technology Integration
- Research and analysis skills
- Writing for a global audience
- Student Choice and Voice
- Creativity
- Celebration of student learning and
  success

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Appropriate Use of Media/Technology
- Effective Time Management
- Positive Classroom Behavior
- Recognize strengths/weaknesses in self
- Effective Communication
- Demonstrate empathy in a variety of
  settings and situations
- Respect and Empathy for others
- Active Listening and respectful
  communication skills
- Understand Behavioral Choices Impact
  Success

## Elements of Collaboration
- Use topics from multiple disciplines  to
  create magic in the classroom.
- Incorporate art and music from the time
  period.
- PE- Play games or dances unique to the
  era you are studying.
- Technology/ STEAM integrated into the
  final project

## Who might be your collaboration partners?
- HGSS teachers
- ELA teachers
- MTSS interventionist
- SPED/EL teachers
- Tech/STEAM teachers
- Tech Integration
- Music, PE and Art Teachers
- Guest Speakers from the Global
  Classroom

## Workflow *(Milestones of Learning)*
- Using choice board select project
- Research your topic
- Create a storyboard
- Establish mini deadlines for project
- Analyze and reflect on what could be
  improved
- Red Carpet Debut to celebrate learning

## Showcase of Student Learning *(End Product)*
- Student Choice and Voice Board

## Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks
for the various learning environments,
consideration for students who will need
access to instruction that will prepare
them to meet, achieve, or exceed grade-
level competencies should be a priority.
To access and address gaps, deficiencies,
and exceptions some students will require
additional support through specially-
designed instruction and/or tiered systems of
support.

## Progression Toward Mastery
Refer to KSDE competency rubrics to
monitor student progression toward mastery
of each competency through multiple
exposures. Level 3 is considered mastery
of a competency. Rubrics show progression
toward mastery with the levels of learning (1,
2, 3, 4).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

GRADE BAND
**6-8**

## Learning Environment Considerations

### On-Site Learning Environment

This model is student driven. Teachers will facilitate learning by utilizing mini-lessons to establish a foundation of learning. Emphasis will be on developing or refining research skills, improving writing techniques, and empowering students to think deeply and creatively. It will be essential to frequently provide meaningful feedback and create opportunities for students to collaborate with peers. The teacher will introduce the project and then establish mini benchmarks to ensure that the students are learning, actively engaged in the process, and have the opportunity to experience educational magic through student choice and voice.

### Hybrid Learning Environment

A similar process will occur as the classroom model. It will just be adapted to fit the needs of a hybrid environment. While in the classroom, teachers will facilitate learning through mini lessons on specific topics and provide feedback/reflection opportunities. While at home/away from the teacher students will work to research, create, reflect and improve their final product. This model will still be student driven. Teachers will facilitate learning by utilizing mini-lessons which can be given in person or a digital/text resource to establish a foundation of learning. Emphasis will be on developing or refining research skills, improving writing techniques, and empowering students to think deeply and creatively . It will be

essential to frequently provide meaningful feedback and create opportunities for students to collaborate with peers. The teacher will introduce the project and then establish mini benchmarks to ensure that the students are learning, actively engaged in the process, and have the opportunity to experience educational magic through student choice and voice.

### Remote Learning Environment

A similar process will occur as both the classroom and hybrid models. It will just be adapted to fit the needs of a remote learning environment. Teachers will facilitate learning through mini lessons. The delivery method can vary such as presenting live on a group meeting, pre-record your lesson for students to watch later, one on one video conference or phone call, or providing a hard copy text source. These mini lessons will be short (approximately five minutes) on specific topics. While independently working students will research, analyze, create, reflect and improve their final product. This model will still be student driven. Emphasis will be on developing or refining research skills, improving writing techniques, and empowering students to think deeply and creatively. It will be essential to frequently provide meaningful feedback and create opportunities for students to collaborate with peers. The teacher will introduce the project and then establish mini benchmarks to ensure that the students are learning, actively engaged in the process, and have the opportunity to experience educational magic through student choice and voice.

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
**6-8**

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



NAVIGATING CHANGE
KANSAS GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Grade Band
# 9-12

# Contents

Access and Equity _____ 824

COMPETENCIES _____ 828

ELA _____ 830

HGSS _____ 831

Mathematics _____ 832

Science _____ 834

Measuring SECD _____ 835

SECD _____ 841

Humanities _____ 844

STEAM _____ 845

Specials _____ 846

Special Education _____ 862

Library Media _____ 867

ASSESSMENT _____ 871

ELA _____ 875

HGSS _____ 884

EL HGSS _____ 891

Mathematics _____ 894

EL Mathematics _____ 901

Science _____ 904

EL Science _____ 912

Humanities _____ 915

STEAM _____ 920

Specials _____ 924

Career and Technical Education (CTE)
Competency _____ 943

Library Media _____ 958

EE ASSESSMENT _____ 967

IMPLEMENTATION _____ 987

Philosophy _____ 990

Grading Considerations _____ 992

Accommodations/Modifications _____ 993

Family Engagement _____ 994

INSTRUCTIONAL EXAMPLES _____ 1003

Music/Art/World Languages/PE _____ 1004

CTE _____ 1013

Science and Math _____ 1023

Humanities _____ 1033

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Revised Apr. 9, 2021    823

NAVIGATING CHANGE:
KANSAS GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

Grade Band
# 9-12

# Access and Equity

We recognize that our communities are diverse and so are the needs and aspirations of the students we serve. Incorporating an access and equity lens into how you plan and deliver instruction, services and support not only makes it more safe, meaningful and effective but ensures that you are doing so in a way that thoughtfully engages and includes individuals and communities who have been historically excluded. We strongly encourage you to incorporate an access and equity lens focused on all students as you incorporate the guidance contained in this document.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



9.12

ACCESS AND EQUITY

# What does the Law Require?

If a school district has elected to provide the general education curriculum this school year via multiple learning environments (e.g., on-site, hybrid and remote), then the district must ensure that each student has equal access to the same opportunities. This includes students with exceptionalities and students of every race, color and national origin. School district officials have discretion to make educational decisions based on local health needs and concerns. Compliance with national, state and local health recommendations should not create civil rights concerns. Section 504 of the Rehabilitation Act of 1973 (Section 504) prohibits disability discrimination by schools receiving federal financial assistance. Title II of the Americans with Disabilities Act of 1990 (Title II) prohibits disability discrimination by public entities, including schools. Title VI of the Civil Rights Act of 1964 (Title VI) prohibits race, color and national origin discrimination by schools receiving federal funds. As school leaders respond to evolving conditions, they should be mindful of the requirements of Section 504, Title II and Title VI, to ensure that all students are able to study and learn in an environment that is safe and free from discrimination.

School districts should continually discuss and evaluate whether any education learning environment it is implementing is discriminatory, either on its face or as implemented, results in discrimination to a specific group of students protected by federal anti-discrimination laws.

For students with exceptionalities and an IEP this includes a free appropriate public education (FAPE). School districts must provide a FAPE to students with exceptionalities and an IEP consistent with the need to protect the health and safety of students with exceptionalities and those individuals providing education, specialized instruction and related services to these students. In this unique and ever-changing environment, these exceptional circumstances may affect how all educational and related services and supports are provided. FAPE may include, as appropriate, special education and related services provided through an on-site learning environment, a hybrid learning environment, or a remote learning environment.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



ACCESS AND EQUITY

# What are Ways I Can Do That?

1. Establish a plan and schedule to reflect and evaluate on whether the education and services being provided are effective for diverse students. Analyze relevant data on engagement and academics to determine whether students of color, English language learners, immigrant students, students with exceptionalities, students who are gifted, students who qualify for free and reduced lunch, among others, are learning. This should be discussed and evaluated separately by learning environment (e.g. in-person, hybrid and remote learning environment). If any of these groups are not succeeding within the given learning environment, the instructional approach might need to be more culturally responsive. This should be done individually, by all educators, and collectively at the building and district level on a set schedule throughout the school year. Individuals and groups should work to identify success gaps for certain students or groups or students, determine why this success gap is occurring, and action plan to mitigate the gap and prevent future gaps from occurring.

2. Work and study collaboratively within your building or district to understand inequity by design and its impact on student instruction. Identify resources that will be helpful to each educator and collectively, as a building and district, in confronting and addressing access and equity. This is a significant and important task and is not just accomplished by KSDE providing a few resources, but the following resources are shared as a starting point for continuing this important work within each classroom (on-site, hybrid, or remote), building and district.

   a. Clinton, J. (2020). Supporting Vulnerable Children in the Face of a Pandemic: A paper prepared for the Australian Government Department of Education, Skills and Employment. Centre for Program Evaluation, Melbourne Graduate School of Education, The University of Melbourne. https://www.dese.gov.au/system/files/doc/other/clinton_supporting_vulnerable_children_final.pdf

   b. New Jersey Department of Education Internal Equity Team list of resources, https://www.nj.gov/education/equity/resources/

   c. Culturally Responsive Teaching and The Brain by Zaretta Hammond, https://crtandthebrain.com/

   d. Coaching for Equity by Elena Aguilar (forthcoming)

   e. Excellence Through Equity: Five Principles of Courageous Leadership to Guide Achievement for Every Student by Alan M. Blankstein and Pedro Noguera with Lorena Kelly

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

3. Across all learning environments, ensure educators are focused on building and maintaining relationships with students. There are many positive stories about how this occurred during continuous learning in the spring of 2020. This will be more critical as we move into the 2020–21 school year. But we can't stop at building and maintaining relationships. Educators then must use those relationships as an entry point into positive and meaningful instruction for all students.

4. Maintain equitable access to your school's offered programs and practices. Implement programs and practices that provide equal access and enable all students to thrive academically, athletically, socially, and emotionally.

5. Demonstrate inclusive teaching and learning. Examine and revise your curriculum and teaching practices as necessary to ensure that you are effective in reaching every student. Train your teachers to recognize and to understand the range of needs, social-emotional and academic, among your students and to hone their skills in building and sustaining an inclusive classroom.

6. Encourage self-reflection and exploration. Teach individuals to self-reflect, question their cultural viewpoints and assumptions, and to modify them when appropriate. Commit to exploring your school's unique cultures to better understand the encounters of people from diverse backgrounds and to challenging your own practices.

7. Have meaningful interaction and dialogue. Challenge everyone to interact meaningfully with the entire school community and to learn from each other, honoring differences. Create a safe environment allowing for expression of differences in ways that encourage dialogue and education rather than alienation.

8. Encourage community involvement and service: Use the above practices to instill a consciousness of social justice, an ethic of citizenship, and a commitment to service. Teach and practice responsibility towards and engagement in your school, your larger community, and the world.

ACCESS AND EQUITY

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

Grade Band
# 9-12

# Competencies

Kansans should be proud of everything accomplished while navigating unprecedented times and facing unique educational challenges in the response to COVID-19.

A Continuous Learning Task Force commissioned by the Kansas State Department of Education (KSDE) developed meaningful ways to help Kansas school districts successfully complete the 2019-2020 school year with social-emotional support and grace for all stakeholders among its top priorities.

Districts should include considerations for the possibility of interruptions to learning because of COVID-19. To provide resources and guidance, Kansas Commissioner of Education Dr. Randy Watson assembled the Learning for the Future Task Force. With more time to prepare, this team was charged with developing a comprehensive way to ensure academic rigor and that schools can assess student learning in meaningful and actionable ways.

What follows is the result of recent collaboration among nearly 100 Kansas teachers, administrators, service centers, educational consultants, KSDE program directors and more. The goal was to review and analyze nearly 30 years of work among current Kansas Standards and, in 30 days, develop a competency-based model in PreK-2, 3-5, 6-8 and 9-12 grade bands that is also organized by broader themes of Humanities and STEAM.

This work has the potential to change the way we meet students' needs for the next 30 years and beyond by allowing students to demonstrate mastery of their learning in a variety of ways.

In a competency-based model, students move through the curriculum in a personalized way at their own pace, which is also aligned to their individual plan of study. Students progress or advance by demonstrating mastery when they are ready, not based on seat time or calendars.

Competencies themselves are often broadly stated and may include groups of related standards within and between subject areas, resulting in an instructional learning environment that does not focus on teaching singular skills. This, in turn, provides for a variety of opportunities for students to demonstrate their learning in ways that are meaningful and relevant to them by exploring passions and asking their own questions as problem-solving prompts. To accomplish this, each student receives the differentiated support he or she needs to be successful and, after demonstrating mastery on his or her schedule, moves on to the next level.

This resource and accompanying guidance seeks to provide you and your leadership team with the foundation for planning and implementing a competency-based curriculum, instruction and assessment model for your school district, Pre-K-12, that will focus on rigor, accountability and an unwavering commitment to personalizing learning for students.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS


9.12

## Subject Area Abbreviations:

| | |
|---|---|
| **AFNR** | Agriculture, Foods and Natural Resources |
| **AC** | Architecture and Construction |
| **BC** | Business Career |
| **BC.BMAE** | Business Management, Administration and Entrepreneurship |
| **BC.F** | Finance |
| **BC.M** | Marketing |
| **DNC** | Dance |
| **FCS** | Family and Consumer Sciences |
| **ELA** | English Language Arts |
| **ENG** | Engineering |
| **HB** | Health and Biosciences |
| **HE** | Health |
| **HGSS** | History, Government and Social Studies |
| **HUM** | Humanities |
| **IT** | Information Technology |
| **LPSCS** | Law, Public Safety, Corrections and Security |
| **MA** | Media Arts |
| **MATH** | Math |
| **MNFR** | Manufacturing |
| **MUS** | Music |
| **PE** | Physical Education |
| **SCI** | Science |
| **SCI.ESS** | Earth and Space Science |
| **SCI.LS** | Life Science |
| **SCI.PS** | Physical Science |
| **SECD** | Social-Emotional Character Development |
| **STM** | STEAM |
| **THR** | Theatre |
| **TRAN** | Transportation |
| **WL** | World Languages |
| **VA** | Visual Arts |

## Grade Bands:

| | |
|---|---|
| **P** | Pre-K to 2nd grade |
| **IM** | 3rd to 5th grade |
| **MS** | 6th to 8th grade |
| **HS** | 9th to 12th grade |

COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 9-12**

**ELA COMPETENCIES**

# ELA

| ELA Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Understand Viewpoints | A successful student can work with peers to promote civil, democratic discussions and decision-making in order to seek to understand different viewpoints. | ELA.HS 1.1 | SL.11-12.1, SL.11-12.4, SL.11-12.6 |
| Summarization and Analysis | A successful student can provide an objective summary and analyze documents of historical and literary significance including how the text addresses related themes and concepts and how it interacts and builds on one another to produce a complex account. | ELA.HS 2.1 | RI.11-12.9, W.11-12.7, W.11-12.7, W.11-12.8, W.11-12.9, RL.11-12.1, RI.11-12.6, RI.11-12.9, RL.11-12.13, RI.11-12.1, RI.11-12.13 |
| Research Diverse Perspectives | A successful student can: Respond thoughtfully to diverse perspectives. Gather relevant information from multiple print and digital sources. Synthesize comments, claims and evidence made on all sides of an issue. , Resolve contradictions when possible. Identify fallacious reasoning, exaggerated or distorted evidence. Determine what additional information or research is required to deepen the investigation or complete the task. | ELA.HS 3.1 | RI.11-12.3, W.11-12.6, SL.11-12.2, SL.11-12.5, RL.11-12.2, RI.11-12.5, RL.11-12.7, RL.11-12.10, RI.11-12.2, RI.11-12.6, RI.11-12.7 |
| Vocabulary | A successful student can interpret words and phrases as they are used in text or documents, including determining technical, connotative and figurative meanings, and analyze how specific word choices shape meaning or tone. | ELA.HS 4.1 | RI.11-12.4, SL.11-12.3, SL.11-12.7, SL.11-12.8, RL.11-12.4, RL.11-12.4, RL.11-12.11, RL.11-12.12, RI.11-12.8, RI.11-12.11, RI.11-12.12 |
| Write Informative/ Argumentative Texts | A successful student can write informative and argumentative texts to examine and convey complex ideas, concepts and information clearly and accurately through the effective selection, organization and analysis of content in order to summarize, advocate and/or solve problems. | ELA.HS 5.1 | W.11-12.1, W.11-12.4, W.11-12.5, W.11-12.10, W.11-12.11, W.11-12.12, RI.11-12.5, W.11-12.3 |
| Writing Techniques | A successful student can use a variety of writing techniques such as pacing, description, reflection and multiple plot lines to develop experiences, events, and/or characters and text structures, such as cause and effect, compare/contrast, etc. to produce clear and coherent writing in which the development, organization and style are appropriate to task, purpose and audience. | ELA.HS 6.1 | W.11-12.4, W.11-12.5, W.11-12.3, W.11-12.10, W. 11-12.11, W.11-12.12, RL.11-12.3, RI.11-12.10 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
830                          Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 9-12**

# HGSS

| HGSS Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Recognizing | The successful student can recognize information and concepts contained in history, government and social studies. | HGSS.HS 1.1 | 1, 2, 3, 4, 5 |
| Evaluating | The successful student can evaluate information and concepts contained in history, government and social studies. | HGSS.HS 2.1 | 1, 2, 3, 4, 5 |
| Analyzing | The successful student can analyze the context of information and concepts contained in history, government and social studies. | HGSS.HS 3.1 | 1, 2, 3, 4, 5 |
| Drawing Conclusions | The successful student can draw conclusions about information and concepts contained in history, government and social studies. | HGSS.HS 4.1 | 1, 2, 3, 4, 5 |
| Researching | The successful student can research topics and concepts contained in history, government and social studies. | HGSS.HS 5.1 | 1, 2, 3, 4, 5 |
| Making Connections and Relevance | The successful student can make connections and find relevance between topics and concepts contained in history, government, social studies and their world. | HGSS.HS 6.1 | 1, 2, 3, 4, 5 |
| Making Claims and Supporting with Evidence | The successful student can make a claim about topics and concepts contained in history, government and social studies and support that claim with evidence and argument. | HGSS.HS 7.1 | 1, 2, 3, 4, 5 |

HGSS COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**9-12** GRADE BAND

# Mathematics

| Mathematics Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Numbers and Quantities | A successful student can apply and interpret units while modeling problems, formulas, graphs and data to ensure a sensible outcome. | MATH.HS 1.1 | N.Q.1, N.Q.2, N.Q.3 |
| Algebra Concepts | A successful student can: | | |
| | • Write and interpret appropriate equivalent forms of an expression to explain different properties of the quantities represented in real-world context. | MATH.HS 2.1 | A.SSE.1, A.SSE.2, A.SSE.3, A.CED.4 |
| | • Model, solve, identify, interpret and apply systems of equations/inequalities to explain authentic or hypothetical situations using math as the authority. | MATH.HS 2.2 | A.REI.1, A.REI.2, A.REI.3, A.REI.5, A.REI.6, A.REI.8, A.REI.9, A.REI.10, A.CED.1, A.CED.2, A.CED.3 |
| Functions | A successful student can solve, analyze and apply linear, quadratic, exponential functions using different representations to explain situations using math as the authority. | MATH.HS 3.1 | F.IF.1, F.IF.2, F.IF.4, F.IF.5, F.IF.6, F.IF.7, F.IF.8, F.IF.9, F.BF.1, F.BF.2, F.LQE. F.LQE.2, A.APR.1, A.APR.2 |

MATHEMATICS COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
832                     Kansas State Department of Education | www.ksde.org



| Mathematics Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| Geometry Concepts | A successful student can: | | |
| | • Apply geometric shapes, measurements and properties by validating/communicating/ proving arguments and modeling to describe objects and then apply to solve and design problems. | MATH.HS 4.1 | G.CO.1, G.CO.2, G.CO.3, G.CO.4, G.CO.7, G.CO.8, G.CO.9, G.CO.10, G.MG.1, G.MG.2, G.MG.3, G.GMD.1, G.GMD.2 |
| | • Use algebraic concepts by explaining arguments and creating proofs to validate geometric concepts and apply in a real-world context. | MATH.HS 4.2 | G.GPE.1, G.GPE.6, G.GPE.7, G.GPE.8 |
| | • Demonstrate understanding of similarity and trigonometric ratios by constructing and explaining to validate geometric concepts and apply in a real-world context. | MATH.HS 4.3 | G.SRT.1, G.SRT.2, G.SRT.3, G.SRT.4, G.SRT.5, G.SRT.6, G.SRT.7, G.SRT.8, G.SRT.9, G.C.1 |
| Probability and Statistics | A successful student can summarize, model, interpret and predict data using different representations to make informed, justifiable decisions. | MATH.HS 5.1 | S.ID.1, S.ID.2, S.ID.4, S.ID.6 |

MATHEMATICS COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**9-12** GRADE BAND

# Science

SCIENCE COMPETENCIES

| Science Classification | COMPETENCY | CODE | STANDARDS |
|---|---|---|---|
| **Physical Science:** | A successful student can: | | |
| Structure and Properties of Matter and Chemical Reactions | • Apply atomic-level knowledge of the structure and properties of matter to predict and investigate the outcomes of chemical reactions in terms of both matter and energy. | SCI.PS.HS 1.1 | HS-PS1.1, HS-PS1.3, HS-PS1.8, HS-PS2.6, HS-PS1.2, HS-PS1.4, HS-PS1.5, HS-PS1.6, HS-PS1.7 |
| Forces and Interactions | • Describe the relationships among forces and motion to predict and investigate interactions between objects within systems of objects. | SCI.PS.HS 1.2 | HS-PS2.1, HS-PS2.2, HS-PS2.3, HS-PS2.4, HS-PS2.5 |
| Energy and Waves | • Apply knowledge of energy transfer, transformation and conservation to evaluate and question energy use and consumption on Earth, and examine waves and electromagnetic radiation as a method of sending and storing information in the 21st century to ask questions about methods of communication. | SCI.PS.HS 1.3 | HS-PS3.1, HS-PS3.2, HS-PS3.3, HS-PS3.4, HS-PS3.5, HS-PS4.1, HS-PS4.2, HS-PS4.3, HS-PS4.4, HS-PS4.5 |
| Engineering Design | • Use engineering design by defining and analyzing problems to develop and optimize solutions to relevant problems in p/l/&es science. | SCI.PS.HS 1.4 | HS-ETS1.1, HS-ETS1.2, HS-ETS1.3, HS-ETS1.4 |
| **Life Science:** | A successful student can: | | |
| Structure and Function, Matter and Energy in Organisms and Ecosystems and Interdependent Relationships in Ecosystems | • Articulate how atomic- and molecular-level structures fuel chemical reactions that support and maintain life within an organism to justify how organisms live and grow. The student also can explain, using evidence, the interaction of living and nonliving components in an environment by examining the living and nonliving components responsible for matter cycling to predict humans' effects on matter cycling OR to formulate conclusions about the importance of relationships in maintaining stable ecosystems. | SCI.LS.HS 1.1 | HS-LS1.1, HS-LS1.2, HS-LS1.3, HS-LS1.5, HS-LS1.6, HS-LS1.7, HS-LS2.3, HS-LS2.4, HS-LS2.5, HS-LS2.1, HS-LS2.2, HS-LS2.6, HS-LS2.7, HS-LS2.8, HS-LS4.6 |
| Inheritance and Variation of Traits and Natural Selection and Evolution | • Outline how genetic traits are inherited and how genetic variation is affected to apply these tenets to genetic diversity amongst a population and make informed decisions about the maintenance of genetic diversity of the species on Earth. | SCI.LS.HS 1.2 | HS-LS1.4, HS-LS3.1, HS-LS3.2, HS-LS3.3, HS-LS4.1, HS-LS4.2, HS-LS4.3, HS-LS4.4, HS-LS4.5 |
| **Earth and Space Science:** | A successful student can: | | |
| Space System | • Pose and evaluate arguments to explain phenomena in the universe, processes/life cycles in stars and the predictable patterns of movement of solar system objects. | SCI.ESS.HS 1.1 | HS-ESS1.1, HS-ESS1.2, HS-ESS1.3, HS-ESS1.4 |
| History of Earth, Earth's Systems, Weather and Climate and Human Sustainability | • Communicate how the Earth's materials, features and processes have changed over time to describe and predict the effect of human activity and use of natural resources on weather regulation, Earth systems and climate. | SCI.ESS.HS 1.2 | HS-ESS1.5, HS-ESS1.6, HS-ESS2.1, HS-ESS2.2, HS-ESS2.3, HS-ESS2.5, HS-ESS2.6, HS-ESS2.7 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

**GRADE BAND 9-12**

**SECD COMPETENCIES**

# Measuring Social-Emotional Character Development

Social-emotional character development (SECD) is paramount to student learning and school improvement. When students are supported to enhance their social and emotional learning (SEL) skills, they also improve their academic and career outcomes.[1]

## SECD + SEL = SEG

SECD are the Social Emotional Character Development standards for Kansas schools. SEL is the process by which children and adults learn how to understand and manage emotions, develop care and concern for others, set and achieve positive goals, and make responsible decisions. Together SECD and SEL result in SEG, social emotional growth.

Kansas schools have started to develop and track students' social and emotional learning as an indicator of student success within accountability models. In Kansas K-12 education, SECD is embedded into the Kansas Education Systems Accreditation (KESA) and Kansas School Redesign. The following information can help guide Kansas schools as they seek ways to measure that growth.

## SEL is Strengths Based

SEL assessment requires a strengths-based approach: that is, assessment focuses on knowledge and use of skills that are actively taught and supported in the school setting. These SEG measures and the goal of assessment is distinct from screening for risk for mental and behavioral health needs. A strengths-based approach proactively builds on the strengths and skills individuals possess to foster further development of competencies, just as educators do for any other academic content area. In parallel, the assessment of adult-driven SEL practices must be strengths based, focusing on methods for being proactive in holistically supporting young people's social, emotional, and academic development.

Assessment of social and emotional competencies helps paint a fuller picture of youth's capabilities and needs, while assessment of adult SE competencies and practices, as well as school climate and culture, paint a fuller picture of the support youth are given to gain and express these competencies. As widespread implementation of SEL practices gains traction, SEL data are increasingly available in multiple forms. Available data speak to culture and climate of settings, effective implementation of SEL programs and practices, and growth in individuals' development of social and emotional competencies.[2]

---

1 Farrington et al.
2012; Gayl, 2017; Heckman, 2008; West et al.
2016). These skills may also be malleable and amenable to intervention (Durlak, Weissberg, Dymnicki, Taylor, and Schellinger, 2011; What Works Clearinghouse, 2007

2 Measuring SEL, CASEL 2019

*Clerk of the District Court, Johnson County Kansas*
*05/03/21   01:59pm MM*



**SECD COMPETENCIES**

## Data and Measuring SECD

Regarding data, Kansas school communities are encouraged to:[3]

- Be proficient in collecting, interpreting and analyzing data;
- Utilize multiple measures;
- Implement programs that are evidenced based;
- Become aware of all the sources of data available; and
- Be able to show how intentional interventions increase skill acquisition.

Schools should capitalize on their local experts, such as counselors, social workers, school psychologists, and early childhood educators, who are uniquely trained in social emotional development and the impact of community context in nurturing development. These professionals are positioned to help educational communities build capacity in adult SEL competencies, teaching, and measuring SECD.

## Three Types of Collectable Data

There are essentially three types of increasingly rigorous SECD data that schools may collect: Process Data, Perception Data, and Outcome Data.

### PROCESS DATA: What was done for whom?

- Evidence that the social emotional learning lessons occurred;
- How the social emotional learning lesson or activity was conducted;
- How many students were involved in core lessons (Tier 1);
- How many students also received Tier 2 or Tier 3 intervention

*Examples of process data:*
- 33 staff were trained in the ABC SEL curriculum
- 3 lessons on bullying were taught in every class, 6-8th grade;
- 98% of key elements on the lesson plan were addressed (good fidelity of implementation);
- 201 of 204 students participated in the core lesson(s) and 3 were absent;
- 15 students participated in small group assertive skills intervention as well;
- 5 students participated in Cognitive Behavioral Intervention for Trauma in Schools (CBITS)

### PERCEPTION DATA: What do people think they know, believe or can do? How do they feel their environment supports or impedes them?

- Measures perception of climate and culture;
- Measures what students or adults are perceived to have gained in knowledge, skills, attitudes or beliefs

*Examples of perception data:*
- 89% of students reported seeing bullying at school on the Kansas Communities That Care Survey;
- 78% of students said that adults do "nothing" or "I'm not certain" in response to bullying;
- After training, 92% of teachers said they felt confident delivering the curriculum;
- After the bullying lessons, 69% of students believed they could implement one strategy to combat bullying (student perception, belief);
- After the bullying lessons, 95% of students said bullying is unacceptable (attitude);
- After assertive skills lessons, 89% of teachers felt that students were implementing strategies to be upstanders and reduce bullying (teacher perception of student skills);
- After teaching conflict resolution lessons, 78% of teachers said they were more likely to address conflict and potential bullying situations (teacher perception of adult skills);

---

3Adapted from Dr. Sharon Sevier, Chair of the Board, American School Counselor Association, Rockwood R-VI School District, Lafayette High School, Missouri; Data and Advocacy: A Step by Step Approach. 2014.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**SECD COMPETENCIES**

**OUTCOME DATA:** What is the impact on development, learning and wellbeing? Are we seeing growth in knowledge and performance/behaviors?

- Demonstrates a change in knowledge and/or skill in action;
- Demonstrates whether the program has/has not impacted the student's ability to utilize new knowledge, attitudes, behaviors, skills;
- Demonstrates whether or not change has occurred in climate and culture

*Examples of Outcome data:*
- Immediate Examples (pre/post):
- Before the bullying lessons 56% of students could correctly report the signs of bullying and after the bullying lessons, 98% of students correctly reported the signs of bullying (demonstrated knowledge increase);
- After the bullying lessons, 95% of students effectively demonstrated one strategy to address bullying (skill performance);

*Intermediate Examples (quarter/semester/year):*
- "Before the bullying lessons 50 cases of bullying were reported for the quarter; after the lessons, there were only 10 cases for the quarter."
- 82% of staff showed growth on the Adult SE Competency Self-Assessment from first to second semester.
- Long-range Examples (showing impact over time, i.e. CORE data):
- "On the Kansas Communities That Care survey, 20% fewer students reported witnessing bullying this year over last year. This correlated with decreases in depression and not feeling safe at school, and an increase in average GPA for these grade levels."

# Measuring Growth: Three Key Categories of SECD Data

Social emotional growth (SEG) results from the interplay of (a) proactive teaching and learning of social emotional skills and competencies, (b) a supportive culture and climate, and (c) a clear improvement cycle used by schools. We can teach skills, but if the culture allows little opportunity for practice throughout the day, and the climate is negative and deficit-focused or we ignore addressing mental health concerns, those skills may be difficult for students to put into action. Therefore, these three key categories of SECD Data are recommended when developing a robust approach to measuring SEG locally:

1. **VALIDATED STRENGTHS-BASED MEASURES.** For example, these often come with an evidence-based Social Emotional Learning curriculum to show attainment of knowledge, skills and behaviors that are being taught. These measures are usually either in the form of *perception data* or *outcome data* focused on knowledge or performance of skills/behavior.

2. **CULTURE AND CLIMATE.** Validated School Climate Data. For example, the Kansas Communities That Care survey obtains student perception data about school climate; likewise, the Kansas Family Engagement Survey obtains caregiver *perception data* about school climate. School Culture Data is often represented by "On-Track" Indicators such as: attendance, office discipline referrals and suspensions/expulsions, and course grades. Evidence of strong implementation of SEL curriculum may also be considered in this category.

3. **CLEAR IMPROVEMENT CYCLE DATA.** A responsive school has a consistent, system-wide process for reviewing Strengths-based Skill Measures against Culture and Climate data while screening for risk to get students additional supports they may need. A clear improvement cycle results in adaptations at the individual level to support students in need, and adjustments at the systems level to ensure a healthy culture and climate that fosters equity, learning and wellbeing.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



9.12

**SECD COMPETENCIES**

Here is a listing of commonly collected SECD data sources and how they may relate to these three key categories.

| Commonly Collected Data | SOURCES AND CATEGORY | CATEGORY |
|---|---|---|
| SECD/SEL skill mastery | Self, Teacher, Parent, Peer or Observer Rating or Other Assessment Tools commonly provided in evidence-based SEL curricula and programs | Strengths-based Measure |
| SEL Fidelity of Implementation and Adult Competencies tools | Commonly provided in evidence-based SEL curricula and programs | Culture and climate |
| Absenteeism | School records | Culture and climate |
| Retention in grade | School records | Culture and climate |
| Suspensions, Office Discipline Referrals | School records | Culture and climate |
| Grades, Academic performance | School records, state assessments and other content formative assessments | Culture and climate |
| School climate perceptions | Kansas Communities That Care Survey (KCTC), Family Engagement Survey (FES) or other student, family and/or staff survey | Culture and climate |
| School engagement | School Surveys or Tools, such as the KCTC or Psychological Sense of School Membership Scale (PSSM) | Culture and climate |
| Behavioral or mental health risk | Universal Screeners, such as:<br>• BASC-BESS (Behavior Assessment System for Children-Behavioral and Emotional Screening System) SAEBRS (Social, Academic, Emotional Behavior Risk Screener)<br>• SRSS-IE (Student Risk Screening Scale – Internalizing and Externalizing)<br>• SDQ (Strength and Difficulties Questionnaire)<br>• The Ages and Stages Questionnaires (ASQ-3 and ASQ-SE2)<br>• Mental health screeners such as:<br>  • SCAS (Spence Children's Anxiety Scale)<br>  • Self, Teacher, Parent, Peer or Observer Rating or Survey<br>  • Diagnostic tools as needed | Clear improvement cycle |

4   Adapted from Hanover Research, 2018.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org



SECD COMPETENCIES

# Measuring Employability Skills

It is important that schools and districts measure the essential employability skills and knowledge that students gain from Work-Based Learning (WBL) experiences and give students an opportunity to document and reflect on their learning. The assessment and reflection process is critical in that it:

- Helps students make personal connections to their experiences.
- Guides the learning process and deepens/extends the learning from the WBL experience.
- Allows students to see how academic and technical skills are applied in authentic settings.
- Provides a tool for students to self-assess their employability skills and areas of improvement.
- Promotes the need for and completion of postsecondary training.

Additionally, measurement of student learning from WBL experiences provides schools and districts with data that inform continuous improvement of the quality of WBL experiences for all students. Schools and districts can use this data for multiple purposes aimed at improving the system at all levels. This includes measuring graduating students' career readiness; systematically determining gaps in employability skills acquisition to improve WBL experiences and academics at the student level and/or schoolwide; and reviewing the quality of WBL experiences across individual business and industry partners.

Please find the complete guide to measuring employability and work-based learning at: Measuring Employability Skills.[5]

How Assessing SECD/SEL Flows with the Overall SECD/SEL Program[6]



Fig. 1

---

5   https://www.ksde.org/Portals/0/CSAS/CSAS%20Home/Plan_Of_Study/Employability%20Skills_Measuring%20and%20Reflecting%20Student%20Learning%20062020.pdf?ver=2020-06-02-094312-770

6   Denham, 2015.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*


**9-12**

SECD COMPETENCIES

# Resources

The following resources align with the State Board Goal of "Measuring SECD/SEL Locally" and provide examples of how to collect SECD/SEL data at the district, building and student levels.

Measuring SECD Toolkit[7]
This document summarizes examples of how to collect and utilize SECD data to drive decision making. Please check back closer to the beginning of school as it will be revised and posted.

Kansas Communities That Care Survey[8]
The Kansas Communities That Care (KCTC) is the best tool for assessing student perceptions around SEL and all Kansas schools are encouraged to utilize it.

Assessment Guide for SEL (CASEL)[9]
CASEL is the preeminent authority for developing, implementing and measuring SEL.

Measuring Employability Skills[5]
For the first time KSDE has developed a document that helps schools learn how to assess and measure student employability and work-based learning skills.

Likert Scale for SECD Student Growth Measure[10]

An example of how to measure individual student SECD skills.

Reflecting on Adult SE Competencies Personal Assessment and Reflection Tool[11]
This tool from CASEL provides a framework and process for staff to reflect on their own social and emotional growth.

Trauma-informed Toolkit[12]
This toolkit will help schools address trauma experienced by student, staff and families as a result of the current pandemic crisis.

Trauma, Toxic Stress, and Caregiver Well-Being: Practices for Fostering Resilience in Children/Youth and Caregivers (TASN)[13]
This TASN document addresses how to provide assistance for trauma, toxic stress, resilience and caregiver wellbeing.

KSDE/TASN Suicide Prevention/Response/Postvention Toolkit[14]
Teen suicide has been an issue for Kansas schools and as a result of the current crisis has become even more so. This is a comprehensive guide for schools in how to deal with suicidal ideation.

National Center for School Crisis and Bereavement[15]
The current crisis has compounded the issues of grief and bereavement, both from typical social-emotional perspectives (i.e. student/family death) but also from current crisis perspectives (i.e. family loss of jobs, student/family displacement etc. This site addresses the many components and levels of crisis, grief and bereavement.

Kansans Can Competency Framework[16] offers numerous free tools and resources.
• PreK-12 College and Career Competency Sequence[17]

7   https://www.ksde.org/Portals/0/CSAS/Content%20Area%20M-Z/School%20Counseling/Soc_Emot_Char_Dev/Measuring%20SECD%20Toolkit.pdf?ver=2017-02-16-094209-983

8   http://kctcdata.org/

9   https://measuringsel.casel.org/access-assessment-guide/

10  https://www.ksde.org/Portals/0/CSAS/Content%20Area%20M-Z/School%20Counseling/Soc_Emot_Char_Dev/Likert%20Scale%20for%20SECD%20Student%20Growth%20Measure.pdf?ver=2015-02-24-121600-343

11  https://schoolguide.casel.org/focus-area-2/learn/reflecting-on-personal-sel-skills/

12  https://www.transformingeducation.org/trauma-informed-sel-toolkit/

13  https://ksdetasn.org/smhi

14  https://www.ksde.org/Agency/Division-of-Learning-Services/Student-Staff-Training/Prevention-and-Responsive-Culture/Suicide-Awareness-and-Prevention/Kansas-Suicide-Prevention-Response-and-Postvention-Toolkit

15  https://www.schoolcrisiscenter.org/

16  http://www.cccframework.org/

17  https://ksdetasn.org/competency/prek-12-kansas-competency-sequence

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**9-12**

# SECD

| SECD Classification | COMPETENCY | CODE |
|---|---|---|
| Character Development: | A successful student can: | |
| Core Principles | • Recognize and exhibit appropriate and inappropriate behaviors and the impact it has on others in the virtual community. | SECD.HS 1.1 |
| | • Expectations of good character in a virtual setting. | SECD.HS 1.2 |
| | • Hold self and others accountable appropriately for demonstrating behaviors of good character throughout all school activities and in the community. | SECD.HS 1.3 |
| | • Evaluate characteristics of caring relationships, hurtful relationships and can identify trusting adults. | SECD.HS 1.4 |
| | • Utilize multiple media and technologies ethically and respectfully evaluate its effectiveness and assess its impact. | SECD.HS 1.5 |
| | • Evaluate the active listening skills of all parties involved before, after and during conversations. | SECD.HS 1.6 |
| | • Conclude how to act in accordance with the principle of respect for all human beings. | SECD.HS 1.7 |
| | • Analyze and evaluate the effectiveness of bullying interventions and reporting strategies. | SECD.HS 1.8 |
| | • Appraise and evaluate behavior as relational aggression and/or bullying, and can model positive peer interactions that are void of bullying behaviors. | SECD.HS 1.9 |
| Responsible Decision-Making and Problem-Solving | • Evaluate situations that are safe and unsafe and how to avoid unsafe practices. | SECD.HS 2.1 |
| | • Implement responsible decision-making skills when working toward a goal and assess how these skills lead to goal achievement. | SECD.HS 2.2 |
| | • Recognize: How, when and who to ask for help. Can utilize resources available. Can advocate for personal needs. | SECD.HS 2.3 |
| | • Utilize time and materials to complete assignments on schedule and can anticipate the possible obstacles to completing tasks on schedule. | SECD.HS 2.4 |
| | • Analyze the purpose and impact of classroom and schoolwide activities, policies and routines. | SECD.HS 2.5 |
| | • Interpret and evaluate the importance of personal roles and responsibilities in the overall school climate. | SECD.HS 2.6 |
| | • Identify personal feelings and the feelings of others involved with a problem and apply appropriate self-regulation and empathy skills. | SECD.HS 2.7 |
| | • Identify, analyze and demonstrate problem-solving processes, including applying improvement strategies to future projects and situations. | SECD.HS 2.8 |
| | • Use resiliency to reflect on past problems, identify ways to improve and implement change. | SECD.HS 2.9 |

SECD COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**942**

SECD COMPETENCIES

| SECD Classification | COMPETENCY | CODE |
|---|---|---|
| **Personal Development:** | A successful student can: | |
| Self-Awareness | • Analyze complex emotions and effective behavioral responses. | SECD.HS 3.1 |
| | • Recognize direct and indirect positive and negative reactions to emotions and stress (for example, fight or flight response; voice volume; tonal quality; shallow/rapid breathing; rapid heart rate; crossed arms; facial distortions; sweating;, substance abuse; insomnia; social withdrawal; depression; socially inappropriate displays of emotion; bullying; and risk-taking behaviors). | SECD.HS 3.2 |
| | | SECD.HS 3.3 |
| | • Evaluate the effects of various personal qualities (for example, honesty and integrity). | |
| | • Evaluate external supports and resources for problem-solving (additional print and electronic resources or specific subject problem solving models). | SECD.HS 3.4 |
| | • Evaluate how behavior choices affect goal success. | SECD.HS 3.5 |
| | • Analyze self-reflection, self-enhancement, self-preservation and self-help strategies. | SECD.HS 3.6 |
| Self-Management | • Identify and evaluate techniques to successfully manage emotions, stress, personal care and maintain confidence. | SECD.HS 4.1 |
| | • Analyze the accuracy of facts/information/interpretation and evaluate logical and emotional appeals. | SECD.HS 4.2 |
| | • Apply effective listening skills in a variety of settings and situations and recognize barriers to effective listening. | SECD.HS 4.3 |
| | • Analyze the consequences/outcomes of logical fallacies, bias, hypocrisy, contradiction ambiguity, distortion and rationalization. | SECD.HS 4.4 |
| | • Analyze civil/democratic, environmental and personal responsibilities to self and others (for example, friends, family, school, community, state, country, culture and world). | SECD.HS 4.5 |
| | • Demonstrate empathy in a variety of settings, contexts and situations. | SECD.HS 4.6 |
| | • Predict the potential outcome of impulsive behavior. | SECD.HS 4.7 |
| | • Evaluate factors, like personal habits and meaningful practice, and how those factors lead to the achievement of school and personal goals. | SECD.HS 4.8 |
| | • Analyze and activate strategies used previously to overcome obstacles. | SECD.HS 4.9 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



**9-12**

| SECD Classification | COMPETENCY | CODE |
|---|---|---|
| **Social Development:** | A successful student can: | |
| Social Awareness | • Evaluate a range of emotions in others based on verbal and nonverbal cues in different situations. | SECD.HS 5.1 |
| | • Practice empathy for others and can differentiate between the factual and emotional content of a person's communication. | SECD.HS 5.2 |
| | • Challenge personal perspective with cognitive dissonance to enhance a growth mindset and recognize how personal perspective and biases impact interactions with others. | SECD.HS 5.3 |
| | • Evaluate how advocacy for the rights of others contributes to the common good. | SECD.HS 5.4 |
| Interpersonal Skills | • Engage in coregulation to create positive group dynamics, and evaluate how societal and cultural norms and mores affect personal interactions, decisions and behaviors. | SECD.HS 6.1 |
| | • Respond appropriately when self and/or others are threatened with physical or emotional harm. | SECD.HS 6.2 |
| | • Present oneself professionally and exhibit proper etiquette, as well as practices constructive strategies in social and other media. | SECD.HS 6.3 |
| | • Identify consequences of safe and risky behaviors. | SECD.HS 6.4 |
| | • Practice refusal strategies and reporting of unhealthy behaviors and relationships. | SECD.HS 6.5 |
| | • Practice strategies for maintaining self-regulation and positive relationships. | SECD.HS 6.6 |
| | • Define the impact of social media on reputation and relationships. | SECD.HS 6.7 |
| | • Develop an understanding of relationships within the context of networking and careers. | SECD.HS 6.8 |
| | • Apply effective and appropriate conflict resolution and mediation skills to prevent and resolve conflict in a constructive manner. | SECD.HS 6.9 |

SECD COMPETENCIES

**GRADE BAND**
# 9-12

**HUMANITIES COMPETENCIES**

# Humanities

Academic subject areas that describe, study or inform the human experience, which includes, but is not limited to, literature, history, philosophy, visual arts and performing arts.

| Humanities Classification | COMPETENCY | CODE |
|---|---|---|
| Communicating Effectively and Appropriately | A successful student can effectively and appropriately communicate their beliefs, ideas and emotions to different audiences in a number of ways. | HUM.HS 1.1 |
| Life Experiences and Decision Making | A successful student can apply their life experiences, knowledge and skills to make individual decisions or to participate in group decision-making that is intended to improve their lives and the lives of others. | HUM.HS 2.1 |
| Thinking Critically | A successful student can apply empathy, creativity, critical thinking and problem-solving skills to contemporary social issues using past learning, literacy practices, multiple perspectives and metacognitive strategies. | HUM.HS 3.1 |
| Supporting a Claim with Evidence | A successful student can critique and analyze literature, history, art and the humanities and make a claim and support the claim with evidence and argument. | HUM.HS 4.1 |
| Building Meaning | A successful student can build meaning from life and literacy experiences and work with others to support positions or propose solutions to cultural dilemmas. | HUM.HS 5.1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 9-12**

*STEAM COMPETENCIES*

# STEAM

Academic subject areas that facilitate inquiry, creation and analysis, which includes, but is not limited to, science, technology, engineering, the arts and mathematics. Arts integration enhances expression, dialogue and critical thinking.

| STEAM Classification | COMPETENCY | CODE |
|---|---|---|
| Construct and Utilize Models | A successful student can construct, manipulate and use models and/or artifacts by using the appropriate tools to understand, refine, solve and evaluate problems and/or solutions. | STM.HS 1.1 |
| Analyzing and Interpreting Data | A successful student can analyze and interpret data by critically reviewing and evaluating information and making use of structures to generate new findings that can be communicated within and outside of their discipline. | STM.HS 2.1 |
| Communication and Collaboration | A successful student can engage in collaborative discourse by constructing clear communication and/or arguments related to the subject matter to convey findings and present understandings with evidence. | STM.HS 3.1 |
| Problem Solving and Application | A successful student can persevere in solving problems by making sense of, and defining, problems and asking questions to apply learning through the planning and carrying out of investigations or inquiries. | STM.HS 4.1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

845

**GRADE BAND 9-12**

# Specials

**SPECIALS COMPETENCIES**

## Specials Classification

| | | CODE | STANDARDS |
|---|---|---|---|

### Agriculture
Agriculture, Foods and Natural Resources (AFNR)

A successful student can:

| | CODE |
|---|---|
| • Analyze how issues, trends, technologies and public policies impact systems in the Agriculture, Food and Natural Resources (AFNR) Career Cluster. | AFNR.HS 1.1 |
| • Evaluate the nature and scope of the AFNR Career Cluster and the role of AFNR in society and the economy. | AFNR.HS 2.1 |
| • Examine and summarize the importance of health, safety and environmental management systems in AFNR workplaces. | AFNR.HS 3.1 |
| • Demonstrate stewardship of natural resources in AFNR activities. | AFNR.HS 4.1 |
| • Describe career opportunities and means to achieve those opportunities in each of the AFNR Career Pathways. | AFNR.HS 5.1 |
| • Analyze the interaction among AFNR systems in the production, processing and management of food, fiber and fuel and the sustainable use of natural resources. | AFNR.HS 6.1 |

### Architecture and Construction

A successful student can:

| | CODE |
|---|---|
| • Use vocabulary, symbols and formulas common to architecture and construction. | AC.HS 1.1 |
| • Use architecture and construction skills to create and manage a project. | AC.HS 2.1 |
| • Comply with regulations and applicable codes to establish and manage a legal and safe workplace. | AC.HS 3.1 |
| • Evaluate the nature and scope of the Architecture and Construction Career Cluster and the role of architecture and construction in society and the economy. | AC.HS 4.1 |
| • Describe the roles, responsibilities and relationships found in the architecture and construction trades and professions, including labor/management relationships. | AC.HS 5.1 |
| • Read, interpret and use technical drawings, documents and specifications to plan a project. | AC.HS 6.1 |
| • Describe career opportunities and means to achieve those opportunities in each of the Architecture and Construction Career Pathways. | AC.HS 7.1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



9-12

| Specials Classification | | CODE | STANDARDS |
|---|---|---|---|

## Business Career Field Competencies

A successful student can:

**Business Management, Administration and Entrepreneurship**
- Investigate the impact of economics, economic systems and entrepreneurship on careers and business — BC.BMAE.HS 1.1
- Investigate, create and implement solutions in managing effective business customer relationships. — BC.BMAE.HS 1.2

**Finance**
- Connect and apply mathematical concepts, tools, strategies and systems to plan, monitor, manage and maintain the use of financial resources. — BC.F.HS 1.1

**Marketing**
- Create marketing strategies and processes to determine and meet client needs and wants. — BC.M.HS 1.1

## Dance

A successful student can:

**Explore, Plan and Revise**
- Communicate learning through creative movement by applying dance skills and language to Explore, Plan and Revise learning through dance by exploring, planning, and revising ideas. — DNC.HS 1.1
- Communicate learning through creative movement by applying dance skills and language to Explore, Plan and Revise learning through dance by refining and completing ideas. — DNC.HS 1.2

**Expression, Embodiment and Presentation**
- Demonstrate the ability to apply skills and understanding of how dance communicates through Expression, Embodiment and Presentation of their artistic ideas and work for presentation by analyzing, interpreting and selecting dance works for presentation. — DNC.HS 2.1
- Demonstrate the ability to apply skills and understanding of how dance communicates through Expression, Embodiment and Presentation of their artistic ideas and work for presentation by realizing, developing, and refining dance works for presentation. — DNC.HS 2.2

**Analyzing, Interpreting and Critiquing**
- Respond to dance by Analyzing, Interpreting and Critiquing how artworks convey meaning by perceiving and analyzing dance. — DNC.HS 3.1
- Respond to dance by Analyzing, Interpreting and Critiquing how artworks convey meaning by interpreting intent and meaning of dance. — DNC.HS 3.2
- Respond to dance by Analyzing, Interpreting and Critiquing how artworks convey meaning by applying criteria to artistic work. — DNC.HS 3.3

SPECIALS COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**SPECIALS COMPETENCIES**

| Specials Classification | | CODE | STANDARDS |
|---|---|---|---|
| **Engineering** | A successful student can: | | |
| | Use STEM concepts and processes to solve problems involving design and/or production. | ENG.HS 1.1 | |
| | Display and communicate STEM information. | ENG.HS 2.1 | |
| | Apply processes and concepts for the use of technological tools in STEM. | ENG.HS 3.1 | |
| | Apply the elements of the design process. | ENG.HS 4.1 | |
| | Apply the knowledge learned in STEM to solve problems. | ENG.HS 5.1 | |
| | Apply the knowledge learned in the study of STEM to provide solutions to human and societal problems in an ethical and legal manner. | ENG.HS 6.1 | |
| **Family and Consumer Sciences (FCS)** | A successful student can: | | |
| Wellness | • Solve practical problems using communication, conflict resolution and empathy skills in personal and FCS career applications. | FCS.HS 1.1 | |
| | • Produce healthy and nutritious food products that align to family needs and/or industry standards with sound food safety and sanitation practices demonstrated. | FCS.HS 1.2 | |
| | • Enhance the wellness in others through role modeling and career roles and responsibilities (i.e. Family, community and work settings). | FCS.HS 1.3 | |
| Sustainability | • Analyze current and innovative ways to practice financial and social responsibility through family, community and work-related decision-making. | FCS.HS 2.1 | |
| Global Connectiveness | • Compare and contrast benefits and challenges of global interactions when solving issues related to food, clothing, shelter, etc.<br>• to meet family and related industry needs. | FCS.HS 3.1 | |
| Technology | • Examine the role of technology and equipment to improve the quality of life of individuals and families, be they his or her own or those supported through related services. | FCS.HS 4.1 | |
| | • Demonstrate appropriate and safe use of technology and equipment aligned to KS FCS field career applications. | FCS.HS 4.2 | |
| Community | • Organize, implement and evaluate a plan to improve the local community by applying sound FCS related technical knowledge, skills and practices to meet (a) selected human need(s) (i.e. Parenting, lifespan human interactions, geriatric services, community resource support, and careers working in people centered fields). | FCS.HS 5.1 | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

| Specials Classification | | CODE | STANDARDS |
|---|---|---|---|

**Health**

Health Competencies

A successful student can:

| | CODE |
|---|---|
| • Comprehend concepts related to health promotion and disease prevention to enhance health. | HE.HS 1.1 |
| • Analyze the influence of family, peers, culture, media, technology, and other factors on health behaviors. | HE.HS 2.1 |
| • Demonstrate the ability to access valid information, products, and services to enhance health. | HE.HS 3.1 |
| • Demonstrate the ability to use interpersonal communication skills to enhance health and avoid or reduce health risks. | HE.HS 4.1 |
| • Demonstrate the ability to use decision-making skills to enhance health. | HE.HS 5.1 |
| • Demonstrate the ability to use goal-setting skills to enhance health. | HE.HS 6.1 |
| • Demonstrate the ability to practice health-enhancing behaviors and avoid or reduce health risks. | HE.HS 7.1 |
| • Demonstrate the ability to advocate for personal, family, and community health. | HE.HS 8.1 |

**Health and Biosciences**

A successful student can:

| | CODE |
|---|---|
| Creative and Critical Thinking | • Work creatively with others to develop solutions, products and services. | HB.HS 1.1 |
| Communication | • Apply concepts of effective verbal and nonverbal communication in the healthcare industry. | HB.HS 2.1 |
| Safety | • Analyze environmental safety practices within the healthcare setting. | HB.HS 3.1 |
| Teamwork | • Develop innovative solutions and initiatives as part of a diverse team. | HB.HS 4.1 |
| Health Information for Healthcare | • Apply basic computer literacy skills to health science occupations. | HB.HS 5.1 |

SPECIALS COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**9.12**

**SPECIALS COMPETENCIES**

| Specials Classification | | CODE | STANDARDS |
|---|---|---|---|

## Information Technology

A successful student can:

### Graphic Design and Digital Communications

- Demonstrate an understanding of graphic design elements and principles by creating a graphic design project portfolio of collected or self-created graphic design projects. — IT.HS1.1
- Demonstrate an understanding of ethical and legal issues associated with copyright law and intellectual property. — IT.HS 1.2

### Computer Science

- Compare levels of abstraction and interactions between application software, system software and hardware layers. — IT.HS 2.1
- Create prototypes that use algorithms to solve computational problems by leveraging prior student knowledge and personal interests. — IT.HS 2.2

### Information Technology

- Evaluate the scalability and reliability of networks by describing the relationship between routers, switches, servers, topology and addressing. — IT.HS 3.1

## Law, Public Safety, Corrections and Security

A successful student can:

- Formulate ideas, proposals and solutions to ensure effective and efficient delivery of law, public safety, corrections and/or security services. — LPSCS.HS 1.1
- Assess and implement measures to maintain safe and healthy working conditions in a law, public safety, corrections and/or security environment. — LPSCS.HS 2.1
- State the rationale for various rules and laws designed to promote safety and health in the workplace. — LPSCS.HS 3.1
- Analyze the various laws, ordinances, regulations and organizational rules that apply to careers in law, public safety, corrections and security. — LPSCS.HS 4.1
- Describe various career opportunities and means to those opportunities in each of the Law, Public Safety, Corrections and Security Career Pathways. — LPSCS.HS 5.1
- Analyze the nature and scope of the Law, Public Safety, Corrections and Security Career Cluster and the role law, public safety, corrections and security play in society and the economy. — LPSCS.HS 6.1

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

850

**9-12**

| Specials Classification | | CODE | STANDARDS |
|---|---|---|---|

## Manufacturing

A successful student can:

- Evaluate the nature and scope of the Manufacturing Career Cluster and the role of manufacturing in society and in the economy.  MNFR.HS 1.1

- Analyze and summarize how manufacturing businesses improve performance.  MNFR.HS 2.1

- Comply with federal, state and local regulations to ensure worker safety and health and environmental work practices.  MNFR.HS 3.1

- Describe career opportunities and means to achieve those opportunities in each of the Manufacturing Career Pathways.  MNFR.HS 4.1

- Describe government policies and industry standards that apply to manufacturing.  MNFR.HS 5.1

- Demonstrate workplace knowledge and skills common to manufacturing.  MNFR.HS 6.1

SPECIALS COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**9.12**

**SPECIALS COMPETENCIES**

| Specials Classification | | CODE | STANDARDS |
|---|---|---|---|

## Media Arts

A successful student can:

**Conceive, Develop and Construct**

- Create and communicate by applying the skills and language of a specific media arts form to Conceive, Develop, and Construct artistic ideas and work by generating, conceptualizing, and organizing media arts ideas. — MA.HS 1.1

- Create and communicate by applying the skills and language of a specific media arts form to Conceive, Develop, and Construct artistic ideas and work by refining and completing media ideas. — MA.HS 1.2

- Create and communicate by applying the skills and language of a specific media arts form to Conceive, Develop, and Construct artistic ideas and work by reflecting upon the process, refining and continuing artistic ideas. — MA.HS 1.3

**Integration, Practice and Presentation**

- Demonstrate the ability to apply the skills and understanding of how the media arts communicate through their Integration, Practice and Presentation of their artistic ideas and work by analyzing, interpreting, and selecting artistic works for presentation. — MA.HS 2.1

- Demonstrate the ability to apply the skills and understanding of how the media arts communicate through their Integration, Practice and Presentation of their artistic ideas and work by realizing, developing, and refining artistic works for presentation. — MA.HS 2.2

**Perceiving, Interpreting and Evaluating**

- Respond to the media arts by Perceiving, Interpreting and Evaluating how media artworks convey meaning by perceiving and analyzing the media. — MA.HS 3.1

- Respond to the media arts by Perceiving, Interpreting and Evaluating how media artworks convey meaning by interpreting intent and meaning of media artworks. — MA.HS 3.2

- Respond to the media arts by Perceiving, Interpreting and Evaluating how media artworks convey meaning by applying criteria to evaluating media artworks. — MA.HS 3.3

**Synthesizing and Relating - Media Arts**

- Connect personal meaning and external context to the media arts by Synthesizing and Relating through and during the art-making process by synthesizing and relating knowledge and personal experience to artistic ideas and artistic work. — MA.HS 4.1

- Connect personal meaning and external context to the media arts by Synthesizing and Relating through and during the art-making process by applying societal, cultural, and historical contexts to artistic ideas and artistic work. — MA.HS 4.2

- Connect personal meaning and external context to dance by Synthesizing and Relating to works of dance through and during the learning process by synthesizing and relating knowledge and personal experience to dance applying societal, cultural, and historical contexts to dance ideas and artistic work. — MA.HS 4.3

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

852



9-12

| Specials Classification | | CODE | STANDARDS |
|---|---|---|---|

**SPECIALS COMPETENCIES**

## Music

A successful student can:

**Imagine, Plan and Make**
- Create and communicate by applying the skills and language of music to Imagine, Plan and Make musical ideas and work by generating, developing and organizing musical ideas — MUS.HS 1.1

**Evaluate, Refine and Present**
- Create by applying the skills and language of music to Evaluate, Refine and Present musical ideas and work by reflecting upon and refining musical ideas and work — MUS.HS 2.1
- Create by applying the skills and language of music to Evaluate, Refine and Present musical ideas and work by presenting original musical ideas and work — MUS.HS 2.2

**Selection, Analysis, and Interpretation**
- Demonstrate the ability to apply skills and effectively communicate musical ideas and work through Selection, Analysis and Interpretation by selecting musical works based on interest, knowledge, technical skill and context — MUS.HS 3.1
- Demonstrate the ability to apply skills and effectively communicate musical ideas and work through Selection, Analysis and Interpretation by analyzing the structure and context of musical works — MUS.HS 3.2
- Demonstrate the ability to apply skills and effectively communicate musical ideas and work through Selection, Analysis and Interpretation by developing personal interpretations of musical works — MUS.HS 3.3

**Rehearsing, Evaluating, Refining and Performing**
- Demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining and Performing musical works by evaluating and refining personal and ensemble performances. — MUS.HS 4.1
- Demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining and Performing musical works by performing expressively and accurately with appropriate interpretation. — MUS.HS 4.2

**Selecting, Analyzing, Interpreting and Evaluating**
- Respond to music by Selecting, Analyzing, Interpreting and Evaluating how music conveys meaning by selecting musical works for a variety of purposes.. — MUS.HS 5.1
- Respond to music by Selecting, Analyzing, Interpreting and Evaluating how music conveys meaning by perceiving and analyzing musical works. — MUS.HS 5.2
- Respond to music by Selecting, Analyzing, Interpreting and Evaluating how music conveys meaning by interpreting intent and meaning of musical works, applying criteria to evaluating musical works. — MUS.HS 5.3

**Connect**
- Connect personal meaning and external context to music through and during the music learning process by synthesizing and relating knowledge and personal experience to musical ideas and work. — MUS.HS 6.1
- Connect personal meaning and external context to music through and during the music learning process by applying societal, cultural, and historical contexts to musical ideas and work. — MUS.HS 6.2

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*







**9-12**

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

SPECIALS COMPETENCIES

| Specials Classification | | CODE | STANDARDS |
|---|---|---|---|
| **PE** | A successful student can: | | |
| Lifetime and Fitness Activities | • Throw an object, demonstrating a mature motor pattern to a moving target in offensive and defensive situations, and catch an object, demonstrating a mature motor pattern in offensive and defensive situations. | PE.HS 1.1 | S1.H1 |
| | • Strike an object, demonstrating a mature motor pattern while under control to change its direction in drills and lead-up games and volley an object, demonstrating a mature motor pattern with a forearm pass, and/or set while under control in lead-up games. | PE.HS 1.2 | S1. H1 |
| | • Dribble with hands, demonstrating a mature motor pattern using control while changing speeds and directions in drills and lead-up games. | PE.HS 1.3 | S1. H1 |
| | • Dribble with feet, demonstrating a mature motor pattern, using control while changing speeds and directions in drills or lead-up games. | PE.HS 1.4 | S1. H1 |
| Dance and Rhythms | • Demonstrate a variety of complex rhythmic movements with or without a leader and create a routine independently, with a partner or a small group. | PE.HS 2.1 | S1. H2 |
| | • Choreograph a dance or give a performance. | PE.HS 2.2 | S1. H2 |
| Movement Concepts and Knowledge | • Create a practice plan to improve performance for self-selected skills while applying terminology related with exercise and participation in activity. | PE.HS 3.1 | S2. H1,H3 |
| | • Use movement concepts and principles to analyze and improve performance of self and/or others in a selected skill. | PE.HS 3.2 | S2.H2 |
| | • Use strategies and tactics effectively during game play in net/wall and/or target games. | PE.HS 3.3 | S2. H5 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

854

**9-12**

## Specials Classification

| | | CODE | STANDARDS |
|---|---|---|---|
| **PE** | A successful student can: | | |
| Wellness | • Develop and implement a fitness plan using the five health-related components of fitness while working in their target heart rate zone to improve their health; Using a variety of activities; and using available technology to self-monitor aerobic intensity. | PE.HS 4.1 | S3. H7, H8, H9, H10 |
| | • Create three short-term goals to support one long-term goal related to the five health-related components of fitness, and incorporate a plan that includes activities for improvement, log of activities and timeline for improvement | PE.HS 4.2 | S3. H11, H12 |
| | • Design and implement a nutrition plan to maintain an appropriate energy balance for a healthy, active lifestyle and create a snack plan for before, during and after exercise that addresses nutrition needs for each phase. | PE.HS 4.3 | S3. H8, H13 |
| | • Identify stress-management strategies (relaxation techniques, deep breathing, aerobic exercise, etc.) To reduce stress in order to respond to stress using appropriate methods and apply stress-management strategies (mental imagery, meditation, relaxation techniques, etc.) To reduce stress. | PE.HS 4.4 | S3. H14 |
| Responsibility and Value of Physical Activity | • Participate safely and appropriately; show respect to equipment, facilities, self and others; understand the rules and etiquette for physical activity and games while responding appropriately to conflict or feedback; encourage classmates of varying skill levels; and participate cooperatively. | PE.HS 5.1 | S4. H1, H2, H3, H4, H5 |
| | • Respect differences between self and others; examine moral and ethical conduct in specific competitive situations; be a leader in physical activity settings; and accept other's cultural diversity and body types by working with others. | PE.HS 5.2 | S4. H1, H2, H3, H4, H5 |
| | • Analyze the health benefits of self-selected lifetime physical activities using resources (technology, fliers, ads, etc.) Within the community. | PE.HS 5.3 | S5. H1, H2, H3, H4 |
| | • Choose activities that are appropriately challenging for an individual; identify the uniqueness of creative dance as a means of self-expression; and evaluate opportunities for social interaction and social support in a self-selected physical activity or dance. | PE.HS 5.4 | S5. H1, H2, H3, H4 |

SPECIALS COMPETENCIES



**9-12**

SPECIALS COMPETENCIES

## Specials Classification

| | | CODE | STANDARDS |
|---|---|---|---|

### Theatre

A successful student can:

| | | CODE |
|---|---|---|
| Envisioning, Conceptualizing, Developing and Rehearsing | • Create and communicate by applying the skills and language of theatre through Envisioning, Conceptualizing, Developing and Rehearsing artistic ideas and work by envisioning, conceptualizing and organizing artistic ideas. | THR.HS 1.1 |
| | • Create and communicate by applying the skills and language of theatre through Envisioning, Conceptualizing, Developing and Rehearsing artistic ideas and work by refining and completing artistic ideas. | THR.HS 1.2 |
| Selection, Preparation, Sharing and Presentation | • Demonstrate the ability to apply the skills and understanding of how theatre communicates through Selection, Preparation, Sharing and Presentation of their artistic ideas and work by reflecting, interpreting and selecting artistic works for presentation. | THR.HS 2.1 |
| | • Demonstrate the ability to apply the skills and understanding of how theatre communicates through Selection, Preparation, Sharing and Presentation of their artistic ideas and work by realizing, developing and refining artistic works for presentation. | THR.HS 2.2 |
| Reflecting, Interpreting, Analyzing and Evaluating | • Respond to theatre by Reflecting, Interpreting, Analyzing, and Evaluating how productions convey meaning by perceiving and evaluating theatrical work. | THR.HS 3.1 |
| | • Respond to theatre by Reflecting, Interpreting, Analyzing, and Evaluating how productions convey meaning by interpreting intent and meaning of theatrical work. | THR.HS 3.2 |
| | • Respond to theatre by Reflecting, Interpreting, Analyzing, and Evaluating how productions convey meaning by applying criteria when evaluating theatrical work. | THR.HS 3.3 |
| Empathizing, Interrelating and Researching | • Connect personal meaning and external context to theatre by Empathizing, Interrelating and Researching works; synthesizing and relating knowledge and personal experience to artistic ideas and artistic work. | THR.HS 4.1 |
| | • Connect personal meaning and external context to theatre by Empathizing, Interrelating and Researching works; applying societal, cultural and historical contexts to artistic ideas and artistic work. | THR.HS 4.2 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

856

**9-12**

| Specials Classification | | CODE | STANDARDS |
|---|---|---|---|
| **Transportation** | A successful student can: | | |
| | • Describe the nature and scope of the Transportation, Distribution and Logistics Career Cluster and the role of transportation, distribution and logistics in society and the economy. | TRAN.HS 1.1 | |
| | • Describe the application and use of new and emerging advanced techniques to provide solutions for transportation, distribution and logistics problems. | TRAN.HS 2.1 | |
| | • Describe the key operational activities required of successful transportation, distribution and logistics facilities. | TRAN.HS 3.1 | |
| | • Identify governmental policies and procedures for transportation, distribution and logistics facilities. | TRAN.HS 4.1 | |
| | • Describe transportation, distribution and logistics employee rights and responsibilities and employers' obligations concerning occupational safety and health. | TRAN.HS 5.1 | |
| | • Describe career opportunities and means to achieve those opportunities in each of the Transportation, Distribution and Logistics Career Pathways. | TRAN.HS 6.1 | |

SPECIALS COMPETENCIES



**SPECIALS COMPETENCIES**

| Specials Classification | | CODE | STANDARDS |
|---|---|---|---|
| **Visual Arts** | A successful student can: | | |
| Investigate, Plan and Make | • Create and communicate by applying the skills and language of a specific visual arts form to Investigate, Plan and Make artistic ideas and work by generating, conceptualizing, and organizing artistic ideas. | VA.HS 1.1 | |
| | • Create and communicate by applying the skills and language of a specific visual arts form to Investigate, Plan and Make artistic ideas and work by refining and completing artistic ideas. | VA.HS 1.2 | |
| Reflect, Refine and Continue | • Create by applying the skills and language of a specific visual arts form to Reflect, Refine and Continue with artistic ideas and work by reflecting upon the process, refining, and continuing artistic ideas. | VA.HS 2.1 | |
| Selection, Analyzation and Sharing | • Demonstrate the ability to apply the skills and understanding of how the visual arts communicate through their Selection, Analyzation and Sharing of their artistic ideas and work for presentation by analyzing, interpreting and selecting artistic works for presentation. | VA.HS 3.1 | |
| | • Demonstrate the ability to apply the skills and understanding of how the visual arts communicate through their Selection, Analyzation and Sharing of their artistic ideas and work for presentation by Realizing, developing and refining artistic works for presentation. | VA.HS 3.2 | |
| Perceiving, Analyzing and Interpreting | • Respond to the visual arts by Perceiving, Analyzing and Interpreting how artworks convey meaning by perceiving and analyzing artistic work. | VA.HS 4.1 | |
| | • Respond to the visual arts by Perceiving, Analyzing and Interpreting how artworks convey meaning by interpreting intent and meaning of artistic work. | VA.HS 4.2 | |
| | • Respond to the visual arts by Perceiving, Analyzing and Interpreting how artworks convey meaning by Applying criteria to artistic work. | VA.HS 4.3 | |
| Relating, Perceiving Analyzing, and Interpreting | • Connect personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing and Interpreting to works of art through and during the art-making process by synthesizing and relating knowledge and personal experience to artistic ideas and artistic work. | VA.HS 5.1 | |
| | • Connect personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing and Interpreting to works of art through and during the art-making process by applying societal, cultural and historical contexts to artistic ideas and artistic work. | VA.HS 5.2 | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



9-12

# World Language Competencies

The Kansas World Language Standards are competency-based and not linked to a specific grade or age of student. These standards incorporate the recommendations of the American Council on the Teaching of Foreign Languages (ACTFL) and align with the 7 Rose Capacities passed by Kansas legislators. The acquisition of a second language is not a function of a certain number of courses, but it does require consistent and sustained practice to reach each level of proficiency. Students who actively read, speak, write, listen, and interact with others in the target language can usually expect to reach Novice High after 240 hours of language study. Novice High is not a functional level of proficiency. In order to reach minimal functional proficiency, Intermediate Mid, a student needs approximately four hundred and eighty hours of interaction with the language. There are many factors that influence an individual's ability to learn a second language: motivation, individual aptitude for learning languages, similarity of the language to the speaker's own first language, etc. Students taking two years of standards-based language courses can expect to reach the Novice High proficiency level. This is not a functional proficiency level. The functional proficiency level of Intermediate Mid is being attained by Kansas high school students after four years/480 hours of study as annual awards of the Seal of Biliteracy show.

The following competencies are based on these general time parameters of the U.S. State Department's Foreign Service Institute and their 70 years of experience teaching languages. ACTFL has similar guidelines for time to proficiency.

The Kansas World Language standards emphasize what students can do with the language, not on what the students can not yet do with the language.

| Specials Classification | | CODE |
|---|---|---|
| **World Languages** | | |
| Communication | Novice Learners can: | |
| | • Communicate through speaking, signing, or writing on very familiar topics using a variety of words and phrases that they have practiced and memorized | WL.N.HS 1.1 |
| | • Recognize some familiar words and phrases when they hear them spoken. | WL.N.HS 1.2 |
| | • Recognize some words or characters. They can understand some learned or memorized words when they read. | WL.N.HS 1.3 |
| | • Can write lists and memorized phrases on familiar topics | WL.N.HS 1.4 |
| | Intermediate Learners can: | |
| | • Start, maintain, and end a conversation on a variety of familiar topics. | WL.I.HS 1.1 |
| | • Talk about their daily activities and personal preferences | WL.I.HS 1.2 |
| | • Use the language to handle tasks related to their personal needs. | WL.I.HS 1.3 |
| | • Understand basic information in ads, announcements, and other types of recordings. | WL.I.HS 1.4 |
| | • Understand messages related to their everyday life | WL.I.HS 1.5 |
| | • Understand simple personal questions. | WL.I.HS 1.6 |
| | • Make a presentation about their personal and social experiences | WL.I.HS 1.7 |
| | • Make a presentation on a topic they have learned about or researched. | WL.I.HS 1.8 |
| | • Make a presentation about common interests and issues and state their viewpoint. | WL.I.HS 1.9 |

*SPECIALS COMPETENCIES*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**9-12**

SPECIALS COMPETENCIES

## Specials Classification

# World Languages

CODE

| Culture | Novice Learners can: | |
|---|---|---|
| | • Use culturally appropriate expressions for greetings, leave-takings, and common classroom or social interactions. | WL.N.HS 2.1 |
| | • Use the target language to investigate, explain and reflect on the relationship between the practices and perspectives of the cultures studied. | WL.N.HS 2.2 |
| | • Appreciate and sometimes participate in some games, rituals, and celebrations of the cultures studied. | WL.N.HS 2.3 |
| | • Identify tangible products of the culture such as toys, dress, homes, art, music, monuments, currency, and famous people. | WL.N.HS 2.4 |

Intermediate learners can:

- Observe, analyze, and exchange information on patterns of behavior typical of their peer group in the culture. — WL.I.HS 2.1
- Participate in practices such as games, sports, and entertainment. — WL.I.HS 2.2
- Create "cultural triangles" of practices, products, and perspectives and suggest factors in their relationships. — WL.I.HS 2.3
- Perform samples of expressive products of the culture such as poetry, music, art, dance, storytelling, and drama. — WL.I.HS 2.4

Connections — Novice Learners can:

- Read or listen to stories from the target culture and compare them to familiar stories from the same genre. — WL.N.HS 3.1
- Present short biographical sketches of people who have had a positive influence locally or globally. — WL.N.HS 3.2
- Identify and label maps of cities, states, or countries with civic and geographic features where the target language is used. — WL.N.HS 3.3

Intermediate learners can:

- Read, view, compare, and classify different text types and genres. — WL.I.HS 3.1
- Write original poems, stories, and plays using their understanding of the characteristics of these genres. — WL.I.HS 3.2
- Describe and compare key characteristics of target language countries. — WL.I.HS 3.3
- Use their knowledge of geography to create maps of countries where the target language is spoken. — WL.I.HS 3.4
- Maintain a blog comparing attitudes and reactions to current events of global importance in target language countries. — WL.I.HS 3.5
- Use sources intended for same-age speakers of the target language to prepare presentations on familiar topics. — WL.I.HS 3.6
- Research how a major figure from history, science, or the arts is described in the target language and use it to expand what they already know. — WL.I.HS 3.7

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

860

**9-12**

| Specials Classification | | CODE |
|---|---|---|

## World Languages

| | | |
|---|---|---|
| Comparisons | Novice Learners can: | |
| | Observe and compare formal and informal registers of language | WL.N.HS 4.1 |
| | Recognize similarities and differences between the sound and writing systems in the language they are learning and their own. | WL.N.HS 4.2 |
| | Inventory idiomatic expressions in both their native language and the language being learned and talk about how idiomatic expressions work in general. | WL.N.HS 4.3 |
| | Intermediate learners can: | |
| | Compare syntax functions (e.G. Word order, inflections, and verb tense) to express meaning in both their native language and the language being learned. | WL.I.HS 4.1 |
| | Identify patterns and explain discrepancies between the sound and writing systems in both their native language and the language being learned. | WL.I.HS 4.2 |
| | Document and contrast verbal and nonverbal behavior in daily activities among peers or mixed groups in the target cultures to their own. | WL.I.HS 4.3 |
| | Hypothesize about the relationship between cultural perspectives and expressible products (i.E. Music, visual arts, and forms of literature) by analyzing selected products from the target cultures. | WL.I.HS 4.4 |
| **Communities** | Novice Learners can: | |
| | • Attempt to interact in the target language with members of their community. | WL.N.HS 5.1 |
| | • Identify professions that require proficiency in the target language | WL.N.HS 5.2 |
| | • Exchange basic information about themselves, their studies, or their family, with speakers of the target language and/or students in other classes, in face-to-face or virtual settings, such as social media, instant messaging, and video conferencing. | WL.N.HS 5.3 |
| | Intermediate learners can: | |
| | • Communicate on a personal level with speakers of the language in person or via email, video chats, or other appropriate media. | WL.I.HS 5.1 |
| | • Write and illustrate stories to present to others. | WL.I.HS 5.2 |
| | • Discuss steps to becoming a professional in a field requiring the ability to communicate in the target language | WL.I.HS 5.3 |

SPECIALS COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 9-12**

# Special Education

In general, it is expected that children with exceptionalities will achieve these competencies with the support of special education services, related services and supplementary aids and services specified in an Individualized Education Program (IEP) or 504 Plan. In addition, IEP teams have authority to modify curriculum and to set educational goals to enable children with exceptionalities to make appropriate educational progress in light of each child's unique circumstances. The modified curriculum and educational goals set by an IEP team for an individual child with an exceptionality might be different than the outcomes expected of other students. When, and to the extent, educational goals specified in an IEP are different than the competencies described in this document, the successful student can achieve the educational goals specified in their IEP.

**The Special Education Guidance Document is located on the Special Education section of the KSDE website:**

- Special Education Guidance Document[18]

- KSDE Special Education webpage, COVID-19 Updates[19]

## Students in Special Education and the Competencies

Navigating Change: Kansas' Guide to Learning and School Safety Operations (2020) is designed to lead the way we meet students' needs by allowing students to demonstrate mastery of their learning in a variety of ways. Therefore, all students in Special Education will access core grade-band competencies.

Students in Special Education need to be able to access instruction that will prepare them to meet grade-level competencies. Access to core content (Tier 1) is a priority so learning gaps do not widen. To address skill deficits needed to access core content (Tier 1), some students will also require additional support through specially-designed instruction and/or a tiered system of support.

Kansas Multi-Tiered System of Supports and Alignment (2015) is an evidenced-based framework used in Kansas schools for organizing and providing a tiered instructional continuum to support learning for all students, including students with exceptionalities. Kansas MTSS and Alignment supports access to core instruction for all students with differentiated instruction as needed to enable every learner to achieve high standards. Tiered interventions, in addition to core instruction, are recommended when it is necessary to address skill deficits

or to support a child in reaching higher levels of accomplishment. We contend all students are general education students, including students with the most significant cognitive exceptionalities

Furthermore, students should not be hindered in learning grade-band content. For example, a student who has learning gaps either due to their exceptionality and/or lack of exposure will not be limited solely to the attainment of prerequisite skills. Therefore, high-quality instruction, accommodations, and modifications should provide the differentiation needed for students to access this grade-level content. High-quality instruction involves a scaffold or strategy to access or attach new learning. High-quality instruction does not repeatedly focus on the same skill, lesson content or information introduced in the general education classroom. Additionally, students who are gifted should not be held to only learning grade-band content. Students who are gifted should be supported through high-quality instruction, accommodations and modifications to provide the differentiation needed for students to achieve higher levels of accomplishment. The IEP Team of a child who is gifted may specify in the child's IEP that they are permitted to test out of, or work at an individual rate, and receive credit for required or prerequisite courses, or

---

18   https://www.ksde.org/Portals/0/ECSETS/Announcements/COVID-SpEd-FAQ.pdf

19   https://www.ksde.org/Agency/Division-of-Learning-Services/Special-Education-and-Title-Services/Special-Education

862

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



both, at all grade levels (K.A.R. § 91-40-3 (g)). A child who is gifted may also receive credit for college study at the college or high school level, or both (K.A.R. § 91-40-3(H)).

Moreover, standards guide the goals for Individualized Education Programs (IEPs). IEP goals require specially designed instruction to address the learning gap and advance the student's current level of functioning or for students who are gifted, to address the unique needs of the child that result from the child's giftedness, including supporting the child in achieving higher levels of accomplishment. Therefore, Special Education goals should not replace the grade-level curriculum taught in the general education classroom.

Some students will require accommodations in order to demonstrate mastery of the competencies. Accommodations are changes in procedures or materials that ensure equitable access to instructional and assessment content. Accommodations may be embedded (digitally-provided) or nonembedded (locally provided). These are generally available for students for whom there is a documented need on an IEP, Section 504 plan or Individual Learning Plan (ILP) Accommodations should be individualized for each student; more does not equate to better. Some examples are listed Table 1.

SPECIAL EDUCATION COMPETENCIES



SPECIAL EDUCATION COMPETENCIES

## Table 1: Common Accommodations and Categories

| Common Accommodations | CATEGORIES |
|---|---|
| Provide Access to Grade-Level Content | • Human reader<br>• Text to speech/digital text (e.g. Kansas Infinitext)<br>• Speech to text<br>• Provide smaller numbers in math with grade level skills<br>• Build background knowledge<br>• Provide manipulatives (number line, two color chips, base ten blocks, etc.)<br>• Use of facts charts, formulas or word banks to facilitate processing<br>• Reducing auditory and visual background (increase white space, highlight key concepts)<br>• Provide note taking assistance or notes (provide outline, cloze notes, etc.)<br>• Orally assess understanding |
| Adjust Level of Material | • Reduce complexity to student's ability level (text, vocabulary, sentence structure, questions, simplify directions, etc. |
| Provide Tools for Organization of Information | • Organize information presented, such as provide a detailed model to follow during multiple-step procedures (e.g., task schedule, process, prewriting, graphic organizer, etc.<br>• Provide digital and non-digital tools to facilitate student organization<br>• Use graph paper, paper with vertical lines or raised-line paper for alignment of problems |
| Provide More Opportunities for Practice/Exposure | • Multiple exposures until mastery<br>• Front load prerequisite information<br>• Code text to enhance background knowledge<br>• Provide questions or cues to student in advance<br>• Reinforce directions (students repeat, number list for multiple steps, etc.<br>• Additional time for verbal response, assignments, and assessments<br>• Allow for processing with peers before production<br>• Consistent, distributed practice with vocabulary (academic vocab, Tier 2 vocabulary words)<br>• Small group instruction<br>• Text sets (multiple pieces of text on same topic to deepen understanding) |
| Focus information to key Information/Skills | • Chunk assignments/assessments<br>• Highlight or emphasize critical information<br>• Eliminate repetitive practice when mastery is shown<br>• Reduce volume of writing and copying in favor of quality<br>• Reduce number of choices on multiple choice assessments<br>• Spelling is not penalized |
| Vary and Pair Modalities when Presenting Information | • Pair visual, auditory, and tactile cues<br>• Orally assess understanding<br>• Offer student voice and choice (Visual, Auditory, Kinesthetic/Tactile) |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**9-12**

Detailed information about the use of accommodations for instruction and assessment of all students can be found in the How to Select, Administer and Evaluate Use of Accommodations for Instruction and Assessment of all Students (2020) guidance document located at https://www.ksdetasn.org/resources/2283

One way to ensure students have access to core (Tier 1) content is to intentionally create a plan for differentiating the content to meet the student's needs. The National Center on Intensive Intervention has created a planning template built on the seven dimensions of intervention intensity (https://intensiveintervention.org/sites/default/files/Student_Intervention_Plan_508.pdf).

This template assists with planning and documenting the dimensions of intervention for small groups and individual students. The Taxonomy of Intervention Intensity (2017) developed by the National Center on Intensive Intervention identified seven dimensions that support educators in evaluating and building intervention intensity: strength, dosage, alignment, attention to transfer, comprehensiveness, behavioral support, and individualization (https://intensiveintervention.org/taxonomy-intervention-intensity).

It is important to recognize students who receive Special Education Services and Supports have equitable access to all instructional opportunities and activities offered to their peers. Their participation in core content areas (Tier 1) with individualized accommodations, modifications, and supports make it possible for them to do so.

SPECIAL EDUCATION COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**SPECIAL EDUCATION COMPETENCIES**

# Students Who Have the Most Significant Cognitive Exceptionalities

All students are taught academic content for their enrolled grade level. Students who have the most significant cognitive exceptionalities mostly take the alternate assessments and may need content aligned to alternate academic achievement standards. These standards are aligned with the general education content standards with reduced depth, breadth and complexity. Competencies for this population are the same as for students following the general education curriculum. However, the learning targets and measurement tables for this population align to the alternate academic achievement standards.

Students who have the most significant cognitive exceptionalities, who are eligible for an alternate assessment, work from the alternate academic achievement standards. The DLM Essential Elements (2020) allow students access to instruction aligned to grade level academic content. Goals and instruction listed in the IEP for these students are linked to the enrolled grade level DLM Essential Elements (2020). Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. Students who demonstrate mastery of level 3 or 4 competencies may not be appropriately challenged when working from the Essential Elements. Providing a continuum between the level 4 skill on the Essential Elements Competency Rubric and the level 1 skill on the Competency Rubric (2019) for each grade band will assist those

students in the transition to the Kansas competencies/state standards.

Students who have a most significant cognitive exceptionality must have access to grade-level academic standards. This can be accomplished through the Kansas MTSS Alignment for all students. In this delivery system, supplemental special education supports simplify, magnify, and modify what is taught in the general education classroom. For students receiving Tier 1 support with their general education peers, the instruction should be focused on priority learning targets. Navigating Change: Kansas Guide to Learning and School Safety Operations (2020) has identified the primary or essential learning targets in the Competency Rubrics. The Essential Elements Competency Rubrics (2017) provide learning targets aligned to the Essential Elements. While the learning targets differ in depth, breadth, and complexity, the overarching competencies remain the same. Using the identified primary learning targets, students who have a most significant cognitive exceptionality can be educated in an inclusive environment during core (Tier 1) instruction. Tier 2 and Tier 3 instruction should focus on providing the additional instruction essential for closing the gap for students. Instruction could be delivered in homogeneous small groups or in some cases, individualized instruction, as intensity of need increases.

## References

Kansas State Department of Education. (2020). How to select, administer and evaluate use of accommodations for instruction and assessment of all students. https://www.ksdetasn.org/resources/2283

Kansas State Department of Education. (2019) . Essential Elements by Linkage Level Data. https://www.ksde.org/Portals/0/SES/DLM/KSDE-EE-LinkageLevels3-10.pdf

Kansas State Department of Education. (2015). Kansas multi-system of support and alignment. https://www.ksdetasn.org/mtss

Kansas State Department of Education. (2020). Navigating Change: Kansas Guide to Learning and School Safety Operations. https://www.ksde.org/Teaching-Learning/Resources/Navigating-Change-Kansas-Guide-to-Learning-and-School-Safety-Operations

National Center on Intensive Interventions. (2017). Intervention plan (for small groups or individual students), American Institute of Research. https://intensiveintervention.org/sites/default/files/Student_Intervention_Plan_508.pdf

National Center on Intensive Interventions. (2017). Taxonomy of intervention intensity: Academics, American Institute of Research. https://intensiveintervention.org/taxonomy-intervention-intensity

Dynamic Learning Maps Alternative Assessment Consortium. (2020). Dynamic learning maps alternative assessment, The University of Kansas. https://dynamiclearningmaps.org/

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

GRADE BAND
9-12

LIBRARY MEDIA COMPETENCIES

# Library Media

## School Librarian

"School librarians fulfill five important roles: instructional partner, teacher, leader, information specialist, and program administrator, all of which highlight the profession's skill at building relationships and creating an inclusive school culture" (AASL, 2020, para. 1). School librarians are prepared as teaching partners who serve as instructional librarians in all subject areas. They dovetail with classroom teachers to strengthen and support literacy in all of its many facets. In online and face-to-face learning environments and across grade levels, school librarians teach students to demonstrate measurable academic, cognitive, and technology skills associated with learning about the value of information in various contexts and formats, research as inquiry, scholarly conversation, and searching as strategic exploration going beyond simple Google searches. School librarians are prepared to recommend and make accessible high quality digital and print teaching materials. As teaching partners, school librarians ensure that students have learning experiences, building each year on prior learning, that will prepare them now and in their future civic involvement, jobs, college, and careers to be effective and efficient users of information. School librarians as Kansas licensed teachers are active participants in continuous improvement processes in their school districts.

## References

American Association of School Librarians, 2020, Pandemic Resources for School Librarians. Document ID: 99ec732a-b7ce-4a8d-a12c-7a603c528d15. Retrieved from http://www.ala.org/aasl/about/pandemic

American Association of School Librarians, 2018, Standards Framework for Learners. Retrieved from https://standards.aasl.org/wp-content/uploads/2018/08/180206-AASL-framework-for-learners-2.pdf

Association of College and Research Libraries, 2016, Framework for Information Literacy in Higher Education. Retrieved from http://www.ala.org/acrl/standards/ilframework

Kansas State Department of Education, 2019, Kansas Education Systems Accreditation Guidance 2019-2020. Retrieved from https://www.ksde.org/Portals/0/TLA/Accreditation/KESA%20Guidance.pdf

Kansas State Department of Education, 2016, Kansas Library and Technology Curricular Standards. Retrieved from https://www.ksde.org/LinkClick.aspx?fileticket=9IEAE56aAc0%3d&tabid=476&portalid=0&mid=3268



**9.12**

LIBRARY MEDIA COMPETENCIES

Standards available upon request.

| Library Media Classification | COMPETENCY | CODE |
|---|---|---|
| Information Value | A successful student can: | |
| | • Understand that information has value as a means of negotiating and understanding the world. | G.12.1.1<br>G.12.1.4<br>G.12.1.5<br>G.12.1.9 |
| | • Understand that information has value for personal enjoyment and growth. | G12.1.6<br>G12.1.7<br>G12.1.8<br>G12.1.9<br>G12.1.10 |
| Information as Exploration | A successful student can: | |
| | • Recognize that searching for information is a process requiring the evaluation of a range of information sources as new understandings develop. | G.12.1.1<br>G12.1.2<br>G12.2.3<br>G12.2.5 |
| | • Respect the ideas of others and sees themselves as contributors as well as consumers of information. | G12.2.3<br>G.12.3.10<br>G.12.6.7 |
| Information Research and Inquiry | A successful student uses an inquiry process to ask new and complex questions that focus on personal, career, or societal needs. | G.12.3.5<br>G12.3.7<br>G12.3.9<br>G.12.3.1<br>G12.3.2<br>G.12.3.9<br>G.12.3.10 |

*Clerk of the District Court, Johnson County Kansas*<br>*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

**9-12**

| Library Media Classification | COMPETENCY | CODE |
|---|---|---|
| **Information Authority** | A successful student can: | |
| | • Recognize that information resources reflect their creators expertise and credibility. | G.12.4.5 G.12.3.3 G.12.3.7 G12.4.7 G.12.1.1 G.12.1.8 |
| | • Acknowledge biases that privilege some sources of authority over others in terms of worldview, gender, sexuality and cultural orientations. | G12.4.2 G12.4.3 G12.4.4 G12.4.8 G12.4.10 |
| | • Acknowledge authorship of sources and recognize that authoritative content may be packaged formally or informally and may include sources of all media types. | G.12.6.1 G12.6.2 G12.4.9 G12.4.10 |
| **Information Format** | A successful student can: | |
| | • Appraise the organization, purpose, audience, and publication standards of various information sources. | G12.5.1 G12.5.3 G12.5.4 G12.5.5 |
| | • Follow ethical and legal guidelines when using information technology including fostering a positive digital identity and using online security and privacy best practices. | G.12.5.8 G.12.5.9 G12.6.3 G12.4.8 |
| **Information as Conversation** | A successful student recognizes that through continuous communication using social and/or intellectual networks, new insights and discoveries occur over time as a result of varied perspectives and interpretations. | G12.6.1 G12.6.3 G.12.6.4 G12.6.6 G12.6.9 |

LIBRARY MEDIA COMPETENCIES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**9-12**

LIBRARY MEDIA COMPETENCIES

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



NAVIGATING CHANGE
KANSAS GUIDANCE LEARNING AND SCHOOL SAFETY OPERATIONS

# Grade Band
# 9-12

# Assessment

This section of the guidance document seeks to support educators as they consider ways to develop, refine and/or implement a comprehensive, balanced and cohesive approach to meaningfully assess student learning in a competency-based model. When thinking about mastery, a multiple-measures approach can be useful and may include a variety of assessments, ranging from the use of rubrics that focus on the depth of a student's understanding to nationally normed assessments by age and/or ability to state accountability assessment systems. What follows as guidance to consider may be best conceptualized by thinking of it from the perspective of assessing student learning.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



ASSESSMENT

# Performance-Based Assessment and the Use of Rubrics

- **Continuity and Comprehensive Approach:** The grade-band teams from Phase I of this project developed both the competencies and a set of performance-based "I can ..." rubrics.

  - SECD, specials, electives and CTE are also included for your consideration and inclusion in assessing broader STEAM and Humanities competencies.

- **Interpretation of Performance Levels:** These rubrics contain four performance levels that include "I can ..." statements that intend to reflect the various stages of what students know and are able to do through progressive depths of each competency. Ideally, students move to and through each of the levels from left to right, but this may take place at different times for each student. Webb's Depth of Knowledge (DOK) is included as a familiar reference to help support the development of instruction in a leveled manner.

  - **Level 1** may be thought of as introducing or beginning/DOK: Recall and Reproduce

  - **Level 2** may be thought of as developing or emerging/DOK: Application and Reasoning

  - **Level 3** may be thought of as demonstrating or creating/DOK: Strategic Thinking

  - **Level 4** may be thought of as extending or enriching/DOK: Extended Thinking

    **NOTE:** Levels 1-4 are not intended to predict Kansas State Assessment scores.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**9-12**

ASSESSMENT

# Levels Explanation

Webb's Depth of Knowledge: Use to Align "A successful student can ..." Statements to Appropriate Performance Level

| Performance Level | I can ... |
|---|---|
| Level 1 | **Recall and Reproduction**<br>• Recall a fact, term, definition, principle or concept; perform a simple procedure.<br>• Items typically specify what the student is to do, which is often to carry out some procedure that can be performed mechanically.<br>• Recall of a fact, information, definition, term or performance of a process or procedure. |
| Level 2 | **Basic Application of Skills and Concepts**<br>• Apply conceptual knowledge:<br>  • Use provided information to select appropriate procedures for a task.<br>  • Perform two or more steps with decision points along the way.<br>  • Solve routine problems; organize or display data.<br>  • Interpret or use simple graphs.<br>• Items require students to make some decisions as to how to approach the question or problem. These actions imply more than one mental or cognitive process/step.<br>• Includes the engagement of some mental processing beyond recalling or reproducing a response. |
| Level 3 | **Strategic Thinking**<br>• Apply reasoning, using evidence, and developing a plan to approach or solve abstract, complex or nonroutine problems; interpret information and provide justification when more than one approach is possible.<br>• Items require students to justify the responses they give and may have more than one possible answer.<br>• Requires deep understanding as exhibited through planning, using evidence, and more demanding cognitive reasoning. The cognitive demands are complex and abstract. |
| Level 4 | **Extended Thinking**<br>• Perform investigations or apply concepts and skills that require research and problem solving across content areas or multiple sources.<br>• Items require students to bring together skill and knowledge from various domains. Due to the complexity of cognitive demand, this level often requires an extended period to answer. A DOK 4 is first a DOK 3 with added connections.<br>• Requires high cognitive demand and is very complex. Students are expected to make connections and relate ideas within the content or among areas - and have to select or devise one approach among many alternatives on how the situation can be solved. |



This is the target

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



ASSESSMENT

## Subject Area Abbreviations:

| | |
|---|---|
| **AFNR** | Agriculture, Foods and Natural Resources |
| **AC** | Architecture and Construction |
| **BC** | Business Career |
| **BC.BMAE** | Business Management, Administration and Entrepreneurship |
| **BC.F** | Finance |
| **BC.M** | Marketing |
| **DNC** | Dance |
| **FCS** | Family and Consumer Sciences |
| **ELA** | English Language Arts |
| **ENG** | Engineering |
| **HB** | Health and Biosciences |
| **HE** | Health |
| **HGSS** | History, Government and Social Studies |
| **HUM** | Humanities |
| **IT** | Information Technology |
| **LPSCS** | Law, Public Safety, Corrections and Security |
| **MA** | Media Arts |
| **MATH** | Math |
| **MNFR** | Manufacturing |
| **MUS** | Music |
| **PE** | Physical Education |
| **SCI** | Science |
| **SCI.ESS** | Earth and Space Science |
| **SCI.LS** | Life Science |
| **SCI.PS** | Physical Science |
| **SECD** | Social-Emotional Character Development |
| **STM** | STEAM |
| **THR** | Theatre |
| **TRAN** | Transportation |
| **WL** | World Languages |
| **VA** | Visual Arts |

## Grade Bands:

| | |
|---|---|
| **P** | Pre-K to 2nd grade |
| **IM** | 3rd to 5th grade |
| **MS** | 6th to 8th grade |
| **HS** | 9th to 12th grade |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND**
**9-12**

# ELA

A successful student can work with peers to promote civil, democratic discussions and decision making in order to seek to understand different viewpoints.

ELA PERFORMANCE BASED ASSESSMENT

## ELA

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can demonstrate appropriate grammar and usage when speaking and writing. | I can use various types of phrases and clauses to convey specific meaning and add variety and interest to writing or presentations. | I can recognize patterns of word changes that indicate different meanings or parts of speech (e.g., analyze, analysis, analytical; advocate, advocacy) [HUMANITIES 1]. | I can evaluate the effectiveness of choices in grammar, word usage, and phrasing to convey an intended meaning or purpose. | SL.11-12.1, SL.11-12.4, SL.11-12.6 |
| I can work with peers to set rules for collegial discussions and decision-making, establishing clear goals and deadlines with individual roles as needed. | I can identify and respond to diverse perspectives in text and as presented in discussion, holding myself accountable to the establish rules for collegial discussions and decision-making. | I can respond thoughtfully to diverse perspectives, summarize points of agreement and disagreement, and, when warranted, qualify or justify my own views and understanding, making new connections in light of the evidence and reasoning presented [HUMANITIES 4 and 5]. | I can propel conversations by posing and responding to questions, engaging others in discussion, questioning to clarify and/or verify conclusions, and relating the current discussion to broader themes or larger ideas. | |
| I can engage in a variety of discussions by listening and sharing acquired and prior knowledge of grade 9-10 topics and texts. | I can come to discussions prepared, having read and researched material under study. | I can synthesize comments, claims, and evidence for all sides of an issue [HUMANITIES 2]. | I can identify credible sources, make informed decisions, and solve problems while evaluating the credibility and accuracy of given sources. | |
| I can describe expectations for civil and democratic discussion and decision-making. | I can reference evidence from texts and research to support comments and ideas. | I can recognize that issues generate alternative and opposing perspectives [HUMANITIES 4]. | I can evaluate a speaker's use of evidence and rhetoric by assessing: • Stance • Premises • Links among ideas • Word choice • Points of emphasis • Tone | |
| I can participate effectively in a range of collaborative discussion (one-on-one, in groups, and teacher-led). | I can determine goals, deadlines, and individual roles for discussion groups. | I can note discrepancies among data and combine multiple sources of information presented in diverse formats and media [HUMANITIES 3]. | I can evaluate discussions and decision-making processes and collaborate to develop guidelines for discussion. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

875



**ELA PERFORMANCE-BASED ASSESSMENT**

### ELA

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| **English Learner (EL)*** | | | | |
| A successful level 1 EL student can nod responses, point to answers or remain in silent period absorbing surroundings. | A successful level 2 EL student can respond in very simple sentences when addressed and can show engagement even with limited participation. | A successful level 3 EL student can participate in the discussion by responding to questions and asking a question. | A successful level 4 EL student can participate in conversations through multiple exchanges building on others' ideas or expressing their own. | EL.SL.9-12.1 |
| | | | I can describe expectations for civil and democratic discussion and decision-making [HUMANITIES 5]. | |

\*    For each competency, there is a correlating EL Standard. It applies to all learning targets for that standard. Each EL standard has been broken down into 4 Levels. An EL student who has mastered Level 4 then moves to the Gen.Ed. Level 1 for the competency and begins to work toward Level 3.

**A successful student can provide an objective summary and analyze documents of historical and literary significance including how the text addresses related themes and concepts and how it interacts and builds on one another to produce a complex account.**

### ELA

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| I can compare and contrast the representation of a subject in two different mediums. | I can identify an author's ideas and claims. | I can analyze how an author uses particular sentences, paragraphs or larger portions of the text to develop his ideas and claims [HUMANITIES 2]. | I can analyze U.S. documents of history and literature for their significant themes and concepts. | RI.11-12.9, W.11-12.7, W.11-12.7, W.11-12.8, W.11-12.9, RI.11-12.1, RI.11-12.6, RI.11-12.9, RI.11-12.13, RI.11-12.1, RI.11-12.13 |
| I can figure out the structure of the text and the order of events. | I can determine another's point of view or purpose in a text. | I can show how the author uses his arguments to develop his point of view or purpose [HUMANITIES 5]. | I can identify a unique point of view or cultural experience. | |
| I can read and discuss historical and literary material. | I can figure out how an author uses and transforms source material in their work. | I can show how the author manipulates time in their work [HUMANITIES 4]. | I can show how the order of events and manipulation of time create mystery, tension or surprise. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

876



NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

| ELA | | | | |
|-----|-----|-----|-----|-----|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| **EL** | | | | |
| A successful level 1 EL student can point to or recall a main idea in a paragraph. | 9-10 Level 2: A successful level 2 EL student can identify a main idea and one or more supporting details in a text. | 9-10 Level 3: A successful level 3 EL student can identify a claim and a supporting piece of evidence from the text. | 9-10 Level 4: A successful Level 4 EL student can distinguish between relevant and irrelevant evidence to support the claim in a text and determine if evidence is sufficient. | EL.RI/L.9-10.8 |
| A successful level 1 EL student can identify the U.S. and world when provided a map or a globe. | 11-12 Level 2: A successful level 2 EL student can give a few sentences to explain something important in the U.S. or the world after listening to a text. | 11-12 Level 3: A successful Level 3 EL student can explain the importance of a text after multiple interactions with a U.S. and/or World text. | 11-12 Level 4: A successful Level 4 EL student can give the fundamental purpose, arguments or premises that are important for understanding an important U.S. and/or World text after repeated interaction. | EL.RI/ L.11-12.8 |

ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



9-12

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

A successful student can respond thoughtfully to diverse perspectives; gather relevant information from multiple print and digital sources, synthesize comments, claims, and evidence made on all sides of an issue; resolve contradictions when possible; identify fallacious reasoning, exaggerated or distorted evidence; and determine what additional information or research is required to deepen the investigation or complete the task.

## ELA

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| I can objectively summarize a text. | I can compare and contrast a subject presented through various mediums. | I can make specific references to passages and events from a text to prove what the text says directly as well as the meaning I can infer indirectly [HUMANITIES 1]. | I can evaluate the argument and specific claims in terms of: 1. Reasoning and evidence (is it valid and sufficient?), and 2. False statements and fallacious reasoning. | RI.11-12.3, W.11-12.6, SL.11-12.2, SL.11-12.5, RL.11-12.2, RL.11-12.5, RL.11-12.7, RL.11-12.10, RI.11-12.2, RI.11-12.6, RI.11-12.7 |
| I can determine a central idea and explain its development throughout the text using specific details. | I can determine a theme and explain its development throughout the text using specific details. | I can gather relevant information from various appropriate and credible print and electronic sources [HUMANITIES 2]. | I can determine the connections between the author's main points. | |
| I can identify sources to answer a question. | I can conduct sustained research that answers a central question, recognizing when to narrow or broaden a topic and incorporating multiple sources of information. | I can synthesize multiple sources of information to answer a central question, recognizing when to narrow or broaden a search as well as how to discern between valid and invalid evidence [HUMANITIES 4]. | I can engage in an inquiry process to build understanding and respond in a meaningful way, synthesizing information from multiple sources and perspectives, and avoiding over reliance on one text or source. | |
| I can cite information from print and digital sources. | I can make specific references to passages and events from a text to prove what the text says directly as well as the meaning I can infer indirectly. | I can locate information from a variety of print and digital sources, evaluate the credibility and accuracy of sources, and integrate information to create an original representation of understanding [HUMANITIES 2]. | I can integrate information effectively from print and digital sources without plagiarizing, determining the strengths and limitations of sources that address a given task, audience, and purpose. | |

## EL

| | | | | |
|---|---|---|---|---|
| A successful level 1 EL student can point to a single word in response to a direct text-dependent question | A successful level 2 EL student can locate or give a detail from a simple text in response to a direct text-dependent question. | A successful level 3 EL student can identify details in response to an explicit text-dependent question. | A successful level 4 EL student can cite strong and thorough textual evidence to support analysis of what the text say explicitly as well as inferences drawn from the text. | EL.RI/L.9-12.1 |

ELA PERFORMANCE-BASED ASSESSMENT

878

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



**9-12**

A successful student can respond thoughtfully to diverse perspectives; gather relevant information from multiple print and digital sources, synthesize comments, claims, and evidence made on all sides of an issue; resolve contradictions when possible; identify fallacious reasoning, exaggerated or distorted evidence; and determine what additional information or research is required to deepen the investigation or complete the task.

## ELA

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| I can objectively summarize a text. | I can compare and contrast a subject presented through various mediums. | I can make specific references to passages and events from a text to prove what the text says directly as well as the meaning I can infer indirectly [HUMANITIES 1]. | I can evaluate the argument and specific claims in terms of: 1. Reasoning and evidence (is it valid and sufficient?), And 2. False statements and fallacious reasoning. | RI.11-12.3, W.11-12.6, SL.11-12.2, SL.11-12.5, RI.11-12.2, RI.11-12.5, RI.11-12.7, RI.11-12.10, RI.11-12.2, RI.11-12.6, RI.11-12.7 |
| I can determine a central idea and explain its development throughout the text using specific details. | I can determine a theme and explain its development throughout the text using specific details. | I can gather relevant information from various appropriate and credible print and electronic sources [HUMANITIES 2]. | I can determine the connections between the author's main points. | |
| I can identify sources to answer a question. | I can conduct sustained research that answers a central question, recognizing when to narrow or broaden a topic and incorporating multiple sources of information. | I can synthesize multiple sources of information to answer a central question, recognizing when to narrow or broaden a search as well as how to discern between valid and invalid evidence [HUMANITIES 4]. | I can engage in an inquiry process to build understanding and respond in a meaningful way, synthesizing information from multiple sources and perspectives, and avoiding over reliance on one text or source. | |
| I can cite information from print and digital sources. | I can make specific references to passages and events from a text to prove what the text says directly as well as the meaning I can infer indirectly. | I can locate information from a variety of print and digital sources, evaluate the credibility and accuracy of sources, and integrate information to create an original representation of understanding [HUMANITIES 2]. | I can integrate information effectively from print and digital sources without plagiarizing, determining the strengths and limitations of sources that address a given task, audience, and purpose. | |

## EL

| | | | | |
|---------|---------|---------|---------|-----------|
| A successful level 1 EL student can point to a single word in response to a direct text-dependent question. | A successful level 2 EL student can locate or give a detail from a simple text in response to a direct text-dependent question. | A successful level 3 EL student can identify details in response to an explicit text-dependent question. | A successful level 4 EL student can cite strong and thorough textual evidence to support analysis of what the text say explicitly as well as inferences drawn from the text. | EL.RI/L.9-12.1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**ELA PERFORMANCE-BASED ASSESSMENT**



**ELA PERFORMANCE-BASED ASSESSMENT**

A successful student can interpret words and phrases as they are used in text or documents, including determining technical, connotative, and figurative meanings, and analyze how specific word choices shape meaning or tone.

**ELA**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| I can figure out the meaning of words and phrases as they are used in context. | I can figure out the connotative meanings of words and phrases as they are used in the text. | I can figure out the technical meanings of words and phrases as they are used in the text [HUMANITIES 1]. | I can analyze the use of word choice including figurative words, words with strong connotation, and technical words and its effect on meaning and tone. | RI.11-12.4, SL.11-12.3, SL.11-12.7, SL.11-12.8, RL.11-12.4, RL.11-12.4, RL.11-12.11, RL.11-12.12, RI.11-12.8, RI.11-12.11, RI.11-12.12 |

**EL**

| | | | | |
|---------|---------|---------|---------|-----------|
| A successful level 1 EL student can point to a picture to match the picture to a word or phrase from a text that was read aloud to the student. | A successful level 2 EL student can match tone words and/or phrases from designated read aloud text with definitions. | A successful level 3 EL student can point out words and phrases in text that strongly influence the meaning or tone. | A successful level 4 EL student can point out words and phrases used in text that strongly influence the meaning or tone and determine their meaning (including figurative, connotative, and multiple meaning words/phrases). | EL.RI/L.9-12.4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**9-12**

**A successful student can write informative and argumentative texts to examine and convey complex ideas, concepts, and information clearly and accurately through the effective selection, organization and analysis of content in order to summarize, advocate and/or solve problems.**

## ELA

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| I can provide a concluding statement or section that follows from and supports the argument presented. | I can establish and maintain a formal style and objective tone while attending to the norms and conventions of the discipline in which they are writing. | I can use words, phrases, and clauses to link the major sections of the text, create cohesion, and clarify the relationships between claim(s) and reasons, between reasons and evidence, and between claim(s) and counterclaims [HUMANITIES 1]. | I can introduce precise claim(s), distinguish the claim(s) from alternate or opposing claims, and create an organization that establishes clear relationships among claim(s), counterclaims, reasons, and evidence. | W.11-12.1, W.11-12.4, W.11-12.5, W.11-12.10, W.11-12.11, W.11-12.12, RI.11-12.5, W.11-12.3 |
| I can establish and maintain a formal style and objective tone while attending to the norms and conventions of the discipline in which they are writing. | I can write arguments to support claims that analyze substantive topics using valid reasoning and appropriate evidence. | I can develop claim(s) and counterclaims fairly, supplying evidence for each while pointing out the strengths and limitations of both in a manner that anticipates the audience's knowledge level and concerns [HUMANITIES 2 and 4]. | I can write an informative piece that examines and convey complex ideas clearly and accurately by selecting, organizing, and analyzing content. | |
| I can provide a concluding statement or section that follows from and supports the information or explanation presented (e.g., articulating implications or the significance of the topic). | I can use appropriate and varied transitions to link the major sections of the text, create cohesion, and clarify the relationships among complex ideas and concepts. | I can develop the topic with well-chosen, relevant, and sufficient facts, extended definitions, concrete details, quotations or other information and examples appropriate to the audience's knowledge of the topic [HUMANITIES 3]. | I can write and edit work so that it conforms to the guidelines in a style manual (e.g., MLA Handbook, Turabian's Manual for Writers) appropriate for the discipline and writing type. | |
| I can use precise language and domain-specific vocabulary to manage the complexity of the topic. | I can demonstrate command of the conventions of standard English capitalization, punctuation, and spelling when writing and use a semicolon (and perhaps a conjunctive adverb) to link two or more closely related independent clauses. | I can introduce a topic; organize complex ideas, concepts, and information to make important connections and distinctions; include formatting (e.g., headings), graphics (e.g., figures, tables), and multimedia when useful to aiding comprehension [HUMANITIES 1]. | I can apply knowledge of language to understand:<br>• How language functions differently in different contexts<br>• How to make effective choice for meaning or soul<br>• Comprehend more fully when reading or writing<br>• Write and edit work according to style manual guidelines, appropriate for the discipline and writing type. | |

ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



**ELA PERFORMANCE-BASED ASSESSMENT**

## ELA

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| **EL** | | | | |
| A successful level 1 EL student can produce writing that consists of copied text or simple word about an event or topic with support and scaffolding. | A successful level 2 EL student can produce writing that shows some organization with regard to task and audience. | A successful level 3 EL student can produce writing that begins to develop an idea with organization included that is relevant to the task and audience. | A successful level 4 EL student can produce writing that is easy to read, but does still needs revision to be clear and concise. | EL.W.9-12.4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**9-12**

A successful student can use a variety of writing techniques such as pacing, description, reflection and multiple plot lines, to develop experiences, events, and/or characters, and text structures, such as, cause and effect, compare/contrast, etc. to produce clear and coherent writing in which the development, organization, and style are appropriate to task, purpose, and audience.

## ELA

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| I can identify and analyze complex characters. | I can show how a complex character develops throughout the text. | I can show how a complex character interacts with other characters [HUMANITIES 4]. | I can show how the complex character and his/her interactions with other characters advance the plot. | W.11-12.4, W.11-12.5, W.11-12.3, W.11-12.10, |
| I can tell a story about a real or imagined experience using good technique, choosing appropriate details, and structuring the sequences of events. | I can engage and orient the reader by setting out a problem, situation or observation, establishing one or multiple point(s) of view, and introducing a narrator and/or characters; create a smooth progression of experiences or events. | I can use a variety of techniques to sequence events so that they build on one another to create a coherent whole [HUMANITIES 1 and 2]. | I can show how the complex character and his/her interactions with other characters develop the theme. | W.11-12.11, W.11-12.12, RL.11-12.3, RL.11-12.10 |
| I can produce clear and coherent writing that is appropriate for the task and audience. | I can use narrative techniques, such as, dialogue, pacing, description, reflection, and multiple plot lines, to develop experiences, events, and/or characters. | I can use precise words and phrases, telling details, and sensory language to convey a vivid picture of the experiences, events, setting, and/or characters [HUMANITIES 1]. | I can provide a conclusion that follows from and reflects on what is experienced, observed or resolved over the course of the narrative. | |
| I can continually work on my writing abilities through the writing process and trying new approaches that focus on the purpose and audience of the writing. | I can employ a recursive writing process – including planning, drafting, editing, and revising – to refine and improve my writing. | I can select the most appropriate medium to produce writing products and display information dynamically [HUMANITIES 1 and 3]. | I can evaluate the effectiveness of my final product for its ability to fulfill the task and appeal to the intended audience. | |

## EL

| | | | | |
|---------|---------|---------|---------|-----------|
| A successful level 1 EL student can produce writing that consists of copied text or simple word about an event or topic with support and scaffolding. | A successful level 2 EL student can produce writing that shows some organization with regard to task and audience. | A successful level 3 EL student can produce writing that begins to develop an idea with organization included that is relevant to the task and audience. | A successful level 4 EL student can produce writing that is easy to read, but does still needs revision to be clear and concise. | EL.W.9-12.4 |

ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND**
# 9-12

# HGSS
## Recognizing

**The successful student can recognize information and concepts contained in history, government, and social studies.**

**HGSS PERFORMANCE BASED ASSESSMENT**

| HGSS | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can recall facts from memory or retells the topic story or narrative. | I can demonstrate how the facts support specific concepts or big ideas of the topic. | I can demonstrate different ways facts might be interpreted to build meaning around the concepts or topic [HUMANITIES 1, 2, 4]. | I can apply the facts, concepts, big ideas, meaning of the topic to new or different issues and topics. | Standards 1, 2, 3, 4, 5 |
| I can recognize resources that might supply needed information. | I can categorize resources that will supply needed information. | I can categorize and evaluate various sources and appropriately use them to build meaning around the topic [HUMANITIES 2, 4, 5]. | I can categorize, evaluate, and appropriately use sources across the breadth of the topic building meaning for today. | |
| I can identify critical thinking, inquiry and social studies practices. | I can use inquiry and social studies practices to gather information around the topic. | I can apply critical thinking, metacognitive strategies, and social studies practices to information on the topic/inquiry [HUMANITIES 3]. | I can use critical thinking, metacognitive strategies, and social studies practices to create a framework for critically considering and evaluating information. | |
| I can pose and accurately respond to basic informational type questions | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and accurately respond to questions about concepts/big ideas with an explanation of my thinking [HUMANITIES 1, 3, 4]. | I can pose and accurately respond to sophisticated questions which require the application of concepts/big ideas to a more universal setting. | |
| I can accept or believe something because I understand it. | I can accept or believe something if I think about it in a particular way. | I can accept or believe something because I know how to think about things in different ways [HUMANITIES 4, 5]. | I can hold opposing positions on issues because I understand that I am learning how to think in different ways. | |
| I can gather resources provided. | I can describe how the research/inquiry was completed | I can produce evidence and artifacts of research/inquiry [HUMANITIES 1, 2]. | I can create a way to do research/inquiry in the future. | |
| I can communicate information/facts in a single format. | I can effectively communicate information and concepts in two or more formats | I can create effective communication that conveys information, concepts and emotion to the audience in two or more formats [HUMANITIES 1, 3]. | I can design effective communication strategies that convey information, concepts and emotion to different audiences in two or more formats. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



## Evaluating

**The successful student can evaluate information and concepts contained in history, government, and social studies.**

**HGSS**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can recall facts from memory or retells the topic story or narrative. | I can demonstrate how the facts support specific concepts or big ideas of the topic. | I can demonstrate different ways facts might be interpreted to build meaning around the concepts or topic [HUMANITIES 1, 2, 4]. | I can apply the facts, concepts, big ideas, meaning of the topic to new or different issues and topics. | Standards 1, 2, 3, 4, 5 |
| I can recognize resources that might supply needed information. | I can categorize resources that will supply needed information. | I can categorize and evaluate various sources and appropriately use them to build meaning around the topic [HUMANITIES 2, 4, 5]. | I can categorize, evaluate, and appropriately use sources across the breadth of the topic building meaning for today. | |
| I can identify critical thinking, inquiry and social studies practices. | I can use inquiry and social studies practices to gather information around the topic. | I can apply critical thinking, metacognitive strategies, and social studies practices to information on the topic/inquiry [HUMANITIES 3]. | I can use critical thinking, metacognitive strategies, and social studies practices to create a framework for critically considering and evaluating information. | |
| I can pose and accurately respond to basic informational type questions | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and accurately respond to questions about concepts/big ideas with an explanation of my thinking [HUMANITIES 1, 3, 4]. | I can pose and accurately respond to sophisticated questions which require the application of concepts/big ideas to a more universal setting. | |
| I can accept or believe something because I understand it. | I can accept or believe something if I think about it in a particular way. | I can accept or believe something because I know how to think about things in different ways [HUMANITIES 4, 5]. | I can hold opposing positions on issues because I understand that I am learning how to think in different ways. | |
| I can gather resources provided. | I can describe how the research/ inquiry was completed | I can produce evidence and artifacts of research/inquiry [HUMANITIES 1, 2]. | I can create a way to do research/ inquiry in the future. | |
| I can communicate information/ facts in a single format. | I can effectively communicate information and concepts in two or more formats | I can create effective communication that conveys information, concepts and emotion to the audience in two or more formats [HUMANITIES 1, 3]. | I can design effective communication strategies that convey information, concepts and emotion to different audiences in two or more formats. | |

HGSS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



## Analyzing

The successful student can analyze the context of information and concepts contained in history, government, and social studies.

**HGSS**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| I can recall facts from memory or retell the topic story or narrative. | I can demonstrate how the facts support specific concepts or big ideas of the topic. | I can demonstrate different ways facts might be interpreted to build meaning around the concepts or topic [HUMANITIES 1, 2, 4]. | I can apply the facts, concepts, big ideas, meaning of the topic to new or different issues and topics. | Standards 1, 2, 3, 4, 5 |
| I can recognize resources that might supply needed information. | I can categorize resources that will supply needed information. | I can categorize and evaluate various sources and appropriately use them to build meaning around the topic [HUMANITIES 2, 4, 5]. | I can categorize, evaluate, and appropriately use sources across the breadth of the topic building meaning for today. | |
| I can identify critical thinking, inquiry and social studies practices. | I can use inquiry and social studies practices to gather information around the topic. | I can apply critical thinking, metacognitive strategies, and social studies practices to information on the topic/inquiry [HUMANITIES 3]. | I can use critical thinking, metacognitive strategies, and social studies practices to create a framework for critically considering and evaluating information. | |
| I can pose and accurately respond to basic informational type questions | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and accurately respond to questions about concepts/big ideas with an explanation of my thinking [HUMANITIES 1, 3, 4]. | I can pose and accurately respond to sophisticated questions which require the application of concepts/big ideas to a more universal setting. | |
| I can accept or believe something because I understand it. | I can accept or believe something if I think about it in a particular way. | I can accept or believe something because I know how to think about things in different ways [HUMANITIES 4, 5]. | I can hold opposing positions on issues because I understand that I am learning how to think in different ways. | |
| I can gather resources provided. | I can describe how the research/inquiry was completed | I can produce evidence and artifacts of research/inquiry [HUMANITIES 1, 2]. | I can create a way to do research/inquiry in the future. | |
| I can communicate information/facts in a single format. | I can effectively communicate information and concepts in two or more formats | I can create effective communication that conveys information, concepts and emotion to the audience in two or more formats [HUMANITIES 1, 3]. | I can design effective communication strategies that convey information, concepts and emotion to different audiences in two or more formats. | |

886

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



## Drawing Conclusions

**The successful student can draw conclusions about information and concepts contained in history, government, and social studies.**

| HGSS | | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can recall facts from memory or retells the topic story or narrative. | I can demonstrate how the facts support specific concepts or big ideas of the topic. | I can demonstrate different ways facts might be interpreted to build meaning around the concepts or topic [HUMANITIES 1, 2, 4]. | I can apply the facts, concepts, big ideas, meaning of the topic to new or different issues and topics. | Standards 1, 2, 3, 4, 5 |
| I can recognize resources that might supply needed information. | I can categorize resources that will supply needed information. | I can categorize and evaluate various sources and appropriately use them to build meaning around the topic [HUMANITIES 2, 4, 5]. | I can categorize, evaluate, and appropriately use sources across the breadth of the topic building meaning for today. | |
| I can identify critical thinking, inquiry and social studies practices. | I can use inquiry and social studies practices to gather information around the topic. | I can apply critical thinking, metacognitive strategies, and social studies practices to information on the topic/inquiry [HUMANITIES 3]. | I can use critical thinking, metacognitive strategies, and social studies practices to create a framework for critically considering and evaluating information. | |
| I can pose and accurately respond to basic informational type questions | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and accurately respond to questions about concepts/big ideas with an explanation of my thinking [HUMANITIES 1, 3, 4]. | I can pose and accurately respond to sophisticated questions which require the application of concepts/big ideas to a more universal setting. | |
| I can accept or believe something because I understand it. | I can accept or believe something if I think about it in a particular way. | I can accept or believe something because I know how to think about things in different ways [HUMANITIES 4, 5]. | I can hold opposing positions on issues because I understand that I am learning how to think in different ways. | |
| I can gather resources provided. | I can describe how the research/inquiry was completed | I can produce evidence and artifacts of research/inquiry [HUMANITIES 1, 2]. | I can create a way to do research/inquiry in the future. | Standards 1, 2, 3, 4, 5 |
| I can communicate information/facts in a single format. | I can effectively communicate information and concepts in two or more formats | I can create effective communication that conveys information, concepts and emotion to the audience in two or more formats [HUMANITIES 1, 3]. | I can design effective communication strategies that convey information, concepts and emotion to different audiences in two or more formats. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

9-12



## Researching

The successful student can research topics and concepts contained in history, government, and social studies.

**HGSS**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can recall facts from memory or retells the topic story or narrative. | I can demonstrate how the facts support specific concepts or big ideas of the topic. | I can demonstrate different ways facts might be interpreted to build meaning around the concepts or topic [HUMANITIES 1, 2, 4]. | I can apply the facts, concepts, big ideas, meaning of the topic to new or different issues and topics. | Standards 1, 2, 3, 4, 5 |
| I can recognize resources that might supply needed information. | I can categorize resources that will supply needed information. | I can categorize and evaluate various sources and appropriately use them to build meaning around the topic [HUMANITIES 2, 4, 5]. | I can categorize, evaluate, and appropriately use sources across the breadth of the topic building meaning for today. | |
| I can identify critical thinking, inquiry and social studies practices. | I can use inquiry and social studies practices to gather information around the topic. | I can apply critical thinking, metacognitive strategies, and social studies practices to information on the topic/inquiry [HUMANITIES 3]. | I can use critical thinking, metacognitive strategies, and social studies practices to create a framework for critically considering and evaluating information. | |
| I can pose and accurately respond to basic informational type questions | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and accurately respond to questions about concepts/big ideas with an explanation of my thinking [HUMANITIES 1, 3, 4]. | I can pose and accurately respond to sophisticated questions which require the application of concepts/ big ideas to a more universal setting | Standards 1, 2, 3, 4, 5 |
| I can accept or believe something because I understand it. | I can accept or believe something if I think about it in a particular way. | I can accept or believe something because I know how to think about things in different ways [HUMANITIES 4, 5]. | I can hold opposing positions on issues because I understand that I am learning how to think in different ways. | |
| I can gather resources provided. | I can describe how the research/ inquiry was completed | I can produce evidence and artifacts of research/inquiry [HUMANITIES 1, 2]. | I can create a way to do research/ inquiry in the future. | |
| I can communicate information/ facts in a single format. | I can effectively communicate information and concepts in two or more formats | I can create effective communication that conveys information, concepts and emotion to the audience in two or more formats [HUMANITIES 1, 3]. | I can design effective communication strategies that convey information, concepts and emotion to different audiences in two or more formats. | |

<div style="writing-mode: vertical-lr">HGSS PERFORMANCE-BASED ASSESSMENT</div>

888

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



## Making Connections and Relevance

**The successful student can make connections and find relevance between topics and concepts contained in history, government, social studies, and their world.**

HGSS

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can recall facts from memory or retells the topic story or narrative. | I can demonstrate how the facts support specific concepts or big ideas of the topic. | I can demonstrate different ways facts might be interpreted to build meaning around the concepts or topic [HUMANITIES 1, 2, 4]. | I can apply the facts, concepts, big ideas, meaning of the topic to new or different issues and topics. | Standards 1, 2, 3, 4, 5 |
| I can recognize resources that might supply needed information. | I can categorize resources that will supply needed information. | I can categorize and evaluate various sources and appropriately use them to build meaning around the topic [HUMANITIES 2, 4, 5]. | I can categorize, evaluate, and appropriately use sources across the breadth of the topic building meaning for today. | |
| I can identify critical thinking, inquiry and social studies practices. | I can use inquiry and social studies practices to gather information around the topic. | I can apply critical thinking, metacognitive strategies, and social studies practices to information on the topic/inquiry [HUMANITIES 3]. | I can use critical thinking, metacognitive strategies, and social studies practices to create a framework for critically considering and evaluating information. | |
| I can pose and accurately respond to basic informational type questions | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and accurately respond to questions about concepts/big ideas with an explanation of my thinking [HUMANITIES 1, 3, 4]. | I can pose and accurately respond to sophisticated questions which require the application of concepts/big ideas to a more universal setting. | |
| I can accept or believe something because I understand it. | I can accept or believe something if I think about it in a particular way. | I can accept or believe something because I know how to think about things in different ways [HUMANITIES 4, 5]. | I can hold opposing positions on issues because I understand that I am learning how to think in different ways. | |
| I can gather resources provided. | I can describe how the research/inquiry was completed | I can produce evidence and artifacts of research/inquiry [HUMANITIES 1, 2]. | I can create a way to do research/inquiry in the future. | |
| I can communicate information/facts in a single format. | I can effectively communicate information and concepts in two or more formats | I can create effective communication that conveys information, concepts and emotion to the audience in two or more formats [HUMANITIES 1, 3]. | I can design effective communication strategies that convey information, concepts and emotion to different audiences in two or more formats. | |

HGSS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**HGSS PERFORMANCE-BASED ASSESSMENT**

## Making Claims and Supporting with Evidence

**The successful student can make a claim about topics and concepts contained in history, government, and social studies and support that claim with evidence and argument.**

**HGSS**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can recall facts from memory or retells the topic story or narrative. | I can demonstrate how the facts support specific concepts or big ideas of the topic. | I can demonstrate different ways facts might be interpreted to build meaning around the concepts or topic [HUMANITIES 1, 2, 4]. | I can apply the facts, concepts, big ideas, meaning of the topic to new or different issues and topics. | Standards 1, 2, 3, 4, 5 |
| I can recognize resources that might supply needed information. | I can categorize resources that will supply needed information. | I can categorize and evaluate various sources and appropriately use them to build meaning around the topic [HUMANITIES 2, 4, 5]. | I can categorize, evaluate, and appropriately use sources across the breadth of the topic building meaning for today. | |
| I can identify critical thinking, inquiry and social studies practices. | I can use inquiry and social studies practices to gather information around the topic. | I can apply critical thinking, metacognitive strategies, and social studies practices to information on the topic/inquiry [HUMANITIES 3]. | I can use critical thinking, metacognitive strategies, and social studies practices to create a framework for critically considering and evaluating information. | |
| I can pose and accurately respond to basic informational type questions | I can pose and accurately respond to multi-part questions with an explanation of my thinking. | I can pose and accurately respond to questions about concepts/big ideas with an explanation of my thinking [HUMANITIES 1, 3, 4]. | I can pose and accurately respond to sophisticated questions which require the application of concepts/big ideas to a more universal setting. | |
| I can accept or believe something because I understand it. | I can accept or believe something if I think about it in a particular way. | I can accept or believe something because I know how to think about things in different ways [HUMANITIES 4, 5]. | I can hold opposing positions on issues because I understand that I am learning how to think in different ways. | |
| I can gather resources provided. | I can describe how the research/inquiry was completed | I can produce evidence and artifacts of research/inquiry [HUMANITIES 1, 2]. | I can create a way to do research/inquiry in the future. | |
| I can communicate information/facts in a single format. | I can effectively communicate information and concepts in two or more formats | I can create effective communication that conveys information, concepts and emotion to the audience in two or more formats [HUMANITIES 1, 3]. | I can design effective communication strategies that convey information, concepts and emotion to different audiences in two or more formats. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

890



9-12

# EL HGSS

It is important to recognize that students who receive ESOL Services have equitable access to all instructional opportunities and activities offered to their peers. Their participation in core content with individualized accommodations, modifications, and supports makes it possible for them to do so. Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. All students are taught academic content for their enrolled grade level. Competencies for this population are the same as for students following the general education curriculum. However, the measurement tables for this population align to The Kansas Standards for English Learners. These standards create a foundation upon which successful English language instruction is built. The premise of these standards is supporting individual students to gain a level of proficiency with the English language that allows them to be highly successful in obtaining grade level academic standards in as short of time as possible. Both social English and academic English are required to attain mastery of the English language and of school success. These standards below frame expectations of "what students need to know and be able to do" from a level 1 to level 4 of English fluency and how that relates to a mastery level.

**Special Note:** These standards are grade banded and overarching. Some competencies are designed with the end in mind. Therefore, a student in 9th -10th grade may be at a level 1 or 2, but is expected to progress to a level 3 or 4 by grades 11 and 12.

| HGSS | EL | | | |
|------|------|------|------|------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can echo read a numerical math problem to approximate the model reader in accuracy. | A successful level 2 EL student can read decodable word problems while relying on picture clues for accuracy and understanding with some prompting and support. | A successful level 3 EL student can read near grade level text with some errors and some dis-fluency while relying on strategies such as pictures, context to confirm understanding and rereading to self-correct with support, if needed. | A successful level 4 EL student can read on-level texts with purpose and understanding with accuracy, appropriate rate, and expression by rereading when necessary with some errors and self-correction. | EL.RF.11-12.4 |
| A successful level 1 EL student can point to a picture and/or a single word in response to a direct text-dependent question. | A successful level 2 EL student can highlight key information in the text to direct text-dependent questions. | A successful level 3 EL student can cite textual evidence in response to an explicit text-dependent question. | A successful level 4 EL student can cite textual evidence in response to explicit or implicit text-dependent questions. | EL.R.11-12.1 |
| A successful level 1 EL student can identify various text features and utilize them to comprehend text. | A successful level 2 EL student can produce a single word or phrase to explain an important concept found in text. | A successful level 3 EL student can produce complete sentences to explain the purpose or argument when considering historical and/or geographical context. | A successful level 4 EL student can present the fundamental purpose, arguments, or premises that are important for one to understand after repeated interaction with historical and/or geographical content. | EL.R.11-12.8 |

EL HGSS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**EL HGSS PERFORMANCE-BASED ASSESSMENT**

| HGSS | EL | | | |
|------|------|------|------|------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can offer single-word responses that can indicate agreement or disagreement (yes/no), draw, and/or point to pictures. | A successful level 2 EL student can use content vocabulary words from text to better comprehend the text and write about it. | A successful level 3 EL student can use knowledge about content language to comprehend basic historical content and/or geographical content. | A successful level 4 EL student can use knowledge about content language and how it functions to better comprehend historical and/or geographical content. | EL.R.11-12.10 |
| A successful level 1 EL student can use context clues or reference material to understand HGSS vocabulary. | A successful level 2 EL student can determine the meaning of unknown words and phrases by using context clues or consulting reference material to understand or verify the meaning, the text and write about it. | A successful level 3 EL student can determine the meaning of unknown words and phrases by using context clues or consulting reference material to understand or verify the meaning of a word or phrase. | A successful level 4 EL student can determine the meaning of unknown words and phrases by using context clues or consulting reference material to understand or verify the meaning, part of speech or etymology of the word or phrase. | EL.R.11-12.11 |
| A successful level 1 EL student can point to a picture or sight word in a simple paragraph. | A successful level 2 EL student can read simple paragraphs. | A successful level 3 EL student can use reading strategies, modified text to read appropriate nonfiction. | A successful level 4 EL student can read and comprehend appropriate nonfiction at the lower range of the grade-level band of quantitative and qualitative complexity for Grade 11-12. | EL.R.11-12.13 |
| A successful level 1 EL student can produce writing that consists of copied text or simple words about science topics with a lot of support and scaffolding. | A successful level 2 EL student can produce writing that shows some organization with regard to task and audience. | A successful level 3 EL student can produce writing that begins to develop an idea with organization included that is relevant to the task and audience. | A successful level 4 EL student can produce organized writing that develops an idea, and is appropriate for task and purpose. | EL.W.11-12.4 |
| A successful level 1 EL student can draw or illustrate to express thoughts. Copy and/or write words/phrases for a purpose over short time frames. Invented spelling may be used. | A successful level 2 EL student can demonstrate ability to use written expression through simple sentences. A mix of words and drawings or illustrations may be used. | A successful level 3 EL student can write complete sentences to form a paragraph for a discipline-specific task and audience over an extended time frame. | A successful level 4 EL student can write well-organized cohesive paragraphs appropriate to task, purpose and audience. | EL.W.11-12.12 |
| A successful level 1 EL student can offer single-word responses that indicate agreement or disagreement (yes/no). | A successful level 2 EL student can respond in simple sentences when addressed and show engagement even with limited participation. Follow the rules of discussion. | A successful level 3 EL student can participate in the discussion by exchanging ideas and comments and responding to and/or asking questions. | A successful level 4 EL student can follow the format of the discussion and participate in conversations through multiple exchanges building on others' ideas or expressing their own. | EL.SL.11-12.1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

| HGSS | EL | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can engage with media to comprehend a topic through pictures. | A successful level 2 EL student can engage with the media to learn information about a topic. Express facts learned in a few words and/or simple sentences. | A successful level 3 EL student can combine multiple sources of information. | A successful level 4 EL student can combine multiple sources and formats of information to make decisions and solve problems. Know to utilize credible sources and data. | EL.SL.11-12.2 |
| A successful level 1 EL student can provide a basic written, drawn, or spoken explanation about the speaker's topic. | A successful level 2 EL student can identify the speaker's main point of view or emphasis. | A successful level 3 EL student can identify the speaker's main point of view and emphasis and some contextual words used. | A successful level 4 EL student can identify the speaker's point of view, reasoning and evidence, contextual words, point of emphasis and ask questions around the speaker's reasoning. | EL.SL.11-12.3 |
| A successful level 1 EL student can draw a picture or provide a basic description of a historical text. | A successful level 2 EL student can produce reasoning within a historical and/or geographical context. | A successful level 3 EL student can present information from one point of view supported with clear evidence. | A successful level 4 EL student can present information that supports evidence and that is clear and appropriate to purpose. | EL.SL.11-12.4 |
| A successful level 1 EL student can offer single-word responses that indicate agreement or disagreement, draw, and/or point to pictures within a graphic organizer. Repeat names of these frequently used words or remain in silent period absorbing surroundings. | A successful level 2 EL student can acquire and produce high-frequency social studies vocabulary. | A successful level 3 EL student can acquire and produce grade-appropriate academic and domain-specific words and phrases. | A successful level 4 EL student can acquire and use grade-appropriate general academic and domain-specific words and phrases accurately. Demonstrate independence in gathering vocabulary knowledge. | EL.SL.11-12.8 |

EL HGSS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 9-12**

MATHEMATICS PERFORMANCE-BASED ASSESSMENT

# Mathematics

A successful student can apply and interpret units while modeling problems, formulas, graphs, and data to ensure a sensible outcome.

## Mathematics

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can recognize and label appropriate units based on given information. | I can compare and contrast various units and am able to distinguish their characteristics. | I can use units as a way to understand problems and to guide the solution of multi-step problems [STEAM 3, 4].. | I can apply units in a problem for the purpose of real-world design and context. | N.Q.1, N.Q.2, N.Q.3 |
| I can define appropriate quantities for the purpose of descriptive modeling. | I can choose and interpret units consistently in formulas. | | | |
| I can use estimation at a basic level to understand whether or not an answer is appropriate. | I can choose the appropriate level of accuracy on measurement when reporting quantities. | I can draw appropriate conclusions with a necessary level of accuracy depending on the real-world context [STEAM 3].. | | |
| I can identify place value and use rounding accurately. | I can choose and interpret the scale and the origin in graphs and data displays. | | | |

A successful student can write and interpret appropriate equivalent forms of an expression to explain different properties of the quantities represented in real-world context.

## Mathematics

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can interpret parts of an expression, such as terms, factors, coefficients, and like terms. | I can interpret expressions that represent a quantity in terms of its context. | I can rewrite expressions by factoring, completing the square, and using exponent rules [STEAM 1,4].. | | A.SSE.1, A.SSE.2, A.SSE.3 |
| | I can rewrite expressions by combining like terms. | | | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

894

**9-12**

**A successful student can model, solve, identify, interpret, and apply equations/inequalities and systems of equations/inequalities to explain authentic or hypothetical situations using math as the authority.**

**Mathematics**

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can solve equations in one variable. | I can solve linear inequalities. | I can explain and justify each step in solving an equation/inequality [STEAM 2, 4]. | I can apply my solutions of equations/inequalities to aid in decision making. | A.REI.1, A.REI.2, A.REI.3, A.REI.5, A.REI.6, A.REI.8, A.REI.9, A.REI.10, A.CED.1, A.CED.2, A.CED.3, A.CED.4 |
| | | I can solve for a given variable in a formula or equation/inequality [STEAM 4].. | | |
| I can solve a quadratic equation by interpreting a graph. | I can solve quadratic equations by taking roots. | I can solve quadratic equations by factoring, completing the square, and by using the quadratic formula [STEAM 4].. | | |
| I can identify solutions to a system of equations/inequalities by observing a graph. | I can interpret solutions to a system of equations/equalities by utilizing a graph. | I can solve a system of equations/inequalities (linear, quadratic, and/or absolute value) by any method [STEAM 4].. | I can solve a system of equations/inequalities (polynomial, rational, exponential, and/or logarithmic) by any method. | |
| I can read a word problem in a mathematical context and identify key words/numbers in the problem, omitting unnecessary info. | I can construct an equation or mathematical representation of information gathered from a word problem. | I can solve a word problem and interpret the solution(s) [STEAM 1, 2, 4].. | I can apply my solutions to word problems to aid in decision making. | |
| I can identify multiple representations of a mathematical situation (graphs, tables, word problems, equations) in one or two variables. | I can compare and contrast multiple representations of a mathematical situation to determine which representation is most appropriate. | I can construct/model multiple representations for a given situation (graphs, tables, word problems, equations) in one or two variables [STEAM 2]. | I can create a model in the appropriate representation based on my own investigation and inquiry. | |
| | I can identify key aspects of multiple representations of a mathematical situation. | I can analyze key aspects from multiple representation of a mathematical situation to aid in decision-making in a real world context [STEAM 1, 3]. | | |

MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**A successful student can solve, analyze and apply Linear, Quadratic, Exponential functions using different representations to explain situations using math as the authority.**

## Mathematics

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can identify the domain and range as the input and output of a function. | I can describe the domain and range in the context of a graph. | I can find the domain and range and state them using function notation [STEAM 1,3].. | | F.IF.1, F.IF.2, F.IF.4, F.IF.5, F.IF.6, F.IF.7, F.IF.8, F.IF.9, F.BF.1, F.BF.2, F.LQE.1, F.LQE.2, A.APR.1, A.APR.2 |
| I can identify the type of function through multiple representations. | I can identify key features of basic functions (linear, quadratic, absolute value). Key features include intercepts, symmetries, max and mins (vertices), and increasing and decreasing intervals. | I can graph basic functions (linear, quadratic, and absolute value functions) [STEAM 2].. | I can graph advanced functions (rational, exponential, cube root, logarithmic, piece-wise, polynomial, and trigonometric. | |
| | | I can analyze the key features of basic functions to aid in decision making. Key features include intercepts, symmetries, max and mins (vertices), and increasing and decreasing intervals [STEAM 1, 3, 4].. | I can analyze the key features in advanced functions to aid in decision making. Key features include relative maximums and minimums, end behavior, and periodicity. | |
| | | I can compare properties of two functions using a variety of representations (algebraically, graphically, tables, and verbal description) [STEAM 1, 3].. | I can combine multiple functions to model complex real world relationships. | |
| I can identify slope as the constant rate of change of a function. | I can calculate the average rate of change of a function. | I can interpret the average rate of change of a function [STEAM 1, 3].. | I can analyze the average rate of change of a function to aid in decision making. | |
| I can identify the different forms of a linear function (point-slope, slope-intercept, and standard). | I can interpret key aspects of the different forms of a linear function. | I can write linear functions in different but equivalent forms (point-slope, slope-intercept, and standard) [STEAM 2].. | I can write polynomial functions in different but equivalent forms to find zeros, extreme values, symmetry, etc. | |
| I can identify a polynomial by its number of terms. | I can add and subtract polynomials. | I can multiply polynomials [STEAM 4].. | I can factor higher degree polynomials and identify that some polynomials are prime. | |
| I can identify a pattern as arithmetic or geometric. | I can continue the pattern of a arithmetic or geometric sequence. | I can write an arithmetic sequence equation given the pattern [STEAM 1].. | I can write a geometric sequence equation given the pattern. | |

MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

896

**9-12**

A successful student can apply geometric shapes, measurements and properties by validating/ communicating/ proving arguments and modeling to describe objects and then apply to solve and design problems.

## Mathematics

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can identify rigid transformations. | I can model and describe rigid transformations. | I can apply rigid transformations to discover properties of lines, angles, and polygons [STEAM 1, 4].<br><br>I can describe a sequence of rigid transformations of how a shape is mapped to its image [STEAM 2, 4]. | I can recognize rigid transformations as functions that take points in the plane as inputs and give other points as outputs. | G.CO.1, G.CO.2, G.CO.3, G.CO.4, G.CO.7, G.CO.8, G.CO.9, G.CO.10, G.MG.1, G.MG.3 |
| I can identify key aspects of lines and angle relationships. | I can determine measured angle relationships (congruent, supplementary, complimentary) based on the geometric angle relationships. | I can find missing angle measures based on their geometric relationships given a diagram [STEAM 1, 4]. | I can use geometric shapes, their measures, and their properties to describe objects. | |
| I can identify the characteristics of a triangle. | I can categorize triangles based on side lengths and/or angle measures. | I can construct arguments about one triangle using theorems [STEAM 2, 4].<br><br>I can construct arguments about the relationships between two congruent triangles using theorems (SSS, SAS, ASA, AAS, and HL) [STEAM 2, 4]. | I can apply geometric methods to solve design problems. | G.CO.1, G.CO.2, G.CO.3, G.CO.4, G.CO.7, G.CO.8, G.CO.9, G.CO.10, G.MG.1, G.MG.3 |
| I can define congruence in the context of plane figures. | I can compare and contrast congruent and non-congruent plane figures. | I can construct arguments about plane figures using Theorems [STEAM 2, 4]. | | |
| I can identify the key aspects of a quadrilateral. | I can categorize quadrilaterals based on characteristics. | I can construct arguments about quadrilaterals using theorems [STEAM 2, 4]. | | |

MATHEMATICS PERFORMANCE-BASED ASSESSMENT



**A successful student can use algebraic concepts by explaining arguments and creating proofs to validate geometric concepts and apply in a real world context.**

## Mathematics

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can define slope, distance, and midpoint. | I can write and use midpoint and distance formulas. | I can use coordinates to prove simple geometric theorems algebraically, using slope, distance, midpoint formulas [STEAM 2, 4]. | | G.GPE.1, G.GPE.6, G.GPE.7, G.GPE.8, G.GMD.1, G.GMD.2, G.MG.2 |
| I can define and identify parallel and perpendicular lines. | I can recognize the relationship between the slopes of parallel and perpendicular lines. | I can prove the slope criteria for parallel and perpendicular lines and use them to solve geometric problems [STEAM 2, 4]. | | |
| I can recall area formulas of basic polygons. | I can find the missing parts of a polygon based on its perimeter and/or area. | I can use coordinates to compute perimeters of polygons and areas of triangles and rectangles [STEAM 1, 4]. | | |
| I can compute the perimeter of regular polygons. | I can compute the perimeter of irregular polygons and the circumference of a circle. | | | |
| I can recall volume formulas of basic 3D solids (prisms, pyramids, cones). | I can calculate volumes of basic 3D solids (prisms, pyramids, cones). | I can explain volume formulas of basic 3D solids and use them to solve problems [STEAM 1, 2, 4]. | I can apply concepts of density and displacement based on area and volume in modeling situations. | |
| I can recognize a conic section as a circle based on an equation. | I can compare circles based on their equations. | I can write the equation of a circle centered at the origin given the radius [STEAM 1]. | I can write the equation of a circle not centered at the origin given the radius or graph of the circle. | |
| | | | I can write equations of conic sections, given key characteristics or a graph. | |
| | | I can graph a circle given the center and the radius in coordinate plane [STEAM 1]. | I can use the center and radius to graph the circle in the coordinate plane. | |
| | | | I can graph the conic sections given key characteristics and equations. | |

MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

898

**9-12**

**A successful student can demonstrate understanding of similarity and trigonometric ratios by constructing and explaining to validate geometric concepts and apply in a real-world context.**

### Mathematics

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---------|---------|---------|---------|-----------|
| I can define and identify dilations. | I can compare and contrast dilations with rigid transformations.<br><br>I can recognize transformations as functions and describe the effects of dilations on two-dimensional figures. | I can use geometric constructions to verify the properties of dilations given a center and scale factor [STEAM 1]. | | G.SRT.1, G.SRT.2, G.SRT.3, G.SRT.4, G.SRT.5, G.SRT.6, G.SRT.7, G.SRT.8, G.SRT.9, G.C.1 |
| I can recognize similarity in two geometric figures, including the similarity of all circles. | I can understand the meaning of similarity of 2-Dimensional figures as the equality of corresponding pairs of angles and the proportionality of all corresponding pairs of sides. | I can describe a sequence of transformations that exhibits the similarity between two similar figures [STEAM 2, 4].<br><br>I can construct arguments about triangles using the concept of similarity [STEAM 2, 4].<br><br>I can use congruence and similarity criteria for triangles to solve problems and to prove relationships in geometric figures. [STEAM 4] | | |
| I can identify the parts of a right triangle.<br><br>I can recall the trigonometric ratios in relationship to the sides and angles of a right triangle. | I can identify the relationships between the legs of a right triangle and the non-right angles.<br><br>I can explain and use the relationships between the sine and cosine of complementary angles. | I can use basic trigonometric ratios and the Pythagorean Theorem to solve right triangles in applied problems [STEAM 4]. | I can use the Law of Sines and Law of Cosines to solve any triangle. | |

MATHEMATICS PERFORMANCE-BASED ASSESSMENT



**MATHEMATICS PERFORMANCE-BASED ASSESSMENT**

**A successful student can summarize, model, interpret, and predict data using different representations to make informed, justifiable decisions.**

### Mathematics

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can identify different data set representations (dot plots, histograms, frequency tables, and box plots). | I can construct and use statistics, in different representations, in data sets to compare the data and the spread. | I can interpret differences in shape, center, and spread in the context of data sets, accounting for possible outliers. [STEAM 3] | I can evaluate/explain reports based on data. | S.ID.1, S.ID.2, S.ID.4, S.ID.6 |
| | | I can interpret the slope and intercept of a linear model in the context of data. [STEAM 3] | I can make informed decisions in a real world context based on data. | |

Clerk of the District Court, Johnson County Kansas
05/03/21 01:59pm MM
Kansas State Department of Education | www.ksde.org

900

**GRADE BAND 9-12**

# EL Mathematics

It is important to recognize that students who receive ESOL Services have equitable access to all instructional opportunities and activities offered to their peers. Their participation in core content with individualized accommodations, modifications, and supports makes it possible for them to do so. Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. All students are taught academic content for their enrolled grade level. Competencies for this population are the same as for students following the general education curriculum. However, the measurement tables for this population align to The Kansas Standards for English Learners. These standards create a foundation upon which successful English language instruction is built. The premise of these standards is supporting individual students to gain a level of proficiency with the English language that allows them to be highly successful in obtaining grade level academic standards in as short of time as possible. Both social English and academic English are required to attain mastery of the English language and of school success. These standards below frame expectations of "what students need to know and be able to do" from a level 1 to level 4 of English fluency and how that relates to a mastery level.

**Special Note:** These standards are grade banded and overarching. Some competencies are designed with the end in mind. Therefore, a student in 9th -10th grade may be at a level 1 or 2, but is expected to progress to a level 3 or 4 by grades 11 and 12.

| Mathematics | EL | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can echo read a numerical math problem to approximate the model reader in accuracy. | A successful level 2 EL student can read decodable word problems while relying on picture clues for accuracy and understanding with some prompting and support. | A successful level 3 EL student can read near grade level text with some errors and some dis-fluency while relying on strategies such as pictures, context to confirm understanding and rereading to self-correct with support, if needed. | A successful level 4 EL student can read on-level texts with purpose and understanding with accuracy, appropriate rate, and expression by rereading when necessary with some errors and self-correction. | EL.RF.11-12.4 |
| A successful level 1 EL student can point to a picture and/or a single word in response to a direct text-dependent question. | A successful level 2 EL student can highlight key information in the text to direct text-dependent questions. | A successful level 3 EL student can cite textual evidence in response to an explicit text-dependent question. | A successful level 4 EL student can cite textual evidence in response to explicit or implicit text-dependent questions. | EL.R.11-12.1 |
| A successful level 1 EL student can identify various components of the word problem and utilize them to solve the problem. | A successful level 2 EL student can produce a single word or phrase to explain an important component of the word problem after listening to text. | A successful level 3 EL student can produce complete sentences to explain the purpose or argument when solving a system of equations. | A successful level 4 EL student can present the fundamental purpose, arguments, or premises that are important for one to understand after repeated interaction with mathematical practices. | EL.R.11-12.8 |
| A successful level 1 EL student can offer single-word responses that can indicate agreement or disagreement (yes/no), draw, and/or point to pictures. | A successful level 2 EL student can use mathematical vocabulary words from text to better comprehend the text and write about it. | A successful level 3 EL student can use knowledge about mathematical language to comprehend basic story problems and expressions. | A successful level 4 EL student can use knowledge about mathematical language and how it functions to better comprehend story problems and expressions. | EL.R.11-12.10 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**9.12**

**EL MATHEMATICS PERFORMANCE-BASED ASSESSMENT**

| Mathematics | EL | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can use context clues or reference material (mathematical dictionary) to understand words. | A successful level 2 EL student can determine the meaning of unknown words and phrases by using context clues or consulting reference material to understand or verify the meaning, the text and write about it. | A successful level 3 EL student can determine the meaning of unknown words and phrases by using context clues or consulting reference material to understand or verify the meaning of a word or phrase. | A successful level 4 EL student can determine the meaning of unknown words and phrases by using context clues or consulting reference material to understand or verify the meaning, part of speech or etymology of the word or phrase. | EL.R.11-12.11 |
| A successful level 1 EL student can point to a picture or sight word in a simple story problem. | A successful level 2 EL student can read simple paragraphs and story problems. | A successful level 3 EL student can use reading strategies, modified text to read appropriate nonfiction. | A successful level 4 EL student can read and comprehend appropriate nonfiction at the lower range of the grade-level band of quantitative and qualitative complexity for Grade 11-12. | EL.R.11-12.13 |
| A successful level 1 EL student can produce writing that consists of copied text or simple words about mathematical topics with a lot of support and scaffolding. | A successful level 2 EL student can produce writing that shows some organization with regard to task and audience. | A successful level 3 EL student can produce writing that begins to develop an idea with organization included that is relevant to the task and audience. | A successful level 4 EL student can produce organized writing that develops an idea, and is appropriate for task and purpose. | EL.W.11-12.4 |
| A successful level 1 EL student can draw or illustrate to express thoughts. Copy and/or write words/phrases for a purpose over short time frames. Invented spelling may be used. | A successful level 2 EL student can demonstrate ability to use written expression through simple sentences. A mix of words and drawings or illustrations may be used. | A successful level 3 EL student can write complete sentences to form a paragraph for a discipline-specific task and audience over an extended time frame. | A successful level 4 EL student can write well-organized cohesive paragraphs appropriate to task, purpose and audience. | EL.W.11-12.12 |
| A successful level 1 EL student can offer single-word responses that indicate agreement or disagreement (yes/no). | A successful level 2 EL student can respond in simple sentences when addressed and show engagement even with limited participation. Follow the rules of discussion. | A successful level 3 EL student can participate in the discussion by exchanging ideas and comments and responding to and/or asking questions. | A successful level 4 EL student can follow the format of the discussion and participate in conversations through multiple exchanges building on others' ideas or expressing their own. | EL.SL.11-12.1 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
902  Kansas State Department of Education | www.ksde.org

| Mathematics | EL | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can engage with media to comprehend a topic through pictures. | A successful level 2 EL student can engage with the media to learn information about a topic. Express facts learned in a few words and/or simple sentences. | A successful level 3 EL student can combine multiple sources of information. | A successful level 4 EL student can combine multiple sources and formats of information to make decisions and solve problems. Know to utilize credible sources and data. | EL.SL.11-12.2 |
| A successful level 1 EL student can provide a basic written, drawn, or spoken explanation about the speaker's topic. | A successful level 2 EL student can identify the speaker's main point of view or emphasis. | A successful level 3 EL student can identify the speaker's main point of view and emphasis and some contextual math words used. | A successful level 4 EL student can identify the speaker's point of view, reasoning and evidence, contextual math words, point of emphasis and ask questions around the speaker's reasoning. | EL.SL.11-12.3 |
| A successful level 1 EL student can draw a picture or provide a basic description of a story problem or mathematical expression. | A successful level 2 EL student can produce reasoning around how to solve a story problem or mathematical expression. | A successful level 3 EL student can present information from one point of view supported with clear evidence. | A successful level 4 EL student can present information that supports evidence and that is clear and appropriate to purpose. | EL.SL.11-12.4 |
| A successful level 1 EL student can offer single-word responses that indicate agreement or disagreement, draw, and/or point to pictures within a graphic organizer. Repeat names of these frequently used words or remain in silent period absorbing surroundings. | A successful level 2 EL student can acquire and produce high-frequency math words. | A successful level 3 EL student can acquire and produce grade-appropriate academic and domain-specific words and phrases. | A successful level 4 EL student can acquire and use grade-appropriate general academic and domain-specific words and phrases accurately. Demonstrate independence in gathering vocabulary knowledge. | EL.SL.11-12.8 |

EL MATHEMATICS PERFORMANCE-BASED ASSESSMENT

**GRADE BAND 9-12**

# Science

## Physical Science

**A successful student can apply atomic-level knowledge of the structure and properties of matter to predict and investigate the outcomes of chemical reactions in terms of both matter and energy.**

| Science | Physical Science | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify the different types of subatomic particles.<br><br>I can describe chemical and atomic properties. | I can predict chemical and atomic properties using the periodic table. | I can explain chemical and atomic properties by examining the relative placement of elements on the periodic table. | I can predict how elements will react with one another given their placement on the periodic table. | *HS-PS1-1,* HS-PS1-3, *HS-PS1-8,* HS-PS2-6, HS-PS-1-2, *HS-PS-1-4, HS-PS-1-5, HS-PS-1-6,* HS-PS-1-7 Italicized standards are considered extended standards within the competency. |
| I can identify the forces between particles that hold substances together. | I can measure or record different bulk properties of matter and its physical changes. | I can investigate different bulk properties of matter and its physical changes [STEAM 4]. | I can investigate and evaluate different bulk properties of matter and its physical changes in a real-world application. | |
| I can describe molecular properties of designed materials. | I can communicate the function of a designed material based upon its molecular properties. | I can evaluate the function of a designed material based upon its molecular properties [STEAM 4]. | I can propose the use of a material to solve a real-world problem based on that material's molecular properties. | |
| I can describe the chemical properties that can change during a chemical reaction.<br><br>I can identify changes in chemical reaction rates. | I can use evidence to explain changes in chemical reaction rates. | I can collect and use evidence to explain changes in chemical reaction rates [STEAM 2]. | I can conduct a chemical reaction in which I am able to control the reaction rate by manipulating multiple variables within the reaction. | |
| I can recognize that mass is conserved during chemical reactions. | I can use mathematical representations to support an argument for the conservation of mass in a chemical reaction. | I can use evidence and mathematical representations to support an argument for the conservation of mass in a chemical reaction [STEAM 1 and 2]. | I can plan, conduct, and communicate the results of a chemical reaction that supports that mass is conserved during a chemical reaction. | |

*SCIENCE PERFORMANCE-BASED ASSESSMENT*

Clerk of the District Court, Johnson County Kansas
05/03/21 01:59pm MM
Kansas State Department of Education | www.ksde.org

**9-12**

A successful student can describe the relationships among forces and motion to predict and investigate interactions between objects within systems of objects.

| Science | Physical Science | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can recall Newton's second law of motion. | I can compare the effects of forces on an object's motion. | I can analyze evidence that supports Newton's second law of motion (STEAM 2) | I can apply Newton's second law of motion to a real-world situation to solve a problem. | HS-PS2-1, *HS-PS2-2*, HS-PS2-3, *HS-PS2-4*, HS-PS2-5 Italicized standards are considered extended standards within the competency. |
| I can use Newton's second law of motion to describe force and motion. | | | | |
| I can explain the concept of conservation of momentum. | I can use a mathematical representation to support the claim there is conservation of momentum in a system. | I can use mathematical representations to explain the conservation of momentum. [STEAM 1]. | I can plan, conduct, and communicate the results of an experiment that illustrates conservation of momentum, including graphical representations of the results. | |
| I can describe forces that act at a distance. | I can predict forces that act at a distance. | I can use mathematical representations to describe and predict forces that act at a distance [STEAM 1]. | I can design and use a model and mathematical representations to describe and predict forces that act at a distance in everyday life. | |

SCIENCE PERFORMANCE-BASED ASSESSMENT



**SCIENCE PERFORMANCE-BASED ASSESSMENT**

A successful student can apply knowledge of energy transfer, transformation, and conservation to evaluate and question energy use and consumption on Earth; examine waves and electromagnetic radiation as a method of sending and storing information in the 21st century to ask questions about methods of communication.

| Science | Physical Science | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can use objects' positions and motions to describe their energy. | I can use the position and motion of objects to develop and use models that illustrate changes in energy. | I can use the position and motion of objects to develop and use models that explain the changes in energy [STEAM 1]. | I can apply my knowledge of energy change due to an object's' position and motion to a real-world scenario. | HS-PS3-1, HS-PS3-2, HS-PS3-3, *HS-PS3-4, HS-PS3-5,* HS-PS4-1, |
| I can describe the various ways in which energy can be converted from one form to another. | I can describe a design that involves the conversion of energy. | I can refine a design that involves the conversion of energy [STEAM 4]. | I can refine a design that involves multiple conversions of energy. | HS-PS4-2, HS-PS4-3, *HS-PS4-4,* HS-PS4-5 Italicized standards are considered extended standards within the competency. |
| I can describe how waves behave in different media. | I can use mathematical representations to explain how waves behave in different media. | I can use mathematical representations and models to explain how waves behave in different media [STEAM 1]. | I can plan and conduct an investigation that allows me to collect data on how waves behave in different media. | |
| I can identify the advantages of using digital information over analog. | I can evaluate questions about the advantages of using digital information over analog. | I can evaluate questions and data about the advantages of using digital information over analog [STEAM 3 and 4]. | I can formulate my own opinion about the use of digital and/or analog information and express my opinion clearly and respectfully to others. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**9-12**

## Engineering Design

**A successful student can use engineering design by defining and analyzing problems to develop and optimize solutions to relevant problems in physical, life, and Earth and space science.**

| Science | Engineering Design | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify that engineering problems can be broken down into smaller problems. | I can design solutions to smaller problems in the context of larger problems. | I can evaluate solutions to smaller problems in the context of a larger problem [STEAM 3 and 4]. | I can design, evaluate, and implement solutions to smaller problems in the context of a larger problem. | *HS-ETS1-1*, HS-ETS1-2, HS-ETS1-3, HS-ETS1-4 Italicized standards are considered extended standards within the competency. |
| I can identify the needs and trade-offs of an engineering design. | I can prioritize the needs and trade-offs of an engineering design. | I can use prioritized needs and trade-offs of an engineering design to evaluate a solution to a complex real-world problem [STEAM 3 and 4]. | I can use prioritized needs and trade-offs of an engineering design to optimize a solution to a complex real-world problem. | |
| I can identify the most appropriate solution to a design problem. | I can use models to explain the most appropriate solution to a design problem. | I can evaluate models to argue for the most appropriate solution to a design problem [STEAM 1 and 3]. | I can design, refine, and use models to effectively argue for the most appropriate solution to a design problem. | |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**9-12**

# Life Science

A successful student can articulate how atomic- and molecular-level structures fuel chemical reactions that support and maintain life within an organism to justify how organisms live and grow; explain, using evidence, the interaction of living and nonliving components in an environment by examining the living and nonliving components responsible for matter cycling to predict humans' effects on matter cycling or to formulate conclusions about the importance of relationships in maintaining stable ecosystems.

| Science | Life Science | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can describe the structure and basic function of DNA. | I can describe how DNA sequences relate to specialized cell functions. | I can use evidence to explain how DNA sequences relate to specialized cell functions [STEAM 2]. | I can collect evidence to explain how DNA sequences relate to specialized cell functions. | HS-LS1-1, *HS-LS1-2*, HS-LS1-3, HS-LS1-5, HS-LS1-6, *HS-LS1-7*, HS-LS2-3, HS-LS2-4, *HS-LS2-5*, HS-LS2-1, HS-LS2-2, HS-LS2-6, HS-LS2-7, *HS-LS2-8*, HS-LS4-6 Italicized standards are considered extended standards within the competency. |
| I can describe the transformation in plants of light into chemical energy. | I can use models to explain the transformation in plants of light into chemical energy. | I can use models and data to explain the transformation in plants of light into chemical energy [STEAM 1 and 3]. | I can use models and data to describe the relationship between photosynthesis and cellular respiration and explain their roles in sustaining life on Earth. | |
| I can describe how matter and energy found in food molecules are used in organisms. | I can use models to explain how matter and energy found in food molecules are used in organisms. | I can evaluate models that explain how matter and energy found in food molecules are used in organisms [STEAM 1 and 3]. | | |
| I can define biodiversity. I can recall the factors that affect biodiversity and ecosystem populations. | I can describe factors affecting biodiversity and ecosystem populations. | I can use mathematical representations to explain factors affecting biodiversity and ecosystem populations [STEAM 1]. | I can analyze data and use mathematical representations to explain factors affecting biodiversity and ecosystem populations. | |
| I can identify physical or biological changes that affect ecosystem conditions and stability. | I can use models to illustrate complex physical or biological changes that affect ecosystem conditions and stability. | I can evaluate evidence of complex physical or biological changes that affect ecosystem conditions and stability [STEAM 2 and 3]. | I can gather and evaluate evidence of complex physical or biological changes that affect ecosystem conditions and stability. | |
| I can identify the impacts humans have on the environment and biodiversity. | I can identify a design that minimizes human impacts on the environment and biodiversity. | I can evaluate designs that minimize human impacts on the environment and biodiversity [STEAM 4]. | I can design a solution to a local problem where humans impact the environment and biodiversity. | |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
908
Kansas State Department of Education | www.ksde.org

**9-12**

A successful student can outline how genetic traits are inherited and how genetic variation is affected to apply these tenets to genetic diversity amongst a population and make informed decisions about the maintenance of genetic diversity of the species on Earth.

| Science | Life Science | | | |
|---------|--------------|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can describe the processes of cellular division. | I can recognize differences in the complexity of organisms caused by cellular divisions. | I can use models to explain differences in the complexity of organisms caused by cellular divisions [STEAM 1]. | I can use models and data to explain differences in the complexity of organisms caused by cellular divisions. | HS-LS1-4, HS-LS3-1, HS-LS3-2, HS-LS3-3, HS-LS4-1, HS-LS4-2, HS-LS4-3, HS-LS4-4, HS-LS4-5 |
| I can define genetic variation. | I can make a claim about the causes of inheritable genetic variation. | I can use evidence to make and defend a claim about the causes of inheritable genetic variation [STEAM 2]. | I can use evidence and models to make and defend a claim about the causes of inheritable genetic variation. | |
| I can describe genetic variation within the individuals of a population. | I can use DNA data to describe genetic variation in individuals and in populations. | I can use DNA data to defend a claim with evidence for the cause of genetic variation in individuals and in populations [STEAM 2 and 3]. | I can use DNA data to evaluate evidence for the cause of genetic variation in individuals and in populations. | |
| I can define Natural Selection, Genetic Drift, Mutations, and Gene Flow as evolutionary processes. | I can describe ecological and genetic factors related to evolutionary processes. | I can use evidence to explain that ecological and genetic factors result in evolutionary processes [STEAM 2]. | I can evaluate evidence for ecological and genetic factors that result in evolutionary processes. | |
| I can recall the process of natural selection. | I can describe the adaptation of populations through natural selection. | I can use evidence to support the adaptation of populations through natural selection [STEAM 2]. | I can use models and evidence to support the adaptation of populations through natural selection. | |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



# Earth and Space Science

A successful student can pose and evaluate arguments to explain phenomena in the universe, processes/life cycles in stars, and the predictable patterns of movement of solar system objects.

| Science | Earth and Space Science | | | |
|---------|---------|---------|---------|---------|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify the relationship between star properties and released energy. | I can develop a model to explain the relationship between star properties and released energy. | I can use evidence and models to explain the relationship between star properties and released energy. | I can apply my knowledge of the relationship between star properties and released energy to draw conclusions about the current and future state of our Sun. | HS-ESS1-1, HS-ESS1-2, *HS-ESS1-3*, HS-ESS1-4 Italicized standards are considered extended standards within the competency. |
| I can summarize the big bang theory. | I can use astronomical evidence to support the big bang theory. | I can synthesize astronomical evidence to support the big bang theory. | I can use models to explain the big bang theory. | |
| I can describe the present orbital motions of objects in the Solar System. | I can use mathematical representations to predict orbital motions of objects in the Solar System. | I can use mathematical representations and models to explain predictions of orbital motions of objects in the Solar System. | I can draw conclusions about how the orbital motions of objects in the Solar System affect the Earth and life on Earth. | |

SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



**9-12**

A successful student can communicate how the Earth's materials, features, and processes have changed over time to describe and predict the effect of human activity and use of natural resources on weather regulation, Earth systems, and climate.

| Science | Earth and Space Science | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can recall the Theory of Plate Tectonics. | I can use tectonic-plate movements to describe the relative ages of different materials on Earth. | I can use tectonic-plate movements to evaluate evidence for the ages of different materials on Earth. | I can use tectonic-plate movements and models to evaluate evidence for the ages of different materials on Earth. | HS-ESS1-5, HS-ESS1-6, *HS-ESS2-1,* HS-ESS2-2, HS-ESS2-3, |
| I can identify physical processes on Earth's surface and within Earth that shape the Earth's features over time and space. | I can describe how physical processes on Earth's surface and within Earth shape Earth's features over time and space. | I can use models to explain how physical processes on Earth's surface and within Earth shape Earth's features over time and space. | I can use models and data to explain how physical processes on Earth's surface and within Earth shape Earth's features over time and space. | HS-ESS2-5, HS-ESS2-6, HS-ESS2-7, HS-ESS2-4, HS-ESS2-5, HS-ESS3-1, |
| I can define a feedback cycle. | I can identify a feedback cycle in Earth's systems. | I can analyze data to claim that Earth's systems are connected through feedback cycles. | I can analyze data to support an argument that Earth's systems are connected through feedback cycles. | *HS-ESS3-2,* HS-ESS3-3, HS-ESS3-4, |
| I can describe the steps in the water cycle. | I can describe the effects of the water cycle on Earth's systems. | I can plan an investigation of the effects of the water cycle on Earth's systems. | I can use data from my planned investigation to evaluate and model the effects of the water cycle on Earth's systems. | HS-ESS3-5, HS-ESS3-6 Italicized standards are considered |
| I can describe the effects of natural resources or natural hazards on human activity. | I can use evidence to explain the effects of natural resources or natural hazards on human activity. | I can use evidence and models to explain the effects of natural resources or natural hazards on human activity. | I can design, refine, and implement a solution that is designed to reduce impacts on natural systems locally. | extended standards within the competency. |
| I can describe a solution that reduces human impacts on natural systems. | I can evaluate a solution that is designed to reduce impacts on natural systems. | I can refine a solution that is designed to reduce impacts on natural systems. | | |

**SCIENCE PERFORMANCE-BASED ASSESSMENT**

**GRADE BAND**
# 9-12

EL SCIENCE PERFORMANCE-BASED ASSESSMENT

# EL Science

It is important to recognize that students who receive ESOL Services have equitable access to all instructional opportunities and activities offered to their peers. Their participation in core content with individualized accommodations, modifications, and supports makes it possible for them to do so. Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. All students are taught academic content for their enrolled grade level. Competencies for this population are the same as for students following the general education curriculum. However, the measurement tables for this population align to The Kansas Standards for English Learners. These standards create a foundation upon which successful English language instruction is built. The premise of these standards is supporting individual students to gain a level of proficiency with the English language that allows them to be highly successful in obtaining grade level academic standards in as short of time as possible. Both social English and academic English are required to attain mastery of the English language and of school success. These standards below frame expectations of "what students need to know and be able to do" from a level 1 to level 4 of English fluency and how that relates to a mastery level.

**Special Note:** These standards are grade banded and overarching. Some competencies are designed with the end in mind. Therefore, a student in 9th -10th grade may be at a level 1 or 2, but is expected to progress to a level 3 or 4 by grades 11 and 12.

| Science | EL | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can echo read a numerical math problem to approximate the model reader in accuracy. | A successful level 2 EL student can read decodable word problems while relying on picture clues for accuracy and understanding with some prompting and support. | A successful level 3 EL student can read near grade level text with some errors and some dis-fluency while relying on strategies such as pictures, context to confirm understanding and rereading to self-correct with support, if needed. | A successful level 4 EL student can read on-level texts with purpose and understanding with accuracy, appropriate rate, and expression by rereading when necessary with some errors and self-correction. | EL.RF.11-12.4 |
| A successful level 1 EL student can point to a picture and/or a single word in response to a direct text-dependent question. | A successful level 2 EL student can highlight key information in the text to direct text-dependent questions. | A successful level 3 EL student can cite textual evidence in response to an explicit text-dependent question. | A successful level 4 EL student can cite textual evidence in response to explicit or implicit text-dependent questions. | EL.R.11-12.1 |
| A successful level 1 EL student can identify various text features and utilize them to comprehend text. | A successful level 2 EL student can produce a single word or phrase to explain an important concept found in text. | A successful level 3 EL student can produce complete sentences to explain the purpose or argument when explaining scientific content and phenomena. | A successful level 4 EL student can present the fundamental purpose, arguments, or premises that are important for one to understand after repeated interaction with scientific content and phenomena. | EL.R.11-12.8 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

912



**9-12**

| Science | EL | | | |
|---------|-----|-----|-----|-----|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can offer single-word responses that can indicate agreement or disagreement (yes/no), draw, and/or point to pictures. | A successful level 2 EL student can use content vocabulary words from text to better comprehend the text and write about it. | A successful level 3 EL student can use knowledge about content language to comprehend basic scientific content and phenomena. | A successful level 4 EL student can use knowledge about content language and how it functions to better comprehend scientific content and phenomena. | EL.R.11-12.10 |
| A successful level 1 EL student can use context clues or reference material to understand science vocabulary. | A successful level 2 EL student can determine the meaning of unknown words and phrases by using context clues or consulting reference material to understand or verify the meaning, the text and write about it. | A successful level 3 EL student can determine the meaning of unknown words and phrases by using context clues or consulting reference material to understand or verify the meaning of a word or phrase. | A successful level 4 EL student can determine the meaning of unknown words and phrases by using context clues or consulting reference material to understand or verify the meaning, part of speech or etymology of the word or phrase. | EL.R.11-12.11 |
| A successful level 1 EL student can point to a picture or sight word in a simple paragraph. | A successful level 2 EL student can read simple paragraphs. | A successful level 3 EL student can use reading strategies, modified text to read appropriate nonfiction. | A successful level 4 EL student can read and comprehend appropriate nonfiction at the lower range of the grade-level band of quantitative and qualitative complexity for Grade 11-12. | EL.R.11-12.13 |
| A successful level 1 EL student can produce writing that consists of copied text or simple words about science topics with a lot of support and scaffolding. | A successful level 2 EL student can produce writing that shows some organization with regard to task and audience. | A successful level 3 EL student can produce writing that begins to develop an idea with organization included that is relevant to the task and audience. | A successful level 4 EL student can produce organized writing that develops an idea, and is appropriate for task and purpose. | EL.W.11-12.4 |
| A successful level 1 EL student can draw or illustrate to express thoughts. Copy and/or write words/ phrases for a purpose over short time frames. Invented spelling may be used. | A successful level 2 EL student can demonstrate ability to use written expression through simple sentences. A mix of words and drawings or illustrations may be used. | A successful level 3 EL student can write complete sentences to form a paragraph for a discipline-specific task and audience over an extended time frame. | A successful level 4 EL student can write well-organized cohesive paragraphs appropriate to task, purpose and audience. | EL.W.11-12.12 |
| A successful level 1 EL student can offer single-word responses that indicate agreement or disagreement (yes/no). | A successful level 2 EL student can respond in simple sentences when addressed and show engagement even with limited participation. Follow the rules of discussion. | A successful level 3 EL student can participate in the discussion by exchanging ideas and comments and responding to and/or asking questions. | A successful level 4 EL student can follow the format of the discussion and participate in conversations through multiple exchanges building on others' ideas or expressing their own. | EL.SL.11-12.1 |

EL SCIENCE PERFORMANCE-BASED ASSESSMENT



**EL SCIENCE PERFORMANCE-BASED ASSESSMENT**

| Science | EL | | | |
|---------|-----|-----|-----|-----|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| A successful level 1 EL student can engage with media to comprehend a topic through pictures. | A successful level 2 EL student can engage with the media to learn information about a topic. Express facts learned in a few words and/or simple sentences. | A successful level 3 EL student can combine multiple sources of information. | A successful level 4 EL student can combine multiple sources and formats of information to make decisions and solve problems. Know to utilize credible sources and data. | EL.SL.11-12.2 |
| A successful level 1 EL student can provide a basic written, drawn, or spoken explanation about the speaker's topic. | A successful level 2 EL student can identify the speaker's main point of view or emphasis. | A successful level 3 EL student can identify the speaker's main point of view and emphasis and some contextual science words used. | A successful level 4 EL student can identify the speaker's point of view, reasoning and evidence, contextual science words, point of emphasis and ask questions around the speaker's reasoning. | EL.SL.11-12.3 |
| A successful level 1 EL student can draw a picture or provide a basic description of a scientific text. | A successful level 2 EL student can produce reasoning around a scientific concept or phenomenon. | A successful level 3 EL student can present information from one point of view supported with clear evidence. | A successful level 4 EL student can present information that supports evidence and that is clear and appropriate to purpose. | EL.SL.11-12.4 |
| A successful level 1 EL student can offer single-word responses that indicate agreement or disagreement, draw, and/or point to pictures within a graphic organizer. Repeat names of these frequently used words or remain in silent period absorbing surroundings. | A successful level 2 EL student can acquire and produce high-frequency science vocabulary. | A successful level 3 EL student can acquire and produce grade-appropriate academic and domain-specific words and phrases. | A successful level 4 EL student can acquire and use grade-appropriate general academic and domain-specific words and phrases accurately. Demonstrate independence in gathering vocabulary knowledge. | EL.SL.11-12.8 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

GRADE BAND
**9-12**

# Humanities

Academic subject areas that describe, study or inform the human experience, which includes, but is not limited to, literature, history, philosophy, visual arts and performing arts.

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 |
|---|---|---|---|---|
| **Communicating Effectively and Appropriately**<br><br>The successful student can effectively and appropriately communicate their beliefs, ideas, and emotions to different audiences in a number of ways. | **By effectively utilizing literature, history, art and various humanities I can ...** | | | |
| | • Pose and accurately respond to questions from maps, models, and diagrams. | • Pose and accurately respond to questions using maps, models and diagrams, including use of scale, graphs and tables. | • Represent information using maps, models and diagrams, including use of scale, graphs and tables. | • Evaluate and represent information using maps, models and diagrams, including use of scale, graphs and tables based on the needs of a specific audience. |
| | • Pose and accurately respond to basic questions from information/facts about history, art, literature, music, and social studies. | • Pose and accurately respond to multi-part questions with an explanation of my thinking. | • Pose and accurately respond to sophisticated questions which require the application of concepts/big ideas about history, art, literature, music, and social studies to a more universal setting in relation to my own belief, ideas, and emotions. | • Design effective communication strategies that convey information, as well as my own beliefs, ideas, and emotions about history, art, literature, music, and social studies based on the audience. |
| | • Identify the task and audience for whom I am writing and/or presenting. | • Determine information, beliefs, ideas, and emotions that will appeal to the given audience and are appropriate to effectively complete the task. | • Create effective communication that conveys information, ideas, beliefs, and emotions in two or more formats. | • Evaluate the effectiveness of communication strategies used to convey information, ideas, beliefs, and emotions according to the task and audience. |
| | • Retell a story using speech and/or writing. | • Use narrative techniques, such as dialogue, pacing, description, reflection, and multiple plot lines, to develop experiences, events, and/or characters. | • Select precise words and phrases, telling details, and sensory language to convey a vivid picture of the experiences, events, setting, and/or characters and to tailor the narrative to a given audience. | • Provide a conclusion that follows from and reflects on the beliefs, ideas, and emotions from what is experienced, observed, or resolved over the course of the narrative. |
| | • Make an oral presentation that provides basic facts and information about a given topic or concept. | • Make an oral presentation on how the facts support specific concepts or big ideas of history, art, literature, music, and social studies. | • Create an oral presentation that demonstrates different ways facts might be interpreted to build meaning around the concepts of history, art, literature, music, and social studies and that conveys my own beliefs, ideas, and emotions regarding the given concepts. | • Create an oral presentation that demonstrates different ways facts might be interpreted to build meaning around the concepts of history, art, literature, music, and social studies based on the beliefs and emotions of a given audience. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

HUMANITIES PERFORMANCE-BASED ASSESSMENT



**HUMANITIES PERFORMANCE-BASED ASSESSMENT**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 |
|---|---|---|---|---|
| **Supporting a Claim with Evidence**<br><br>The successful student can comprehend, critique, and analyze literature, history, art, and the humanities and make a claim and support the claim with evidence and argument. | \colspan By effectively utilizing literature, history, art and various humanities I can … | | | |

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 |
|---|---|---|---|---|
| | • Provide a concluding statement or section that follows from and supports the argument presented. | • Establish and maintain a formal style and objective tone while attending to the norms and conventions of the discipline in which they are writing. | • Use words, phrases, and clauses to link the major sections of the text, create cohesion, and clarify the relationships between claim(s) and reasons, between reasons and evidence, and between claim(s) and counterclaims. | • Introduce precise claim(s), distinguish the claim(s) from alternate or opposing claims, and create an organization that establishes clear relationships among claim(s), counterclaims, reasons, and evidence. |
| | • Gain facts and information from texts about literature, history, art, and the humanities.. | • Construct meaning and understanding of specific texts about literature, history, art, and the humanities. | • Construct meaning and understanding by recognizing the different cultural, social, political, etc.<br>• contexts through which it is created. | • Create meaning and understanding by recognizing the different cultural, social, political, etc.<br>• contexts through which it is created and how and to whom it is disseminated. |
| | • Recognize components of literature, history, art, and humanities. | • Comprehend the components and vocabulary of literature, history, art, and humanities to gather information around the topic. | • Comprehend the components of literature, history, art, and humanities to apply critical thinking and meta-cognitive practices to construct meaning. | • Use my understandings to create a framework for analyzing and critiquing literature, history, art, and humanities using critical thinking, meta-cognition, and other strategies. |
| | • Recognize and analyze particular key works of art (literature, music, visual arts, and other mediums) from Western traditions. | • Identify ways in which individual artists and specific works of art and other mediums to reflect and critique the cultures from which they emerge. | • Develop a broad grasp of the genres and styles used in modern art, literature and other mediums. | • Articulate personal sensibilities of taste, and be aware of the diverse cultural responses and approaches that exist between people and the arts. |
| | • Recognize ways in which individual beliefs and values impact the creator. | • Identify bias and ways in which the beliefs, values, and experiences impact the creator. | • Analyze ways in which individual experience, personality, beliefs, values, concepts of personal freedom and responsibility, impact the creator and the critique. | • Draw conclusions about the ways in which individual experiences, personality, beliefs, values, concepts of personal freedom and responsibility, impact the creator and the critique. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**9-12**

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 |
|---|---|---|---|---|
| **Thinking Critically**<br><br>The successful student can apply empathy, creativity, critical thinking, and problem solving skills to contemporary social issues using past learning, literacy practices, multiple perspectives, and metacognitive strategies. | **By effectively utilizing literature, history, art and various humanities I can ...** | | | |
| | • Identify the four main points of research (the various Whos, Whens, Wheres, and Whats) of a topic to start my investigation and transition to thinking critically. | • Connect the main points of research (the various Whos, Whens, Wheres, and Whats) of a topic and express 'Why' this topic matters in context. | • Creatively display the information (Whos, Whens, Wheres, Whats, and Why it matters) and showcase multiple connections of how events/topics preceded this event, how this event affected events afterwards. | • Continually incorporate new evidence, recent findings, critiques, feedback, and growth principles to objectively inform myself and others. |
| | • Define at least half of the following terms: personalities, beliefs, values, ethics, socio-economic status, consequences, freedoms, and responsibilities. | • Define all of the terms from Level 1 and show comprehension of those terms. | • Empathize and explain how individual experiences, personalities, beliefs, values, ethics, socio-economic statuses, consequences, and concepts of personal freedom and responsibility have direct and indirect impact on individuals and groups. | • Continue developing empathetic connections for predicting and hypothesizing potential social issues in the future based on evidence, credible resources, and previous causes and effects. |
| | • Identify at least one example of how an individual or group's personalities, beliefs, values, ethics, socio-economic status, freedoms, and responsibilities affect a social issue or problem. | • Identify two or more examples of how an individual or group's personalities, beliefs, values, ethics, socio-economic status, freedoms, and responsibilities affect a social issue or problem. | | |
| | • Define the term 'social issue' and provide at least one example of a social issue or problem at any point in time. | • Utilize at least two credible resources to gather and organize various strategies that have been used by others (leaders, groups, peers) to solve a problem or social issue at any level. | • Showcase metacognitive strategies to engage and empathize in a social issue or problem and propose at least one viable solution. | • Continue growing metacognitive strategies for empathizing, listening, and proposing constructive ways to solve various problems of the past, present, and future. |
| | • Identify a problem and state at least one solution that was attempted by others to solve the problem. | | | |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*<br>*05/03/21  01:59pm MM*



**9-12**

HUMANITIES PERFORMANCE-BASED ASSESSMENT

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 |
|---|---|---|---|---|
| **Building Meaning**<br><br>The successful student can build meaning from life and literacy experiences and work with others to support positions or propose solutions to cultural dilemmas. | By effectively utilizing literature, history, art and various humanities I can ... | | | |
| | • Recognize the choices, consequences, causes and effects from personal and literacy experiences. | • Explain how choices, consequences, causes, and effects from personal and literacy experiences affect the positions I support or oppose. | • Discuss how choices, consequences, causes, and effects from personal and literacy experiences affect the positions I support or oppose. | • Discuss how choices, consequences, causes, and effects from personal and literacy experiences affect the positions I take and the solutions I propose. |
| | • Recognize ways in which individual beliefs and values impact culture. | • Recognize bias and ways in which the beliefs, values, and experiences impact the culture. | • Analyze ways in which individual experiences, personality, beliefs, values, concepts of personal freedom and responsibility, impact the cultural dilemma. | • Draw conclusions about the ways in which individual experience, personality, beliefs, values, concepts of personal freedom and responsibility, impact the cultural dilemma and possible solutions. |
| | • Figure out the central idea and the meaning of words and phrases as they are used in context. | • Identify a theme its development, and figure out the connotative meanings of words and phrases as they are used in the context. | • Gather relevant information from life, history, literature, art, music and the humanities to propose solutions to cultural dilemmas. | • Determine the importance and value of information, experiences, history, art, music and the humanities as it applies to solving cultural dilemmas. |
| | • Recognize life experiences from literature, history, art, and the humanities. | • Recognize life experiences from literature, history, art, and the humanities and use it to solve problems. | • Work cooperatively with other to recognize life experiences from literature, history, art and the humanities. | • Solve problems by recognizing life experiences from literature, history, art and the humanities. |
| | • Gain facts and information about literature, history, art and the humanities. | • Construct meaning and understanding from texts, literature, history, art and the humanities on cultural dilemmas. | • Recognize the different cultural, social, political, etc., contexts through which the text, literature, history, art and music was created. | • Construct meaning and understanding by recognizing the different cultural, social, political, etc, contexts through which it is created and how and to whom it is disseminated. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

918



NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

| Humanities | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 |
|---|---|---|---|---|
| **Life Experiences and Decision Making**<br><br>The successful student can apply their life experiences, knowledge and skills to make individual decisions or to participate in group decision-making that is intended to improve their lives and the lives of others. | \multicolumn{4}{l}{By effectively utilizing literature, history, art and various humanities I can ...} |
| | • Apply life experiences, knowledge and skills to the decision-making process. | • Integrate my life experiences, knowledge and skills, and those of others, to make an individual or group decision. | • Apply and connect my life experiences, knowledge, skills and those of others, in a relatable context and generate solutions that benefit the whole. | • Apply and connect my life experiences, knowledge, and skills with those of others in a relatable context and generate solutions that benefit the whole, recognizing bias and analyzing how life experiences impact decision making and leadership. |
| | • Think critically about an event or information in order to understand it. | • Think critically about an event or information in order to take relevant action. | • Empathize with the life experience and knowledge of others and integrate that with my own to make an informed decision and take relevant action. | • Incorporate information gained from my life experiences, knowledge, and that of others in order to make a decision and take relevant action that benefits the whole. |
| | • Recognize issues of equality, justice, and responsibility. | • Look at issues of equality, justice, and responsibility from multiple perspectives. | • Use my understanding of the components of literature, history, art, and humanities to apply critical thinking and meta-cognitive practices to construct meaning around decision making and leadership. | • Create and carry out a well-substantiated plan to address issues of equality, justice, and responsibility after examining the issues from multiple perspectives. |
| | • Understand that individual life experience and knowledge plays a role in individual and group decision-making. | • Use my understanding of the components of literature, history, art, and humanities to apply critical thinking around decision making and leadership. | • Construct meaning about leadership and decision making from literature, history, art and the humanities an use that understanding to create sound decision making models. | • Use my understanding of the components of literature, history, art, and humanities to apply critical thinking and meta-cognitive practices to construct meaning around decision making and leadership. |
| | • Describe expectations for civil and democratic discussion and decision-making. | • Recognize that issues generate alternative and opposing perspectives. | • Understand opposing positions on issues and evaluate the use of evidence of rhetoric. | • Understand opposing positions on issues, even when it contradicts my personal point of view, because I understand that I am learning how to think in different ways. |

HUMANITIES PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



# STEAM

Academic subject areas that facilitate inquiry, creation and analysis, which includes, but is not limited to, science, technology, engineering, the arts and mathematics. Arts integration enhances expression, dialogue and critical thinking.

| STEAM | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 |
|---|---|---|---|---|
| **Construct and Utilize Models**<br><br>A student can construct, manipulate, and use models and/or artifacts by using the appropriate tools to understand, refine, solve, and evaluate problems and/or solutions. | I can use a provided model to make sense of a problem and/or to find a solution. | I can determine which model is best suited for making sense of a problem and/or finding a solution. | I can manipulate a model to make it useful for the solving of new and unique problems. | I can create a new model based on data collected through individual investigation and inquiry. |
| | I can identify key aspects of a model. | I can manipulate the key aspects of multiple models to see how different variables affect outcomes. | I can analyze multiple models to determine which is best suited for a specific purpose and/or to solve a problem. | |
| | I can use a simple, partial model based on observations or prior knowledge to describe a phenomenon or to design a solution. | I can use a simple, partial model based on observations or prior knowledge to describe a phenomenon or to design a solution AND recognize the limitations of a model. | I can refine an existing model to make it more accurate for my specific context. | |
| | I can identify/select a simple model (with possible flaws) that is able to showcase data. | I can list different options for mostly complete models with minor errors to showcase data. | I can create a model using provided data and existing model structures. | |
| Computer Science | I can identify necessary considerations for modeling computer science systems or problems. | I can describe some aspects of a model developed for an existing system. | I can create a model of an existing system or problem using available computer science modeling tools | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org



9-12

| STEAM | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 |
|---|---|---|---|---|
| **Communication and Collaboration**<br><br>A successful student can engage in collaborative discourse by constructing clear communication and/or arguments related to the subject matter to convey findings and present understandings with evidence. | I can identify methods for producing clear, reasoned, and coherent written and visual communication. | I can examine methods for producing clear, reasoned, and coherent written and visual communication that are appropriate to task, purpose, and audience. | I can apply techniques for ensuring clarity, logic, and coherence to edit written and visual communications.<br><br>I can compose clear and coherent written documents appropriate for task, purpose, and audience. | I can compose clear and coherent written documents and visuals that are adapted to the audience needs in both formal and informal settings for a specific or novel situation. |
| | I can list ideas and/or perspectives related to the topic for further discussion. | I can generate hypotheses or conjectures based on observations/data/evidence to share with my peers. | I can engage in evidence-based discussions with my peers to identify and/or solve a problem. | I can collaborate with my peers to create a presentation that proposes an evidence-based solution to a real-world problem. |
| | I can identify a problem which requires collaboration to be solved. | I can locate evidence that is relevant to the problem I am trying to solve with my peers. | | |
| | | I can recognize differing opinions in a discussion with my peers. | I can analyze arguments to find their similarities and/or differences. | |
| | I can determine the main argument of a text. | I can create an argument based on presented findings/data. | I can effectively support an argument with valid and reliable evidence collected by myself or others. | I can analyze the validity and reliability of my peers' arguments based on the evidence presented. |
| | I can recognize when collaborative work would be beneficial to a problem. | I can organize a group with the intent to solve a complex problem. | I can work collaboratively with my peers to solve a complex problem. | I can work collaboratively with my peers to solve a real-world relevant problem of our choosing. |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**9-12**

STEAM PERFORMANCE-BASED ASSESSMENT

| STEAM | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 |
|---|---|---|---|---|
| **Analyzing and Interpreting Data**<br><br>A successful student can analyze and interpret data by critically reviewing and evaluating information and making use of structures to generate new findings that can be communicated within and outside of their discipline. | I can classify the types of information (e.g., data, research, procedures, regulations, etc.) and resources (e.g., human, financial, technology, time, etc.) that may be used to make workplace and community decisions. | I can analyze workplace and community decisions and assess the information and resources used to make those decisions. | I can synthesize information and resources regarding decisions made in the workplace and community to determine why those decisions were made. | I can synthesize information and resources and apply those findings to workplace and community situations in order to make positive decisions. |
| | I can choose resources that support my topic of inquiry. | I can identify bias within a source. | I can assess the validity and reliability of data and information by evaluating its source, publisher, and print date. | I can integrate multiple valid and reliable sources into my findings. |
| | I can identify relevant data selections from various representations. | I can summarize multiple data selections from various representations. | I can use information from data selections to draw conclusions about a problem or topic. | I can synthesize my conclusions to present a new finding or my own ideas about a topic or problem. |
| | | | I can analyze multiple data selections from various representations. | |

*Clerk of the District Court, Johnson County Kansas*<br>*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org



NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



9-12

| STEAM | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 |
|---|---|---|---|---|
| **Problem Solving and Application**<br><br>A successful student can persevere in solving problems by making sense of, and defining, problems and asking questions to apply learning through the planning and carrying out of investigations or inquiries. | I can identify opportunities to apply technical concepts to solve problems in the community | I can assess community problems and identify the most appropriate technical concepts to apply. | I can apply technical concepts to solve problems in the community and reflect upon results achieved. | I can evaluate and defend decisions applied in the workplace and community situations. |
| | I can recognize when I need help solving a problem. | I can identify possible options for solving a problem. | I can analyze my options and determine the appropriate course of action. | I can persevere in solving a problem through intrinsic motivation. |
| | I can determine if I need more information. | I can narrow the scope of the information I need in order to solve the problem. | I can ask content-appropriate questions related to a specific task or situation to help me further my ability to solve a problem. | I can create solutions by utilizing information. |
| | I can define a problem based on provided data and/or questions. | I can determine needs and actions necessary toward solving a problem. | I can carry out an investigation to help me answer questions and/or to solve a presented problem. | I can plan and carry out novel investigations based on my own questions and identified problems. |
| | I can ask questions about provided data and/or problems. | | | |
| | I can list possible steps toward solving a problem. | | | |
| Computer Science | I can identify algorithmic structures in existing computer science applications. | I can demonstrate the process of writing pseudocode to lay out an algorithm. | I can develop pseudocode and algorithms for solving a problem using computing systems. | I can evaluate the results of computer algorithms and modify the algorithm as needed. |

STEAM PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADES AND**
# 9-12

# Specials

# Dance

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has not yet made progress in meeting the competency.

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Dance** **Creating** I can communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I am not yet able to communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I can begin to communicate through creative movement by applying dance skills and language to Explore and Revise learning through dance. | I can communicate through creative movement by applying dance skills and language to Explore, Plan, and Revise learning through dance. | I can communicate through creative movement by applying dance skills and language to Explore, Plan, Revise, Excel in dance and learning. |
| **Performing** I can Demonstrate the ability to apply skills and understanding of how dance communicates through Expression, Embodiment, and Presentation of artistic ideas and work for a performance. | I am not yet able to demonstrate the ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work. | I can begin to demonstrate the ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work. | I can demonstrate the ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work a performance. | I can demonstrate and explain my ability to apply skills and understanding of how dance communicates through expression, embodiment, and presentation of artistic ideas and work for a performance. |
| I can Analyze, Interpret, and Select dance works for a performance. | I am not yet able to analyze, interpret, and select dance works for a performance. | I can Analyze, Interpret, but not select dance works for a performance. | I can analyze, interpret, and select dance works for at least one performance. | I can analyze, interpret, and select dance works for more than one performance. |
| I can Realize, Develop, and Refine dance works for performance. | I am not yet able to realize, develop, and refine a dance work for a performance. | I can realize and develop, but not refine a dance work for performance. | I can realize, develop, and refine at least one dance work for performance that communicates. | I can realize, develop, and refine multiple dance works for performance that communicate. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**9-12**

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Dance** **Responding** I can respond to dance by Analyzing, Interpreting, and Critiquing how dance conveys meaning. | I am not yet able to respond to dance by analyzing, interpreting, and critiquing how dance conveys meaning. | I can begin to respond to dance by analyzing, interpreting, and critiquing how dance conveys meaning. | I can respond to dance by analyzing, interpreting, and critiquing how dance conveys meaning. | I can successfully respond to dance by analyzing, interpreting, and critiquing how dance conveys meaning and provide compelling rationale through demonstration. |
| I can Perceive and Analyze dance. | I am not yet able to perceive and analyze dance. | I can begin to perceive and analyze dance. | I can perceive and analyze dance. | I can perceive and analyze dance and apply that knowledge to communicating through an original creative movement. |
| I can interpret intent and meaning of dance. | I am not yet able to interpret intent and meaning of dance. | To a limited degree, I can interpret intent and meaning of dance. | I can interpret intent and meaning of dance. | I can interpret intent and meaning of dance and apply that knowledge to communicating through an original creative dance piece. |
| I can apply criteria to evaluating dance pieces. | I am not yet able to apply criteria to evaluating dance pieces. | To a limited degree, I can apply criteria to evaluating dance pieces. | I can apply criteria to evaluating dance pieces. | I can create and apply criteria for evaluating dance pieces. |

SPECIALS PERFORMANCE-BASED ASSESSMENT



SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Dance** **Connecting** I can connect personal meaning and external context to dance by synthesizing, and relating knowledge and personal experience to works of dance through and during the learning process. | I am not yet able to connect personal meaning and external context to dance by synthesizing, and relating knowledge and personal experience to works of dance through and during the learning process. | I can begin to connect personal meaning and external context to dance by synthesizing, and relating knowledge and personal experience to works of dance through and during the learning process. | I can successfully connect personal meaning and external context to dance by synthesizing, and relating knowledge and personal experience to at least one work of dance through and during the learning process. | I can successfully connect personal meaning and external context to dance by synthesizing, and relating knowledge and personal experience to multiple works of dance through and during the learning process. |
| I can apply societal, cultural, and historical contexts to dance related ideas, work, and creative movement. | I am not yet able to apply societal, cultural, and historical contexts to dance related ideas, work, and creative movement. | I can apply historical but not societal and cultural contexts to dance related ideas, work, and creative movement. | I can apply societal, cultural, and historical contexts to dance related ideas, work, and creative movement. | I can apply societal, cultural, and historical contexts to dance related ideas, work, and creative movement and demonstrate how these details help reveal information about the work and its context. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



9·12

# Health

The performance indicators articulate specifically what students should know or be able to do in support of each standard by the conclusion of the grade spans. The performance indicators serve as a blueprint for organizing student assessment.

**Specials**

| Health Competency | PERFORMANCE INDICATORS |
|---|---|
| A successful student can comprehend concepts related to health promotion and disease prevention to enhance health. | • Predict how healthy behaviors can affect health status.<br>• Describe the interrelationships of emotional, intellectual, physical, and social health.<br>• Analyze how environment and personal health are interrelated.<br>• Analyze how genetics and family history can impact personal health.<br>• Propose ways to reduce or prevent injuries and health problems.<br>• Analyze the relationship between access to health care and health status.<br>• Compare and contrast the benefits of and barriers to practicing a variety of healthy behaviors.<br>• Analyze personal susceptibility to injury, illness, or death if engaging in unhealthy behaviors.<br>• Analyze the potential severity of injury or illness if engaging in unhealthy behaviors. |
| A successful student can Analyze the influence of family, peers, culture, media, technology, and other factors on health behaviors. | • Analyze how the family influences the health of individuals.<br>• Analyze how the culture supports and challenges health beliefs, practices, and behaviors.<br>• Analyze how peers influence healthy and unhealthy behaviors.<br>• Evaluate how the school and community can affect personal health practice and behaviors.<br>• Evaluate the effect of media on personal and family health.<br>• Evaluate the impact of technology on personal, family, and community health.<br>• Analyze how the perceptions of norms influence healthy and unhealthy behaviors.<br>• Analyze the influence of personal values and beliefs on individual health practices and behaviors.<br>• Analyze how some health risk behaviors can influence the likelihood of engaging in unhealthy behaviors.<br>• Analyze how public health policies and government regulations can influence health promotion and disease prevention. |
| A successful student can Demonstrate the ability to access valid information, products, and services to enhance health. | • Evaluate the validity of health information, products, and services.<br>• Use resources from home, school, and community that provide valid health information.<br>• Determine the accessibility of products and services that enhance health.<br>• Determine when professional health services may be required.<br>• Access valid and reliable health products and services. |

<div style="writing-mode: vertical">SPECIALS PERFORMANCE-BASED ASSESSMENT</div>

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**SPECIALS PERFORMANCE-BASED ASSESSMENT**

## Specials

| Health Competency | PERFORMANCE INDICATORS |
|---|---|
| A successful student can demonstrate the ability to use interpersonal communication skills to enhance health and avoid or reduce health risks. | • Use skills for communicating effectively with family, peers, and others to enhance health.<br>• Demonstrate refusal, negotiation, and collaboration skills to enhance health and avoid or reduce health risks.<br>• Demonstrate strategies to prevent, manage, or resolve interpersonal conflicts without harming self or others.<br>• Demonstrate how to ask for and offer assistance to enhance the health of self and others. |
| A successful student can demonstrate the ability to use decision-making skills to enhance health. | • Examine barriers that can hinder healthy decision making.<br>• Determine the value of applying a thoughtful decision-making process in health-related situations.<br>• Justify when individual or collaborative decision making is appropriate.<br>• Generate alternatives to health-related issues or problems.<br>• Predict the potential short-term and long-term impact of each alternative on self and others.<br>• Defend the healthy choice when making decisions.<br>• Evaluate the effectiveness of health-related decisions. |
| A successful student can demonstrate the ability to use goal-setting skills to enhance health. | • Assess personal health practices and overall health status.<br>• Develop a plan to attain a personal health goal that addresses strengths, needs, and risks.<br>• Implement strategies and monitor progress in achieving a personal health goal.<br>• Formulate an effective long-term personal health plan. |
| A successful student can demonstrate the ability to practice health-enhancing behaviors and avoid or reduce health risks. | • Analyze the role of individual responsibility for enhancing health.<br>• Demonstrate a variety of healthy practices and behaviors that will maintain or improve the health of self and others.<br>• Demonstrate a variety of behaviors to avoid or reduce health risks to self and others. |
| A successful student can demonstrate the ability to advocate for personal, family, and community health. | • Utilize accurate peer and societal norms to formulate a health-enhancing message.<br>• Demonstrate how to influence and support others to make positive health choices.<br>• Work cooperatively as an advocate for improving personal, family, and community health.<br>• Adapt health messages and communication techniques to a specific target audience. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



# Media Arts

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has not yet made progress in meeting the competency.

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Media Arts** <br><br> Creating <br><br> I can Create and communicate by applying the skills and language of a specific media arts form to Conceive, Develop, and Construct artistic ideas and work. | I am not yet able to create and communicate by applying the skills and language of a specific media arts form to conceive, develop, and construct artistic ideas and work. | I can create but not able to communicate by applying the skills and language of a specific media arts form to conceive, develop, and construct artistic ideas and work. | I can create and communicate by applying the skills and language of a specific media art form to conceive, develop, and construct artistic ideas and work. | I can create and communicate in multiple media art forms by applying the skills and language of that form to conceive, develop, and construct artistic ideas and work. |
| I can Generate, Conceptualize, and Organize media arts ideas. | I am not yet able to generate, conceptualize, and organize media arts ideas. | I can generate and conceptualize, but not independently organize an idea into a media art work. | I can generate, conceptualize, and organize ideas in at least one media art form. | I can generate, conceptualize, and organize ideas through various media art forms. |
| I can Refine and Complete media art ideas | I am not yet able to refine and complete ideas into media art work. | I can begin to refine but not complete ideas into media art work. | I can refine and complete ideas into media art work. | I can refine and complete ideas through multiple media art forms. |

SPECIALS PERFORMANCE-BASED ASSESSMENT



**9-12**

SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Media Arts** **Producing** | | | | |
| I can Demonstrate the ability to Apply the skills and understanding of how the media arts communicate ideas and work through Integration, Practice, and Presentation. | I am not yet able to integrate forms and content, practice, and present media art works. | I can begin to integrate forms and content, practice, and present media art works. | I can integrate forms and content, practice, and present through at least one media art form. | I can integrate forms and content, practice, and present through more than one media art form. |
| I can Analyze and Interpret media art works. | I cannot yet analyze and interpret media art works. | I can analyze and interpret media art works to a limited extent. | I can analyze and interpret comfortably in at least one media art work. | I can analyze and interpret multiple forms of media art works for presentation. |
| I can Realize, Develop, and Refine media art works for presentation. | I am not yet able to realize, develop, and refine media art works for presentation. | I can realize and begin to develop, but not refine media art works for presentation. | I can realize, develop, and refine in at least one media art form for presentation. | I can realize, develop, and refine in multiple media art forms for presentation that communicates. |
| **Responding** | | | | |
| I can respond to the media arts by Perceiving, Interpreting and Evaluating how media artworks convey meaning. | I am not yet able to respond to media arts by Perceiving, Interpreting and Evaluating how media artworks convey meaning. | I can begin to respond to media arts by Perceiving, and Evaluating but not Interpreting how media artworks convey meaning. | I can successfully respond to the media arts by Perceiving, Interpreting and Evaluating how media artworks convey meaning. | I can successfully respond to various forms of the media arts by Perceiving, Interpreting and Evaluating how these forms convey meaning. |
| I can Perceive and Analyze the media. | I am not yet able to perceive and analyze the media. | I can begin to perceive and analyze the media. | I can with confidence perceive and analyze at least one form of media. | I can perceive and analyze various forms of media. |
| I can Interpret intent and meaning of media artworks. | I am not yet able to interpret intent and meaning of media artworks. | To a limited degree, I can interpret intent and meaning of media artworks. | I can interpret intent and meaning of at least one form of media artwork. | I can interpret intent and meaning of multiple media art forms. |
| I can apply criteria to Evaluating media artworks. | I am not yet able to apply criteria to evaluating media artworks. | I can apply criteria to evaluating media artworks. | I can apply criteria to evaluating media artworks. | I can create criteria for and apply criteria to evaluating multiple media art form. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
930                                    Kansas State Department of Education | www.ksde.org



9-12

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Media Arts** **Connecting** I can Connect personal meaning and external context to media arts by Synthesizing and Relating through and during the art-making process. | I am not yet able to connect personal meaning and external context to media arts by synthesizing and relating through and during the art-making process. | I can begin to connect personal meaning and external context to media arts by synthesizing and relating through and during the art-making process. | I can successfully connect personal meaning and external context to media arts by synthesizing and relating through and during the art-making process. | I can successfully connect personal meaning and external context to more than one media arts form by synthesizing and relating through and during the art-making process. |
| I can Synthesize and Relate knowledge and personal experience to artistic ideas for media art works. | I am not yet able to synthesize and relate knowledge and personal experience to artistic ideas for media art works. | I can relate knowledge and personal experience to artistic ideas for media art works but not synthesize those into a media art work. | I can synthesize and relate knowledge and personal experience to artistic ideas for media art works. | I can synthesize and relate knowledge and personal experience to artistic ideas through multiple forms of media art works. |
| I can Apply societal, cultural, and historical contexts to ideas media art work. | I am not yet able to apply societal, cultural, and historical contexts to media art work. | I can apply at least one of the following, societal, cultural, and/or historical contexts to media art work. | I can apply societal, cultural, and historical contexts to at least one form of media art work. | I can apply societal, cultural, and historical contexts to more than one form of media art. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas* *05/03/21  01:59pm MM*



**9-12**

SPECIALS PERFORMANCE-BASED ASSESSMENT

# Music

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has not yet made progress in meeting the competency.

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Music**<br><br>Creating<br><br>I can create and communicate by applying the skills and language of music to Imagine, Plan, and Make musical ideas and work. | I am not yet able to create and communicate by applying the skills and language of music to imagine, plan, and make musical ideas and work. | I can create and communicate by applying the skills and language of music to imagine and plan but not yet make musical ideas and work. | I can create and communicate by applying the skills and language of music to imagine, plan, and make musical ideas and work. | I can create and communicate by applying the skills and language of music to imagine, plan, and make musical ideas and work, while creating work that shows the culmination of a process of creation and communication. |
| I can Generate, Develop, and Organize musical ideas. | I am not yet able to generate, develop, and organize musical ideas. | I am beginning to develop the skills and knowledge needed to generate, develop, and organize musical ideas. | I can generate, develop, and organize musical ideas. | I can generate, develop, and organize musical ideas for more than one musical genre. |
| I can create by applying the skills and language of music to Evaluate, Refine, and Present musical ideas and work. | I am not yet able to create by applying the skills and language of music to evaluate, refine, and present musical ideas and work. | I am beginning to create by applying the skills and language of music to evaluate, refine, and present musical ideas and work. | I can create by applying the skills and language of music to evaluate, refine, and present musical ideas and work. | I can create by applying the skills and language of music to evaluate, refine, and present original musical ideas and work using expertise, context, and expressive intent to influence creative choices. |
| I can Reflect upon and Refine musical ideas and work. | I am not yet able to reflect upon and refine musical ideas and work. | I can reflect upon but not yet able to independently refine musical ideas and work. | I can reflect upon and refine musical ideas and work. | I can reflect upon and refine musical ideas and work for more than one musical genre. |
| I can Present original musical ideas and work. | I am not yet able to present original musical ideas and work. | I am experimenting with creating and presenting original musical ideas and work. | I can present original musical ideas and work. | I can create and present more than one original musical idea and work. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

932



NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



9-12

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Music** **Performing** I can demonstrate the ability to apply skills and effectively communicate musical ideas and work through Selection, Analysis, and Interpretation. | I am not yet able to demonstrate the ability to apply skills and effectively communicate musical ideas and work through selection, analysis, and interpretation. | I am beginning to find the ability to apply skills and communicate musical ideas and work through selection, analysis, and interpretation. | I can demonstrate the ability to apply skills and effectively communicate musical ideas and work through selection, analysis, and interpretation of at least one musical genre. | I can demonstrate the ability to apply skills and effectively communicate musical ideas and work through selection, analysis, and interpretation of more than one musical genre. |
| I can Select musical works based on interest, knowledge, technical skill and context. | I am not yet able to select musical works based on interest, knowledge, technical skill and context. | I am beginning to learn how to select musical works based on interest, knowledge, technical skill and context. | I can select musical works based on interest, knowledge, technical skill and context. | I can select and perform musical works based on interest, knowledge, technical skill and context. |
| I can Analyze the structure and context of musical works. | I am not yet able to analyze the structure and context of musical works. | I am beginning to analyze the structure and context of musical works. | I can analyze the structure and context of musical works. | I can analyze and demonstrate the structure and context of musical works. |
| I can Develop personal interpretations of musical works. | I am not yet able to develop personal interpretations of musical works. | I am beginning to develop personal interpretations of musical works. | I can develop personal interpretations of musical works. | I can develop personal interpretations of musical works and perform based on those interpretations. |
| I can demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. | I am not yet able to demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. | I am beginning to demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. | I can demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. | I can demonstrate the ability to apply skills and effectively communicate through the process of Rehearsing, Evaluating, Refining, and Performing musical works. |
| I can Evaluate and Refine personal and ensemble performances. | I am not yet able to evaluate and refine personal and ensemble performances. | I am beginning to learn how to evaluate and refine personal and ensemble performances. | I can evaluate and refine personal and ensemble performances. | I can evaluate and refine personal and ensemble performances of various genre. |
| I can Perform expressively and accurately with appropriate interpretation. | I am not yet able to perform expressively and accurately with appropriate interpretation. | I am beginning to perform expressively and accurately with appropriate interpretation. | I can perform expressively and accurately with appropriate interpretation. | I can perform various genre of music expressively and accurately with appropriate interpretation. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

933



9-12

SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Music** | | | | |
| **Responding** | | | | |
| I can respond to music by Selecting, Analyzing, Interpreting and Evaluating, how music conveys meaning. | I am not yet able to respond to music by selecting, analyzing, interpreting and evaluating, how music conveys meaning. | I can respond to music I have selected, but still learning how to analyze, interpret and evaluate how this music conveys meaning. | I can respond to music by Selecting, analyzing, interpreting and evaluating, how music conveys meaning. | I can successfully respond to multiple music genre by selecting, analyzing, interpreting and evaluating, how music conveys meaning and provide compelling rationale. |
| I can Select musical works for a variety of purposes. | I am not yet able to select musical works for a variety of purposes. | I can select a musical work or works for at least one purpose. | I can select musical works for a variety of purposes. | I can select musical works for a variety of purposes and provide rationale for selection. |
| I can Perceive and Analyze musical works. | I am not yet able to perceive and analyze musical works. | To a limited degree, I can perceive and analyze musical works. | I can perceive and analyze musical works. | I can perceive and analyze musical works and provide rationale. |
| I can Interpret intent and meaning of musical works. | I am not yet able to interpret intent and meaning of musical works. | I am beginning to interpret intent and meaning of musical works. | I can interpret intent and meaning of musical works. | I can interpret intent and meaning of musical works and provide rationale. |
| I can Apply criteria to evaluating musical works. | I am not yet able to apply criteria to evaluating musical works. | I am beginning to learn how to apply criteria to evaluating musical works. | I can apply criteria to evaluating musical works. | I can create and apply criteria to evaluating musical works. |
| **Connecting** | | | | |
| I can Connect personal meaning and external context to music through and during the music learning process. | I am not yet able to connect, personal meaning and external context to music through and during the music learning process. | I can begin to connect, personal meaning and external context to music through and during the music learning process. | I can connect, personal meaning and external context to music through and during the music learning process. | I can connect, personal meaning and external context to music through and during the music learning and making process. |
| I can Synthesize and Relate knowledge and personal experience to musical ideas and work. | I am not yet able to synthesize and relate knowledge and personal experience to musical ideas and work. | I am beginning to synthesize and relate knowledge and personal experience to musical ideas and work. | I can synthesize and relate knowledge and personal experience to musical ideas and work. | I can synthesize and relate knowledge and personal experience to musical ideas and work in and through the music making process. |
| I can Apply societal, cultural, and historical contexts to musical ideas and work. | I am not yet able to apply societal, cultural, and historical contexts to musical ideas and work. | I am beginning to relate and apply societal, cultural, and historical contexts to musical ideas and work. | I can apply societal, cultural, and historical contexts to musical ideas and work. | I can apply societal, cultural, and historical contexts to musical ideas and work of various kinds. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



9-12

# PE

## Scope and Sequence for K-12 Physical Education

### LEGEND

**E = Emerging.**
Students participate in deliberate practice tasks that will lead to skill and knowledge acquisition.

**M = Maturing.**
Students can demonstrate the critical elements of the motor skills/knowledge components of the grade-level outcomes, which will continue to be refined with practice.

**A = Applying.**
Students can demonstrate the critical elements of the motor skills/knowledge components of the grade-level outcomes within a variety of physical activity environments.

| PE STANDARD 1. Motor skills and movement patterns | HIGH SCHOOL |
|---|---|
| Hopping | A |
| Galloping | A |
| Running | A |
| Sliding | A |
| Skipping | A |
| Leaping | A |
| Jumping and Landing | A |
| • Spring and step | A |
| • Jump stop | A |
| Balance | A |
| Weight Transfer | A |
| Rolling | A |
| Curling and stretching | A |
| Twisting and bending | A |
| Throwing | ■ |
| • Underhand | A |
| • Overhand | A |

| PE STANDARD 1. Motor skills and movement patterns | HIGH SCHOOL |
|---|---|
| Catching | A |
| Dribbling/ball control | ■ |
| • Hands | A |
| • Feet | A |
| • With implement | A |
| Kicking | A |
| Volleying | ■ |
| • Underhand | A |
| • Set | M |
| Striking - with short implement | A |
| • Fore/backhand | A |
| Striking - with long implement | A |
| • Fore/backhand | M |
| Combining locomotors and manipulatives | A |
| Combining jumping, landing, locomotors and manipulatives | A |

| PE STANDARD 1. Motor skills and movement patterns | HIGH SCHOOL |
|---|---|
| Combining balance and weight transfers | A |
| Serving | ■ |
| • Underhand | A |
| • Overhand | M |
| Passing and receiving | ■ |
| • Forearm pass | A |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**SPECIALS PERFORMANCE-BASED ASSESSMENT**

| PE STANDARD 2. Concepts and strategies | HIGH SCHOOL |
|---|---|
| Movement concepts, principles and knowledge | A |
| Strategies and tactics | A |
| Communication (games) | A |
| Creating space (net/wall) | |
| • Varying force, angle and/or direction to gain competitive advantage | A |
| • Using offensive tactic/shot to move opponent out of position | M |
| Reducing space (net/wall) | |
| • Returning to home position | A |
| • Shifting to reduce angle for return | M |
| Target | |
| • Selecting appropriate shot/club | A |
| • Applying blocking strategy | M |
| • Varying speed and trajectory | A |

| PE STANDARD 3. Health-enhancing level of fitness and physical activity. | HIGH SCHOOL |
|---|---|
| Physical activity knowledge | A |
| Engages in physical activity | A |
| Fitness knowledge | A |
| Assessment and program planning | A |
| Nutrition | A |
| Stress management | M |

| PE STANDARD 4. Responsible personal and social behavior. | HIGH SCHOOL |
|---|---|
| Demonstrating personal responsibility | A |
| Accepting feedback | A |
| Working with others | A |
| Following rules and etiquette | A |
| Safety | A |

| PE STANDARD 5. Recognizes the value of physical activity. | HIGH SCHOOL |
|---|---|
| For health | A |
| For challenge | A |
| For self-expression/enjoyment | A |
| For social interaction | A |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



# Theatre

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has not yet made progress in meeting the competency.

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Theatre** **Creating** I can create and communicate by applying the skills and language of theatre through Envisioning, Conceptualizing, Developing, and Rehearsing artistic ideas and work. | I am not yet able to create and communicate by applying the skills and language of theatre through envisioning, conceptualizing, developing, and rehearsing artistic ideas and work. | I am beginning to create and communicate by applying the skills and language of theatre by envisioning, conceptualizing, developing, and rehearsing artistic ideas and work. | I can create and communicate by applying the skills and language of theatre through envisioning, conceptualizing, developing, and rehearsing artistic ideas through at least one theatrical performance. | I can create and communicate by applying the skills and language of theatre through envisioning, conceptualizing, developing, and rehearsing artistic ideas through more than one theatrical performance. |
| I can Organize artistic ideas for theatre. | I am not yet able to organize artistic ideas for theatre. | I can begin to organize artistic ideas for theatre. | I can organize artistic ideas for theatre. | |
| I can Refine and Complete artistic ideas through a theatrical performance. | I am not yet able to refine and complete artistic ideas through a performance. | I can begin to refine but not complete artistic ideas for a successful theatrical performance. | I can refine and complete artistic ideas successfully for a theatrical performance. | I can refine and complete artistic ideas successfully for more than one theatrical performance. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas* *05/03/21  01:59pm MM*



SPECIALS PERFORMANCE-BASED ASSESSMENT

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Theatre** **Performing** | | | | |
| I can demonstrate the ability to apply the skills and understanding of how theatre communicates through Selection, Preparation, Sharing, and Presentation of artistic ideas and work. | I am not yet able to demonstrate the ability to apply the skills and understanding of how theatre communicates through selection, preparation, sharing, and presentation of artistic ideas and work. | I can demonstrate the ability to apply the skills and understanding of how theatre communicates through preparation and sharing, but not through selection and presentation of artistic ideas and work. | I can demonstrate the ability to apply the skills and understanding of how theatre communicates through selection, preparation, sharing, and presentation of artistic ideas and work through at least one performance. | I can demonstrate the ability to apply the skills and understanding of how theatre communicates through selection, preparation, sharing, and presentation of artistic ideas and work through more than one performance. |
| I can Reflect on, Interpret, and Select artistic works for presentation. | I am not yet able to reflect on, interpret, and select artistic works for presentation. | I can reflect on, begin to interpret, but not select an artistic work for presentation based on a specific purpose. | I can reflect on, interpret, and select an artistic work for presentation based on a specific purpose. | I can reflect on, interpret, and select artistic works for presentation based on a specific purpose for each work. |
| I can Realize, Develop, and Refine artistic works for presentation. | I am not yet able to realize, develop, and refine artistic works for presentation. | I can realize and develop, but not refine artistic works for presentation. | I can realize, develop, and refine artistic works for presentation. | I can realize, develop, and refine multiple artistic works for a performance that successfully communicates. |
| **Responding** | | | | |
| I can respond to theatre by Reflecting, Interpreting, and Evaluating how productions convey meaning. | I am not yet able to respond to theatre by Reflecting, Interpreting, and Evaluating how productions convey meaning. | I can begin to respond to theatre by Reflecting, Interpreting, and Evaluating how productions convey meaning. | I can respond to theatre by Reflecting, Interpreting, and Evaluating how at least one production conveys meaning. | I can respond to theatre by Reflecting, Interpreting, and Evaluating how productions convey meaning. |
| I can Perceive and Evaluate theatrical work. | I am not yet able to perceive and evaluate theatrical work. | I can begin to perceive and evaluate theatrical work. | I can perceive and evaluate theatrical work. | I can perceive and evaluate theatrical work and provide compelling rationale to support. |
| I can Interpret intent and meaning of theatrical work. | I am not yet able to interpret intent and meaning of theatrical work. | To a limited degree, I can interpret intent and meaning of theatrical work. | I can interpret intent and meaning of theatrical work. | I can interpret intent and meaning of theatrical work and provide compelling and creative support for alternative interpretation. |
| I can apply criteria when evaluating theatrical work. | I am not yet able to apply criteria when evaluating theatrical work. | I can begin to apply criteria when evaluating theatrical work. | I can apply criteria when evaluating theatrical work. | I can create and apply criteria for evaluating theatrical work. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

Kansas State Department of Education | www.ksde.org



9-12

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Theatre** **Connecting** I can connect personal meaning and external context to theatre by Empathizing, Interrelating, and Researching works. | I am not yet able to connect personal meaning and external context to theatre by empathizing, interrelating, and researching works. | I can begin to connect personal meaning and external context to theatre by empathizing, interrelating, and researching works. | I can successfully connect personal meaning and external context to theatre by empathizing, interrelating, and researching works. | I can successfully connect personal meaning and external context to multiple theatrical pieces by empathizing, interrelating, and researching those works. |
| I can Synthesize and Relate knowledge and personal experience to theatrical ideas and work. | I am not yet able to synthesize and relate knowledge and personal experience to theatrical ideas and work. | I can begin to synthesize and relate knowledge and personal experience to theatrical ideas and work. | I can synthesize and relate knowledge and personal experience to ideas and at least one theatrical work. | I can synthesize and relate knowledge and personal experience to multiple theatrical ideas and works. |
| I can Apply societal, cultural, and historical contexts to theatrical ideas and work. | I am not yet able to apply societal, cultural, and historical contexts to theatrical ideas and work. | I am beginning to apply societal, cultural, and historical contexts to theatrical ideas and work. | I can apply societal, cultural, and historical contexts to theatrical ideas and work. | I can apply societal, cultural, and historical contexts to theatrical ideas and work and successfully perform the role of a character in that work. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**9-12**

SPECIALS PERFORMANCE-BASED ASSESSMENT

# Visual Arts

This rubric measures the degree to which each competency has been met. Sufficient evidence is intended to indicate that a student has met the competency. Strong evidence indicates that a student has gone above and beyond the competency. While limited evidence indicates they have not quite met the competency, no evidence indicates the student has made no effort in meeting the competency.

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Visual Arts** **Creating** | | | | |
| I can create and communicate by applying the skills and language of a specific visual arts form to Investigate, Plan, and Make artistic ideas and work. | I am not yet able to create and communicate by applying the skills and language of a specific visual art form to investigate, plan, and make artistic ideas and work. | I can create but not able to communicate by applying the skills and language of a specific visual art form to investigate, plan, and make artistic ideas and work. | I can create and communicate by applying the skills and language of a specific visual art form to investigate, plan, and make artistic ideas and work. | I can create and communicate in multiple visual art forms by applying the skills and language of a specific visual art form to investigate, plan, and make artistic ideas and work. |
| I can generate, conceptualize, and organize artistic ideas. | I am not yet able to generate, conceptualize, and organize artistic ideas. | I can generate and conceptualize, but not organize artistic ideas. | I can generate, conceptualize, and organize artistic ideas. | I can generate, conceptualize, and organize multiple artistic ideas. |
| I can refine and complete artistic ideas. | I am not yet able to refine and complete artistic ideas. | I can refine but not complete artistic ideas. | I can refine and complete artistic ideas. | I can refine and complete multiple artistic ideas. |
| I can create by applying the skills and language of a specific visual arts form to Reflect, Refine, and Continue with artistic ideas and work. | I am not yet able to create by applying the skills and language of a specific visual art form through reflecting, refining, and continuing with artistic ideas and work. | I can create by applying the skills (elements) but not the language (principles) of a specific visual art form through reflecting, refining, and continuing with artistic ideas and work. | I can create by applying the skills and language of a specific visual art form through reflecting, refining, and continuing with artistic ideas and work. | I can create in multiple visual art forms by applying the skills and language of that visual art form through reflecting, refining, and continuing with artistic ideas and work. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org
940



NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Visual Arts**<br>**Presenting**<br>I can demonstrate the ability to apply the skills and understanding of how the visual arts communicate through Selection, Analyzation, and Sharing of artistic ideas and work for presentation. | I am not yet able to apply the skills and understanding of how the visual arts communicate through Selection, Analyzation, and Sharing of artistic ideas and work for presentation. | I can demonstrate the ability to apply the skills and understanding of how the visual arts communicate but not able to apply this to Selection, Analyzation, and Sharing of artistic ideas and work for presentation. | I can demonstrate the ability to apply the skills and understanding of how the visual arts communicate through Selection, Analyzation, and Sharing of artistic ideas and work for presentation. | I can demonstrate the ability to apply the skills and understanding of how multiple visual arts forms communicate through Selection, Analyzation, and Sharing of artistic ideas and work for presentation. |
| I can interpret artistic works for presentation. | I am not yet able to interpret artistic works for presentation. | I can interpret at least one artistic work for presentation. | I can interpret more than one artistic work for presentation. | I can interpret multiple artistic works for presentation. |
| I can realize, develop, and refine artistic works for presentation: | I am not yet able to realize, develop, and refine artistic works for presentation. | I can realize and develop, but not refine artistic works for presentation. | I can realize, develop, and refine artistic works for presentation. | I can realize, develop, and refine multiple artistic works for an exhibition that communicates. |
| **Responding**<br>I can successfully respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning. | I am not yet able to successfully respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning. | I can begin to respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning. | I can successfully respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning. | I can successfully respond to the visual arts by Perceiving, Analyzing, and Interpreting how artworks convey meaning. and provide compelling rationale. |
| I can interpret intent and meaning of artistic work. | I am not yet able to interpret intent and meaning of artistic work. | I can begin to interpret intent and meaning of artistic work. | I can interpret intent and meaning of artistic work. | I can interpret intent and meaning of artistic work and provides compelling rationale to support. |
| I can apply criteria to analyzing and interpreting artistic work. | I am not yet able to apply criteria to analyzing and interpreting artistic work. | To a limited degree, I can apply criteria to analyzing and interpreting artistic work. | I can apply criteria to analyzing and interpreting artistic work. | I can apply criteria to analyzing and interpreting artistic work and provide additional support for my interpretation. |

SPECIALS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*<br>*05/03/21  01:59pm MM*



**SPECIALS PERFORMANCE-BASED ASSESSMENT**

| Specials | NO EVIDENCE - 1 Degree to which competency has been met. | LIMITED EVIDENCE - 2 Degree to which competency has been met. | SUFFICIENT EVIDENCE - 3 Degree to which competency has been met. | STRONG EVIDENCE - 4 Degree to which competency has been met. |
|---|---|---|---|---|
| **Visual Arts** **Connecting** I can successfully connect, personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing, and Interpreting to works of art through and during the art-making process. | I am not yet able to connect, personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing, and Interpreting to works of art through and during the art-making process. | I can begin to connect, personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing, and Interpreting to works of art through and during the art-making process. | I can successfully connect, personal meaning and external context to the visual arts by Relating, Perceiving, Analyzing, and Interpreting to works of art through and during the art-making process. | I can successfully connect, personal meaning and external context to multiple visual arts by Relating, Perceiving, Analyzing, and Interpreting to works through and during the art-making process. |
| I can synthesize and relate knowledge and personal experience to artistic ideas and artistic work. | I am not yet able to create a work of art that communicates about events in home, school, or community life. | I can create a work of art that begins to communicate about events in home, school, or community life. | I can create a work of art that clearly communicates about events in home, school, or community life. | I can create works of art that clearly communicates in-depth about events in home, school, and/or community life. |
| I can apply societal, cultural, and historical contexts to artistic ideas and artistic work | I am not yet able to compare and contrast details in art works from different times or places to determine their uses. | I can compare and contrast details in art works from different times or places but am not able to determine their uses based on their context. | I can compare and contrast details in art works from different times or places and explain how these details help reveal information about the work. | I can compare and contrast multiple details in art works from different times or places and thoroughly explains how these details help reveal information about the work and its context. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND
9-12**

# Career and Technical Education (CTE) Competency

| CTE Classification | COMPETENCY | PERFORMANCE INDICATORS |
|---|---|---|
| **Agriculture**<br>Competency 1: | *(Agriculture, Foods, and Natural Resources, AFNR)*<br>Analyze how issues, trends, technologies and public policies impact systems in the Agriculture, Food and Natural Resources Career Cluster. | 1. Research, examine and discuss issues and trends that impact AFNR systems on local, state, national, and global levels.<br>2. Examine technologies and analyze their impact on AFNR systems.<br>3. Identify public policies and examine their impact on AFNR systems. |
| Competency 2: | Evaluate the nature and scope of the Agriculture, Food and Natural Resources Career Cluster and the role of agriculture, food and natural resources (AFNR) in society and the economy. | 1. Research and use geographic and economic data to solve problems in AFNR systems.<br>2. Examine the components of the AFNR systems and assess their impact on the local, state, national, and global society and economy. |
| Competency 3: | Examine and summarize the importance of health, safety and environmental management systems in AFNR workplaces. | 1. Identify and explain the implications of required regulations to maintain and improve safety, health, and environmental management systems.<br>2. Develop and implement a plan to maintain and improve health, safety and environmental compliance and performance.<br>3. Apply health and safety practices to the AFNR workplace.<br>4. Use appropriate protective equipment and demonstrate safe and proper use of AFNR tools and equipment. |
| Competency 4: | Demonstrate stewardship of natural resources in AFNR activities. | 1. Identify and implement practices to steward natural resources in different AFNR systems.<br>2. Assess and explain the natural resource related trends, technologies and policies that impact AFNR systems. |
| Competency 5: | Describe career opportunities and means to achieve those opportunities in each of the Agriculture, Food and Natural Resources career pathways. | 1. Evaluate and implement the steps and requirements to pursue a career opportunity in each of the AFNR career pathways.<br>2. Examine and choose career opportunities that are matched to personal skills, talents, and career goals in an AFNR pathway of interest. |
| Competency 6: | Analyze the interaction among AFNR systems in the production, processing and management off food, fiber and fuel and the sustainable use of natural resources. | 1. Examine and explain foundational cycles and systems of AFNR.<br>2. Analyze and explain the connection and relationships between different AFNR systems on a national and global level. |

CTE PERFORMANCE-BASED ASSESSMENT



9.12

**CTE PERFORMANCE-BASED ASSESSMENT**

| CTE Classification | COMPETENCY | PERFORMANCE INDICATORS |
|---|---|---|
| **FCS**<br><br>Competency 1: Wellness | A. Solve practical problems using communication, conflict resolution and empathy skills in personal, and FCS career applications. | a. Evaluate the significance of family and its impact on the wellbeing of individuals and society.<br>b. Evaluate the effects of parenting roles and responsibilities on strengthening the wellbeing of individuals and families across the lifespan.<br>c. Evaluate the significance of family and its effect on the well-being of individuals and society.<br>d. Integrate knowledge, skills and practices required for careers in early childhood, early childhood careers and human services. |
| | B. Produce healthy and nutritious food products which align to family needs and/or industry standards with sound food safety and sanitation practices demonstrated. | a. Demonstrate nutrition, health and wellness practices that enhance individual and family well being.<br>b. Integrate knowledge skills and practices required for careers linked with food and nutrition science, food production and culinary services. |
| | C. Enhance the wellness in others through role modeling and career roles and responsibilities (i.e. family, community and work settings). | a. Demonstrate respectful and caring relationships in the family, workplace and community.<br>b. Analyze factors that influence human growth and development. |
| Competency 2: Sustainability | Analyze current and innovative ways to practice financial and social responsibility through family, community and work-related decision making. | a. Evaluate the relationship between human capital and impact on ability to obtain and manage resources effectively. |
| Competency 3: Global Connectiveness | Compare and contrast benefit and challenges of global interactions when solving issues related to food, clothing, shelter and etc. to meet family and related industry needs. | a. Evaluate management practices related to human, economic and environmental resources in a local, regional, national and global context.<br>b. Build foundational knowledge and skills related to Family and Consumer Sciences careers including fashion, apparel, housing, consumer, personal and family finance, lifespan development, culinary services, food and nutritional science, hospitality, and human and social services. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

944



**9-12**

| CTE Classification | COMPETENCY | PERFORMANCE INDICATORS |
|---|---|---|
| **FCS**<br><br>**Competency 4: Technology** | Examine the role of technology and equipment to improve the quality of life of individuals, and families, be they your own or those supported through related services. | a. Enhance knowledge, skills, practices required in family, work and community settings.<br>b. Demonstrate appropriate and safe use of technology and equipment aligned to Kansas FCS field career applications. Fashion, apparel, housing, consumer, personal and family finance, lifespan development, culinary services, food and nutritional science, hospitality, and human and social services.<br>c. Demonstrate technical knowledge, skills and practices successfully which align to Family and Consumer Sciences careers including. Fashion, apparel, housing, consumer, personal and family finance, lifespan development, culinary services, food and nutritional science, hospitality, and human and social services. |
| **Competency 5:** | Organize, implement and evaluate a plan to improve the local community by applying sound FCS related technical knowledge, skills and practices to meet (a) selected human need(s) (i.e. parenting, lifespan human interactions, geriatric services, community resource support, and careers working in people centered fields). | a. Demonstrate personal effective skills including collaboration, empathy, inter and intrapersonal and others needed to create a better quality of life for self, family and the community.<br>b. Synthesize knowledge, skills and practices in leading and advocating for the needs of people.<br>c. Demonstrate knowledge, skills and practices required for career readiness in family and consumer sciences fields. |

CTE PERFORMANCE-BASED ASSESSMENT

CTE PERFORMANCE-BASED ASSESSMENT

| CTE Classification | COMPETENCY | PERFORMANCE INDICATORS |
|---|---|---|
| **Business Career Field Competencies**<br><br>Business Management, Administration, and Entrepreneurship | 1. Investigate the impact of economics, economic systems, and entrepreneurship on careers in Business. | a. Distinguish between economic goods and services.<br>b. Explain the concept of economic resources.<br>c. Describe the concepts of economics and economic activities.<br>d. Explain the principles of supply and demand.<br>e. Determine economic utilities created by business activities.<br>f. Describe the functions of prices in markets.<br>g. Explain the types of economic systems. |
| | 2. Investigate, create and implement solutions in managing effective business customer relationships. | a. Perform customer service activities to support customer relationships and encourage repeat business.<br>b. Process customer orders.<br>c. Process customer returns.<br>d. Utilize technology to facilitate customer relationship management. |
| Finance | 1. Connect and apply mathematical concepts, tools, strategies, and systems to plan, monitor, manage, and maintain the use of financial resources. | a. Describe the nature and scope of finance.<br>b. Explain the role of finance in business.<br>c. Discuss the role of ethics in finance.<br>d. Explain legal considerations for finance.<br>e. Discuss trends in the current financial environment.<br>f. Apply data and measurements to solve a problem.<br>g. Construct charts/tables/graphs from functions and data.<br>h. Analyze cost/profit relationships to guide business decision making.<br>i. Analyze data to make business decisions. |
| Marketing | 1. Create marketing strategies and processes to determine and meet client needs and wants. | a. Explain the nature and scope of the selling function.<br>b. Demonstrate a customer-service mindset.<br>c. Determine customer/client needs.<br>d. Analyze product information to identify product features and benefits.<br>e. Select target market.<br>f. Conduct market analysis.<br>g. Describe a company's unique selling proposition.<br>h. Develop a marketing product or service mix to respond to market opportunities.<br>i. Explain key factors in building a clientele. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

946



NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



9-12

| CTE Classification | COMPETENCY | PERFORMANCE INDICATORS |
|---|---|---|
| **Architecture and Construction** | | |
| Competency 1: | Use vocabulary, symbols and formulas common to architecture and construction. | 1. Recognize and employ universal construction signs and symbols to function safely in the workplace.<br>2. Use effective communication skills and strategies (listening, speaking, reading, writing and graphic communications) to work with clients and colleagues. |
| Competency 2: | Use architecture and construction skills to create and manage a project. | 1. Safely use and maintain appropriate tools, machinery, equipment and resources to accomplish construction project goals.<br>2. Apply the techniques and skills of modern drafting, design, engineering and construction to projects. |
| Competency 3: | Comply with regulations and applicable codes to establish and manage a legal and safe workplace. | 1. Apply building codes, laws and rules in the project design.<br>2. Implement testing and inspection procedures to ensure successful completion of a construction project |
| Competency 4: | Evaluate the nature and scope of the Architecture and Construction Career Cluster and the role of architecture and construction in society and the economy. | 1. Identify the diversity of needs, values and social patterns in project design, including accessibility standards.<br>2. Manage relationships with internal and external parties to successfully complete construction projects. |
| Competency 5: | Describe the roles, responsibilities and relationships found in the architecture and construction trades and professions, including labor/management relationships. | 1. Describe contractual relationships between all parties involved in the building process.<br>2. Describe the approval procedures required for successful completion of a construction project. |
| Competency 6: | Read, interpret and use technical drawings, documents and specifications to plan a project. | 1. Justify design solutions through the use of research documentation and analysis of data.<br>2. Compare and contrast the building systems and components required for a construction project. |
| Competency 7: | Describe career opportunities and means to achieve those opportunities in each of the Architecture and Construction Career Pathways. | 1. Evaluate and implement the steps and requirements to pursue a career opportunity in the Architecture and Construction career pathway.<br>2. Examine and choose career opportunities that are matched to personal skills, talents, and career goals in an Architecture and Construction strand of interest. |

CTE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



CTE PERFORMANCE-BASED ASSESSMENT

| CTE Classification | COMPETENCY | PERFORMANCE INDICATORS |
|---|---|---|
| **Engineering**<br><br>Competency 1: | Apply engineering skills in a project that requires project management, process control and quality assurance. | 1. Use Engineering and Mathematics concepts and processes to solve problems involving design and/or production.<br>2. Understand the steps and apply the elements of the engineering design process. |
| Competency 2: | Use technology to acquire, manipulate, analyze and report data. | 1. Apply processes and concepts for the use of technological tools in Engineering and Mathematics fields.<br>2. Apply critical thinking skills to review information, explain statistical analysis, and to translate, interpret and summarize research and statistical data. |
| Competency 3: | Describe and follow safety, health and environmental standards related to engineering and mathematics workplaces. | 1. Apply the knowledge learned in the study of Engineering and Mathematics to provide solutions to human and societal problems in an ethical and legal manner.<br>2. Recognize and follow safety rules for using lab tools and machines. |
| Competency 4: | Understand the nature and scope of the Engineering and Mathematics Career Cluster and their role in society and the economy. | 1. Apply science and mathematics concepts to the development of plans, processes and projects that address real-world problems.<br>2. Analyze the impact that engineering and mathematics has on society. |
| Competency 5: | Demonstrate an understanding of the breadth of career opportunities and means to those opportunities in the Engineering and Mathematics Career Pathway. | 1. Describe engineering and explain how engineers participate in or contribute to the invention and innovation of products.<br>2. Understand Manufacturing and its processes. |
| Competency 6: | Demonstrate technical skills needed in a chosen Engineering and Mathematics field. | 1. Describe the elements of design and apply this concept to the design process using CAD software.<br>2. Use sketches as a communication tool, including thumbnail, perspective, isometric, and orthographic sketches. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



9-12

| CTE Classification | COMPETENCY | PERFORMANCE INDICATORS |
|---|---|---|
| **Manufacturing**<br><br>Competency 1: | Evaluate the nature and scope of the Manufacturing Career Cluster and the role of manufacturing in society and in the economy. | 1. Develop procedures to create products that meet customer needs.<br>2. Employ project management processes using data and tools to deliver quality, value-added products |
| Competency 2: | Analyze and summarize how manufacturing businesses improve performance. | 1. Demonstrate maintenance skills and proficient operation of equipment to maximize manufacturing performance.<br>2. Coordinate work teams when producing products to enhance production process and performance. |
| Competency 3: | Comply with federal, state and local regulations to ensure worker safety and health and environmental work practices. | 1. Develop safety plans for production processes that meet health, safety and environmental standards.<br>2. Conduct job safety and health analysis for manufacturing jobs, equipment, and processes.<br>3. Demonstrate the safe use of manufacturing equipment to ensure a safe and healthy environment |
| Competency 4: | Describe career opportunities and means to achieve those opportunities in each of the Manufacturing Career Pathways. | 1. Evaluate and implement the steps and requirements to pursue a career opportunity in the Manufacturing career pathway.<br>2. Examine and choose career opportunities that are matched to personal skills, talents, and career goals in a Manufacturing strand of interest. |
| Competency 5: | Describe government policies and industry standards that apply to manufacturing. | 1. Implement an effective, predictive and preventive maintenance schedule to maintain manufacturing equipment, tools, and workstations.<br>2. Monitor, promote and maintain a safe and productive workplace using techniques and solutions that ensure safe production of products. |
| Competency 6: | Demonstrate workplace knowledge and skills common to manufacturing. | 1. Diagnose equipment problems and effectively repair manufacturing equipment.<br>2. Demonstrate critical thinking skills and the ability to solve problems using those skills. |

CTE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



CTE PERFORMANCE-BASED ASSESSMENT

| CTE Classification | COMPETENCY | PERFORMANCE INDICATORS |
|---|---|---|
| **Transportation**<br><br>Competency 1: | Describe the nature and scope of the Transportation, Distribution and Logistics Career Cluster and the role of transportation, distribution and logistics in society and the economy. | 1. Identify the infrastructure needed to move people, goods, and equipment from one location to another (highways, bridges, airways, waterways, railways).<br>2. Describe and identify tools, techniques, and systems used to plan, staff, lead, and organize human resources as it relates to the pathway.<br>3. Demonstrate an understanding of the concepts and processes needed to move, store/house, locate, and/or transfer people, goods, and services. |
| Competency 2: | Describe the application and use of new and emerging advanced techniques to provide solutions for transportation, distribution and logistics problems. | 1. Evaluate and assess all aspects of facilities and facility planning for efficient and effective processing/handling of people, goods, and services in the industry (housing, storage, maintenance, parts).<br>2. Demonstrate an understanding of business fundamentals, uses and application of technologies, communications, and basic management functions.<br>3. Identify environmental conditions that would impact various aspects of the industry. |
| Competency 3: | Describe the key operational activities required of successful transportation, distribution and logistics facilities. | 1. Design a/an processing center/office/shop.<br>2. Identify where to place equipment for effective and efficient processing.<br>3. Recognize the importance of space and location of equipment. |
| Competency 4: | Identify governmental policies and procedures for transportation, distribution and logistics facilities. | 1. Understand how guidelines, rules, regulations, and laws control transportation-industry practices and how they are overseen by local, state, federal, and international agencies.<br>2. Determine the effects of government regulations on stock handling techniques and warehousing.<br>3. Describe the production and use of industry-generated documents, records, and forms as well as related management skills used in overall compliance measures. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

Case 2:21-cv-02210-TC-TJJ    Document 1-1    Filed 05/06/21    Page 1047 of 1278



| CTE Classification | COMPETENCY | PERFORMANCE INDICATORS |
|---|---|---|
| **Transportation**<br><br>Competency 5: | Describe transportation, distribution and logistics employee rights and responsibilities and employers' obligations concerning occupational safety and health. | 1. Demonstrate safety practices pertaining to the transportation industry, including requirements of the Occupational Safety and Health Administration (OSHA), Environmental Protection Agency (EPA), Air Quality Management Districts (AQMDs), and other regulatory agencies.<br>2. Conform to federal, state, and local regulations and manufacturers' specifications when handling, storing, and disposing of chemicals and equipment, including necessary certifications.<br>3. Determine the safe and correct application and use for chemicals used in the industry. |
| Competency 6: | Describe career opportunities and means to achieve those opportunities in each of the Transportation, Distribution and Logistics Career Pathways. | 1. Integrate multiple sources of career information from diverse formats to make informed career decisions, solve problems, and manage personal career plans.<br>2. Research the scope of career opportunities available and the requirements for education, training, certification, and licensure.<br>3. Integrate changing employment trends, societal needs, and economic conditions into career planning. |

CTE PERFORMANCE-BASED ASSESSMENT



CTE PERFORMANCE-BASED ASSESSMENT

| CTE Classification | COMPETENCY | PERFORMANCE INDICATORS |
|---|---|---|
| Law, Public Safety, Corrections and Security | | |
| Competency 1: | Formulate ideas, proposals and solutions to ensure effective and efficient delivery of law, public safety, corrections and/or security services. | 1. Describe how federal, state, and local laws and regulations affect public safety operations.<br>2. Explain the importance of individual liberties and civil rights provided in the Constitution and how public safety workers should safeguard these rights when interacting with the public.<br>3. Prepare a chart showing the organizational chain of command and other administrative systems to assign tasks and responsibilities for maximum effectiveness. |
| Competency 2: | Assess and implement measures to maintain safe and healthy working conditions in a law, public safety, corrections and/or security environment. | 1. Know the principles of emergency communications management and the importance of technological interoperability for information sharing among public safety agencies and for effective public address/warning systems.<br>2. Identify the skills required to deal effectively with emergency situations.<br>3. Become familiar with personal safety procedures to meet prescribed regulations and situations.<br>4. List the key elements of an action plan.<br>5. Understand the safety and health issues related to serving persons with exceptionalities.<br>6. Demonstrate the techniques for restraining individuals without violating their individual rights or jeopardizing safety.<br>7. Practice basic emergency lifesaving techniques in order to apply those skills as needed in emergencies.<br>8. Implement procedures for emergency response and know the requirements for handling hazardous materials—in normal and emergency situations—to avoid health and environmental risks (e.g., airborne and blood-borne pathogens, contamination).<br>9. Explain the management of crisis negotiations to promote the safety of individuals and the public. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



9-12

| CTE Classification | COMPETENCY | PERFORMANCE INDICATORS |
|---|---|---|
| **Law, Public Safety, Corrections and Security** | | |
| **Competency 3:** | State the rationale for various rules and laws designed to promote safety and health in the Workplace. | 1. Investigate the historical beginnings of law enforcement, courts, and corrections.<br>2. Demonstrate strategies and requirements for individuals and organizations to employ to respond to unethical and illegal actions in a variety of workplace situations.<br>3. Discuss the benefits of developing strong relationships between business and law, public safety, and security sectors. |
| **Competency 4:** | Analyze the various laws, ordinances, regulations and organizational rules that apply to careers in law, public safety, corrections and security. | 1. Evaluate the impact of ethics, confidentiality, character, and credibility on law, public safety, and corrections careers. Justify the importance of personal traits such as integrity, respect, responsibility, confidentiality, and ethical behavior in the workplace and the impact they can have on career success.<br>2. Understand the selection process for many public safety occupations that require certifications, reading and writing assessments, psychological evaluations, medical evaluations, and probationary periods.<br>3. Understand the necessity of maintaining strong academic records, high levels of physical fitness, and positive personal history to successfully pursue a career in a public safety. |
| **Competency 5:** | Describe various career opportunities and means to those opportunities in each of the Law, Public Safety, Corrections and Security Career Pathways. | 1. State the major types of occupations found in the pathway and the number of those occupations that require background-investigation security clearance and personal records free of disqualifying information.<br>2. Survey the history of public safety agencies in the United States and their influence on the current systems.<br>3. Identify a range of personal choices and conduct that would disqualify an individual from public safety occupations and describe ways to avoid such behaviors.<br>4. Understand the characteristics and benefits of teamwork, leadership, and citizenship in the school, community, and workplace settings.<br>5. Compile a personal portfolio specific to the expectations for employment in a public safety career. |

CTE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
953



**9.12**

CTE PERFORMANCE-BASED ASSESSMENT

| CTE Classification | COMPETENCY | PERFORMANCE INDICATORS |
|---|---|---|
| Law, Public Safety, Corrections and Security | | |
| Competency 6: | Analyze the nature and scope of the Law, Public Safety, Corrections and Security Career Cluster and the role law, public safety, corrections and security play in society and the economy. | 1. Recognize issues particular to policing and other public safety occupations, including accountability, codes of ethical conduct, jurisdiction, and civil rights of individuals. 2. Describe the public safety agency role in saving lives, protecting lives and property, reducing the vulnerability of critical infrastructure, identifying key resources, and maintaining order. 3. Describe public safety agency roles in preventing terrorism, enhancing security, managing border security, securing cyberspace, and preparing for and responding to emergencies and disasters. 4. Identify the major public safety agencies at the international, national, state, and local levels, as well as scenarios (including response to catastrophic events with multiple casualties) that call for a referral to a higher-level agency or collaboration with other public safety agencies. 5. Create a scenario that includes a potential threat from terrorism, a hostage situation, or danger at a school site, describing who should respond and actions that should be taken. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

954



NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



| CTE Classification | COMPETENCY | PERFORMANCE INDICATORS |
|---|---|---|
| **Information Technology**<br><br>Competency 1: Graphic Design and Digital Communications | 1. Demonstrate design principles in a graphic design project. | a. Students should identify the applications of color, line, shape, texture, size, and value in samples of graphic work.<br>b. Analyze the use of color, line, shape, texture, size, and value in samples of graphic work.<br>c. Incorporate color, line, shape, texture, size, and value in student-generated graphic work.<br>d. Demonstrate the elements of design through manual sketching.<br>e. Demonstrate the elements of design through digital sketching. |
| | 2. Create a portfolio of graphic design projects. | a. Students should research and compare the various types of personal portfolios.<br>b. Develop graphics portfolios that include traditional and digital works.<br>c. Recognize that portfolios are dynamic and require maintenance. |
| Competency 2: Computer Science | 1. Compare levels of abstraction and interactions between application software, system software, and hardware layers. | At its most basic level, a computer is composed of physical hardware and electrical impulses. Multiple layers of software are built upon the hardware and interact with the layers above and below them to reduce complexity. System software manages a computing device's resources so that software can interact with hardware. For example, text editing software interacts with the operating system to receive input from the keyboard, convert the input to bits for storage, and interpret the bits as readable text to display on the monitor. System software is used on many different types of devices, such as smart TVs, assistive devices, virtual components, cloud components, and drones. For example, students may explore the progression from voltage to binary signal to logic gates to adders and so on. Knowledge of specific, advanced terms for computer architecture, such as BIOS, kernel, or bus, is not expected at this level. |
| | 2. Create prototypes that use algorithms to solve computational problems by leveraging prior student knowledge and personal interests. | A prototype is a computational artifact that demonstrates the core functionality of a product or process. Prototypes are useful for getting early feedback in the design process, and can yield insight into the feasibility of a product. The process of developing computational artifacts embraces both creative expression and the exploration of ideas to create prototypes and solve computational problems. Students create artifacts that are personally relevant or beneficial to their community and beyond. Students should develop artifacts in response to a task or a computational problem that demonstrate the performance, reusability, and ease of implementation of an algorithm. |

CTE PERFORMANCE-BASED ASSESSMENT



CTE PERFORMANCE-BASED ASSESSMENT

| CTE Classification | COMPETENCY | PERFORMANCE INDICATORS |
|---|---|---|
| Information Technology<br><br>IT Competency 3: Information Technology | Evaluate the scalability and reliability of networks, by describing the relationship between routers, switches, servers, topology, and addressing. | Each device is assigned an address that uniquely identifies it on the network. Routers function by comparing IP addresses to determine the pathways packets should take to reach their destination. Switches function by comparing MAC addresses to determine which computers or network segments will receive frames. Students could use online network simulators to experiment with these factors. |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org



9-12

| CTE Classification | COMPETENCY | PERFORMANCE INDICATORS |
|---|---|---|
| **Health and BioScience**<br><br>Competency 1: Creative and Critical Thinking | Work creatively with others to develop solutions, products and services | 1. Determine the best resolution for a problem, decision, or opportunity based on given criteria.<br>2. Design a product or service that could fulfill a human need or desire |
| Competency 2: Communication | Apply concepts of effective verbal and nonverbal communication in the healthcare industry | Demonstrate techniques for overcoming communication barriers in a healthcare setting |
| Competency 3: Safety | Analyze environmental safety practices within the healthcare setting | Assess workplace conditions with regard to personal and environmental health and safety. |
| Competency 4: Teamwork | Develop innovative solutions and initiatives as part of a diverse team | Synthesize the experiences of a diverse group to develop innovative solutions to a given problem in healthcare. |
| Competency 5: Health Information for Healthcare | Apply basic computer literacy skills to health science occupations | Identify types of data collected and protocols for collecting healthcare data. |

CTE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**GRADE BAND 9-12**

# Library Media

**LIBRARY MEDIA PERFORMANCE-BASED ASSESSMENT**

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information Value:** A successful student understands that information has value as a means of negotiating and understanding the world. | I can solicit assistance from the librarian to learn about information sources. | I can engage with the librarian to access, retrieve, evaluate, and use information. | I can solicit assistance and respond to feedback from the librarian as I work with information. | I can solicit assistance from librarians beyond my school (e.g., public, academic, state, museum, etc.). | G.12.1.1, G.12.1.4, G.12.1.5, G.12.1.9 |
| | I can, with assistance, identify various basic information source types. | I can describe potential uses of various information source types. | I can justify uses of various source types. | I can select appropriate source types to complete a project. | |
| | I can, with assistance, identify information source author(s), date, title, name of publisher, and publisher location. | I can, with assistance, use a citation style manual to write references to original works. | I can use a style manual to give credit to the original ideas of others in my written work by using proper citation and format style. | I can support a solution to a problem using research-based evidence from multiple high quality information sources and giving credit to the original ideas of others. | |
| | I can, with assistance, identify research-based evidence in an information source. | I can, with assistance, identify evidence in an information source to support and refute a premise. | I can use information to support or refute a premise. | | |
| | I can define intellectual property types (copyright, trademarks, trade secrets, and patents). | I can identify examples of copyright, trademarks, trade secrets, and patents. | I can justify intellectual property rights to inventions, designs, and artistic works through types of intellectual property: copyright, trademarks, trade secrets, and patents. | | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

**9-12**

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information as Exploration:**<br><br>A successful student recognizes that searching for information is a process requiring the evaluation of a range of information sources as new understandings develop. | I can identify key search terms from a provided exploratory question. | I can write an exploratory question that directs the act of finding information. | I can write an exploratory question that directs the act of selecting a range of information sources. | I can modify my exploratory question as I develop new understandings. | G.12.1.1, G12.1.2, G2.2.3, G12.2.5 |
| | I can label key elements in determining validity of an information source such as relevance, scope, depth, author expertise, timeliness and accuracy. | I can outline key elements in determining validity of an information source such as relevance, scope, depth, author expertise, timeliness and accuracy. | I can combine elements of validity to make judgments about the usefulness of an information source. | I can use analysis of source validity to defend my source selection. | |
| | I can follow a prescribed search strategy to conduct an exploratory search. | I can select and apply a search strategy to conduct an exploratory search using prior and background knowledge. | I can refine search strategies based on new understandings identified through the search process. | I can assess the success of my search process through the presentation of new understandings. | |

LIBRARY MEDIA PERSFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



9-12

LIBRARY MEDIA PERSFORMANCE-BASED ASSESSMENT

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information as Exploration:** A successful student respects the ideas of others and sees themselves as contributors as well as consumers of information. | I can name informational tools and search techniques needed to locate the ideas of others beyond a basic Google search. | I can demonstrate the use of some advanced search techniques such as controlled vocabulary, keywords, logic operators, and natural searching language in digital search environments for prescribed searches. | I can use a variety of search techniques including the use of controlled vocabulary, keywords, and natural searching language to locate the ideas of others. | I can select appropriate search platforms and formulate a complex search query to efficiently locate, use, and prioritize the ideas of others. | G12.2.3, G.12.3.10, G.12.6.7 |
| | I can identify a collaboratively constructed information platform relevant to my information search. | I can compare and contrast information derived from collaboratively constructed information platforms. | I can contribute to collaboratively constructed information platforms by ethically using and reproducing others' work. | I can measure the global reach and accuracy of my contribution to a collaboratively constructed information platform. | |
| | I can utilize a prescribed rubric to judge the quality of my own creation. | I can modify a prescribed rubric to judge the quality of my own creation." | I can judge the quality of my own creation and its suitability for a local audience. | I can judge the quality of my own creation and its suitability for a global learning community. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**9-12**

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information Research as Inquiry:** A successful student uses an inquiry process to ask new and complex questions that focus on personal, career, or societal needs. | "I can brainstorm a personal, job, career, or social problem with others to identify a research question. | I can, with assistance, describe a problem and state a claim based on what I have observed about the problem. | I can refine a research question by exploring and using diverse perspectives on a topic and identifying research methods. | With the librarian and content teacher, I can select a topic and problem statement, participate in an inquiry process that includes access, retrieval, evaluation, and use of publications; observe relevant environments; formulate a claim or hypothesis; design and conduct a study; analyze data; and draw reasonable conclusions. | G.12.3.5, G.12.3.7, G.12.3.9, G.12.3.1, G.12.3.2, G.12.3.9, G.12.3.10 |
| | I can observe experiences and organize and display data potentially relevant to a research question. | I can, with assistance, follow the steps in a topic selection and problem statement model. | I can follow the steps in a topic selection and problem statement model, articulate my own knowledge gap, and select a starting place for research. | | |
| | I can identify appropriate information sources about my research topic. | I can, with assistance, identify and select sources about my topic that represent diverse perspectives. | I can read, review, and select information sources that address the research topic and enable me to gain knowledge about the topic. | I can reflect upon my inquiry process through the formulation of potential further research questions. | |
| | | I can, with assistance, identify a potential research question. | I can make informed decisions and present logical conclusions based on data collection and analysis. | | |
| | | | I can independently combine ideas gathered from multiple sources. | | |
| | | | I can organize and present complex information in meaningful ways. | | |
| | | | I can monitor my own information-seeking processes and products for effectiveness and progress, and make necessary adjustments. | | |

LIBRARY MEDIA PERSFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**9-12**

**LIBRARY MEDIA PERSFORMANCE-BASED ASSESSMENT**

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information Authority:** A successful student recognizes that information resources reflect their creators expertise and credibility. | I can choose search strategies to collect, analyze, and use data. | I can use search strategies to collect, analyze and use data. | I can use digital repositories and search strategies to collect, analyze and use data. | I can continually analyze and reflect on the quality, usefulness, and accuracy of information used for a task. | G.12.4.5, G.12.3.3, G.12.3.7, G12.4.7, G.12.1.1, G.12.1.8 |
| | I can differentiate between peer reviewed, scholarly sources and consumer information. | I can explain the difference between peer reviewed, scholarly sources and consumer information. | I can determine what kind of information based on creator expertise and credibility (peer reviewed, scholarly, consumer) is needed for a task. | I can use creator's expertise and credibility to justify ideas contained within the source. | |
| | I can label creator's expertise and credibility in a prescribed information resource. | I can label a creator's expertise and credibility in information resources of my choosing. | I can interpret how creators' expertise and credibility applies to the creation of authoritive sources. | | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

**9-12**

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information Authority:** A successful student acknowledges biases that privilege some sources of authority over others in terms of worldview, gender, sexuality, and cultural orientations | I can identify elements such as worldview, gender, sexuality, and/or culture in sources. | I can recognize elements such as worldview, gender, sexuality, and/or culture in sources by asking relevant questions about origins, context, and suitability of a publication. | I can explain why a resource includes elements such as worldview, gender, sexuality, and/or culture based on answers to questions about origins, context, and suitability of a publication. | I can use my knowledge of elements such as worldview, gender, sexuality, and/or culture to incorporate diverse perspectives that enrich my learning. | G12.4.2, G12.4.3, G12.4.4, G12.4.8, G12.4.10 |
| | I can provide definitions for various forms of media manipulation. | I can recognize the difference between fact reporting, analysis, opinion, and misleading information including propaganda and other forms of media manipulation. | I can view a resource and decipher what kind of information it is (fact reporting, analysis, opinion, misleading information, propaganda, etc.). | I can use my knowledge of bias that privileges to create examples and reflect on the impact of media manipulation. | |
| | I can distinguish between primary and secondary sources. | I can select primary and secondary sources appropriate for the research task. | I can select and utilize primary and secondary sources appropriate for the research task. | I can articulate my personal bias and how it informs my worldview, and I am open to using the ideas of others to expand my thinking. | |
| | I can list possible authoritative sources in a subject area. | I can recognize accuracy and reliability in authoritative sources in a subject area. | I can question the accuracy and reliability of authoritative sources in a subject area. | | |
| | I can recognize personal bias. | I can explain how personal bias informs worldview. | I can recognize personal bias and communicate how that bias might inform my personal worldview. | | |

LIBRARY MEDIA PERSFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**9-12**

LIBRARY MEDIA PERSFORMANCE-BASED ASSESSMENT

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information Authority:** A successful student can acknowledge authorship of sources and recognize that authoritative content may be packaged formally or informally and may include sources of all media types. | I can determine whether a media source is meant to be a formal or in-formal publication. | I can decide what kinds of media to include in a formal or informal publication. | I can evaluate content in media sources on the basis of its formal or informal publication. | I can analyze content, create media, and determine a proper distribution source for the information. | G.12.6.1, G12.6.2, G12.4.9, G.12.4.10 |
| | I can identify the references in a formal or informal publication. | I can ensure proper attribution of information sources by using proper citation and seeking permissions for use when necessary. | I can justify the importance of attribution and seeking permission to use an author's creation in my own work. | I can ethically use, acknowledge, and reproduce others' work. | |
| | I can recognize potential instances of copyright violation. | I can articulate the importance of respecting copyright. | I can make decisions about information and resources to include in personal knowledge projects based on copyright considerations. | I can recognize the importance of copyright law to a responsibly functioning society. | |
| | I can recognize opportunities to make use of creative commons. | I can choose an appropriate creative commons license to add to an author's creation. | I can explain why a creative commons license should be applied to an author's creation. | I can contribute a product with a creative commons license. | |
| **Information Format:** A successful student can appraise the organization, purpose, audience, and publication standards of various information sources. | I can identify configuration, structure, layout, appearance, audience, and publication standards for various types of sources. | I can work with the librarian to select an appropriate information format for my presentation. | I can utilize an effective information format when communicating a message to my audience. | I can maximize the reach of my message through a variety of formats, publication standards, and organizational techniques appropriate to the audience. | G12.5.1, G12.5.3, G12.5.4, G12.5.5 |
| | | I can make use of information format elements to develop an understanding of the ideas in the body of work. | I can predict how an information format will impact audience interaction. | | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



**9-12**

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information Format:** A successful student can follow ethical and legal guidelines when using information technology including fostering a positive digital identity and using online security and privacy best practices. | I can give at-tribution to au-thors and crea-tors of digital works when using their work for my own learning and publishing. | I can select the appropriate attribution format for the digital works of authors and creators for a prescribed information product. | I can use proper attribution formats to credit authors and creators when using their work in my own learning and publishing. | I can include attribution elements in my personal knowledge products that will allow others to give me credit for my contribution. | G.12.5.8, G.12.5.9, G12.6.3, G12.4.8 |
| | I can recognize elements of a digital profile using a pre-scribed tech-nology. | I can analyze a digital profile on various platforms and identify personal, academic and career ramifications of content choices. | I can present my digital identity in a way that furthers my personal, academic and career goals using digital platforms best suited for the task. | I can cultivate an online reputation that requires separating my private and professional digital identities while considering the cultural and global ramifications of connected online communities. | |
| | I can explain risks and bene-fits of sharing digital infor-mation. | I can analyze the privacy settings of a digital tool and manipulate settings to reduce risk. | I can appraise the implications of my use of digital products beyond minimal privacy settings and take necessary precautions to protect my identity and that of others. | I can propose solutions that consider security and privacy issues in technological innovations | |

LIBRARY MEDIA PERSFORMANCE-BASED ASSESSMENT



**9-12**

LIBRARY MEDIA PERSFORMANCE-BASED ASSESSMENT

| Library Media | PHASE 1: Recall and Reproduction | PHASE 2: Basic Application of Skills and Concepts | PHASE 3: Strategic Thinking | PHASE 4: Extended Thinking | STANDARDS |
|---|---|---|---|---|---|
| **Information as Conversation:** A successful student recognizes that through continuous communication using social and/or intellectual networks, new insights and discoveries occur over time as a result of varied perspectives and interpretations. | I can identify appropriate responses to academic and civic conversations. | I can contribute at an appropriate level to academic and civic conversations such as a local online community, a face-to-face discussion, and/or for a project poster and presentation. | I can contribute and defend my contributions at an appropriate level to academic and civic conversations such as a local online community, a face-to-face discussion, and/or for a project poster and presentation. | I can guide an academic and civic conversation. | G12.6.1, G12.6.3, G.12.6.4, G12.6.6, G12.6.9 |
| | I can identify person first terminology to use in conversations with individuals who think and live differently than I do. | I can converse with individuals who think and live differently than I do. | I can converse with individuals who think and live differently than I do, respecting their thoughts and culture by my word choice. | I can propose solutions for social and intellectual problems through conversations informed by information perspectives with individuals who think and live differently than I do. | |
| | I can identify best uses of social media for learning and creating. | I can use social media effectively to collect and disseminate information relevant to my learning and creating. | I can use and justify the use of social media to collect and disseminate information relevant to my learning and creating. | I can choose the social media platform best suited to collecting and disseminating information relevant to presenting my learning and creations to a global audience. | |
| | I can determine when collaboration would help with exchanging ideas, developing new understandings, making decisions and solving problems. | I can participate in guided collaboration to exchange ideas and develop new understandings. | I can collaborate with others to exchange ideas, develop new understandings, and make decisions. | I can collaborate with others to exchange ideas, develop new understandings, make decisions and solve problems. | |
| | | | | I can open-mindedly assess feedback for positive and constructive personal growth. | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE:
KANSAS GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Grade Band
# 9-12

# Essential Elements (EE)

# Assessment

All students are taught academic content for their enrolled grade level. Students who have the most significant cognitive exceptionalities mostly take the alternate assessments and may need content aligned to alternate academic achievement standards. These standards are aligned with the general education content standards with reduced depth, breadth and complexity. Competencies for this population are the same as for students following the general education curriculum. However, the learning targets and measurement tables for this population align to the alternate academic achievement standards.

Students who have the most significant cognitive exceptionalities, who are eligible for an alternate assessment, work from the alternate academic achievement standards. The DLM Essential Elements (2020) allow students access to instruction aligned to grade level academic content. Goals and instruction listed in the IEP for these students are linked to the enrolled grade level DLM Essential Elements (2020). Access to challenging academic content aligned with grade-level standards is a priority so learning gaps do not widen. Students who demonstrate mastery of level 3 or 4 competencies may not be appropriately challenged when working from the Essential Elements. Providing a continuum between the level 4 skill on the Essential Elements Competency Rubric and the level 1 skill on the Competency Rubric (2019) for each grade band will assist those students in the transition to the Kansas competencies/state standards.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**EE ASSESSMENT**

This section of the guidance document seeks to support educators as they consider ways to develop, refine and/or implement a comprehensive, balanced and cohesive approach to meaningfully assess student learning in a competency-based model. When thinking about mastery, a multiple-measures approach can be useful and may include a variety of assessments, ranging from the use of rubrics that focus on the depth of a student's understanding to nationally normed assessments by age and/or ability to state accountability assessment systems. What follows as guidance to consider may be best conceptualized by thinking of it from the perspective of assessing student learning.

## Performance-Based Assessment and the Use of Rubrics

- **Continuity and Comprehensive Approach:** The grade-band teams from Phase I of this project developed both the competencies and a set of performance-based "I can ..." rubrics.

  - SECD, specials, electives and CTE are also included for your consideration and inclusion in assessing broader STEAM and Humanities competencies.

- **Interpretation of Performance Levels:** These rubrics contain four performance levels that include "I can ..." statements that intend to reflect the various stages of what students know and are able to do through progressive depths of each competency. Ideally, students move to and through each of the levels from left to right, but this may take place at different times for each student. Webb's Depth of Knowledge (DOK) is included as a familiar reference to help support the development of instruction in a leveled manner.

  - Level 1 may be thought of as introducing or beginning/DOK: Recall and Reproduce

  - Level 2 may be thought of as developing or emerging/DOK: Application and Reasoning

  - Level 3 may be thought of as demonstrating or creating/DOK: Strategic Thinking

  - Level 4 may be thought of as extending or enriching/DOK: Extended Thinking

    **NOTE:** Levels 1-4 are not intended to predict Kansas State Assessment scores.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

968

**9-12**

EE ASSESSMENT

# Levels Explanation

Webb's Depth of Knowledge: Use to Align "A successful student can ..." Statements to Appropriate Performance Level

| Performance Level | I can ... |
|---|---|
| Level 1 | **Recall and Reproduction**<br>• Recall a fact, term, definition, principle or concept; perform a simple procedure.<br>• Items typically specify what the student is to do, which is often to carry out some procedure that can be performed mechanically.<br>• Recall of a fact, information, definition, term or performance of a process or procedure. |
| Level 2 | **Basic Application of Skills and Concepts**<br>• Apply conceptual knowledge:<br>• Use provided information to select appropriate procedures for a task.<br>  • Perform two or more steps with decision points along the way.<br>  • Solve routine problems; organize or display data.<br>  • Interpret or use simple graphs.<br>• Items require students to make some decisions as to how to approach the question or problem. These actions imply more than one mental or cognitive process/step.<br>• Includes the engagement of some mental processing beyond recalling or reproducing a response. |
| Level 3 | **Strategic Thinking**<br>• Apply reasoning, using evidence, and developing a plan to approach or solve abstract, complex or nonroutine problems; interpret information and provide justification when more than one approach is possible.<br>• Items require students to justify the responses they give and may have more than one possible answer.<br>• Requires deep understanding as exhibited through planning, using evidence, and more demanding cognitive reasoning. The cognitive demands are complex and abstract. |
| Level 4 | **Extended Thinking**<br>• Perform investigations or apply concepts and skills that require research and problem solving across content areas or multiple sources.<br>• Items require students to bring together skill and knowledge from various domains. Due to the complexity of cognitive demand, this level often requires an extended period to answer. A DOK 4 is first a DOK 3 with added connections.<br>• Requires high cognitive demand and is very complex. Students are expected to make connections and relate ideas within the content or among areas - and have to select or devise one approach among many alternatives on how the situation can be solved. |

This is the target

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
969



9-12

EE ASSESSMENT

## Subject Area Abbreviations:

| | |
|---|---|
| **AFNR** | Agriculture, Foods and Natural Resources |
| **AC** | Architecture and Construction |
| **BC** | Business Career |
| **BC.BMAE** | Business Management, Administration and Entrepreneurship |
| **BC.F** | Finance |
| **BC.M** | Marketing |
| **DNC** | Dance |
| **FCS** | Family and Consumer Sciences |
| **ELA** | English Language Arts |
| **ENG** | Engineering |
| **HB** | Health and Biosciences |
| **HE** | Health |
| **HGSS** | History, Government and Social Studies |
| **HUM** | Humanities |
| **IT** | Information Technology |

| | |
|---|---|
| **LPSCS** | Law, Public Safety, Corrections and Security |
| **MA** | Media Arts |
| **MATH** | Math |
| **MNFR** | Manufacturing |
| **MUS** | Music |
| **PE** | Physical Education |
| **SCI** | Science |
| **SCI.ESS** | Earth and Space Science |
| **SCI.LS** | Life Science |
| **SCI.PS** | Physical Science |
| **SECD** | Social-Emotional Character Development |
| **STM** | STEAM |
| **THR** | Theatre |
| **TRAN** | Transportation |
| **WL** | World Languages |
| **VA** | Visual Arts |

## Grade Bands:

| | |
|---|---|
| **P** | Pre-K to 2nd grade |
| **IM** | 3rd to 5th grade |
| **MS** | 6th to 8th grade |
| **HS** | 9th to 12th grade |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**GRADE BAND**
**9-12**

# EE ELA

A successful student can work with peers to promote civil, democratic discussions and decision making in order to seek to understand different viewpoints.

**EE ELA**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can engage in collaborative discussions. | I can communicate wants/needs to others (verbal, gestures, communication device). | I can communicate directly with supportive adults or peers while participating in multiple turn communication exchanges | I can engage in collaborative discussions by collecting information on the topic; working with adults and peers to set rules for discussions; relate the topic of discussion to broader themes or ideas; and indicate agreement or disagreement with others during discussions. | I can engage in collaborative discussions by asking and answering questions to verify or clarify my ideas and understandings during a discussion; and respond to agreements and disagreements in a discussion. | EE.SL9-10.1; EE.SL11-12.1 |
| I can present a logically organized argument with claims, reasons, and evidence. | I can communicate right/wrong appropriately. | I can present an argument on a topic. | I can present an argument on a topic with logically organized claims, reasons, and evidence. | I can present an argument on a topic using an organization appropriate to the purpose, audience, and task. | EE.SL9-10.4; EE.SL11-12.4 |
| I can adapt communication to a variety of contexts. | I can communicate wants/needs to others (verbal, gestures, communication device). | I can communicate with complete thoughts (may not be grammatically correct). | I can adapt communication to a variety of contexts and tasks using complete sentences when indicated or appropriate. | I can adapt communication to a variety of contexts and tasks using complete sentences when indicated or appropriate. | EE.SL9-10.6; EE.SL11-12.6 |

EE ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**9-12**

A successful student can provide an objective summary and analyze documents of historical and literary significance including how the text addresses related themes and concepts and how it interacts and builds on one another to produce a complex account.

**EE ELA**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can determine which citations demonstrate what the text says explicitly as well as inferences drawn from the text. | I can identify elements in a story (characters, other key details in the text) when asked. | I can use information and details explicitly mentioned in the text for citing. | I can determine which citations refer to explicit information and which citations refer to inferred. | I can analyze a text to determine its meaning and cite textual evidence to support explicit and implicit understanding. | EE.RL.9-10.1, EE.RL.11-12.1 |
| I can determine which citations demonstrate what the text says explicitly as well as inferentially. | I can identify the concrete details, such as individuals, events, or ideas in familiar informational texts. | I can use information and details inferred from the information and details explicitly mentioned in the text for citing. | I can determine which citations refer to explicit information and which citations refer to inferred information in an informational text. | I can analyze a text to determine its meaning and cite textual evidence to support explicit and implicit understanding. | EE.RI.9-10.1; EE.11-12.1 |
| I can determine the central idea of the text and select details to support it. | I can identify the concrete details, such as individuals, events, or ideas in familiar informational texts. | I can summarize the information in a familiar informational text. | I can pick out details that are relevant and contribute to the understanding of central idea of informational text. | I can determine the central idea of a text and recount the text. | EE.RI.9-10.2; EE.RI.11-12.2 |
| I can recount events related to the theme or central idea, including details about character and setting. | I can identify the next step or event in a sequence from a familiar routine. | I can determine details that provide for foundation of the theme in a narrative. | I can relate 2 or more events with details about specific characters and settings that help the reader to infer the theme or central idea. | I can recount the main events of the text which are related to the theme or central idea. | EE.RL.9-10.2; EE.RL.11-12.2 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**9-12**

A successful student can respond thoughtfully to diverse perspectives; gather relevant information from multiple print and digital sources, synthesize comments, claims, and evidence made on all sides of an issue; resolve contradictions when possible; identify fallacious reasoning, exaggerated or distorted evidence; and determine what additional information or research is required to deepen the investigation or complete the task.

## EE ELA

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can determine logical connections between individuals, ideas, or events in a text. | I can identify actions associated with the routine, as a result of experience with a routine. | I can identify the relationship between multiple concrete facts or details in a literature or informational text. | I can ascertain the logical relationship or interaction between two or more individuals, events, ideas, or other details in an informational text. | I can determine how individuals, ideas, or events change over the course of the text. | EE.RI.9-10.3; EE.RI.11-12.3 |
| I can determine how characters change or develop over the course of a text. | I can demonstrate an understanding that categories are broad and contain varying subgroups differing on their characteristics (furniture= chairs, tables, couches, etc). | I can describe the internal (motivations, feelings) and external traits (appearance) of a character. | I can determine the changes or development that occurs in a specific character in a narrative. | I can determine how characters, the setting or events change over the course of the story or drama. | EE.RL.9-10.3; EE.RI.11-12.3 |
| I can locate sentences that support an author's central idea or claim. | I can make generalizations about the category to novel instances of that category when my categorical knowledge. | I can determine important details in informational text. | I can determine the specific evidence used to support a claim. | I can determine whether the structure of a text enhances an author's claim. | EE.RI.9-10.5; EE.RI.11-12.5 |
| I can identify where a text deviates from a chronological presentation of events. | I can identify the next step or event in a sequence from a familiar routine. | I can identify an element of the story that undergoes change(s) from beginning to end (character or setting). | I can identify where a text deviates from a chronological presentation of events. | I can determine how the author's choice of where to end the story contributes to the meaning. | EE.RI.9-10.5; EE.RI.11-12.5 |
| I can determine how the specific claims support the argument made in an informational text. | I can realize that what I am thinking or viewing may or may not be the same as what other people see or think. | I can determine specific evidence used to support a claim regarding either an informational or literary text or the topic of a presentation. | I can analyze how specific evidence supports claims that form an argument in an informational text or presentation on a topic. | I can determine whether the claims and reasoning enhance the author's argument in an informational text. | EE.RI.9-10.8; EE.RI.11-12.8 |

EE ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**9-12**

A successful student can interpret words and phrases as they are used in text or documents, including determining technical, connotative, and figurative meanings, and analyze how specific word choices shape meaning or tone.

**EE ELA**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can determine the meaning of words and phrases as they are used in text, including common idioms, analogies, and figures of speech. | I can determine some of the relevant words for describing people, places, things, or events familiar to me. | I can identify the commonly understood cultural and/or emotional meaning of words and phrases. | I can determine the figurative meaning of words and phrases (such as common idioms, analogies, and figures of speech). | I can determine how words or phrases in a text including words with multiple meanings and figurative language, impacts the meaning of the text. | EE.RI.9-10.4; EE.RI.11-12.4 |
| I can determine the meaning of words and phrases as they are used in a text, including idioms, analogies, and figures of speech. | I can determine some of the relevant words for describing people, places, things, or events familiar to me. | I can determine the meaning of frequently occurring or transparent simple idioms and figures of speech. | I can ascertain the figurative meanings of words and phrases in narratives (common idioms, analogies, and figures of speech. | I can determine how words or phrases in a text, including words with multiple meanings and figurative language, impact the meaning. | EE.RL.9-10.4; EE.RL.11-12.4 |
| I can use context to determine the meaning of unknown words. | I can demonstrate a receptive understanding of the property words that describe the objects that accompany familiar games or routines. | I can identify what word is missing in a written sentence by using the surrounding words in the sentence and the sentence's meaning as clues. | I can infer word meaning using semantic clues in the sentence or paragraph, including restatement, illustrations or examples, similes, metaphors, personification, summary, cause/effect. | I can use context to determine the meaning of unknown words. | EE.L.9-10.4.a; EE.L.11-12.a |
| I can determine the intended meaning of multiple meaning words. | I can make generalizations about the category to novel instances of that category when using my categorical knowledge. | I can use the surrounding context of word in text to determine meaning of multiple meaning words. | I can determine the intended meaning of multiple meaning words. | I can identify and use root words and the words that result when affixes are added or removed. | EE.L.9-10.4.b; EE.L.11-12.4.b |

EE ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
974    Kansas State Department of Education | www.ksde.org



9-12

A successful student can write informative and argumentative texts to examine and convey complex ideas, concepts, and information clearly and accurately through the effective selection, organization and analysis of content in order to summarize, advocate and/or solve problems.

**EE ELA**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can integrate ideas and information in writing including introducing the topic, providing facts or details, and providing a closing. | I can demonstrate my preference for an object (like, dislike) through either verbal or nonverbal means when asked yes/ no questions about my preferences; use functional words to describe common persons, places, objects, or events; produce utterances comprising of two words; demonstrate an understanding that categories are broad and contain varying subgroups differing on their characteristics; and identify the end or completion of a routine. | I can introduce a topic and convey information about it including visual, tactual, or multimedia information as appropriate; put facts or details identified about a topic into writing; produce a complete thought in writing (may not be grammatically correct but still conveys a complete thought or idea); use domain-specific vocabulary in informative writing; and write a concluding sentence, statement, or section of a written text to bring together all the information presented in the text. | I can introduce a topic clearly and use a clear organization to write about it including visual, tactual, or multimedia information as appropriate; develop the topic with facts or details; use complete, simple sentences as appropriate; use domain specific vocabulary when writing claims related to a topic of study or text; and provide a closing or concluding statement. | I can write to share information supported by details: introduce a topic clearly and write an informative or explanatory text that conveys ideas, concepts, and information including visual, tactual, or multimedia information as appropriate; develop the topic with relevant facts, details, or quotes; use complete, simple sentences, as well as compound and other complex sentences as appropriate; use domain specific vocabulary when writing claims related to a topic of study or text; and provide a closing or concluding statement. | EE.W.9-10.2; EE.W.11-12.2 |
| I can apply knowledge of word chunks when spelling. | I can recognize the sound of the letter of the first name in words I hear and see and can correctly represent the letter when spelling words that start with the same letter. | I can accurately select (from a complete alphabet array on a keyboard or other AT device) or write the correct initial sound that corresponds with a word. | I can spell most single-syllable words correctly and apply knowledge of word chunks in spelling longer words. | I can spell most single-syllable words correctly and apply knowledge of word chunks in spelling longer words. | EE.L.9-10.2.c |

EE ELA PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**EE ELA PERFORMANCE-BASED ASSESSMENT**

A successful student can use a variety of writing techniques such as pacing, description, reflection and multiple plot lines, to develop experiences, events, and/or characters, and text structures, such as cause and effect, compare/contrast, etc. to produce clear and coherent writing in which the development, organization, and style are appropriate to task, purpose, and audience.

**EE ELA**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can integrate ideas and information in writing including introducing the topic, providing facts or details, and providing a closing. | I can demonstrate my preference for an object (like, dislike) through either verbal or nonverbal means when asked yes/no questions about my preferences; use functional words to describe common persons, places, objects, or events; produce utterances comprising of two words; demonstrate an understanding that categories are broad and contain varying subgroups differing on their characteristics; and identify the end or completion of a routine. | I can introduce a topic and convey information about it including visual, tactual, or multimedia information as appropriate; put facts or details identified about a topic into writing; produce a complete thought in writing (may not be grammatically correct but still conveys a complete thought or idea); use domain-specific vocabulary in informative writing; and write a concluding sentence, statement, or section of a written text to bring together all the information presented in the text. | I can introduce a topic clearly and use a clear organization to write about it including visual, tactual, or multimedia information as appropriate; develop the topic with facts or details; use complete, simple sentences as appropriate; use domain specific vocabulary when writing claims related to a topic of study or text; and provide a closing or concluding statement. | I can write to share information supported by details: introduce a topic clearly and write an informative or explanatory text that conveys ideas, concepts, and information including visual, tactual, or multimedia information as appropriate; develop the topic with relevant facts, details, or quotes; use complete, simple sentences, as well as compound and other complex sentences as appropriate; use domain specific vocabulary when writing claims related to a topic of study or text; and provide a closing or concluding statement. | EE.W.9-10.2; EE.W.11-12.2 |
| I can apply knowledge of word chunks when spelling. | I can recognize the sound of the letter of the first name in words I hear and see and can correctly represent the letter when spelling words that start with the same letter. | I can accurately select (from a complete alphabet array on a keyboard or other AT device) or write the correct initial sound that corresponds with a word. | I can spell most single-syllable words correctly and apply knowledge of word chunks in spelling longer words. | I can spell most single-syllable words correctly and apply knowledge of word chunks in spelling longer words. | EE.L.9-10.2.c |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**GRADE BAND 9-12**

# EE Mathematics

Students must be engaged with the eight Standards for Mathematical Practice throughout the instruction of the mathematical content:

1. Make sense of problems and persevere in solving them.
2. Reason abstractly and quantitatively.
3. Construct viable arguments and critique the reasoning of others.
4. Model with mathematics.
5. Use appropriate tools strategically.
6. Attend to precision.
7. Look for and make use of structure.
8. Look for and express regularity in repeated reasoning.

A successful student can use a variety of writing techniques such as pacing, description, reflection and multiple plot lines, to develop experiences, events, and/or characters, and text structures, such as cause and effect, compare/contrast, etc. to produce clear and coherent writing in which the development, organization, and style are appropriate to task, purpose, and audience using the Standards for Mathematical Practices.

| EE Mathematics | | | | | |
|---|---|---|---|---|---|
| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
| I can express quantities to the appropriate precision of measurement. | I can use perceptual subitizing. | I can solve word problems involving addition, subtraction, and multiplication of rational numbers. | I can express numerical answers with a degree of precision appropriate for the problem context. | I can solve multi-step problems with rational numbers. | EE.N-Q.1-3 |

*EE MATHEMATICS PERFORMANCE BASED ASSESSMENT*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

A successful student can write and interpret appropriate equivalent forms of an expression to explain different properties of the quantities represented in real-world context.

**EE Mathematics**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can solve one-step inequalities. | I can combine and partition sets. | I can solve linear equalities in one variable. | I can solve linear inequalities in one variable. I can represent solutions of inequalities on a number line. | I can explain solution to a linear inequality in one variable. | EE.A-CED.2-4 |
| I can identify an algebraic expression involving one arithmetic operation to represent a real-world problem. | I can combine and partition sets. | I can represent the unknown in an equation. I can represent expressions with variables. | I can represent real-world problems as equation and as expressions. | I can solve real-world problems using equations with non-negative rational numbers. | EE.A-SSE.1 Extended |
| I can solve simple algebraic equations with one variable using multiplication and division. | I can combine and partition sets. | I can determine the unknown in a division and multiplication equation. | I can solve linear equations in one variable. I can solve linear equations in one variable with rational number coefficients. | I can solve linear inequalities in one variable. | EE.A-SSE.3 Extended |

**EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



9-12

A successful student can model, solve, identify, interpret, and apply systems of equations/ inequalities to explain authentic or hypothetical situations using math as the authority.

## EE Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can interpret the meaning of a point on the graph of a line. | I can order objects and arrange objects in pairs. | I can recognize covariation, direction of covariation, and describe the rate of change in a graph. | I can analyze linear function graphs. I can interpret a point on the graph of a linear function. | I can solve real-world problems by interpreting linear function graphs. | EE.A-REI.10-12 |
| I can create an equation involving one operation with one variable, and use it to solve a real-world problem. | I can combine and partition sets. | I can represent expressions with variables and represent the unknown in an equation. | I can solve real-world problems using equations with non-negative rational numbers. I can represent real-world problems as an equation. | I can solve rational equations in one variable. | EE.A-CED.1 |
| I can solve one-step inequalities. | I can combine and partition sets. | I can solve linear equalities in one variable. | I can solve linear inequalities in 1 variable. I can represent solutions of inequalities on a number line. | I can explain the solution to a linear inequality in one variable. | A-CED.2-4 |

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



9-12

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

## EE Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can select the appropriate graphical representation (first quadrant) given a situation involving constant rate of change. | I can order objects and arrange objects in pairs. | I can recognize covariation, direction of covariation, and describe the rate of change in a graph. | I can represent real world problems as graphs. | I can solve real-world problems by interpreting linear function graphs. | EE.F-BF.1 |
| I can use the concept of function to solve problems. | I can order objects and arrange objects in pairs. | I can describe the rate of change in a table and graph. | I can solve real-world problems by interpreting linear function graphs and tables. | I can use graphs to read beyond the data. I can use tables to predict function values. | EE.F-IF.1-3 Extended |
| I can construct graphs that represent linear functions with different rates of change and interpret which is faster/slower, higher/lower, etc. | I can order objects and arrange objects in pairs. | I can recognize covariation, direction of covariation, and describe the rate of change in a graph. | I can compare two functions with different rate of change. I can analyze linear function graphs. | I can solve real-world problems by interpreting linear function graphs. I can compare properties of two functions represented in the same way. | EE.F-IF.4-6 Extended |
| I can determine an arithmetic sequence with whole numbers when provided a recursive rule. | I can classify, contrast objects, and order objects. | I can recognize arithmetic sequences and recognize the recursive rule for arithmetic sequences. | I can extend an arithmetic sequence by applying the recursive rule. | I can determine the term in an arithmetic sequence given the nth term formula. | EE.F-BF.2 Extended |
| I can model a simple linear function such as y=mx to show that these functions increase by equal amounts over equal intervals. | I can order objects and arrange objects in pairs. | I can recognize covariation, direction of covariation, and determine slope based on coordinate pairs. | I can explain average rate of change and determine rate of change of linear functions. | I can recognize intervals where function is increasing and decreasing. I can estimate average rate of change given a graph. | EE.F-LE.1-3 Extended |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

980

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



## EE Mathematics

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can identify the components of the two figures that are congruent when given a geometric figure and a rotation, reflection, or translation of that figure. | I can contrast objects, arrange objects in pairs, and compare objects for sameness. I can match 2D and 3D shapes with the same size and different orientation. | I can recognize translation, rotation, reflection, and congruent figures. | I can explain the relationship between congruent figures and transformation. | I can use a sequence of transformations to describe congruence of 2 given figures. | EE.G-CO.4-5 |
| I can explain the attributes of perpendicular lines, parallel lines, and line segments; angles, and circles. . | I can recognize same, different, and attribute values. | I can recognize circles, parallel lines/line segments, and perpendicular lines/line segments. | I can define circle, explain angle, explain perpendicular lines/line segments, and explain parallel lines/line segments. | I can explain straight angles, adjacent angles, and vertical angles. | EE.G-CO.1 Extended |
| I can identify corresponding congruent and similar parts of shapes. | I can recognize same and different. | I can recognize congruent and similar figures. | I can explain congruent figures and similar figures. | I can explain the relationship between congruent figures and transformation. I can explain the relationship between similar figures and transformation. | EE.G-CO.6-8 Extended |
| I can use properties of geometric shapes to describe real-life objects. | I can recognize same and different. | I can recognize squares, circles, triangles, rectangles, cubes, cones, cylinders, and/or spheres. | I can use geometric shapes to describe objects. | I can use geometric methods to solve design problems. | EE.G-MG.1-3 Extended |

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**9-12**

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

A successful student can use algebraic concepts by explaining arguments and creating proofs to validate geometric concepts and apply in a real-world context.

**EE Mathematics**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can find the perimeter and area of squares and rectangles to solve real-world problems. | I can recognize attribute values. | I can calculate perimeter by adding all the side lengths. I can calculate area by counting unit squares. | I can solve word problems involving perimeter of polygons. I can solve world problems involving area of rectangles. | I can mathematize contextual situations involving perimeter and area of polygons | EE.G-GPE.7 Extended |

A successful student can demonstrate understanding of similarity and trigonometric ratios by constructing and explaining to validate geometric concepts and apply in a real world context.

**EE Mathematics**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| Not applicable to Essential Elements. | | | | | |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



9-12

**A successful student can summarize, model, interpret, and predict data using different representations to make informed, justifiable decisions.**

**EE Mathematics**

| LEARNING TARGET | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|---|
| I can identify when events are independent or dependent. | I can contrast objects, arrange objects in pairs, and compare objects for sameness. | I can recognize possible and impossible outcomes. I can explain simple events. | I can determine if 2 events are dependent or independent. | I can explain compound events. | EE.S-CP.1-5 |
| I can construct a simple graph (table, line, pie, bar, or picture) when given data and can interpret the data. | I can classify and order objects. | I can use bar graphs, picture graphs, line graphs and pie charts to read data. | I can use graphs to read beyond the data. I can represent data using bar graphs, picture graphs, line graphs, and pie charts. | I can use graphs to read beyond the data. | EE.S-ID.1-2 |
| I can calculate the mean of a given data set (limit the number of data points to fewer than five). | I can recognize attribute values. | I can summarize data by the number of observations. | I can calculate mean. | I can summarize data by measurement. | EE.S-ID.4 |

EE MATHEMATICS PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**9-12** GRADES AND

# EE Science

## Physical Science

A successful student can apply atomic-level knowledge of the structure and properties of matter to predict and investigate the outcomes of chemical reactions in terms of both matter and energy.

**EE Science** — Physical Science

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can recognize that a change has occurred during a chemical reaction. | I can identify the changes that have occurred during a chemical reaction (e.g., metal-rust, paper-burn). | I can make a claim supported by evidence to explain patterns of chemical properties that occur in a substance during a common chemical reaction (e.g., baking soda and vinegar). | I can describe the chemical properties that can change during a chemical reaction. | EE.HS-PS1-2 |

A successful student can describe the relationships among forces and motion to predict and investigate interactions between objects within systems of objects.

**EE Science** — Physical Science

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can identify safety equipment devices that minimize force of a collision (e.g., floor mats, helmets, or steel-toed boots). | I can use data to compare the effectiveness of safety devices to determine which best minimizes the force of a collision. | I can evaluate the effectiveness of safety devices and design a solution that could minimize the force of a collision. | I can define force and describe how to minimize it describe force and motion. | EE.HS-PS2-3 |

A successful student can apply knowledge of energy transfer, transformation, and conservation to evaluate and question energy use and consumption on Earth;  examine waves and electromagnetic radiation as a method of sending and storing information in the 21st century to ask questions about methods of communication.

**EE Science** — Physical Science

| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
|---|---|---|---|---|
| I can compare relative difference in temperature (warmth, coldness) of two liquids. | I can compare the temperatures of two liquids of different temperatures before and after combining. | I can investigate and predict the temperatures of two liquids before and after combining to show uniform energy distribution. | I can describe the relationship between temperature and energy distribution. | EE.HS-PS3-4 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

984

EE SCIENCE PERFORMANCE-BASED ASSESSMENT

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



9-12

## Life Science

A successful student can articulate how atomic- and molecular-level structures fuel chemical reactions that support and maintain life within an organism to justify how organisms live and grow; explain, using evidence, the interaction of living and nonliving components in an environment by examining the living and nonliving components responsible for matter cycling to predict humans' effects on matter cycling or to formulate conclusions about the importance of relationships in maintaining stable ecosystems.

| EE Science | Life Science | | | |
|---|---|---|---|---|
| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
| I can recognize that different organs have different functions. | I can identify which organs work for a specific function. | I can use a model to illustrate the organization and interaction of major organs into systems (e.g., circulatory, respiratory, digestive, sensory) in the body to provide specific functions. | I can recall the major organs within the human body. | EE.HS-LS1-2 |

A successful student can outline how genetic traits are inherited and how genetic variation is affected to apply these tenets to genetic diversity amongst a population and make informed decisions about the maintenance of genetic diversity of the species on Earth.

| EE Science | Life Science | | | |
|---|---|---|---|---|
| LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | STANDARDS |
| I can identify food and shelter needs for familiar wildlife. | I can recognize the relationship between population size and available resources for food and shelter from a graphical representation. | I can use a graphical representation to explain the dependence of an animal population on other organisms for food and their environment for shelter. | I can identify environmental changes that affect an animal population over time. | EE.HS.LS2-2 |
| I can match particular species to their various environments. | I can identify factors in an environment that require special traits to survive. | I can explain how the traits of particular species allow them to survive in their specific environments. | I can identify how species adapt in order to survive. | EE.HS.LS4-2 |

EE SCIENCE PERFORMANCE-BASED ASSESSMENT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



**9.12**

EE SCIENCE PERFORMANCE-BASED ASSESSMENT

# Earth Space Science

A successful student can pose and evaluate arguments to explain phenomena in the universe, processes/life cycles in stars, and the predictable patterns of movement of solar system objects.

| EE Science | Earth Space Science | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can identify characteristics of the seasons. | I can use a model of Earth and sun to show how Earth's positions in its orbit around the Sun correspond with the four seasons. | I can use a model of Earth and the Sun to show how Earth's tilt and orbit around the sun cause changes in seasons. | I can describe the Earth's tilt and orbit around the sun. | EE.HS-ESS1-4 |

A successful student can communicate how the Earth's materials, features, and processes have changed over time to describe and predict the effect of human activity and use of natural resources on weather regulation, Earth systems, and climate.

| EE Science | Earth Space Science | | | |
|---|---|---|---|---|
| **LEVEL 1** | **LEVEL 2** | **LEVEL 3** | **LEVEL 4** | **STANDARDS** |
| I can recognize strategies to manage objects (e.g., dispose, repurpose, or recycle). | I can describe the factors that would favor one strategy to conserve, recycle or reuse resources over another. | I can construct an argument for a strategy to conserve, recycle, or reuse resources. | I can evaluate a strategy to conserve, recycle, or reuse resources. | EE.HS-ESS3-2 |
| I can gather on the effects of a local (e.g., class or school-wide) conservation strategy. | I can organize data on the effects of conservation strategies (e.g., using less energy, using rechargeable batteries, recycling or repurposing materials. | I can analyze data to determine the effects of a conservation strategy on the level of a natural resource | I can describe human impacts on the environment. | EE.HS-ESS3-3 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Grade Band

# 9-12

# Implementation

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
987

GRADE BAND
# 9-12

IMPLEMENTATION

# Competency Codes Narrative

To ensure teachers can make connections from the instructional examples to the competencies, a simple competency coding system has been developed. Each instructional example contains a section titled "Competency Codes Addressed." Under that heading, competencies across all subject matter areas related to the instructional example will be listed. For instance, one of the instructional examples for the 9-12 grade band is:

Instructional Example:

| INSTRUCTION EXAMPLE | COMPETENCY CODES ADDRESSED |
|---|---|
| Podcast and/or Documentary Film with Marketing Plan (ELA. HGSS, Science, Speech, Business, Broadcasting, Graphic Design, Media Center Specialist, other subject areas as appropriate) | ELA.HS: 1.1, 3.1-3.5, 5.1, BC.M.HS 1.1, IT.HS 1.1, HUM.HS: 1.1, 2.1, 3.1, 5.1 |

As you can see, there are competencies across multiple subject areas involved in this cross-curricular learning activity. Each competency has a code that leads back to the competencies listed at the beginning of each grade band. Below is the competency code IT.HS 1.1 with what each part of a code denotes:



| SUBJECT AREA | GRADE BAND | PRINCIPLE | COMPETENCY |
|---|---|---|---|
| Information Technology | High School | 1 | 1 |

Here is the competency in its full form, color-coded to match above:



| Information Technology (Subject Area) | Grade 9-12 (Grade Band) | Graphic Design and Digital Communications (Principle) | A successful student can demonstrate an understanding of graphic design elements and principles by creating a graphic design project portfolio of collected or self-created graphic design projects. (Competency) |
|---|---|---|---|

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

GRADE BAND
9-12

IMPLEMENTATION

## Subject Area Abbreviations:

| | |
|---|---|
| AFNR | Agriculture, Foods and Natural Resources |
| AC | Architecture and Construction |
| BC | Business Career |
| BC.BMAE | Business Management, Administration and Entrepreneurship |
| BC.F | Finance |
| BC.M | Marketing |
| DNC | Dance |
| FCS | Family and Consumer Sciences |
| ELA | English Language Arts |
| ENG | Engineering |
| HB | Health and Biosciences |
| HE | Health |
| HGSS | History, Government and Social Studies |
| HUM | Humanities |
| IT | Information Technology |

| | |
|---|---|
| LPSCS | Law, Public Safety, Corrections and Security |
| MA | Media Arts |
| MATH | Math |
| MNFR | Manufacturing |
| MUS | Music |
| PE | Physical Education |
| SCI | Science |
| SCI.ESS | Earth and Space Science |
| SCI.LS | Life Science |
| SCI.PS | Physical Science |
| SECD | Social-Emotional Character Development |
| STM | STEAM |
| THR | Theatre |
| TRAN | Transportation |
| WL | World Languages |
| VA | Visual Arts |

## Grade Bands:

| | |
|---|---|
| P | Pre-K to 2nd grade |
| IM | 3rd to 5th grade |
| MS | 6th to 8th grade |
| HS | 9th to 12th grade |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

IMPLEMENTATION

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

Grade Band
# 9-12

# Philosophy

The 2020 school year will provide all educators a number of unique challenges in terms of reaching students during a possible educational disruption. The following document provides guidance in helping prepare for potential disruptions to the 2020-21 academic year.

This document supports instruction and the individual strengths of every educator in the state of Kansas while offering strategies, competencies and guidance in engaging students and celebrating their learning. While this is not a definitive step by step guide, we hope it may serve as a resource to approach the current challenges upon us.

The upcoming school year will be taught in an on-site, hybrid and/or remote learning environment. We recommend that educators prepare early for the possibility of an educational disruption and therefore plan activities that incorporate all curricular areas.

Throughout this document there will be three learning environments that are referenced:

- **On-site Learning Environment:** students and teachers will be in school with or without social distancing practices put into place.

- **Hybrid Learning Environment:** students would be spending part of their time in the classroom and part of their time learning remotely from home. For remote learning scenarios, please see page 3 for Remote Learning Daily Log requirements.

- **Remote Learning Environment:** students would be doing all of their learning from home and not entering the school building at all. For remote learning scenarios, please see page 3 for Remote Learning Daily Log requirements.

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM
Kansas State Department of Education | www.ksde.org

**9-12**

The Implementation team's philosophy is that there are multiple learning environments that can lead to student success during an educational disruption. All learning environments in this document are focused around using the Navigating Change 2020 competencies and rubrics from KSDE. The competencies were created to work for all models of instruction but work best in a competency based system.

**Competency-based education** is a compilation of strategies used to ensure equity for all students and allows mastery to be shown based upon progression of learning, not seat time. Students are empowered daily through their rigorous learning experiences and assessment is meaningful and timely. This system is a shift from the traditional education model. When looking at using competencies, districts should be aware that their whole system cannot shift from traditional to full blown competency based in the matter of days, weeks, or even months. A shift from a traditional system to a competency based system takes ample time, professional development, and a complete understanding for a successful implementation to occur. However, schools can explore and use elements of a competency based system during an educational disruption, Kansas Redesign, or a traditional setting. In a competency based education system teachers should not feel compelled to follow a particular scope and sequence, but should instead choose an instructional path that provides high quality learning opportunities for all students. A competency based system also shifts away from traditional grading and looks at progression towards mastery for each student and their work with each competency. This would be accomplished using a rubric system, such as the one KSDE has created.

**Implementation of a competency-based education system includes teachers collaborating with other teachers.** We encourage teachers to collaborate with other professionals in their departments, cross-curricularly, from other districts, or across the nation to develop high quality instruction that could occur in a variety of environments. This includes providing students a voice and choice in their learning, that is multi-disciplinary, with clear milestones of learning, and an attainable producible body of work demonstrating mastery of skills.

Guiding Statements:

- Collaboration is Key
- Consistency, Connection, Progress
- Students have voice and choice in place, pace, and path
- Competencies not Checklists
- Plan Early

**NOTE:** Examples of the Navigating Change 2020 staff and student surveys are located in the appendices.

IMPLEMENTATION

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

# Grading Considerations

Ultimately, grading will be determined by each school district's Boards of Education. Contemplating translating from Competency Scores to a local grading system on a particular student product, school districts might want to consider the following example. Within the Competency Rubrics there are variances of grading possibilities utilizing differing mathematical calculations (For example, a 3.5 competency score might translate to a traditional grade of B+). Listed below is one possible example. Please note, that the KSDE competency based educational system does not rely on a traditional A, B, C grading system, but instead seeks to have students progress toward mastery of learning and skills through multiple exposures.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



# Accommodations/Modifications

At times it is necessary to provide students with accommodations or modifications to ensure equal access to the general education curriculum and opportunity to demonstrate mastery of concepts. In these scenarios, it is important for educational teams to work collaboratively to determine what individualized accommodations or modifications are necessary for the student to be successful. To assist with this understanding, definitions of an accommodation and modification are provided below.

## Accommodation:

A change to instruction, testing, or presentation of materials to support access to the general education curriculum. Students with gaps, deficiencies, and exceptionalities who utilize accommodations are expected to demonstrate mastery. Areas in which you may utilize accommodations are environmental, presentation, assistive technology, assignments, reinforcement, and testing adaptations. Accommodations adapt learning for students but do not:

- Change the content of instruction
- Change the learning expectations
- Reduce the requirements of the academic task

## Modification:

A change to instruction, testing, or curriculum that alters the content of the academic competency or demonstration of student mastery. Areas in which you may consider a modification to curriculum, adaptation of materials, grades, appropriate expectations, change in testing protocols. Modifications change learning for students by:

- Changing the learning expectation(s) for the student
- Reducing task requirement(s)
- Inquiry Learning/Project Based Learning

IMPLEMENTATION

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
993



IMPLEMENTATION

# Family Engagement

Educators are encouraged to consistently welcome and encourage all stakeholders to engage in effective communication and active participation as a collaborative team within the learning process. Effective communication will incorporate a unified message that is clear, concise, honest and transparent to all stakeholders.

Building relationships through two-way communication assembles the strong foundation designed to be proactive and interactive. Relationship building should include efforts to educate all stakeholders of the differences in regards to race, socio-economic status, culture, beliefs, language, sexual orientation, gender identity/expression, family composition, etc.

It is recommended that special attention and supports be given to those students transitioning to new buildings (examples: kindergarten, sixth grade, ninth grade, new students to the district, etc.).

Schools are encouraged to include all stakeholders, especially caregivers, in the decision-making process through surveys, participation on task forces and committees, along with letting their voice be the catalyst to action. A successful family/school partnership encompasses the elements of trust, validation, acknowledgement, transparency and a shared responsibility throughout the learning process with a "student first mindset" through respect and dignity.

## Communication Considerations, Caregivers and Stakeholders:

- Multi-Mode - Written, live and/or recorded video and/ or audio.
- Clear, concise and consistent language, avoiding acronyms and abbreviations.
- Using home language.
- Acknowledge and validate concerns.
- Flexible to the needs/ abilities.
- Share access to all resources.
- Tutorials of online platforms prior to use.
- Social media (i.e., Twitter, Instagram, Snapchat, Facebook, etc.).
- Text messaging, mail and email.
- School messenger, robocalls.
- Local access television or newspaper.

## Activities list that could engage all stakeholders virtually or in-person:

- Stakeholder surveys.
- Involvement in community events.
- Porch or driveway meetings.
- Neighborhood meetings.
- Parent camps.
- Content area/fine arts nights.
- Popsicles in the park, game/ pie nights.
- Coffee with the Counselors.
- Classic pen pals for students in the classroom with students at home.
- Virtual parties, scavenger hunts, sing-a-longs, etc.
- Business partner engagement in classes or displaying student work.
- Career days/chats.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



9-12

# Inquiry Learning/Problem-Based Learning (PBL)

IMPLEMENTATION

### General Overview of Inquiry Learning/PBL:

Activating student curiosity and inquiry by a problem or question that is meaningful to the student. A teaching method in which students gain knowledge and skills by working for an extended period of time to investigate and respond to an authentic, engaging, and complex question, problem, or challenge.

### Elements of High-Quality Instruction

- Authentic, real life, meaningful driving questions
- Active engagement through hands-on activities
- Scaffold student thinking/learning
- Feedback and Revision throughout
- Inquiry Process

### Social-Emotional Character Development (SECD)
*(Dispositions - Mindset and Soft Skills)*

- Student collaboration
- Team Building
- Time-Management
- Perseverance
- Communication

### Elements of Collaboration/Possible Collaboration Partners

- CTE
- Specials
- Student Support Teams
- ELL Teachers
- Community
- Field Experts

### Workflow
*(Milestones of Learning)*

- Driving question introduced
- Student utilize various platforms to research (groups, individually, in-person, remotely)
- Project milestones/assessments threaded throughout
- Feedback, Revision, Reflection
- Presentations of work

### Showcase of Student Learning
*(End Product)*

- Present to a public and authentic audience (community members, experts, etc.)

### Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



IMPLEMENTATION

# Personalized Learning

## General Overview of Personalized Learning:

Personalized Learning places the whole child at the center of instruction. It is informed by strong educator/student/family/community relationships to provide equity and choice in time, place, path, pace, and demonstration of learning.

## Elements of High-Quality Instruction

- Use Universal Design for Learning (UDL) to understand how students learn and develop learner agency (voice, choice, engagement, motivation, ownership, purpose, self-efficacy)
- Flexible content and tools to allow for a differentiated place, pace, and path
- Instruction aligned to specific student needs and learning goals
- Frequent data collection to inform instructional decisions and groupings
- Use Universal Design for Learning (UDL) to understand how students learn and develop learner agency (voice, choice, engagement, motivation, ownership, purpose, self-efficacy)
- Flexible content and tools to allow for a differentiated place, pace, and path
- Instruction aligned to specific student needs and learning goals
- Frequent data collection to inform instructional decisions and groupings

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Student voice and choice
- Students knowing themselves as learners
- Time-management
- Perseverance
- Ownership of learning and outcomes
- Sense of purpose
- Growth mindset
- Goal setting

## Elements of Collaboration/Collaboration Partners

- Grade bands of teachers (K-2, 3-5, 6-8, 9-12)
- Student Support Teams
- ELL Teachers
- Librarians
- PLC teams
- Teaching partners
- Specials teachers (PE, Music, Art)

## Workflow
*(Milestones of Learning)*

- Students and teacher identify learning goals, deadlines, and objectives for individual students
- Work through a series of targeted instruction
- Frequent data collection through teacher observation and questioning
- Meet with students 1:1 and together reflect, goal set, and determine next steps

## Showcase of Student Learning
*(End Product)*

- Complete goal information in personalized binder
- Videos productions (Chatterpix, Screencastify, green screen, Flipgrid, etc.)
- Discussions with teachers
- Completed projects

## Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



9-12

# Nature-Based Outdoor Learning

IMPLEMENTATION

## General Overview of Nature-Based Outdoor Learning:

Outdoor learning (also known as forestry learning or nature based classrooms) shifts to embracing nature while exploring learning concepts, skills, and SEL. Child-initiated purposeful and imaginative play, whole brain learning, environmental stewardship, and teaching across the curriculum are all elements of this learning model. Significant time in nature is at the core of the curriculum where teachers implement high-quality, early childhood practices as well as high quality environmental education practices. Outdoor learning can help promote a healthy lifestyle, enable students to understand how nature supports life, appreciate sustainability as a community practice, and develop empathy for all forms of life.

## Elements of High-Quality Instruction

- Student exploration with adult support
- Allow students to problem solve while exploring the environment
- Scaffold questioning to support student inquiry

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Self-regulation/self-discipline
- Communication (verbal and non-verbal)
- Collaboration and team building
- Self-confidence and self-efficacy
- Negotiating skills
- Sense of curiosity
- Listening skills
- Creativity

## Elements of Collaboration/Possible Collaboration Partners

- All content/subject areas
- Guest community speakers
- Kansas Department of Wildlife, Parks and Tourism
- Kansas Farm Bureau
- Student support teams
- ELL teachers
- Local County extension offices
- 4H and Scouting Programs
- Nature Centers and Zoos

## Workflow
*(Milestones of Learning)*

- Students explore the natural environment around them through inquiry and use information to answer an essential question
- Hands-on activities/exploration
- Teacher observes students play, exploration, questioning, and communication
- Extensions, enrichment, and real-world applications of skills and concepts

## Showcase of Student Learning
*(End Product)*

- Photos/videos
- Journals
- Drawings/pictures
- Construction projects
- Dramatic Performances
- Nature Based Solutions to real world problems

## Accommodations/Modifications/ Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



IMPLEMENTATION

# Flipped/Blended Learning

### General Overview of Flipped/Blended Learning:

Blended learning combines multiple educational opportunities. Learning usually occurs on-site while using technology to facilitate some of the learning activities. However, this could also be used in a hybrid learning environment. There is an element of student control over time, place, and pace. Learning in this model may resemble rotations, flex modules, small groups, and Universal Design for Learning (UDL).

### Elements of High-Quality Instruction

- Scaffold student thinking/learning through videos, direct teaching, and assessment
- Provide time for student-teacher conversations and check-ins
- Incorporate consistent and tight feedback loops

### SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Identify personal strengths and weaknesses
- Achieve school goals
- Perseverance
- Communication
- Ownership of learning and outcomes
- Growth Mindset
- Elements of Collaboration/Possible Collaboration Partners
- Grade bands of teachers (K-2, 3-5, 6-8, 9-12)
- Student Support Teams
- ELL Teachers
- Librarians
- PLC teams
- Teaching partners

### Workflow
*(Milestones of Learning)*

- Student is given scaffolds to support learning/thinking
- Student has voice and choice in place, pace and path of learning
- Teacher is monitoring student progress through check-ins, feedback cycles and assessment
- Students progress through learning goals at their own pace with support from the teacher
- Exit Tickets
- Projects
- Mini-assessments
- Collaborative Activities
- Learning games with reflection

### Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



9.12

# Play-Based Learning

IMPLEMENTATION

## General Overview of Play-Based Learning:

An intentional combination of child-directed play and teacher guidance. Guided play involves teachers' setting up the environment to nudge children toward a learning goal while still providing children with choices (Serious Fun: How Guided Play Extends Children's Learning, p.3). Students organize and make sense of their social world as they actively engage with people, objects, and the environment.

## Elements of High-Quality Instruction

- Examine how students work through the learning process (observing, communicating, measuring, reasoning, visual representation, etc.)
- Intentionally plan for competency-based outcomes
- Model play behaviors and ask open-ended questions
- Watch for child-initiated interests and observe child-environment interactions
- Use context-based assessments with play settings and utilize data to plan/create play environments

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Self-regulation
- Communication
- Role-playing
- Problem-solving
- Verbal and non-verbal cues
- Listening
- Conflict resolution
- Elements of Collaboration/Possible Collaboration Partners
- Specials (PE, Music, Art, Theater, etc.)
- Community Members
- Multiple content/subject areas

## Workflow
*(Milestones of Learning)*

- Stations/areas are set up around the classroom and are open for student exploration
- Teacher scaffolds student learning/thinking through conversation and questioning
- Teacher observes student learning through peer conversation and questioning
- Students record observations, learning, and thinking

## Showcase of Student Learning
*(End Product)*

- Performance projects
- Videos
- Drawings/visual representations
- Oral explanations/demonstrations
- Teach peers

## Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



IMPLEMENTATION

# Co-Teaching

## General Overview of Co-Teaching:

Co-teaching is two or more people sharing responsibility for teaching some or all of the students assigned to a classroom. It involves the distribution of responsibility among teachers for planning, instruction, and assessment for a classroom. Co-teaching is a creative way to connect with and support others in order to reach all types of learners. Partners must establish trust and effective communication while working together to be creative in order to overcome challenges and conflicts. There are several possible models of co-teaching: One teach, one observes; One teach, one assist; Parallel teaching; Station teaching; Alternative teaching; Team teaching

## Elements of High-Quality Instruction

- Clearly define roles and responsibilities and plan together
- Discuss the big picture issues or critical concepts that lead into differentiated activities and assessments
- Reflect on practices and make changes for future lessons

## SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Elements of Collaboration/Possible Collaboration Partners
- Grade level team teachers/PLC
- ELL teachers
- Student support teams
- Specials (PE, Music, Art, Theater, etc.)

## Workflow
*(Milestones of Learning)*

- Present a major concept/question
- Have smaller activities, stations, etc. for students to work through to gain a better understanding of the concept
- Students may work with one or both teachers

## Showcase of Student Learning
*(End Product)*

## Accommodations/Modifications/ Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



9-12

# Differentiated Learning

IMPLEMENTATION

### General Overview of Differentiated Instruction:

Differentiated Instruction is building lessons that include various approaches so that all students can learn effectively, according to their needs. Teachers develop materials that meet all students where they are. Teachers must know their students, their needs, similarities, differences, etc. in order to provide the right instruction for each student. The method focuses on content, process, and product.

### Elements of High-Quality Instruction

- Classroom climate and learning environment are set up to be conducive for independent learning
- Determine what a student needs to learn and how they will access appropriate information
- Scaffold activities, projects, etc. for student access and let students own the knowledge
- Students summatively show what they have learned and are allowed to choose how they show their learning
- Allow for students to help one another when they need assistance

### SECD Incorporation
*(Dispositions - Mindset and Soft Skills)*

- Collaboration
- Self-regulation
- Time management
- Communication
- Listening
- Self-directed learning

### Elements of Collaboration/Possible Collaboration Partners

- Student Support Teams
- ELL Teachers
- Cross-Curricular Teachers
- Grade Band Teacher Teams

### Workflow
*(Milestones of Learning)*

- Students explore a topic through different learning experiences set up by the teacher
- Students work to own the knowledge, ideas, and skills necessary to master the content
- Summative assessment

### Showcase of Student Learning
*(End Product)*

- Dramatic Performances
- Create a mural/painting/drawing
- Write a letter
- Any student created product that contains required elements

### Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
1001



**IMPLEMENTATION**

# Small Group/Cooperative Learning

### General Overview of Small Group/Cooperative Learning:

- Elements of High-Quality Instruction
- Teachers can personalize learning and work more closely with each student
- Frequent and immediate feedback
- Opportunity to teach and reteach specific skills to specific groups of students
- Student confidence is built through collaboration and working towards achieving a similar goal

### SECD Incorporation
*(Dispositions - Mindset and Soft Skills)Teamwork*

- Collaboration
- Listening and Speaking
- Time management
- Self-Regulation
- Elements of Collaboration/Possible Collaboration Partners
- Student Support Teams
- ELL teachers
- Grade Band Teacher Teams

### Workflow
*(Milestones of Learning)*

- Students are taught/introduced to a topic as a whole group and then break into small groups to continue learning and understanding
- Teacher is working with one group while others are working with peers or individually on meaningful work
- Students complete tasks one at a time
- This process may be repeated several times in one week

### Showcase of Student Learning
*(End Product)*

### Accommodations/Modifications/Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



NAVIGATING CHANGE
KANSAS GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Grade Band

# 9-12

# Implementation

# Instructional Examples

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
1003



**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

# Music/Art/World Languages/PE

*Instructional Example:*
## CULTalks (Cultural Talks)

*CULTalks Explained:*
"CULTalks" are open ended cultural projects based on the concept of a passion project or genius projects.

*Competency Codes Addressed:*
*World Languages:* WL.N.HS 2.1, WL.N.HS 2.2, WL.N.HS 2.3, WL.N.HS 2.4, WL.I.HS 2.1, WL.I.HS 2.2, WL.I.HS 2.3, WL.I.HS 2.4
*Dance:* DNC.HS 1.1, DNC.HS 1.2, DNC.HS 2.1, DNC.HS 2.2, DNC.HS 3.1, DNC.HS 3.2
*SECD:* SECD.HS 1.1, SECD.HS1.2, SECD.HS 2.2, SECD.HS 2.3, SECD.HS 2.4, SECD.HS2.8, SECD.HS 2.9, SECD.HS 3.4, SECD.HS 3.6, SECD.HS 4.4, SECD.HS 4.5, SECD.HS 4.6, SECD.HS 5.2, SECD.HS 5.3, SECD.HS 5.4, SECD.HS 6.1, SECD.HS 6.3, SECD.HS 6.6

**Elements of High-Quality Instruction**
- Student choice.
- Timely, specific, and varied feedback.
- Analysis and evaluation of sources.
- Opportunities to revise based on new learning.
- Scaffolding and breaking down tasks into manageable chunks.
- Solving complex problems.
- Real-world relevance and transfer.
- Student collaboration.
- Connecting knowledge across content areas.
- Analysis of primary and secondary sources.

**SECD Incorporation** *(Dispositions - Mindset and Soft Skills)*
- Recognize and exhibit appropriate and inappropriate behaviors and the impact it has on others in a virtual community.
- Expectations of good character in a virtual setting.
- Implement responsible decision-making skills when working toward a goal and assess how these skills lead to goal achievement.
- Recognize:
  - How, when and who to ask for help.
  - Can utilize resources available.
  - Can advocate for personal needs.
- Utilize time and materials to complete assignments on schedule and can anticipate the possible obstacles to completing tasks on schedule.
- Identify, analyze, and demonstrate problem-solving processes, including applying improvement strategies to future projects and situations.
- Use resiliency to reflect on past problems, identify ways to improve and implement change.
- Evaluate external supports and resources for problem-solving (additional print and electronic resources or specific subject problem solving models).
- Analyze self-reflection, self-enhancement, self-preservation and self-help strategies
- Analyze the consequences/outcomes of logical fallacies, bias, hypocrisy, and contradiction ambiguity, distortion and rationalization.
- Analyze civil/democratic, environmental

and personal responsibilities to self and others.
- Demonstrate empathy in a variety of settings, contexts and situations.
- Practice empathy for others and can differentiate between the factual and emotional content of a person's communication.
- Challenge personal perspective with cognitive dissonance to enhance a growth mindset and recognize how personal perspective and biases impact interactions with others.
- Evaluate how advocacy for the rights of others contributes to the common good.
- Engage in coregulation to create positive group dynamics, and evaluate how societal and cultural norms and mores affect personal interactions, decisions and behaviors.
- Present oneself professionally and exhibit proper etiquette, as well as practices constructive strategies in social and other media.
- Practice strategies for maintaining self-regulation and positive relationships.

**Elements of Collaboration**
- History
- Music
- Dance
- Literature
- CTE-FCS,Business, AFNR, etc.
- Other World Languages

*Filed for the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*


**9-12**

## Possible Collaboration Partners
- Peers
- Teachers
- Parents and/or guardians
- Local community members or organizations
- Students and/or organizations from other states or countries (representing target cultures)

## Workflow *(Milestones of Learning)*
- Teacher assigns a scope for the project (single country, multiple countries, or complete freedom).
- Student identifies a topic of interest (they may have to identify a country first depending on the teacher's decision).
- Students research their topic of interest.
- Students identify a product to demonstrate their learning.
- Student present their final product.

## Showcase of Student Learning *(End Product)*
- Students determine their own products to showcase learning. Some examples include:
  - A student performs a cultural appropriate dance and presents about its history and cultural importance.
  - A student researches a historical aspect of the culture and develops their own marketing campaign for that element.

## Accommodation/Modification Considerations
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Progression toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations *(On-site, Hybrid, or Remote)*
It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
1005



**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

*Instructional Example:*

# Creative Dance

Students will create a dance based upon the history, traditions, customs, and cultures of a culture/ethnic group of their choosing.

*Competency Codes Addressed:*
*PE: PE.HS 2.1 and PE.HS 5.3*
*Health: HE.HS 2.1, HE.HS 4.1, HE.HS 6.1*
*Music: MUS.HS 5.1, MUS.HS 6.1*
*Dance: DNC.HS 1.1, DNC.HS 1.2, DNC.HS 2.1, DNC.HS 2.2*
*HGSS: HGSS.HS 6.1*
*Humanities: HUM.HS 1.1, HUM.HS 5.1*
*SECD: SECD.HS 1.5, SECD.HS 2.2, SECD.HS 2.4, SECD.HS 4.5, SECD.HS 4.6*

## Elements of High-Quality Instruction
- Student voice and choice throughout instruction process.
- Clear relevance.
- Meaningful historical and culture research and analysis.
- Scaffolded process builds from pattern recognition to creation.
- Varied opportunities and methods to learn.
- Timely, specific and varied feedback.
- Productive practice.
- Student collaboration.
- Evaluation of sources.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Utilize multiple media and technologies ethically and respectfully evaluate its effectiveness and assess its impact.

- Implement responsible decision-making skills when working toward a goal and assess how these skills lead to goal achievement.
- Utilize time and materials to complete assignments on schedule and can anticipate the possible obstacles to completing tasks on schedule.
- Amylase civil/democratic, environmental and personal responsibilities to self and others.
- Demonstrate empathy in a variety of settings, contexts and situations.

## Elements of Collaboration
- Physical Education
- Music
- History
- World Languages

## Possible Collaboration Partners
- Dance Instructors
- Music Instructors (Vocal and Instrumental)
- Community Dance Professionals or Experts
- Museum Personnel and Other Historical Reference Professionals
- Community and Family Members

## Workflow *(Milestones of Learning)*
- Selections and research of historical and cultural influences
- Musical selection
- Investigation of Dance movements that fit cultural context
- Dance movement selection and routine/pattern building

- Appropriate music selection
- Dance steps and movements have cultural meaning/context
- Student is proficient at the dance and is able to teach the dance to another person

## Showcase of Student Learning *(End Product)*
- A dance, performed by the student, can be taught to others in the class or community
- Final Dance Performance, Teaching, and Explanatory Product

## Accommodation/Modification Considerations
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Progression toward Mastery
Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

**9-12**

**Learning Environment Considerations**
*(On-site, Hybrid, or Remote)*
It is important to front load, organize,
and implement elements of high-quality
instruction so that students are better able to
transition between all learning environments.
Additionally, educators should anticipate and
plan resources/materials and design options
for a day-to-day transition from one learning
environment to the next. Educators should
consistently communicate with students and
parents using a single platform with clear and
streamlined expectations. It is imperative
that educators target planning of workflow
and the showcase of learning in anticipation
of a transition from one learning environment
to the next on any given day.

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



9.12

**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

*Instructional Example:*

# Inquiry Based Visual Art Presentations

Inquiry based visual art presentations can be used to create ongoing learning activities in an art classroom that provide students an opportunity to share, debate and/or converse with each other about a number of issues/questions pertaining to art that do not necessarily have a right or wrong answer, but are often opinion based, much like art itself.

*Competency Codes Addressed:*
*Visual Arts: VA.HS 3.1, VA.HS 4.1, VA.HS 4.2, VA.HS 4.3, VA.HS 5.1, VA.HS 5.2*
*ELA: ELA.HS 1.1, ELA.HS 3.1, ELA.HS 3.2, ELA.HS 3.3, ELA.HS 3.4, ELA.HS 5.1*
*HGSS: HGSS.HS 4.1, HGSS.HS 5.1, HGSS.HS 6.1, HGSS.HS 7.1*
*Media Arts: MA.HS 3.2, MA.HS 4.1, MA.HS 4.2*
*Humanities: HUM.HS 1.1, HUM.HS 2.1, HUM.HS 4.1, HUM.HS 6.1*
*STEAM: STM.HS 3.1, STM.HS 4.1*
*SECD: SECD.HS 1.6, SECD.HS 2.2, SECD.HS 2.3, SECD.HS 2.4, SECD.HS 2.8, SECD.HS 3.4, SECD.HS 4.2, SECD.HS 4.3*

## Elements of High-Quality Instruction

- Student voice and choice throughout instruction.
- Focus on relevance.
- Inquiry driven.
- Student collaboration.
- Active student engagement.
- Cross-curricular connections.
- Productive practice in recognizing, reflecting and recalling pertinent patterns
- Scaffolded instruction from simple to complex.
- Authentic audience.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Evaluate the active listening skills of all parties involved before, after and during conversations.
- Implement responsible decision-making skills when working toward a goal and assess how these skills lead to goal achievement.
- Recognize:
  - How, when and who to ask for help.
  - Can utilize resources available.
  - Can advocate for personal needs.
- Utilize time and materials to complete assignments on schedule and can anticipate the possible obstacles to completing tasks on schedule.
- Identify, analyze, and demonstrate problem-solving processes, including applying improvement strategies to future projects and situations.
- Evaluate external supports and resources for problem-solving (additional print and electronic resources or specific subject

problem solving models).
- Analyze the accuracy of facts/information/interpretation and evaluate logical and emotional appeals.
- Apply effective listening skills in a variety of settings and situations and recognize barriers to effective listening.

## Elements of Collaboration

- Arts
- Language arts
- Social Studies

## Possible Collaboration Partners

- Peers
- Other schools
- Local, regional and contemporary artists

## Workflow *(Milestones of Learning)*

- Teacher presents an example presentation to model expectations and requirements.
- Students select, or propose an inquiry question to build their presentation around.
- Students present their work to their peers.
- Classmates can be assessed by their participation in the conversation (questions, thoughts, debates and/or feedback)
- Students are encouraged to ask additional questions that branch from their original.
- Research is encouraged to help guide their conversation and support their thoughts and conclusions.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



**9-12**

## Showcase of Student Learning *(End Product)*

- Student created presentation of 5 slides (minimum) and 2 images (minimum) to answer the inquiry based question they selected or were assigned to share knowledge and issues that artists address
- Student will have a conversation about their artist/presentation to show understanding

## Accommodation/Modification Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Progression toward Mastery

Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations
*(On-site, Hybrid, or Remote)*

It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

*Instructional Example:*

## Compose a Jingle

Students in music classes will compose a jingle for a local business or school clubs/organizations.

*Competency Codes Addressed:*
*Music: MUS.HS 1.1, MUS.HS 2.1, MUS.HS 2.2, MUS.HS 4.1, MUS.HS 4.2*
*Business Career: BC.HS.M 1.1*
*Humanities: HUM.HS 1.1 and HUM.HS 2.1*
*STEAM: STM.HS 3.1 and STM.HS 4.1*
SECD: SECD.HS 2.2, SECD.HS 2.3, SECD.HS 2.4, SECD.HS 6.3

## Elements of High-Quality Instruction

- Student voice and choice throughout instruction process.
- Clearly defined learning goals.
- Purposeful practice.
- Clear, specific, and timely feedback.
- Active student engagement.
- Student collaboration.
- Cross-curricular connections.
- Relevance to real world and real audience.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Implement responsible decision-making skills when working toward a goal and assess how these skills lead to goal achievement.
- Recognize:
  - How, when and who to ask for help.
  - Can utilize resources available.
  - Can advocate for personal needs.
- Utilize time and materials to complete assignments, tasks, schedule and plans.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**


**9.12**

**IMPLEMENTATION – INSTRUCTIONAL EXAMPLES**

anticipate the possible obstacles to completing tasks on schedule.
- Present oneself professionally and exhibit proper etiquette, as well as practices constructive strategies in social and other media.

### Elements of Collaboration
- Business
- Music
- CTE classes

### Possible Collaboration Partners
- Local businesses and business owners
- Club Sponsors
- Community Members
- Jingle writers
- Local radio
- Advertising groups

### Workflow *(Milestones of Learning)*
- Students make connections with "client" to discover what they need in their jingle.
- Working with groups (or individually) students will brainstorm ideas for client.
- Students rough draft of jingle.
- Groups will work together to rehearse and record their jingle to present as their final product.

### Showcase of Student Learning *(End Product)*
- Students will produce a final recording of their jingle and share with their peers and potential client.

### Accommodation/Modification Considerations
As you plan your instructional frameworks for the various learning environments,

consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression toward Mastery
Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

### Learning Environment Considerations
*(On-site, Hybrid, or Remote)*
It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



9-12

*Instructional Example:*

# Bringing Toys to Life with Photography

Students will create a series of related photographs by giving life to inanimate toys (or household objects) by incorporating them into make believe narratives inspired by the work of contemporary photographers.

*Competency Codes Addressed:*
*Media Arts: MA.HS 1.1, MA.HS 1.2, MA.HS 1.3, MA.HS 2.1, MA.HS 2.2, MA.HS 3.1, MA.HS 4.1*
*Theatre: THR.HS 2.1, THR.HS 2.2, THR.HS 4.2*
*HGSS: HGSS.HS 5.1, HGSS.HS 6.1*
*Visual Arts: VA.HS 1.1, VA.HS 2.1, VA.HS 3.1, VA.HS 3.2, VA.HS 4.3, VA.HS 5.1*
*Humanities: HUM.HS 1.1, HUM.HS 2.1*
*STEAM: STM.HS 1.1, STM.HS 4.1*
*SECD: SECD.HS 1.5, SECD.HS 1.6, SECD.HS 2.1, SECD.HS 2.3, SECD.HS 2.4, SECD.HS 3.4, SECD. HS 3.5, SECD.HS 4.6, SECD.HS 4.7*

## Elements of High-Quality Instruction

- Student choice.
- Purposeful practice.
- Cross-curricular connections.
- Scaffolding from simple to complex to support higher order thinking.
- Active student engagement.
- Analysis of visual texts.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Utilize multiple media and technologies ethically and respectfully evaluate its effectiveness and assess its impact.
- Evaluate the active listening skills of all parties involved before, after and during conversations.
- Evaluate situations that are safe and unsafe and how to avoid unsafe practices.
- Recognize:
  - How, when and who to ask for help.
  - Can utilize resources available.
  - Can advocate for personal needs.
- Utilize time and materials to complete assignments on schedule and can anticipate the possible obstacles to completing tasks on schedule.
- Evaluate external supports and resources for problem-solving (additional print and electronic resources or specific subject problem solving models).
- Evaluate how behavior choices affect goal success.
- Demonstrate empathy in a variety of settings, contexts and situations.
- Predict potential outcome of impulsive behavior.

## Elements of Collaboration

- Social Studies
- Language Arts
- Theater
- Art teachers
- Business

## Possible Collaboration Partners

- Family Members
- Peers
- Area Photographers
- Community members
- Website designers

## Workflow *(Milestones of Learning)*

- Students will gather props.
- Students will brainstorm potential ideas (visual and writing) in their sketchbook.
- Students will photograph their object(s) using a variety of shots (birds-eye, worms-eye, rule of thirds).
- Students will edit photos with a digital editing program of choice.
- Students will create a presentation on a webpage that can be used as a professional online portfolio.

## Showcase of Student Learning *(End Product)*

- Students will submit a series of photos that illustrate their understanding of photography. They will use online sites (a digital website platform instead of online sites) to showcase their photos.

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
1011



**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

### Accommodation/Modification Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To address significant gaps and deficiencies, some students will require additional support through specially-designed instruction and/or tiered systems of support.

### Progression toward Mastery

Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

### Learning Environment Considerations
*(On-site, Hybrid, or Remote)*

It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



9-12

# CTE

*Instructional Example:*

## Agriscience Fair

Students use scientific principles and emerging technologies to solve complex problems related to agriculture, food and natural resources.

*Competency Codes Addressed:*
*Agriculture, Foods, and Natural Resources:*
*AFNR.HS 1.1, AFNR.HS 3.1, AFNR.HS 6.1*
*Business Career: BC.BMAE.HS 1.2*
*Information Technology: IT.HS 1.3*
*ELA: ELA.HS 5.1*
*Math: MATH.HS 3.1 and MATH.HS 5.1*
*SECD: SECD.HS 2.2, SECD.HS 2.3, SECD.HS 2.4,*
*SECD.HS 2.9, SECD.HS 6.1, SECD.HS 6.3*
*Humanities: HUM.HS 2.1, HUM.HS 4.1, HUM.HS 6.1*
*STEAM: STM.HS 1.1, STM.HS 2.1, STM.HS 3.1, STM.HS 4.1*

### Elements of High-Quality Instruction
- Student voice and choice throughout instruction.
- Inquiry-driven.
- Active student engagement.
- Scaffolding in designing and conducting a scientific investigation.
- Analyze and interpret samples.
- Complex problem-solving.
- Evaluating and analyzing sources in research.
- Demonstrate authentic communication in a variety of settings.
- Authentic audience.
- Cross-curricular connections.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Implement responsible decision-making skills when working toward a goal and assess how these skills lead to goal achievement.
- Utilize time and materials to complete assignments on schedule and can anticipate the possible obstacles to completing tasks on schedule.
- Engage in coregulation to create positive group dynamics, and evaluate how societal and cultural norms and mores affect personal interactions, decisions and behaviors.
- Present oneself professionally and exhibit proper etiquette, as well as practices constructive strategies in social and other media.
- Recognize:
  - How, when and who to ask for help.
  - Can utilize resources available.
  - Can advocate for personal needs.
- Use resiliency to reflect on past problems, identify ways to improve and implement change.

### Elements of Collaboration
- **Math**: Topic options-statistical data processes
- **Science**: Topic options-scientific method, running experiments, problem solving
- **ELA**: Drafts of manuscript
- **Business and Digital Media**: Laying out graphs and presentation of results.

### Possible Collaboration Partners
- Community members
- 4-H groups
- Local ag agencies and groups
- State departments for agriculture
- Veterinarians

### Workflow *(Milestones of Learning)*
- Brainstorm Topics in Agriculture, Food and Natural Resources
- Research Proposal or research plan due for approval
- Complete introduction, review of literature, materials, and methods
- Research Proposal
- Set a clear hypothesis, variables, and procedures.
- Conduct Experiment
- Conclude Experiment and Analyze the data

### Showcase of Student Learning *(End Product)*
- Complete Written Report and Display
- Complete Written report of project
- Scientific Process, findings and evaluation
- Display Board (trifold) with results
- Presentation and Interview over project

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

### Accommodation/Modification Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression toward Mastery

Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

### Learning Environment Considerations
*(On-site, Hybrid, or Remote)*

It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



9.12

*Instructional Example:*

## Design, Build, and Promote a Miniature Golf Course

Students will design and build a miniature golf course for the school and/or community events through collaboration with groups and teachers.

*Competency Codes Addressed:*
*Business Career: BC.BMAE.HS 1.1, BC.BMAE.HS 1.2, BC.F.HS 1.1, BC.M.HS 1.1*
*Architecture and Construction: AC.HS 2.1, AC.HS 6.1*
*Engineering: ENG.HS 4.1 and ENG.HS 5.1*
*Information Technology: IT.HS 1.1*
*Math: MATH.HS 2.2, MATH.HS 4.1, MATH.HS 4.2*
*ELA: ELA.HS 3.2 and ELA.HS 5.1*
*SECD: SECD.HS 1.6, SECD.HS 2.2, SECD.HS 2.4, SECD.HS 2.8, SECD.HS 3.5 SECD.HS 4.3, SECD.HS 6.1, SECD.HS 6.3, SECD.HS 6.6*
*Humanities: HUM.HS 1.1, HUM.HS 2.1, HUM.HS 6.1*
*STEAM: STM.HS 1.1, STM.HS 2.1, STM.HS 3.1, STM.HS 4.1*

### Elements of High-Quality Instruction
- Student voice and choice throughout instruction.
- Inquiry-driven.
- Active student engagement.
- Scaffolding in designing and conducting a scientific investigation.
- Analyze and interpret samples.
- Complex problem solving.
- Evaluating and analyzing sources in research.
- Demonstrate authentic communication in a variety of settings.
- Authentic audience.
- Cross-curricular connections.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Utilize time and materials to complete assignments on schedule and can anticipate the possible obstacles to completing tasks on schedule.
- Engage in coregulation to create positive group dynamics, and evaluate how societal and cultural norms and mores affect personal interactions, decisions and behaviors.
- Present oneself professionally and exhibit proper etiquette, as well as practices constructive strategies in social and other media.
- Identify, analyze and demonstrate problem-solving processes, including applying improvement strategies to future projects and situations.
- Implement responsible decision-making skills when working toward a goal and assess how these skills lead to goal achievement.

- Evaluate the active listening skills of all parties involved before, after and during conversations.
- Evaluate how behavioral choices affect goal success.
- Apply effective listening skills in a variety of settings and recognize barriers to effective listening.
- Practice strategies for maintaining self-regulation and positive relationships.

### Elements of Collaboration
- Math: Geometry, economics of scale
- Science: Physics (motion vs design of project)
- English: Writing about experience or project
- CTE: AFRN, Manufacturing, Architecture and Construction, Technical Education, Engineering, Business/Computers

### Possible Collaboration Partners
- Peers
- Community business partners in the industries of golf, architecture, construction, manufacturing, or information technology
- Elementary classes
- PE classes--instruction over best putting methods
- Community partners and members

### Workflow *(Milestones of Learning)*
- Brainstorm ideas for possible mini-golf holes. Decide on the overall theme of the course.
- Using drawing techniques design mini-golf hole
- Include theme, dimensions, return

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES



**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

system and bill of materials
- Construct prototypes to analyze and present to class.
- Conduct a SWOT analysis of the mini golf course prototypes and evaluate overall material needs and budget.
- Create a marketing campaign for the mini-golf course.
- Complete final design drawing, bill of materials.
- Build Projects and complete any final design elements.
- Feedback, Reflection, and Revision of any needed elements.

**Showcase of Student Learning** *(End Product)*
- Prototype of golf hole, Bill of Materials and design drawing.
- Using constructed project at school or in the community.
- Presentation of final project.
- Create written documentation of project.
- Complete civic engagement activity (following school guidelines).

### Accommodation/Modification Considerations
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression toward Mastery
Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

### Learning Environment Considerations
*(On-site, Hybrid, or Remote)*
It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



*Instructional Example:*

## Animate A Children's Story

Use 3D creation suite software to animate a story.

*Competency Codes Addressed:*
*Information Technology: IT.HS 1.1, IT.HS 1.2*
*ELA: ELA.HS 3.2 and ELA.HS 5.1*
*SECD: SECD.HS 2.2, SECD.HS 2.3, SECD.HS 2.4, SECD.HS 6.3*
*Humanities: HUM.HS 1.1, HUM.HS 6.1*
*STEAM: STM.HS 1.1*

### Elements of High-Quality Instruction
- Student choice.
- Inquiry-driven.
- Active student engagement.
- Scaffolding in designing and conducting a scientific investigation.
- Analyze and interpret samples.
- Complex problem-solving.
- Evaluating sources in research.
- Applying communication in a variety of settings.
- Authentic audience.
- Cross-curricular connections.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Implement responsible decision-making skills when working toward a goal and assess how these skills lead to goal achievement.
- Recognize:
  - How, when and who to ask for help.
  - Can utilize resources available.
  - Can advocate for personal needs.
- Utilize time and materials to complete assignments on schedule and can anticipate the possible obstacles to completing tasks on schedule
- Engage in coregulation to create positive group dynamics, and evaluate how societal and cultural norms and mores affect personal interactions, decisions and behaviors.
- Present oneself professionally and exhibit proper etiquette, as well as practices constructive strategies in social and other media.

### Elements of Collaboration
- ELA Teacher
  - Book Selection, Drafting Letter, Final Edits
- Business/Computer Science Teacher
  - Assist in animation process
- Visual Arts
  - Brainstorm ideas for animation characters

### Possible Collaboration Partners
- Digital Media Specialists at school or in the community.
- Authors/publishers of books to be animated.
- Pre-K-6th grade teachers and administration.

### Workflow *(Milestones of Learning)*
- Select a book collaborating with an ELA teacher to find appropriate content and grade level.
- Write a letter to gain approval from publisher/author to animate the book for educational purposes.
- Students will use Blender to animate a children's book that they will present at a "storytime" event.
- Students will delegate work in their group and assign tasks to each member.
- Students will animate the book as it is illustrated .
- Students will complete the animation after several reviews/peer critiques.
- Students will conduct a storytime for younger students/the community.

### Showcase of Student Learning *(End Product)*
- Final 3D animated book.
- Students will show the animation and narrate the story for elementary students at other buildings or at the local library in a "storytime" event.

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*


IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

## Accommodation/Modification Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Progression toward Mastery

Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations
*(On-site, Hybrid, or Remote)*

It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



Instructional Example:

# Plan a Family Meal from Farm to Table

Students will plan a family meal, including ingredients, costs, and source of product. After initial planning, students will research the closest locally sourced food and replan their meal accordingly.

Competency Codes Addressed:
Family and Consumer Sciences: FCS.HS 1.2, FCS.HS 1.3, FCS.HS.5.1
Agriculture Foods and Natural Resources: AFNR.HS 1.1, AFNR.HS 6.1
Business Career: BC.BMAE.HS 1.1
Math: Math.HS 1.1, Math.HS 5.1
ELA: ELA.HS 4.1, ELA.HS 6.1
STEAM: STM.HS 2.1, STM.HS 4.1
Humanities: HUM.HS 3.1
SECD: SECD.HS 2.3, SECD.HS 2.4, SECD.HS 6.1

## Elements of High-Quality Instruction

- Pose purposeful questions.
- Provide scaffolding to build background knowledge.
- Active student engagement and collaboration.
- Connect mathematical, statistical concepts.
- Project based instruction.
- High expectations for all.
- Real-world relevance.

## SECD Incorporation (Dispositions - Mindset and Soft Skills)

- Engage in coregulation to create positive group dynamics, and evaluate how societal and cultural norms and mores affect personal interactions, decisions and behaviors.
- Recognize:
  - How, when and who to ask for help.
  - Can utilize resources available.
  - Can advocate for personal needs.
- Utilize time and materials to complete assignments on schedule and can anticipate the possible obstacles to completing tasks on schedule

## Elements of Collaboration

- AFNR: Finding sources of locally grown food, understanding where food comes from.
- Manufacturing/Distribution.
- Math: Topic options for statistical data processes.
- ELA: Menu plan description.
- Business and Digital Media: Laying out media of menu planning and mapping of food production locations.

## Possible Collaboration Partners

- Kansas Department of Agriculture
- Business and Industry Partners
- Local Food Producers
- Kansas Agritourism
- School Food Service Representative

## Workflow (Milestones of Learning)

- Plan family meal
- Research where food is sourced
- Find locally produced and processed foods
- Map locations and number of miles food travels from farm to plate
- Replan family meal with locally sourced ingredients
- Create a visual of menu, map of food sources

## Showcase of Student Learning (End Product)

- Menu of the family meal
- Description of where products are sourced
- Map or digital example of where food is grown locally
- Extension
- Presentation on buying locally vs any source

## Accommodation/Modification Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

Clerk of the District Court, Johnson County Kansas
05/03/21 01:59pm MM



**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

**Progression toward Mastery**

Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

**Learning Environment Considerations**
*(On-site, Hybrid, or Remote)*

It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



*Instructional Example:*

# Video Game Design

Students will design, model, code, and build the game for distribution amongst peers and the community

*Competency Codes Addressed:*
*Information Technology: IT.HS 1.1, IT.HS 1.2,*
*IT.HS 2.1, IT.HS 2.2*
*ELA: ELA.HS 5.1, ELA.HS 6.1*
*Humanities: HUM.HS 1.1, HUM.HS 3.1*
*STEAM: STM.HS 4.1*
*SECD: SECD.HS 1.1, SECD.HS 1.2, SECD.HS 1.S,*
*SECD.HS 2.2, SECD.HS 2.3, SECD.HS 2.4 SECD.HS*
*6.1, SECD.HS 6.3, SECD.HS 6.8*

## Elements of High-Quality Instruction
- Student voice and choice throughout instruction process.
- Inquiry-driven.
- Active student engagement.
- Complex problem-solving.
- Demonstrate authentic communication in a variety of settings.
- Authentic audience.
- Cross-curricular connections.
- Scaffold knowledge and skills by building and expanding.
- Peer-to-peer feedback.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Recognize and exhibit appropriate and inappropriate behaviors and the impact it has on others in the virtual community.
- Expectations of good character in a virtual setting.
- Utilize multiple media and technologies ethically and respectfully evaluate its effectiveness and assess its impact.
- Implement responsible decision-making skills when working toward a goal and assess how these skills lead to goal achievement.
- Recognize:
  - How, when and who to ask for help.
  - Can utilize resources available.
  - Can advocate for personal needs.
- Utilize time and materials to complete assignments on schedule and can anticipate the possible obstacles to completing tasks on schedule
- Engage in coregulation to create positive group dynamics, and evaluate how societal and cultural norms and mores affect personal interactions, decisions and behaviors.
- Present oneself professionally and exhibit proper etiquette, as well as practices constructive strategies in social and other media.
- Develop an understanding of relationships within the context of networking and careers

## Elements of Collaboration
- Core content teachers
  - Assist in information regarding to the game topic or genre.
- Visual Arts
  - Animation and visual details.
- ELA
  - Editing grammar, rules, content.

## Possible Collaboration Partners
- Community partners may be able to assist in the games relevance or rating.
- Industry partners can assist with content, relevance, and technical issues.
- Students in school or across the United States.

## Workflow *(Milestones of Learning)*
- Learn the elements of industry standard computer science and develop a video game based on their understanding of the content.
- Brainstorm ideas for a game
- Create a game based on any number of topics/ideas
- Design, model, code, and build the game
- Students will debug the game
- Distribute final product amongst peers and the community.

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

**Showcase of Student Learning** *(End Product)*
- Students will launch their game in an exhibition/E3 style presentation that will allow others to play their game and critique it.
- After critique, final product will be fully released

**Accommodation/Modification Considerations**
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

**Progression toward Mastery**
Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

**Learning Environment Considerations**
*(On-site, Hybrid, or Remote)*
It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*


9-12

# Science and Math

*Instructional Example:*

## Roller Coaster

Students design and create a roller coaster showing the conservation of momentum and energy and communicate the results of the calculations.

*Competency Codes Addressed:*
*Science: SCI.PS.HS 1.2, SCI.PS.HS 1.4*
*Math: MATH.HS 1.1, MATH.HS 2.1, MATH.HS 3.1*
*Architecture and Construction: AC.HS 2.1, AC.HS 6.1*
*Engineering: ENG.HS 1.1, ENG.HS 3.1, ENG.HS 4.1*
*ELA: ENG.HS 2.1, ELA.HS 5.1, ELA.HS 6.1*
*Humanities: HUM.HS 2.1*
*STEAM: STM.HS 1.1, STM.HS 2.1, STM.HS 4.1*
*SECD: SECD.HS 2.2, SECD.HS 2.3, SECD.HS 2.4, SECD.HS 2.8, SECD.HS 3.4, SECD.HS 5.3, SECD.HS 6.1, SECD.HS 6.3, SECD.HS 6.6*

### Elements of High-Quality Instruction
- Pose purposeful questions.
- Provide meaningful background knowledge.
- Active student engagement and collaboration.
- Mathematical connections and representations.
- Construct explanations and design solutions.
- Inquiry-based instruction.
- Student voice and choice throughout instructional process.
- Scaffolding in designing and conducting a scientific investigation.
- Analyze and interpret data.

- Complex problem-solving.
- Applying communication in a variety of settings.
- Authentic audience
- Cross-curricular connections

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Implement responsible decision-making skills when working toward a goal and assess how these skills lead to goal achievement.
- Recognize:
  - How, when and who to ask for help.
  - Can utilize resources available.
  - Can advocate for personal needs.
- Utilize time and materials to complete assignments on schedules and can anticipate the possible obstacles to completing tasks in schedule.
- Identify, analyze and demonstrate problem-solving processes, including applying improvement strategies to future projects and situations.
- Evaluate external supports and resources for problem solving (additional print and electronic resources or specific subject problem solving models).
- Challenge personal perspective with cognitive dissonance to enhance a growth mindset and recognize how personal perspective and biases impact interactions with others.
- Engage in correlation to create positive group dynamics, and evaluate how societal and cultural norms and more

affect personal interactions decisions and behaviors.
- Present oneself professionally and exhibit proper etiquette, as well as practices constructive strategies in social and other media.
- Practice strategies for maintaining self-regulation and positive relationships.

### Elements of Collaboration
- Physics teachers (within school and from different schools/districts)
  - Content development of momentum and energy
- Physics with physical science teachers
  - Peer teaching
- Mathematics teachers
  - Polynomial graphs (vertical position vs time, horizontal position vs time, vertical vs horizontal position graphs)
- ELA teachers
  - Analysis, interpretation, conclusion, and writing of results
  - Reflection/Log/Prompt Writing
- Elective teachers
  - Design, creation, and printing

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

## Possible Collaboration Partners
- Family and Community
  - Support at home
  - Presentations audience/panel
  - Engineers

## Workflow *(Milestones of Learning)*
- Direct instruction of potential energy, kinetic energy, and conservation of momentum
- Design proposal
  - Representation (drawing, graphs, etc.)
  - Conduct short research project in order to solve a problem
  - Design a solution
  - Writing prompts
- Mathematical modeling
  - Use of mathematical representations
  - Use of various communication, visual and technology platforms--in groups and individually and in person and virtually--to create a product and meet appropriate competencies.
  - Provide multiple media options (paper, popsicle sticks, k'nex, digital model, etc.)
- Analysis
  - Writing
  - Feedback, Reflection, and Revision
  - Interpret the scale, data, and key features of graphs and displays
  - Prediction and hypothesis to solve a problem

## Showcase of Student Learning *(End Product)*
- Roller Coaster
  - Design (CAD drawing, paper-pencil, blueprint)
  - Product (variety of roller coasters such as virtual, concrete/tactile, 3D, etc.)
  - Graphs and diagrams
  - Writing (essay/prompts)
    - Essay/prompts
    - First person perspective of ride
  - Provide multiple virtual media options
  - Online roller coaster creator website
    - Hand-drawn/built roller coasters submitted virtually
  - Provide data for students with limited/ no internet access
  - Presentation of roller coaster designs and creations to the community
  - Reflection

## Accommodation/Modification Considerations
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Progression toward Mastery
Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations
*(On-site, Hybrid, or Remote)*
It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



9-12

*Instructional Example:*

# Exponential Growth of Pandemics

Students will research pandemic data and create an exponential model of a pandemic of choice including graph, equation, writing component of historical context, description of health concerns, and visual art.

*Competency Codes Addressed:*
*Math: MATH.HS 1.1, MATH.HS 2.1, MATH.HS 3.1, MATH.HS 5.1*
*Science: SCI.LS.HS1.1, SCI.LS.HS1.2*
*HGSS: HGSS.HS 5.1, HGSS.HS 6.1, HGSS.HS 7.1*
*ELA: ELA.HS 3.2, ELA.HS 3.6, ELA.HS 5.1, ELA.HS 6.1*
*Media Arts: MA.HS 2.1, MA.HS 2.2*
*Visual Arts: VA.HS 3.2*
*Business Career Field: BC.HS.BMAE 1.1, BC.HS. BMAE 1.2*
*Health and BioSciences: HB.HS 3.1, HB.HS 5.1*
*PE: PE.HS 4.1, PE.HS 4.2*
*STEAM: STM.HS1.1, STM.HS 2.1, STM.HS 3.1*
*Humanities: HUM.HS 1.1, HUM.HS 2.1, HUM.HS 4.1*
*SECD: SECD.HS 2.2, SECD.HS 2.3, SECD.HS 2.8, SECD.HS 2.9, SECD.HS 3.4, SECD.HS 3.6, SECD. HS 4.5, SECD.HS 5.3, SECD.HS 6.1, SECD.HS 6.3, SECD.HS 6.6*

## Elements of High-Quality Instruction
- Teacher clarity (establish clear purpose and goals).
- Provide multiple entry points and solutions pathways.
- Pose purposeful questions.
- Connections of mathematical concepts and representations.
- Facilitate discourse and discussions.
- Support productive struggle.
- Elicit and use evidence of student thinking.
- Active student engagement and collaboration.
- Provide timely and effective feedback.
- Construct explanations and design solutions.
- Inquiry-based instruction.
- Student voice and choice throughout instructional process.
- Scaffolding in designing and conducting a scientific investigation.
- Analyze and interpret data.
- Evaluating sources in research.
- Applying communication in a variety of settings.
- Authentic audience.
- Cross-curricular connections.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Implement responsible decision-making skills when working toward a goal and assess how these skills lead to goal achievement.
- Recognize:
- How, when and who to ask for help.
- Can utilize resources available.
- Can advocate for personal needs.
- Identify, analyze, and demonstrate problem-solving processes, including applying improvement strategies to future projects and situations.
- Use resiliency to reflect on past problems, identify ways to improve and implement change.
- Evaluate external supports and resources for problem-solving (additional print and electronic resources or specific subject problem solving models).
- Analyze self-reflection, self-enhancement, self-preservation and self-help strategies
- Analyze civil/democratic, environmental and personal responsibilities to self and others.
- Challenge personal perspective with cognitive dissonance to enhance a growth mindset and recognize how personal perspective and biases impact interactions with others.
- Engage in coregulation to create positive group dynamics, and evaluate how societal and cultural norms and mores affect personal interactions, decisions and behaviors.
- Present oneself professionally and exhibit proper etiquette, as well as practices constructive strategies in social and other media.
- Practice strategies for maintaining self-regulation and positive relationships.

## Elements of Collaboration
- Mathematics Teachers
  - Concept development of exponential and logarithmic functions
  - Project creation, guidance, presentation
- Science Teachers
  - Population growth of viruses/bacteria
- ELA/HGSS Teachers
  - Research historical context
  - Writing prompts
- Elective Teachers
  - Visual/Digital presentations
  - Public service announcement
  - Impact of pandemics on economics/

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



## IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

business
- Sewing masks
- 3D protective shield printing
- Preventative measures

**Possible Collaboration Partners**
- Family and Community
- Experts in the field of medicine (doctors, nurses, medical aide, etc.).
- Support at home.
- Community presentation audience.
- Data scientists as guest speakers and/or panel members.

**Workflow** *(Milestones of Learning)*
- Design rich tier 1 instruction that allows for multiple entry points and solution pathways and uses a range of approaches.
- Research
  - Historical context
  - Types of pandemics/viruses
  - Relevance and context of past and present response to pandemic impact on economics/business.
- Mathematical modeling
  - Use of mathematical representations.
  - Use of various communication, visual and technology platforms--in groups and individually and in person and virtually--to create a product and meet appropriate competencies.
- Create
  - Complex and authentic visual/digital art piece/presentations
  - Public service announcement video
- Analysis
  - Evaluate how various factors affect the speed and scope of a pandemic and

explain some ways to flatten the curve
- Analysis of historical sources
- Analysis and interpretation of primary and secondary sources
- Analysis and interpretation data
- Writing prompts/interpretations
- Medical implications of virus and preliminary precautions
- Feedback, Reflection, and Revision
- Presentation of data and implications to the community

**Showcase of Student Learning** *(End Product)*
- Display/Presentation
- Graphs and diagrams
- Writing component of historical context and health implications
- Visual art and videos
- Slides
- Trifold
- Public service announcement
- Provide multiple media and virtual options
- Presentation
- Reflection

**Accommodation/Modification Considerations**
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

**Progression toward Mastery**
Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

**Learning Environment Considerations**
*(On-site, Hybrid, or Remote)*
It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



*Instructional Example:*

## Statistics - Political Beliefs and Candidate Preferences - Do they Align?

Students will learn how to summarize, model, interpret and predict data using different representations to make informed, justifiable political decisions.

*Competency Codes Addressed:*
*Math: MATH.HS 1.1, MATH.HS 2.1, MATH.HS 5.1*
*ELA: ELA.HS 1.1, ELA.HS 3.3, ELA.HS 5.1*
*Science: SCI.ESS.HS 1.2*
*HGSS: HGSS.HS 1.1, HGSS.HS 2.1, HGSS.HS 3.1, HGSS.HS 4.1, HGSS.HS 5.1, HGSS.HS 6.1, HGSS. HS 7.1*
*Business Career: BC.M.HS 1.1*
*Humanities: HUM.HS 1.1, HUM.HS 2.1, HUM.HS 4.1, HUM.HS 5.1*
*STEAM: STM.HS 2.1, STM.HS 3.1*
*SECD: SECD.HS 2.2, SECD.HS 2.3, SECD.HS 2.4, SECD.HS 2.7, SECD.HS 2.8, SECD.HS 3.6, SECD. HS 4.2, SECD.HS 4.5, SECD.HS 5.3, SECD.HS 5.4, SECD.HS 6.3, SECD.HS 6.6*

### Elements of High-Quality Instruction

- Active student engagement and collaboration.
- Connect mathematical concepts and representations.
- Complex problem-solving.
- Facilitate discourse, discussion, arguments from evidence.
- Inquiry-based instruction.
- Student voice and choice throughout instructional process.
- Analyze and interpret data.
- Evaluating sources in research.
- Demonstrate authentic communication

in a variety of settings.
- Authentic audience.
- Cross-curricular connections.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Implement responsible decision-making skills when working toward a goal and assess how these skills lead to goal achievement.
- Recognize:
  - How, when and who to ask for help.
  - Can utilize resources available.
  - Can advocate for personal needs.
- Utilize time and materials to complete assignments on schedule and can anticipate the possible obstacles to completing tasks on schedule.
- Identify personal feelings and the feelings of others involved with a problem and apply appropriate self-regulation and empathy skills .
- Identify, analyze, and demonstrate problem-solving processes, including applying improvement strategies to future projects and situations.
- Analyze self-reflection, self-enhancement, self-preservation and self-help strategies.
- Analyze the accuracy of facts / information / interpretation and evaluate logical and emotional appeals.
- Analyze civic / democratic, environmental and personal responsibilities to self and others (for example, friends, family, school, community, state, country, culture in the world).
- Challenge personal perspective with cognitive dissonance to enhance a growth mindset and recognize her

personal perspective and biases impact interactions with others.
- Evaluate our advocacy for the rights of others contributes to the common good.
- Present oneself professionally and exhibit proper etiquette, as well as practices constructive strategies in social and other media.
- Practice strategies for maintaining self-regulation and positive relationships.

### Elements of Cross-Curricular Collaboration

- Mathematics Teachers
  - Methods of survey sample size and selection.
  - Graphing/Analysis of data.
- Government Teachers
  - Guide students concept of the various points on the 2-axis Political. Spectrum.
- Media/Business Teachers
  - Digital survey creation and distribution.
- ELA Teachers
  - Supports the writing in final analysis
  - Persuasive speech on a controversial topic in their survey.
- Psychology Teachers
  - Writing survey questions.
- Science Teachers
  - Environmental topics in politics.
- Video
  - Video feature story of results.
- All staff
  - Serve as research adviser to students.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES



**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

**Who might be your collaboration partners?**
- All staff serve as research advisers to students.
- Family and Community
  - Support at home.
  - Experts in the fields of politics and statistics.

**Workflow** *(Milestones of Learning)*
- Provide the foundational work for statistics and survey content:
  - Student-friendly questions.
  - Non-biased parameters (survey questions need to measure feelings and prejudices, not detailed opinions).
  - Study the Political Compass survey of propositions.
  - Content could be based on politics in the student's country of choice; Survey sent to students in chosen country.
- Statistical Methods
  - Define problem and research questions.
  - Define variables and research techniques.
    - Identify sample.
    - Construct and conduct survey questions (paper or digital) with input from math teachers for appropriate sample size and non-biased selection.
- Collect results and data
  - Guide students to create surveys that will allow them to mathematically interpret results - 5 point likert scale.
  - Help students develop their own

meaning of points on the 2-Axis Political Spectrum.
  - Statistically analyze and draw conclusion.

- Feedback, Reflection, and Revision.
- Construct presentation of results

**Showcase of Student Learning** *(End Product)*
- All options should include a graphic model and analysis statements:
  - Video feature story of survey results.
  - Video voice-over showing results.
  - Slide Presentation of results.
  - Present Verbally.
- Additional presentation possibilities.
  - Present a persuasive speech.
  - Hold a debate on a particularly controversial topic from the project.

**Accommodation/Modification Considerations**
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

**Progression toward Mastery**
Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple

exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

**Learning Environment Considerations**
*(On-site, Hybrid, or Remote)*
It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

1028

Clerk of the District Court, Johnson County Kansas
05/03/21 01:59pm MM
Kansas State Department of Education | www.ksde.org



*Instructional Example:*

## High Ho, High Ho - It's off to SPACE We Go!

Students will write a children's storybook about the solar system and present it to students of the appropriate grade.

*Competency Codes Addressed:*
*Science: SCI.ESS.HS 1.1, SCI.ESS.HS 1.2*
*HGSS: HGSS.HS 1.1, HGSS.HS 1.1*
*Math: MATH.HS 1.1, MATH.HS 2.1*
*ELA: ELA.HS 6.1, ELA.HS 5.1*
*Media Arts: MA.HS 1.1*
*Information Technology: IT.HS 1.1*
*Humanities HUM.HS 1.1*
*STEAM: STM.HS 3.1*
*SECD: SECD.HS 2.2, SECD.HS 2.3, SECD.HS 2.4,*
*SECD.HS 2.8, SECD.HS 2.9, SECD.HS 3.6, SECD.*
*HS 5.3, SECD.HS 6.1, SECD.HS 6.3, SECD.HS 6.6*

### Elements of High-Quality Instruction

- Active student engagement and collaboration.
- Creativity in writing and illustration.
- Appropriate writing skill .
- Correct mathematical measurement and processes.
- Pose purposeful questions.
- Inquiry-based instruction.
- Student choice.
- Scaffolding in designing and conducting a scientific investigation.
- Analyze and interpret data.
- Evaluating sources in research.
- Applying communication in a variety of settings.
- Authentic audience.
- Cross-curricular connections.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Implement responsible decision-making skills when working toward a goal and assess how these skills lead to goal achievement.
- Recognize:
  - How, when and who to ask for help.
  - Can utilize resources available.
  - Can advocate for personal needs.
- Utilize time and materials to complete assignments on schedule and can anticipate the possible obstacles to completing tasks on schedule.
- Identify, analyze, and demonstrate problem-solving processes, including applying improvement strategies to future projects and situations.
- Use resiliency to reflect on past problems, identify ways to improve and implement change.
- Analyze self-reflection, self-enhancement, self-preservation and self-help strategies
- Challenge personal perspective with cognitive dissonance to enhance a growth mindset and recognize how personal perspective and biases impact interactions with others.
- Engage in coregulation to create positive group dynamics, and evaluate how societal and cultural norms and mores affect personal interactions, decisions and behaviors.
- Present oneself professionally and exhibit proper etiquette, as well as practices constructive strategies in social and other media.
- Practice strategies for maintaining self-regulation and positive relationships.

### Elements of Collaboration

- Core Teachers:
  - Science: Planets/Solar System characteristics
  - History: Research historical context of solar system
  - ELA:
    - Technical writing
    - Narrative story
  - Math: Calculations of distance/time/etc.
- Elective Teachers:
  - Art/Digital media: Illustrations
  - Business: Cost of flight

### Possible Collaboration Partners

- School/District
  - Counseling department
  - Elementary schools/teachers
  - Transportation
- Family and Community
  - Support at home
  - Virtual reading
  - Authors

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

**Workflow** *(Milestones of Learning)*
- Direct instruction of earth and space systems and story elements
- Story
  - Research the characteristics and historical context of the solar system and its planets.
  - Technical writing using the research of the planets and the solar system.
  - Write creative story book narrative incorporating appropriate science, vocabulary, and story elements.
    - Rough Draft
    - Final Draft
- Illustrations - Sketch, digital or on paper
- Analysis:
  - Writing and Revision
  - Feedback, Reflection, and Revision
- Presentation (on-site or virtual)
- Read to elementary students
- Print and bind the book (optional)
- Publication (optional)

**Showcase of Student Learning** *(End Product)*
- Children's book:
- Narrative story
- Pictures
- Analysis of solar system or planet detail
- Completed digital version of book
- Provide multiple media and virtual options
- Provide data for students with limited/no internet access
- Print and bind book (optional)
- Published book (optional)

**Accommodation/Modification Considerations**

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

**Progression toward Mastery**

Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

**Learning Environment Considerations**
*(On-site, Hybrid, or Remote)*

It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*


9-12

*Instructional Example:*

# Geometry - Cereal Box Design

Students will create a cereal box, a marketing strategy, calculate profit margins, design a logo and graphics for box faces, and print a flat pattern of their box for constructing (folding) it in 3D.

*Competency Codes Addressed:*
*Math: MATH.HS 1.1, MATH.HS 4.1*
*Family and Consumer Sciences: FCS.HS 1.2*
*Information Technology: IT.HS 1.1*
*Business Career Field: BC.M.HS 1.1*
*STEAM: STM.HS 1.1*
*Visual Art: VA.HS 1.1, VA.HS 1.2, VA.HS 2.1, VA.HS 3.1*
*Engineering: ENG.HS 3.1, ENG.HS 4.1*
*SECD: SECD.HS 2.2, SECD.HS 2.3, SECD.HS 2.8, SECD.HS 3.4, SECD.HS 3.6, SECD.HS 5.3, SECD.HS 6.1, SECD.HS 6.6*

**Elements of High-Quality Instruction**

- Pose purposeful questions.
- Provide multiple entry points and solutions pathways.
- Active student engagement and collaboration.
- Connect mathematical concepts and representations.
- Complex problem-solving.
- Inquiry-based instruction.
- Student choice.
- Evaluating sources in research.
- Applying communication in a variety of settings.
- Authentic audience.
- Cross-curricular connections.

**SECD Incorporation** *(Dispositions - Mindset and Soft Skills)*

- Implement responsible decision-making skills when working toward a goal and assess how these skills lead to goal achievement.
- Recognize:
  - How, when and who to ask for help.
  - Can utilize resources available.
  - Can advocate for personal needs.
- Identify, analyze, and demonstrate problem-solving processes, including applying improvement strategies to future projects and situations.
- Evaluate external supports and resources for problem-solving (additional print and electronic resources or specific subject problem solving models).
- Analyze self-reflection, self-enhancement, self-preservation and self-help strategies
- Challenge personal perspective with cognitive dissonance to enhance a growth mindset and recognize how personal perspective and biases impact interactions with others.
- Engage in coregulation to create positive group dynamics, and evaluate how societal and cultural norms and mores affect personal interactions, decisions and behaviors.
- Practice strategies for maintaining self-regulation and positive relationships.

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

## Elements of Collaboration
- Math Teachers
  - Profit margins based on various surface area and volume.
- Business Teachers
  - Marketing strategy
- FCS Teacher
  - Nutrition labels
- Graphic Design Teacher
  - Logo and graphics
- Cereal box theme/concept collaborators
  - Counselors-Special Olympics theme - create a cereal box for each Olympian
  - History-design a cereal box representative of you as a historical figure
  - Science-Design a cereal box representative of you as a notable scientist

## Possible Collaboration Partners
- Family and Community
  - Support at home
  - Arts
  - Marketing organizations
  - Graphic design businesses

## Workflow *(Milestones of Learning)*
- Determine the theme options.
- Create cereal box graphics using digital or by hand.
- Create a marketing strategy for how the cereal boxes could be purchased by community members.
- Develop content of nutrition labels.
- Analyze various cereal boxes for design ideas.
  Frequent student check-ins for lessons and submission of milestones.

- Decide on a theme/concept.
- Determine dimensions of personal cereal box.
- Design cereal logo and graphics concepts.
- Rough draft of graphic concepts on each panel of box.
- Nutritional information panel complete.
- Digital design of box; print.

## Showcase of Student Learning *(End Product)*
- Constructed (folded) Cereal Box
  - Provide multiple media and virtual options.
  - Print digital designs.

## Accommodation/Modification Considerations
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Progression toward Mastery
Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations
*(On-site, Hybrid, or Remote)*
It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

Kansas State Department of Education | www.ksde.org



9-12

# Humanities

*Instructional Example:*
## Evaluating News Sources

Students study documents (magazine covers, scientific headlines, articles "trending" on social media, political cartoons, etc.) in which there are various viewpoints. The goal is for students to learn and put into practice some tips in order to think critically about the news they are consuming.

*Competency Codes Addressed:*
*ELA: ELA.HS 1.1, ELS.HS 3.1, ELA.HS 3.2, ELA.HS 3.3, ELA.HS 3.4, ELA.HS 3.5, ELA.HS 3.6, HGSS: HGSS.HS2.1; HGSS.HS3.1; HGSS.HS4.1 Humanities: HUM.HS 2.1, HUM.HS 4.1, HUM.HS 6.1 SECD: SECD.HS 1.5, SECD.HS 1.6, SECD.HS 2.4, SEDC.HS 4.2, SEDC.HS 4.4, SECD.HS 4.5, SECD.HS 6.6*

### Elements of High-Quality Instruction
- Establish goals with student input.
- Directed questions.
- Connect content area concepts with information literacy skills.
- Facilitate discussion and pose directed questions that can help identify misinformation, disinformation, bias in materials.
- Support productive struggle.
- Encourage active student engagement and participation.
- Close reading of complex text.
- Comparative analysis of multiple documents.
- Inquiry-driven.

- Active student engagement.
- Cross-curricular connections.
- Analyze primary and secondary sources.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Utilize multiple media and technologies ethically and respectfully evaluate effectiveness and assess its impact.
- Evaluate the active listening skills of all parties involved before, after, and during conversations
- Utilize time and materials to complete assignments on schedule and can anticipate the possible obstacles to completing tasks on schedule.
- Analyze the accuracy of facts/information/interpretation and evaluate logical and emotional appeals.
- Analyze the consequences/outcomes of logical fallacies, bias, hypocrisy, contradiction ambiguity, distortion and rationalization.
- Analyze civil/democratic, environmental and personal responsibilities to self and others
- Practice strategies for maintaining self-regulation and positive relationships.

### Elements of Collaboration
- Media Specialist
- HGSS Teacher
- ELA Teacher

### Possible Collaboration Partners
- Marketing Professionals
- Political Leaders
- Journalists
- Lawyers

### Workflow *(Milestones of Learning)*
- Introduce directed questions for consideration in evaluating new stories and sources
- Students use questions to individually or in groups evaluate various documents for accuracy of information as well as motivation behind it.
- Discussion and reflection of analysis.
- Assess and reflect on previous work.
- Create questions for peers and experts.
- Whole group discussion, including expert input, about assessment of various documents.
- Students reflect in the form of journal, comic, or paper to demonstrate understanding.

### Showcase of Student Learning *(End Product)*
- Students create an overarching reflection in the form of a journal entry, comic strip, or other small project that demonstrates understanding and application of important questions to consider as they critically evaluate documents

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
1033



**9-12**

*IMPLEMENTATION - INSTRUCTIONAL EXAMPLES*

## Accommodation/Modification Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Progression toward Mastery

Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations
*(On-site, Hybrid, or Remote)*

It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org



*Instructional Example:*

# "Make a Difference"

Students will identify an issue in their community or state that they believe needs to be fixed and will work through the process to create change for those they live with.

*Competency Codes Addressed:*
*HGSS: HGSS.HS 1.1, HGSS.HS 2.1, HGSS.HS 3.1, HGSS.HS 4.1, HGSS.HS 5.1, HGSS.HS 6.1, HGSS. HS 7.1*
*ELA: ELA.HS 1.1, ELA.HS 3.1, ELA.HS 3.2, ELA.HS 3.3, ELA.HS 3.4, ELA.HS 3.5, ELA.HS 3.6, ELA.HS 4.1, ELA.HS 5.1*
*Math: Math.HS 1.1, Math.HS 2.2, Math.HS 5.1*
*Physical Science: SCI.PS.HS 1.4*

*SECD: SECD.HS 1.3, SECD.HS 1.6, SECD.HS 1.7, SECD.HS 2.2, SECD.HS 2.4, SECD.HS 2.5, SECD. HS 2.7, SECD.HS 5.2, SECD.HS 5.4, SECD.HS 6.6, SECD.HS 6.9*
*FCS: FCS.HS 5.1*
*Business Career: BC.F. HS 1.1, BC.M.HS 1.1*
*Engineering: ENG.HS 6.1*
*Humanities: HUM.HS 1.1, HUM.HS 2.1, HUM. HS 3.1*

## Elements of High-Quality Instruction

- Establish goals with student choice and input.
- Connect learning to making a change for the better in your home/community/ state/country.
- Facilitate discourse and pose purposeful questions.
- Active student engagement and collaboration.
- Inquiry-driven.
- Support trial and error.

- Scaffolding in designing and conducting a scientific investigation.
- Analyze and interpret samples.
- Complex problem solving.
- Demonstrate authentic communication in a variety of settings.
- Authentic audience.
- Cross-curricular connections.
- Analyze primary and secondary sources.
- Student voice and choice throughout instruction process.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Hold self and others accountable appropriately for demonstrating behaviors of good character throughout all school activities and in the community.
- Evaluate the active listening skills of all parties involved before, after, and during conversations.
- Conclude how to act in accordance with the principle of respect for all human beings.
- Implement responsible decision-making skills when working toward a goal and assess how these skills lead to goal achievement.
- Utilize time and materials to complete assignments on schedule and can anticipate the possible obstacles to completing tasks on schedule.
- Identify personal feelings and the feelings of others involved with a problem and apply appropriate self-regulation and empathy skills.
- Practice empathy for others and can differentiate between the factual and emotional content of a person's

communication.
- Evaluate how advocacy for the rights of others contributes to the common good.
- Practice strategies for maintaining self-regulation and positive relationships.
- Apply effective and appropriate conflict resolution and mediation skills to prevent and resolve conflict in a constructive manner.

## Elements of Collaboration

- HGSS Teachers
- Language Arts teacher
- Math/Science teachers
- Arts
- CTE

## Possible Collaboration Partners

- Peers, family, community.
- Lawmakers.
- Citizens impacted by issues.
- Organizations in the community for assistance.

## Workflow *(Milestones of Learning)*

- Brainstorm issues students see in their communities and how they could be bettered.
- Analyze problems/solutions and how other locations have dealt with problems
- Create possible solutions for the issue at hand.
- Interview stakeholders on how the problems impact them and what would happen if they were better.
- Contact and petition local government and lawmakers, or those involved with the issue, to discuss process of change.
- Create models/sketches of change

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



9.12

**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

process.
- Work with local officials to implement change (if possible) or rework original plans to make feasible end product.
- Feedback, Reflection, and Revision.

### Showcase of Student Learning *(End Product)*
- Problem identification and solution models
- Presentation to stakeholders to address issues and assist in forming a plan for fixing via letters, interviews, or community meetings
- Design, develop, and promote a solution for issue(s) being addressed using research in previous stages.
- Production of communication materials such as letters, emails, petitions, etc needed to meet the needs of each individual project.
- Present design ideas in a public forum (board meetings, petition, legislation) to address problems identified.

### Accommodation/Modification Considerations
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression toward Mastery
Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

### Learning Environment Considerations
*(On-site, Hybrid, or Remote)*
It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*


9-12

*Instructional Example:*

## Political Campaign

Create/Research (real life/fictitious) elements of a political campaign by researching past campaigns, look at platforms, design campaign advertising, write speeches and on air advertising.

*Competency Codes Addressed:*
*HGSS: HGSS.HS 1.1, HGSS.HS 2.1, HGSS.HS 3.1, HGSS.HS 4.1, HGSS.HS 5.1, HGSS.HS 6.1, HGSS.HS 7.1*
*ELA: ELA.HS 1.1, ELA.HS 2.1, ELA.HS 3.1, ELA.HS 3.2, ELA.HS 3.3, ELA.HS 3.5, ELA.HS 3.6, ELA.HS 4.1, ELA.HS 5.1, ELA.HS 6.1*
*Math: Math.HS 1.1, Math.HS 2.1, Math.HS 2.2, Math.HS 5.1*
*SECD: SECD.HS 1.3, SECD.HS 1.6, SECD.HS 1.7, SECD.HS 2.2, SECD.HS 2.3, SECD.HS 2.4, SECD.HS 2.6, SECD.HS 2.7, SECD.HS 2.8, SECD.HS 2.9, SECD.HS 3.1, SECD.HS 3.5, SECD.HS 4.2, SECD.HS 4.4, SECD.HS 4.5, SECD.HS 4.6, SECD.HS 5.4, SECD.HS 6.6, SECD 6.9*
*Business Career: BC.M.HS 1.1, BC.F.HS 1.1*
*Visual Arts: VA.HS 1.1, VA.HS 1.2, VA.HS 2.1, VA.HS 3.1, VA.HS 3.2, VA.HS 4.1, VA.HS 4.2, VA.HS 4.3, VA.HS 5.1, VA.HS 5.2*

### Elements of High-Quality Instruction

- Establish goals.
- Facilitate discourse and pose purposeful questions.
- Support trial and error.
- Active student engagement and collaboration.
- Student voice and choice throughout instruction process.
- Inquiry-driven.
- Scaffolding in designing and conducting a scientific investigation.
- Analyze and interpret samples.
- Complex problem-solving.
- Evaluating sources in research.
- Demonstrate authentic communication in a variety of settings.
- Authentic audience.
- Cross-curricular connections.
- Analyze primary and secondary sources.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Hold self and others accountable appropriately for demonstrating behaviors of good character throughout all school activities and in the community.
- Evaluate the active listening skills of all parties involved before, after, and during conversations.
- Conclude how to act in accordance with the principle of respect for all human beings.
- Implement responsible decision-making skills when working toward a goal and assess how these skills lead to goal achievement
- Recognize:
  - How, when and who to ask for help.
  - Can utilize resources available.
  - Can advocate for personal needs.
- Utilize time and materials to complete assignments on schedule and can anticipate the possible obstacles to completing tasks on schedule.
- Interpret and evaluate the importance of personal roles and responsibilities in the overall school climate.
- Identify personal feelings and the feelings of others involved with a problem and apply appropriate self-regulation and empathy skills.
- Identify, analyze, and demonstrate problem-solving processes, including applying improvement strategies to future projects and situations.
- Use resilience to reflect on past problems, identify ways to improve, and implement change
- Analyze complex emotions and effective behavioral responses.
- Evaluate how behavior choices affect goal success.
- Analyze the accuracy of facts/information/interpretation and evaluate logical and emotional appeals
- Analyze civil/democratic, environmental and personal responsibilities to self and others (for example, friends, family, school, community, state, country, culture, and world).
- Evaluate how advocacy for the rights of others contributes to the common good.
- Practice strategies for maintaining self-regulation and positive relationships.
- Apply effective and appropriate conflict resolution and mediation skills to prevent and resolve conflict in a constructive manner.

### Elements of Collaboration

- Language arts
- Math
- HGSS
- Business
- Arts
- CTE areas

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



**9-12**

**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

### Possible Collaboration Partners
- Candidates past or present
- Campaign managers
- Advertising agencies (print, online, and on air)
- Local residents for ideas of what they want to see in campaigns/politicians
- Students running for offices like student council
- Media specialists

### Workflow *(Milestones of Learning)*
- Students will develop an understanding of past campaigns that were successful and failures to build their own campaigns for candidates.
- Create sample budgets for campaign costs.
- Create various campaign materials like mailers, flyers, billboards, etc
- Write and edit speeches and platforms for candidates.
- Project milestones/assessment threaded throughout in all content and projects
- Feedback, Reflection, and Revision.
- Could take further and design their own political party to use elements of successful parties and platforms.

### Showcase of Student Learning *(End Product)*
- Students will use their projects to assist in a candidate running for office like STUCO or local elections.
  - Projects can also hold elections for fictitious candidates in schools or work with local candidates to assist in campaign material.
- Extensions: Could create a new political party using everything they learned and current climate to address issues they see as big ticket items (HGSS/ELA).
- Provide feedback and revisions to candidates running the campaigns.

### Accommodation/Modification Considerations
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression toward Mastery
Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

### Learning Environment Considerations
*(On-site, Hybrid, or Remote)*
It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



9-12

*Instructional Example:*

# "Dystopian Obstacle Course"

After reading a dystopian novel like the Hunger Games or Maze Runner, students will create symbolic athletic challenges or an obstacle course, and discuss how the challenges show some of the literal/figurative obstacles the characters faced in the novel or how the obstacle course represents their journey.

*Competency Codes Addressed:*
*ELA: ELA.HS 2.1, ELA.HS 3.6, ELA.HS 4.1, ELA.HS 6.1*
*PE: PE.HS 5.1, PE.HS 3.3*
*Health: HE.HS 3.1, HE.HS 5.1*
*SECD: SECD.HS 1.3, SECD.HS 1.6, SECD.HS 1.7, SECD.HS 2.2, SECD.HS 2.3, SECD.HS 2.4, SECD. HS 2.6, SECD.HS 2.7, SECD.HS 2.8, SECD.HS 2.9, SECD.HS 3.1, SECD.HS 3.5, SECD.HS 4.2, SECD. HS 4.4, SECD.HS 4.5, SECD.HS 4.6, SECD.HS 5.4, SECD.HS 6.1, SECD.HS 6.6, SECD 6.9*

## Elements of High-Quality Instruction

- Establish goals.
- Facilitate discourse and pose purposeful questions.
- Support trial and error.
- Active student engagement and collaboration.
- Student collaboration and engagement.
- Timely, specific, and varied feedback.

## SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Hold self and others accountable appropriately for demonstrating behaviors of good character throughout all school activities and in the community
- Implement responsible decision-making skills when working toward a goal and assess how these skills lead to goal achievement.
- Evaluate the active listening skills of all parties involved before, after, and during conversations.
- Conclude how to act in accordance with the principle of respect for all human beings.
- Implement responsible decision-making skills when working toward a goal and assess how these skills lead to goal achievement.
- Recognize:
  - How, when and who to ask for help.
  - Can utilize resources available.
  - Can advocate for personal needs.
- Utilize time and materials to complete assignments on schedule and can anticipate the possible obstacles to completing tasks on schedule.
- Interpret and evaluate the importance of personal roles and responsibilities in the overall school climate.
- Identify personal feelings and the feelings of others involved with a problem and apply appropriate self-regulation and empathy skills.
- Identify, analyze, and demonstrate problem-solving processes, including applying improvement strategies to future projects and situations.

- Use resilience to reflect on past problems, identify ways to improve, and implement change
- Analyze complex emotions and effective behavioral responses.
- Evaluate how behavior choices affect goal success.
- Analyze the accuracy of facts/ information/interpretation and evaluate logical and emotional appeals
- Analyze civil/democratic, environmental and personal responsibilities to self and others (for example, friends, family, school, community, state, country, culture, and world).
- Evaluate how advocacy for the rights of others contributes to the common good.
- Practice strategies for maintaining self-regulation and positive relationships.
- Apply effective and appropriate conflict resolution and mediation skills to prevent and resolve conflict in a constructive manner.
- Engage in coregulation to create positive group dynamics, and evaluate how societal and cultural norms and mores affect personal interactions, decisions, and behaviors.

## Elements of Collaboration

- Language Arts teachers
- Physical Education teachers

## Possible Collaboration Partners

- Peers, Family, and Community members
- Fitness centers

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**9-12**

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

### Workflow *(Milestones of Learning)*

- Students will read a dystopian text with considerations for feedback and discussion.
- Students will create symbolic athletic challenges (or a complete obstacle course).
- Write/show how these challenges are a literal or figurative representations of challenges that the characters faced in the text.
- Allow for individual, small group, large group, and full group opportunities and collaboration.
- Provide just-in-time interventions, and immediate and effective feedback.
- Project milestones/assessment threaded throughout in all content and projects
- Feedback, Reflection, and Revision
- Provide opportunities to engage with the community via videos, zooms, or other formats.

### Showcase of Student Learning *(End Product)*

- Students create obstacles (in-person or virtually) for classmates to navigate as they narrate how it relates to the characters.

### Accommodation/Modification Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression toward Mastery

Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

### Learning Environment Considerations
*(On-site, Hybrid, or Remote)*

It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

1040

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



*Instructional Example:*

## Poetry from Artwork

Students create a poem after analyzing a specific piece of art that they will explain and share with peers.

*Competency Codes Addressed:*
*ELA: ELA.HS 2.1, ELA.HS 3.1, ELA.HS 4.1*
*HGSS: HGSS.HS 1.1, HGSS.HS 2.1, HGSS.HS 3.1*
*Visual Arts: VA.HS 1.1, VA.HS 3.1*
*SECD: SECD.HS 1.3, SECD.HS 2.3, SECD.HS 2.4, SEDC.HS 5.1*

### Elements of High-Quality Instruction
- Establish goals.
- Facilitate discourse and pose purposeful questions.
- Support trial and error.
- Active student engagement and collaboration.
- Student choice and voice.
- Analyze and interpret samples.
- Applying communication in a variety of settings.
- Cross-curricular connections.
- Analyze primary and secondary sources.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Hold self and others accountable appropriately for demonstrating behaviors of good character throughout all school activities and in the community.
- Recognize:
  - How, when and who to ask for help.
  - Can utilize resources available.
  - Can advocate for personal needs.
- Utilize time and materials to complete

assignments on schedule and can anticipate the possible obstacles to completing tasks on schedule.
- Evaluate a range of emotions in others based on verbal and nonverbal cues in different situations.

### Elements of Collaboration
- ELA teachers
- Art teachers
- History teachers

### Possible Collaboration Partners
- Community members
- Peers
- Local artists and writers

### Workflow *(Milestones of Learning)*
- Student will learn elements of poetry, structure, figurative language, and how to write these.
- Art, History, or ELA teachers provide art to analyze.
- Students would create a poem inspired by that artwork.

### Showcase of Student Learning *(End Product)*
- Analyze a piece of art for artistic, historical, or other elements.
- Create a poetry piece from the students point of view in regards to their analysis of the artwork.
- Share out the student poems in relation to art work on various media forms or orally.

### Accommodation/Modification Considerations
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression toward Mastery
Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

### Learning Environment Considerations
*(On-site, Hybrid, or Remote)*
It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**IMPLEMENTATION - INSTRUCTIONAL EXAMPLES**

of a transition from one learning environment to the next on any given day.

*Instructional Example:*

## Shark Tank

Students will select an invention from the 1920s to reinvent to today's standards and then pitch their design to a group of "investors."

*Competency Codes Addressed:*
*ELA: ELA.HS 1.1, ELA.HS 3.2, ELA.HS 3.6, ELA.HS 6.1*
*HGSS: HGSS.HS 1.1, HGSS.HS 2.1, HGSS.HS 5.1, HGSS.HS 6.1*
*Humanities: HUM.HS 2.1, HUM.HS 4.1, HUM.HS 5.1, HUM.HS 6.1*
*Business Career: BC.BMAE.HS 1.1, BC.F.HS 1.1, BC.M.HS 1.1*
*Information Technology: IT.HS 1.1*
*Visual Arts: VA.HS 3.1*
*Math: MATH.HS 2.1*
*SECD: SEDC.HS 1.3, SEDC.HS 2.3, SEDC.HS 2.6, SECD.HS 4.3, SECD.HS 6.1, SECD.HS 6.6, SECD.HS 6.8, SECD.HS 6.9*

### Elements of High-Quality Instruction
* Establish goals.
* Facilitate discourse and pose purposeful questions.
* Support trial and error.
* Active student engagement and collaboration.
* Student voice and choice throughout instruction process.
* Analyze and interpret.
* Demonstrate authentic communication in a variety of settings.
* Cross-curricular connections.

* Analyze primary and secondary sources.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
* Hold self and others accountable appropriately for demonstrating behaviors of good character throughout all school activities and in the community.
* Recognize:
  * How, when, and who to ask for help.
  * Can utilize resources available.
  * Can advocate for personal needs.
* Interpret and evaluate the importance of personal roles and responsibilities in the overall school climate.
* Apply effective listening skills in a variety of settings and situations and recognize barriers to effective listening.
* Develop an understanding of relationships within the context of networking and careers.
* Practice strategies for maintaining self-regulation and positive relationships.
* Apply effective and appropriate conflict resolution and mediation skills to prevent and resolve conflict in a constructive manner.
* Engage in coregulation to create positive group dynamics, and evaluate how societal and cultural norms and mores affect personal interactions, decisions, and behaviors.

### Elements of Collaboration
* History
* English Language Arts
* Business
* Arts

### Possible Collaboration Partners
* Additional Staff and Administration for support
* Business Owners
* Experts in the Field
* Community Leaders
* Parents

### Workflow *(Milestones of Learning)*
* Selection of product/service.
* Brainstorm and research inventions of past and present.
* Create an advertisement (billboard, flyer, pamphlet, etc.).
* Rehearse sales pitch.
* Present before panel.
* Reflect on project.

### Showcase of Student Learning *(End Product)*
* Working in pairs, students will research, develop, and promote a product or service from the 1920s showing innovation and improvements in their product.
  * Students present and defend their product in a "Shark Tank" like setting.
  * Judges will help evaluate their final product.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



**9-12**

## Accommodation/Modification Considerations

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

## Progression toward Mastery

Refer to KSDE competency rubrics to monitor student Progression toward Mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show Progression toward Mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations
*(On-site, Hybrid, or Remote)*

It is important to front load, organize, and implement elements of high-quality instruction so that students are better able to transition between all learning environments. Additionally, educators should anticipate and plan resources/materials and design options for a day-to-day transition from one learning environment to the next. Educators should consistently communicate with students and parents using a single platform with clear and streamlined expectations. It is imperative that educators target planning of workflow and the showcase of learning in anticipation of a transition from one learning environment to the next on any given day.

IMPLEMENTATION – INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**9-12**

IMPLEMENTATION - INSTRUCTIONAL EXAMPLES

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Operations

## Contents

| | |
|---|---|
| Health | 1047 |
| Classrooms | 1053 |
| Common Spaces | 1058 |
| Transitions | 1060 |
| Extra And Cocurricular | 1062 |
| Facilities | 1066 |
| Food Service | 1071 |
| Transportation | 1075 |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Revised Apr. 9, 2021   1045.

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Operations

The intent of this section is to create a template to guide local discussion regarding reopening school. It is not a one-size-fits-all document. The recommendations in the document are based on many available resources.

Because there will continue to be new information regarding COVID-19, recommendations from national, state and local agencies will continue to evolve. Local school districts need to work with their local health departments and local stakeholders to ensure their protocols align with the most current scientific knowledge and community expectations. It is also reasonable to expect that the protocols schools implement will change as the local conditions change. Districts should modify policies and handbooks when adopting or changing procedures related to COVID-19.

One factor that districts need to consider in conjunction with the local health department is the degree of community spread of COVID-19.

If there is very little community spread, schools may operate close to normal with some preventive measures in place, and an On-Site Learning Environment would be appropriate. If the prevalence of COVID-19 in the community increases, a district will need to increase preventive measures, which could include limiting the number of students at school, a Hybrid Learning Environment or shifting to a Remote Learning Environment where few or no students attend school on-site.

The Operations Taskforce Report is divided into eight sections: Health, Classrooms, Common Spaces, Transitions, Extra and Cocurricular, Facilities, Food Service and Transportation. The Health section contains information that is important for every aspect of school operations, whereas the other sections provide specific guidance for specific areas of school operations.

While COVID-19 is active within the state, schools will need to focus on student, staff and community health and safety, while providing the best educational opportunities possible. To accomplish this task, schools must maintain open communications with all parts of the school community; offer transparency by publicizing guidelines for conditions under which school operating statuses are determined; and ensure the community has easy access to updates and information about school reopening and possible facility closure.

Throughout this document there will be three learning environments that are referenced:

- **On-site Learning Environment:** students and teachers will be in school with or without social distancing practices put into place.

- **Hybrid Learning Environment:** students would be spending part of their time in the classroom and part of their time learning remotely from home. For remote learning scenarios, please see page 3 for Remote Learning Daily Log requirements.

- **Remote Learning Environment:** students would be doing all of their learning from home and not entering the school building at all. For remote learning scenarios, please see page 3 for Remote Learning Daily Log requirements.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

# HEALTH

The Kansas Department of Health and Environment (KDHE) is pleased to partner in the development of reopening guidance for schools in Kansas, which have experienced unprecedented challenges since March 2020.

As we look ahead to the 2020-2021 school year, it is anticipated that COVID-19 will continue to spread. A public health approach is key to addressing the impacts of COVID-19, as well as in charting our way forward.

When considering implementation of recommendations, school administrators should ensure a current understanding about COVID-19 transmission and how it affects children; perspective about how COVID-19 is impacting the community where the school(s) are located (including number of cases and prevalence in 18 and under demographic); and the practicality of establishing and maintaining COVID-19 prevention and control measures.

Schools are an essential part of the communities where they are located and have a significant impact on the health and wellbeing not only of the students, but also school staff members, parents and the broader community. Objectives throughout this pandemic are to optimize education, promote health and safety and mitigate risk for everyone who is part of the school community.

There are many simple actions (e.g. hand-washing, staying home when sick, disinfecting frequently touched surfaces) that can reduce the risk of COVID-19 exposure and spread during the school day, as well as at school-sponsored activities.

This section provides a multitude of recommendations from a public health perspective and includes information about important preparation which should take place prior to the start of the 2020-2021 school year; considerations for nurses and other school health personnel; recommendations for when to exclude students and staff because of symptoms; and strategies for symptom detection. This section also includes the latest guidance from Centers for Disease Control and Prevention and KDHE about how to address what happens when a student and/or staff member tests positive and ensuring that contacts to the person testing positive are handled appropriately.

In the event a school does indeed have one case of COVID, school administrators need to work closely with their local health department to ensure that isolation and quarantine procedures are initiated and followed and that appropriate public information is shared.

You will notice throughout this section that protecting the health of the students, school staff members and anyone in the community who interacts with the school is not just the responsibility of the school administrator or school nurse - it is everyone's responsibility, including the students! It is anticipated there will be frequent updates to this section as the situation with COVID-19 is constantly evolving.

This guidance also includes important additional information that is included as appendices.

- **Appendix A:** As we all know, children experience a multitude of conditions, including colds, influenza and allergies. Many of the symptoms of these conditions mimic the symptoms often experienced with COVID-19; many are different. It is important for school personnel to be aware of the symptoms and know how to respond. Appendix A provides a comparison of three common conditions with COVID-19 so school personnel can be more informed and recognize signs of COVID-19 as early as possible.

- **Appendix B:** Isolation and Quarantine Graphic provides a short synopsis of KDHE's recommendations when members of the school community have tested positive for COVID-19 or when they are a close contact of someone who is. More detailed information for districts when they are faced with a positive case of COVID-19 are found in the exclusion-from-school section below.

- **Appendix C:** Kansas COVID Workgroup for Kids: Recommendations for School Reopening

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**OPERATIONS**

HEALTH

## Wearing Masks, Cloth Face Coverings and other

- Best practices suggests that visitors, staff, and students should be required to wear masks or cloth face coverings while inside school facilities unless it inhibits the person's ability to perform his or her job, inhibits a student's ability to participate in the educational process or is disruptive to the educational environment.
- Masks or cloth face coverings are also recommended outside when social distancing is not possible.
- Masks or cloth face coverings should be required anytime social distancing and cohorting cannot be maintained. Face shields may be added, but are not a replacement for masks.

## Adopt Hygiene Measures

- All people are required to wash hands when they come to school and every hour.
- Teach and reinforce hand-washing with soap and water for at least 20 seconds, and increase monitoring to ensure adherence among students and staff.
  - If soap and water are not readily available, hand sanitizer that contains at least 60% alcohol can be used (for staff and older children who can safely use hand sanitizer).
  - Place hand hygiene stations at the entrances of the building.
- Encourage staff and students to practice social distancing whenever possible. Social distancing is defined as physical separation of a minimum of 6 feet or a minimum of 3 feet in a regular classroom setting.

- Encourage students and employees to sanitize their backpacks and personal items at the beginning and end of the day and separate personal items into cubbies or baskets that are not shared with other students. Do not allow students to share lockers.
- Encourage staff and students to cover coughs and sneezes with a tissue. Used tissues should be thrown in the trash, and hands should be washed immediately with soap and water for at least 20 seconds.
- Encourage classes and employees to create their own hand signals to replace shaking hands, hugging or giving high-fives.
- Make sure that disinfectant and related supplies are available to all employees close to their workstations.
- Post signs at all entrances informing all who enter that they must:
  a. Not enter if they have a cough or fever.
  b. Maintain a minimum 3 feet of distance in a regular classroom setting and a minimum of 6 feet in any other school area.
  c. Not shake hands or engage in any unnecessary physical contact.
- Post signs in highly visible locations (e.g., school entrances, restrooms) that promote everyday protective measures and describe how to stop the spread of germs (such as by properly washing hands and properly wearing a mask or cloth face covering).
- Post signs in bathrooms with directions on how to effectively wash hands.
- Include messages about behaviors that prevent the spread of COVID-19 when communicating with staff and families (such as on school websites, in emails, and on school social media accounts).

- Employee handbooks and student handbooks should include information on how to recognize the signs of infection and directives not to come to school if sick.

### Considerations for nurse/health personnel

- Inventory and request necessary supplies for the health room and other building use. Examples: Personal Protective Equipment (PPE) - gloves, masks, face shields, gowns; touch-free thermometers; and sanitizers/cleanser, hand soap, tissues.
- Make sure, at minimum, surgical masks are available for health room staff members; any employee working with a medically fragile child; and any person exhibiting symptoms.
- A surgical mask plus face shield can be used during an interaction with students/staff that will likely aerosolize droplets. N95 masks should only be used by personnel who have been fit tested and as part of an established respiratory health program.
- Review health office/facility to minimize infection. Examples:
  - Provide a separate room for students/staff who might have COVID-19 or other communicable disease and are waiting for pickup. The room needs to be disinfected frequently and restricted to authorized staff and students.
  - Determine if an area separate from the nurse's office is necessary to care for students that need suctioning, tube feeding and nebulizers to minimize contact with potentially ill children.
  - Ensure furniture and other surfaces can be easily disinfected.
  - Ensure trash cans and other receptacles are no-touch.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

1048

**OPERATIONS**

HEALTH

- Examine equipment such as thermometers to determine if adjustments need to be made to increase sterilization and minimize chances of reinfection or if new equipment is needed.

- Explore telehealth options for district, staff members and family use.

- Communicate with families.

- Review immunization records.
  - Notify all parents of students who are not immunized or have a legal exemption on file that the student will not be allowed to attend school until those immunizations have been completed or the first dose of an ongoing immunization is received.
  - Notify all parents of students who have a legal exemption on file that the student may be excluded from school if there is an incident of a disease for which they are not immunized in the school community.

- Contact all parents with students on health plans and determine if they need to be revised to address minimizing infection. Examples:
  - Examine the care of students with respiratory illnesses and the administration of nebulizer treatments or suctioning.
  - Revise medication schedules to minimize the number of students in the nurse's office at one time.

- Prepare lists of medical/dental resources to share with families.

- Prepare to provide daily health reports to the superintendent or central office.

- Communicate with state and local health departments.
  - Verify where staff and students can be tested for COVID-19.
  - Obtain current information and tools that

help students, families and staff self-screen for COVID-19 illness.
  - Notify the health department when student or staff absences exceed predetermined threshold.

## Exclusion from School

Students and employees exhibiting symptoms of COVID-19 without other obvious explanations are prohibited from coming to school, and if they do come to school, they will be sent home immediately. School districts should be familiar with the symptoms of COVID-19 based on KDHE guidance (See Appendix A: Coronavirus vs. Cold vs. Flu vs. Allergies). The current known symptoms are:

- Fever (100.4 or higher).
- Chills.
- Rigors.
- Muscle or body aches.
- Fatigue.
- Headache.
- Sore throat.
- Lower respiratory illness (cough, shortness of breath or difficulty breathing).
- New loss of taste or smell.
- Diarrhea.

## Temperature and Symptom Screening

- Staff members should be screened daily by taking their temperature upon entry to a school facility. If possible, staff members should make a visual inspection of every student for signs of illness. Best practices

support taking each student's temperature daily. Preferably the district uses no-touch thermometers and conducts the screening with a physical barrier between the staff member and the student. Alternatively, the staff member wears personal protective equipment (PPE).

- Work with the local health department to determine if it is appropriate to have families monitor student's temperatures at home.

## Medical Inquiries

- Given the nature of the pandemic, a school district will make additional medical inquiries of staff members and students than they otherwise would have. Please note that federal law typically limits the type of medical inquiries that can be made, but given the nature of the pandemic, more leeway has been given by federal agencies in this circumstance.

- If a parent tells the school that a student is ill, the school may ask the parent whether the student is exhibiting any symptoms of COVID-19. If an employee calls in sick or appears ill, the school will inquire as to whether the employee is experiencing any COVID-19 symptoms. The school may take the temperature of students, employees and visitors to school property on a random basis or in situations where there is reason to believe that the person may be ill. If someone is sneezing or coughing, he or she may be excluded to minimize the spread of bodily fluids, even if the person is not exhibiting signs of COVID-19. If a person is obviously ill, the school may make additional inquiries and may exclude the person from school property.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**OPERATIONS**

HEALTH

## Personal Protective Equipment (PPE)

- Some employees may be required to wear PPE when directed to do so by the school's protocol or the employee's supervisor. In addition, people who are coughing or sneezing due to reasons other than potential COVID-19 infections (allergies, etc.) may be asked to wear a mask, a cloth face covering or other PPE while on school property to minimize dissemination of bodily fluids and may be asked to leave.

## Defining a Case of COVID-19 Disease and the Infectious Period

- A person is considered a case of COVID-19 disease if they have tested positive for the SARS-CoV-2 virus by a diagnostic test (PCR or antigen). Based on what we currently know, a case is considered infectious two days prior to the onset of symptoms through at least 10 days after the onset of symptoms. For cases that do not have symptoms, the infectious period is considered as two days prior to the date the sample was collected through a minimum of 10 days from the date the sample was collected. Cases must remain in isolation until they have met the criteria for release from isolation set by KDHE or the local health department (See Appendix C: Isolation and Quarantine Release graphic).

## Defining a Close Contact

- A person is considered a close contact of a case if they were within 6 feet of the case for 10 minutes or more or if they had exposure to secretions (for example, being coughed or sneezed on). Close contacts must remain in quarantine until they have met the criteria for release from quarantine set by KDHE or the local health department (See Appendix B: Isolation and Quarantine Release graphic).

## Return to School After Exclusion

Once a student or employee is excluded from the school environment, they may return if they satisfy the recommendations of KDHE or the local health department. Currently those guidelines are:

- **Untested.** Persons who have not received a test proving or disproving the presence of SARS CoV-2, the virus that causes COVID-19, but experience symptoms may return if the following conditions are met:
  - Ten (10) calendar days have passed since symptoms first appeared
    AND
  - Fever free for 72 hours without the use of fever reducing medicine and other symptoms have improved (for example, when cough or shortness of breath have improved).
  - Whichever criteria is longer. Meaning, a minimum of 10 days.
- **Tested and awaiting results.** Persons who are suspected of having COVID-19 disease and are awaiting test results should be isolated at home until test results are received.

- **Positive result.**
  - Symptomatic cases may return if the following conditions are met:
    - Ten (10) calendar days have passed since symptoms first appeared
      AND
    - Fever free for 72 hours without the use of fever reducing medicine and other symptoms have improved (for example, when cough or shortness of breath have improved).
    - Whichever criteria is longer. Meaning, a minimum of 10 days.
  - Asymptomatic cases may return if the following conditions are met:
    - Ten (10) calendar days have passed since the date sample was collected
      AND
    - Symptoms have not developed.
    - If symptoms develop during the 10-day isolation period, then follow the above criteria for symptomatic cases with a new isolation period starting from the day symptoms started.
- **Negative result.**
  - Known exposure to a COVID-19 case or travel from a location on the KDHE Travel-related Quarantine List People who are identified as close contacts of a COVID-19 case or have travelled from a location on the KDHE Travel-related Quarantine List must be quarantined for 14 days. A negative test result within the 14-day quarantine period does not affect the quarantine period and the person must finish their 14-day quarantine.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**OPERATIONS**

HEALTH

○ No known exposure to a COVID-19 case or travel-related exposure. People who have not been identified as a close contact to a COVID-19 case and have not traveled from a location on the KDHE Travel-related Quarantine List may return to work/school.

## Other Students and Employees in the Household

• If a student or employee is excluded from school because of a positive COVID-19 test, other students and employees living in the same household are considered close contacts and will be excluded from school for a mandatory 14-day quarantine period, which begins after their last exposure to the case. If the household contacts continue to live in the same household as the case while the case is in isolation, the 14-day quarantine period for household contacts begins once the case is released from isolation by Public Health (See Appendix C: Isolation and Quarantine Release Graphic).

• If a student or employee is excluded from school on a 14-day mandatory quarantine period because they have been identified as a close contact of a case, then other students and employees living in the same household are considered contacts of a contact and do not need to be excluded from school unless they were also identified as a close contact of a case.

## Travel-Related Quarantine

• If a student or employee has recently traveled from a location on the KDHE Travel-related Quarantine List, the student or employee is subject to a mandatory 14-day quarantine starting from the day after they return to Kansas.

## School Response to Student or Employee in Isolation or Quarantine

• As soon as the school becomes aware of a student or employee that has been diagnosed with COVID-19 disease, the custodial staff will be informed so that all desks, lockers and workspaces of the person are thoroughly disinfected. If the school is not open when notification occurs, the custodial staff will wait 24 hours or as long as possible prior to disinfecting and instead will block off the area so that others do not have contact. However, if that is not possible or school is in session, the cleaning will occur immediately.

• School staff will immediately begin compiling a list of close contacts, including names, email addresses and phone numbers. Consider the two days prior to when the case started having symptoms or if the case was asymptomatic the two days prior to the date the sample was collected. Identify anyone who would have been within 6 feet for 10 minutes or more or would have had direct contact with secretions. Guardians of students who have been identified as close contacts and any staff identified as close contacts should be informed immediately. Close contacts must start a 14-day mandatory quarantine period starting from the day after the last contact with the case. The list of close contacts should be shared with the local health department for follow-up during the quarantine period.

## Separation While in School

• Each school must have a room or space separate from the nurse's office where students or employees who may have COVID-19 or another communicable disease will wait to be evaluated or for pick-up. Students will be given a mask to wear. Only essential staff and students assigned to the room may enter, all will sign in so that there is a record of the persons who entered the room, and the room will be disinfected several times throughout the day. Strict social distancing is required, and staff must wear appropriate PPE. Students who are ill will be walked out of the building to their parents.

## Care Rooms for Students with Physical Needs

• Each school will designate a location separate from the nurse's office for the care of students with special care needs, such as suctioning, tube feeding and nebulizers to minimize exposure to students who might be ill. The room will be disinfected frequently, and all staff members present will wear appropriate PPE. The student will be provided a mask.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**OPERATIONS**

HEALTH

## Confirmed Case of COVID-19 in the School Building

- When there is confirmation that a person infected with COVID-19 was in a school building, the school will contact the local health department immediately. As one option, the school will close the school building for a minimum of two to five days and work with the local health department to assess factors, such as the likelihood of exposure to employees and students in the building, the number of cases in the community and other factors that will determine when the building should reopen. While the school building is closed, all school activities will be cancelled or rescheduled, regardless of whether the activity was to take place in the building or another location, including extracurricular activities, before and after-school programs and field trips. Parents/students and employees will be encouraged to stay at home until more information is provided by the school or the health department.

- As another option, the school may remain open but block off areas where the person infected with COVID-19 was in the school building until the area has been cleaned thoroughly. The school should work with the local health department to assess for close contacts within students and staff and inform those who are exposed that they must start a mandatory 14-day quarantine period.

- The school will contact parents/students and employees and notify them that a person who tested positive for COVID-19 was in the building and encourage cooperation with the school and the local health department to trace contacts with the individual. The individual who tested positive will not be identified in communications to the school community at large.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

1052

**OPERATIONS**

CLASSROOMS

# CLASSROOMS

## Instructional Programing

### General Guidance

- Practice and prepare to model proper hygiene practices, such as handwashing, using hand sanitizer and social distancing techniques, including alternatives to handshakes.
- Post signage in classrooms, hallways and entrances to communicate how to reduce the spread of COVID-19.
- Practice and prepare to model the proper wearing and disposal of personal PPE, including masks.
- Train staff in trauma-informed practices to strengthen the trauma-informed culture for students. Prepare to communicate effectively and empathetically with students about the pandemic and about the necessary changes to school life.
- Reduce class sizes as needed, and maintain adequate staffing levels for teaching and learning to occur in a safe and equitable manner (i.e. band, choir, physical education).
- Social distance as possible by increasing space between students during in-person instruction. Understand there may be times that it will be necessary to provide close individual contact to provide comfort, private discipline or personal instruction. When in close contact for long periods of time, staff should wear PPE, as feasible.

- Extra furniture should be removed from the classroom to increase the space available to provide distance between students.
- As much as possible, furnishings with fabric and other hard-to-clean coverings should be removed from the classroom.
- Arrange student furniture to have all students face in the same direction.
- When possible, assign seats and require students to remain seated in the classroom.
- Utilize outdoor spaces as appropriate.
- Prepare to accommodate students with disabilities, including students who may be nonverbal, so they are safe from harm.
- Support equitable access to continuous instruction by ensuring that all students have the required hardware, software and connectivity to be successful.
- Students who have underlying conditions or risk factors identified by the Centers for Disease Control (CDC) should be provided with opportunities to continue learning while prioritizing their health and safety.
- Staff members who have underlying conditions or risk factors identified by the CDC should communicate with their supervisor about appropriate protective measures and accommodations.

- Consider delaying academic instructional activity to start school with a focus on social and emotional learning activities that includes trauma screening and supports to help students and adults deal with grief, loss, etc. Assess students' capacity and readiness to learn and address gaps from previous year prior to focusing on academics and classroom plans. Socio-emotional supports should then be continued throughout the school year and be integrated into students' regular learning opportunities.
- Practice what different learning environments may look like as schools fluidly move from one learning environment to another in response to local transmission. Align school response to community response.
- Districts may consider adopting an alternate calendar for the school year (have multiple calendars ready for several scenarios).
- Districts might consider staggering the days students are attending (half-day rotation, one-day rotation, two-day rotation, or A/B week) and stagger students' schedules.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**OPERATIONS**

CLASSROOMS

## Group Stability

### Low Community Restrictions: On-site Learning Environment

- Establish stable groups, when possible (middle school/high school may be part of multiple stable groups).
- Students may travel in stable groupings, when feasible.
- Consider the use of stable groups as defined by local, state and CDC guidelines.
- Where possible, consider teachers rotating with the stable group staying in one location.

### Moderate Community Restrictions: Hybrid Learning Environment

- To reduce the risk of exposure to COVID-19, develop a schedule of stable groups so that some students are attending school on-site while others are attending remotely. On-site and remote learning groups can alternate, but stable groups should be maintained.
- Maintain hybrid learning/adjusted schedules so young students and most vulnerable students can be on-site.
- Students should stay in their locations and staff rotate in and out of classes.
- Remove unnecessary materials and furniture from classrooms to maximize classroom space.
- Implement stable groups, when possible (middle school/high school may be part of multiple cohort groups).
- Limit mixing of groups.

### High Community Restrictions: Remote Learning Environment

- Establish remote learning opportunities for most students.
- Maintain small at-risk groups of less than 10 on-site.
- Schedule at-risk population on-site.
- Abide by the max number of people allowed to congregate as determined by the administration, state, local governments and CDC guidelines.
- Students should remain with the core stable group as defined by the local, state and CDC guidelines.

## Social Distancing

### General Guidance

Districts are encouraged to adopt policies for social distancing and gatherings and virtual instruction.

### Low Community Restrictions

- Distance, when feasible, following CDC recommendations.

### Moderate Community Restrictions

- Distance, when feasible, following CDC recommendations.
- Limit student interaction between students from separate stable groups.

### High Community Restrictions

- Distance, when feasible, following CDC recommendations.
- Limit student interaction between students from separate stable groups.
- Maintain 3 feet social distancing.

## Instructional Materials

### Low Community Restrictions

- Create individual materials/supply bags or kits.
- Wipe center/shared materials after each group.
- Shared digital devices wiped after use; 1:1 devices used as normal.
- Ensure hand-washing/sanitizer after shared use of items.
- Provide individual pencil sharpeners for each child or sharpened pencils to prevent use of shared pencil sharpeners.
- Supplies, manipulatives and technology should be cleaned and sanitized daily.

### Moderate Community Restrictions

- When feasible, no sharing of school supplies.
- If sharing is not preventable, wipe/clean between uses.
- All supplies, textbooks, manipulatives and technology should be cleaned and sanitized between each use.

### High Community Restrictions

- All students should have their own supplies.
- Avoid sharing of materials.
- If sharing is unavoidable, sanitize between each use.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**OPERATIONS**

CLASSROOMS

## Specialized Classes

### Low Community Restrictions

- All supplies, including instruments, art supplies, tools, etc., should be cleaned and sanitized daily.
- Students should not share any supplies, including instruments, art supplies, tools, etc., where feasible.
- Allow a stable group of elementary students to move to specialized classes as a group with proper hygiene and cleaning routines.

### Moderate Community Restrictions

- All supplies, including instruments, art supplies, tools, etc., should be cleaned and sanitized between each use.
- Consider having the stable student groups remain in the classroom and specialized teachers can rotate into the classroom.
- To maximize classroom space, remove any unnecessary materials and furniture.

### High Community Restrictions

- Students should not share any supplies, including instruments, art supplies, tools, etc., where feasible.
- All supplies, including instruments, art supplies, tools, etc. should be cleaned and sanitized daily.

## Support Groups

### Low Community Restrictions

- All supplies should be cleaned and sanitized daily.
- Within the school structure, minimize the movement of the specialized staff with proper hygiene and cleaning routines.

### Moderate Community Restrictions

- Teachers travel to classes/groups, when feasible (middle school/high school may be part of multiple cohort groups).
- All supplies are cleaned and sanitized between each use.
- Within the school structure, minimize the movement of students with proper hygiene and cleaning routines.

### High Community Restrictions

- Staff members travel to students.
- Students should not share any supplies when possible.
- No travel.

## Financial Considerations

- Potential increased need for textbooks and instructional supplies for individualized student contact.
- Increased staffing, increased cleaning supplies, and increase in staffing-hours to complete hygiene/cleaning routines.
- Increase in structures and signage to encourage proper social distancing, hygiene habits and school norms.

## Considerations for Early Childhood and Classrooms with Specialized Instruction

### All Levels of Community Restrictions

- The use of masks or cloth face coverings may not be feasible for staff members and students in early childhood programs and for classrooms with medically fragile students and students with special needs, e.g. deaf and hard-of-hearing students who will struggle with muffling by masks and loss of ability to see face and lips.
- Consult with local health officials/medical experts and staff members regarding appropriate alternative face coverings, such as face shields, which allows visibility of face.
- Reinforce other healthy practices, including frequent hand-washing, avoiding touching mouth, nose and eyes as much as possible, and as much social/physical distancing as is practicable.

## Classroom Visitors

### All Levels of Community Restrictions

- Visitors should have limited access to building beyond the front office (consult local health department).
- Touchless hand sanitizers - one for staff members and one for visitors.
- Visitors are highly encouraged to wear masks before entering.
- Clear signage on doors regarding fever, illness symptoms and mask.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**CLASSROOMS**

# Attendance Standards

## General Guidance

- Districts are highly encouraged to look at their attendance policies and communicate how those might be relaxed and/or altered during various phases.
- Districts might also choose to postpone widely publicized awards, such as perfect attendance, when students and staff members should stay at home.

## Low Community Restrictions

- Consider creating a process to identify those students at high risk; schools might utilize their behavior/SEL protocols to tier students in order to provide an appropriate amount of support while in various phases.
- Consider assigning each student someone to check in on them; could be the classroom teacher, counselor or social worker.
- Establish weekly routines and procedures to check, monitor and assist students who are not attending in person.
- Utilize technology as much as possible to allow students not attending in person to still have equal access to education.

## Moderate Community Restrictions

- Districts might consider staggering the days students are attending (half-day rotation, one-day rotation, two-day rotation or A/B week).
- Districts should discuss what engagement looks like during remote learning and how attendance will be taken. Once consensus is reached, all stakeholders should be clear on expectations.
- Consider creating a process to identify those students at high risk; schools might utilize their behavior/SEL protocols to tier students in order to provide an appropriate amount of support while in various phases.
- Districts might ask for medical documentation for long-term illnesses.
- Consider assigning each student someone to check in on them; could be the classroom teacher, counselor or social worker.
- Establish weekly routines and procedures to check, monitor and assist students who are not attending in person.
- Utilize technology as much as possible to allow students not attending in person to still have equal access to education.

## High Community Restrictions

- Districts might consider staggering the days students are attending (half-day rotation, one-day rotation, two-day rotation or A/B week).
- Districts should discuss what engagement looks like during remote learning and how attendance will be taken. Once consensus is reached, all stakeholders should be clear on expectations.
- Consider creating a process to identify those students at high risk; schools might utilize their behavior/SEL protocols to tier students in order to provide an appropriate amount of support while in various phases.
- Consider assigning each student someone to check in on them; could be the classroom teacher, counselor or social worker.
- Establish weekly routines and procedures to check, monitor and assist students who are not attending in person.
- Utilize technology as much as possible to allow students not attending in person to still have equal access to education.
- Establish clear procedures for how schools will take attendance; might consider working with families and social workers/counselors in truancy.

**OPERATIONS**

CLASSROOMS

## Discipline

### All Levels of Community Restrictions

- Consider protecting administrative staff with a clear barrier/sneeze guard.
- Consider having the administrator travel to the student who is struggling (rather than bringing the student to the office).
- If a student must come to the office, consider designating a space for the student to sit where he/she can be monitored but also a place where he/she, as well as office staff members, are distanced and protected.

## Emergency Safety Interventions (ESI)

### All Levels of Community Restrictions

- Restraint, as always, should be a very last resort. If a restraint is deemed necessary, consider a restraint that does not put the student and adult(s) face-to-face to limit exposure. Adults should wear a mask, as appropriate, and as they are able to.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
1057

# OPERATIONS

# COMMON SPACES

## Promoting Behaviors that Reduce Spread in Common Spaces

Schools may consider implementing several strategies to encourage behaviors that reduce the spread of COVID-19 for students and staff specific to common spaces. Common spaces may include but are not limited to: library, hallways, cafeteria, front office, gymnasiums, health room, front entry, auditorium, bathrooms, locker rooms, sports venues, parking lots, teacher lounges, break rooms, work rooms, conference rooms and multipurpose rooms.

## Maintaining Healthy Environments in Common Spaces

Schools should consider implementing several strategies to maintain healthy environments in Common Spaces. This can include closing or restricting the use of common spaces.

## Cleaning and Disinfection

• Clean and disinfect frequently touched surfaces (e.g., playground equipment, door handles, sink handles, drinking fountains) within common spaces at least daily or between use as much as possible.

## Shared Objects

• Discourage sharing of items that are difficult to clean or disinfect.

• To reduce touch points, have office staff record visitors to the building as opposed to using sign-in/out forms.

• Keep each child's belongings separated from others' and in individually labeled containers, cubbies or areas.

• Ensure adequate supplies to minimize sharing of high touch materials to the extent possible (e.g., assigning each student their own art supplies, equipment) or limit use of supplies and equipment by one group of children at a time and clean and disinfect between use.

• Avoid sharing electronic devices, toys, books, games or learning aids.

• Workspaces for students and staff members should be cleaned and disinfected between uses by different individuals.

## Modified Layouts

• Space seating areas at least 6 feet apart when feasible, other than in a classroom setting where sitting should be 3 feet apart.

• Have students sit on only one side of tables, spaced apart, when feasible.

## Physical Barriers and Guides

• Install physical barriers, such as sneeze guards and partitions, particularly in areas where it is difficult for individuals to remain at least 6 feet apart (e.g., reception desks).

• Provide physical guides, such as tape on floors or sidewalks and signs on walls, to ensure that staff members and children remain at least 6 feet apart in lines and at other times (e.g. guides for creating one-way routes in hallways).

• Add physical barriers, such as plastic flexible screens, between bathroom sinks, especially when they can't be at least 6 feet apart.

• Have visitors schedule appointments in advance and remain outside the facility until appointment time/contact via phone. All visitors should answer "no" to the following questions prior to entering: Do you have a temperature over 100.4? Do you have symptoms of fever and cough, shortness of breath? Have you visited any of the restricted travel advisory locations on the KDHE list within 14 days? Have you had close contact with anyone in the past 14 days who has been diagnosed with COVID-19?

• Limit the number of visitors to the front offices so as to keep social distancing standards.

• Designate single entrance points and exit points.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**OPERATIONS**

COMMON SPACES

## Multiuse Spaces

- Multiuse spaces, such as dining halls, multipurpose rooms and stage areas may stagger use and clean and disinfect between use.

## Maintaining Healthy Operations

Schools may consider implementing several strategies to maintain healthy operations in common spaces.

## Protections for Staff and Children at Higher Risk for Severe Illness from COVID-19

- Consistent with applicable law, put in place policies to protect the privacy of people at higher risk for severe illness regarding underlying medical conditions.
- Stock common areas with medical supply kits to address initial first- aid needs so as to reduce traffic to nurse offices.

## Gatherings of staff and students

- Limit the use of common spaces by multiple groups at one time. If students and staff members are in stable groups in classrooms, they should not come together in common spaces.
- Pursue virtual group events, gatherings or meetings, if possible, and promote social distancing of at least 6 feet between people or groups if events are held. Limit group size to the extent possible.

- Pursue virtual activities and events in lieu of student assemblies, special performances, school-wide parent meetings, and spirit nights, as possible.

## Visitors

- Limit any nonessential visitors, volunteers and activities involving external groups or organizations as possible – especially with individuals who are not from the local geographic area (e.g., community, town, city, county).
- Use virtual options for guest speakers.
- Do not allow lunch guests.

## Parents

- Limit parents coming into the building.
- Establish procedures to allow parents to drop off or pick up students without entering the building.
- Establish practices for parents to drop off student materials with minimal interaction with nonfamily members.
- Use virtual options for parent meetings and conferences whenever possible.

## Staggered Scheduling

- Stagger arrival and drop-off times or locations by cohort or put in place other protocols to limit contact between cohorts and direct contact with parents as much as possible.
- Alter bell schedules and release times between class periods to assist in minimizing foot traffic.

## Staff Training

- Train staff on all safety protocols regarding safe use of common spaces.
- Include proper use of cleaning supplies if cleaning and disinfection will be required of noncustodial staff.
- Conduct training virtually or ensure that social distancing is maintained during training.

## Sharing Facilities

- Require organizations that share or use the school facilities to also follow safe operations and social distancing.
- Revise assemblies and performances to allow for social distancing.
- Plan alternatives activities for graduation and other milestone events.

## Libraries

- Hand hand sanitizer available for student use before they select a book.
- An adult wearing gloves may take books off the shelf for each student.
- Consider checking out classroom sets of books to limit traffic in the library and handling of books.
- Have a collection-return box for all items being returned. Leave items in the box for 72 hours before replacing them on the shelves. This will require a three day rotation of collection-return boxes.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**OPERATIONS**

TRANSITIONS

# TRANSITIONS

Transitions within schools include arrival, dismissal, movement in the hallways between classes, to and from lunch, specials, restroom breaks, and any other collective movement within the school. The recommendations below will help schools decide the best way to maintain health and safety for students and staff during transitions.

These recommendations are for On-Site and Hybrid Learning Environments. Some of the best ways to prevent the spread of viruses are through social distancing and hygiene practices including hand-washing, use of hand sanitizer and masks where appropriate.

Effective social distancing during transitions will mean fewer people in the same spaces. Limiting the numbers of people and the numbers of transitions may help. Resources we drew on include: CDC Foundation,

CDC and KDHE. These recommendations are based on current knowledge and understanding about COVID-19 and are subject to change or modification based on scientific evidence and the incidence of disease in each specific community.

## Best Practices

Students should travel between locations as little as possible. When traveling, procedures to decrease interaction between students should be considered. Traveling in groups should only occur with stable student cohorts as described for classroom settings.

## One-Way Traffic

- If hallways are not wide enough for proper social distancing of students, one-way traffic should be considered, as well as possible staggered release times.

## Adhere to Social Distancing

- Visual cues in hallways may be necessary to assist students with proper social distancing: decals on the floor, tape, paint, carpet squares.

## Front Facing

- Students should face forward during transitions to prevent face-to-face interaction.

## Alternate Days and Staggered Times

- In order to adhere to smaller groups of students, schools may look at alternating schedules when attending on-site classes. This may include half days, block scheduling, alternating days and other hybrid models.

- Schools may want to stagger arrivals, departures and transitions within the school to avoid larger gatherings.

## Open Doors as Possible to Reduce Spread of Germs on Doors

- To reduce the number of interactions with door handles, door openers may be installed (manual/automatic).

- Some schools may find leaving doors open to be the easiest way to reduce the shared common surface of door knobs and handles.

## Visitor Policies: *i.e. masks, temp checks, etc.*

- Policies should be put in place to reduce exposure from outside individuals to staff and students for the purpose of mitigation.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**OPERATIONS**

TRANSITIONS

## No Lockers

- To decrease the number of students in hallways, lockers should be closed and locked.
- If lockers must be an option, it is highly recommended that student transition time be staggered to allow for social distancing.

## Use Outside Spaces as Possible

- If possible, transitions could take place outside of the building as well as cohort learning. Student safety and school security should be considered at all times.

## Restrooms

- It's recommended that students use restrooms during instructional time to reduce the number of interactions in the hallway.

## Movement Between Buildings

- Eliminate or minimize students traveling between buildings to receive services.
- Minimize staff members traveling between buildings to provide student services.
- Record dates and times when itinerant staff members work with specific students.
- Record dates, times and locations for staff members working in multiple buildings (i.e. administrative and maintenance staff).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

**OPERATIONS**

*EXTRA AND COCURRICULAR*

# EXTRA AND COCURRICULAR

The following reopening guidance for extra and cocurricular activities is suggested and/or best practices from reputable sources including the CDC, National Federation of State High School Associations (NFHS), Kansas Department of Health and Environment (KDHE), and the Kansas High School Activities Association (KSHSAA). Each district will need to determine what is feasible in their settings and make adjustments accordingly. It is strongly encouraged that districts are in close communication with their local health department/health officers.

## Administrative Recommendations

- Provide COVID-19 education for coaches/sponsors, students, and parents.
  - Consider collaborating with athletic trainers, school nurses, and/or local health officials.
- Post signage regarding COVID-19 prevention and safety.
- Post signs and symptoms of COVID-19 throughout all facilities.
- Maintain an attendance roster at all activities for contact tracing purposes.
- Conduct and document symptom and temperature monitoring as feasible.
- Maintain documentation of the following as feasible:
  - Date/time.
  - Participant name.
  - Temperature.

- Report of cough.
- Report of sore throat.
- Report of congestion, runny nose.
- Report of headache.
- Report of chills.
- Report of fatigue.
- Report of new loss of taste/smell.
- Report of muscle weakness.
- Report of shortness of breath.
- Report of nausea, vomiting, diarrhea.
- Report of close contact with someone diagnosed with COVID-19:
  - Individuals that exhibit any symptoms of COVID-19 or indicate contact with some with COVID-19 should be excluded from activities and reported to the health office following district procedures.
  - Provide coaches/sponsors with hand sanitizer, tissues, gloves, masks or cloth face coverings as appropriate. Face shields may be added, but are not a replacement for masks. Encourage highly visible stations with these supplies.
  - Communicate support for high-risk individuals to avoid participation in extra and cocurricular activities. High-risk individuals include those 65 years of age or older and people of any age with underlying medical conditions, including chronic lung disease, moderate to severe asthma, serious heart conditions, immunocompromised (i.e., cancer treatments, smoking, HIV, organ transplant), severe obesity, diabetes, chronic kidney disease/dialysis and liver disease.

- Develop plans around scheduled practice/competitions/performances during temporary school closures.
- Develop plans around canceling contests/performances during regular season and/or parameters for premature ending to postseason events/competitions.

## Communication Recommendations

- Establish regular communication with relevant agencies at federal, state and local levels via district/school webpages, Twitter, Instagram, SchoolMessenger, Email, Text messages, local newspaper, local TV, etc. (translate all communications and provide translation services if needed).
- Establish district/building extra and cocurricular committees to plan and oversee reopening process; committee members should represent all stakeholders within the district and community including a local public health representative.
- Hold regular meetings with minutes posted for all stakeholders to review
- Create contingency plans for extra and cocurricular reopening and potential renewed concerns regarding COVID-19.
- Develop a communication plan with local health officials should a staff/student exhibit signs/symptoms and/or have a positive COVID-19 test.
- Develop district/school/activity communication plans to notify parents/guardians of a staff member/student who

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**OPERATIONS**

reports coronavirus signs/ symptoms and/ or has a positive COVID-19 test observing all FERPA/HIPAA laws.

○ Provide frequent, clear and concise information and updates related to extra and cocurricular activities.

- Communicate preventative measures the district is taking to keep extra and cocurricular students and staff members as safe as possible.

- Communicate anticipated timelines for reopening and/or any potential change in current status quo related to extra and cocurricular activities.

- Communicate changes in district/ school policies, procedures and practices.

- Communicate adjustments to busing students, drop-off and pick-up times.

- Communicate/outline any changes in attendance and/or enrollment policies as issues arise related to extra and cocurricular activities.

- Adjust academic, activities and athletic calendars as needed.

- Friendly reminders to stay home if ill, instructions to prevent spread (i.e. COVID-19 Pillars of Safety).

○ Provide clear and concise facility policies/ information.

- Maintaining healthy air quality information

- Communicate availability of supplies, including masks or cloth face coverings, gloves, hand sanitizer, etc.

- Communicate cleaning and disinfecting procedures for classrooms, locker rooms, gyms and weight room procedures.

- Provide information regarding appropriate/feasible social distancing on bus, van and/or cars if necessary.

- Post educational/informational signage in all buildings, buses, van, car and outdoor facilities.

## Personal Hygiene Recommendations

- Personal hygiene protocols for extracurricular activities should be consistent with protocols used in all other school settings.

- Use hand sanitizer/wash hands upon arrival, frequently during play/ practice, after activities.

- Maintain at least 6 feet of personal distance as much as possible.

- Strongly encourage masks or cloth face coverings.

  ○ Especially when at least 6 feet of personal distance is not feasible.

  ○ Not advised during high intensity workouts, playing instruments.

  ○ Students/staff members should always be allowed to wear a mask or cloth face covering if they prefer.

- Encourage alternatives to high fives and celebrations to minimize contact.

- Cough/sneeze into your elbow.

- Do not spit near others or onto surfaces used by others.

- Cover open wounds.

- Clean/disinfect highly touched surfaces frequently.

- Shower, wash clothing, and clean gear immediately after play/practice.

## Equipment/Facilities Recommendations

- Limit sharing of equipment and gear. Students should provide/be provided with their own clothing, shoes, water bottles, towels, etc. If gear is shared, clean/disinfect between individual use.

- Consider avoiding communal water stations. If water stations are used, consider signage reminding athletes of hand hygiene/avoid touching eyes, nose, mouth.

- Wash all clothing/towels after play/practice.

- When sharing implements (balls, equipment), don't touch eyes, nose or mouth, and use hand sanitizer frequently.

- Balls/equipment should be wiped and cleaned between practice sessions and during sessions as feasible.

- Consider storage of equipment and gear separately in order to avoid cross contamination and/or clean/disinfect equipment/gear pre/post use.

- Follow CDC recommendations for cleaning of community facilities.

**EXTRA AND COCURRICULAR**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**OPERATIONS**

EXTRA AND COCURRICULAR

## Recommendations for Athletics

- Follow all of the safety and prevention protocols practiced in school.
- Engage in individual work as much as possible.
- Encourage small group work as much as possible.
- Maintain at least 6 feet of distancing when not engaged in activities.
- Limit number of times athletes are face to face as much as possible.
- Limit length of time athletes are face to face as much as possible.
- Consider staggered start times.
- Encourage athletes to arrive/depart in individual cars.
- Avoid/limit shared equipment/gear.
- Stagger locker room schedule to avoid overcrowding.
- Considerations for safety regarding transportation when required.
- Wear masks or cloth face coverings when 6 feet of personal distance isn't feasible.
- Be aware of increased risk as participation moves from school, regional, state, and national levels.
- Consider live streaming as allowed.
- Higher risk activities present greater opportunities for spread of disease therefore consideration should be made for increased precautions as the risk increases.

- Per NFHS:
  - **Higher Risk Activities:** Wrestling, Football, Lacrosse, Cheer (stunting)
  - **Moderate Risk Activities:** Basketball, Volleyball, Baseball/Softball, Soccer, Gymnastics, Swim Relays, Pole Vault, High Jump, Long Jump
  - **Lower Risk Activities:** Individual Running Events, Sideline Cheer/Dance, Cross Country

  **NOTE:** Some activities listed above could move categories depending on mitigating measures (staggered start times, cleaning implements between use, spacing, etc.).

## Recommendations for Performing Arts

### General considerations

- Follow all of the safety and prevention protocols practiced in school.
- Refer to NFHS Performing Arts resources.
- Develop a plan for safety regarding transportation if required.
- Assigned seating.
- Wear masks or cloth face coverings when 6 feet of personal distance isn't feasible.
  - Be aware of increased risk as participation moves from school, regional, state, and national levels.
  - Consider live streaming as allowed with appropriate licensing

### Marching Band

- Refer to KSHSAA guidelines.
- Refer to NFHS information regarding instrument hygiene.
- Adhere to spacing requirements of 6 feet or greater for on-field performances.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

1064

**OPERATIONS**

## Orchestra/Concert Bands

- Venue size/spacing in rehearsal should allow for at least 6 feet or greater of personal distance.
- Venue size/spacing in performances should allow for at least 6 feet or greater of personal distance.
- Develop procedures for cleaning/disinfecting of school owned and rental instruments.
- Choir/Music Education
- Refer to NFHS guidelines
- Mask or cloth face covering usage as feasible.
- When masks are not feasible, utilize outdoor locations and/or large indoor locations allowing for increased personal distance of greater than 6 feet. Develop a plan for 10 feet of distance or more.
- Venue size/spacing during rehearsals should allow for increased personal distance. Develop a plan for 10 feet of distance or more.
- Venue size/spacing for performances should allow for increased personal distance. Develop a plan for 10 feet of distance or more.

## Theatre

- Maximum cast sizes based on size of stages to allow for personal distance of at least 6 feet.
- Venue size/spacing requirements in rehearsals should allow for personal distance of at least 6 feet.
- Size/spacing requirements for staging/choreography should allow for personal distance of at least 6 feet or 10 feet when singing.
- Technical theatre considerations:
  - Develop plans for shared tools (drills, saws, etc.).
  - Use masks or cloth face coverings when safety guidelines are in conflict with social distancing (e.g. ladders, lighting rigs, etc.).
  - Develop plans for individual microphone usage, storage, cleaning/disinfecting.
  - Develop plans for cleaning costumes and/or use of rental costumes.
  - Develop plans for cleaning/disinfecting items handled by multiple students.
- Spacing for orchestra pits in musicals should allow for at least 6 feet of personal distance.
- Eliminate special on-stage moments or effects not compliant with 6 feet of personal distancing.
  - Prohibit stage kissing or staged intimacy.
  - Omit flying rigs and other action requiring close physical contact between technician and actor.
  - Omit or mitigate staged combat.

## Audience Considerations

- Refer to COVID-19 Pillars of Safety
- Refer to CDC guidance
- Provide hand sanitizer stations upon entry and exit at events.
- Consult with local health department to determine the allowable number of spectators/guests.
- Venue size/spacing for maximum audience size should allow for at least 6 feet of personal distance.
- Consider streaming rights for allowing online audiences.
- Strongly encourage audience members to wear masks or cloth face coverings.
- Address audience traffic management (Arrival, Entrance, Intermission, Exit) to avoid crowding.
- Consider box office management/online sales
- Address restroom safety issues, limit numbers
- Develop a plan for safety measures for concession services
- Develop a plan for safety measures for souvenir or other sales
- Prevent audiences from gathering in large groups to greet students after performances.

EXTRA AND COCURRICULAR

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

# OPERATIONS

**FACILITIES**

FACILITIES

The following are recommendations regarding school facilities for safely reopening schools for the 2020-21 school year.

COVID-19 is thought to spread mainly through close contact from person-to-person via large respiratory droplets when a person coughs, sneezes, talks or sings. It may also be possible that a person may infect themselves after touching a surface contaminated with the virus and then touching their own eyes, nose or mouth. In addition to close contact with infected people and contaminated surfaces, new emerging evidence suggests that spread of SARS-CoV-2 may also occur via airborne particles (aerosols) in indoor environments, in some circumstances beyond the 6 feet range encouraged by physical distancing recommendations.

The following are recommendations regarding school facilities for safely reopening schools for the 2020-21 school year. These recommendations include increasing ventilation with outdoor air and air filtration as part of a larger strategy that includes social distancing, wearing cloth face coverings or masks, surface cleaning and disinfecting, handwashing, and other precautions. By themselves, measures to reduce airborne exposure to the virus that causes COVID-19 are not enough since airborne transmission is not the only way exposure to SARS-CoV-2 could potentially occur.

## Building Related Recommendations and Considerations

### Clear Barrier/Sneeze Guard

- Clear barriers or sneeze guard can help prevent the spread of COVID-19 where 6-foot social distancing is difficult to achieve.

- Consider placing plastic or plexiglass shields at school offices/reception desk areas to separate secretarial and reception staff from visitors entering the school/building.

- Consider placing shields at other locations, such as cafeteria areas where students and food service workers come in close proximity (cashier's stations and open serving areas).

- Consider other locations where close public contact can be expected; such as concession or ticket taker areas if extracurricular activities are resumed.

- If barrier shields are not used, staff interacting with multiple noncohort students or the public should be encouraged to wear masks or cloth face coverings. Face shields may be added, but are not a replacement for masks.

*Financial/Cost impact:*

Free standing, mounted and hanging shields of varying sizes are commercially available. Costs vary based on size and type. Some smaller standard size shields are available starting around $60 to $80 per shield. If practical, consider purchasing plexiglass sheets and fabricating your own shields to save costs.

*Possible Sources:*

Multiple vendors can be found on line by searching Plexi-glass shields or sneeze guards.

### Handwashing

Handwashing for 20 seconds or more is the preferred method for cleaning and sanitizing, and it is an important part of reducing the spread of disease.

- Ensure there are enough accessible sinks or hand-washing stations to accommodate frequent handwashing by entire classes.

- Portable handwashing stations are an option if additional handwashing locations are needed.

### Hand sanitizer

Hand sanitizer and/or hand sanitizer stations should be available in multiple locations throughout the school/building to encourage frequent use.

- Typical areas may include building entryways, classrooms, cafeterias, gymnasiums and offices.

- Consider placing signage at these locations to encourage use.

- At a minimum, hand sanitizer stations should be available at strategically identified locations that represent high traffic areas.

*Financial/Cost impact:*

Shop around and check online ordering. High demand has sanitizer at high cost (recently around 40 cents per ounce). Consider purchasing bulk product supplies and refilling bottles and/or reusable dispensers.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

*Possible Sources:*

Cleaning supply companies, local retail stores or online sources.

*Other considerations:*

If alcohol-based hand sanitizing products are being used, the Kansas State Fire Marshal has issued guidance restricting the location and storage of alcohol-based, hand rub dispensers. Individual dispensers should be no larger than 68 ounces (2L). Various storage limitations also apply. Please refer to a notice from the Office of the State Fire Marshal dated May 13, 2020, for additional reference and guidance.

## Social Distancing Markers

Social distance markers such as floor decals or signage to encourage 6 feet of separation between occupants.

- Decals or signage to designate traffic flow patterns within the building. This may be especially helpful for public spaces such as corridors, cafeterias, front offices, etc.

- Signs encouraging frequent hand-washing and/or use of hand sanitizer may be placed strategically around the building.

- Specific COVID-19 related decals and signage are commercially avail- able or could be self-made.

*Financial/Cost Impact:*

Commercially available decals are of varying sizes and costs. Average costs appear to start in the $7 to $10 per item range.

*Possible Sources:*

Multiple online sources are available. Office supply retailers also offer these.

*Other Considerations:*

On VCT or other flooring that have waxed surfaces, the decals may be "waxed in," placed with a coating or two of wax over the surface. This may be helpful where frequent sweeping or mopping occurs. Otherwise adhesively applied decals on floors will require close monitoring and attention during cleaning and housekeeping routines.

## Trash Receptacles

Trash receptacles can be high touch points with increased risk of speeding pathogens.

- Determine if the school district has the appropriate number and type (no-touch) of trash receptacles and that they are placed appropriately to minimize exposure.

- Monitor the frequency that trash receptacles are emptied. Changes to various procedures could require more frequent attention.

## Ventilation

Indoor areas with poor ventilation and air flow can pose a high risk for spread of the virus. Potential airborne spread can be impacted by the design and layout of a building, the occupancy and the type of heating, ventilation, and air conditioning (HVAC) system. Although improvements to ventilation and air cleaning cannot on their own eliminate the risk of airborne transmission of the SARS-CoV-2 virus, Environmental Protection Agency (EPA) recommends precautions to reduce the potential for airborne transmission of the virus.

The CDC and American Society of Heating, Refrigeration and Air Conditioning Engineers recommend that the introduction of outside air be increased in air handling operations for Covid-19 considerations. They also recommend using air filters with a Minimum Efficiency Rating Value (MERV) of 13 or higher. In addition, they recommend that ventilation be performed on a 24-hour, seven days per week basis.

- Consider increasing outside air ventilation.

- Check and change HVAC unit filters frequently.

- Opening available windows to increase available ventilation should be considered when weather conditions are favorable.

*Other Considerations:*

The introduction of additional outside air will probably affect HVAC system performance and may result in increased cooling costs for air conditioning. Introducing additional volumes of hot/humid outside air will require that the air be cooled more to maintain the same temperature for occupants. Humidity removal may be more difficult to achieve. Be careful in considering the use of a higher MERV air filter. The higher the rating the more restrictive the filter is in allowing air to pass through the air handling unit. Too much filtration could affect system performance. It may be advisable to consult with an HVAC contractor that has familiarity in servicing or repairing your specific equipment or a controls contractor that installed the controls for your HVAC. Consider consultation with an engineer that may have been involved in designing or specifying the equipment used in the buildings.

If windows are opened, consider how much heat and humidity will be introduced into the available rooms. Also, be aware of any security issues open windows may introduce (maybe open second-floor windows only, etc.).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

*Financial/Cost Impact:*

More frequent filter changes will increase the regular maintenance costs. Moving to a higher MERV air filter will also cost more. Utility costs increases are likely if you choose to increase outside air ventilation and/or increase the operating time for ventilation.

## Modifying the use of Spaces

If school spaces are being used differently, consider how changes and modifications will affect safety.

- Update emergency evacuations or sheltering in place plans
- Consider any required ADA access be affected or newly required by revised use of spaces?
- Make sure all spaces have readily available intercom or phone communication.
- Make sure that all spaces have adequate emergency notification features such as audible fire alarms and strobes and required exit markings.

*Financial/Cost Impact:*

Costs would be dependent on any necessary modifications to address American Disabilities Act (ADA) or make emergency services available.

*Other Considerations:*

When considering changes that may affect emergency egress or sheltering features, consultation with and approval from the applicable fire prevention agency should be considered. First responders may want to reestablish plans on how they respond to emergency situations at the building; their route to the building, where they park

equipment, where they enter, etc.

## Building Water Systems

Water in plumbing that has not been used for an extended time can become stagnant or stale and may contain elevated levels of waterborne pathogens or contaminants.

- Purge or flush water systems thoroughly; flush drinking fountains and sink faucets for a number of minutes to clear any standing water from the pipes.
- Clean and sanitize drinking fountains and drinking water sources.
- Consider whether drinking fountains will be left available for use (with frequent cleaning and sanitizing) or shut off or covered.
- Drinking fountains represent a potential frequent-use and high-touch point item for students and staff members.
- If the choice is made to turn off or cover water fountains, consideration for supplying other sources of water will be required.
- One option may be to provide bottled water or ask that students/staff members bring their own bottled water to school.
- Another option may be to modify existing drinking fountains with a bottle filler station.
- Fountains that already have a bottle filler station might be left active, with the fountain turned off or covered.

*Other Considerations:*

Establishing a regular schedule for fountain use with readily available hand-washing or hand sanitizer use; and immediate cleaning of the fountain touch points may be a viable and reasonable solution.

## Lockers

Lockers are high-touch point areas and can be a place of student congregation.

Consider not using lockers.

- If lockers are used, establish protocols for both academic and athletic lockers.
- Lockers should be cleaned and sanitized frequently.
- Assign lockers to maximize the distance between students using sets of lockers at the same time.
- Consider not allowing shared use of lockers by multiple students.

## Cleaning, Sanitizing and Housekeeping Recommendations and Considerations

### Cleaning Protocols

Recommend defining and establishing specific cleaning and disinfecting protocols for custodial staff at each individual building based on occupancy level and hours of use. In addition, if maintenance or other staff members are going to be responsible for cleaning and disinfecting, their protocols should be included.

- Define cleaning procedures including the frequency, equipment, materials and products to be used.
- Prioritize high-touch areas, such as door handles, handrails, counters and surfaces, tables, chairs, desks, drinking fountains, computer key- boards, work stations, etc.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

1068

**OPERATIONS**

FACILITIES

- Prioritize common spaces used by different cohort groups, such as main office, health offices, isolation rooms, cafeteria, bathrooms, etc.
- Cover surfaces that are not easily cleaned.
  - Soft Surfaces/Fabrics: Eliminate or limit soft surfaces that are hard to clean. Clean after each use with EPA-approved products appropriate for surfaces.
- Use cleaning products that are listed as Novel Coronavirus (COVID-19) Fighting Products.
- Evaluate how hygiene products like soap, paper towels, tissues and toilet paper are dispensed (no-touch) and how frequently they are replenished.
- Recommend that cleaning and sanitizing responsibilities and protocols be reviewed and clearly defined for athletic facilities, such as weight rooms, wrestling rooms, dance studios, etc.; and especially for the equipment that is contained and used in these facilities.
- Define what cleaning and disinfecting is to be performed by custodial staff, and what cleaning and disinfecting will be the responsibility of non-custodial staff.

*Financial/Cost Impact:*

Additional costs may be incurred if new, different or additional product purchases become necessary. In light of high demand, product costs have been higher than normal so shopping around may be beneficial. Labor costs may be affected if more-than-normal cleaning frequency is required from custodial staff (i.e. potential overtime costs).

*Possible Sources:*

In addition to KDHE, cleaning product vendors and suppliers may also be a viable resource for

information and suggestions regarding best practices.

## Training

Although cleaning procedures for touch points and sanitizing may be considered routine by the custodial staff, it is important to ensure that any one responsible for cleaning is properly and routinely trained.

- Review training procedure for newly hired custodial staff.
- Train all staff on new procedures and protocols.
- Retraining/recertify returning staff as needed.
- Refresher training is prudent to ensure that all of the procedures are being followed thoroughly and effectively.
- Any noncustodial staff that has responsibility for cleaning and disinfecting should be properly trained before performing new duties.

*Possible Sources:*

Training can be performed by knowledgeable and experienced in-house staff and supervisors. Cleaning product vendors and suppliers are typically willing to provide training as part of their regular services.

## Storage

The increased emphasis on cleaning and sanitation will require greater access to cleaning chemicals and supplies.

- Students should not have access to chemical supply storage.
- Cleaning products, materials and equipment should be stored in lock- able rooms or areas.

- Ensure all cleaning products are properly labeled, and that Safety Data Sheets are readily available for reference and identification of hazards.
- Establish protocols for any school district staff (other than custodial or maintenance staff) that may have access to product.
- If noncustodial staff is granted access to and use of cleaning and dis- infecting products, ensure that they have been trained on its use and possible hazards.

## Disinfectant Sprayers or Foggers

Consider purchasing/using electrostatic disinfectant sprayers or foggers to enhance effectiveness and coverage for disinfection procedures.

- Disinfection foggers can be used in conjunction with regular touch point cleaning as a means of increasing disinfection coverage for the custodial and housekeeping staff.
- At least one fogger would likely be required per school/building.
- Larger buildings such as middle schools or high schools may require more than one fogger to enhance completion of the disinfection process.

*Financial/Cost Impact:*

A handheld battery-operated fogger unit will likely cost $500 to $1,000 each. Larger fogger units that cover larger areas in one fill will cost more. These units are in high demand and typically have a long lead time associated with purchase/receipt.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**OPERATIONS**

FACILITIES

*Possible Sources:*

Units can be purchased on-line from multiple vendors, through custodial product suppliers.

*Other Considerations:*

Note that the use of an electrostatic disinfectant sprayer does not eliminate the need for touchpoint cleaning. The sprayer introduces more efficient sanitizing for whole spaces and should be used in conjunction with touch point cleaning.

## Grounds and Exterior Building Recommendations and Considerations

### Playground equipment

If used, exterior playground equipment should be cleaned and sanitized regularly.

- The CDC suggests that "it is impractical and an inefficient use of re- sources to spray disinfectants on outdoor areas."
- Alternate recess times to minimize the number of students from different groups using the same spaces at the same time.
- To minimize the use of playground equipment, encourage the use of other outdoor and natural spaces.
- High touch point surfaces should be cleaned after each use or at least daily.
- If touch points aren't cleaned after each use, students should wash hands or use hand sanitizer immediately following the use of the equipment.
- Consider limiting the use of playground equipment based on the ability to clean and sanitize regularly.

*Financial/Cost Impact:*

Cost for cleaning and disinfecting products will be incurred, as well as labor necessary to clean if that option is chosen.

*Possible Sources:*

Cleaning product suppliers and/or grounds equipment suppliers may provide a source of information. Products used may mirror those used for cleaning and sanitizing the interior of the building.

## Building Access to Outside Groups or Individuals

### School Facility Rentals

Districts should review facility rental policies and determine if facilities will be available to outside groups.

- Allowing outside groups to use school facilities can increase risk to students and staff.
- School spaces used by outside groups should be cleaned before and after any use.
- Properly trained individuals, preferably school district staff, should perform the cleaning of school spaces.

*Other Considerations:*

The increased cleaning requirements will increase the cost of allowing school facility use by outside groups. As part of policy review, determine if additional charges may be levied on the outside user group as a Covid-19 cleaning related cost.

## Outside Contractors and Vendors

In many cases, having outside contractors and vendors come into school buildings is unavoidable.

- Before a contractor or vendor comes on-site, review expectations for preventive measures being required.
- Train building staff members to enforce and report any violations of preventative measures by contractors and vendors.
- Keep a log of the persons that enter the building with time and date as well as the locations in the building.
- Establish Protocols for post work cleaning and sanitizing.

## Construction Sites

Most construction projects that occur while school is in session are typically separated from students even if they are occurring in the same building.

- Interaction between students and staff members and construction workers should be minimized.
- Specific expectations for behaviors and preventive measures should be addressed with on-site supervisors before students are in the building.
- Contractors should be expected to abide by current CDC and/or OSHA recommendations for the construction site.

*Reference: "What Construction Workers Need to Know about COVID-19"*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

1070

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**OPERATIONS**

FOOD SERVICES

# FOOD SERVICE

## Introduction

It is important to ensure all children have access to school meals, regardless of the learning environment. For the health and wellbeing of students, continuation and adaptation of meal service in some form should remain a priority. The majority of the practices outlined below pertain to On-Site Learning Environments. At this time, USDA guidance on meal service integrated with remote and hybrid learning environments is limited.

Communication between administration and food service is key to ensure a safe student dining experience. Effective communication will allow food service time to determine how meals/snacks could be provided within the guidelines of KSDE/USDA.

Food services directors/designees are encouraged to meet with building administrators at least two weeks prior to the start of school to determine best practices to ensure students safe access to meals.

## Remote and Hybrid Learning Environments

When students are in remote or hybrid learning environments, schools would continue to claim and be reimbursed for meals based on the eligibility status of the student.

• All National School Lunch Program (NSLP) and School Breakfast Program (SBP) regulations would apply, unless a waiver is approved for a specific regulation.

## USDA Regulations and Waivers

Consult your local food service director with questions regarding state/ federal regulations related to meal service.

• Lunch must be served between 10 a.m.-2 p.m.

• Breakfast must be offered at or near the beginning of the school day.

• Breakfast service is required of all public school buildings in Kansas unless a breakfast waiver is approved by the Kansas State Board of Education.

• A complete, reimbursable meal must be offered at each serving location – including milk.

   ◦ Water must be available during meals and snacks.

   ◦ Drinking fountains, water jugs and coolers may be used to fill disposable cups. A new cup should be used each time.

   ◦ An adult should monitor and sanitize fountains, water jugs and coolers as needed.

• All meal services require point of service accountability. Students must be charged for meals based on their eligibility status.

Current USDA waivers (through June 30, 2021) are listed below. The district's Authorized Representative would need to opt in through Kansas Nutrition Claiming and Information System (KN-CLAIM).

• Nationwide Waiver to Allow Non-Congregate Feeding in the NSLP, SBP, and CACFP.

• Nationwide Waiver to Allow Meal Service Time Flexibility in the NSLP, SBP and CACFP.

• Nationwide Waiver to Allow Parents and Guardians to Pick Up Meals for Children in the NSLP, SBP and CACFP.

• Nationwide Waiver to Allow Meal Pattern Flexibility in NSLP, SBP and CACFP.

• Nationwide Waiver to Allow Offer Versus Serve Flexibility for Senior High Schools in the NSLP.

If additional waivers become available, KSDE Child Nutrition and Wellness will communicate to school districts information regarding waiver elections. Updates are posted at https://www. kn-eat.org/SNP/SNP_Menus/SNP_Whats_New. htm.

## Free and Reduced Meal Applications

Feeding America estimates that Kansas will see a 47.6% increase in child food insecurity statewide due to COVID-19. Many Kansas counties have a much higher projected percent increase in child food insecurity.

• Districts should frequently inform parents on how to apply for free and reduced meals.

• Sponsors are required to use Direct Certification to determine eligibility. The KN-CLAIM Direct Certification process makes it easier for sponsors to quickly and accurately directly certify students who receive Food Assistance/TAF or are foster children.

• Request flexibility in determining effective date of eligibility for Direct Certification on the Sponsor Application.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

FOOD SERVICES

- Effective Date of Eligibility Determinations is a flexibility option available to Sponsors processing applications. Sponsors indicate on the Sponsor Application what they will use for the effective date of the free or reduced-price meal eligibility determinations.
- Districts should utilize all methods of receiving free and reduced applications. Examples: online, in person drop off, secure email or fax.

## On-Site Meal Service

- Require students to wash their hands prior to coming to the serving line. At a minimum, make hand sanitizer available prior to the serving line.
- An adult should be at the doorway of the serving area to control traffic, ensure 6-foot distancing and monitor students.
- Extend meal service periods to allow for fewer students in the serving area at one time.
- Proper dishwashing (per Kansas health code) is effective in killing viruses and bacteria. However, use of disposable serving trays and silverware may help with public perception regarding safety.
- Utilize additional sneeze guards or clear barriers on serving lines and cashier stations. Ensure sneeze guards are installed, positioned and working properly.
- Post signage to encourage social distancing in line and serving area.
- Serve single-use condiments.
- Utilize shorter menu cycles with higher participation meals. Plan to reevaluate cycles frequently dependent on food supply, staffing, and guidance from the local health department.

- If students are using self-service, have a staff member supervise to ensure:
  - Students take the first item they touch (example: milk cartons).
  - Handles of the reach-in refrigerator/freezer/cooler are disinfected on a regular basis. If temperatures can be maintained, consider leaving doors open during meal service.

## Food Bar Considerations

The use of food bars in school nutrition programs positively impacts the amount of fruits and vegetables students consume. Students are more likely to consume items that they serve themselves:

- Sponsors may continue use of salad bar/food bar with the following procedures in place (check with local health department):
  - Offer items packaged for individual consumption (preportioned by food service employees or individually wrapped as purchased).
  - Staff to monitor the bar and sanitize as necessary.
  - Sanitize the food bar between each serving group.
  - Stagger students with markings on the floor to allow for social distancing.
  - Offer more than one food bar or salad bar to encourage social distancing.
  - If using serving utensils, they should be changed out frequently.
- Offer vs. Serve meal service (where students are allowed to make food choices) is feasible with the following considerations:
  - Develop procedures for students to communicate to staff members what

items they would like on the tray (verbally, thumbs up/thumbs down, order sheets).
  - Utilize mobile ordering to allow students to decrease the amount of time in the meal service area.
  - Offer multiple, identical lines to speed up service.
  - Clean and sanitize the service line between each classroom/group.
- Create alternate serving locations to socially distance students.
  - Multiple service points in cafeteria and throughout building
  - Meal kiosks with online ordering for quick student pick-up of preordered meals.
- Innovative Breakfast Models such as Second Chance Breakfast, Grab-n-Go Breakfast and Breakfast in the Classroom are still encouraged. Work with your food service director to determine strategies for implementation.

## Other Meal Service Considerations

Share tables may be used for unopened packaged food items that students do not consume. This allows other students to take food from share table to eat on-site. Share tables may safely continue with the following guidelines:

- Sanitize designated share table area between each serving group.
- Allow one student to access the share table at a time to limit exposure due to lines.
- If a student incorrectly places an open item on the share table, discard all items on the share table and sanitize the share table.
- If these steps are not feasible, discontinue use of a share table.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

**OPERATIONS**

FOOD SERVICES

## A la Carte

- Can be offered if social distancing between students can be maintained.
- Modify the variety of items available as needed based on staffing, time, availability.
- Have students preorder a la carte options to prevent students standing in line.
- Have food service employee hand the item(s) or monitor students during self-service.

## Fresh Fruit and Vegetable Program (FFVP) if applicable:

- Use all individually packaged or items wrapped for individual consumption.
- Create and follow written procedures for handwashing, glove use and mask use of school staff while serving students in the classroom.
- Sanitize student desks/tables prior to FFVP item distribution. Students should wash hands and return to classroom for snack.

## On-Site Dining

- Utilize a variety of spaces around the school to allow students more space while consuming meals/snacks (ex: cafeteria, auditorium, gym, classrooms, and outdoors as weather permits)
- If spaces other than the cafeteria are used for dining, consult with facilities personnel to ensure proper cleaning and disinfection as well as refuse collection.
- Develop plans for the delivery and return of meal and cafeteria supplies such as trays and utensils.
- When using standard lunch tables, tape off the seats to allow for social distancing.
- If seats are removable, only place the appropriate number of seats around the table to ensure proper social distancing.
- Assign seating for contact tracing.
- Disinfect tables/seating areas between serving periods.
- Provide separate location for high risk students upon request.

## Food and Personnel Safety for all Learning Environments

Follow all county health department guidance, the Kansas Food Code and Hazard Analysis Critical Control Points (HACCP) Plan

- Limit commingling of food service staff between buildings and departments and maintain social distancing.
- Utilize sign-in and sign-out sheets in each kitchen, including maintenance, vendors and building staff members for contact tracing.
- Ensure ventilation is working properly, and utilize vents when staff is in the kitchen.
- Follow district human resources guidance for high-risk employees, temperature checks, PPE.
- Adopt HACCP Standard Operating Procedure #25 – Viral Pandemic Response as a part of the school HACCP Food Safety Plan.

## Food Service Staffing for all Learning Environments

- Explore Professional development opportunities for food service staff, including online options.

- Evaluate meal service plan to determine staffing needs and adjust as changes occur.
- Utilize nonfood service building staff (classified and certified) to aid in meal service and/or distribution as needed.
- Develop a contingency plan for staffing in the event of exposure or illness, follow guidance from the local health department.
- Hiring:
  ○ Utilize technology for interviews when possible.
  ○ Adapt onboarding or training to a virtual format.
  ○ Ensure new hires receive COVID training in addition to traditional onboarding.

## Working with Vendors in all Learning Environments

- Communicate and/or post district requirements for vendors.
- Discuss company safety protocols regarding the health of vendor employees and customers (example: health screenings, temperature checks).
- Consolidate deliveries to reduce potential exposure.
- When signing invoices, the employee should use their own pen.
- Utilize technology instead of in-person visits to communicate with vendors.
- Require delivery drivers to sign in and sign out when delivering to kitchens.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**OPERATIONS**

**FOOD SERVICES**

## Technology/Point of Sale for all Learning Environments

- Check with software vendors about serving options within the accountability system.
  - Elementary may be able to have students come through the line in the classroom, and there is a feature in the software "sell by homeroom." The cashier can verify the student by seeing their picture without the student using the PIN Pad.
  - Middle school and high school students could scan their student ID.
  - Staff members could scan barcodes instead of using pin pads.
  - Students can verbally tell the cashier student ID or name to enter into POS.
- If sponsor uses biometric scanners or pin pads:
  - Disinfect between use.
  - Students must use hand sanitizer after use of pin pad or biometric scanner.
- Utilize online ordering of meals and a la carte.
- Have students go through meal service line in an assigned order to expedite meal service and allow for contact tracing.
- Encourage online payments to reduce cash handling.
- Limit hand-to-hand contact by having students place the cash on counter.

## Financial Sustainability

Food Service Funds have been, and will continue to be, greatly impacted by the pandemic. Costs have increased on food, packaging and labor.

Participation directly affects revenue in school meal programs. School districts should consider the following best practices to ensure financial sustainability:

- Promote school meals (as opposed to students bringing meals from home or open meal service periods)
- Use district funds to:
  - Purchase food service equipment (capital outlay)
  - Cover all or part of the indirect costs
  - Provide paid leave for food service employees
  - Cover the fee associated with online payments to encourage cashless transactions.

- Apply for grants.
- Join a purchasing cooperative.
- Follow procurement regulations to ensure best price.
- Update formal procurement/contract extensions with current vendors, within confines of procurement regulations.
- Ensure paid meal price, adult meal price, ala carte, catering costs are sufficient to cover the entire cost of production.
- Increase reimbursement through participation in other USDA Child Nutrition Programs (ex. after-school meals/snacks, breakfast, Child and Adult Care Food Program).
- Pre-cost meals to plan menu cycle.
- Food Service Management Company (FSMC)
  - In Kansas, all FSMC contracts are fixed price and not cost reimbursable.
  - Authorized representative must monitor the school district contract and reconcile billing to fixed prices agreed upon in the contract.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

**OPERATIONS**

# TRANSPORTATION

TRANSPORTATION

The following are recommendations for transporting students in school buses, activity buses and school passenger vehicles. It is important to note that this is guidance only, and specific orders from the local/state health departments and the local board of education take precedence.

## Sanitation
### (Recommended Guidance)

- Frequently touched surfaces, including handrailing, student bus seats and surfaces in the driver cockpit commonly touched by the operator should be sanitized daily. Options for cleaning buses includes wiping down all high touch surfaces with CDC-approved disinfectants.
- High-touch areas, including the door entrance railings, should be cleaned between bus routes.
- Open bus doors and windows during cleaning to improve air circulation.
- Student hand sanitization before boarding the bus is recommended.

## Student
### (Recommended Guidance)

- Assigned seating for students on all routes.
- Have individuals from the same household sit together.
- Fill the bus seats at the back of the bus first, and then load to the front to avoid students walking past each other in the aisle. Within the scope of this process, school districts still need to be cautious about having students of various age groups sit together due to bullying and other issues.
- Unload students from the front of the bus first to avoid students walking past each other in the aisle.
- If the bus is not full, spread students out as much as possible.
- When possible, open the windows while transporting students to improve air circulation.
- Minimize loading times by prestaging students for bus transportation home.
- Masks are recommended for all students. If masks are required by the health department and/or the local school board, a plan needs to be in place on what occurs if a student shows up to the bus without a mask.
- If possible, transport medically fragile students in a separate vehicle.

## Bus Stops

- Social distancing between students is recommended at all bus stop areas.

## Drivers
### (Recommended Guidance)

- Masks are strongly recommended.
- Drivers should participate in a health pre-screener before each work shift.

## Capacity
### (Recommended Guidance)

- If issued, group size should follow all local and/or state health department edicts.
- Group size on buses should follow school board policy where applicable.
- Through routing, minimize the amount of time that students are on a bus. Have students exit the bus as soon as possible to enter a school for staging into their classrooms (work with school to coordinate).
- Pre-stage bus for loading outside of the bus to minimize the amount of time that students are on the bus.

# OPERATIONS

TRANSPORTATION

## Activities and Athletics
*(Recommended Guidance)*

- Assigned seating for students on all trips.
- Fill the bus seats at the back of the bus first, and then load to the front to avoid students walking past each other in the aisle.
- Unload students from the front of the bus first to avoid students walking past each other in the aisle.
- If the bus is not full, spread students out as much as possible.
- Focus on transporting students who are competing. Work to lower the total number of students on a bus so that social distancing can occur, especially on long trips to competition.

## Bus Modifications

- Bus modification of any kind is not allowed. This includes putting in plexiglass partitions between the driver and students and individual student seats.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Appendix

# Contents

A | Coronavirus vs. Cold vs. Flu vs. Allergies Infographic _____ 1078

B | Releasing Cases and Contacts From Isolation and
Quarantine _____ 1080

C | Kansas COVID Workgroup for Kids _____ 1082

D | Navigating Change 2020: Family Survey _____ 1108

E | Navigating Change 2020: Staff Survey _____ 1112

F | SECD Implementation: School Counseling Considerations
for Navigating Change _____ 1115

G | Masks for Kids _____ 1138

H | My Mask Schedule _____ 1145

I | Kansas COVID Workgroup for Kids Resource Links
for Schools _____ 1152

J | Kansas COVID Workgroup for Kids Superintendent Webinar _____ 1154

K | Kansas Schools Gating Criteria _____ 1165

L | Kansas State Department of Education Guide to Remote,
Hybrid, and In-Person Teaching and Learning _____ 1169

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Appendix

# APPENDIX A | Coronavirus vs. Cold vs. Flu vs. Allergies Infographic

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

1078

**APPENDIX**

# COVID-19

## CORONAVIRUS VS. COLD VS. FLU VS. ALLERGIES

| SYMPTOMS | COVID-19* | COLD | FLU | ALLERGIES |
|---|---|---|---|---|
| Fever | Common (measured at 100 F or higher) | Rare | High (100–102 F), can last 3–4 days | No |
| Headache | Sometimes | Rare | Intense | Sometimes |
| General aches, pains | Sometimes | Slight | Common, often severe | No |
| Fatigue, weakness | Sometimes | Slight | Common, often severe | Sometimes |
| Extreme exhaustion | Sometimes (progresses slowly) | Never | Common (starts early) | No |
| Stuffy nose | Rare | Common | Sometimes | Common |
| Sneezing | Rare | Common | Sometimes | Common |
| Sore throat | Rare | Common | Common | No |
| Cough | Common | Mild to moderate | Common, can become severe | Sometimes |
| Shortness of breath | In more serious infections | Rare | Rare | Common |
| Runny nose | Rare | Common | Sometimes | Common |
| Diarrhea | Sometimes | No | Sometimes** | No |



For more information: www.kdheks.gov/coronavirus

\* Information is still evolving.
\*\* Sometimes for children.

Sources: KDHE, CDC, WHO, National Institute of Allergy and Infectious Diseases, American College of Allergy, Asthma and Immunology.

APPENDIX A | CORONAVIRUS VS. COLD VS. FLU VS. ALLERGIES INFOGRAPHIC

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

1079

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Appendix

# APPENDIX B | Releasing Cases and Contacts From Isolation and Quarantine

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**APPENDIX**



# RELEASING CASES AND CONTACTS FROM ISOLATION AND QUARANTINE

*Adapted from TN Dept of Health*

## CASES

<u>Must</u> be isolated for a <u>minimum</u> of 10 days after onset and can be released after afebrile and feeling well (without fever-reducing medication) for at least 72 hours, whichever is longer.

Onset date    | Minimum 10 days |

●━━━━━━━━━━━━━━━━●

(or specimen collection date if onset unclear or asymptomatic)

+ Afebrile and feeling well for at least 72 hours

Case released from isolation

*Note: Lingering cough should not prevent a case from being released from isolation.*

**Examples:**

- A case that is well on day 2, and afebrile and feeling well for 72 hours, can be released from isolation on day 10.
- A case that is well on day 6, and afebrile and feeling well for 72 hours, can be released from isolation on day 10.
- A case that is well on day 14, and afebrile and feeling well for 72 hours, can be released from isolation on day 17.

## HOUSEHOLD CONTACTS

<u>Must</u> be quarantined for 14 days after the case has been afebrile and feeling well (because exposure is considered ongoing within the house).

If a household contact develops symptoms, they should be tested.



Case's onset date

●━━━━━━━●━━| 14 days |━━●

Case is afebrile and feeling well

Household contact is released from quarantine

*This means that household contacts may need to remain at home longer than the initial case.*

**Examples:**

- A case is well 3 days after onset, case released from isolation on day 10, household contact must remain quarantined until day 24.
- A case is well 7 days after onset, case released from isolation on day 10, household contact must remain quarantined until day 24.
- A case is well 14 days after onset, case released from isolation on day 17, household contact must be quarantined until day 31.

## NON-HOUSEHOLD CONTACTS

Must be quarantined for 14 days from the date of last contact with the case.



●━━| 14 days |━━●

Date of last contact with case

Non-household contact is released from quarantine

5/27/20

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

APPENDIX B | RELEASING CASES AND CONTACTS FROM ISOLATION AND QUARANTINE

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Appendix

APPENDIX C | KANSAS COVID WORKGROUP FOR KIDS

# APPENDIX C | Kansas COVID Workgroup for Kids

Clerk of the District Court, Johnson County Kansas
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

1082

# Kansas COVID Workgroup for Kids

## Recommendations for School Reopening

*As the information regarding COVID-19 (SARS-CoV-2) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of **July 28, 2020.***





**Contact:** KansasCovidWorkgroupforKids@gmail.com

## This document has been endorsed by:





*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

APPENDIX C | KANSAS COVID WORKGROUP FOR KIDS

**APPENDIX**

1084

Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS


Back to Top

**Table of Contents:**

Objective .................................................................................................................. Page 3
Risk ........................................................................................................................... Page 3
School reopening ..................................................................................................... Pages 3, 4
Schedule prolonged winter break and alternative schedules .................................. Page 4
School nurse support and nurse office recommendations ....................................... Pages 5-6
General health safety actions for staff and students ............................................... Pages 6-18
    Screening prior to school entry ...................................................................... Pages 6, 7
    Limit non-essential visitors ............................................................................ Page 7
    Promoting hand-hygiene practices ................................................................ Page 8
    Masking/face shields/partitions .................................................................... Page 8-11
    Physical distancing ....................................................................................... Pages 11 - 13
    Water fountains ............................................................................................ Pages 13, 14
    Cohort students and staff .............................................................................. Page 14
    Cleaning and disinfection .............................................................................. Pages 15, 16
    Ventilation .................................................................................................... Page 14
    Staff training of health and safety protocols ................................................. Page 16
    Contingency planning ................................................................................... Page 15
    Continual distance learning .......................................................................... Pages 15, 16
    Children with special health care needs ........................................................ Page 16, 17
    Social and emotional support ....................................................................... Pages 17, 18
    Communication ............................................................................................ Page 18
    Attendance ................................................................................................... Page 18
    Vaccinations ................................................................................................. Page 18
    Preparticipation sports physicals ................................................................. Page 18
School-based co-and extracurricular activities ...................................................... Pages 19-21
Closure of school (high levels of community or school-wide transmission .............. Pages 21-22
Transportation recommendations ........................................................................... Pages 21, 22
Arrival ..................................................................................................................... Page 23
References ............................................................................................................... Pages 23-27



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

2

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



### Objective

The main objective of this document is to provide general guidance for the reopening of Kansas schools in the COVID-19 pandemic. This document has been created and vetted with input of regional family medicine and pediatric physicians, child psychologists, and school nurses as members of the Kansas COVID Workgroup for KIDS. We acknowledge that we are not school educators and do not understand the legal considerations and logistical operations of running a school district. With that in mind, we hope this document can provide some general guidance and recommendations as we are able to interpret the medical literature and assist in stratifying risks related to disease transmission.

### COVID-19 and children

As of July 23, there have been over 288,287 confirmed cases of COVID-19 (or SARS-CoV-2) in children in the United States. This represents about 8.4% of all confirmed cases. This number has been increasing gradually as more testing has been available. 88,103 new cases between 7/9-7/23 represent a 44% increase in child cases. Subset reports demonstrate that hospitalization (0.8-2.9% of all total hospitalizations) and death (0-0.8% of all COVID-19 deaths) are uncommon in children. Across reporting states, 0.6-9% of all child COVID-19 cases result in hospitalization and 0%-0.3% of all child COVID-19 cases result in death.[1]

### Risk

Reopening Kansas schools in fall 2020 during the COVID-19 pandemic is not without risk. The KCWK considers that prolonged school closure and poor access to social and emotional support and the services that schools provide to children also hold significant risk for each student's well-being. The recommendations within this document support the calculated risk of reopening schools in fall 2020. Local burden and transmission of COVID-19 will directly impact the success of schools reopening and their ability to remain open for in-person education. It is important to consider local disease prevalence when deciding on how safe it is for schools to reopen for in-person education. School-based transmission of community-associated seasonal respiratory viral infections is common, and it will not be possible to remove all risk of infection and transmission of SARS-CoV-2. Modified policies and procedures to mitigate the risk of SARS-CoV-2 transmission among students and staff are essential and will be required for the foreseeable future.

### School reopening

Elementary schools (pre-kindergarten-5th/6th grade) should be encouraged to reopen for the 2020 fall semester after appropriately considering local disease prevalence, implementing recommended health safety actions and developing ongoing monitoring practices. Asymptomatic elementary-aged students are unlikely to be a significant source of community transmission of SARS-CoV-2.[2-11]

Middle and high schools may be at higher risk to transmit SARS-CoV-2 among students and staff but should be encouraged to work toward reopening for the 2020 fall semester after appropriately considering local disease prevalence, implementing recommended health safety actions and developing ongoing monitoring practices.



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

3

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

APPENDIX C | KANSAS COVID WORKGROUP FOR KIDS



Back to Top

For students who are unable to physically attend school during the 2020-2021 academic year due to student or family health risks or due to parent/caregiver preference, a public school option for remote distance learning should be an option to ensure that all students within the state have access to appropriate education and academic success.

### Alternative school schedules and format

1. Consider a prolonged winter break. Many colleges and universities have decided on a prolonged winter break from in-person learning. We recommend school districts to strongly consider a prolonged break to mitigate transmission of SARS-CoV-2 during the typical winter viral season when expected seasonal respiratory viruses such as influenza and RSV may also be prevalent in the community. This can improve the overall health of our community, decrease a potential winter re-emergence of COVID-19 and help relieve stress on the local health care system.
   a. Students should plan to leave for winter break with all their belongings to allow for cleaning of the classrooms.
   b. Assure students have adequate supplies for distance learning over the prolonged break.
   c. Consider virtual learning options or online testing formats to complete semester requirements and finals during this time period, if necessary.

2. Consider prolonged fall and spring breaks depending on community transmission of SARS-CoV-2. If community spread is low, consider shortening these breaks in order to achieve more days of in-person instruction and education with recommended prolonged winter break.

3. During prolonged breaks from school, communicate clear expectations that if students or families travel during the break, then they should follow Centers for Disease Control and Prevention (CDC) and Kansas Department of Health and Environment (KDHE) travel recommendations and quarantine requirements and that all students should be back home by at least 1 week prior to returning to school.

4. Consider hybrid educational models that include both on-site and remote learning to decrease the number of students in the school building at one time.

5. Consider alternative schedules and methods of fulfilling public education requirements if prolonged breaks from in-person education are required.

6. Develop plans to continue support services, social services, therapies and meal provision during possible prolonged breaks from in-person education.

7. Consider alternative school-year schedules to decrease student exposure while at school. Examples include:
   a. Trimester system, which can allow students to only have five classes per trimester rather than eight classes per semester, which would decrease the number of peers each student is exposed to during each school day;
   b. Alternative block schedules arranged so that students are in each block of classes for a week at a time, decreasing the number of peers that each student is exposed to during each week.



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

4

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



## School nurse support and nurse office recommendations

**School nurse positions**

1. All school buildings should have an on-site, full-time nurse.
2. If a school nurse placement is not possible, schools should have specific plans to address school health and safety standards.

**Personal protective equipment**

1. School nurses should protect themselves from SARS-CoV-2.
2. Meticulous hand hygiene should be practiced.
3. School nurses should have adequate personal protective equipment (PPE) that includes disposable gowns, gloves, N95 masks, surgical masks, and face shields or other eye protection.
4. Nurses should wear appropriate PPE when they are evaluating students or staff who become ill at school.
5. Nurses should wear a N95 mask and eye protection when providing care for ill students who are unable to wear a mask, who are unable to manage their secretions, or who are receiving nebulized therapy.
6. School nurses and staff should be trained on the appropriate PPE donning and doffing techniques.

**Ill students or staff**

1. Processes need to be in place to screen for and evaluate ill students. Consider non-contact screening via video or telephone prior to direct nurse evaluation so that the nurse can prepare appropriately for the encounter.
2. When ill, students or staff should be separated from others during evaluation.
3. Students seeking evaluation should be required to wear a mask.
4. Students waiting for parents to arrive should wait in a room that is separate from other students.
5. Staff who are ill should be sent home immediately.
6. Spaces where ill students or staff have been evaluated should be disinfected with approved disinfectants.

**Partner with local medical homes**

1. Facilitate partnerships with local health care professionals to ensure that students continue to receive care through their established medical homes through innovative care models.

**Return to school following illness**

1. Schools should follow CDC, KDHE and local health department guidance regarding qualifications for the return of students and faculty with possible or confirmed SARS-CoV-2 to the school setting.
2. Modify return-to-school parameters following illness as per recommendations from the CDC, KDHE, local health department and the American Academy of Pediatrics (AAP).

**Students with asthma**

1. Students with asthma should provide their own personal labeled spacer and metered dose inhaler for school use.



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

5

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



2.  Nebulization therapy is considered an aerosol-generating procedure and should be avoided at school.
    a.  If nebulization is unavoidable, a signed order from the student's physician/clinician should indicate that nebulizer is required over spacer and metered dose inhaler.
    b.  If nebulization treatment is required at school, all other students should be relocated from the nurse's office and the number of staff present should be minimized.
    c.  The school nurse must wear adequate personal protective gear that includes an N95 mask, eye protection with goggles or face shield, gown and gloves during nebulization therapy.
    d.  Nebulized therapy should be performed in a room that is well ventilated.
    e.  The area should be avoided for 60 minutes post therapy to allow particles to settle and then all surfaces wiped and disinfected with approved disinfectants. Appropriate PPE should be worn while disinfecting the room.

**Contact tracing**

1.  School administrators and nurses should have adequate staff support to provide a robust contact tracing program for students or staff who test positive for SARS-CoV-2.
    a.  Consider training specific staff about COVID-19 contact tracing via the free Johns Hopkins COVID-19 Contact Tracing Course or another formal program.
2.  Work with the local health department for contact tracing programs and protocols.
3.  Follow local, state and federal reporting guidelines in cooperation with the local and state health departments.

**General health safety actions for staff and students**

**Screening prior to school entry**

1.  According to CDC guidance updated July 23, 2020, for K-12 schools, schools are not expected to screen children, students or staff to identify cases of COVID-19. If a community has cases of COVO-19, local health officials will help identify those individuals and follow up on next steps.
    a.  CDC does not currently recommend universal symptom screenings (screening all students grades K-12) be conducted by schools.
    b.  Parents or caregivers should be strongly encouraged to monitor their children for signs of infectious illness every day.
    c.  Students who are sick should not attend school in-person.[12]
2.  On-site temperature screening of students upon arrival to school or prior to boarding transportation to school is not recommended and would cause potential crowding in lines and delayed entry and start times. In addition, temperature screening in young children is not a reliable screen as fever is present in ~50% of infected children.[12]
3.  While routine general screening for all students and staff is not recommended by the CDC, it is essential that students and staff who have symptoms of illness at school be recognized, removed from the classroom and sent home as soon as possible.



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

6

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

*Back to Top*

4. Teachers and staff should be provided with education and information on the symptoms of COVID-19 in children so that appropriate and timely recognition may take place if a student develops symptoms during the school day.

5. Staff should use a self-screening survey/checklist prior to coming to work and should stay home if they have a positive screen. It may be beneficial and likely more feasible to screen staff, visitors and adults prior to school entry for symptoms as well as with a temperature check.

6. Strict exclusion policies for symptomatic students and staff should be implemented and enforced.

7. Families should be empowered by placing the responsibility of screening on the parent/caregiver. Families should be provided a checklist for daily screening prior to school entry. Families should receive clear communication on expectations of self-monitoring and the expectations of students staying at home if they have a positive screen.

8. Consider posting a self-screening checklist at each entry point to the school.

9. Testing and return-to-school guidelines should be determined in conjunction with the local and state health department recommendations

10. Examples of screening tools and questions:
    a. CDC Screening Questions: https://www.cdc.gov/coronavirus/2019-ncov/community/schools-childcare/symptom-screening.html
    b. Missouri Hospital Association - https://www.mhanet.com/mhaimages/COVID-19/ScreeningForm.pdf
    c. Kansas Department of Health and Environment - https://www.coronavirus.kdheks.gov/DocumentCenter/View/1229/COVID-19-Employee-Health-Screening-Form--PDF---5-20-20
    d. Phone applications such as Apple COVID-19 Application or UnitedHealth ProtectWell App

**Limit non-essential visitors**

1. Strictly decrease the number of non-essential visitors on campus.

2. Limit parent entry by modifying drop-off and pick-up procedures.

3. Consider staggered drop-off and pick-up times to decrease the number of parents/caregivers on the schoolgrounds at any one time.

4. Encourage parent volunteerism and involvement in ways that do not require the parent to be physically present at school, such as making masks and signs to promote health and safety and helping teachers through home volunteer assignments.

5. Utilize a parent portal to promote strong communication between parents and teachers through alternative and non-face-to-face conversations.

6. Develop modified return-to-school procedures to limit the number of students, parents and families in the school.
    a. Consider virtual, online or telephone enrollment.
    b. Organize staggered in-person enrollment with risk mitigation strategies in place to significantly reduce the number of people in the school for enrollment events at one time.
    c. Consider virtual "Meet Your Teacher" events.

7. Modify parent/student/teacher conference protocols. Consider virtual conference formats



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

7

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

APPENDIX C | KANSAS COVID WORKGROUP FOR KIDS


Back to Top

8. Limit all non-essential school-based events and outside events that use school property. Consider alternative strategies to community-building and fund-raising that limit gathering of individuals and comply with physical distancing recommendations.

**Promoting hand-hygiene practices**

1. Respiratory viruses, including SARS-CoV-2, are primarily spread through respiratory droplet transmission. Viral shedding can also occur prior to symptom onset. Therefore, routine proper hand hygiene, either with soap and water or with hand sanitizer containing at least 60% alcohol, is critical to lessen the transmission of SARS-CoV-2and is one of the most effective methods to prevent spread.[13-15]

2. All students and staff should receive proper hand hygiene education and guidance that is consistent with their age and developmental skills.

    a. Hands should be washed with soap and water for at least 20 seconds.

    b. Consider supervised hand washing as developmentally appropriate until competence is demonstrated by the student. Hand sanitizer should contain at least 60% alcohol. Cover all surfaces of hands and rub them together until they feel dry.

    c. If any student or staff coughs or sneezes into their hand, they then should wash hands or use hand sanitizer immediately afterward.

    d. Students and staff should be encouraged to cough or sneeze into their shirt sleeve.

    e. Hands should be washed after touching masks.

3. The preferred method of hand drying is the use of single-use disposable paper towels rather than electric air-based hand dryers.[16]

4. Consider installing touchless faucets, soap dispensers, paper towel dispensers.

5. Consider incentives for good hand-washing behaviors for children.

6. Hand sanitizer containing at least 60% alcohol should be readily available and easily visible for students and staff at each entry point of the school, as well as upon entry to each classroom.

7. Formal education for all students and staff on limiting face touching and avoiding touching eyes, nose and mouth as much as possible. Education should be age appropriate and in a positive, non-judging manner.

8. Age appropriate signage should be displayed throughout the school and classrooms as visual reminders for hand hygiene.

9. Consider having routine hand hygiene breaks with hand sanitizer throughout the day in addition to the use upon school entry, prior to meals/snacks, following toileting or following cough/sneeze.

**Masking/face shields/partitions:**

Due to the risk of SARS-CoV-2 transmission from asymptomatic and presymptomatic individuals, and in accordance with current CDC recommendations, we recommend mask requirements for school systems as detailed below. The CDC recommends use of non-medical grade cloth face coverings in public settings where other physical distancing measures are difficult to maintain.[17] Using a non-medical grade mask will not decrease all risk of viral transmission, but in addition to other mitigation efforts, masks can further reduce transmission of SARS-CoV-2 in a school or building. Other mitigation efforts include physical distancing, effective hand hygiene, and routine cleaning and disinfecting.[13-15,17,39-44]

Masks are more effective at decreasing transmission of viral particles when worn by the infected individual by decreasing the number of viral particles that they expel while coughing, sneezing, touching their face or



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

8
*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



performing other activities. This is especially important if there are asymptomatic or presymptomatic students or adults that are unaware that they are sick but may be at risk of spreading their infection to others prior to the start of their symptoms.

Masks potentially decrease high-risk touches to the face and inoculation of mucous membranes if worn correctly and not frequently manipulated. Wearing a well-fitting mask may also decrease the viral load of an exposure to an individual when somebody near them coughs or sneezes. Still, there is limited data on the efficacy of cloth, non-medical grade masks. There is also very limited evidence on the efficacy of face shields and partitions. Face shields and partitions may substantially reduce the short-term exposure of individuals to large infectious aerosol particles from a cough or sneeze, but smaller particles can remain airborne longer and flow around the face shield or partition and are more easily inhaled.[18] Face shields are best used in addition to a medical-grade mask in a health care setting and may not be as effective when used alone. Still, we must balance the risk of viral transmission with the ability to provide a quality education to all children in the state of Kansas, which is also important for each student's long-term health and well-being. Face shields and partitions may improve compliance and should be considered as a strategy for a barrier to viral droplet transmission in conjunction with the use of masks as described below and by themselves as an alternative to a mask only when adequate physical distancing is practiced.

1. Students

   a. Age ≤ 9yo – Although there is very limited data in this age group, children less than 10 years of age seem less likely to be "super spreaders" or even significantly transmit SARS-CoV-2 to their peers and adults.[2-11,36] As schools reopen we will learn more about transmission in children and these recommendations may be modified. When young children are asked to wear masks, strict compliance to effective mask placement without manipulating the mask is low.[13] For some students in this age group, masks may disrupt education without providing a significant reduction in viral transmission. When manipulated frequently, masks may increase high-risk touches to face, which can increase the risk of transmission.

   Even though some children may not feel comfortable with wearing a mask, as masks become more normalized in our community, most children are demonstrating the ability to wear masks without significant difficulty. It is important that children can find a mask that they feel comfortable wearing. Children are more likely to respond positively to wearing a mask when it is role modeled and they have control in the process. Parents can allow students to choose mask design/color/fabric/picture and help normalize masking by practicing at home, showing their children pictures of other children with masks on, role modeling and explaining the reasons for masking as developmentally appropriate.

   KCWK strongly recommends that all students in K-12 schools wear an appropriate mask or face covering. This includes in the classroom, school common areas and bus. This may further reduce the risk of viral transmission among young students and adults. However, based on the considerations above, some young children may have difficulty wearing a mask effectively for the entire duration of the school day. For this, classroom teachers may have the discretion to allow masks to be worn for portions of the school day and allow breaks from mask wearing when children are more than 6 feet apart and working individually. We do strongly encourage that every student wears a mask while in school common areas and when physical distancing is difficult to execute.

   b. Age 10 and up- Children older than 10 years have shown to have greater ability to spread COVID-19 to household contacts; especially when not using masks or other transmission mitigation strategies.[36] Students older that 10 years who have the developmental capability should be required to wear a mask while at school. This includes in the classroom, common areas and bus.



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

9

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

APPENDIX C | KANSAS COVID WORKGROUP FOR KIDS

# APPENDIX C | KANSAS COVID WORKGROUP FOR KIDS



*Clerk of the District Court, Johnson County*
*05/03/21  01:59:10*

**APPENDIX**

c. **Mask Exemptions:** There are very few exemptions to wearing a mask for children and adults. KCWK asks that primary care physicians and medical professionals in Kansas work to support and promote masking for adults and children. Rather than writing mask exemptions, please advise youth and their parents on how to increase comfort on wearing masks. The following list includes exemptions for mask wearing:

   i. Children < 2 years of age
   ii. Any child who is asleep, incapacitated, unconscious or not breathing
   iii. Children with sensory processing disorders who are unable to wear a mask without excessive trauma or frequent manipulation
   iv. Children with behavioral health diagnoses or developmental delays that prevent them from wearing a mask or are unable to wear a mask without frequent manipulation

d. Teachers can consider mask breaks when students are outside and physically distanced to improve compliance and help with comfort.

e. Provide or encourage students to bring paper sacks to store their masks in when not being worn (food and beverage breaks, mask breaks, etc.)

f. Students should have access to a replacement mask in case their mask is damaged or soiled.

g. Education should be provided on proper wearing techniques, compliance and manipulation, and minimizing high-risk face touches.

h. Age appropriate signage should be displayed throughout the school and classrooms as visual reminders for masking.

i. All symptomatic students and staff must be masked until they have left the campus. Masking can also decrease transmission between household contacts and can be encouraged in the home setting on a case-by-case basis.

j. Consider a student mask laundering program if facilities/resources are available.

k. School system should think critically about the effect that a universal masking program may have on students at risk for truancy, behavior problems and poor academic achievement and develop non-punitive ways to enforce universal mask use without harming the student's social and academic development.

l. Specialty masks with a clear window or face shields may be helpful when education is unable to be performed while using a mask. (e.g. speech and language pathology sessions, English

m. When working with pyrophoric and/or flammable chemicals, use face masks made from 100% cotton or flame resistant non permeable materials. Masks can also increase risk when working with certain machinery. Consider utilizing physical distancing and face shields in situations where masks are a safety hazard.

2. **Staff, adults, school visitors, vendors** – We recommend that all adults and visitors ≥ 5 years old should be required to wear masks or face shields when they enter a school. The school should have a supply of cloth or disposable adult-sized masks to provide to adults that do not have their own mask on entering the building.



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

10



3. <u>Masks</u>- Students and staff should use cloth face coverings rather than medical grade surgical masks and N95 respirators. School nurses should have access to medical grade masks when caring for students and staff. Per CDC guidelines, cloth masks should[37]:
   a. Fit snugly but comfortable against the side of the face
   b. Completely covers the nose and mouth
   c. Be secured with ties or ear loops
   d. Includes multiple layers of fabric
   e. Allows for breathing without restriction
   f. Can be laundered and machine dried without damage or change to shape

4. <u>High-risk students and adults</u> - Students, families and staff should consider utilization of wearing a mask and/or a face shield for improved protection from viral transmission on a case-by-case basis, as discussed with their primary care physician.

5. <u>Nurse's office</u> - Students with symptoms of COVID-19 should be isolated and directed to the nurse's office immediately. School officials should examine their nursing office and consider ways to mitigate spread of symptomatic students and adults while in this location, such as distanced seating locations and partitions. All students and adults should wear a mask when in the nurse's office. Also consider the increased usage of the school nurse during this time and consider increasing the overall space, seating, supplies and resources for the school nurse. School nurses should have appropriate PPE available (masks, gown, gloves, eye protection) to protect them from students or staff who become ill and symptomatic at school.

6. <u>Face shield and partitions</u> - Masking can interfere with direct education, especially for speech and language instruction, and for those who rely on nonverbal communication to learn. Each school and school district should consider alternative methods to ensure the safety of students and staff while participating in classroom instruction that is unable to be performed while using a mask. (e.g. speech and language pathology sessions, English speakers of other languages, classroom read alouds, etc.). While there is evidence supporting that face shields used alone are inferior to medical grade masks[18], there is a paucity of literature comparing the use of face shields alone to non-medical grade masks. It is reasonable to consider the use of face shields alone when masking interferes with speech and language instruction. In these cases, physical distancing should be practiced.
   a. Partitions and physical barriers may be helpful in areas such as reception and employee workspaces where adherence to physical distancing may be difficult.
   b. Partitions and physical barriers can be used in addition to masks in areas that may be high-risk for viral transmission.

**Physical distancing:**

Effort should be made to decrease the number of people that each student and staff interacts with during each day and each week and to decrease the amount of "close contacts" with others as defined by the CDC and KDHE. A close contact is defined as someone who was within six feet of an infected person for at least 10 minutes starting from two days before illness onset (or, for asymptomatic clients, two days prior to positive specimen collection) until the time the patient has completed isolation.[19,20] This would decrease the overall exposure to others if someone in the school has SARS-CoV-2, and hopefully decrease the transmission of the virus. However, physical distancing in schools for young children may not be practical and may be harmful. Close interactions are important for normal development. Suggestions for physical distancing include:



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

11

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

APPENDIX C | KANSAS COVID WORKGROUP FOR KIDS



1. Ensure that schools meet the state and federal guidance on the amount of space (square feet per student) and attempt to exceed these spacing recommendations.

2. Classrooms should be arranged in an effort to maximize the amount of space between students by spacing desks, tables, centers and seating.

    a. Arrange desks 3-6 feet apart whenever feasible.

    b. If possible, all students should face the same direction.

    c. Teacher workspace and teaching area should maintain 6 feet from students whenever possible unless it is disruptive of the educational process.

3. Work toward smaller class sizes and consider the use of alternative grouping of students into cohorts with fewer students per educator to be able to increase the physical space between students.

4. Efforts should be made to decrease shared spaces among students, especially students who may not typically interact with each other during the school day. Consider designating hallways, restrooms and shared spaces by grade level or classes to decrease exposure to other students or fomites from these shared spaces.

5. Minimize large gatherings and assemblies. Assembly content can be broadcasted to the home rooms as an alternative to large gatherings.

6. Decrease use of shared spaces such as staff break rooms.

7. Encourage and continue modified sports and physical education classes. These activities should be modified according to available protocols with special consideration given to modification of high-contact sports. Shared equipment should be avoided and if not avoidable should be cleaned between uses and at the conclusion of the activity.

8. Modify student clubs, meetings, conferences, staff meetings and other similar events so that they can comply with physical distancing standards, decrease close contact exposure. Conduct meetings virtually as much as possible.

9. Consider alternative-credit programs to decrease the number of students in high school buildings to improve physical distancing. Consider programs such as a "school flex program" for 11th and 12th grade students to gain high school credits for non-school activities with specific requirements. This may increase the graduation rate for students who may be at risk of dropping out of school, as well as possibly decreasing the density of students in high schools and aiding with physical distancing of students in school. This may also allow students to retain employment while gaining credit if they are helping to support their families during economic recession.

10. Student movement

    a. Modify hallway "passing" periods to limit the number of students interacting in the hallway at one time.

        i. Consider designating one-way hallways during passing periods

        ii. Consider designating "lanes" in the hallway to direct the movement and of students in hallways.

    b. Eliminate or modify locker usage and assignment to reduce the need for hallway use in multiple areas of the building.

        i. Consider assigning lockers by student cohort.

Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

12

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

Kansas State Department of Education | www.ksde.org


*Back to Top*

    ii.   Mitigate harm to students who don't have access to locker by developing plans where students are not required to carry an unreasonable number of books and supplies throughout the day and between home and school.

c.   Modify student movement and out-of-classroom transitions to decrease exposures to other students. This can include having special classes such as non-vocal music and art in their home classroom.

d.   Consider keeping students in the same classroom from class to class and have teachers move from room to room to decrease risk of transmission during passing periods and avoid students sitting at multiple desks throughout the course of the day.

e.   Consider having teachers teach more than one class for the same group of students to minimize contacts for both students and teachers.

f.   Allow students to have "stretch breaks" in the classroom between class periods.

11. **Meals**

a.   Hand hygiene should be performed prior to eating.

b.   Consider alternatives to traditional school cafeteria meals to decrease the possibility of viral transmission.

c.   Decrease shared usage of high-traffic areas such as cafeterias.

d.   Consider having students eat breakfast and lunch in their classrooms or having lunch break outdoors, as weather permits, rather than gathering in the cafeteria.

e.   Consider staggered lunch periods to minimize the number of students present at once.

f.   Discourage sharing of food or drinks among students.

g.   Discourage buffet-style serving, salad bars, and "grab-and-go" snack and beverage coolers.

h.   Discontinue off-campus lunch periods (or open lunch policies) to limit exposure of students to others outside of the school.

i.   Refer to CDC guidance on "What School Nutrition Professionals and Volunteers at Schools Need to Know" about COVID-19.[21]

12. **Recess and outdoor activities**

a.   Recess, structured and unstructured play, and physical activity are important to the physical and mental health of students. These activities should be encouraged with modifications.

b.   Cohort students and stagger recess periods to limit the number of students interacting together during recess at one time.

c.   Students should perform hand hygiene prior to and following outdoor play periods.

d.   Physical distancing should not be required for outdoor activities such as recess.

e.   If community spread of SARS-CoV-2 is high, consider avoiding the use of shared playground equipment.

**Water Fountains**

It is important for students to have access to water for hydration throughout the school day. However, public water fountains are high risk for transmission of respiratory and gastrointestinal viruses. Schools should consider alternatives to public water fountains for providing access to drinking water to students and staff.



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

13

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

APPENDIX C | KANSAS COVID WORKGROUP FOR KIDS

**APPENDIX**

**APPENDIX**

1096


*Back to Top*

1. Utilize personal reusable water bottles with bottle filling stations around the school instead of fountains.
    a. Consider adding reusable water bottles as an essential school item on student supply lists. Partner with parent teacher organizations/associations (PTO/A) to provide reusable water bottles to students.
    b. Consider disposable paper cups at water filling stations if reusable water bottles are not available.
2. If there are no bottle filling stations available, then consider turning existing water fountains into bottle filling stations. This should include strict education, signage and regulation that these water fountains should not be used for direct drinking.
3. If other options are available, consider turning off, removing or covering water fountains to prevent use.

**Cohort students and staff**

Cohort students and staff to limit the mixing of students or staff and reduce the number of close contacts and decrease the risk of exposure if an infection occurs. Emphasis should be placed on cohorting students and staff at all grade levels to prevent cross exposure.

1. Consider the following areas to implement cohorting:
    a. Core and elective classes
    b. Lockers and hallways
    c. Lunchrooms
    d. Restrooms
    e. Safety drills
2. Use outdoor space when possible.
3. Work with teachers/counselors/staff/students/parents to ensure that students feel safe, well connected, and have a trusted adult and peer in their assigned cohort. This may require flexibility early in the process to ensure these goals are met.

**Cleaning and disinfection**

Detailed recommendations for environmental cleaning and disinfection are beyond the scope of this document. There is risk of SARS-CoV-2 transmission from fomites in the school environment such as high-touch surfaces, shared equipment, writing utensils, tables and desks, among other objects. The virus is transmitted by touching a contaminated surface and then touching mucous membranes such as the mouth, nose, eyes. A regular and detailed cleaning protocol may decontaminate surfaces.

1. SARS-CoV-2 has been detected on a variety of surfaces and it is possible that infection can occur by touching contaminated surfaces and then touching one's eyes, nose or mouth.

2. Develop a specific standard of excellence for cleaning and disinfection of each school within the state of Kansas.

3. Establish an oversight team to ensure that all schools are meeting the above standard of excellence. Consider partnering with the County Health Department to establish the oversight team for effective cleaning and disinfecting.

4. Emphasis should be placed on cleaning and disinfection of high-touch surfaces (door handles, sinks, faucet handles, light switches, bathrooms, handrails, etc.).



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



5. Consider elimination of high-touch surfaces rather than frequent cleaning.

    a. Consider leaving interior doors open to eliminate the need for touching door handles.

    b. Install touchless faucets, soap dispensers, paper towel dispensers.

6. Develop safe and effective routines for cleaning and disinfection of toys and equipment between student uses (computer equipment, shared art supplies, shared play or gym equipment, etc.).

    a. Promote handwashing before and after use of shared equipment.

    b. Utilize computer keyboard covers to facilitate cleaning between users

7. Please see CDC and KDHE guidance for more information:

    a. https://www.cdc.gov/coronavirus/2019-ncov/community/clean-disinfect/index.html

    b. https://www.coronavirus.kdheks.gov/DocumentCenter/View/991/Cleaning-and-Disinfecting-Your-Business-PDF---4-29-2020

**Ventilation:**

Detailed recommendations for environmental ventilation are beyond the scope of this document. School district facilities leadership should consider updates to their fuel and energy conservation policies to conform to ASHRAE indoor air quality standards as well as the ASHRAE updated recommendations for air quality for schools and universities for COVID-19.[22]

1. School facilities and operations teams should address options for intermittent airings for schools with functioning exterior windows as an option for decreasing airborne transmission and improving air quality within schools and classrooms.

2. Weather permitting, the use of outdoor environments and opening of windows should be encouraged to improve air quality and ventilation.

3. Specific attention should be placed on school ventilation and air conditioning maintenance to improve efficiency of the system and air quality.

**Staff training of health and safety protocols**

1. All staff should receive adequate training on all health and safety protocols.

2. All safety protocols should be easily accessible for staff to review as needed.

3. Visual signage of various safety measures may assist in reinforcement and reminders.

**Contingency planning**

1. In these unprecedented times, schools and school districts should undergo extensive contingency planning to maintain their ability to provide effective education and a safe and healthy environment for students and staff, despite likely interruptions to the typical school day and variable staff availability.

2. Consider having a district/school committee that can meet virtually to handle contingencies and questions as they arise.

**Continual distance learning**

1. Distance learning options and resources should be available for students that are unable to attend school due to prolonged exclusion (if ill, personal or family health risks, high prevalence of community spread).

2. Consider having KSDE choose top educators for various subjects and allowing students to self-enroll in these online classes. Consider using high-risk teachers as online educators to decrease their own



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

15

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

APPENDIX C | KANSAS COVID WORKGROUP FOR KIDS

1098

**APPENDIX**



risk of illness. If unable to do this at a state level, consider collaborating between districts to offer distance learning.

3. Due to the high prevalence of dyslexia, online education should include resources with read aloud/video instructions.

4. Specific accommodations should be made for students with individualized education plans (IEP) and 504 plans during continual distance learning.

5. Districts should support students and parents from households where English is not the primary language to be able to maximize academic achievement during continual distance learning.

6. Develop strategies to provide internet access to students to maximize connectivity for continuous online learning. Coordinate within the community to achieve improved access. Consider partnership with community buildings, restaurants, churches and/or clinics to allow for open access to Wi-Fi networks.

7. The move to continual distance learning in spring 2020 led to sharp increases in incidents of internet child exploitation in Kansas and nationwide. The National Center for Missing and Exploited Children and Wichita Police Department Internet Crimes Against Children Task Force report large increases in the number of reports made by CyberTip lines as well as electronic service providers such as child pornography, child sex tourism, child sex trafficking, child sexual molestation (non-family), online enticement of children for sex acts and unsolicited obscene material sent to a child. While COVID-19 is a serious health risk to our community, when students are forced to navigate the online world with limited supervision, they are at risk of dangers that may leave long-term psychological impacts on themselves and the community.[23] Recommendations include:

   a. Provide developmentally appropriate education to parents and students of all age groups about risks of unsupervised internet use and ways to guard against these risks during distance learning.

   b. Train teachers and staff working with students through online learning platforms to be able to identify red flags, risk factors and warning signs of child exploitation and guard against these risks.

   c. Utilize appropriate safeguards on school-owned devices to limit student access to high risk online activity. Consider making safeguards available to parents for use on student-owned devices.

   d. Offer mental health support to students in online continual learning programs.

   e. Use consistent learning platforms within districts to limit the variability in accessed websites between sibling/household groups for education. Limit assignments requiring students to "link-out" from this platform.

   f. Partner with primary care physicians to educate children and parents on media safety.

**Children with special health care needs**

1. Students who have chronic and/or complex medical conditions or are immunosuppressed and at risk for more serious illness from other infections may also have more serious illness with COVID-19.[24]

2. Registries of children with congenital heart disease, cancer and inflammatory bowel disease show these children are not at higher risk of contracting infection but may be at higher risk of severe infection or adverse outcomes if they do become infected.[24]

3. As there is not convincing data at this time to suggest that the medical risk of these children from SARS-CoV-2 is different from the risk of other respiratory viruses, it is recommended

Kansas State Department of Education | www.ksde.org



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

16

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



that most of these students can attend school. This should be a shared decision between the student's family, their primary medical team and the school.

4. Work with parents and the student's primary care physicians to develop a safe, individualized school reentry plan for students with special health care needs on a case-by-case basis.

5. Staff should receive specialized training in providing care for children and youth with special health care needs such as transfers, toileting, diapering, feeding that may require additional PPE and cleaning/disinfecting.

**Social and emotional support**

<u>Students</u>: Since Kansas school closure in March 2020, children have been at an increased risk of experiencing trauma, exploitation, hunger, family stress, domestic violence, abuse and, anxiety. They may be grieving the loss of loved ones from COVID-19 and grieving missed experiences.[23, 25-28]

1. Mental health support should be available to all students to help them cope with stress from the pandemic and be ready to learn.

2. Administrators and educators should facilitate ways for students to identify trusted adults that can serve as a mentor to them through this academic year.

3. School districts should be proactive in responding to the social and emotional well-being of their students. Recommendations include:

   a. Trauma-informed care training for all teachers and staff.

      Resource: https://www.nctsn.org/

   b. De-escalation training for all teachers and staff.

      Resource: http://www.livesinthebalance.org/educators-schools

   c. Increase the number and availability of mental health professionals in schools including options provided by telemedicine.

   d. Streamlined referral process for students and staff who require professional mental health services (e.g. students with suicidal ideation, significant trauma).

   e. Confidential options for students to ask for support services.

4. Students undergoing transition years (grades 5 to 6, 8 to 9, 11 to 12) may have had to make decisions regarding special programs or classes, registration or other educational options without having access to the usual information or services. It is important to have program flexibility for the first few months of the year to allow for schedule changes.

5. The COVID-19 Pandemic has exacerbated socioeconomic and emotional hardships that students and families face. It is expected that frequent changes, new procedures and ongoing uncertainty has and will continue to increase anxiety and stress in children, especially those who have a prior history of mental health conditions or trauma. Schools should be prepared for students who do not return to school due to social and emotional difficulties, poverty, food insecurity, homelessness or other hardships. Schools should develop outreach plans for students who do not return to school and when able and appropriate, intervene and provide accommodations to support students and families experiencing these hardships.

6. Increased educational support services should be available to identify and remediate any learning gaps that may have occurred during school closures.

7. Pre-pandemic education focuses should continue including bullying recognition and prevention, social emotional character development, dyslexia screening and intervention, among others.

*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

17

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

APPENDIX C | KANSAS COVID WORKGROUP FOR KIDS



Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**Staff:** School districts and officials must recognize the continual impact that the pandemic may be having on staff and the additional stress and anxiety that comes with reopening of schools. Teachers and staff will have new expectations as they educate students in new ways and implement new policies and procedures to mitigate SARS-CoV-2 transmission. Staff may also be worried about their own wellbeing or wellbeing of their family upon returning to work. Support resources should be available to assist with staff mental health needs as they return to work.

**Communication:**

During uncertain times, students, family and staff will benefit from regular and clear communication from a trusted source. Develop communication strategies that consider the needs of students, families, staff and the community and delivers accurate information in an organized manner,

**Attendance**

1. KSDE should consider attendance requirement relief to decrease penalties for lower attendance to decrease the pressure on students and families to attend school if having signs of a viral infection.

2. Distance learning attendance alternatives should be provided to help meet some requirements if there are prolonged exclusions from school to ensure continued educational growth.

3. Discontinue awards for perfect attendance.

**Vaccinations**

1. Recommend strict compliance with KDHE Kansas School Immunization Requirements.

2. Recommend improved functionality and compliance of Kansas Immunization Registry.

3. Recommend that all students and staff have the influenza immunization by the end of October unless medically contraindicated.

   a. Partner with the Health Department or local clinics to provide onsite immunization drives and incentives to improve the rate of influenza immunization among students and staff.

   b. Work with local primary care physicians, pharmacies, immediate care clinics, and other immunization providers to keep up to date student immunization records.

4. Recommend strong consideration for programs or incentives to encourage staff to obtain a SARS-CoV-2 immunization when a safe and effective immunization is made available.

   a. Partner with the Health Department to provide onsite SARS-CoV-2 immunization drive and incentives to improve the rate of SARS-CoV-2 immunization among students and staff when available.

   b. Work with local primary care physicians to update student health records.

**Preparticipation physicals:**

1. Students should continue to see their primary care physician for annual physical checkups and immunizations. Schools should require the same start-of-school medical paperwork and preparticipation physicals should still take place.

2. Some primary care offices have been affected by the COVID-19 pandemic, which may lead to delayed appointments or completion of these requirements and if that is the case, then schools may consider extending deadlines for paperwork to ensure that students are able to attend school without a prolonged delay.



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

18

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



### School-based co- and extracurricular activities

KCWK understands the value of extra- and co-curricular activities in social and emotional character development, mitigation of other risk behaviors and building of resiliency in students. We encourage students to continue to participate in these activities. However, with the risk of SARS-CoV-2 transmission, KCWK advises against continuing participation in moderate and high-risk activities unless modified. We encourage schools to consider the following information in their school activities planning.

1. Assemblies: Large group assemblies should be avoided. Use alternate ways to share information such as broadcasting content for assemblies through homerooms.

2. Fields Trips: Limit all fields trips and non-essential travel for students and staff. If field trips or travel occurs, participants should comply with recommendations from local health officials as well as the CDC, KDHE and health and safety recommendations described above.

3. Spectators should be limited to sporting events and performances so that physical distancing can be practiced effectively.

4. Choir:

   a. Consider results from 7/21/20 Unprecedented International Coalition led by Performing Arts Organizations to Commission COVID-19 Study

   b. Singing is considered a high-risk activity as high rates of transmissions have been documented among grouped singers.

   c. In communities of sustained infections, in-person choir rehearsals should not resume, and virtual singing rehearsals should be considered.

   d. If communities do not have sustained spread, rehearsals should be conducted in larger spaces (cafeteria/gym) or outside when able to allow for physical distancing between choir members.

2. Band:

   a. Consider results from 7/21/20 Unprecedented International Coalition led by Performing Arts Organizations to Commission COVID-19 Study

   b. Playing of brass and woodwind instruments is considered high-risk activity.

   c. Playing stringed and percussion instruments would be less of a risk.

   d. Consider ability for marching band to obey six-foot physical distancing formation.

   e. Rehearsals involving higher risk instruments should be conducted in larger spaces (cafeteria/gym) or outside when able to allow for physical distancing between band members.

3. Sports:

   a. Resources:

      i. National Federation of State High School Associations Sports Medicine Advisory Committee document titled: Guidance for opening up high school athletics and activities[29]

      ii. CDC: Considerations for Youth Sports

      iii. American Academy of Pediatrics: COVID-19 Interim Guidance: Return to Sports



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

APPENDIX C | KANSAS COVID WORKGROUP FOR KIDS

APPENDIX C | KANSAS COVID WORKGROUP FOR KIDS



    iv.   Children's Hospital of Philadelphia: Return to Youth Sports After COVID-19 Shutdown: Reference Guides

b.   Efforts should focus on skill training rather than competition for this season.

c.   If competition resumes, limit competition to specific geographical areas, such as within the same district or county, and promote intramural play for students who may not otherwise participate in sports to encourage social/emotional/character development and decrease viral spread.

d.   Efforts should be taken to minimize communing in locker rooms.

e.   A student who is febrile and/or showing symptoms should be excluded from participation in extracurricular activities, including practices, with parental notification of fever. Return to school and return to play should be determined per recommendations above.

f.   If a student is febrile while offsite for a school sponsored activity, measures should be taken to isolate the student and transport home in a safe way to limit exposure to other students and staff.

g.   Risk stratification[29]

   *Weightlifting – If low intensity (low weight, high reps) this can be considered low risk; if high intensity weightlifting requiring a spotter, this creates increased risk and should be considered a high risk activity.

   **Denotes activities that could be lower risk if appropriate cleaning of equipment is done and masks are utilized by participants when recommended:

    i.   Low Risk: Activities that can be done with physical distancing or individually with no sharing of equipment or ability to clean equipment in between use.

       1.   Individual running events/cross country running (staggered starts)

       2.   Throwing events

       3.   Swimming (individual)

       4.   Golf

       5.   *Weightlifting

       6.   Sideline cheer

       7.   Band (without aerosolization instruments)

       8.   Video gaming

       9.   Board gaming activities (where exchange of equipment can be cleaned between participants)

    ii.   Moderate risk: Close contact between participants but ability to wear protective equipment to reduce respiratory particles OR intermittent close contact OR group sports OR sports with equipment that cannot be cleaned between participants:

       1.   **Baseball

       2.   **Volleyball

       3.   **Softball

       4.   **Gymnastics



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

20

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



5.  **Tennis

6.  **Pole vault

7.  **High jump/**long jump

8.  Basketball

9.  Soccer

10. Water polo

11. Ice or field hockey

12. Swimming relays

13. Crew rowing

14. 7-on-7 football

iii.  <u>High risk</u>: Close contact between participants and high likelihood of respiratory particle transmission without significant protective barriers:

1.  Football

2.  Lacrosse

3.  Basketball

4.  Competitive cheer

5.  Dance

6.  Wrestling

7.  High-intensity weightlifting requiring a spotter

iv.  KCWK recommends against resuming high risk activities unless significant modifications are made.

h.  <u>Mask wearing during extracurricular activities:</u>

i.  Masks should be worn by children ≥ 10 years old who are participating in sports when they are not undergoing intense activity (masks should be worn when sitting on the bench or in the locker room).

ii.  Coaches, officials, staff and contest personnel are highly recommended to wear masks and practice physical distancing.

iii.  Officials should utilize other means of noisemakers/alarms besides traditional whistles.

iv.  Adults and children ≥ 10 years old spectating at extracurricular events are highly recommended to wear masks and practice physical distancing.

<u>Closure of school if high level of community or school-wide transmission</u>

In accordance with local and state health officials, develop emergency plans for school closure if there is widespread and/or sustained transmission among students and/or staff at the school level or widespread and/or sustained transmission within the community. If there is deemed to be substantial transmission as



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

APPENDIX C | KANSAS COVID WORKGROUP FOR KIDS

1104



defined by large-scale community transmission, then the school or district should consider closure for a period of 1-2 weeks or longer based on local transmission.[30]

1. If local health officials determine that there is substantial transmission of SARS-CoV-2, then they will provide guidance to administrators on the best course of action for childcare programs and schools.

2. During extended school dismissals, extracurricular group activities, school-based programs and events should be discontinued.

3. In the event of an unexpected or prolonged school closure, school systems should implement strategies to continue to:

    a. Educate students through distance-learning formats.

    b. Provide meals to students.

    c. Provide essential services to students.

    d. Provide therapies to students in a distance-therapy format.

    e. Provide mental health services to students.

    f. Provide IEP/504 services to the best of the school's ability.

**Transportation recommendations**

1. STARTS taskforce: Consider Student Transportation Aligned for Return to School Task Force recommendations regarding student transportation.[31]

2. Transportation options:

    a. Districts should continue to provide transportation to and from school to students although parents should be encouraged to transport when able. This may reduce the number of students on each bus route and help physical distancing on buses.

    b. Consider flexible payment structures for transportation to encourage parents to transport students on days that they are able.

    c. Consider cohorting students to specific busses in order to limit the number of people with whom each student comes in contact.

3. Driver protection:

    a. Driver should establish a safe zone surrounding self; for instance, no students sit in the first two rows of seats. Consider additional protective barrier such as plexiglass.

    b. Driver must wear a mask while transporting students.

    c. Driver's window should remain open if weather permits.

4. Hand hygiene:

    a. All buses should have hand sanitizer stations at the bus entry.

    b. All students should use hand sanitizer upon entering the bus and again upon departure of the bus.

5. Masking and physical distancing:

Kansas State Department of Education | www.ksde.org



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

22

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



a. All students should wear a mask while on the bus in accordance to above masking recommendations.

b. Students should have assigned seats on the bus. Consider marking of seats so students know where to sit.

c. Students should sit one to a seat unless they are siblings. Siblings can be assigned seats together.

d. If spacing allows, consider seating students every other row to ensure physical distancing.

e. Allow windows to be open when weather permits.

6. Cleaning:[32,33]

a. Review KSDE COVID-19 school bus cleaning information.[33]

b. All drivers should receive training for proper disinfection of the school bus.

c. Each school bus should be disinfected following each run.

d. High touch surfaces should be disinfected routinely.

e. Clean the floors first. Cleaning the floors may cause contaminants to become airborne and land on surfaces. By cleaning the floors first, these pathogens can then be wiped down.

f. Vacuum floors over mopping floors. Pathogens can build up on mop and then be easily spread.

g. Door and windows should remain open while cleaning.

h. Use gloves if required to touch surfaces contaminated by body fluids.



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be o working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

APPENDIX C | KANSAS COVID WORKGROUP FOR KIDS



# Authors:

The KCWK consists of the following members who serve not only as health professionals, but also as parents of students, athletes, and performers, school board members, health department consultants, community volunteers, and proud Kansans.

**Lead Authors:** Paul Teran, M.D., FAAP; Stephanie Kuhlmann, D.O., FAAP; Kari Harris, M.D., FAAP

**Co-Authors and Significant Contributors:**
Kansas COVID Workgroup for Kids Committee Members:

> **Jennifer Bacani McKenney**, M.D., FAAFP, Bacani/McKenney Clinic; Wilson County health officer; USD 484 School Board president; Fredonia.
> **Lindsay Byrnes**, M.D., MPH, medical director, Finney County Health Department; pediatric hospitalist, KUSM-W; Garden City.
> **Kristina Darnauer**, M.D., FAAFP, Rice County District Hospital; medical consultant, Rice County Health Department; Lyons.
> **Brent Duran**, D.O., MPH, KUSM-W Med-Peds hospitalist, Med-Peds Residency associate program director; director of internal medicine education, Wesley Medical Center; Wichita.
> **K. Allen Greiner**, M.D., MPH, director of research, Family Medicine Dept., KU Medical Center; chief medical officer, Wyandotte, County; Kansas City.
> **Kari Harris**, M.D., FAAP, director, Section of Adolescent Medicine, KUSM-W Pediatrics; Wichita.
> **Gretchen Homan**, M.D., FAAP, pediatrician, KUSM-W Pediatrics; President-Elect, KAAP; Wichita.
> **Kimber Kasitz**, BSN, RN, NCSN, director of health, Homebound and 504 Services, USD 259; President, Kansas School Nurses Organization; Wichita.
> **Stephanie Kuhlmann**, D.O., FAAP, Pediatric Hospitalist Division director, KUSM-W; pediatric medical director, Wesley Children's Hospital; Wichita.
> **Kelli Netson**, Ph.D., neuropsychologist, KUSM-W Department of Psychiatry & Behavioral Sciences; Wichita.
> **Philip Newlin**, M.D., FAAP, chief medical officer, AMG Ascension Via Christi; Wichita.
> **Brian Pate**, M.D., FAAP, chair of the Department of Pediatrics, interim vice chair of Population Health, KUSM-W; Wichita.
> **Rebecca Reddy**, M.D., FAAP, founder and managing partner of Redbud Pediatrics LLC; Wichita.
> **Abbey Rupe**, M.D., FAAP, Salina Family Healthcare Center, Smoky Hill Family Medicine Residency; Salina.
> **Beth Schutte**, BSN, RN, NCSN, district nurse, USD 261; Haysville.
> **Amy Seery**, M.D., FAAP, Pediatric Section Chair, Ascension Via Christi; Faculty, Via Christi Family Medicine Residency, KUSM- Wichita, Dept of Family and Community Medicine; Wichita.
> **Paul Teran**, M.D., FAAP, pediatric hospitalist, Inpatient Education director, KUSM-W Pediatrics; Wichita.







*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



## References:

1. American Academy of Pediatrics Children and COVID-19: State-Level Data Report as of 7/16/20. Available at: https://services.aap.org/en/pages/2019-novel-coronavirus-covid-19-infections/children-and-covid-19-state-level-data-report/. Accessed July 24, 2020.

2. Heavey Laura , Casey Geraldine , Kelly Ciara , Kelly David , McDarby Geraldine . No evidence of secondary transmission of COVID-19 from children attending school in Ireland, 2020. Euro Surveill. 2020;25(21):pii=2000903. https://doi.org/10.2807/1560-7917.ES.2020.25.21.2000903

3. Isaacs, D., Britton, P., Howard-Jones, A., Kesson, A., Khatami, A., Marais, B., Nayda, C. and Outhred, A. (2020), To what extent do children transmit SARS-CoV-2 virus? J Paediatr Child Health. doi:10.1111/jpc.14937

4. Kostas Danis, Olivier Epaulard, Thomas Bénet, et al., Cluster of Coronavirus Disease 2019 (COVID-19) in the French Alps, February 2020, Clinical Infectious Diseases, , ciaa424, https://doi.org/10.1093/cid/ciaa424

5. Lee B, Raszka Jr WV. COVID-19 transmission and children: the child is not to blame. Pediatrics. 2020; doi: 10.1542/peds.2020-004879

6. Macartney K, Wood N, Noni Winkler N et al. COVID-19 in schools—the experience in NSW. National Centre for Immunization Research and Surveillance. 2020. Available at: http://ncirs.org.au/sites/default/files/2020-04/NCIRS%20NSW%20Schools%20COVID_Summary_FINAL%20public_26%20April%202020.pdf. Accessed June 18, 2020.

7. Munro APS, Faust SN. Children are not COVID-19 super spreaders: time to go back to school. Archives of Disease in Childhood 2020;105:618-619.

8. National Institute for Public Health and the Environment, Ministry of Health, Welfare and Sport, The Netherlands: Children and COVID-19. 2020. Available at: https://www.rivm.nl/en/novel-coronavirus-covid-19/children-and-covid-19. Accessed June 18, 2020.

9. Posfay-Barbe KM, Wagner N, Gauthey M, et al. COVID-19 in children and the dynamics of infection in families. Pediatrics. 2020; doi: 10.1542/peds.2020-1576

10. Wu Q, Zing Y, Shi L, Li W, Gao Y, Pan S, et al. Co-infection and other clinical characteristics of COVID-19 in children. Pediatrics. 2020. doi:10.1542/peds.2020-0961.

11. Zimmermann P, Curtis N. Coronavirus Infections in Children Including COVID-19: An Overview of the Epidemiology, Clinical Features, Diagnosis, Treatment and Prevention Options in Children. Pediatr Infect Dis J. 2020;39(5):355-368. doi:10.1097/INF.0000000000002660

12. Center for Disease Control. Screening Students for Symptoms. Available at: https://www.cdc.gov/coronavirus/2019-ncov/community/schools-childcare/symptom-screening.html. Accessed July 24, 2020. Accessed June 21, 2020.

13. Chen X, Ran L, Liu Q, Hu Q, Du X, Tan X. Hand Hygiene, Mask-Wearing Behaviors and Its Associated Factors during the COVID-19 Epidemic: A Cross-Sectional Study among Primary School Students in Wuhan, China. Int J Environ Res Public Health. 2020;17(8):2893. Published 2020 Apr 22. doi:10.3390/ijerph17082893

14. Davies, N.G., Klepac, P., Liu, Y. et al. Age-dependent effects in the transmission and control of COVID-19 epidemics. Nat Med (2020). https://doi.org/10.1038/s41591-020-0962-9

15. Wei WE, Li Z, Chiew CJ, Yong SE, Toh MP, Lee VJ. Presymptomatic Transmission of SARS-CoV-2 — Singapore, January 23–March 16, 2020. MMWR Morb Mortal Wkly Rep 2020;69:411–415. DOI: http://dx.doi.org/10.15585/mmwr.mm6914e1external icon ◡

16. Huang, C., Ma, W., & Stack, S. (2012). The hygienic efficacy of different hand-drying methods: a review of the evidence. Mayo Clinic proceedings, 87(8), 791–798. https://doi.org/10.1016/j.mayocp.2012.02.019

17. Center for Disease Control. Recommendation Regarding the Use of Cloth Face Coverings, Especially in Areas of Significant Community-Based Transmission. Available at: https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover.html. Accessed June 20, 2020.



*As the information regarding SARS-CoV-2 (COVID-19) is rapidly evolving, KCWK intends for this to be a working document. Recommendations will require updates as new evidence emerges. This document is updated as of July 28, 2020.*

25

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

APPENDIX C | KANSAS COVID WORKGROUP FOR KIDS

APPENDIX

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Appendix

# APPENDIX D | Navigating Change 2020: Family Survey

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**APPENDIX**

# Navigating Change 2020: Family Survey

As we plan for the 2020-2021 school year, we would like to better understand your willingness and concerns surrounding your child(ren)'s return to school. We value your opinion and we understand that families may be in different places with their comfort level at this time.

Please know that we will continue to consider and plan accordingly for health and safety as additional guidelines and guidance are provided to us. This will include, but is not limited to, social distancing, the possibility of the use of masks by students and staff. Health screenings by nurse or office personal. We will provide you with updates on these considerations as more information becomes available to us from national, state, and local health and education officials and organizations.

Please complete a separate form for each child in your family because your comfort level for one situation/setting might be different than another.

Student's Name: _____

Student's School: _____

Parent/Guardian: _____

Phone: _____   Email: _____

---

Should we receive guidance from local health authorities that it is safe to return to school with cautionary measures in place, will your child be returning for the 2020-2021 school year?

____ Yes, I have no concerns

____ Yes, but I have concerns

____ No, I do not feel it is safe for my child to return to school

____ No, but I could change my mind based on the safety measures in place

____ I'm not sure

How comfortable do you feel about your child returning to school on a regular basis?

____ Totally comfortable

____ Very comfortable

____ Comfortable

____ A little comfortable

____ Not at all comfortable

---

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

1109

# APPENDIX

APPENDIX D | NAVIGATING CHANGE 2020: FARMILY SURVEY

Which of the following would make you feel more comfortable with your child returning to school or work? Check all that apply.

____ Public or district transportation safety measures in place

____ Improved cleaning before and after school starts

____ Guidance from local providers or health officials

____ Social distancing in classrooms

____ Being contacted if a student, teacher, or staff member gets sick

____ Sufficient personal protective equipment (e.g., masks, gloves) for students, staff, and teachers

____ Daily individual health checks

____ Sufficient reduction in local COVID-19 cases

____ Continue remote learning environment as long as possible

____ Expand testing and tracing of COVID-19

____ Require all students, teachers, and staff to wear masks

____ None of the above

____ Other:

How comfortable are you with your child participating in a daily symptom check for school safety?

____ Extremely comfortable

____ Somewhat comfortable

____ Neither comfortable nor uncomfortable

____ Somewhat uncomfortable

____ Extremely uncomfortable

____ I need more information about the daily symptom check to answer

What additional safety precautions would make you feel more comfortable about your child returning to school?

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



**APPENDIX**

Which of the following learning options, if available, would be your preference for your child?

___ **On-site Learning Environment:** students and teachers will be in school with or without social distancing practices put into place.

___ **Hybrid Learning Environment:** students would be spending part of their time in the classroom and part of their time learning virtually from home.

___ **Remote Learning Environment:** students would be doing all of their learning from home and not entering the school building at all.

If remote learning is still required, please share your experience with remote learning during the spring semester of 2020. Check all that apply.

___ I had little to no problems with connectivity, devices, or my child's learning

___ I was happy with the level of instruction my child received

___ The number of hours my child spent on class work was appropriate

___ I was disappointed in the level of instruction my child received

___ The number of hours my child spent on class work was inappropriate

___ My child was unable to do work remotely, as we do not have a computer or device

___ My child had difficulty connecting to the internet to do their work

Which of the following best describes your household situation regarding wireless internet?

___ I have access to wireless internet

___ I only have wireless internet access by using a cell phone

___ I do not have access to wireless internet

It is possible that students may be able to attend daily on a staggered schedule.

Please select which time slot works best for you.

___ 8:00AM – 11:30 AM

___ 12:00PM – 3:30PM

___ 4:00PM – 7:00PM

___ I am unable to accommodate a staggered daily schedule

It is possible that we may need to institute an alternative schedule to reduce the number of students in the classroom or on campus. Please select which days your child would need to be at school.

___ Monday

___ Tuesday

___ Wednesday

___ Thursday

___ Friday

___ I am unable to accommodate an alternate schedule

Can you provide your own transportation to school if we are not able to provide bus service due to social distance and/or other health guidelines?

___ Yes

___ No

Additional questions, comments or concerns:

APPENDIX D | NAVIGATING CHANGE 2020: FARMILY SURVEY

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Appendix

# APPENDIX E | Navigating Change 2020: Staff Survey

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**APPENDIX**

# Navigating Change 2020: Staff Survey

As we plan for the 2020-2021 school year, we would like to better understand your willingness and concerns surrounding your return to school. We value your opinion and we understand that staff members may be in different places with their comfort level at this time.

Please know that we will continue to consider and plan accordingly for health and safety as additional guidelines and guidance are provided to us. This will include, but is not limited to, social distancing, the possibility of the use of masks by students and staff. Health screenings by nurse or office personal. We will provide you with updates on these considerations as more information becomes available to us from national, state, and local health and education officials ad organizations

Should we receive guidance from local health authorities that it is safe to return to school with cautionary measures in place, will you be returning to your school or work site for the 2020-2021 school year?

___ Yes, I have no concerns

___ Yes, but I have concerns

___ No, I do not feel safe in returning to school

___ No, but I could change my mind based on the safety measures in place

___ I'm not sure

How comfortable do you feel about returning to your school or work site on a regular basis?

___ Totally comfortable

___ Very comfortable

___ Comfortable

___ A little comfortable

___ Not at all comfortable

Which of the following would make you feel more comfortable returning to your school or work site? Check all that apply.

___ Improved cleaning before and after school starts

___ Guidance from local providers or health officials

___ Social distancing in classrooms

___ Being contacted if a student, teacher, or staff member gets sick

___ Sufficient personal protective equipment (e.g., masks, gloves) for students, staff, and teachers

___ Daily individual health checks

___ Sufficient reduction in local COVID-19 cases

___ Continue remote learning environment as long as possible ···

___ Expand testing and tracing of COVID-19

___ Require all students, teachers, and staff to wear masks

___ None of the above

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
1113



# APPENDIX

APPENDIX E | NAVIGATING CHANGE 2020: STAFF SURVEY

How comfortable are you with participating in a daily symptom check for school safety?

____ Extremely comfortable

____ Somewhat comfortable

____ Neither comfortable nor uncomfortable

____ Somewhat uncomfortable

____ Extremely uncomfortable

____ I need more information about the daily symptom check to answer

What additional safety precautions would make you feel more comfortable about returning to school or work site?

Which of the following learning options, if available, would be your preference?

____ **On-site Learning Environment:** students and teachers will be in school with or without social distancing practices put into place.

____ **Hybrid Learning Environment:** students would be spending part of their time in the classroom and part of their time learning virtually from home.

____ **Remote Learning Environment:** students would be doing all of their learning from home and not entering the school building at all.

How comfortable are you with leading in-person instruction and physically supervising students in an on-site learning environment?

____ Totally comfortable

____ Very comfortable

____ Comfortable

____ A little comfortable

____ Not at all comfortable

Which of the following best describes your household situation regarding wireless internet?

____ I have access to wireless internet

____ I only have wireless internet access by using a cell phone

____ I do not have access to wireless internet

It is possible that students may be able to attend daily on a staggered schedule.

Please select which time slot works best for you.

____ 8:00AM – 11:30 AM

____ 12:00PM – 3:30PM

____ 4:00PM – 7:00PM

Additional questions, comments or concerns:

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Appendix

# APPENDIX F | SECD Implementation: School Counseling Considerations for Navigating Change

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**APPENDIX**

APPENDIX F | SECD IMPLEMENTATION

# SECD Implementation
## School Counseling Program Considerations for Navigating Change 2020

While there are many competing needs and concerns as the academic year begins (i.e., reintegration, student access, equity, personal safety), regardless of the learning environment, those serving on the Navigating Change task force recognize the inherent challenges that students, staff members and families will endure in the coming academic year. As you prepare, it is noted that you have many pressing and important priorities. Determining what your specific school, student, staff members and stakeholders need will be a critical and ongoing conversation.

### Implementing Social-Emotional Programs

The following recommendations are capable of being implemented utilizing the three identified options:

1. On-site
2. Hybrid
3. Remote

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**APPENDIX**

APPENDIX F | SECD IMPLEMENTATION

Social, Emotional Character Development (SECD) curriculum is best implemented following a tiered approach:



Specialized Interventions

Individual Counseling Support

Small Group Counseling/ Closing the Gap

Core Curriculum Lessons

**Tier 1:**

Researched-based curriculum intended for **all** students at the building level, such as schoolwide bullying prevention programs (i.e., *2nd Step, Steps to Respect*), suicide prevention programs, service-learning projects (Lions Quest), character education programs (Medal of Honor, CHAMPS), check-in strategies (7 Habits of Happy Kids, Kansas Can Competencies Framework, College and Career Competencies Framework, 11 Principles of Character Education, Leading Through Action Core Traits, Maize Way, Zones of Regulation, Xello/ Career Cruising), school families/ advisory groups, etc.

**Tier 2:**

Targeted, small-group instruction for **some**, such as classroom lessons, restorative circles, school club activities, service learning projects, Girls on the Run, class meetings, family meetings, SADD, DBT in Schools, needs-based small groups, work-based learning groups, school families/advisory groups, etc.

**Tier 3:**

Intensive intervention for **individual students**, such as individual counseling sessions, Individual Plans of Study (IPS), work-based learning experiences (WBL), behavior plans, IEPs, Xello/Career Cruising, etc.

**Tier 4:**

Specialized intervention for referrals are made to an outside agency for specialized interventions beyond the scope of school counseling services available at school (i.e., mental health, juvenile justice services, disability services etc.).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**APPENDIX**

APPENDIX F | SECD IMPLEMENTATION

To be clear, this document is not comprehensive in nature, but serves as a starting point - or guiding document - with recommendations and considerations of key elements that should be considered and tended to.  The guiding principles, as outlined, are two-fold.

1. Counselors and other mental health professionals serve in a leadership capacity in consulting and supporting SECD standards. Supporting the whole child will be critical in moving forward into 2020-2021 and beyond. SECD competencies are found throughout the suggested K-12 work within this document. Counselors traditionally consult and collaborate with staff members and should continue to encourage and support teachers as teachers embed the tenets of SECD, social-emotional and employability skills into class instruction. Regardless of the delivery model, social-emotional needs of learners must be a component of learning, and co-teaching, collaboration and consultation on delivery of SECD competencies are recommended.

2. School counselors often serve in a leadership capacity in addressing the Kansas Education Systems Accreditation (KESA) model (i.e., IPS, social-emotional factors, high school graduation) and are critical in adhering to the state statutes (i.e., personal safety, bully prevention, Jason Flatt Act, etc.). School counselor standards, priorities and expertise should not be abandoned during this time, but seen as a critical component.

Therefore, the Navigating Change task force recommends certain foci for school counseling programs to guide their work:

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**APPENDIX**

# Ease Student Transitions

Reestablishing connections is essential to supporting the student's sense of safety.

*"You have to win their heart before you win their mind."*

| STRATEGIES | RESOURCES |
|---|---|
| Welcoming students | Welcome back guide for schools: http://smhp.psych.ucla.edu/welcomeguide.htm |
| Check-ins | Check-in recommendations for remote learning environments: https://docs.google.com/document/d/1-YdjstRmlK2jPNr9lDVOX2JjBKqWmjJ9XrkaeOS7EgQ/edit |
| Morning meetings | Implementing Successful Online Morning Meetings: https://www.weareteachers.com/online-morning-meeting/ |
| Community building | Maintaining Positive Community: https://www.responsiveclassroom.org/maintaining-a-positive-community-remotely/ |
| Adapting to the needs of families | Engaging Families During Continuous Learning: https://padlet-uploads.storage.googleapis.com/495036708/80295afa3de0df46251aadbfa06c0000/Engaging_Families_in_Continuous_Learning.pdf |
| | Supporting Learning During the Coronavirus Crisis: https://ggie.berkeley.edu/school-challenges/supporting-learning-and-well-being-during-the-coronavirus-crisis/#tab__2 |

APPENDIX F | SECD IMPLEMENTATION

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*


**APPENDIX**

APPENDIX F | SECD IMPLEMENTATION

## Prioritize Trauma-Informed Professional Development

Exposure to toxic stress can impact learning, and schoolwide supports are essential.

| STRATEGIES | RESOURCES |
|---|---|
| Help students, staff members and families to consider how stress might play out by age group. | National Child Traumatic Stress Network: https://www.nctsn.org/sites/default/files/resources/fact-sheet/parent_caregiver_guide_to_helping_families_cope_with_the_coronavirus_disease_2019_covid-19.pdf<br><br>Trauma-Informed Teaching Strategies: http://www.ascd.org/publications/educational_leadership/oct19/vol77/num02/Trauma-Informed_Teaching_Strategies.aspx<br><br>Virtual Calm Down Room: https://sites.google.com/view/tps-counseling-calming-room/ |
| Consider risk and protective factors associated with toxic stress. | NCTSN Risk and Protective Factors: https://www.nctsn.org/what-is-child-trauma/about-child-trauma |
| Reinforce self-care strategies for students, staff members and families. | Tips for Helping School-Age Children After a Disaster: https://www.nctsn.org/sites/default/files/resources/fact-sheet/taking_care_of_yourself.pdf<br><br>Self-Care Assessment for Staff: https://padlet-uploads.storage.googleapis.com/495036708/fee6d10f9d9df5ab62e770d60d660c53/Activity__Self_Care_Assessment.pdf |

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org



**APPENDIX**

## Allow Time to Process Thoughts and Feelings

New stressors are likely to occur throughout the school year. Designating safe spaces and times to process thoughts and feelings shows the students that you care.

| STRATEGIES | RESOURCES |
|---|---|
| Restorative practices | ASCA Restorative School Practices in Action: https://videos.schoolcounselor.org/restorative-school-practices-in-action<br><br>Restorative Practices Parent Booklet: http://fromdiaperstodiamonds.com/wp-content/uploads/2015/06/Restorative-Practice-Parent-Booklet-Real-Justice.pdf |
| Reinforce resilience through journaling and creative expression. | Self-Compassion and Guided Meditation Exercises: https://self-compassion.org/category/exercises/#exercises<br><br>Gratitude Journal: Three Good Things: https://www.therapistaid.com/therapy-worksheet/gratitude-journal-three-good-things |
| Consider developmentally appropriate conversations to discuss current events. | Helping children cope with changes resulting from COVID-19: https://www.nasponline.org/resources-and-publications/resources-and-podcasts/school-climate-safety-and-crisis/health-crisis-resources/helping-children-cope-with-changes-resulting-from-covid-19 |

APPENDIX F | SECD IMPLEMENTATION

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**APPENDIX**

# Provide Explicit Instruction on SEL Skill Building

Efforts to support SEL should be clear, consistent and collaborative.

| STRATEGIES | RESOURCES |
|---|---|
| Promote systematic SEL | CASEL 3-Signature Playbook:<br><br>https://schoolguide.casel.org/uploads/2018/12/CASEL_SEL-3-Signature-Practices-Playbook-V3.pdf |
| Mindfulness activities | Practice Mindful Breathing: https://drive.google.com/file/d/14b6InoEER-ouWBlfJB6lXXaFtda7t1S1/view<br><br>Smiling Mind app: https://www.smilingmind.com.au/ |
| Identifying emotions | Watch the video and identify how the child is feeling: https://www.greatschools.org/gk/do-you-feel-me/?utm_source=GreatKids&utm_medium=web&utm_content=emotional_smarts_module&utm_campaign=Emotional_Smarts<br><br>Elementary activity on feeling a range of emotions during stressful times: https://www.morningsidecenter.org/teachable-moment/lessons/covid-crisis-lesson-feelings-grades-3-5<br><br>High School lesson plan on social media and how you feel: https://www.commonsense.org/education/digital-citizenship/lesson/social-media-and-how-you-feel |
| Reducing stress | Stress-Less Activities for Students: https://drive.google.com/file/d/14b6InoEER-ouWBlfJB6lXXaFtda7t1S1/view |
| Bullying prevention | Bullying prevention resources for students, teachers and parents: https://www.stopbullying.gov/<br><br>Bullying and Cyberbullying HelpChat Line: https://www.stompoutbullying.org/get-help/helpchat-line |
| Personal safety | Personal safety lessons for parents, educators and kids:<br><br>https://www.kidsmartz.org/<br><br>https://www.missingkids.org/netsmartz/home |

*APPENDIX F | SECD IMPLEMENTATION*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**APPENDIX**

# Develop a Process for Providing Support
Examine where SEL efforts have been impactful and where more support is needed.

| STRATEGIES | RESOURCES |
|---|---|
| Universal screeners to support mental health. | Best Practices in Social, Emotional, and Behavioral Screening: An Implementation Guide: https://smhcollaborative.org/wp-content/uploads/2019/11/universalscreening.pdf |
| Plan for students not engaging in learning. | Keeping students motivated: https://www.kqed.org/mindshift/53937/seven-strategies-to-keep-students-motivated-all-year-long |
| Identify specific populations in need of Tier 2 and Tier 3 support. | Grief support: https://www.dougy.org/ https://www.helpguide.org/articles/grief/coping-with-grief-and-loss.htm Coping with Grief and Loss During COVID: http://zerosuicide.edc.org/sites/default/files/Posstvention%20during%20Coronavirus.pdf First-generation students: http://www.firstinthefamily.org/highschool/index.html Attendance Concerns: https://www.attendanceworks.org/ CASEL E-resources: https://selproviders.casel.org/sel-resources/ |
| Suicide prevention | Suicide Prevention Training: https://learn.jasonfoundation.com/courses/ NASP Guidance on Suicide Prevention During COVID-19: https://www.nasponline.org/research-and-policy/policy-matters-blog/suicide-prevention-within-covid-19-pandemic Suicide Toolkit:* https://www.nimh.nih.gov/research/research-conducted-at-nimh/asq-toolkit-materials/index.shtml * If suicide ideation is suspected at all, follow school protocol and contact student mental health support provider (school counselor, social worker, school psychologist), as well as administrator BEFORE conducting any suicide screener. Suicide Postvention: http://www.sprc.org/resources-programs/after-suicide-toolkit-schools Online Student Mental Health and Suicide Prevention Course through NFHS (Free with registration): https://nfhslearn.com/courses/student-mental-health-and-suicide-prevention |
| Race and equity resources | ASCA race and equity resources: https://www.schoolcounselor.org/school-counselors/professional-development/learn-more/race-and-equity-resources |


**APPENDIX**

*APPENDIX F | SECD IMPLEMENTATION*

# Plan for Opportunities to Show Impact

## The KESA model utilizes the following outcome measures:

1. Social-emotional factors measured locally.

2. Kindergarten readiness.

3. Individual Plan of Study (IPS).

4. High school graduation.

5. Postsecondary success. Although school may look different, we continue to strive to lead the world in the success of each student. The five focus areas above for schools should include plans for accountability and data analysis to plan interventions.

## IPS Recommendations:

Coordinated efforts to develop and maintain individual plans of study reinforces the school's care for all students, aids in motivation and provides each student with hope for the future. An example of an instructional framework for developing an IPOS can be found at the end of this document.

## Measuring SECD locally:

- Consider school year comparisons at points of time during the year to target gaps.

- Maintain momentum gained through increased use of technology for communications with parents, students, and stakeholders. Surveying students, parents and community members will allow schools to pivot quickly to provide timely interventions.

- Use a trauma-informed lens to investigate attendance issues.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org



**APPENDIX**

# General Resources and Guidance

Implementation for SEL/SECD begins with an understanding of the Kansas Curricular School Counseling Standards (https://www.ksde.org/Agency/Division-of-Learning-Services/Career-Standards-and-Assessment-Services/Content-Area-M-Z/School-Counseling) and the Kansas Social-Emotional Character Development Standards (https://www.ksde.org/Agency/Division-of-Learning-Services/Career-Standards-and-Assessment-Services/Content-Area-M-Z/School-Counseling/Social-Emotional-Character-Development-Standards-Assessment-and-Instruction). These standards will serve as a framework from which to develop a comprehensive SEL/SECD program.

The Kansans Can Competency Framework (http://cccframework.org/resources.html) developed by Dr. Amy Gaumer Erickson and Dr. Pattie Noonan supports educators in systematically embedding intrapersonal, interpersonal and cognitive competencies into course content. In this way, educators support students to develop into career-equipped, lifelong learners who are socially and emotionally engaged. The College and Career Competency Wheel includes 26 specific competencies categorized in three domains. Each competency is integral to in-school and postsecondary success, as determined by current and emerging research.

Schools should not rely on individuals to create and implement support plans in a patchwork fashion. District-level leadership can ensure a multitiered system of support that addresses both academic skills and emotional and behavioral health. Schools and districts must make sure these supports are consistently available to all students and adults in each building.

ASCA School Reentry Considerations: https://www.schoolcounselor.org/asca/media/asca/Publications/SchoolReentry.pdf

National Center for School Mental Health: http://www.schoolmentalhealth.org/COVID-19/

CASEL guide to leveraging the Power of Social and Emotional Learning as you prepare to Reopen and Renew your School Community: https://casel.org/wp-content/uploads/2020/05/CASEL_Leveraging-SEL-as-You-Prepare-to-Reopen-and-Renew.pdf

Therapist Aid has worksheets, videos and interactive activities for several mental health related topics: https://www.therapistaid.com/

Kansas School Counselors Wakelet: This dynamic website contains resources to guide school counseling programs as we navigate this school year. This site will be constantly updated. https://wakelet.com/@MrsButler465

Kansans Can Competency Framework Alignment to the SECD Standards: https://www.ksde.org/Portals/0/CSAS/Content%20Area%20(M-Z)/School%20Counseling/Soc_Emot_Char_Dev/Alignment%20for%20SECD%20Standards%20and%20Kansans%20Can%20Competencies.pdf?ver=2019-05-23-112830-403

Program Planning Tool - Multi-Tiered, Multi-Domain System of Support by Trish Hatch, PhD: https://www.hatchingresults.com/blog/2017/3/multi-tiered-multi-domain-system-of-supports-by-trish-hatch-phd

Kansas SECD Padlet: https://padlet.com/ksvision/secd

SECD Roadshow Padlet: https://padlet.com/ksvision/SECDRoadshow19

Strategic Planning for an Effective 2020-2021: https://padlet.com/nmcdonaldSHESC/3cjzj2bqyp643au1 (Password is SECD)

Welcoming Students Back with Successful Transition Padlet: https://padlet.com/nmcdonaldSHESC/WelcomeBack

Reminders and Tips for the Start of 2020-2021 School Year for School Counselors (Return after COVID-19): https://docs.google.com/document/d/1bwQOsHgVp8qC2bESN_3W1c3iKCPPSlbjhuwYjG3RpFE/edit?usp=sharing

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

1125



**APPENDIX**

APPENDIX F | SECD IMPLEMENTATION

# Instructional Frameworks to Support Five Focus Areas

There may be times that the school counselor will take the lead on lesson implementation. Below are some considerations for instructional frameworks essential to school counseling program delivery. This section provides instructional examples to support five focus areas:

1. IPS

2. Resiliency

3. Bullying prevention

4. Study skills

5. Employability skills

A more complete listing of grade band instructional examples can be found throughout this Navigating Change: Kansas Guide to Learning and School Safety Operations document.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

1126



**APPENDIX**

# 6-8 (Individual Plans of Study)

*Instructional Example:*

## Individual Plan of Study (IPS)

*Competencies Addressed: KESA Outcome Measurement*

### Elements of High-Quality Instruction

KSDE rubric for effective implementation of IPS for all students in middle through high school: https://www.ksde.org/Portals/0/CSAS/CSAS%20Home/Plan_Of_Study/IPS%20One%20Page%20Rubric.pdf?ver=2017-08-31-163948-923

Remember career is developmental and essential throughout a student's education. In middle school, students begin to transition from career exploration to career decision-making action steps. As the student progresses through high school, they will continue to revisit their IPS and update it as they add new experiences.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Acquire the skills to investigate careers in relation to knowledge of self and to make informed career decisions.
- Employ strategies to achieve future career goals with success and satisfaction.
- Understand the relationship between personal qualities, education, training and career success.

### Elements of Collaboration

School Counselors: Career exploration, pathway planning. ELA and HGSS: Resume writing, letters of interest, requesting letters of recommendation, interview skills.

Tech: Interest Inventories, portfolio development.

### Who might be your collaboration partners?

School counselors, advisory teachers, local businesses, technology teacher, ELA teachers, local chamber of commerce, scholarship opportunities, SPED transition coordinator.

### Workflow *(Milestones of Learning)*

- Career exploration and career fields, clusters, pathways.
- Career interest inventory.
- Learning styles inventory.
- Create IPS, identify pathways.
- Track school, community, civic activities and work experience.
- Work with ELA to develop resume and letters of interest.
- Gather letters of recommendation.
- Showcase portfolio in an exportable electronic portfolio.
- Expand and develop through high school.

### Showcase of Student Learning *(End Product)*

- Website portfolio, Xello Portfolio, career fair utilizing student portfolios and incorporating mock interviews.
- Create a poster, brochure or presentation about a career interest. Include how you arrived at your decision, postsecondary opportunities and job outlook.

### Accommodation/Modification Considerations *(per KSDE guidance)*

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities some, students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery

Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

**APPENDIX**

APPENDIX F | SECD IMPLEMENTATION

## Learning Environment Considerations

**On-Site Learning Environment Consideration**

Access to media center, small-group learning for each component, targeted small-group completion, such as first-generation students, job shadowing and in-person mock interviews. s

**Hybrid Learning Environment Considerations**

In person: Career exploration activities, guest speakers, hands-on experiences with careers, instruction on resume writing, meeting with counselors to update IPS twice a year, mock interviews and job shadowing.

Home/digital: Interest and learning styles inventories, career exploration videos, digital examples of final product and IPS components.

**Remote Learning Environment Considerations**

Consider individual meetings with student and parent online together to develop a plan of study, online career fair, digital templates of IPS, instructional videos on developing final product and online mock interviews.

**(2-3) Resources:**

https://www.ksde.org/Home/Quick-Links/Career-Interest-Inventory https://padlet.com/ksde/roadshow

https://www.ksde.org/Home/Quick-Links/Career-interest-inventory

www.youscience.com

https://www.ksde.org/Portals/0/CSAS/CSAS%20Home/Plan_Of_Study/Individual%20Plans%20of%20Study%20(IPS)%20Template%20101816.pdf?ver=2016-10-18-123545-707

https://www.ksde.org/Agency/Division-of-Learning-Services/Career-Standards-and-Assessment-Services/Content-Area-F-L/Individual-Plans-of-Study-IPS-Student

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*


**APPENDIX**

# 6-8 (Explicit Instruction on SEL Skill Building)

*Instructional Example:*

## Resiliency

*Competencies Addressed:*

KESA Out-come Measurement

### Elements of High-Quality Instruction

- Pre-assessment.
- Model and practice skills.
- Model high-quality student-to-student conversations
- Ask and answer open-ended questions.
- Students participate in collaborative work with peers.
- Technology Integration.

Pre-K-second-grade considerations:

Emotional regulation, personal safety, problem-solving skills and coping skills.

Third- through fifth-grade considerations: (Reteach past skills/considerations to grade level appropriateness), Growth Mindset, Mindfulness.

Middle school considerations: (Reteach past skills/considerations to grade level appropriateness), self-care, relationships with peers

High school considerations: Reteach all past skills/considerations to grade-level appropriateness.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Acquire the attitudes, knowledge and skills that contribute to effective learning in school and across the life span.
- Acquire knowledge, attitudes and interpersonal skills to help them understand and respect self and others.
- Make decisions, set goals and take necessary action to achieve goals.
- Understand personal safety skills.

### Elements of Collaboration

- SECD and HGSS → Research famous person and describe what experiences have caused them to be resilient.
- SECD and ELA → Use writing process to explain importance of growth mindset in school and life.
- SECD and PE → Discuss how mindfulness could be used before athletic event.
- SECD and art → Create self-portraits before and after using coping skills.

### Who might be your collaboration partners?

Technology teachers, homeroom teachers, ELA teacher, SPED teachers and PE/art/music teachers.

### Workflow *(Milestones of Learning)*

- Pre-assess to determine what skill(s) students need to work on.
- Model and practice skills using mini-lessons, including respectful discussion skills.
- Give opportunities for practicing skills

using a variety of ways (role playing, centers, in class discussions, online discussions, working with a group, etc.).
- Assess understanding of skills.

### Showcase of Student Learning *(End Product)*

- Digital (Google Slides, Canva, PPT, Prezi, Zoom, Google Tour).
- By hand (physical model/representation).
- Video creation using various platforms (iMov-ie, FlipGrid, Loom, etc.).

### Accommodation/Modification Considerations *(per KSDE guidance)*

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery

Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**APPENDIX**

APPENDIX F | SECD IMPLEMENTATION

## Learning Environment Considerations

**On-Site Learning Environment Considerations**

- Students are going to have experienced trauma from this crisis, start with the very basics.
- Access to media center.
- Small group learning for each component.
- Individual learning/session if needed.

**Hybrid Learning Environment Considerations**

In person: Same as on-site.

*Home/digital:*

- Record lessons given in person to post online for students at home.
- Check-in for understanding.
- Provide additional information/support for parents.
- Meet with small groups to allow students opportunity to practice skills.

**Remote Learning Environment Considerations**

Consider individual meetings with student and parents online together to develop a plan

of study, online career fair, digital templates of IPS, instructional videos on develop-ing final product and online mock interviews

**(2-3) Resources:**

Pre-K-Second-grade considerations:

https://www.mindsetkit.org/

Third- through fifth-grade considerations:

https://www.edutopia.org/film-festival-growth-mindset

Middle school considerations:

https://www.edutopia.org/school/visitacion-valley-middle-school

High school considerations:

https://www.etr.org/healthsmart/about-healthsmart/sample-lessons/high-school/emotional-mental-health/lesson-6-ways-to-manage-stress/

All grade level considerations:

https://www.edutopia.org/resilience-grit-resources

https://www.pbisworld.com/tier-1/teach-coping-skills/

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**APPENDIX**

# Co-Teaching

*Instructional Example:*

*Bullying Prevention       Competencies
Addressed:*

ELA.IM 2.1

SECD.IM 1.3, 1.4, 1.5, 1.6, 1.7, 2.1, 2.5, 3.3, 4.3, 4.7, 6.1, 6.2,

6.3, 6.4, 6.5

### Elements of High-Quality Instruction

Clearly define roles and responsibilities and plan to gether.

- Discuss the big picture issues or critical concepts that lead into differentiated activities and assess ments.
- Reflect on practices and make changes for future lessons.
- Model and practice skills.
- Model high-quality student-to-student conversa-tions.
- Ask and answer open-ended questions.
- Students participate in collaborative work with peers.
- Technology Integration.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

- Self-regulation
- Communication
- Role-playing
- Problem-solving
- Verbal and non-verbal cues
- Listening
- Conflict resolution

### Elements of Collaboration

- Classroom teachers
- Counselors

- Specials (PE, music, art, theater, etc.)
- Community members
- Multiple content/subject areas
- SPED

### Who might be your collaboration partners?

- Classroom teachers
- Counselors
- Specials (PE, music, art, theater, etc.)
- Community members
- Multiple content/subject areas
- Parents/caregivers
- SPED

### Workflow *(Milestones of Learning)*

- Present a major concept/question
- What is bullying?
- Have smaller activities, stations, etc., for students to work through to gain a better understanding of the concepts.
- Types of bullying (physical, emotional, men-tal, exclusion, cyberbullying, etc.).
- Roles (bully, bystander, victim).
- Difference between telling and reporting (asking for help).
- Practice scenarios/role-plays.
- Apply strategies for effective response to bullying.
- Students create a scenario of a common bullying situation with an appropriate solution to role-play for the class or other project to display their learning.
- Students may work with one or both teachers.

### Showcase of Student Learning *(End Product)*

- Scenario role-play.
- Digital (Google Slides, PicCollage, SeeSaw, Google Draw, Book Creator, etc.)

- By hand (poster, story, etc.).
- Video creation using various platforms (iMovie, FlipGrid, Green Screen, etc.).

### Accommodation/Modification Considerations *(per KSDE guidance)*

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve, or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery

Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

### On-Site Learning Environment Considerations

- Building schedule to accommodate teacher collaboration and co-teaching.
- Ability for students to collaborate in person: cooperative groups with individual accountability or individual work.

*Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM*

**APPENDIX**

APPENDIX F | SECD IMPLEMENTATION

### Hybrid Learning Environment Considerations

*On-site:*
- Teacher guided discussions regarding "What is bullying?"
- Teacher checkpoints with students on their understanding of bullying and scenario development.
- Small group/individual help.

*Home:*
- Technology and/or a format for students to collaborate digitally.
- Availability of a family member to work on a scenario and role-play.
- Provide a print and digital guide for students and parents.
- Set office hours conducive to parent/caregivers work schedules for answering questions.

### Remote Learning Environment Considerations
- Technology and/or a format for students to collaborate and respond digitally.
- Teacher created playlist of videos and sites regarding bullying prevention for students and parent/caregivers.
- Set office hours conducive to parent/caregivers work schedules for answering questions.
- On-going teacher check-in for progress.(

### 2-3) Resources
NETSMARTZ
https://www.missingkids.org/netsmartz/home

National Bullying Prevention Center
https://www.pacer.org/bullying/resources/sites-for-kids-and-teens.asp

Bullying. No Way!
https://bullyingnoway.gov.au/resources/videos/pages/videoplayer.aspx?VideoID=183

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**APPENDIX**

# Flipped/Blended Learning

*Instructional Example:*

## Study Skills

*Competencies Addressed:*

ELA.IM 2.1, 2.2

SECD.IM 1.1, 1.2, 1.4, 2.3, 2.4, 2.5, 2.6, 2.7, 2.8, 3.3, 3.4, 3.5, 3.6, 4.5, 4.6, 4.7, 4.8, 4.9, 4.10. 5.2, 5.3, 5.4, 6.6

### Elements of High-Quality Instruction

- Scaffold student thinking/learning through videos, direct teaching and assessment of final project.
- Provide time for student-teacher conversations and check-ins.
- Incorporate consistent and tight feedback loops.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*

Identify personal strengths and weaknesses.
- Achieve school goals.
- Perseverance.
- Communication.
- Ownership of learning and outcomes.
- Growth mindset.

### Elements of Collaboration

- Classroom teachers
- Specials
- Student support teams
- ELL teachers
- SPED
- Community
- Field experts

### Who might be your collaboration

partners?
- Classroom teachers
- Specials
- Student Support Teams
- ELL teachers
- SPED
- Community
- Field experts
- Parents/caregivers

### Workflow *(Milestones of Learning)*

- Have smaller activities, stations, etc., for student to work through to gain a better understanding of age appropriate study skills:
- Organization
- Time management
- Prioritization
- Assertiveness (asking for help)
- Listening skills
- Goal setting
- Etc.
- Student will collaborate with others to create a commercial for a product to increase highlighted study skills.
- Student is given scaffolds to support learn-ing/thinking.
- Student has voice and choice in place, pace and path of learning.
- Teacher is monitoring student progress through check-ins, feedback cycles and assessment.
- Students' progress through learning goals at their own pace with support from the teacher.

### Showcase of Student Learning *(End Product)*

- Digital (Google Slides, PicCollage, PPT, Google Draw, Book Creator, etc.)
- By hand (poster, drawing, etc.)
- Video Creation using various platforms (iMovie, FlipGrid, Green Screen, etc.).

### Accommodation/Modification Considerations *(per KSDE guidance)*

As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery

Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

### On-Site Learning Environment Considerations

- Building schedule to accommodate teacher collaboration.
- Ability for students to collaborate in person: cooperative groups with individual accountability or individual work.
- When on-site, be intentional about allowing students in cooperative groups time to build their end product.
- Provide a graphic organizer or playlist to

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**APPENDIX**

APPENDIX F | SECD IMPLEMENTATION

guide project completion.

*Hybrid Learning Environment Considerations*
*On-site:*

- Teacher checkpoints with students on their projects.
- Small group/individual help for project completion.

*Home:*

- Prerecorded mini lessons, collection of print and digital resources for students to explore at home.
- Small group interactive technology sessions to help students and par-ents/caregivers structure their project steps.
- Format for final projects to be shared online.
- Provide a graphic organizer in addition to a print and digital project guide for students and parents/caregivers.
- Set office hours conducive to parents/caregivers work schedules for answering questions.

**Remote Learning Environment**
Considerations

Prerecorded mini lessons, collection of print and digital resources for students to explore at home.

- Small group interactive technology sessions to help students and par-ent/caregivers structure their project steps.
- Determine individualized contributions to the final project.
- Format for final projects to be shared online.
- Provide a graphic organizer in addition to a print and digital project guide for students and parent/caregivers.

- Set office hours conducive to parents/caregivers work schedules for answering questions.

(2-3) Resources:

Study skills for students:
https://www.educationcorner.com/study-skills.html#:~:text=Active%20listening%2C%20reading%20comprehension%2C%20notetaking,study%20skills%20guides%20for%20students.

Persuasive writing graphic organizers:
https://www.scholastic.com/teachers/blog-posts/genia-connell/graphic-organizers-opinion-writing/

Commercial project ideas:
https://biteable.com/blog/creative-video-project-ideas-for-students/

1134

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*
Kansas State Department of Education | www.ksde.org

**APPENDIX**

# Inquiry Learning/Project-Based Learning

*Instructional Example:*
## Employability Skills

*Competencies Addressed:*
ELA.IM 2.2, 4.3, 4.4
SECD.IM 1.1, 1.2, 1.4, 2.3, 2.4, 2.5, 2.6, 2.7, 2.8, 3.3, 3.4, 3.5, 3.6, 4.5, 4.6, 4.7, 4.8, 4.9, 4.10. 5.2, 5.3, 5.4, 6.6

### Elements of High-Quality Instruction
- Interest Inventory.
- Model and practice skills.
- Model high-quality student-to-student conversations.
- Ask and answer open-ended questions.
- Students participate in collaborative work with peers.
- Technology integration.

### SECD Incorporation *(Dispositions - Mindset and Soft Skills)*
- Student collaboration
- Team Building
- Time-management
- Perseverance
- Communication
- Growth mindset

### Elements of Collaboration
- Collaboration partners will share careers related to their area and or interests (music careers, art careers, etc.).
- Collaboration partners will provide opportunities for project work and completion (research during library, final project work also done during specials, etc.).

### Who might be your collaboration partners?
- Classroom teachers
- Specials
- Student support teams
- ELL teachers
- SPED
- Community
- Field experts
- Parents/caregivers

### Workflow *(Milestones of Learning)*
- Driving question introduced:
- What influences career choice?

Students will complete an interest inventory.

Students will explore:
- What job is best for me based on my interests and strengths?
- What are my job responsibilities?
- What skills are important for this job?
- What education or training do I need?
- What do I get paid?

Students will create a final project about a career of their choice based on their strengths, interests, and research.

### Showcase of Student Learning *(End Product)*
- Digital (Google Slides, PicCollage, PPT, Google Draw, Book Creator, etc.)
- By Hand (poster, drawing, etc.).
- Video creation using various platforms (iMovie, FlipGrid, Green Screen, etc.).

### Accommodation/Modification Considerations *(per KSDE guidance)*
As you plan your instructional frameworks for the various learning environments, consideration for students who will need access to instruction that will prepare them to meet, achieve or exceed grade-level competencies should be a priority. To access and address gaps, deficiencies and exceptionalities, some students will require additional support through specially designed instruction and/or tiered systems of support.

### Progression Toward Mastery
Refer to KSDE competency rubrics to monitor student progression toward mastery of each competency through multiple exposures. Level 3 is considered mastery of a competency. Rubrics show progression toward mastery with the levels of learning (1, 2, 3, 4).

## Learning Environment Considerations

### On-Site Learning Environment Considerations
- Building schedule to accommodate teacher collaboration and co-teaching.
- Students do initial interest inventory.
- Teacher guided discussions regarding interpretation of interest inventory results.
- Teacher guided discussion about career clusters/domains.
- Ability for students to collaborate in person: cooperative groups with individual accountability or individual work
- When on-site, be intentional about teaching students how to research and use age appropriate online resources

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

# APPENDIX

**APPENDIX F | SECD IMPLEMENTATION**

## Hybrid Learning Environment Considerations

*On-site:*

- Students do initial interest inventory.
- Teacher guided discussions regarding interpretation of interest inventory results.
- Teacher guided discussion about career clusters/domains.
- Teacher checkpoints with students on their projects.
- Small group/individual help for project completion.

*Home:*

- Teacher will create a playlist of research sites for students.
- Teacher will provide guiding questions based on interest inventory.
- Teacher will provide a graphic organizer in addition to a print and digital project guide for students and parents/caregivers with links.
- Set office hours conducive to parents/caregivers work schedules for answering questions.

## Remote Learning Environment Considerations

- Prerecorded mini lessons, collection of print and digital resources for students to explore at home.
- Small-group interactive technology sessions to help students and par-ents/caregivers structure their project steps.
- Format for final projects to be shared online.
- Provide a graphic organizer in addition to a print and digital project guide for students and parents/caregivers.
- Set office hours conducive to parents/caregivers work schedules for answering questions.

### (2-3) Resources:

Virginia Career View:
https://vacareerview.org/k5/check-it/kids-search/index.cfm

Career Interest Explorer:
https://www.cfnc.org/static/pdf/home/sc/pdf/Elem_Career_Interest_Explorer.pdf

Which Careers Match Your Skills?
http://www.educationplanner.org/students/career-planning/find-careers/careers.shtml

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

1136



## Acknowledgements

The Kansas State Department of Education (KSDE) and the Kansas State Board of Education sincerely wish to express their gratitude and appreciation for the commitment and expertise to the following for their contribution to this SECD guidance document:

- Robin Butler, Counselor, Wamego USD 320
- Malory Jacobs, Counselor, Topeka USD 501
- Darcy Keeffe, Counselor, Osage City USD 420
- Dr. Jessica Lane, Counselor Educator, Kansas State University
- Chelsey Martin, Counselor, Coffeyville USD 435
- Noalee McDonald-Augustine, Education Consultant, Smoky Hill Education Service Center
- Melanie Scott, Counselor, Dodge City USD 443
- Amy Wells, Counselor, Louisburg USD 416
- Kristin Wright, Counselor, Clay Center USD 379

For more information, please contact:

Kent Reed
School Counseling Consultant
Career, Standards and Assessment Services
KSDE

(785) 249-8109

kreed@ksde.org

APPENDIX F | SECD IMPLEMENTATION

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Appendix

# APPENDIX G | Masks for Kids

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM

Kansas State Department of Education | www.ksde.org

Kansas State Department of Education | www.ksde.org



# MASKS FOR KIDS:
# WHY AND HOW

## THE WHYS:

- Kids need to be in school for their mental health and ours.

- Kids can catch COVID19 and they can spread COVID19.

- Masking is a simple way to help safe and effective tool to help prevent outbreaks in schools.

- Masking can be used in addition to other strategies for prevention of viral spread like physical distancing, good hand hygiene, screening for illness and rapid response to any symptoms. The more tools we use, the better chance we have to contain COVID.

- Masks in schools can also play a large role in determining who is at risk after a COVID exposure. If both the positive person and the exposed person were masked when the exposure occurred, the need for a 10 to 14 day quarantine for the exposed person is decreased.

- Universal masking in schools could prevent large-scale school quarantine closures when COVID is found in some students.

- Kids under 2 years old should not wear masks. If your child has a serious health condition, check with your doctor to find out if masking is appropriate.

## THE HOW:

- Masking is a new skill and needs to be taught.

- Kids need time to learn and adapt to this new skill before they are expected to implement it for extended periods of time.

- Learning to mask properly is not a skill that can or should be taught on the first day of school.

- Teachers can reinforce the skill as learned at home.

- If most kids can learn this skill at home, good peer modeling can help kids who are not able to master masking at home.

APPENDIX

# 30 Day Plan to Help Kids Learn to Mask

### DAY 1

### DAY 2

### DAY 3



*If your child complains of shortness of breath with short duration of mask wear, consult your pediatrician for further guidance. Never force continuous wear.

### DAY 4

### DAY 5

### DAY 6 & DAY 7

### DAY 8

### DAY 9

### DAY 10

### DAY 11

### DAY 12

**APPENDIX**

APPENDIX G | MASKS FOR KIDS

**DAY 13 & DAY 14**

**DAY 15**

**DAY 16**

**DAY 17**

**DAY 18**

**DAY 19**

**DAY 20 & Day 21**

**DAY 22**

**DAY 23**
* 

**DAY 24**
* 
* 
* 
* 
* 

**DAY 25**
* 

**DAY 26**
* 

**DAY 27 & DAY 28**
* 
* 

**DAY 29**
* 
* 
* 
* 

**DAY 30**
* Wear the mask for 70 minutes 4 times today.
* Now your child is ready to wear a mask at school.
* 

## Beyond the Schedule...

 **1** Continue to practice 45-60 minutes 4 times daily until school starts.

 **2** Keep taking breaks on the weekends, as needed.

 **3** Continue reinforcing proper wearing and storage.

 **4** Build up a nice collection of masks your child likes. Continue to look for innovative designs that improve comfort and fit. You may also check with friends to see what they are wearing since kids (especially older ones) might prefer to look similar to their peers.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*

APPENDIX G | MASKS FOR KIDS



NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Appendix

# APPENDIX H | My Mask Schedule

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

1146

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

# MY MASK SCHEDULE

**DAY 6**

☐ Wear my mask for 10 minutes

☐ Wear my mask for 10 minutes

☐ Wear my mask for 10 minutes

**DAY 7**

☐ Wear my mask for 10 minutes

☐ Wear my mask for 10 minutes

☐ Wear my mask for 10 minutes

**DAY 8**

☐ Wear my mask for 15 minutes

☐ Wear my mask for 15 minutes

☐ Wear my mask for 15 minutes

**DAY 9**

☐ Wear my mask for 15 minutes

☐ Wear my mask for 15 minutes

☐ Wear my mask for 15 minutes

Source: Garland Gail Youngblood, MD

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

APPENDIX H | MY MASK SCHEDULE

# MY MASK SCHEDULE

### DAY 10

- ☐ Wear my mask for 15 minutes
  BONUS for 20 minutes
- ☐ Wear my mask for 15 minutes
  BONUS for 20 minutes
- ☐ Wear my mask for 15 minutes
  BONUS for 20 minutes

### DAY 11 AND DAY 12

NO MASK!

### DAY 13

- ☐ Wear my mask for 20 minutes
- ☐ Wear my mask for 20 minutes
- ☐ Wear my mask for 20 minutes

### DAY 14

- ☐ Wear my mask for 20 minutes
- ☐ Wear my mask for 20 minutes
- ☐ Wear my mask for 20 minutes

Source: Garland Gail Youngblood, MD

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

# MY MASK SCHEDULE

## DAY 15

- [ ] I wear my mask for 15 minutes
- [ ] I wear my mask for 15 minutes
- [ ] I wear my mask for 15 minutes
- [ ] I wear my mask for 15 minutes

## DAY 16

- [ ]
- [ ]
- [ ]
- [ ]

## DAY 17

- [ ] I Wear my mask for 20 minutes
- [ ] I Wear my mask for 20 minutes
- [ ] I Wear my mask for 25 minutes
- [ ] I Wear my mask for 25 minutes

## DAY 18 AND DAY 19

NO MASK!

Source: Gerard Gioi Youngblood, MD

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

APPENDIX H | MY MASK SCHEDULE

APPENDIX

1149

1150

# MY MASK SCHEDULE

### DAY 20

- [ ] Wear my mask for 25 minutes
- [ ] Wear my mask for 25 minutes
- [ ] Wear my mask for 25 minutes
- [ ] Wear my mask for 25 minutes

### DAY 21

- [ ] Wear my mask for 35 minutes
- [ ] Wear my mask for 35 minutes
- [ ] Wear my mask for 35 minutes
- [ ] Wear my mask for 35 minutes

### DAY 22

- [ ] Wear my mask for 35 minutes
- [ ] Wear my mask for 35 minutes
- [ ] Wear my mask for 45 minutes
- [ ] Wear my mask for 45 minutes

### DAY 23

- [ ] Wear my mask for 45 minutes
- [ ] Wear my mask for 45 minutes
- [ ] Wear my mask for 45 minutes
- [ ] Wear my mask for 45 minutes

**Keep Practicing and you'll be ready to mask up whenever!**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM

**APPENDIX**

APPENDIX H | MY MASK SCHEDULE

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Appendix

# APPENDIX I | Kansas COVID Workgroup for Kids Resource Links for Schools

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM

Kansas State Department of Education | www.ksde.org



July 30, 2020

Resources for schools:

One of the best summaries about how COVID affects children published yesterday:

https://www.kff.org/coronavirus-covid-19/issue-brief/what-do-we-know-about-children-and-coronavirus-transmission/

This CDC Page was updated 7/22 and explains the evidence about their isolation precautions and infectivity timeline. Not perfect, but it is concise and easy to follow and good talking points.  https://www.cdc.gov/coronavirus/2019-ncov/hcp/duration-isolation.html#key-findings

List of web linked resources from Boston Children's Hospital:
https://childrensmentalhealthcampaign.org/resources/covid-19-resources

Anxiety management recommendations: https://childmind.org/article/managing-anxiety-during-reopening/?utm_source=newsletter&utm_medium=email&utm_content=Managing%20Anxiety%20During%20Reopening&utm_campaign=Weekly-07-14-20

COVID Coloring Book: https://www.mindheart.co/descargables

Social Stories for Special Needs Students: https://www.autismlittlelearners.com/2020/07/covid-19-related-stories-for-schools.html?m=1

PBS How to Talk to Your Kids About COVID: https://www.pbs.org/parents/thrive/how-to-talk-to-your-kids-about-coronavirus?utm_campaign=covid19&utm_content=1584142297&utm_medium=social&utm_source=twitter



**KansasCOVIDWorkgroup4Kids@gmail.com**

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Appendix

# APPENDIX J | Kansas COVID Workgroup for Kids Superintendent Webinar

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**APPENDIX**



Q&A Session

July 30, 2020

APPENDIX J | J – KANSAS COVID WORKGROUP FOR KIDS SUPERINTENDENT WEBINAR



**APPENDIX**

APPENDIX J | J – KANSAS COVID WORKGROUP FOR KIDS SUPERINTENDENT WEBINAR

## Introduction

- Moderator:

  Kimber Kasitz, BSN, RN, NCSN

  USD 259 *Director of Health, Homebound & 504 Services*

  *Kansas School Nurses Association, President*

- Overview of session
- Zoom etiquette



*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

**APPENDIX**



# Our mission

• To provide a collaborative group of regional medical experts to identify, address, and provide guidance on the physical, social, and psychological impacts on children related to the COVID pandemic.



APPENDIX J | J – KANSAS COVID WORKGROUP FOR KIDS SUPERINTENDENT WEBINAR

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
1157

# APPENDIX

# KCWK team members

- **Jennifer Bacani McKenney**, M.D., FAAFP, Bacani/McKenney Clinic; Wilson County health officer; USD 484 School Board president; Fredonia.

- **Lindsay Byrnes**, M.D., MPH, medical director, Finney County Health Department; pediatric hospitalist, KUSM-W; Garden City.

- **Kristina Darnauer**, M.D., FAAFP, Rice County District Hospital; medical consultant, Rice County Health Department; Lyons.

- **Brent Duran**, D.O., MPH, KUSM-W Med-Peds hospitalist, Med-Peds Residency associate program director; director of internal medicine education, Wesley Medical Center; Wichita.

- **K. Allen Greiner**, M.D., MPH, director of research, Family Medicine Dept., KU Medical Center; chief medical officer, Wyandotte, County; Kansas City.

- **Kari Harris**, M.D., FAAP, director, Section of Adolescent Medicine, KUSM-W Pediatrics; Wichita.

- **Gretchen Homan**, M.D., FAAP, pediatrician, KUSM-W Pediatrics; President-Elect, KAAP; Wichita.

- **Melissa. Hopper**, PsyD, clinical psychologist, KUSM-W Pediatrics; Wichita

- **Kimber Kasitz**, BSN, RN, NCSN, director of health, Homebound and 504 Services, USD 259; President Past, Kansas School Nurses Organization; Wichita.

- **Stephanie Kuhlmann**, D.O., FAAP, Pediatric Hospitalist Division director, KUSM-W; pediatric medical director, Wesley Children's Hospital; Wichita.

- **Brian Murrison**, LMSW, school counselor, USD 484, Fredonia.

- **Kelli Netson**, Ph.D., neuropsychologist, KUSM-W Department of Psychiatry & Behavioral Sciences; Wichita.

- **Philip Newlin**, M.D., FAAP, chief medical officer, AMG Ascension Via Christi; Wichita.

- **Brian Pate**, M.D., FAAP, chair of the Department of Pediatrics, interim vice chair of Population Health, KUSM-W; Wichita.

- **Rebecca Reddy**, M.D., FAAP, founder and managing partner of Redbud Pediatrics LLC; Wichita.

- **Abbey Rupe**, M.D., FAAP, Salina Family Healthcare Center, Smoky Hill Family Medicine Residency; Salina.

- **Beth Schutte**, BSN, RN, NCSN, district nurse, USD 261; Haysville.

- **Amy Seery**, M.D., FAAP, Pediatric Section Chair, Ascension Via Christi; Faculty, Via Christi Family Medicine Residency, KUSM-Wichita, Dept of Family and Community Medicine; Wichita.

- **Cari Slothower**, School counselor, USD 305, Salina.

- **Suzi Thien**, retired Executive Director of Sunlight Children's Advocacy and Rights Foundation, school counselor, Andover.

- **Paul Teran**, M.D., FAAP, pediatric hospitalist, Inpatient Education director, KUSM-W Pediatrics; Wichita.

Clerk of the District Court, Johnson County Kansas
05/03/21 01:59pm MM
Kansas State Department of Education | www.ksde.org

APPENDIX

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



Revisions and
updates to our
Recommendations
for School Reopening
document



APPENDIX J | J – KANSAS COVID WORKGROUP FOR KIDS SUPERINTENDENT WEBINAR

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
1159

# APPENDIX

APPENDIX J | J – KANSAS COVID WORKGROUP FOR KIDS SUPERINTENDENT WEBINAR

## Hot topics



Masking

Temperature screening

Symptomatic students or staff



1160

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**APPENDIX** 

## Masks, face coverings

- Masks are crucial to help reduce viral spread.
  - Transmission and acquisition is most reduced when all parties are wearing a mask.

- There is **no** medical contraindication nor harm from wearing a mask.

- Children 10 years and older have been shown to spread disease similarly to adults and therefore should be required to wear a mask.

- Masks are strongly recommended when students are in common areas, such as hallways, school buses, and administrative offices.

- Students and staff should be encouraged to have 2 masks in the event one becomes soiled.

- Extra masks should be stored in small paper sack.



APPENDIX J | J – KANSAS COVID WORKGROUP FOR KIDS SUPERINTENDENT WEBINAR

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*



**APPENDIX**

APPENDIX J | J – KANSAS COVID WORKGROUP FOR KIDS SUPERINTENDENT WEBINAR

## Screening

- On-site universal screening is **NOT** recommended by the CDC
  - Many infected individuals are asymptomatic and would not be picked up by any screening questions nor temperature checks.
  - Families should be educated about potential symptoms and be empowered to withhold their child from school if their child is ill.
  - Any individual experiencing symptoms should be quickly isolated and masked until they can be removed from the campus.

- Fever as a presenting symptoms is more common in adults (~80%) than children (40-60%). Temperature screening for staff members may be helpful, but again will not identify asymptomatic carriers.

- Temperature screening at home for children with verbal or digital reporting may help reduce points of congestion upon entry to the school building. Various apps and digital aides exist as potential resources.



*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org



**APPENDIX**

## Symptomatic students/staff

- Symptoms for COVID-19 are varied and can mimic the common cold, strep throat, influenza, and stomach flu. There is NO clinical algorithm that can distinguish these illnesses from COVID-19 without laboratory testing.

- Staff should be trained to recognize ill students.

- A negative COVID test in a symptomatic student without any other identified source of infection should still be treated as a suspected COVID case.

- KDHE is releasing modified quarantine options for schools.



APPENDIX J | J – KANSAS COVID WORKGROUP FOR KIDS SUPERINTENDENT WEBINAR

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
1163

**APPENDIX**

APPENDIX J | J – KANSAS COVID WORKGROUP FOR KIDS SUPERINTENDENT WEBINAR



Clerk of the District Court, Johnson County Kansas
05/03/21 01:59pm MM
Kansas State Department of Education | www.ksde.org

1164

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Appendix

# APPENDIX K | Kansas Schools Gating Criteria

1166

# Navigating Change:

KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



# Kansas Schools Gating Criteria

| | GREEN | YELLOW | | ORANGE | | RED |
|---|---|---|---|---|---|---|
| **LEARNING** | On-Site PK-12 | On-Site / Hybrid PK-5 | Hybrid 6-12 | On-Site/ Hybrid PK-5 | Remote Only 6-12 | Remote Only PK-12 |
| **School Activities** | On-Site following Navigating Change guidelines. Facilities should limit capacity to for 3 social distancing in a regular classroom setting, and 6' social distancing in any other area of the school. | **No all school activities.** Small group activities limited; masks and social distancing required; stable groups with limited group numbers. No high risk activities. No group travel. Conditioning/ practice may continue with modifications | | Remote Only | | Remote Only |
| **Spectators - audience** | On-Site following Navigating Change guidelines. Facilities should limit capacity to allow for 6' social distancing | **Allowed:** Distancing by household groups; masked if indoors. 6' social distancing required; total group numbers limited per guidelines | | Remote Only | | Remote Only |
| **Visitor Access** | On-Site following Navigating Change guidelines. Facilities should limit capacity to allow for 6' social distancing | **Limited:** by appointment masks and social distancing required; building access requirements must be met. | | **Extremely limited:** by appointment; masks and social distancing required; building access requirements must be met | | **None Allowed** |
| **Playgrounds** | On-Site following Navigating Change guidelines. Facilities should limit capacity to allow for 6' social distancing | **Open:** Capacity to allow for 6' social distancing; total group numbers limited per guidelines | | **Open:** Capacity to allow for 6' social distancing; masks required if less than 6' social distance maintained; total group numbers limited per guidelines | | **CLOSED** |

Note: The following recommendations are subject to change by actions of federal, state, county, or local authorities.

State and federal special education statutes and regulations require that school districts provide a child with a disability who has an IEP (ages 3-21) with a free appropriate public education. Accordingly, a child's IEP team may decide that a child should be served on-site, regardless of gating criteria, while still following any applicable requirements from local and state health officials. For more COVID-19 special education guidance, visit the KSDE Special Education Services webpage at https://www.ksde.org/Agency/Division-of-Learning-Services/Special-Education-and-Title-Services/Special-Education.



**KANSAS** STATE DEPARTMENT OF **EDUCATION**

*Kansas leads the world in the success of each student.*
REVISED APR. 9, 2021

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

# Navigating Change 2020

KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS



## Gating Criteria

| | Additional Gating Criteria | GREEN | YELLOW | ORANGE | RED |
|---|---|---|---|---|---|
| Building Gating Criteria* | Student Absenteeism based on building-level Average Daily Attendance in 2019-20 (i.e. 95%) | 3.0% above baseline building level ADA | 3.0-5.9% above building level ADA | 6.0-9.9% above building level ADA | >10% above building level ADA |
| Community Gating Criteria | 2 week County percent positive case rate (% positive tests / all tests performed | < 5% | 5.1-9.9% | 10-14.9% | > 15% |
| Community Gating Criteria ** | 2 week cumulative County incidence rate (# new cases/100K over prior 2 weeks) | 0-50 new cases | 51-100 new cases | 101-150 new cases | > 151 new cases |
| Community Gating Criteria | Trend in County incidence rate | Decreasing | Stable | Stable | Increasing |
| Community Gating Criteria | Local / referring hospital capacity | > 30% available capacity | 29.9-20% available capacity | 19.9-10% available capacity | <10% available capacity |

* increase of absenteeism rate should trigger conversation with local health officials regarding next steps.

** for example, 15 cases for 50,000 would equal 30 per 100K or another example 1 case for 4,000 would equal 25 per 100K



*Kansas leads the world in the success of each student.*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

APPENDIX K | KANSAS SCHOOLS GATING CRITERIA

APPENDIX



**APPENDIX**

1168

# Navigating Change 2020

KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

## Strategies to consider to promote full time on-site learning for Pre-K-5 students:

**1. Students should be grouped together in cohorts of less than 15 students per group.**

A) Either have class sizes with < 15 students per class.

B) OR have separate cohorts within classes of < 15 students per cohort with adequate physical distancing between cohorts and no mixing of groups other than the teacher

**2. Safe but unused facilities within the district and community should be utilized to spread out students.**

A) Middle and high school buildings should be utilized when those students are learning remotely

B) Sports and recreation facilities should be utilized when otherwise not in use

C) Outside areas should be utilized weather permitting

D) Schools should work with their community to utilize additional community locations to space out students for on-site education. This may include community buildings, churches, restaurants, etc.

E) Locations should be consistent between classes/cohorts.

**3. Nurses, special education teachers, administrators, and other staff should work in teams and be prepared to travel between sites as needed to provide services.**



**KANSAS**
STATE DEPARTMENT OF
**EDUCATION**

*Kansas leads the world in the success of each student.*

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

Kansas State Department of Education | www.ksde.org

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Appendix

# APPENDIX L | Kansas State Department of Education Guide to Remote, Hybrid, and In-Person Teaching and Learning

Clerk of the District Court, Johnson County Kansas
05/03/21  01:59pm MM

# Kansas State Department of Education Guide to Remote, Hybrid, and In-Person Teaching and Learning

There are many teaching principles in a hybrid and remote setting that do not align with face-to-face instruction. Families and caretakers play an essential role with their children in hybrid and remote learning environments. Instruction can be delivered to students by teachers either **synchronously** (live teaching with a platform like Zoom) or **asynchronously** (recorded lessons conducted by the classroom teacher to view when students are ready).

Many students will not spend traditional hours or the same amount of time learning as they do in a face-to-face classroom. In a hybrid and/or remote learning environment, students will have some level of self-direction of their learning day with support from family and caregivers. Research supports that children have a mental capacity to focus on instruction anywhere from five to 10 minutes, depending on age, and older students have a maximum capacity for learning that is about 15 to 18 minutes. Based on this research, students will need instruction that does not expect them to have multiple hours of screen time learning in this environment.

When students are in a hybrid/remote learning environment, families and caregivers become the hub of engagement with academic tasks. Providing regular opportunities for families/caregivers to connect with teachers is essential. Students learning away from school need weekly morning, classroom, or school-wide videos from their home school to keep them engaged and keep families connected. Teachers could offer office hours to engage with those students learning remotely. Counselors, student support specialists, and administrators need to be available for immediate contact with families and students to support social-emotional needs. Engaging remote students in school spirit weeks, class projects, and school assemblies are vital to continued connection to the home school. In a remote learning environment schools need to decide what role formative practices and tasks, interim measures, and summative checks play in seamlessly revealing evidence of student learning.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org



# Hybrid/Remote Teachings ...

## ... is.

- Interactive, engaging, and developed by the classroom teacher.

- Creative use of instructional coaches, substitutes, and strategist for remote connections and check-in with students.

- Encompasses a new approach to learning using competencies (see the Navigating Change Document[1])

- Students, teachers, and families interact using Google Classroom, Seesaw, ZOOM, or other classroom technologies.

- There is daily contact between the classroom teacher and the student.

- There is regular communication, feedback, and contact from the classroom teacher with families and caregivers of the students learning remotely.

- Goal-oriented, outcome-based, and on-time learning.

**Synchronous** and **asynchronous**.

- Student social-emotional needs are evaluated daily and access to school-based support is available on demand.

## ... is **NOT**.

- A learning platform such as Edgenuity or Edmentum, where students are left to learn independently without goals or contact from their classroom teacher daily.

- Limited weekly contact with a teacher in the system.

- Self-guided by the student with limited or no access to the classroom teacher.

- Worksheet or packet copies mailed to students and families.

- Families and caregivers are not an afterthought and school staff members are intentional about student daily contact

- Virtual school - The student should NOT be enrolled in a virtual classroom. The classroom teacher plans and guides instruction.

Completely **asynchronous**.

---

1   https://www.ksde.org/Teaching-Learning/Resources/Navigating-Change-Kansas-Guide-to-Learning-and-School-Safety-Operations

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

APPENDIX L | KSDE GUIDE TO REMOTE, HYBRID AND IN-PERSON TEACHING AND LEARNING

APPENDIX



**APPENDIX**

APPENDIX L | KSDE GUIDE TO REMOTE, HYBRID AND IN-PERSON TEACHING AND LEARNING

## Recommended Remote Reflection Questions

• What powerful instructional practices center students as sensemakers and co-constructors of knowledge and skills? How can these practices be adapted for different learning environments?

• What instructional practices might be reconsidered as ineffective or not aligned to competencies and teaching and learning, e.g., busy work, rote memorization, vocabulary, pre-teaching?

• How will you promote student engagement when modes of delivery are different than students may be used to or may change over time (e.g. rotating schedules, sudden return to online learning)?

• Which students are and are not being served in different modes of delivery? Whose interests are being centered?

See USD Remote Learning Plan.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

**APPENDIX**

# In-person Learning

  Students on-site, brick and mortar buildings with social distancing and following local health department guidelines.

 **Students:** Most students are on-site while other students will be learning remotely.

**Teachers** who are able to be will be 100% on-site all day, every day. They continue to work their daily routine, leaving the classrooms as other teachers push in.

Teachers that are medically fragile may be responsible for the 10% of students learning remotely. They can provide lessons, check-ins and assist on-site teachers with Zoom lessons. Schools could use para-educators or substitutes to support students in a remote setting while the majority of students are learning in-person. Every student will have contact from a teacher every day.

 **Ideas for instruction**

For those in a remote learning setting during face-to-face instruction, schools should reference the Navigating Change Document for addressing student success using competency-based learning. Counselors or student support specialists will be available daily to support remote students' social/emotional needs. Learning will keep the same pace as in-person student learning.

# Hybrid Learning

 Students may alternate in-person learning with remote, and some may be fully remote.

 **Students:** Learn in person or remote utilizing a computer-based platform (i.e., Zoom).

Remote students will complete assignments or projects addressing the same competencies and those that are in person.

 **Teachers** are on-site providing instruction to students and providing remote learners opportunities that meet the same standards. Instruction is planned to assess all students in a similar fashion.

 **Ideas for instruction**

Live stream your class to students working remotely.

Provide different problem-based projects to remote students using the Navigating Change document.

Assign in-person students to remote students for partner activity completion via an application like Zoom.

Prerecord your instruction so that both in-person and remote watch it simultaneously, allowing the teacher to monitor a Zoom and attend to class questions.

Assign students to converse in breakout rooms and in person to allow for more students to speak and ask questions.

Utilize online polling that allows for student responses in complete sentences to promote more complete communication of thinking.

Assign students questions to answer rather than randomly calling on them, and then allow them the time to develop the answer either solo or with a group in order to keep both online and in-person students engaged in the instruction.

Use peer reviews across both groups by having students or groups post their work and a peer reviews the work providing feedback, which promotes student engagement.

# Remote Learning

 Students are working in a nontraditional setting, such as homes, while teachers are teaching in their classrooms or other location.

 **Elementary students:** Meet with classmates and teachers multiple times a day. Students are provided with full-class interaction before independent work. Direct instruction should be limited to chunks of no more than one minute per age. Guidance is provided for caregivers to support learning for independent work.

**Secondary students:** Could continue to follow their traditional schedule throughout the day, but in an alternate location with flexibility that allows for bandwidth and/or access to technology. This could look like students interacting with classmates and teachers via video conferencing during the assigned class period. Students who are unable to attend during these time periods should plan to meet with the instructor during provided office hours.

 **Teachers,** who are able, will transition to a 100% home environment. Teachers will maintain frequent (daily or weekly) communication with families regarding expectations for student work. Teachers should continue to follow a routine of instructional practice, working with students both synchronously and asynchronously as needed. Teachers should maintain facilitation of lessons and instruction and it is not recommended that they resort to pre-recorded videos without interaction.

 **Ideas for instruction**

Referencing the Navigating Change Document to address student success using competency-based learning. Counselors or student support specialists will be available daily to support remote students social/emotional needs.

Learning will keep the same pace as student learning in-person.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

APPENDIX L | KSDE GUIDE TO REMOTE, HYBRID AND IN-PERSON TEACHING AND LEARNING



# APPENDIX

## USD Sample Remote Learning Plan

# Remote Learning Plan

The following plan describes the steps taken by _____ USD ___ to ensure that remote learning students receive the same educational opportunities as those attending in a face-to-face fashion in _____ USD ___ schools.

1. _____ USD ___ will provide a licensed lead teacher for every ___ students at the _____ grade levels. The lead teacher will perform the following duties:

   • Ensure that the district's curriculum, and scope and sequence for instruction is followed.
   • Provide weekly lessons, associated assignments and assessments for each student.
   • Daily check-ins with each student via Zoom or other teleconferencing platform to provide any instructional support needed by the student.
   • Lead teacher shall maintain a log of communications with the student and parent.
   • Monitor student progress and grade student work.
   • Provide weekly progress reports to parents and school administration.
   • Serve as the point of contact for the student and parents for all questions and concerns.
   • Serve as the student's liaison and advocate for any additional services needed by the student.
   • Work with parents to collect the daily remote learning logs required for documentation of student time and work.

2. _____ USD ___ will provide the following additional supports to ensure the needs of remote learning students are fully met:

   • A core content team of teachers will be provided to support the lead teacher in answering student questions and providing support to remote learners. Student questions should be answered in a timely fashion not exceeding 24 hours during scheduled school days.
   • School counseling services and social work services will be provided to remote learning students via Zoom or other teleconferencing platform.
   • Social Emotional Learning (SEL) lessons and opportunities will be provided to remote learning students.

3. _____ USD ___ can/will provide the following supports to the lead teacher to meet the needs of remote learning students:

   • Use of an online learning platform or learning management system to assist in organizing instruction materials along with providing asynchronous access to curriculum and instruction. Any online platform will reflect the use of the same curricular standards and scope and sequence of the district's face-to-face instruction.
   • Professional development on any technologies (online curriculum platform, learning management system, teleconferencing platform) used to deliver remote learning.
   • Professional development on engaging students in a remote learning environment.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21 01:59pm MM*



NAVIGATING CHANGE:
KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# Acknowledgements

Clerk of the District Court, Johnson County Kansas
05/03/21 01:59pm MM
Revised Apr. 9, 2021     1175

# ACKNOWLEDGEMENTS

COMPETENCY DEVELOPERS

## COMPETENCY DEVELOPERS:

**David Adams**
Science
Fowler USD 225

**Kelly Barrett**
Music
Emporia USD 253

**Peggy Berls**
Music
Goodland USD 352

**Ryan Bradbury**
Superintendent
Wellsville USD 289

**Jerry Braun**
Gifted
Hays USD 489

**Liz Burns**
Art
Kansas City USD 500

**LeAnn Carver-Jones**
Physical Education
Shawnee Mission USD 512

**Justin Coup**
Superintendent
Solomon USD 393

**Kristopher Crotts**
Math
Pittsburg USD 250

**Monica Diaz**
Language and Literacy Coordinator
Garden City USD 457

**Stephanie Dickson**
Physical Education
Kansas City USD 500

**Mirah Dow**
School of Library and Information Management
Emporia State University

**Dr. Karen Duling**
Assistant Superintendent
Maize USD 266

**Jeremy Fite**
Executive Director of Hilltop Child Development Center
University of Kansas

**Megan Fowler-Waugh**
Student Support Specialist
Maize USD 266

**Sue Givens**
Field Services Specialist
Kansas Association of School Boards (KASB)

**Andrea Graham**
Title I/Instructional Coach (PK-2 Task Force)
Stockton USD 271

**Jodi Grover**
Education Consultant
ESSDACK

**Jackie Hall**
Physical Education
Uniontown USD 235

**Jennifer Hanni**
Director of School Improvement
Greenbush Southeast Kansas Service Center

**Karla Hawver**
Elementary
Hutchinson USD 309

**Tabitha Hogan**
Library Media & Technology Specialist
Winfield USD 465

**Michelle Hudiberg**
School Library/Ed Tech Program
Pittsburg State University

**Hannah Hurst**
Art
Lawrence USD 497

**Meredith Little**
Elementary Librarian
Shawnee Mission USD 512

**Ashley Kappelmann**
Principal
Liberal USD 480

**Dr. Michael Koonce**
Principal
Lawrence Public Schools USD 497
Director of Administrative Services
Greenbush Southeast Kansas Service Center

**Darcy Kraus**
Elementary Director
Lawrence USD 497

**Whitney Linenberger**
PBL Academy Coordinator
Science/English
Dighton USD 482

**Jennifer Luzenske**
Director of Curriculum and Instruction
Blue Valley Schools USD 229

**Amy McClure**
Health/Physical Education
De Soto USD 232

**Alex McConaghy**
Social Studies
Kaw Valley USD 321

**Lindsay McCracken**
Success Academy Administrator
Basehor-Linwood USD 458

**Noalee McDonald-Augustine**
Educational Consultant
Smoky Hill Education Service Center

**Rob McKim**
Principal
Lansing USD 469

**Brandi Michaelis**
Early Learning
Instructional Coach
Olathe USD 233

**Amber Miller**
Music Education Consultant
Southwest Plains Regional Service Center (SWPRSC)

**Doug Moeckel**
R12CC Kansas Lead
Leadership Services KASB

**Jennifer Murray**
Music
Kansas City USD 500

**Eric Nachtigal**
Student Support Specialist
Maize South Elementary School
Maize USD 266

**Janell Neer**
Instructional Coach
Flint Hills Special Education Cooperative
Emporia USD 253

**Lisa Nocita**
Library Media Specialist
Blue Valley USD 229

**Kristy Oborny**
NCBIT Librarian
Hays USD 489

**Maria Ortiz-Smith**
Education Consultant
SWPRSC

**Amber Ovsak**
Library Media Specialist
Emporia USD 253

**Robert Ovsak**
Instructional Coach
Emporia USD 253

**Cathy Paget**
Elementary Librarian
Hutchinson USD 308

**Jolene Peterson**
Secondary Mathematics
Instructional Specialist
Salina USD 305

**Lori Rice**
Elementary
Wamego USD 320

**Amanda Schild**
Science/STEM
Emporia USD 253

**Dr. Sara Schwerdtfeger**
Assistant Professor
Director of Professional Development Schools
Elementary Education
Emporia State University

**Melanie Scott**
School Counselor/District Counselor Coordinator
Dodge City USD 443

**Marian Seacat**
Music

**Nancy Smith**
Elementary
Olathe USD 233

**Darla Smith**
Assistant Director
Smoky Hill Education Service Center

**Christie Snyder**
Central Kansas Library System

**Bart Swartz**
Associate Executive Director
Greenbush Southeast Kansas Service Center

**Blake Taylor**
Physical Education
Lawrence Elementary
Wichita USD 259

**Sadie Thomassen**
Music
Kansas City USD 500

**Mechele Thompson**
Librarian
Garden City USD 457

**Signe Truelove**
Special Education
Emporia USD 253

**Dr. Ryan Vaughn**
Director of Specialized Learning Services
Greenbush Southeast Kansas Service Center

**Jennefer Weil**
Art
Kansas City USD 500

**Glenn Wiebe**
Social Studies Consultant
ESSDACK

**Karen Wilson**
Librarian
Hays USD 489

**Lori Jensen Wilson**
Director of Special Initiatives
Orion Education and Training

**Rachel Yoder**
Library Media Specialist
Hesston USD 460

**Tara Yost**
Physical Education
Jefferson West USD 340

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

1176

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

# ACKNOWLEDGEMENTS

**ASSESSMENT DEVELOPERS:**

**David Adams**
Science
Fowler USD 225

**Jerry Braun**
Gifted
Hays USD 489

**Kristopher Crotts**
Math
Pittsburg USD 250

**Monica Diaz**
Language and Literacy Coordinator
Garden City USD 457

**Dr. Karen Duling**
Assistant Superintendent
Maize USD 266

**Tammy Fellers**
Consultant
ESSDACK

**Jeremy Fite**
Executive Director of Hilltop Child Development Center
University of Kansas

**Megan Fowler-Waugh**
Student Support Specialist
Maize USD 266

**Andrea Graham**
Title I/Instructional Coach (PK-2 Task Force)
Stockton USD 271

**Jackie Hall**
Physical Education
Uniontown USD 235

**Lori Jensen Wilson**
Director of Special Initiatives
Orion Education and Training

**Ashley Kappelmann**
Principal
Liberal USD 480

**Whitney Linenberger**
PBL Academy Coordinator
Science/English
Dighton USD 482

**Jennifer Luzenske**
Director of Curriculum and Instruction
Blue Valley Schools USD 229

**Alex McConaghy**
Social Studies
Kaw Valley USD 321

**Lindsay McCracken**
Success Academy Administrator
Basehor-Linwood USD 450

**Noalee McDonald-Augustine**
Educational Consultant
Smoky Hill Education Service Center

**Brandi Michaelis**
Early Learning Instructional Coach
Olathe USD 233

**Eric Nachtigal**
Student Support Specialist
Maize USD 266

**Janell Neer**
Instructional Coach
Flint Hills Special Education Cooperative
Emporia USD 253

**Maria Ortiz-Smith**
Education Consultant
SWPRSC

**Robert Ovsak**
Instructional Coach
Emporia USD 253

**Jolene Peterson**
Secondary Mathematics Instructional Specialist
Salina USD 305

**Lori Rice**
Elementary
Wamego USD 320

**Amanda Schild**
Science/STEM
Emporia USD 253

**Dr. Sara Schwerdtfeger**
Assistant Professor
Director of Professional Development Schools
Elementary Education
Emporia State University

**Darla Smith**
Assistant Director
Smoky Hill Education Service Center

**Nancy Smith**
Elementary
Olathe USD 233

**Signe Truelove**
Special Education
Emporia USD 253

**Glenn Wiebe**
Social Studies Consultant
ESSDACK

ASSESSMENT DEVELOPERS

Kansas State Department of Education | www.ksde.org

# ACKNOWLEDGEMENTS

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

## IMPLEMENTATION AND OPERATIONS OVERSIGHT COMMITTEE CHAIRS:

**Cory Gibson**
Superintendent
Valley Center USD 262

**Shannon Ralph**
Secondary
Gardner-Edgerton USD 231

## IMPLEMENTATION AND OPERATIONS OVERSIGHT COMMITTEE:

**Marcus Baltzell**
Kansas National Education Association (KNEA)

**Cindy Couchman**
Field Liaison/Superintendent
Buhler USD 313

**Janet Eaton**
Superintendent
Catholic Diocese of Wichita

**Jarred Fuhrman**
Principal
Basehor-Linwood USD 458

**Andi Giesen**
Curriculum Leader
Wichita USD 259

**Steve Karlin**
Superintendent
Garden City USD 457

**Kim Mauk**
Consultant
SWPRSC

**Doug Moeckel**
R12CC Kansas Lead
Leadership Services KASB

**Rick Rivera**
Principal
Augusta USD 402

**Tabatha Rosproy**
Field Liaison/Teacher
Winfield USD 465

**Dyane Smokorowski**
Field Liaison/Administrator
Andover USD 385

**Mark Tallman**
KASB

**Karen Tritt**
Secondary
Blue Valley USD 229

**Billie Wallace**
Assistant Superintendent
Topeka USD 501

**Todd Wiedemann**
Co-Director
Multi-Tiered System of Supports (MTSS)

**Valdenia Winn**
State Representative
Kansas House of Representatives

## IMPLEMENTATION DEVELOPER LEADS:

**April Baugh**
Physical Education
Dodge City USD 443

**Keil Hileman**
Social Studies
DeSoto USD 232

**Nathan McAlister**
Social Studies
Seaman USD 345

**Rachel Meenen**
Technology
Renwick USD 267

## IMPLEMENTATION DEVELOPERS:

**Doug Anderson**
Keystone Learning Services

**Carrie Andrade**
Special Education
Manhattan USD 383

**Andrea Arnoldy**
Science
Colby USD 315

**Michal Austin**
Art
Flint Hills USD 492

**Stanley Bergkamp**
Science
Maize USD 266

**Brad Bergsma**
Board of Education
Goodland USD 352

**Heather Bohaty**
Superintendent
Derby USD 260

**Kristi Bruce**
Math
Auburn Washburn USD 437

**Jeff Brull**
Physical Education
Dodge City USD 443

**Amanda Buethe**
English Language Arts (ELA)
Ness City USD 303

**Kathy Busch**
Kansas State Board of Education

**Robin Butler**
Counselor
Wamego USD 320

**Maggie Carter**
Math
Shawnee Mission USD 512

**Erin Chapman**
Library Media
Turner USD 202

**Megan Clark**
Art
DeSoto USD 232

**Tammy Clark**
CTE
Kingman USD 331

**Jean Clifford**
Kansas State Board of Education

**Signe Cook**
Math
Great Bend USD 428

**Lucinda Crenshaw**
Science
Ottawa USD 290

**Daniel Dawson**
English Language Arts (ELA)
Lyons USD 405

**Jamie Dawson**
Social Studies
Emporia USD 253

**Cherryl Delacruz**
Math
Topeka USD 501

**Naomi Dinkel**
Special Education
Victoria USD 432

**Shana Dinkel**
Curriculum Director
Hays USD 489

**Taylor Doan**
Physical Education
Dodge City USD 443

**Michelle Dombrosky**
Kansas State Board of Education

**Jennifer Donovan**
Music
DeSoto USD 232

**Ryan Egley**
Math
Wichita USD 259

**Karl Ely**
Physical Education
Valley Center USD 262

**Renee Erickson**
State Representative
Kansas House of Representatives

**Tammy Fairbank**
Special Education
Hutchinson USD 308

**Melanie Falcon**
Science
Smoky Valley USD 400

**Mike Fulton**
Superintendent
Shawnee Mission USD 512

**Kelly Gentry**
Curriculum Director
Morris County USD 417

**John Girodat**
Smoky Hill Education Service Center

**Stacey Green**
Principal
Stockton USD 271

**Lori Greenfield**
Social Studies
Lawrence USD 497

**Wayne Greenlee**
English Language Arts (ELA)
Caldwell USD 360

**Art Gutierrez**
Board of Education
Emporia USD 253

**Lee Hanson**
Special Education
DeSoto USD 232

**Melissa Harlan**
Parent Engagement
Madison-Virgil USD 386

**Kelynn Heardt**
Principal
Pittsburg USD 250

**Nathan Herrman**
Foreign Language
Geary USD 475

IMPLEMENTATION AND OVERSIGHT

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*
Kansas State Department of Education | www.ksde.org

# ACKNOWLEDGEMENTS

**IMPLEMENTATION AND OVERSIGHT**

Deena Hilbig
Principal
Salina USD 305

Alex Hirbe
Technology
Basehor-Linwood USD 458

Kelly Hoelting
Career and Technical Education (CTE)
Mission Valley USD 330

Deena Horst
Kansas State Board of Education

Tamara Huff
Parent Engagement
Wichita USD 259

Amy Ives
Music
Newton USD 373

Mallory Jacobs
Counselor
Topeka USD 501

Kris Jenkins
Social Studies
Nickerson USD 309

Kathy Jones
Music
Augusta USD 402

Darcy Keeffe
Counselor
Osage City USD 420

Shannon Kimball
Board of Education
Lawrence USD 497

Darrel Kohlman
Superintendent
Nemaha Central USD 115

Megan Kohlman
English Language Arts (ELA)]
Hesston USD 460

Lisa Lajoie
Special Education
Sedgwick County Interlocal

Dr. Jessica Lane
Counselor
Kansas State University

Michelle Laubenstein, EdD
Math
Fort Scott USD 234

Brad LeDuc
Art
Seaman USD 345

Kristi Link
Instructional Support
Hutchinson USD 308

Meredith Little
Library Media
Shawnee Mission USD 512

Gayla Lohfink
SWPRSC

Chelsey Martin
Counselor
Coffeyville USD 445

Brian Mason
Career and Technical Education (CTE)
Olathe USD 233

Nona Mason
Math
Goodland USD 352

Christie McBride
English as a Second Language (ESL)
Wichita USD 259

Shana McMillian
Social Studies
DeSoto USD 232

Chris Moddelmogg
Smoky Hill Education Service Center

Ann Marie Morris
Art
Salina USD 305

Marcia Mueller
Science
Halstead USD 440

Caleb Mundt
Music
Coldwater USD 300

Megan Nagel
Technology
Newton USD 373

Peggy Neufeld
English Language Arts (ELA)
Buhler USD 313

Sharon Norden
Special Education
Derby USD 260

Nathanael Norman
Special Education
Valley Center USD 262

Kristy Oborny
Math
Hays USD 489

Cindy O'Brien
Career and Technical Education (CTE)
Olathe USD 233

Alyssa Passmore
Music
Shawnee Mission USD 512

Angie Powers
English Language Arts (ELA)
Olathe USD 233

Kendra Preston
English Language Arts (ELA)
DeSoto USD 232

Lusia Requened
Parent Engagement
Kansas City USD 500

Teresa Riedinger
Science
El Dorado USD 490

Tana Ruder
Technology
Wichita USD 259

Jamie Rumford
Superintendent
Scott City USD 466

Ann Marie Sahadeo
Art
Shawnee Mission USD 512

Heather Sazama
English Language Arts (ELA)
Buhler USD 313

Andy Schafer
Library Media
State Library

Janael Schmidt
Social Studies
Abilene USD 435

Melanie Scott
Counselor
Dodge City USD 443

Janey Seaba
Social Studies
DeSoto USD 232

Casey Seyfert
Principal
Beloit USD 273

Kristin Shuck
Music
Kansas City USD 500

Jessica Self
Math
Hutchinson USD 308

Josh Snyder
Curriculum Director
Seaman USD 345

Angie Sparks
Science
Northeast USD 246

Lori Stratton
English Language Arts (ELA)
Gardner-Edgerton USD 231

Daichi Tadokoro
Music
Emporia USD 253

Dwayne Taylor
Science
Frontenac USD 249

Devon Tschumakow
English as a Second Language (ESL)
Kansas City USD 500

Mary Ure
Art
Paola USD 368

Fallon Votipka
Special Education
Washington County USD 108

Samantha Warren
Library Media
Pittsburg USD 250

Amy Wells
Counselor
Louisburg USD 416

Norm Wilks
Board of Education
El Dorado USD 490

Rachel Willis
Parent Engagement

Stacy Wolf
Science
Colby USD 315

Brandon Wolff
Physical Education
Salina USD 305

Traci Wood
English Language Arts (ELA)
Andover USD 385

Kristin Wright
Counselor
Clay Center USD 379

Brent Yeager
Curriculum Director
Olathe USD 233

Rachel Yoder
Library Media
Hesston USD 460

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

1179

## ACKNOWLEDGEMENTS

NAVIGATING CHANGE: KANSAS' GUIDE TO LEARNING AND SCHOOL SAFETY OPERATIONS

OPERATIONS

### OPERATIONS DEVELOPER LEADS:

**Frank Harwood**
Superintendent
DeSoto USD 232

**Ashley Goss**
Kansas Department of Health and Environment (KDHE)

### OPERATIONS DEVELOPERS:

**Farah Ahmed, PhD**
State Epidemiologist
Kansas Department of Health and Environment (KDHE)

**Megan Barnard**
Nutrition
Maize USD 266

**Ron Barry**
Superintendent
Halstead USD 440

**Hollie Becker**
Assistant Superintendent
Lansing USD 469

**Doug Berryman**
Teacher
Haysville USD 261

**Bill Biermann**
Superintendent
Goodland USD 352

**Dan Brungardt**
Superintendent
Bonner Springs USD 204

**Lori Campbell**
Board Clerk
Silver Lake USD 372

**Paula Chapin**
Board Clerk
Wheatland USD 292

**Jason E. Coats**
Teacher
Shawnee Mission USD 512

**Kevin Cole**
Board of Education
Labette County

**Craig Correll**
Superintendent
Coffeyville USD 445

**Erin Corriveau**
County Health Official
Wyandotte County

**Nancy Coughenour**
Nutrition
Shawnee Mission USD 512

**Lancy Custer**
Principal
Minneola USD 219

**Rebecca Eason**
Teacher
Haysville USD 261

**Casey Lynn Ewy**
Teacher
Manhattan USD 383

**Linn Exline**
Superintendent
Salina USD 305

**Dr. Lisa Gilmer**
Pediatrician
Kansas Chapter of American Academy of Pediatricians

**Scott Gregory**
Director of Field Experience
Fort Hays State University

**Dawn Gresham**
Teacher
Derby USD 260

**Ann Gorsuch**
Assistant Principal
Topeka USD 501

**Lee Hanson**
Special Education
DeSoto USD 232

**Shelly Harden**
Special Education
South Central Kansas Special Education Cooperative

**Dr. Kari Harris**
Pediatrician
Kansas Chapter of American Academy of Pediatricians

**Shari Hatfield**
Teacher
Bluestem USD 205

**Ted Hessong**
Superintendent
Fort Scott USD 234

**Kim Hett**
Teacher
Andover USD 385

**Ron James**
Vice Principal
Columbus USD 493

**Rich Jones**
Facilities
Auburn Washburn USD 437

**Kimber Kasitz**
School Nurse
Wichita USD 259

**Doug Key**
Facilities
Piper USD 203

**Connie Kimzey**
Nutrition
Cherokee USD 247

**Daniel Klassen**
Teacher
Kaw Valley USD 321

**Bruce Kracl**
Director, Operations
Gardner Edgerton USD 231

**Rick Kraus**
Assistant Superintendent
Hutchinson USD 308

**Lynnette Krieger-Zook**
Teacher
Hutchinson USD 308

**Lori Kutilek**
Teacher
Cheney USD 268

**Ryan Lester**
Kansas Department of Health and Environment (KDHE)

**Michael Lopez**
Transportation
Auburn Washburn USD 437

**Ann Mah**
Kansas State Board of Education

**Tasha Markham**
Teacher
Fredonia USD 484

**Jason Meyer**
Teacher
Topeka USD 501

**Elizabeth Mlotkiewicz**
Teacher
Wichita USD 259

**Tracy Moerer**
Board Clerk
Burlington USD 244

**Jessica Elizabeth Morel**
School Nurse
McPherson USD 418

**Sharon Morris**
School Nurse
Olathe USD 233

**Sharon Mueller**
Teacher
Leavenworth USD 453

**Mary Murphy**
Kansas Department of Health and Environment (KDHE)

**Cherie Nicholson**
Superintendent
Holsington USD 431

**Royce Powelson**
Superintendent
Jayhawk USD 346

**Eric Punswick**
Executive Director
Blue Valley USD 229

**Shelby Rebeck**
School Nurse
Shawnee Mission USD 512

**Kathy Robertson**
Facilities
El Dorado USD 490

**David Schmidt**
Assistant Superintendent
Pratt USD 382

**Gina Shelton**
Board Clerk
Fort Scott USD 234

**Rachel Sisson**
Kansas Department of Health and Environment (KDHE)

**Nick Taylor**
Custodial Supervisor
Desoto USD 232

**Adam Smith**
State Representative
Kansas House of Representatives

**Brian Smith**
Superintendent
Columbus USD 493

**Charlie Stillman**
Transportation
Garden City USD 457

**Lesley Thomas**
School Nurse
Haysville USD 261

**Greg Tice**
Board of Education
Renwick USD 267

**Angela Sowers**
County Health Official
Ford County Health Department

**Brent Unruh**
Kansas State High School Activities Association (KSHSAA)

**Janet Waugh**
Kansas State Board of Education

**Michael Wheeler**
Teacher
Pittsburg USD 250

**Jessica Younker**
Nutrition
Hays USD 489

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

**ACKNOWLEDGEMENTS**

SPECIAL THANKS

## Special Thanks

KSDE extends its sincere appreciation to the nearly 500 Kansas educators who donated their time to review the competencies, assessment rubrics and instructional frameworks in order to identify the professional development educators will need as a result of the guidance. These recommendations are guiding the work of KSDE and Kansas education service centers to create professional learning that supports educators in the implementation of this guidance.

*Clerk of the District Court, Johnson County Kansas*
*05/03/21  01:59pm MM*

For more information, contact:

Communications and Recognition Programs
(785) 296-4876
communications@ksde.org



Kansans
CAN

Kansas State Department of Education
900 S.W. Jackson Street, Suite 102

Topeka, Kansas 66612-1212

www.ksde.org