# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Terri E. Baker, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:21-CV-2210 |
| Blue Valley Board of Education, et. al. | ) |
| Defendants. | ) |

## NOTICE OF SUPPLEMENTAL EXHIBIT TO NOTICE OF REMOVAL

Defendants Blue Valley Unified School District No. 229, Blue Valley Board of Education, Amy Tysseling in her official capacity, Mike Seitz in his official capacity, Stacy Obringer-Varhall in her official capacity, Tom Mitchell in his official capacity, Patrick Hurley in his official capacity, Jodie Dietz in her official capacity, and Michele Benjamin in her official capacity (collectively, "Blue Valley Defendants") hereby file their Notice of Supplemental Exhibit to their Notice of Removal.

An additional court filing was added to the State Court Action docket while the undersigned was in the midst of filing the Notice of Removal in this Court—Verified Answer of Tenth Judicial District. That filing is attached hereto as **Exhibit A**:

Dated: May 6, 2021.

**SPENCER FANE LLP**

s/ Stephanie Lovett-Bowman
| | |
|---|---|
| W. Joseph Hatley | KS #12929 |
| Stephanie Lovett-Bowman | KS #24842 |
| Angus Dwyer | KS #26995 |

1000 Walnut Street, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216 (Fax)
jhatley@spencerfane.com
slovettbowman@spencerfane.com
adwyer@spencerfane.com

*Attorneys for Defendants Blue Valley U.S.D. 229 and Blue Valley Board of Education*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically with the United States District Court for the District of Kansas via the CM/ECF system, with notice of case activity generated and sent electronically on this 6th day of May, 2021, to all counsel of record.

It was also emailed and mailed by first class mail to Plaintiffs' counsel:

Linus Baker
6732 W. 185th Terrace
Stilwell, Kansas 66085-8922
linusbaker@prodigy.net

s/ Stephanie Lovett-Bowman
*Attorneys for Defendants Blue Valley U.S.D. 229 and Blue Valley Board of Education*