# Exhibit A

| Case | 21CV01942 | Caption | BAKER ET AL vs. BLUE VALLEY SCHOOL DISTRICT USD 229 ET␣ |
|---|---|---|---|
| Chapter | 60 | Nature | OTHER MISCELLANEOUS-TERM |
| Status | TERMINATED | Judge | DAVID W HAUBER |
| Division | 7 | | |

Search | Case History (ROA) | Plaintiff/Defendant | Court Events | Other Cases | Documents

Sort By Ascending Order | Sort by Descending Order | Print Friendly | E-File On Case

| Date | Description | Doc |
|---|---|---|
| 05/06/2021 | FILE STAMP 05/06/21, NOTICE OF FILING NOTICE OF REMOVAL | DOC(26) |
| 05/06/2021 | ELECTRONIC ENTRY OF APPEARANCE BY DAVID R COOPER AS A DEFENSE ATTORNEY FOR LAURA BREWER; TENTH JUDICIAL DISTRICT | |
| 05/06/2021 | FILE STAMP 05/06/21, NOTICE OF FILING NOTICE OF REMOVAL | DOC(25) |
| 05/06/2021 | FILE STAMP 05/05/21, VERIFIED ANSWER | DOC(24) |
| 05/05/2021 | FILE STAMP 05/05/21, VERIFIED MOTION TO DISMISS PETITION | DOC(23) |
| 05/05/2021 | ELECTRONIC ENTRY OF APPEARANCE BY ANDREW D HOLDER AS A DEFENSE ATTORNEY FOR BOARD OF COMMISSIONERS OF JOHNSON COUNTY, KANSAS; JOHNSON COUNTY DEPARTMENT OF HEALTH AND ENVIRONMENT; SANMI AREOLA | |
| 05/05/2021 | FILE STAMP 05/05/21, VERIFIED AMENDED ANSWER OF NAMED DEFENDANTS OLATHE PUBLIC SCHOOLS USD 233 AND OLATHE BOARD OF EDUCATION | DOC(22) |
| 05/05/2021 | ELECTRONIC ENTRY OF APPEARANCE BY CHARLES E BRANSON AS A DEFENSE ATTORNEY FOR LAURA BREWER; TENTH JUDICIAL DISTRICT | |
| 05/05/2021 | <******* Bench Notes *********><br>MAY 6TH HEARING LIVE STREAMED ON YOUTUBE - HTTPS://WWW.YOUTUBE.COM/CHANNEL/ UCSA QWJEZG9WKMNXNFZ ZEG | |
| 05/05/2021 | FILE STAMP 05/05/21, PLAINTIFFS SECOND EXHIBIT | DOC(21) |
| 05/05/2021 | FILE STAMP 05/05/21, PLAINTIFF'S EXHIBIT | DOC(20) |
| 05/05/2021 | FILE STAMP 05/05/21, ENTRY OF APPEARANCE | DOC(19) |
| 05/05/2021 | FILE STAMP 05/05/21, ENTRY OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL | DOC(18) |
| 05/05/2021 | FILE STAMP 05/04/21, BLUE VALLEY DEFENDANTS JOINT ANSWER TO PLAINTIFFS PETITION FOR LEGAL AND EQUITABLE RELIEF UNDER 2021 SENATE BILL 40 | DOC(17) |
| 05/04/2021 | ELECTRONIC ENTRY OF APPEARANCE BY EMILY ROSE TUNG AS A DEFENSE ATTORNEY FOR OLATHE PUBLIC SCHOOLS USD 233; OLATHE PUBLIC SCHOOLS BOARD OF EDUCATION | |
| 05/04/2021 | FILE STAMP 05/04/21, BLUE VALLEY DEFENDANTS JOINT ANSWER TO PLAINTIFFS PETITION FOR LEGAL AND EQUITABLE RELIEF UNDER 2021 SENATE BILL 40 | DOC(16) |
| 05/04/2021 | FILE STAMP 05/04/21, VERIFIED ANSWER OF NAMED | DOC(15) |

| | | |
|---|---|---|
| | DEFENDANTS OLATHE PUBLIC SCHOOLS USD 233 AND OLATHE BOARD OF EDUCATION | |
| 05/04/2021 | Defense Attorney NORRIS, MICHAEL G assigned on 05/04/21 | |
| 05/04/2021 | FILE STAMP 05/04/21, SECOND BRIEF IN SUPPORT OF SB 40 RELIEF | DOC(14) |
| 05/04/2021 | ELECTRONIC ENTRY OF APPEARANCE BY ANGUS W DWYER AS A DEFENSE ATTORNEY FOR BLUE VALLEY SCHOOL DISTRICT USD 229; BLUE VALLEY BOARD OF EDUCATION; BRIAN DALEY; AMY TYSSELING; MIKE SEITZIS; STACY OBRINGER-VARHALL; TOM MITCHELL; PATRICK HURLEY; JODIE DIETZ; MICHELE BENJAMIN | |
| 05/04/2021 | ELECTRONIC ENTRY OF APPEARANCE BY STEPHANIE LOVETT-BOWMAN AS A DEFENSE ATTORNEY FOR BLUE VALLEY SCHOOL DISTRICT USD 229; BLUE VALLEY BOARD OF EDUCATION; BRIAN DALEY; AMY TYSSELING; MIKE SEITZIS; STACY OBRINGER-VARHALL; TOM MITCHELL; PATRICK HURLEY; JODIE DIETZ; MICHELE BENJAMIN | |
| 05/04/2021 | ELECTRONIC ENTRY OF APPEARANCE BY W JOSEPH HATLEY AS A DEFENSE ATTORNEY FOR BLUE VALLEY SCHOOL DISTRICT USD 229; BLUE VALLEY BOARD OF EDUCATION; BRIAN DALEY; AMY TYSSELING; MIKE SEITZIS; STACY OBRINGER-VARHALL; TOM MITCHELL; PATRICK HURLEY; JODIE DIETZ; MICHELE BENJAMIN | |
| 05/03/2021 | FILE STAMP 05/03/21, ORDER | DOC(13) |
| 05/03/2021 | SCHED. OTHER on 05/06/21,02:30pm,Div 7 | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "TENTH JUDICIAL DISTRICT" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "SANMI AREOLA" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "JOHNSON COUNTY DEPARTMENT OF HEALTH AND ENVIRONMENT" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "BOARD OF COMMISSIONERS OF JOHNSON COUNTY, KANSAS" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "JOE BEVERIDGE" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "OLATHE PUBLIC SCHOOLS BOARD OF EDUCATION" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "OLATHE PUBLIC SCHOOLS USD 233" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "AMY TYSSELING" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "LAURA BREWER" E/S | |
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "BLUE VALLEY BOARD OF EDUCATION" E/S | |

| | | |
|---|---|---|
| 05/03/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "BLUE VALLEY SCHOOL DISTRICT USD 229" E/S | |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(12) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(11) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(10) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(9) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(8) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(7) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(6) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(5) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(4) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(3) |
| 05/03/2021 | FILE STAMP 05/03/21 01:59pm, REQUEST AND SERVICE INSTRUCTION FORM | DOC(2) |
| 05/03/2021 | FILE STAMP 05/03/21, VERIFIED PETITION FOR LEGAL AND EQUITABLE RELIEF INCLUDING LEGAL AND EQUITABLE RELIEF UNDER 2021 SENATE BILL 40 | DOC(1) |
| 05/03/2021 | JUDGE DAVID W HAUBER ASSIGNED TO CASE | |
| 05/03/2021 | NEW CASE E-FILED; BAKER VS BLUE VALLEY SCHOOL DISTRICT USD 229; FILING FEE $196.50; PAID BY BAKER, LINUS L, RECEIPTED AMOUNT $196.50, E-PAYMENT NO: 98252227 | |

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
DIVISION SEVEN

TERRI E. BAKER, et al.,

        Plaintiffs,

vs.

BLUE VALLEY BOARD OF EDUCATION, et al.,

        Defendants.

Case No. 21CV01942

**Verified Answer**

Comes now the separately named Defendants, Tenth Judicial District and Laura Brewer, in her official capacity as Records Custodian, and for this Verified Response, pursuant to Local Administrative Order No. 21-01, to the Petition filed herein, states as follows:

1. All allegations not specifically admitted herein are denied.

2. Plaintiff's opening ¶¶ 1 through 15 and subsequent six unnumbered paragraphs consist of legal arguments, conclusions of law, and demands for relief. To the extent a response is required, Defendants deny each allegation and deny Plaintiffs are entitled to any form of relief.

3. As to the allegations in ¶¶ 1 through 46, the Defendants are without sufficient knowledge to admit or deny the same and therefore deny the allegations contained in ¶¶ 1 through 46.

4. The Defendants admit ¶¶ 47 and 48.

5. As to ¶¶ 49 through 54, said paragraphs consists of legal arguments, and conclusions of law. To the extent a response is required, Defendants deny each allegation.

6. As to ¶¶ 55 through 195, do not pertain to the Defendants and therefore no response is required. To the extent a response is required, Defendants are without sufficient knowledge

to admit or deny the same and therefore deny the allegations contained in ¶¶ 55 through 195.

7. As to ¶ 196, the Defendant admit Plaintiff Baker made an open records request in 21CV01464 O'HARE vs. BLUE VALLEY SCHOOL DISTRICT BOE ET AL. The remainder of ¶ 196 is denied.

8. Paragraph 197 is admitted.

9. Paragraph 198 is admitted.

10. Paragraph 199 the Defendant admits recordings of proceedings are maintained by the Johnson County District Court. The remainder of ¶ 199 is denied.

11. As to ¶ 200, the Defendants state that Administrative Order 2021-PR-021 speaks for itself. The remainder of ¶ 200 is denied.

12. As to ¶¶ 201 through 204, the Defendants state the decision in *Baker v. Hayden* speaks for itself. The remainder of ¶¶ 201-204 are denied.

13. Paragraph 205 is denied.

14. As to paragraph 206, Plaintiffs purport to adopt their brief as allegations. Paragraph 206 is denied.

## AFFIRMATIVE DEFENSES

1. Plaintiffs have not stated a claim under SB 40 that relief can be granted against Defendants Tenth Judicial District and Laura Brewer.

2. Plaintiffs have failed to comply with Local Administrative Order 21-01.

3. Defendants hereby expressly reserve the right to assert additional defenses, affirmative or otherwise, as information is discovered through court or investigation and discovery.

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cbranson@fpsslaw.com

**/s/Charles E. Branson**
David R. Cooper                                    #16690
Charles E. Branson                                 #17376
**Attorneys for Defendants Tenth Judicial District and Laura Brewer**

## Certificate of Service

I hereby certify that on the 5th day of May, 2021, I caused the foregoing document to be electronically submitted to the district court as captioned above for filing. The same will be deemed filed as indicated on the court's electronic file stamp, providing notice to the following:

Linus L. Baker, #18197
6732 West 185th Terrace | Stilwell, Kansas 66085
Tel: (913) 486-3913 | Fax: (913) 232-8734 | Email: linusbaker@prodigy.net
**Attorney for Plaintiffs Terrie E. Baker, Joshua Snider, Carrieann Baumbarten, Julie Myrick, Rebecca Campbell, Holly Rook, Matthew Couch, Laura Klingensmith, et al.**

W. Joseph Hatley, #12929 | Stephanie Lovett-Bowman, #24842 |
Angus W. Dwyer, #26995
Spencer Fane, LLP | 1000 Walnut, Suite 1400 | Kansas City, Missouri 64106
Tel: (816) 474-8100 | jhatley@spencerfane.com | slovettbowman@spencerfane.com | adwyer@spencerfane.com
**Attorneys for Blue Valley USD 229, Blue Valley Board of Education, Brian Daley, Amy Tysseling, Mike Seitzis, Stacy Obringer-Varhall, Tom Mitchell, Patrick Hurley, Jodie Dietz, and Michele Benjamin**

Michael G. Norris, #07247 | Emily R. Tung, #27742
Norris, Keplinger, Hicks & Welder, LLC
9225 Indian Creek Parkway, Suite 750 | Overland Park, Kansas 66210
Tel: (913) 323-3180 | mnorris@nkfirm.com | etung@nkfirm.com
**Attorneys for Olathe Public Schools USD 233 & Olathe Public Schools Board of Education**

Andrew D. Holder, #25456 | Fisher, Patterson, Sayler & Smith, LLP
9393 W. 110th Street, Suite 300 | Overland Park, Kansas 66210
Tel: (913) 339-6757 | aholder@fpsslaw.com
**Attorney for Board of Commissioners of Johnson County, Kansas, Johnson County Department of Health and Environment, and Sanmi Areola**

/s/Charles E. Branson
Charles E. Branson

## VERIFICATION

STATE OF KANSAS        )
                                        )
COUNTY OF JOHNSON )

The undersigned, being duly sworn, upon her oath states that the information in the foregoing Verified Answer of the Tenth Judicial District and Laura Brewer is true and correct to the best of her knowledge, information, and belief.

_/s/ Laura Brewer_
Laura Brewer

SUBSCRIBED AND SWORN to before me this 5th day of May, 2021.

[Notary Seal: ANNA L. SPARKS, STATE OF KANSAS, My Appt. Exp. 7/31/22]

_/s/ Anna L. Sparks_
Notary Public

My Appointment Expires: 7/31/22.