UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TERRI E. BAKER, SILO BAKER, JOSHUA SNIDER, et al., <br><br>　　　　**Plaintiffs,**<br><br>v.<br><br>BLUE VALLEY BOARD OF EDUCATION, BLUE VALLEY SCHOOL DISTRICT USD 229, et al.,<br><br>　　　　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:21-CV-2210<br>)<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

**COMES NOW** Michael G. Norris of the law firm of Norris Keplinger Hicks & Welder, LLC, and hereby enters his appearance as lead counsel for defendants Unified School District No. 233, Johnson County, Kansas and Olathe Board of Education, Joe Beveridge, Brad Boyd, Leetta Felter, Brian Geary, Brent McCune, Kristin Schultz, and Shannon Wickliffe.

　　　　　　　　　　　　　　　　　NORRIS KEPLINGER HICKS &
　　　　　　　　　　　　　　　　　WELDER, LLC


　　　　　　　　　　　　　　　　　By:  /s/ *Michael G. Norris*
　　　　　　　　　　　　　　　　　　　Michael G. Norris, #07247
　　　　　　　　　　　　　　　　　　　mnorris@nkfirm.com
　　　　　　　　　　　　　　　　　　　Courtney McCray, #28347
　　　　　　　　　　　　　　　　　　　cmccray@nkfirm.com
　　　　　　　　　　　　　　　　　9225 Indian Creek Parkway
　　　　　　　　　　　　　　　　　32 Corporate Woods, Suite 750
　　　　　　　　　　　　　　　　　Overland Park, Kansas  66210
　　　　　　　　　　　　　　　　　(913) 663-2000
　　　　　　　　　　　　　　　　　(913) 663-2006 (Fax)
　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANTS**
　　　　　　　　　　　　　　　　　**UNIFIED SCHOOL DISTRICT NO. 233,**

{0261739.DOCX}

**JOHNSON COUNTY, KANSAS, OLATHE BOARD OF EDUCATION, JOE BEVERIDGE, BRAD BOYD, LEETTA FELTER, BRIAN GEARY, BRENT MCCUNE, KRISTIN SCHULTZ, AND SHANNON WICKLIFFE**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2021 the above and foregoing was filed via the court's electronic filing system (ECF), and a copy sent via electronic mail on to the following:

Mr. Linus L. Baker
6732 West 185th Terrace
Stilwell, Kansas 66085-8922
(913) 486-3913
(913) 232-8734 (Fax)
linusbaker@prodigy.net
**Attorney for Plaintiffs**

Mr. W. Joseph Hatley
Ms. Stephanie Lovett-Bowman
Mr. Angus Dwyer
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
(816) 474-8100
(816) 474-3216 (Fax)
jhatley@spencerfane.com
slovettbowman@spencerfane.com
adwyer@spencerfane.com
**Attorneys for Defendants Blue Valley School District and Blue Valley Board of Education**

/s/ *Michael G. Norris*
**Attorney for Defendants**

{0261739.DOCX}